IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-51523 |
| deeproot Capital Management, LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby files this Notice of Appearance as counsel for Debtor, deeproot Capital Management, LLC and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Jason M. Rudd
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

| | |
|---|---|
| Dated: December 10, 2021 | /s/ Jason M. Rudd |

Jason M. Rudd, Tex. Bar No. 24028786
Catherine A. Curtis, Tex. Bar No. 24095708
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
catherine.curtis@wickphillips.com

**COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on December 10, 2021, on the parties listed below, via ECF and/or email service where, and otherwise via First Class United States Postal service.

deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

Office of the United States Trustee
615 E. Houston Street, Suite 533
San Antonio, TX 78205

Chapter 7 Trustee
Randolph Osherow
342 W. Woodlawn, Suite 100
San Antonio, TX 78212

/s/ Jason M. Rudd