# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# _____DIVISION

**In Re:** § **Case No.** _____
§
§
§ **Chapter** _____
§
_____

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

/s/ Robert Mueller, Manager of Debtor                12/10/21
Debtor                                                                           Date


_____          _____
Joint Debtor                                                                  Date