**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**_____DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No.** _____ |
| | § | |
| | § | |
| | § | **Chapter** _____ |
| _____ | § | |

**LIST OF CREDITORS VERIFICATION**

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

_/s/ Robert Mueller, Manager of Debtor_____     12/13/21_____
Debtor                                                                                    Date


_____     _____
Joint Debtor                                                             Date

Luke Anderton
5418 Tammy Lane
Baytown, TX 77523

Jason Bauer
5810 UTSA Boulevard
San Antonio, TX 78249

Richard Blevins
1310 Martin Street
Pleasanton, TX 78064

Steven Bowden
5434 Sunlit Brook
San Antonio, TX 78240

Justin Brown
16018 Seekers Street
San Antonio, TX 78255

Issac Cabrera
135 Bailey
San Antonio, TX 78210

Ivan Capetillo
11503 Verdis Valley
San Antonio, TX 78245

Flora Castro
8211 Meadow Post
San Antonio, TX 78251

Bradlee Ching
21119 Simi Valley Drive
San Antonio, TX 78259

Debra Garza
8893 Meadow Range Street
San Antonio, TX 78250

Dylan Gibson
3055 Nantucket Drive
San Antonio, TX 78230

Sean Gibson
3055 Nantucket Drive
San Antonio, TX 78230

Gabriel Hernandez
4354 Hilton Head
San Antonio, TX 78217

Quinn Johnson
2503 Jackson Keller Road
San Antonio, TX 78230

Michael Johnston
306 Brees Boulevard
San Antonio, TX 78209

Clifton Jones III
3500 North Capital of Texas Highway
Austin, TX 78746

Stephanie Lee
401 Ruby Ritz
Universal City, TX 78148

Zack Masters
7602 Luskey Boulevard
San Antonio, TX 78256

Joshua McBurney
9955 Chimney Swift Lane
Conroe, TX 77385

Barry Oursler
4346 Hollow Hill Dr
San Antonio, TX 78217

John Popadiuk
14838 Vance Jackson
San Antonio, TX 78249

Lee Richmond
9014 Walnut Springs
Universal City, TX 78148

Kinkel Rowan
16123 Hidden View Street
San Antonio, TX 78232

Craig Rushforth
2983 North 4000 East
Sugar City, ID 83448

Bryce Sills
26103 Starlite Way
San Antonio, TX 78260

Daniel Vela
244 Eileen Drive
Pleasanton, TX 78064

Hirton Yanes
14200 Vance Jackson Road
San Antonio, TX 78249

Jon Norris
523 East Fairway Road
Henderson, NV 89015

David Thiel
13434 Northeast 119th Way
Redmond, WA 98052

Ryan Bird
319 West 1800 North
Pleasant Grove, UT 84062

Bradley Duke
709 South 350 East
Farmington, UT 84025

Sarah King
1854 Yuma Street
Salt Lake City, UT 84108

Jarom Neumann
3534 East James Street
Eagle Mountain, UT 84005

Jonathan Rigby
7690 South Center Square
Midvale, UT 84047

Jonathan Snow
11251 State Street
Sandy, UT 84070

Jeremy Wood
170 Forbush Avenue
Midvale, UT 84047

Collette Curran
8536 Rocking Horse Circle
Jurupa Valley, CA 92509

Michael Grover
4007 Meander Place
Rockledge, FL 32955

Kendall Hale
5641 Colfax Avenue
Los Angeles, CA 91601

Lauren Adams
12019 Treewell Glen
San Antonio, TX 78249

Eric Dandridge
1000 Diamond Road
Boerne, TX 78006

Alberto Luna
4710 Hickory Bend Dr
Acworth, GA 30102-6341

Alex Moss
125 Pring St
Hendra, QLD 4011
Australia

Andrew Danielson
1661 Trask Rd
Jamestown, NY 14701-9416

Anthony Thomas
9328 Tabriz Point
Raleigh, NC 27614-7282

Brian Foytik
6219 Sentry Park Ln
Houston, TX 77084-6040

Brian Megar
6120 41st St E
Bradenton, FL 34203-7005

Bruce Knapik
316 Nelson Ln
Clayton, NC 27527-5550

Chris Basler
3 Rialto
Highland, IL 62249-4893

Chris Kesner
1115 N Custer St
Wichita, KS 67203-6630

Cliff Comastro
1760 Wells Rd
Orange Park, FL 32073-2328

Dave Peck
62 Lavender Cir
Hilton Head Island, SC 29926

David Anderson
300 Dousman St
Green Bay, WI 54303-2714

David Denholtz
13831 Jetport Commerce Pkwy
Fort Myers, FL 33913-7849

David Kvasnicka
520 S Dorchester Ave
Wheaton, IL 60187-4718

Donald Henson
159 Hays Farms Ct
Johnson City, TN 37615-4567

Doug Moe
8 Dominion Dr
San Antonio, TX 78257-1304

Douglas Polka
174 Grant Ave
Vandergrift, PA 15690-1202

Eric Nordberg
1265 Carolyn Dr
Southampton, PA 18966-4332

Frank Deangelo
255 School House Rd
Old Saybrook, CT 06475-1051

Gabriel DAnnunzio
13 Boucher Dr
Charlton, MA 01507-1303

Jake Danzig
45130 Alamendras St
Maricopa, AZ 85139-8774

James Adams
197 Kingswood Ave
Taverham, Norwich NR8 6GJ
England

James Higgs
1708 N. Ladera Vista Dr
Fullerton, CA 92831

James Mueller
19218 Greenview Glen Dr
Cypress, TX 77433-5288

James Williams
7905 Anchor Dr
Longmont, CO 80504-7721

Jeff Minuk
16 Waterloo Crt
Thornhill, ON L3T 6L9
Canada

Jeff Ryan
117 Queen St
Alexandria, VA 22314-2610

Jeff Teolis
2009 Cavendish Drive
Burlington, ON L7P 1Y9
Canada

Jeff Tjaden
560 Eagle Ridge Ln
Kalispell, MT 59901-9021

Jeffrey Keely
6101 Edsall Rd
Alexandria, VA 22304-4100

Jeremy Smith
1300 Korb Manor Drive
Evansville, IN 47725

Jim Askey
94 S Parade
Leeds, West Yorkshire LS28 8NX
United Kingdom

Jim Schadek
71 Grange Street
Headingley, MB R4H 1A8
Canada

Joe Newhart
50 Fawn Dr
Dallas, PA 18612-1554

John Mena
103 Crest View Dr
Lakeway, TX 78734-5207

John Robison
513 Fort Rock Ct
Folsom, CA 95630-7196

Jokton Strealy
603 Smithbriar Dr
Valdosta, GA 31602-1342

Jorge Mesa
2406 Heights Blvd
Taylor, TX 76574-1433

Kelley Daniel
2723 Carrie St
Brunswick, GA 31520-4802

Kerry Richard
611 Colmar Ct
Danville, CA 94506-1938

Kevin Curtis
15455 N 83rd Way
Scottsdale, AZ 85260-1822

Kirby's Beer Store Bell
3227 E 17th St N

Wichita, KS 67208

Marc Boom
5201 Braeburn Dr
Bellaire, TX 77401-4814

Mark Hovde
4522 S 217th St
Kent, WA 98032

Mark Weber
9077 Boca Gardens Cir S
Boca Raton, FL 33496-3708

Martin Mardini
Burghof 2
24939 Flensburg, Germany

Matt Quirk
3383 Bancroft Rd
Fairlawn, OH 44333-3037

Mauro Maltoni
927 Tyler St
Hollywood, FL 33019-1301

Michael Carmoney
2400 86th St
Urbandale, IA 50322

Nash Paradise
1248 Bancroft Rd
Keller, TX 76248-4210

Nick Angel
4 Allison Court
Georgetown, ON L7G 4S4
Canada

Nicolet Cline
2318 S Steen Rd
Spokane Valley, WA 99037-8009

Ohio Pinball Show Ortscheid
7090 Cleveland Massillon Rd
New Franklin, OH 44216

Peter Hemley

7770 E. Oxford Ave
Denver, CO 80237

Pinball Universe
J. Schwarz GmbH Dirk Elzholz
Daimlerstraße 41,
32257 Bünde, Nordrhein-Westfalen
Germany

