

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 13, 2021.**

_____
**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-51523-cag |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

### ORDER REASSIGNING CASE

The Debtor filed the above-numbered Chapter 7 bankruptcy case on December 9, 2021. Also on December 9, 2021, a companion Chapter 7 case of Policy Services, Inc. (Case No. 21-51513-mmp) was filed and assigned to the Honorable Michael M. Parker. After reviewing the record, the Court is of the opinion that the above-numbered bankruptcy case proceeding should be reassigned to the Honorable Michael M. Parker.

IT IS THEREFORE ORDERED that the above-numbered bankruptcy proceeding is hereby REASSIGNED to Judge Michael M. Parker.

# # #