

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 15, 2021.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-51513 |
| | § | |
| POLICY SERVICES, INC. | § | Chapter 7 |
| | § | |
| IN RE: | § | |
| | § | CASE NO. 21-51514 |
| WIZARD MODE MEDIA, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51515 |
| deeproot PINBALL LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51516 |
| deeproot GROWTH RUNS DEEP FUND, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51517 |
| deeproot 575 FUND, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51518 |
| deeproot 3 YEAR BONUS INCOME DEBENTURE FUND, LLC, | § | Chapter 7 |
| | § | |

1

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 21-51519 |
| deeproot BonusGrowth 5 Year Debenture Fund, LLC, | § § § | Chapter 7 |
| IN RE: | § § § | CASE NO. 21-51520 |
| deeproot Tech LLC, | § § | Chapter 7 |
| IN RE: | § § § | CASE NO. 21-51521 |
| deeproot Funds LLC, | § § | Chapter 7 |
| Debtors. | § | |

## ORDER GRANTING DEBTORS' REQUEST FOR EXPEDITED HEARING

CAME ON FOR CONSIDERATION the request (the "Request")[1] for an expedited hearing on the Debtors' Expedited Motion for Joint Administration (the "Motion"), filed by Policy Services, Inc., Wizard Mode Media, LLC, deeproot Pinball LLC, deeproot Growth Runs Deep Fund, LLC, deeproot 575 Fund, LLC, deeproot 3 Year Bonus Income Debenture Fund, LLC, deeproot BonusGrowth 5 Year Debenture Fund, LLC, deeproot Tech LLC, deeproot Funds LLC, deeproot Studios LLC, and deeproot Capital Management, LLC (collectively, the "Debtors") debtors in the above-captioned chapter 7 bankruptcy case on December 13, 2021. The Court finds that the Request should be granted as set forth below.

It is therefore ORDERED that the Motion is scheduled for **expedited hearing on December 20, 2021 @11:00am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas or VIA Telephone at (650) 479-3207 Access Code 2305 728 3687.** Ms. Curtis shall be responsible for notice to parties.

### #

---

[1] Capitalized terms not otherwise defined herein are used as defined in the Motion.

2

PREPARED AND SUBMITTED BY:

Jason M. Rudd, Tex. Bar No. 24028786
Catherine A. Curtis, Tex. Bar No. 24095708
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
catherine.curtis@wickphillips.com

**COUNSEL FOR DEBTOR**