

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 15, 2021.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-51513 |
| | § | |
| POLICY SERVICES, INC. | § | Chapter 7 |
| | § | |
| IN RE: | § | |
| | § | CASE NO. 21-51514 |
| WIZARD MODE MEDIA, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51515 |
| deeproot PINBALL LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51516 |
| deeproot GROWTH RUNS DEEP FUND, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51517 |
| deeproot 575 FUND, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51518 |
| deeproot 3 YEAR BONUS INCOME DEBENTURE FUND, LLC, | § | |
| | § | Chapter 7 |
| | § | |

1

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-51519 |
| deeproot BonusGrowth 5 Year | § | |
| Debenture Fund, LLC, | § | Chapter 7 |
| | § | |
| IN RE: | § | |
| | § | CASE NO. 21-51520 |
| deeproot Tech LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51521 |
| deeproot Funds LLC, | § | |
| | § | Chapter 7 |
| Debtors. | § | |

### ORDER GRANTING DEBTORS' REQUEST FOR EXPEDITED HEARING

CAME ON FOR CONSIDERATION the request (the "Request")[1] for an expedited hearing on the Debtors' Expedited Motion for Joint Administration (the "Motion"), filed by Policy Services, Inc., Wizard Mode Media, LLC, deeproot Pinball LLC, deeproot Growth Runs Deep Fund, LLC, deeproot 575 Fund, LLC, deeproot 3 Year Bonus Income Debenture Fund, LLC, deeproot BonusGrowth 5 Year Debenture Fund, LLC, deeproot Tech LLC, deeproot Funds LLC, deeproot Studios LLC, and deeproot Capital Management, LLC (collectively, the "Debtors") debtors in the above-captioned chapter 7 bankruptcy case on December 13, 2021. The Court finds that the Request should be granted as set forth below.

It is therefore ORDERED that the Motion is scheduled for **expedited hearing on December 20, 2021 @11:00am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas or VIA Telephone at (650) 479-3207 Access Code 2305 728 3687.** Ms. Curtis shall be responsible for notice to parties.

# # #

---

[1] Capitalized terms not otherwise defined herein are used as defined in the Motion.

PREPARED AND SUBMITTED BY:

Jason M. Rudd, Tex. Bar No. 24028786
Catherine A. Curtis, Tex. Bar No. 24095708
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
catherine.curtis@wickphillips.com

**COUNSEL FOR DEBTOR**

United States Bankruptcy Court

Western District of Texas

In re:            Case No. 21-51523-mmp

deeproot Capital Management, LLC            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5            User: admin            Page 1 of 1

Date Rcvd: Dec 16, 2021            Form ID: pdfintp            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Catherine A. Curtis | on behalf of Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Randolph N Osherow | rosherow@hotmail.com rosherow@ecf.axosfs.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 4