IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-51523-MMP |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

## TRUSTEE'S RESIGNATION OF APPOINTMENT
## IN DEEPROOT CAPITAL MANAGEMENT, LLC

I, Randolph N. Osherow, hereby resign my appointment as Trustee in the above entitled case and respectfully report the following:

I have neither received any property nor paid any money on account of this estate.

This Notice is given due to my determination that I am resigning for other reasons.

I declare under penalty of perjury that the foregoing report is true and correct.

Signed December 20th, 2021.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 300
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com