UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
AUBREY L. THOMAS
ASSISTANT U.S. TRUSTEE
615 E. Houston, Rm. 533
San Antonio, TX 78205
Telephone: (210) 472-4640
Fax: (210) 472-4649

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 21-51523-MMP |
| DEEPROOT CAPITAL | § |
| MANAGEMENT, LLC | § |
| | § CHAPTER 7 |
| DEBTOR. | § |

**CERTIFICATE OF REVIEW**

The United States Trustee has reviewed the Trustee's Notice of Resignation and Report of No Administration for compliance with Title 11 of the United States Code.

DATED: December 21, 2021

        KEVIN M. EPSTEIN
        UNITED STATES TRUSTEE
        Region 7
        Southern and Western Districts of Texas

BY: /s/ Aubrey L. Thomas
      Aubrey L. Thomas
      Assistant U. S. Trustee
      Arizona Bar No. 029446
      615 E. Houston St., Room 533
      San Antonio, TX 78205
      (210) 472-4640
      (210) 472-4649 Fax
      E-mail: Aubrey.Thomas@usdoj.gov