UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
AUBREY L. THOMAS
ASSISTANT U.S. TRUSTEE
615 E. Houston, Rm. 533
San Antonio, TX 78205
Telephone: (210) 472-4640
Fax: (210) 472-4649

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: §
 §
 § CASE NO. 21-51523-MMP
DEEPROOT CAPITAL §
MANAGEMENT, LLC §
 § CHAPTER 7
DEBTOR. §

## NOTICE OF APPOINTMENT OF INTERIM SUCCESSOR TRUSTEE AND FIXING OF BOND

Pursuant to Title 11 U.S.C. § 703(b), **JOHN PATRICK LOWE,** is appointed successor trustee in the above-captioned case, and is hereby designated to preside at any meeting of creditors held pursuant to 11 U.S.C. § 341(a). Pursuant to Bankruptcy Rule 2008, the successor trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. If the successor trustee rejects this appointment, the successor trustee must notify the Court and the United States Trustee. The bond for this case will be included under the successor trustee's existing blanket bond. Unless creditors elect another successor trustee, the successor trustee appointed herein shall serve as successor trustee without further appointment or qualification under the same bond.

DATED: December 21, 2021

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
Region 7
Southern and Western Districts of Texas

BY: /s/ Aubrey L. Thomas
Aubrey L. Thomas
Assistant U. S. Trustee
Arizona Bar No. 029446
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax
E-mail: Aubrey.Thomas@usdoj.gov