**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 22, 2021.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | § |
| | § Chapter 7 |
| DEEPROOT CAPITAL | § |
| MANAGEMENT, LLC, ET AL.,[2] | § Case No. 21-51523-MMP |
| | § |
| Debtors. | § Jointly Administered |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

On this day came for consideration the Unopposed Motion to Extend Time to File Schedules and Statements of Financial Affairs (the "Motion"), filed by Debtors deeproot Capital

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

Management, LLC, *et al*. The Court finds that notice of the Motion was reasonable and sufficient under the circumstances. Based upon the pleadings and representations of counsel and the lack of any opposition by the United States Trustee or the Chapter 7 trustee to the Motion, the Court finds that the Motion should be granted. **IT IS THEREFORE,**

**ORDERED** that the Motion is granted. **IT IS FURTHER,**

**ORDERED** that the deadline for filing the Schedules and Statements of Financial Affairs, required to be filed by each one of the Debtors pursuant to Federal Rule of Bankruptcy Procedure 1007(b) and (d) is hereby extended to and including January 6, 2022.

# # # END OF ORDER # # #

PREPARED AND SUBMITTED BY:

Jason M. Rudd, Tex. Bar No. 24028786
Catherine A. Curtis, Tex. Bar No. 24095708
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Phone: (214) 692-6200
Fax: (214) 692-6255
Email: jason.rudd@wickphillips.com
   catherine.curtis@wickphillips.com

*Counsel to the Debtors*