

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 20, 2021.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-51513 |
| POLICY SERVICES, INC. | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51514 |
| WIZARD MODE MEDIA, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51515 |
| DEEPROOT PINBALL LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51516 |
| DEEPROOT GROWTH RUNS DEEP FUND, LLC, | § | |
| | § | Chapter 7 |
| | § | |
| IN RE: | § | CASE NO. 21-51517 |
| | § | |
| DEEPROOT 575 FUND, LLC, | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51518 |
| DEEPROOT 3 YEAR BONUS INCOME DEBENTURE FUND, LLC, | § | Chapter 7 |
| | § | |

1

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-51519 |
| DEEPROOT BONUSGROWTH 5 YEAR | § | |
| DEBENTURE FUND, LLC, | § | Chapter 7 |
| | § | |
| IN RE: | § | |
| | § | CASE NO. 21-51520 |
| DEEPROOT TECH LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51521 |
| DEEPROOT FUNDS LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51522 |
| DEEPROOT STUDIOS LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51523 |
| DEEPROOT CAPITAL MANAGEMENT, LLC, | § | |
| | § | Chapter 7 |
| DEBTORS. | | |

## ORDER GRANTING MOTION FOR JOINT ADMINSTRATION

On December 13, 2021, the Debtors filed a motion entitled *Debtors' Expedited Motion for Joint Administration* in the above styled and numbered chapter 7 cases seeking joint administration of such cases ("Motion"). The Court finds that notice was proper and that no party in interest made any response in opposition to the Motion or, if so, the relief requested in any such response was denied for the reasons stated on the record, and further finds that the relief requested in the Motion should be granted.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the chapter 7 cases of Debtors Policy Services, Inc., Wizard Mode Media, LLC, deeproot Pinball LLC, deeproot Growth Runs Deep Fund, LLC, deeproot 575 Fund, LLC, deeproot 3 Year Bonus Income Debenture Fund, LLC, deeproot BonusGrowth 5 Year Debenture Fund, LLC, deeproot Tech LLC, deeproot Funds LLC, deeproot Studios LLC, and deeproot Capital Management, LLC be jointly administered in accordance with the terms of this Order, as follows:

2

(1)     Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only;

(2)     Policy Services, Inc., Wizard Mode Media, LLC, deeproot Pinball LLC, deeproot Growth Runs Deep Fund, LLC, deeproot 575 Fund, LLC, deeproot 3 Year Bonus Income Debenture Fund, LLC, deeproot BonusGrowth 5 Year Debenture Fund, LLC, deeproot Tech LLC, deeproot Funds LLC, deeproot Studios LLC, and deeproot Capital Management, LLC are to be jointly administered under Case No. 21-51523-mmp;

(3)     Judge Michael M. Parker shall preside over these jointly administered cases;

(4)     The joint caption of the Debtors Policy Services, Inc., Wizard Mode Media, LLC, deeproot Pinball LLC, deeproot Growth Runs Deep Fund, LLC, deeproot 575 Fund, LLC, deeproot 3 Year Bonus Income Debenture Fund, LLC, deeproot BonusGrowth 5 Year Debenture Fund, LLC, deeproot Tech LLC, deeproot Funds LLC, deeproot Studios LLC, and deeproot Capital Management, LLC cases shall read as shown in attached **Exhibit A**.

(5)     All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of deeproot Capital Management, LLC, Case No. 21-51523-mmp;

(6)     All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made;

(7)     Each of the Debtors shall (a) not be liable for the claims against any of the Debtors

3

by virtue of this Order; and (b) file separate Bankruptcy Schedules and Statements of Financial Affairs under their individual case number;

(8)     A docket entry shall be made in each of the Debtors' cases substantially as follows:

*An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Western District of Texas directing joint administration for procedural purposes only of the chapter 7 cases of: Policy Services, Inc., Case No. 21-51513; Wizard Mode Media, LLC, Case No. 21-51514; deeproot Pinball LLC, Case No. 21-51515; deeproot Growth Runs Deep Fund, LLC, Case No. 21-51516; deeproot 575 Fund, LLC, Case No. 21-51517; deeproot 3 Year Bonus Income Debenture Fund, LLC, Case No. 21-51518; deeproot BonusGrowth 5 Year Debenture Fund, LLC, Case No. 21-51519; deeproot Tech LLC, Case No. 21-51520; deeproot Funds, LLC, Case No. 21-51521; deeproot Studios, LLC, Case No. 21-51522; deeproot Capital Management, LLC, Case No. 21-51523. The docket in Case No. 21-51523 should be consulted for all matters affecting this case. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 21-51523-mmp*; and

(9)     Debtor shall file a master service list in deeproot Capital Management, LLC, Case No. 21-51523-mmp which includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all the Debtor's jointly administered cases for future noticing requirements.

# # #

4

Jason M. Rudd, Tex. Bar No. 24028786
Catherine A. Curtis, Tex. Bar No. 24095708
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
catherine.curtis@wickphillips.com

**COUNSEL FOR DEBTORS**

**<u>Exhibit A</u>**

**Case Caption**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | Case No. 21-51523-mmp |
| LLC, ET AL.,[1] | § | |
| | § | Jointly Administered |
| DEBTORS. | § | |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

United States Bankruptcy Court

Western District of Texas

In re:                                       Case No. 21-51523-mmp

deeproot Capital Management, LLC              Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5                          User: admin                               Page 1 of 2

Date Rcvd: Dec 21, 2021                     Form ID: pdfintp                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021                   Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Catherine A. Curtis | on behalf of Debtor Policy Services  Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Tech  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor Wizard Mode Media  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Pinball  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 575 Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Studios  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |

| District/off: 0542-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdfintp | Total Noticed: 1 |

Catherine A. Curtis

on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Capital Management  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Funds  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot 3 Year Bonus Income Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Growth Runs Deep Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Growth Runs Deep Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor Policy Services  Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor Wizard Mode Media  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Capital Management  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Tech  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Studios  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot 575 Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Funds  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Pinball  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot 3 Year Bonus Income Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

John Patrick Lowe

pat.lowe.law@gmail.com  plowe@ecf.axosfs.com

Randolph N Osherow

rosherow@hotmail.com  rosherow@ecf.axosfs.com

United States Trustee - SA12

USTPRegion07.SN.ECF@usdoj.gov


TOTAL: 25