# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **deeproot CAPITAL MANAGEMENT, LLC** | § | Case No. 21-51523-mmp |
| | § | |
| | § | |
| **Debtor.** | § | (Chapter 7) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PLEADINGS

Silicon Drive Office Venture, LLC, a creditor and party-in-interest in the bankruptcy case of deeproot CAPITAL MANAGEMENT, LLC, Debtor, hereby requests that service of all notices in connection with this case be served upon Silicon Drive Office Venture, LLC and its legal counsel, addressed as follows:

> **John C. Dunne**
> **jdunne@smfadlaw.com**
> **SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C.**
> **1001 McKinney Street, Suite 1100**
> **Houston, TX 77002**
> **(713) 646-5500 (Tel.)**
> **(713) 752-0337 (Fax)**

Silicon Drive Office Venture, LLC also requests service of copies of all papers filed with the Court or the U.S. Trustee, or served in this case, including but not limited to pleadings, motions, applications, answering or reply papers, orders, reports, schedules, statements, tax returns, profit and loss statements, cash flow statements, balance sheets and other financial statements.

Woman's Hospital requests that the Debtor and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above case, and include them in the CM/ECF.

Dated: <u>December 28, 2021</u>

                Respectfully submitted,

                <u>/s/ John C. Dunne</u>
                John C. Dunne
                Texas Bar No. 00787405
                SD Tex. No. 17442
                1001 McKinney Street, Suite 1100
                Houston, Texas 77002
                (713) 646-5500 (Tel.)
                (713) 752-0337 (Fax)

                **COUNSEL FOR SILICON DRIVE OFFICE VENTURE, LLC**

OF COUNSEL:

SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE
A Professional Corporation
1001 McKinney Street, Suite 1100
Houston, Texas 77002
(713) 646-5500 (Tel.)
(713) 752-0337 (Fax)

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on December 28, 2021, a true and correct copy of the above and foregoing Notice of Appearance Request for Notices and Pleadings has been served upon the parties through the Court's ECF system upon the parties.

                <u>/s/ John C. Dunne</u>
                John C. Dunne

G:\Client Folders\2401\0001\Pleadings\Notice of Appearance.docx