WED-84803 0542-5 309C1 21-51513
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

Attn: John Patrick Lowe
cc: Bankruptcy Clerk

000821 821 3 MB 0.482 79424 6 9 9481-2-821

Carrie Blair
4502 80th St.
Lubbock, TX 79424-3208

NEW ADDRESS:
Carrie Blair
1171 E FM 193
Afton, TX 79220
806-549-9029
alternate phone: Stephen Blair, 806-549-9031

Case numbers:
21-51513-mmp
21-51514-mmp
21-51515-cag
21-51516-mmp
21-51517-mmp
21-51518-mmp
21-51519-mmp
21-51520-cag
21-51521-cag
21-51522-cag
21-51523-cag

FILED

DEC 27 2021

U.S. BANKRUPTCY COURT
BY_____DEPUTY

*Carrie Blair* (signature)

## ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|

000821    8480300082213