TO:
Bankruptcy Court
615 E. Houston Street, room 597
San Antonio, TX 78205

FROM:
Kim Marchwicki
9603 Boerne Spring
Boerne, TX 78006

December 21, 2021

**FILED**

DEC 27 2021

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

Dear Bankruptcy Court,

I, Kim Marchwicki, as Georgia Toepperwein's daughter and as the trustee of the Clifton R. Toepperwein and Georgia L. Toepperwein Living Trust, am updating the address and information concerning Georgia Toepperwein for the Notice of Chapter 7 Bankruptcy, Case number 21-51516-mmp, for deeproot Growth Runs Deep Fund, LLC.

Georgia Toepperwein is deceased, DOD July 13, 2020. An investment with deeproot Growth Runs Deep Fund, LLC is an asset in her trust.

The address on record for the Trust and for correspondence is to be updated to:
9603 Boerne Spring
Boerne, TX 78006

Sincerely,
Kim Marchwicki, Trustee
Clifton R. Toepperwein and Georgia L. Toepperwein Living Trust
9603 Boerne Spring
Boerne, TX 78006

Cell 401-641-0721
Email Gsamaple333@aol.com

WED-84803 0542-5 309C1 21-51513
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

000676 676 3 MB 0.482 78006 5 8 9481-2-676

Georgia Toepperwein → Deceased July 13, 2020    Update address See below
27059 Autumn Spring
Boerne, TX 78006-5217

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
| Updated address Clifton R. Toepperwein and Kim Marchwicki, Trustee 9603 Boerne Spring Boerne, TX 78006 | Georgia L. Toepperwein Living Trust |

000676    84803000677115

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | deeproot Growth Runs Deep Fund, LLC<br>Name | EIN: | 46–5048046 |
| United States Bankruptcy Court Western District of Texas | | Date case filed for chapter: | 7    12/9/21 |
| Case number: 21–51516–mmp | | | |

## Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline      10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtor's full name | deeproot Growth Runs Deep Fund, LLC | |
|---|---|---|
| 2. All other names used in the last 8 years | | |
| 3. Address | 12621 Silicon Dr<br>San Antonio, TX 78249 | |
| 4. Debtor's attorney<br>Name and address | Catherine A. Curtis<br>Wick Phillips Gould & Martin, LLP<br>3131 McKinney Ave, Suite 500<br>Dallas, TX 75204 | Contact phone (214) 692-6200<br>Email: catherine.curtis@wickphillips.com |
| 5. Bankruptcy trustee<br>Name and address | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212 | Contact phone (210) 738-3001<br>Email: rosherow@hotmail.com |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br>Contact phone (210) 472-6720<br>Date: 12/13/21 |
| 7. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | January 13, 2022 at 10:00 AM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>Phone: (877)937-4915; Code#:7491951 |
| 8. Proof of claim<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**       page 1