deeproot Capital Management, LLC
Case number: 21-51523-cag

Notice of change of address
Salvador Lopez, Creditor
Hereby inform the court of change of address.

Old Address:
9452 E Hillery Way
Scottsdale, AZ 85260

New Address:
6341 N. 82nd Way
Scottsdale, AZ 85250

FILED

DEC 3 0 2021

U.S. BANKRUPTCY COURT
BY_____DEPUTY

Signature: _____

Date: 12/27/21