## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on December 31, 2021, on the parties listed below, via ECF and/or email service where, and otherwise via First Class United States Postal service.

| Party | Method |
|---|---|
| deeproot Capital Management, LLC<br>12621 Silicon Drive<br>San Antonio, TX 78249<br>***Through Its Counsel of Record*** | ☐ Courier Receipted Delivery<br>☐ Telephonic Document Transfer<br>☐ CM RRR<br>☐ First Class Mail<br>■ Electronic Filing |
| Office of the United States Trustee<br>615 E. Houston Street, Suite 533<br>San Antonio, Texas 78205 | ☐ Courier Receipted Delivery<br>☐ Telephonic Document Transfer<br>☐ CM RRR<br>☐ First Class Mail<br>■ Electronic Filing |
| Chapter 7 Trustee<br>Randolph Osherow<br>342 W. Woodlawn, Suite 100<br>San Antonio, TX 78212 | ☐ Courier Receipted Delivery<br>☐ Telephonic Document Transfer<br>☐ CM RRR<br>☐ First Class Mail<br>■ Electronic Filing |
| Catherine A. Curtis<br>Jason M. Rudd<br>Wick Phillips Gould & Martin, LLP<br>3131 McKinney Avenue, Suite 500<br>Dallas, Texas 75204 | ☐ Courier Receipted Delivery<br>☐ Telephonic Document Transfer<br>☐ CM RRR<br>☐ First Class Mail<br>■ Electronic Filing |

/s/ John C. Dunne
John C. Dunne

G:\Client Folders\2401\0001\Pleadings\Amended Certificate of Service.docx