IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| DEEPROOT CAPITAL | § | Case No. 21-51523-MMP |
| MANAGEMENT, LLC, ET AL.,[1] | § | |
| | § | Jointly Administered |
| Debtors. | § | |

**AMENDED DISCLOSURE OF COMPENSATION OF COUNSEL FOR DEBTORS**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that the firm Wick Phillips Gould & Martin, LLP ("Wick Phillips") is bankruptcy counsel for Debtors Policy Services, Inc., Wizard Mode Media, LLC, deeproot Pinball LLC, deeproot Growth Runs Deep Fund, LLC, deeproot 575 Fund, LLC, deeproot 3 Year Bonus Income Debenture Fund, LLC, deeproot BonusGrowth 5 Year Debenture Fund, LLC, deeproot Tech LLC, deeproot Funds LLC, deeproot Studios LLC, and deeproot Capital Management, LLC (altogether, "Debtors") in this jointly administered case and that compensation paid to Wick Phillips within one year before the filing of the petitions in bankruptcy for services rendered on behalf of all the Debtors in contemplation of or in connection with the bankruptcy case is as follows:

**Prior Retainer Payments:**

| Payor | Amount | Date |
|---|---|---|
| Davis & Santos PLLC IOLTA account | $ 50,000.00 | August 19, 2021 |
| deeproot Funds, LLC and deeproot Tech, LLC | $ 60,000.00[2] | December 9, 2021 |

Amount of Retainer Remaining Undrawn:  $ 0

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

[2] This compensation represents the total amount paid to Wick Phillips to represent all the Debtors, and the fees break down to approximately $5,454.54 per Debtor.

2. In return for the above-disclosed fees, Wick Phillips agreed to render legal service for all aspects of the chapter 7 bankruptcy case, including:

(a) advising and consulting on the conduct of each Chapter 7 case;

(b) attending meetings and conferring with representatives of creditors and other parties in interest;

(c) taking all necessary actions to protect and preserve the Estate on behalf of the Debtors;

(d) preparing on behalf of the Debtors all necessary and appropriate motions, pleadings, proposed orders, and other documents that are necessary in connection with each case;

(e) appearing before the Court and any other court to represent the interests of the Debtors; and

(f) all other legal services as may be necessary or appropriate in connection with representing the Debtors in the cases.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to Wick Phillips for representation of the Debtors in these bankruptcy proceedings.

Respectfully submitted,

*/s/ Catherine A. Curtis*
Jason M. Rudd, Tex. Bar No. 24028786
Catherine A. Curtis, Tex. Bar No. 24095708
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
catherine.curtis@wickphillips.com

**COUNSEL FOR DEBTORS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on January 11, 2022, on the parties on the attached service list, via ECF and/or email service where available, and otherwise via First Class United States Postal service.

*/s/ Catherine A. Curtis*

| **Debtors** | **Debtors' Counsel** |
|---|---|
| Policy Services, Inc.<br>deeproot Pinball, LLC<br>deeproot Growth Runs Deep Fund, LLC<br>deeproot 575 Fund, LLC<br>deeproot 3 Year Bonus Income Fund, LLC<br>deeproot BonusGrowth 5 Year Debenture Fund, LLC<br>deeproot Tech, LLC<br>deeproot Funds, LLC<br>deeproot Studios, LLC<br>deeproot Capital Management, LLC<br>12621 Silicon Dr.<br>San Antonio, TX 78249<br><br>Wizard Mode Media, LLC<br>12227 S. Business Park Drive, Suite 130<br>Draper, UT 84020 | Wick Phillips Gould & Martin, LLP<br>Attn: Catherine A. Curtis<br>3131 McKinney Ave., Suite 500<br>Dallas, TX 75204<br>SERVED VIA ECF<br><br>**United States Trustee**<br>Office of the United States Trustee<br>615 E. Houston Street, Suite 533<br>San Antonio, TX 78205<br><br>**Chapter 7 Trustee**<br>John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Securities and Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 |
| Securities and Exchange Commission<br>David Woodcock, Regional Director<br>Burnett Plaza<br>801 Cherry St., Suite 1900, Unit 18<br>Fort Worth, TX 76102 | Silicon Drive Office Venture, LLC<br>Shannon Martin Finkelstein Alvarado & Dunne, PC<br>Attn: John C. Dunne<br>1001 McKinney Street, Suite 1100<br>Houston, TX 77002<br>SERVED VIA ECF |
| Ascentium Capital LLC<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>Attn: Daniel J. Ferretti<br>1301 McKinney, Suite 3700<br>Houston, TX 77010<br>SERVED VIA ECF | CVH University Park, LP<br>McGuire Craddock & Strother, PC<br>Attn: Jonathan S. Petree<br>500 N. Akard Street, Suite 2200<br>Dallas, TX 75201<br>SERVED VIA ECF |