# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | CASE NO. 21-51523-MMP |
| LLC, ET AL.,[1] | § | |
| | § | |
| DEBTORS | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Workforce Commission ("TWC") hereby gives notice of its appearance in the case, pursuant to Bankruptcy Rule 9010, by and through the undersigned counsel:

Christopher S. Murphy
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, Texas 78711-2548
christopher.murphy@oag.texas.gov

The TWC respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Christopher S. Murphy*
CHRISTOPHER S. MURPHY
Texas State Bar No. 24079031
Southern District of Texas Bar No. 2035087
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov

ATTORNEYS FOR THE TEXAS
WORKFORCE COMMISSION

## CERTIFICATE OF SERVICE

  I certify that on January 19, 2022, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Deeproot Capital Management, LLC
12621 Silicon Dr
San Antonio, TX 78249

By Electronic Means as listed on the Court's ECF Noticing System:

- **Catherine A. Curtis** catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com
- **John C. Dunne** jdunne@smfadlaw.com, ereddick@smfadlaw.com
- **John Patrick Lowe** pat.lowe.law@gmail.com, plowe@ecf.axosfs.com
- **Jonathan Petree** jpetree@mcslaw.com
- **Randall A. Pulman** rpulman@pulmanlaw.com, jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com
- **Jason M. Rudd** jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com
- **United States Trustee - SA12** USTPRegion07.SN.ECF@usdoj.gov

                  */s/ Christopher S. Murphy*
                  CHRISTOPHER S. MURPHY