UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-51523-mmp |
| deeproot Capital Management, LLC, | § | |
| | § | Chapter 7 |
| DEBTOR. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorneys of THE LAW OFFICES OF RAY BATTAGLIA, PLLC, appearing on behalf of CCW BRAUN HEIGHTS, LLC a Texas limited liability company ("Company"), (ii) CONRAD CAR WASH, INC., a Utah Corporation ("Manager Member"), (iii) THE CLIF AND SUSAN CONRAD TRUST, request service of all notices and papers herein upon the address listed below, pursuant to section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*., and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure.

    Ray Battaglia
    Law Offices of Ray Battaglia, PLLC
    66 Granburg Circle
    San Antonio, TX 78218
    (210)601-9405
    rbattaglialaw@outlook.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate. The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any

purpose other than with respect to this Notice; (v) an election of remedy; and (vi) any other rights, claims, actions, defenses, setoffs, and recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 21, 2022

By: /s/ *Ray Battaglia*
Raymond W. Battaglia
Texas Bar No. 01918055
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle San
Antonio, Texas 78218
Tel.: (210) 601-9405
Fax: (210) 855-0126
rbattaglialaw@outlook.com

*Counsel to CCW BRAUN HEIGHTS, LLC, CONRAD CAR WASH, INC and THE CLIF AND SUSAN CONRAD TRUST*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail to the following parties on January 21, 2022:

| | |
|---|---|
| Catherine A. Curtis<br>Wick Phillips Gould & Martin, LLP<br>3131 McKinney Ave, Suite 500<br>Dallas, TX 75204<br>(214) 692-6200<br>Email: catherine.curtis@wickphillips.com | Jason M. Rudd<br>Wick Phillips Gould & Martin LLP<br>3131 McKinney Ave, Suite 500<br>Dallas, TX 75204<br>(214) 692-6200<br>Email: jason.rudd@wickphillips.com |
| John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | Pulman Cappuccio & Pullen LLP<br>2161 NW Military Hwy, Suite 400<br>San Antonio, TX 78213<br>Email: rpulman@pulmanlaw.com |

/s/ *Raymond W. Battaglia*
Raymond W. Battaglia