**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 01, 2022.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL., | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

ORDER GRANTING
MOTION TO EXPEDITE HEARING ON:
[1] TRUSTEE'S APPLICATION TO EMPLOY
MEL T. DAVIS AS AUCTIONEER [ECF 53]; AND
[2] MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL PROPERTY OF THE
ESTATE BY PUBLIC AUCTION AND
TO AUTHORIZE PAYMENT TO AUCTIONEER FROM SALES PROCEEDS [ECF 54]

Came on for consideration, the *Motion to Expedite Hearing on Trustee's Application to Employ Mel T. Davis as Auctioneer and Motion of Chapter 7 Trustee for Authorization to Sell Property of the Estate by Public Auction and to Authorize Payment to Auctioneer from Sales Proceeds* (the "**Expedite Motion**") filed by John Patrick Lowe, Chapter 7 Trustee, in the above

{00565091;1}

captioned jointly administered bankruptcy case requesting an expedited hearing on the *Trustee's Application to Employ Mel T. Davis as Auctioneer* [Doc # 53] (the "**Application**")[1] and the *Motion of Chapter 7 Trustee for Authorization to Sell Property of the Estate by Public Auction and to Authorize Payment to Auctioneer from Sales Proceeds* [Doc # 54] (the "**Motion**").

After considering the pleadings and representations of counsel, the Court is of the opinion that good cause exists to set an expedited hearing on the Application and the Motion, and that the Expedite Motion should in all things be **GRANTED**.

IT IS, THEREFORE, ORDERED that an **expedited hearing on the Application (document #53) and the Motion (document #54) is hereby set for February 9th, 2022 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas and/or Via Webex at https://us-courts.webex.com/meet/Parker.**

Movant shall be responsible for sending out notice of this hearing.

# # #

**Submitted by:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Anna MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
**PULMAN, CAPPUCCIO, & PULLEN, LLP**
2161 NW Military Highway, Suite 400 San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Telecopier

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

---

[1] Capitalized terms unless otherwise defined herein shall have the meaning as ascribed to them in the Motion and Application.