IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| deeproot CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § § | BANKRUPTCY NO. 21-51523 |
| DEBTORS. | § § | JOINTLY ADMINISTERED |

**NOTICE OF EXPEDITED [WEBEX/VIDEO] HEARINGS ON
[1] TRUSTEE'S APPLICATION TO EMPLOY
MEL T. DAVIS AS AUCTIONEER [ECF 53]; AND
[2] MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL
PROPERTY OF THE ESTATE BY PUBLIC AUCTION AND
TO AUTHORIZE PAYMENT TO AUCTIONEER FROM SALES PROCEEDS [ECF 54]**

PLEASE TAKE NOTICE that the Court has set expedited hearings on the following matters, for **February 9, 2022 at 9:30 o'clock a.m. before the Honorable Michael M. Parker, United States Bankruptcy Court**.:

[1] Trustee's Application to Employ Mel T. Davis as Auctioneer [ECF No. 53] (the "**Application to Employ**"); and

[2] Motion of Chapter 7 Trustee for Authorization to Sell Property of the Estate by Public Auction and to Authorize Payment to Auctioneer from Sales Proceeds [ECF No. 54] (the "**Sale Motion**")

(collectively, the "**Motions**").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot Bonus Growth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

{00565150;1}

**Hearings on the Motions Scheduled For 2/9/2022 at 9:30 AM at SA Courtroom 1, 3rd Floor, 615 E. Houston Street, San Antonio Texas and/or WEBEX @ https://us-courts.webex.com/meet/Parker**

Respectfully submitted,

**PULMAN, CAPPUCCIO, & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    Anna K. MacFarlane
    Texas State Bar No. 24116701
    amacfarlane@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document on the following list of parties in interest and parties requesting notice. A supplemental certificate of service showing the Notice was mailed via US First Class Mail to the entire creditor matrix will be filed separately.

*Via US First Class Mail*
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

*Via US First Class Mail*
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020
Debtor's Counsel

*Via CM/ECF: pat.lowe.law@gmail.com*
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:*
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Catherine A. Curtis
Jason M. Rudd
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

*Via CM/ECF:*
*USTPRegion07.SN.ECF@usdoj.gov*
United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF: rbattaglialaw@outlook.com*
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

*Via CM/ECF: jpetree@mcslaw.com*
Jonathan Petree
McGuire, Craddock & Strother, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

*Via CM/ECF: jdunne@smfadlaw.com*
John C. Dunne
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF: bk-cmurphy@oag.texas.gov*
Texas Workforce Commission
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

*/s/ Randall A. Pulman*
Randall A. Pulman