IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| DEEPROOT CAPITAL | § | CASE NO. 21-51523-MMP |
| MANAGEMENT, LLC, ET AL.,[1] | § | |
| | § | JOINTLY ADMINISTERED |
| *Debtors.* | § | |

**ORDER DENYING MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL PROPERTY OF THE ESTATE AND TO AUTHORIZE PAYMENT TO AUCTIONEER FROM SALES PROCEEDS**

The Court considered the matter before the Court on the *Motion of Chapter 7 Trustee for Authorization to Sell Property of the Estate by Public Auction and to Authorize Payment to Auctioneer from Sales Proceeds* (the "**Motion**"), the responses to the Motion, the statements of counsel, and the records in this case, and having held a hearing on the Motion, finds that the Motion should be denied without prejudice to refiling at a later date.

**IT IS THEREFORE ORDERED** that the Trustee's Motion shall be **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the automatic stay of 11 U.S.C. § 362 does not apply to bar CVH University Park, LP's from regaining immediate possession of its leased premises at 12669 Silicon Drive, San Antonio, Texas 78249 ("**Premises**").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

**ORDER DENYING MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL PROPERTY OF THE ESTATE AND TO AUTHORIZE PAYMENT TO AUCTIONEER FROM SALES PROCEEDS**     **PAGE 1 OF 2**
5612911v.1 2041/0001

**EX B Page 1 of 2**

**IT IS FURTHER ORDERED** that the Debtor and its bankruptcy estate have no interest in the Premises and shall vacate and surrender possession of the Premises to CVH University Park, LP, within seven (7) days after entry of this Order.

### ### END OF ORDER ###

Submitted by:

Jonathan S. Petree
Texas Bar No. 24116897
jpetree@mcslaw.com
**MCGUIRE, CRADDOCK & STROTHER, P.C.**
500 North Akard Street, Suite 2200
Dallas, Texas 75201
T: 214.954.6800
F: 214.954.6868

*Counsel for CVH University Park, LP*

ORDER DENYING MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL PROPERTY OF THE ESTATE
AND TO AUTHORIZE PAYMENT TO AUCTIONEER FROM SALES PROCEEDS    PAGE 2 OF 2
5612911v.1 2041/0001

EX B Page 2 of 2