

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 09, 2022**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL., | § § § § | BANKRUPTCY NO. 21-51523 |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY MEL T. DAVIS AS AUCTIONEER**

The Court has considered the matter before the Court on the *Application to Employ Mel T. Davis as Auctioneer* (the "**Application**"),[1] any responses to the Application, the statements of counsel, and the records in this case, and having held a hearing on the Application, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; (d) proper and adequate notice of the application and hearing hereon has been given and no other or further notice is necessary; and

---

[1] All capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Application.

{00564565;2}

(e) good and sufficient cause exists for granting the relief requested. Therefore, it is **ORDERED** that the Trustee's Application is in all things **GRANTED**.

**IT IS FURTHER ORDERED** that the Trustee is authorized to employ Mel T. Davis as auctioneer on the terms and conditions stated in the Application.

**IT IS FURTHER ORDERED** that the Trustee is authorized to compensate Mel T. Davis by paying a ten percent (10%) commission from the sales proceeds and reimburse him for reasonable advertising and moving expenses.

**IT IS FURTHER ORDERED** that Mel T. Davis, auctioneer, is authorized to charge a fifteen percent (15%) buyer's commission which will be paid by the buyers and not from the sales proceeds to help defray the costs of credit card and check transactions; storage and security charges; and the costs of insurance. These costs shall not be duplicative of out-of-pocket expenses described above

**IT IS FURTHER ORDERED** that the Trustee is authorized to take any actions reasonably necessary to effectuate the relief granted by this order.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all disputes arising from or related to the implementation, interpretation, or enforcement of this order.

# # #

– 3 –

Submitted by:

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Anna MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
**PULMAN, CAPPUCCIO, & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Telecopier

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

{00564565;2} – 3 –