*#53 Application to Employ Auctioneer, Mel T. Davis filed by Randall A. Pulman for Trustee John Patrick Lowe.*

*#54 Motion for Authorization to Sell Property of the Estate by Public Auction and to Authorize Payment to Auctioneer from Sales Proceeds filed by Randall A. Pulman for Trustee John Patrick Lowe.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| deeproot Capital Management, LLC. VS. | | DISTRICT COURT Western (San Antonio) |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Randy Pulman Attorney for Ch. 7 Trustee John Patrick Lowe | DEFENDANT'S ATTORNEY | DOCKET NUMBER<br>21-51523 P-7 |
| | | TRIAL DATE(S)<br>February 9, 2022 |
| PRESIDING JUDGE<br>**MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR<br>**Alma Sosa** | COURTROOM DEPUTY<br><br>**Deanna Castleberry** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| 1 | | 02/09/22 | XXXX | 02/09/22 | Affidavit of Mel T. Davis [Attached as Exhibit B to the Application at ECF No. 53] |
| 2 | | | | | Proposed revised order on the Motion [ECF No. 54] |

FILED

FEB 0 9 2022

U.S. BANKRUPTCY COURT
BY _____ DEPUTY