

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 09, 2022**

_____

**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL., | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY MEL T. DAVIS AS AUCTIONEER

The Court has considered the matter before the Court on the *Application to Employ Mel T. Davis as Auctioneer* (the "**Application**"),[1] any responses to the Application, the statements of counsel, and the records in this case, and having held a hearing on the Application, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; (d) proper and adequate notice of the application and hearing hereon has been given and no other or further notice is necessary; and

_____

[1] All capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Application.

(e) good and sufficient cause exists for granting the relief requested. Therefore, it is **ORDERED** that the Trustee's Application is in all things **GRANTED**.

      **IT IS FURTHER ORDERED** that the Trustee is authorized to employ Mel T. Davis as auctioneer on the terms and conditions stated in the Application**.**

      **IT IS FURTHER ORDERED** that the Trustee is authorized to compensate Mel T. Davis by paying a ten percent (10%) commission from the sales proceeds and reimburse him for reasonable advertising and moving expenses.

      **IT IS FURTHER ORDERED** that Mel T. Davis, auctioneer, is authorized to charge a fifteen percent (15%) buyer's commission which will be paid by the buyers and not from the sales proceeds to help defray the costs of credit card and check transactions; storage and security charges; and the costs of insurance.  These costs shall not be duplicative of out-of-pocket expenses described above

      **IT IS FURTHER ORDERED** that the Trustee is authorized to take any actions reasonably necessary to effectuate the relief granted by this order.

      **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all disputes arising from or related to the implementation, interpretation, or enforcement of this order.

# # #

Submitted by:

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Anna MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
**PULMAN, CAPPUCCIO, & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Telecopier

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

United States Bankruptcy Court

Western District of Texas

In re:

Case No. 21-51523-mmp

deeproot Capital Management, LLC

Chapter 7

deeproot Capital Management, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0542-5                 User: admin                 Page 1 of 3

Date Rcvd: Feb 09, 2022           Form ID: pdfintp              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Mel T. Davis, P.O. Box 236, Elmendorf, TX 78112-0236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Craig Hale | on behalf of Creditor Draper 5  LLC achale@halewoodlaw.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Capital Management  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor Wizard Mode Media  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 575 Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Studios  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |

Catherine A. Curtis

on behalf of Debtor deeproot Studios  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot 575 Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Funds  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Growth Runs Deep Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor Wizard Mode Media  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot Funds  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Tech  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor Policy Services  Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Pinball  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Capital Management  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot Tech  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot 3 Year Bonus Income Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund  LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor Policy Services  Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Christopher S. Murphy

on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov  sherri.simpson@oag.texas.gov

Donald P. Stecker

on behalf of Creditor Bexar County don.stecker@lgbs.com

Jason M. Rudd

on behalf of Debtor deeproot Growth Runs Deep Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Capital Management  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Studios  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot 575 Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Capital Management  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Funds  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

| | |
|---|---|
| | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Pinball  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot 3 Year Bonus Income Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Funds  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Tech  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor Policy Services  Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor Policy Services  Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor Wizard Mode Media  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot 575 Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Tech  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Studios  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Pinball  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor Wizard Mode Media  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| John C. Dunne | on behalf of Creditor Silicon Drive Office Venture  LLC jdunne@smfadlaw.com, ereddick@smfadlaw.com |
| John Patrick Lowe | pat.lowe.law@gmail.com  plowe@ecf.axosfs.com |
| Jonathan Petree | on behalf of Creditor CVH University Park  LP jpetree@mcslaw.com |
| Randall A. Pulman | on behalf of Trustee John Patrick Lowe rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Raymond W. Battaglia | on behalf of Creditor Conrad Car Wash  Inc. rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Cliff Conrad rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Susan Conrad Trust rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor CCW Braun Heights  LLC rbattaglialaw@outlook.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 55