**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 28, 2022.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER LIMITING NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002(h)**

On this date came on to be heard the *Trustee's Motion for Entry of Order Limiting Notice Pursuant to Federal Rule of Bankruptcy Procedure 2002(h)* (the "**Motion**").[2] Based on the representations made in the Motion, the Court finds that (i) it has jurisdiction of the matters

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot Bonus Growth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

[2] Capitalized terms unless otherwise defined herein shall have the meaning as ascribed to them in the Motion.

{00564927;1} 1 of 3

raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2); (iii) the relief requested in the Motion is in the best interest of the Debtor's Estate and creditors; (iv) proper and adequate notice of the Motion has been given and no further notice is necessary; (v) no objections to the Motion have been filed; and (vi) based upon the record herein, after due deliberation, good and sufficient cause exists for the granting of the Motion in all respects.

**IT IS, THEREFORE, ORDERED** that Trustee is permitted to limit notice for all applicable motions under BR 2002(a)(2), (a)(3), (a)(4), and (a)(6) to the following Limited Notice Parties:

a) a party against whom relief is sought and its counsel, if known;

b) the Debtors, through their Counsel;

c) the Trustee;

d) any parties requesting and receiving notice through ECF;

e) the creditors that have filed or mailed a proof of claim form as of the date of the Court's entry of an order on this Motion, and the attorneys requesting notice;

f) the Debtor's secured creditors;

g) any party known to be asserting an interest in property affected by the motion;

h) any party known to be claiming a lien on any property affected by the motion;

i) the U.S. Trustee through ECF; and

j) any party on whom the Court has ordered notice.

**IF IS FURTHER ORDERED** that notice to a Limited Notice Party may be mailed through electronic mail if an e-mail address is provided. If an e-mail address is not obtainable, the Trustee will mail notice through United States First Class Mail.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

**SUBMITTED BY**:

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Anna K. MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**