Rob Anthony
107 E 7th St
Lovell, WY 82431-1803

Robert Poynter
5735 N County Rd 400 West
Bargersville, IN 46106

Rudy Boudin
Rue des Navetiares 17
5600 Philippeville, Wallonie
Belgium

Rus Teter
1323 S Gelven Ave
Springfield, MO 65804-0617

Ryan Policky
243 Osceola St
Denver, CO 80219-1228

Ryan Rush
56883 Joshua Dr
Yucca Valley, CA 92284-4091

Shawn McFarlane
PO Box 1213
Fernley, NV 89408

Stefan Riedler
3 Obere Agergasse
4840 Schöndorf, Obe
Austria

Shurgard Romford
Stephen Keen
3 Rush Green Road
Romford RM7 0PT
Afghanistan

Tim Buteyn
16142 W Blackhawk Dr
Lockport, IL 60441-4352

TJ Beyer
3252 Hermosa St
Pinole, CA 94564-1552

Todd Yoder
12009 Floating Clouds Path
Clarksville, MD 21029-1678

Tom Polomchak
230 Reynolds St
Plymouth, PA 18651-1111

Warren Conard
11760 W 30th Pl
Lakewood, CO 80215-7018

Wayne Bahur
307 Farm Ln
Pittsburgh, PA 15236-4224

Wesley Wyzykowski
3243 Pinehurst Ave
Pittsburgh, PA 15216-2309

William Tatar
6364 Craig Ave
Bensalem, PA 19020-2526

William Wells
11968 W 83rd Ave
Arvada, CO 80005-4704

Woon Yi
1344 S Chambers Rd
Aurora, CO 80017-4096

12VMonster.com
Horizon Star Energy Ltd 10F
37 Beech St
Tai Kok Tsui, Kowloon
Hong Kong

1Password Toronto Can

4711 Yonge St, 10th Floor
North York, ON M2N 6K8
Canada

3DS Draftsight Dassault Systems
175 Wyman St
Waltham, MA 02451

Able Machinery Mover
1300 Bunton Creek Rd
Kyle, TX 78640

ACME Design Inc.
37 N Union St
Elgin, IL 60123

Adafruit Industries
150 Varick Street
New York, NY 10013

ADOBE Systems Inc
345 Park Ave
San Jose, CA 95110-2704

Advance Auto Parts
2635 E. Millbrook Road
Raleigh, NC 27604

AIG
2727-A Allen Pkwy
Houston, TX 77019

Alamo City Powder Coating
4244 Centergate St., Suite B
San Antonio, Texas 78217

Alcobra Metals
4510 N Freya St
Spokane, WA 99217

Alibaba.com LLC
525 Almanor Ave, Ste 400
Sunnyvale, CA, 94085-3542

Aliexpress
525 Almanor Ave, Ste 400
Sunnyvale, CA, 94085-3542

All United Electrical
308 W Hamilton St
Houston, TX 77091

Allied Electronics Inc
7151 Jack Newell Blvd. S.
Fort Worth, Texas 76118

Allied Plastics
4903 Center Park Blvd
San Antonio, TX 78218

Aluminum Spacers
17330 Muskrat Ave
Adelanto, CA, 92301

Amazon
410 Terry Ave N
Seattle, WA 98109

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Graphic Systems
7650 185th St #
Tinley Park, IL 60477

Apple Inc
One Apple Park Way
Cupertino, California 95014

Architectural Builders Supply Inc
3435 Enterprise Ave Ste 1
Naples, FL 34104

Ascentium Capital
23970 Highway 59N
Kingwood, TX 77339

Atlassian
350 Bush Street, Floor 13
San Francisco, CA 94104

Autodesk
111 McInnis Parkway
San Rafael, CA 94903

AxiaRio Consulting, LLC
11811 S Vine Pl
Jenks, OK 74037

Azar Parchemi
600 SW 1st St
Boca Raton, FL 33486

B&H Photo
420 9th Ave
New York, NY 10001

Bamboohr
335 South 560
West Lindon, UT 84042-1911

Bank of Utah
2605 Washington Blvd
Ogden, UT 84401

Bass Computers Inc
10558 Bissonnet St
Houston, TX 77099

Belford Electrics Inc
1460 Jeffrey Dr
Addison, IL 60101

Berwyn Group
2 Summit Park Dr, Ste 610
Independence, OH 44131

Bisco Industries
5065 E. Hunter Ave
Anaheim, CA 92807

Blackhawk Industrial
10810 East 45th St, Ste 100
Tulsa, Oklahoma 74146

Blue Cross Blue Shield
1001 E. Lookout Dr
Richardson, Texas 75082

Bob Patrick
6900 I-40 West, Ste 140
Amarillo, TX 79106

Boedeker Plastics Inc
904 6th St
Shiner, TX 77984

Bravado International Group Merch Services Inc
1755 Broadway, 2nd Floor
New York, NY 10019

Brighthouse Life
11225 N Community House Rd
Charlotte, NC 28277

BTF Lighting
2F, Bld. C-C2, Chuangfu Tech Park, Beihuan Rd.
Shiyan St., Baoan District, Shenzhen, Guangdong
China

Cable-Leader
13771 Roswell Ave E
Chino, CA 91710

Cables Online
95 Horton Ave.
Lynbrook, NY 11563

Carlile Patchen & Murphy LLP
950 Goodale Blvd Ste 200
Columbus, OH 43212

Carlton Bates
306 E Nakoma Dr # A
San Antonio, TX 78216

Carr Lane Mfg Company
4200 Carr Ln Ct
St. Louis, MO 63119

CCW Braun Heights LLC
22809 Citron Cir
San Antonio, TX 78260

Celtic Bank
268 State St #300
Salt Lake City, UT 84111

Charlotte Acker
2313 Brittany Grace
New Braunfels, TX 78130

Charter Industries
3900 S Greenbrooke Dr SE
Kentwood, MI 49512

Circle C Millwork
9254 US Hwy 87 E
San Antonio, TX 78263

Citibank
PO Box 790046
St. Louis, MO 63179-0046

Clark Perforating
15875 Allen Rd
Milan, MI 48160

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

Community National Bank
dba CNB Custody
225 Main St.
Seneca, KS 66538

Consolidated Electronic Wire & Cable
11044 King St
Franklin Park, IL 60131

Container Exchanger LLC
6025 Lagrange Blvd SW
Atlanta, GA 30336

CPS Energy Bankruptcy Section
500 McCullough Mail Drop 110910
San Antonio, TX   78215

Crissman Crombie
1751 River Run Ste. 200
Fort Worth, TX 76107

Cross River Bank
2115 Linwood Ave.
Fort Lee, NJ 07024

CSI
4718 Camino Dorado Dr

San Antonio, Texas 78233

CVH University Park LP
9219 Katy Fwy Ste 248
Houston, TX 77024

CVH University Park LP
c/o Austin Gray
2100 West Loop South, Suite 1100
Houston, TX 77027

GBR Investments 5, LLC
4766 S Holladay Blvd
Holladay, Utah 84117

GBR Investments 5, LLC
c/o Craig Hale
4766 Holladay Blvd E
Holladay, UT 84117

CWB Investment Advisors LLC
8110 South Houghton Rd
Tucson, AZ 85747

Cyber Woodworking Depot
P.O. Box 10306
Holyoke, MA 01041-1906

D&W Incorporated
941 Oak St
Elkhart, IN 46514

Dakota Premium Hardwoods
4441 Centergate St
San Antonio, TX 78217

Darryl Stein
1233 NW 170th Ter
Plantation, FL 33322

David Diehl
10550 S IH35 Apt 14101
Austin, TX 78748

David Obmann
1534 Canterbury Cir
Redlands, CA 92374

David Rosen
130 Country View Dr
Freehold, NJ 07728

DB Roberts
54 Jonspin Rd
Wilmington, MA 01887

Deltaregistools Inc
7370 Commercial Circle
Fort Pierce, FL 34951

Dennis Nordman Design, Inc.
901 Amber Ln
Lake Villa, IL 60046

Dennis Wirth
819 Grace Ln
Humble, TX 77338

DEZE Technology
Unit 3, 6/F Kam Hon Industrial Bldg,
8 Wang Kwun Rd, Kowloon
Hong Kong

Dianne McClish
6900 I-40 West, Ste 140
Amarillo, TX 79106

DigiKey
PO Box 677
Thief River Falls, MN 56701-0677

DIGITALOCEAN.COM
101 Ave of the Americas, 10th Floor
New York, NY 10013

Dillmeier Glass Company
2903 Industrial Park Rd
Van Buren, AR 72956

Disney
c/o Wonderland Music Company, Inc.
and Alameda Gate Music
500 South Buena Vista Str
Burbank, California 91521-6432

Docusign

P.O. Box 735445
Dallas, TX 75373-5445

Domonic Cotton
3011 Gari Bald Way
Spring Hill, TN 37174

Draper 5 LLC
c/o Stephen Smith
200 S Orcas St
Seattle, WA 98108

Dropbox
1800 Owens St, Ste 200
San Francisco, CA 94158

Edgebanding Services
11444 Reeder Rd #101
Dallas, TX 75229

Elite Manufacturing Technologies
333 Munroe Dr
Bloomingdale, IL 60108

Elizabeth Pieri
1316 Rancho Ln
Thousand Oaks, CA 91362

EMF Audio
PO Box 171874
Spartanburg, SC 29301

EQ Depot
5250 N Loop 1604 E
San Antonio, TX 78247

Equitable
8501 IBM Dr, Ste. 150
Charlotte, NC 28262-4333

Equity Secure Holdings LLC
2040 N Loop W Ste 12
Houston, TX 77018

Eric Rudd
60 Rabbit Trail Dr
Washington, MO 63090

Esoteric Software
8619 83rd St Ct SW # 111
Tacoma, WA 98498

Fidelity Mutual Financial Planning LLC
1233 NW 107th Ter
Plantation, FL 33322

Financial Horizon Concepts LLC
2914 East Lake Falls Cir.
Spring, TX 77386

Financial Partners of America LLC
2242 W Peak View Rd
Phoenix, AZ 85023

Fleming Financial Services
4702 E Southern Ave
Mesa, AZ 85206

Flexible Assembly Systems, Inc.
8220 Arjons Dr
San Diego, CA 92126

Folio Investments Goldman Sachs
8180 Greensboro Dr, 8th Floor
McLean, VA 22102

Forklift Select LLC
12875 E 42nd Ave, Ste 50
Denver, CO 80239

Formlabs
35 Medford St., Ste 201
Somerville, MA 02143

Future Electronics Co
41 Main St
Bolton, MA 01740

Geodis USA
5101 S Broad Street
Philadelphia, PA 19112

George Villa c/o Villa Tax
19478 Springfied Rd, Box 28
Groveland, IL 61535-0028

Github
88 Colin P Kelly Jr St
San Francisco, CA 94107

Global Industrial
11 Harbor Park Drive
Port Washington, NY 11050

GM Consultants Group Inc
Attn: Greg Minear
4870 Lionesse Ct
Las Vegas, NV 89130

GoDaddy
14455 N. Hayden Rd #219
Scottsdale, AZ 85260

GOOGLE
Attn: GSUITE
1600 Amphitheatre Parkway
Mountain View, CA  94043

Grainger
100 Grainger Pkwy
Lake Forest, IL 60045

Graybar Electric
34 N Meramec Ave
Clayton, MO 63105

Great Lakes Wealth Management
2551 W Glenlord Rd
Stevensville, MI 49127

Gregory Talbot
10829 N Pinto Dr
Fountain Hills, AZ 85268

Grizzly Industrial
1821 Valencia St
Bellingham, WA 98229

Gunn Lee Cave, PC
8023 Vantage Drive, Ste 1500
San Antonio, TX 78230

H A Guden Company Inc.
99 Raynor Ave

Ronkonkoma, NY 11779

Hafele America Co
3901 Cheyenne Drive
Archdale, NC 27263

Hanson Rivet & Supply Co
13241 Weidner St
Pacoima, CA 91331

Harbor Freight Tools
26541 Agoura Road
Calabasas, CA 91302

The Hartford
One Hartford Plaza
Hartford, CT 06155

Hill Country Electric
4801 Freidrich Lane, Bldg 2, Ste 200
Austin, TX 78744

Hogentogler  & Co Inc
P.O. Box 2219
Columbia, MD 21045

Horizon Trust Company LLC
6301 Indian School Rd NE, Ste. 200
Albuquerque, NM 87110

Houston Breakers & Disconnect
308 W Hamilton St
Houston, TX 77091

Hunter Blanchard
2811 Alcove Ave
Lubbock, TX 79407

Hydraulic Supply & Service Co
11015 Iota Dr
San Antonio, TX 78217

IMLSS San Antonio
12131 Jones Maltsberger Rd
San Antonio, TX 78247

INF Solutions LLC
2040 North Loop W Ste 12

Houston, TX 77018

ING Voya
2000 21st Ave NW
Minot, ND 58703

Interstate Plastics
330 Commerce Circle
Sacramento, CA 95815

Interstate Wire Co Inc
2635 Observation Trail
Rockwall, TX 75032

Intertek
545 E. Algonquin Road
Arlington Heights, IL 60005

Iron Mountain
1 Federal Street
Boston, MA 02110

Jack Nace
16 Rimby Way
Reading, PA 19606

Jacob Proulx JMB Financial Services
19614 127th St E
Bonney Lake, WA 98391

Jaimee Christensen
7086 S Chris Ln
Cottonwood Heights, UT 84121

James Kenney
3120 Oak Rd Apt 402
Walnut Creek, CA 94597

JFC Industrial
RM B410, Qinghu Tech. Park
Qingxiang Road, Longhua District
Shenzhen, 518109 China

John Hancock Life
1 John Hancock Way, Ste. 1350
Boston, MA 02217

John Hart

302 Rosemary Ln
Shelbyville, TN 37160

John Vizy
575 W 19th St, Unit H274
Costa Mesa, CA 92627

Kang Yang International
1600 Jarvis Ave
Elk Grove Village, IL 60007

Klingspor Abrasives
2555 Tate Blvd SE
Hickory, NC 28602

Life Status 360
200 S Virginia St, Ste 710
Reno, NV 89501

LOGMEIN
320 Summer Street
Boston, MA 02210

Lone Star Materials
9822 Ball St.
San Antonio, TX 78217

Mailchimp
675 Ponce De Leon Ave, NE
Suite 5000
Atlanta, GA 30308

Maillie, Inc.
500 North Lewis Road
Limerick PA 19468

Mainfreight Inc
1400 Glenn Curtiss St
Carson, CA 90746

Marco Specialties
5290 Platt Springs Rd
Lexington, SC 29073

Marico Tippett
8110 S Houghton Rd
Tucson, AZ 85747

Mark A Zabinski
707 Brigewater Dr
Mooresville, NC 28112

Mark Boyle
5721 W Leiber Place
Glendale, AZ 85310

Masked Republic, Inc.
Box 2351
Castro Valley, CA 94546

Mass Mutual
1295 State St
Springfield, MA 01111-0001

Matheson Trigas
Det 3028 PO Box 123028
Dallas, TX 75312

Maverick-Abrasives
4340 E Miraloma Ave
Anaheim, CA 92807

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

McNamara Capital Investment Group LLC
7350 W College Dr, Ste 101
Palos Heights, IL 60463

Meniscus Audio
1642 Broadway Ave NW # C6
Grand Rapids, MI 49504

Metlife Investors Financial
PO Box 305073
Nashville, TN 37230-5073

Metropolitan CMG
19141 Stone Oak Pkwy, Ste 104
San Antonio, TX 78258

Michael Cales
3705 Emerald Ln.
Mulberry, FL 33860

Microsoft Office 365 Billing
One Microsoft Way
Redmond, WA 98052-6399

Midland National Life
One Sammons Plaza
Sioux Falls, SD 57193

Minor Rubber Co Inc
49 Ackerman St
Bloomfield, NJ 07003

Monoprice, Inc.
11701 6th St
Rancho Cucamonga, CA 91730

Mountain America Federal Credit Union
Attn: Eric Corbin
9800 S Monroe St
Sandy, UT 84074

Mouser Electronics
1000 North Main St
Mansfield, TX 76063

MP Wealth Management LLC
3561 E Sunrise Dr #131
Tuscon, AZ 85718

MSC Industrial Supply
75 Maxess Rd
Melville, NY 11747-3151

My Cable Mart
6224 Bury Dr
Eden Prairie, MN 55346

Nappco Fastener Co
7330 N Sam Houston Pkwy W #200
Houston, TX 77064

Nationwide Insurance
PO Box 514540
Los Angeles, CA 90051-4540

Newark Inone
33190 Collection Center Dr
Chicago, IL 60693-0331

Ni Advisors, Inc.
1138 Cadillac Ct
Milpitas, CA 95035

Northern Precision Plastics
6553 Revlon Dr
Belvidere, IL 61008

Northern Tool & Equipment
2800 Southcross Dr West
Burnsville, Minnesota 55306

NortonLifeLock Inc.
60 E Rio Salado Pkwy, Ste 1000
Tempe, AZ 85281

NTE Parts Direct
44 Farrand St
Bloomfield, NJ 07003

Occidental Life
425 Austin Ave
Waco, TX 76701

OHL-International
5101 South Broad St
Philadelphia, PA 19112

Onpay.com
1230 Peachtree St NE, Ste 1250
Atlanta, GA 30309

Openbom
105 Redwood Rd
Newton Center, MA, 02459

Outwater Plastics
4720 W Van Buren St
Phoenix, AZ 85043

Parts Express
725 Pleasant Valley Dr
Springboro, OH 45066

Paypal
2211 N 1st St
San Jose, CA 95131

PBC Linear
6402 Rockton Rd
Roscoe, IL 61073

PCB Cart
Floor 1st/2nd, Building #C, NO.163
Wu Chang Avenue, Yu Hang District
Hangzhou, China

PGH Advisors, LLC
3561 E Sunrise Dr #131
Tucson, AZ 85718

Pinball Life
1930 (Unit Q) Oak Creek Parkway
Huntley, IL 60142

Pitney Bowes
3001 Summer St
Stamford, CT 06905

Playlife Company
22287 Mulholland Hwy, Ste 62
Calabasas, CA 91302

Poly Electronics
4400 Wyland Dr
Elkhart, IN 46516

PR Newswire Association LLC
G.P.O. BOX 5897
New York, NY 10087-5897

Praxair Dist Inc
10 Riverview Dr
Danbury, CT 06810

Preferred Trust Company LLC
2140 Pebble Rd, Ste 140
Las Vegas, NV 89123

Premier Group Enterprises LLC
10001 Lake Forest Blvd, Ste 605
New Orleans, LA 70127

Principal
711 High St

Des Moines, IA 50306-0431

Professional Distribution Center
10980 Stancliff Rd
Houston, TX 77099

Protective Life
PO Box 12687
Birmingham, AL 35202-6687

PVC Fittings Online
1444 East Main Street
Rock Hill, SC 29730

Rackmount Solutions
3301 E. Plano Parkway #175A
Plano, TX 75074

Randall Foster
2014 W McLaughlin St
Smyrna, TN 37167

Randy Seymour
545 Matthew Drive
Hohenwald, TN 38462

Rapidharness
6 Liberty Square # 2026
Boston, MA 02109

Raul Gomez
8901 Dove Rd
Canyon, TX 79015

RD and J Inc
116 Troy Ave
Lubbock, TX 79416

Richeliue America
7021 Sterling Ponds Ct
Sterling Heights, MI 48312

Ringcentral
20 Davis Dr
Belmont CA 94002

Rockler
4365 Willow Dr

Medina, MN 55340

RS Hughes Co Inc
1162 Sonora Ct
Sunnyvale, CA 94086

Safe Money Solutions Group
5801 W I40, Ste 101
Amarillo, TX 79106

SAGAFTRA
5757 Wilshire Blvd, 7th Floor
Los Angeles, CA 90036

SAGER Electronics
19 Leona Dr
Middleborough, MA 02346

San Antonio Foam Fabricators
13715 Topper Cir
San Antonio, TX 78233

San Antonio Water System
2800 US Hwy 281 N
San Antonio, TX 78212

Savings Options and Solutions Inc
16870 W Bernardo Dr #410
San Diego, CA 92127

Schweitzer & Crosson
460 Caredean Dr
Horsham, PA 19044

Scott Nazarino
10219 9th Ave S
Seattle, WA 98168

Senior Insurance Services Inc
60 Rabbit Trail Dr
Washington, MO 63090

SETMORE
1033 SE Main St #5
Portland, OR 97214

Shantell Wright
8011 Brooks Chapel Rd #1531

Brentwood, TN 37027

Shenzhen Jirong Int. Trade Co., Ltd.
dba Greartisan Gear Motors
Yiwuleyuan East, Jiangbin Rd
Yiwu, Zhejiang, China

Sherwin Williams Co
101 W. Prospect Ave
Cleveland, OH 44115

Shotgun Software
210 Main St
Venice, CA 90291

Silicon Office Ventures, LLC
c/o David Spencer
229 N Main St
Boerne, TX 78006

Slack
500 Howard St
San Francisco, CA 94105

South Texas Draperies
7515 Grissom Rd #103
San Antonio, TX 78251

South Texas Dumpster
9346 TX-106 Loop
San Antonio, TX 78263

Southco Inc.
210 N. Brinton Lake Rd
Concordville, PA 19331

Spectrum Business
400 Atlantic St.
Stamford, CT 06901

Spirit Group
235 W 23rd St, 5th Floor
New York, NY 10011

State Auto
518 East Broad Street
Columbus, OH 43215

Steven Fortier
21100 State St, #105
San Jacinto, CA 92583

Stripe
510 Townsend St
San Francisco, CA 94103

Sunlife Financial
One Sun Life Executive Park
Wellesley Hills, MA 02481

Super Bright LEDs
13645 Shoreline Dr
Earth City, MO 63045

Suzohapp
601 Dempster St
Mount Prospect, IL 60056

Tape Ease Supply LLC
13423 Zander Rd
Maribel, WI, 54227-9507

Tarpon Technology Inc
10558 Bissonnet St
Houston, TX, 77099-2146

TAXJAR.COM
462 Washington St. #3066
Woburn, MA 01888

TEQUIPMENT.NET
205 Westwood Ave
Long Branch, NJ 07740

Thrailkill All Metals
200 Allentown Pkwy
Allen, TX 75002

Tools Today
65-70 Olsten St
Flushing, NY 11374

Transamerica Life
4333 Edgewood Rd NE
Cedar Rapids, IA 52499

Trumpower
3350 Scott Blvd #13
Santa Clara, CA 95054

Tumbler Technologies
3350 Scott Blvd #13
Santa Clara, CA 95054

Turner Logic, LLC
215 W Bandera Rd, Ste 114-814
Boerne, TX 78006

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158

US Life Ins. Co. in the City of New York
C/O AIG
PO Box 650400
Dallas, TX 75265-0400

Unity Copenhagen DNK
760 Market Street, Ste 400
San Francisco, CA 94103

Universal Music
2220 Colorado Ave
Santa Monica, CA 90404

US Air Purifiers LLC
5221 Castleberry Dr
Peoria, IL 61615

US Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155

USCUTTER
17945 NE 65th St #200
Redmond, WA 98052

Valco Valley Tool & Die, Inc.
10020 York-Theta Dr
North Royalton, OH 44133

Valhalla Group
c/o Jonmark Richardson
6517 West John Cabot Rd

Glendale, AZ 85308

Valley Tool and Die
1555 Brooklyn St
Eugene, OR 97403

Vickie Costello
4658 Brambleton Ave
Roanoke, VA 24018

Walsh & Albert Co
19300 Oil Center Blvd
Houston, TX 77073

WarehouseRacks.Com
3550 N Interstate 35
San Antonio, TX 78219

Warner Brothers
Attn: VP Bus & Legal
4000 Warner Blvd
Bldg 118, 5th Flr
Burbank, CA 91522

Wells Fargo
P.O. Box 51193
Los Angeles, CA 90051-5493

Wells Fargo
P. O. Box 6995
Portland, OR 97228-6995

Wells Fargo
420 Montgomery St
San Francisco, CA 94104

Westbrook Metals Inc
907 Eddie Rd
San Antonio, TX 78219

Wiha Tools
1348 Dundas Circle
Monticello, MN 55362

Wiley Carter
19141 Stone Oak Pkwy, Ste 104
San Antonio, TX 78258

Williams Crow Mask, LLP
1100 NE I-410 Loop, Ste 350
San Antonio, TX 78209

WIRED4SIGNS USA, LLC
7669 Clinton Hwy
Powell, TN 37849

Woodcraft
13719 San Pedro Ave
San Antonio, TX 78232

Woodland Power Products
72 Acton St
West Haven Green, CT 06516

Zar Razack
c/o Purpose Driven Financial Services LLC
9820 Northcross Center Ct, # 143
Huntersville, NC 28078

Louise Horn Revocable Trust
385 Holly St
Goodrich, TX 77335

Carl and Paula Jarnecke Revocable Trust
106 E Bluff St
Woodville, TX 75979

Sidney J Martindale III Fam. Rev. Living Trust
321 S Magnolia St
Woodville, TX 75979

Howard M. Carr Revocable Trust
1029 Grand Isle Dr
Naples, FL 34108

Larry R. Blume Family Trust
2341 Xenia Ave
Pahrump, NV 89048

Clayton Family Trust
555 S Rockrimmon Blvd. Apt 207
Colorado Springs, CO 80919

C&C LLC
P.O. Box 275
Batesville, VA 22924

Dewbre Family Trust
908 N Austin St
Comanche, TX 76442

Jarmco, Inc.
2811 Hood St Unit J
Dallas, TX 75219

Stovall Family Trust
106 Yaupon Dr
Kerrville, TX 78028

Generations Funding, LLC
115 Linkside Dr
Taylors, SC 29687

James & Maybelle Stephens Rev. Trust
1301 Airport Fwy, #125
Bedford, TX 76021

James T. Payne Irrevocable Trust
5236 E. Hinson Ave.
Haines City, FL 33844

Judith L. Werner Revocable Living Trust
81 Elkins LK
Huntsville, TX 77340

Roberta M. Saling Rev. Living Trust
364 Holly Ridge Rd.
Winter Haven, FL 33880

Wells Trust
1201 Enterprise Ave, Apt 522
League City, TX 77573

RE & CL Orth Family Trust
1601 W Queen Creek Rd #300
Chandler, AZ 85248

Cox Tust
12 Canyon Rd
Cloudcroft, NM 88317

Jennie R. Gardner Dec. of Trust
3528 W Starr Pass Blvd
Tucson, AZ 85745

Kane Revocable Trust
3528 W Starr Pass Dr
Tucson, AZ 85745

Marian C. Abram Rev. Trust
5752 N Camino de las Estrellas
Tucson, AZ 85718

Diane Wolf
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

Claudia Piper
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

David Birdsall
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

David Hall
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

Janette Steffer
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

Judith Richardson
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

Lynn Glazewski
c/o Tyler Wolf
Goldman Sachs

222 South Main Street
Salt Lake City, UT 84101

Marie Powers
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

Michael Tadra
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

Ruth Yanok
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

Tom Scott
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

David Croy
203 Dunkirk Rd
Oldsmar, FL 34677

Lawrence Butler
92 Deer Meadow Ct
St Peters, MO 63304

Milton Nesbitt
4126 90th Ave
Florissant, MO 63034

Paul Baransky
6601 Dunlap St, Apt 3034
Houston, TX 77074

Abraham Workman
2560 NW 103rd Ave, Apt 104
Sunrise, FL 33322

Gregory Knight

2096 Old Greenville Rd
Staunton, VA 24401

Iva Das
3115 Gatesbury North Dr
Houston, TX 77082

Mary Abraham
16626 Broadoak Grove Ln
Sugar Land, TX 77298

David Lairson
1097 County Road 615
Dayton, TX 77535

Alice Snell
103 Elmwood Ct
Palestine, TX 75801

Barbara Johns
5960 Portie Rd
Vidor, TX 77662

Roberta Saling
315 Lake Howard Drive
Winter Haven, FL 33880

Arundhati Guha
3115 Gatesbury North Dr
Sugar Land, TX 77479

Lieselotte Miller
3940 Laurel Branch Dr
Lakeland, FL 33810

Thomas Hogan
520 Hickman St
Boerne, TX 78006

Dora Mower
501 Brooks Ave
Schertz, TX 78154

Candice Gillen
4731 NW 2nd Ave, Apt 406
Boca Raton, FL 33431

Bibek Das

3106 Rosston Cir
Houston, TX 77082

Jean Quave
40311 Otero Rd
Magnolia, TX 77354

James O'Neal
1305 Carolyn Ct
Humble, TX 77338

Gary Marburger
103 Entrance Dr, Apt 4, BOX 8
Livingston, TX 77351

Albert DiCicco
7415 Holly Ct Est
Houston, TX 77095

Jill Winn
3808 Smokey Pointe
Schertz, TX 78108

Marilyn and E. Moore
128 Cindy Jacks Dr.
Kerrville, TX 78028

Bobbie Cox
12 Canyon Rd
Cloudcroft, NM 88317

Vickie Socias
7513 Avenue C
Santa Fe, TX 77510

Cathy Rice
2614 Avenue J
Santa Fe, TX 77510

Donald & Helene Cook
6243 Settlers Lake Cir E
Katy, TX 77449

Elizabeth Allen
407 Victory Ln
Mansfield, TX 76063

Philip Anderson

6744 Hidden Hickory Cir.
Colorado Springs, CO 80927

Debra Atkins
5609 72nd St.
Lubbock, TX 79424

Berry Carter
8 North St.
Taylors, SC 29687

Carrie Blair
4502 80th St.
Lubbock, TX 79424

Timothy Boykin
1609 Main Blvd.
Brownwood, TX 76801

Beau Brock
1595 FM 3030
Silverton, TX 79257

Brooks Brock
P.O. Box 180
Silverton, TX 79257

Clifford Brock
P.O. Box 180
Silverton, TX 79257

Shelley Brock
P.O. Box 180
Silverton, TX 79257

Henry Chiles
P.O. Box 275
Batesville, VA 22924

Judy Chiles
P.O. Box 275
Batesville, VA 22924

Ann Clinkscales
305 Parkwood Rd.
Greenwood, SC 29646

Ricky Coker

1121 Carriage Ct
Seabrook, TX 77586

David Colby
3621 Pottsboro Rd. #176
Denison, TX 75020

Jill Ellis
3460 Compass Way
Bluff Dale, TX 76433

Jeffrey Fairbrother
504 N Elm St.
Comanche, TX 76442

Janna Forbes
842 County Road 325
Brownfield, TX 79316

Donald Haney
5404 80th St.
Lubbock, TX 79424

Nazlin Hemani
12514 Eagles Entry Dr.
Odessa, FL 33556

Randall James
556 CR 189
Zephyr, TX 76890

John and Karen Jennings
3015 Cokesbury Rd.
Hodges, SC 29653

Becca Judd
P.O. Box 530082
Henderson, NV 89012

Charles Knight
2178 Old Greenville Rd.
Staunton, VA 24401

Gregory Knight
2096 Old Greenville Rd.
Staunton, VA 24401

Judy Lonon

906 Lumkin Rd.
Forreston, TX 76041

Audrey Mallinckrodt
210 High Meadow Ln
Foley, MO 63347

Billy Massey
7110 Forbess Dr.
Brownwood, TX 76801

Karen Masters
1200 N Veitch St, Apt 410
Arlington, VA 22201

Forrest Mayes
3850 C.R. 276
Zephyr, TX 76890

Evelyn McEvoy
1010 Thoreau Ct #212
St. Louis, MO 63146

M. McHugh
8513 Little Rock Dr.
Amarillo, TX 79188

Bryan Miles
4939 Monterey Dr.
Frisco, TX 75034

E. and Lloyd Omsberg
563 Sherwood Forrest Dr.
Woodville, TX 75979

Dennis Plunk
P.O. Box 1473
Dumas, TX 79029

Teresa & Troy Roland
15467 Falling Waters Rd.
Williamsport, MD 21795

Sonja Romero
6532 7th St.
Lubbock, TX 79410

Bill and Lauri Rousseau

6905 Michelle Dr.
Amarillo, TX 79109

Marsha Sanders
7477 PR 2564
Quinlan, TX 75474

Hanspeter Schrennen
P.O. Box 364
Oceanside, CA 92056

Jimmy and Susan Soules
8100 County Road 206
Grandview, TX 76050

Patty and Wesley Stovall
215 Creekwood Dr.
Bandera, TX 78003

David Sweeney
1234 S Leggett Dr.
Abilene, TX 79605

Suzanne Sweetman
300 River Oaks Dr
Labelle, FL 33935

Julia Towler
5239 Preserve Park Dr.
Spring, TX 77389

Jason Uldrick
1201 Abner Creek Rd.
Greer, SC 29651

Brandi Wisenbaker Valenzeula
1726 Wickham Reach Dr
Spring, TX 77386

Thomas Walker
28302 Bonn Mountain
San Antonio, TX 78260

Mark Weaver
4618 13th St.
Lubbock, TX 79416

Alma Wesley

3215 Windshire Ln, Unit 211
Charlotte, NC 28273

Alan and Susan Wolf
115 Linkside Dr.
Taylors, SC 29687

Gary Worley
814 Brook Hollow St.
Brownwood, TX 76801

Leah Wotipka
15611 Long Road
Houston, TX 77044

Georgia Toepperwein
27059 Autumn Spring
Boerne, TX 78006

Derrick Maloy
2250 County Road 4455
Hillister, TX 77624

Jack Daniel
2214 Killarney Ln.
Deer Park, TX 77536

Glenford Tunstall
623 Marquis Ln
San Antonio, TX 78216

Linda Hampton
2702 W Monte Vista Dr.
Tucson, AZ 85745

Victoria Rhoden
7151 Woodlake Pkwy #108
San Antonio, TX 78218

Mary Medlang
14307 99th Ave. NE
Arlington, WA 98233

Clyde Watson
2209 Westside Dr
Deer Park, TX 77536

Charles McBee

2421 Piney Point Dr
Deer Park, TX 77536

Kenneth Martin
3620 Ave R
Rosenberg, TX 77471

Clyde Watson
2209 Westside Dr
Deer Park, TX 77536

Robert Spraker
6960 W Wade Pl
Tucson, AZ 85743

Brenda Jennings
P.O. Box 14693
Houston, TX 77048

Pauline Rubin
11123 Renwick Dr.
Houston, TX 77096

Aaron Jones
204 Prior Ln
Pikeville, NC 27863

Pamela Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Salvador Lopez
9452 E Hillery Way
Scottsdale, AZ 85260

Brandt Socias
7519 Ave C
Santa Fe, TX 77510

Toni Hanks
2314 Laurel Rustic Oaks
Houston, TX 77014

James Harris
10214 Earlington Manor Dr.
Spring, TX 77379

Mary Summy

439 Terrace Trl
Goodrich, TX 77335

James Payne
5236 E. Hinson Ave.
Haines City, FL 33844

Jacquelin Farrar
510 Call Ct.
New Baden, IL 62265

Mary Williams
St. Dominc Village
2401 Holcombe Blvd, C216
Houston, TX 77021

Patrick Derksen
2636 N Gill Ave
Tucson, AZ 85719

Elizabeth Hathaway
85 Dixon Dr.
Hardy, VA 24101

Roberta and Phillip Erdmann
18319 Glenn Haven Estates Dr.
Spring, TX 77379

Dana Sullivan
5430 6th St
Lubbock, TX 79416

Michael Martin
7916 Huntington Way
Ft. Smith, AR 72916

Ross Rohde
4529 N Heatherwood Pl
Tucson, AZ 85718

Shavonda Harris
10214 Earlington Manor Dr.
Spring, TX 77379

Robert Spraker
6960 W Wade Pl
Tucson, AZ 85743

Larry Bobbitt
P.O. Box 50365
Amarillo, TX 79109

Sandra Thompson
4396 N Atfield Pl
Tucson, AZ 85719

John Jellison
6855 Forest View Dr, Apt 2A
Oak Forest, IL 60452

Richard Ruble
5301 County Road 7550
Lubbock, TX 79424

Nancy Cimoch
11423 S Lawndale Ave
Chicago, IL 60655

Jana Longbotham
3904 77th St
Lubbock, TX 79423

David Bukowski
8118 Gladys Ln
Palos Heights, IL 60465

Dennis Zarr
16537 Hardy St
Overland Park, KS 66085

Carlotta Grice
17819 Scrub Oak Dr
Richmond, TX 77407

Linda Wroblewski
13057 Birch Path Ct
Lemont, IL 60439

Nancy Day
740 W Kanmar Pl
Tucson, AZ 85704

John Hart
302 Rosemary Ln
Shelbyville, TX 37160

Clara Dean
375 Private Road 7135
Colmesneil, TX 75938

Paloma Beamer
166 E Limberlost Dr, Unit 103
Tucson, AZ 85705

Ann Kurtz
299 Bronco Ct
Berthoud, CO 80513

Charles McClain
PO Box 588
Dilley, TX 78017

Pauline Journey
3850 W 97th St
Evergreen Park, IL 60805

Jerry Mallory
9909 Treetop Dr, Apt 2706
Orland Park, IL 60462

Mark Donahue
11892 N Meteor Pl
Tucson, AZ 85737

Andrew Cherones
3043 E Placita Los Siete Adobes
Tucson, AZ 85718

Kelly Brumbaugh
2765 N Shannon Rd
Tucson, AZ 85745

Lynda Michalski
9938 McVicker Ave
Oak Lawn, IL 60453

Carol Gaston
3700 W 120th Pl
Alsip, IL 60803

Jeanetta Josey
1104 S Nueces St
Coleman TX 76834

Suzanne Brazzell
9002 E Linden St
Tucson, AZ 85715

Steven Harper
430 W Ft Morgan Rd, Unit 1501
Gulfshores, AL 36542

Mary Marquis
14019 SW Fwy, Ste 301, Box 163
Sugar Land, TX 77478

Allan Hauck
19637 N Keystone Dr
Sun City West, AZ 85375

Peggy Smith
654 Cypress Drive
Hanover, PA 17331

Phyllis Hansen
3850 W 97th St
Evergreen Park, IL 60805

Marian Abram
5752 N Camino De Las Estrellas
Tucson, AZ 85718

Karen Ready
1927 Topside Ct
Crosby, TX 77532

Selso Socias
7513 Avenue C
Santa Fe, TX 77510

Alfred Bourguet
8314 N Bayou Dr
Tucson, AZ 85741

Theodora McGee
1508 Timothy Ln
Amarillo, TX 79118

Dorrit Preuss
17590 Sweat Rd
Amesville, OH 45711

Casandra Carroll
3821 Lazy Creek Drive
Tyler, TX 75707

Larry Trice
2439 Doverglen Dr
Missouri City, TX 77489

Richard Jennings
11515 Fawnway Dr
Houston, TX 77221

Jun Chang
6029 S Rice Ave
Bellaire, TX 77401

Kathleen Bonnar
12845 S Newport Dr
Palos Park, IL 60464

Debra Reardon
1174 Sunset Dr
East Peoria, IL 61611

Thomas Abraham
16626 Broadoak Grove Ln
Sugar Land, TX 77498

Gwen Grossman
1255 N California Ave
Chicago, IL 60622

Robert Triplet
121 Town Loop, Apt 103
Mooresville, MC 28117

Robert Scott
219 Brookview Rd
Statesville, NC 28625

James Newell
690 Crab Tree Ct SW
Concord, NC 28025

Leonard Jackson
1702 Northshore Dr
Missouri City, TX 77459

Melanie Groseta
1906 W Fairway Ln
Payson, AZ 85541

Nolan Rowald
7311 Casita Dr
Magnolia, TX 77354

Richard Barnes
1910 Brazos Crossing Dr
Richmond, TX 77406

John Kobierecki
15525 Julies Way
Orland Park, IL 60462

Shawn Volk
1271 W Panorama Rd
Tucson, AZ 85704

Thomas Ashcraft
3121 N Pantano Rd
Tucson, AZ 85750

Orville Mathews
12875 County Road 2
Gruver, TX 79040

John Osborn
6202 Northwest Blvd
Davenport, IA 52806

Tracie Bush
7225 Royal Oak Dr
Benbrook, TX 76126

Clark Hatton
855 Meadow Lake Dr
Lakewood Village, TX 75068

M. Brown
6251 S. Bradshaw Way
Chandler, AZ 85249

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Phillip Mollencopf
7558 W Wandering Coyote Dr
Tucson, AZ 85743

Eugene Bohenski
14707 W Crystal Ct
Surprise, AZ 85374

Sharon Bloczynski
8015 S Lawler Ave
Burbank, IL 60459

Carrie Lightbody
1715 Saint Clair Dr
Pekin, IL 61554

John Perchalski
5893 S Henderson Canyon Dr
Green Valley, AZ 85622

Ai Afjei
3781 W Meadow Briar Dr
Tucson, AZ 85741

Robert and Michelle Kane
3528 W Starr Pass Blvd
Tucson, AZ 85745

Roberta Erdmann
18319 Glenn Haven Estates Dr.
Spring, TX 77379

Scott Bonnar
12845 S Newport Dr
Palos Park, IL 60464

Elizabeth Papagni
2038 Sawgrass Rdg
San Antonio, TX 78260

Rory Motley
309 Glenmore St
Victoria, TX 77904

Charles Rossman
231 E Suntree St
Tucson, AZ 85737

M. Ramsey
940 E Foothills Dr
Tucson, AZ 85718

Richard Wiley
1995 W La Osa Dr
Tucson, AZ 85705

Luther Young
31 Wedgewood Blvd
Conroe, TX 77304

Melanie Derksen
2636 N Gill Avenue
Tucson, AZ 85719

Donna Linhart
17022 N 38th Ave
Glendale, AZ 85308

Leland Wach
39962 N Arabian Way
San Tan Valley, AZ 85140

Albert Perry
13815 Jomatt Loop
Winter Garden, FL 34787

Karen Payne
12910 Peach Meadow
Cypress, TX 77429

Michelle Clark
1785 N Stony Knoll Ln
Green Valley, AZ 85614

Timothy Palmer
7978 N Blue Brick Dr
Tucson, AZ 85743

Karnetta Morris
2415 Cold River Dr
Humble, TX 77396

Megan Hawken
16103 SE 166th St
Renton, WA 98058

Nguyen Thanh
7188 Alder Spring Way
San Jose, CA 95139

Cynthia Bryant
1209 W Crystal Palace Pl
Tucson, AZ 85737

Harold Hawken
16103 SE 166th St
Renton, WA 98058

Henry Puente
3690 W El Moraga Pl
Tucson, AZ 85745

Deborah Belinowiz
2328 Via Meriposa W Unit P
Laguna Woods, CA 92637

Dhaval Bhatt
4931 W Tether Trl
Phoenix, AZ 85083

Linh Nguyen
16830 Cobbler Crossing
Sugarland, TX 77498

Tina Wendelschafer
11329 E Natal Ave
Mesa, AZ 85209

Ronald Siemienas
21159 S Hillside Rd
Frankfort, IL 60423

Carolyn and Glen Biddle
4103 Cane Valley ct.
Fulshear, TX 77441

Judith Delph
9621 N 52nd Lane
Glendale, AZ 85302

William Lawlor
19128 Loomis Ave
Homewood, IL 60430

Tanja Greene
3411 Sparta Drive
Missouri City, TX 77459

Ralph Price
6340 Villa Emo St
N Las Vegas, NV 89031

Mary Dennis
3322 Chalfont Dr
Houston, TX 77066

Deborah Belinowiz
2328 Via Meriposa W Unit P
Laguna Woods, CA 92637

Paul Mocogni
221 Sard Place
Highwood, IL 60040

Mary McGarey
7255 E Camino Bacelar
Tucson, AZ 85715

Donald Brooks
330 Ash Drive
Waxahachie, TX 75165

Walter Lakota
2302 Columbia Drive
Costa Mesa, CA 92626

Jane Kilanowski
17848 Columbus Ct
Orland Park, IL 60467

Katherine Thompson
26213 N 49th Lane
Phoenix, AZ 85083

Josephine Russomano
94 Roundup Drive
San Antonio, TX 78213

Dave Hernandez
26835 Trinity Trail
Cypress, TX 77433

George Urban
9722 S McVicker Ave
Oak Lawn, IL 60453

Candy Nasca
5500 N Valley View Rd, Unit 227
Tucson, AZ 85718

Gus Brisco
4778 Muir Ave
San Diego, CA 92107

Wayne Richmond
260 Burleson Rd
Belville, TX 77418

Denise Perez
15809 Scotsglen Rd
Orland Park, IL 60462

Scott Hanson
4148 E Rockledge Rd
Phoenix, AZ 85044

Donald Tilly
707 39th Ave SE
Puyallup, WA 98374

Larry Zimmerman
1743 McKinley St
Enumclaw, WA 98022

James Woodward
17009 N 60th Way
Scottsdale, AZ 85254

Mayme Carter
1550 E River Rd Apt 105
Tucson, AZ 85718

Timothy Allison
218 Hawthorne Place
Port Angeles, WA 98362

Lynn Stevenson
5075 N Circulo Sobrio
Tucson, AZ 85718

Joycelyn Williams
51 Wincrest Falls Dr
Cypress, TX 77429

Tamra Marco
10791 Prairie Farm Road
Grant Park, IL 60940

Debbie Wiles
8651 Foothill Blvd 40
Rancho Cucamonga, CA 91730

Richard Stroud
6801 CR 1017
Joshua, TX 76058

Raymond and Joanne Borner
12212 74th Ave
Palos Heights, IL 60463

Bella Vivante
870 E Mitchell Dr
Tucson, AZ 85719

Curtis Phillips
2317 Kestrel Drive
Rock Hill, SC 29732

Paul Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Dennis Newport
2301 W 110th Place
Chicago, IL 60643

Glen Biddle
4103 Cane Valley Ct
Fulshear, TX 77441

David Wach
6774 Pine Way
Florence, AZ 85132

Gaye Key
5960 Adako Road
Lenoir, NC 28645

Robert Alessi
17718 92nd Ave E
Puyallup, WA 98375

Dennis Zarr
16537 Hardy St
Overland Park, KS 66085

Susan Willis
730 W Kanmar Place
Tucson, AZ 85704

Jean Williams
7164 N Finger Rock Place
Tucson, AZ 85718

Kenneth Rud
11800 Grant Road #3901
Cypress, TX 77429

Eden Johnson
16711 Mount Allyson Circle
Fountain Valley, CA 92708

John Laughlin
20326 N 61st Ave
Glendale, AZ 85308

Rickie and Libby Brinegar
7824 W Taro Lane
Glendale, AZ 85308

Steven Steinberg
752 Lindenwood Dr
Claremont, CA 91711

Edward Williams
30522 Thorsby Dr
Spring, TX 77386

Scott Donaldson
620 Stoneleigh Dr
Houston, TX 77079

Roxanne Holly
6821 E Brownstone Pl
Tucson, AZ 85750

Theresa Dannhaus
32025 FM 1301 Rd
West Columbia, TX 77486

Yolanda Hoirup
18807 McGhee Drive E
Bonney Lake, WA 98391

Jennifer Schimmel
3108 Kingsbarns Drive
Flower Mound, TX 75028

Rosa Gibson
524 Simonton St
Montgomery, TX 77356

Justin Rigby
9472 S San Esteban Dr
Vail, AZ 85641

James Donnelly
9297 E Caribbean Lane
Scottsdale, AZ 85260

Jennifer Nevarez
8232 Homefield Way
Sacramento, CA 95828

Robert Schall
8264 Preston Way
Sacramento, CA 95828

Gloria Meza
1013 S Vine Avenue
Ontario, CA 91762

Katherine Thompson
26213 N 49th Lane
Phoenix, AZ 85083

Eden Johnson
16711 Mount Allyson Circle
Fountain Valley, CA 92708

Laura Marsh
9120 W Wilshire Ave
Phoenix, AZ 85037

Sonia Green
2100 Huldy St #1
Houston, TX 77019

Mark Benko
2966 W Royal Copeland Dr
Tucson, AZ 85745

Mitchell Monte
1192 Valley Oaks Dr
Lewisville, TX 75067

Karla Carpenter
11485 N Moon Ranch Pl
Marana, AZ 85658

Ronnie Counts
1816 Rider Rd
Azle, TX 76020

Brett and Lee Ann Havenga
5105 E Hawthorn Dr
Flagstaff, AZ 86004

Stephanie Johnson
3506 Lauren Trail
Pearland, TX 77581

Christian Lopez
3721 N Tyndall Ave
Tucson, AZ 85719

Michael Wallin
12425 43rd Dr SE
Everett, WA 98208

Joan See
42 W 465 Sylvan Ln
St. Charles, IL 60175

Hugh Pipkin
9544 N Corte Roca De Plata
Tucson, AZ 85704

Lori Fraesdorf
4801 N Camino Antonio
Tucson, AZ 85718

Lawson Horner
3026 S Lookout Ridge
Gold Canyon, AZ 85118

Teresa Lampkins
3310 Beam Drive
Las Vegas, NV 89139

Twyla Gray
19 Kayak Ridge Drive
The Woodlands, TX 77389

Teresa Tunstall
26915 Rustic Brook
San Antonio, TX 78261

Ann Counts
1816 Rider Rd
Azle, TX 76020

Charles Guthrie
13108 Cottingham Rd
Oklahoma City, OK 73142

Joseph Benson
39319 Camino Manena
Indio, CA 92203

Lois Wagner
1492 Sedgefield Drive
Murrells Inlet, SC 29576

Harry Williams
1312 Darlene Way
Boulder City, NV 89005

Donald Buchholz
34848 Starling Drive #4
Union City, CA 94587

John Gray
19 Kayak Ridge Drive
The Woodlands, TX 77389

Marsha Smith
2765 E Des Moines Circle
Mesa, AZ 85213

Christopher Blais
15250 Blackfoot Rd
Apple Valley, CA 92307

Robin Walters
2029 W 20th Lane
Yuma, AZ 85364

Donna Linhart
17022 N 38th Ave
Glendale, AZ 85308

Elaine Macroglou
8149 E Via De Viva
Scottsdale, AZ 85258

Joseph Fitzpatick
5587 Sundance Avenue
Las Vegas, NV 89110

Patricia Hollins
9158 National Park Drive
Las Vegas, NV 89178

Victor Arnold
2525 E Drachman St
Tucson, AZ 85716

Peter Shifflett
4521 W Camino De Cielo
Tucson, AZ 85745

Gary Heyer
7324 E Villa Way
Scottsdale, AZ 85257

Hubert Odom
900 Longbranch Rd
Hohenwald, TN 38462

Alan Garland
12609 N 18th Pl
Phoenix, AZ 85022

John Cooper
19316 W Colter St
Litchfield Park, AZ 85340

Sara Meyers
11842 Mulholland Dr
Meadows Place, TX 77477

John Cochran
984 Deercrest Drive
San Bernadino, CA 92407

Paul Monaghan
23606 Whispering Wind
Katy, TX 77494

Donald Hales
4642 W Park View Cir
Glendale, AZ 85310

Donald Pagel
18019 Dorman Draw Ln
Houston, TX 77044

Kathleen Ellis
4480 E Skousen St
Gilbert, AZ 85295

Ellen Matoba
4878 Wellington Park Dr
San Jose, CA 95136

Janet Kalilikane
120 N Val Vista Dr #236
Mesa, AZ 85213

Joseph Willets
3461 E Camino St
Mesa, AZ 85213

Linda Richmond
2033 S Gessner #2307
Houston, TX 77063

Irma Nieves
5015 E Fairmount
Tucson, AZ 85712

Elizabeth Howard
9994 N Sumter Creek Pl
Tucson, AZ 85742

Sandra Newman
1627 Indian Wells Drive
Boulder City, NV 89005

Michael Dennis
3409 Country Ridge Dr
Antioch, TN 37013

Paula Norton
12310 Scottsdale Drive
Meadows Place, TX 77477

Vernon Earle
10991 E Via Tranquilla
Tucson, AZ 85749

Constance Grigg-Koning
10811 Carpenter St
Mokena, IL 60448

Maryann Barsi
37 Louis St
Old Bridge, NJ 08857

Hans VanRiel
3660 Wedo Way
North Las Vegas, NV 89031

Marianne Smith
6104 N Lake Mountain Rd
Eagle Mountain, UT 84005

Darlene Langkopf
2 Paradise Lane
Washington, MO 63090

Carl Clayton
7545 Avalon Bay Street
Las Vegas, NV 89139

James Klinker
2538 Prairie St
Blue Island, IL 60406

Clara Coffey
7719 Cervin Dr
Amarillo, TX 79191

Susan Alderfer
2045 Hill Rd
Perkiomenville, PA 18074

Lucille Vanderhagen
PO Box 46082
Seattle, WA 98146

Allison Spangler
3793 Sidestreet
Atlanta, GA 30341

JoAnne Settles
125 Berkshire
Victoria, TX 77904

Paul Pino
7701 Santa Isabel Ct NW
Albuquerque, NM 87120

David Adderley
13911 SW 112th St
Miami, FL 33186

Pablo Manrique
12375 W Cameo Mary Ln
Tucson, AZ 85743

Danny Castillo
113 N El Paso
Dumas, TX 79029

Joseph Dorsey
6734 Bamberry St
New Orleans, LA 70126

Michael Spotofora
7285 Falling Timber Court
Las Vegas, NV 89113

Esteban Flores
5000 Glenn Street
Amarillo, TX 79108

Ronald Mendola
26543 SW 122nd Place
Homestead, FL 33032

Matthew MacVane
99 SW 14th Ave
Boca Raton, FL 33486

Wilson Adkins
36963 N Stoneware Dr
San Tan Valley, AZ 75140

Mark Manfre
150 S. La Arboleta St
Gilbert, AZ 85296

Nathan Smith
2707 Rambo Circle
Lavaca, AZ 72941

Andrew Caldwell
2354 340th Street
Keokuk, IA 52632

Michael Levitt
3120 Royal Palm Court
Ft. Lauderdale, PA 33312

Trevor Sherman
2033 E Cortez Drive
Gilbert, AZ 85234

Timothy Dawalt
159 Draketown Rd
Bloomsburg, PA 17815

Aubrey Ross
5418 Westerham Place
Houston, TX 77069

Margaret Boyd-Hadley
7790 Hall Rd
Fairburn, GA 30213

Mark Zabinski
707 Bridgewater Drive
Monroe, NC 28112

Janice Arbogast
1253 Lacey Spring Rd
Harrisonburg, VA 22802

Charles Walker
687 Blazer Ave
Smyrna, TX 37167

Gwendolyn Barze
3323 Abbotswood Dr
Harvey, LA 70058

Clarence Henderson
604 NE 2nd Street
Dania Beach, FL 33004

Fredrick Franco
136 Davis Bridge Rd
Bernville, PA 19506

Derek Pimble
415 Sullivan Trail
Long Pond, PA 18334

Jennifer Kinard
5404 Richardsons Endeavor Dr
Bowie, MD 20720

Brad Leon
620 Vista View Dr
Ashville, NC 28803

Bradley Ament
1414 S Norfolk
Mesa, AZ 85206

Paula Atkinsons
601 Cherry Ln
Grandview, WA 98930

Elisabeth Rundstrom
3106 N. Sawyer Circle
Mesa, AZ 85207

Steven Sheldon
2609 N. 22nd Street
Mesa, AZ 85213

James Turk
4026 N. Terra Mesa Circle
Mesa, AZ 85207

Michael Wolf
20205 Smokey Rd
Frenchtown, MT 59834

Texas Workforce Commission
101 E 15th St
Austin, TX 78778

Utah Dept of Workforce Services
P.O. Box 45249
Salt Lake City, UT  84145-0249

Texas Comptroller
111 East 17th Street
Austin, Texas 78774

Texas Comptroller (Sales Tax)
111 East 17th Street
Austin, Texas 78774

Idaho Dept of Labor
317 W. Main St.
Boise, Idaho 83735

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134

North American Securities Administrators Association, Inc.
750 First Street NE, Suite 1140
Washington, D.C. 20002

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Securities and Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities and Exchange Commission
David Woodcock, Regional Director
Burnett Plaza
801 Cherry St., Suite 1900, Unit 18
Fort Worth, TX 76102

Silicon Drive Office Venture, LLC
c/o Norton Rose Fulbright US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701-4255

Silicon Drive Office Venture, LLC
229 North Main Street
Boerne, TX 78006