IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| deeproot CAPITAL MANAGEMENT, § | | |
| LLC, ET AL.,[1] § | BANKRUPTCY NO. 21-51523-MMP | |
| § | LEAD CASE | |
| DEBTORS. § | JOINTLY ADMINISTERED | |

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| POLICY SERVICES, INC. § | BANKRUPTCY NO. 21-51513 | |
| § | | |
| DEBTOR. § | JOINTLY ADMINISTERED | |

NOTICE OF EXPEDITED HEARING ON
TRUSTEE'S MOTION TO APPROVE (A) SALE OF LIFE INSURANCE POLICIES,
(B) SALE PROCEDURES, STALKING HORSE AGREEMENT AND BID PROTECTIONS IN CONNECTION
WITH THE SALE OF PROPERTY OF THE ESTATE OF POLICY SERVICES, INC., AND (C) THE FORM OF
NOTICE FOR THE SALE OF PROPERTY
OF THE ESTATE OF POLICY SERVICES, INC. [RELATING TO ECF NO. 78]

PLEASE TAKE NOTICE that the Court has set an expedited hearing on the *Trustee's Motion to Approve (A) Sale of Life Insurance Policies, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Property of the Estate of Policy Services, Inc. and (C) the Form of Notice for the Sale of Property of the Estate of Policy Services, Inc.* [ECF No. 78] (the "**Sale and Procedure Motion**"), for March 18, 2022 at 2:00 p..m. before the Honorable Michael M. Parker, United States Bankruptcy Court, Courtroom No. 1, Thirdh Floor, 615 E. Houston St., San Antonio, Texas 78205.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot Bonus Growth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

{00570571;1}  1

If parties wish to appear via video conference they may do so by following the instructions at the following link:

**https://www.txwb.uscourts.gov/sites/txwb/files/bankruptcy-courtroom-guidelines-for-webex-wdtx-rev20211029.pdf**

The link to Judge Parker's WebEx connection is:

**https://us-courts.webex.com/meet/Parker**

                           Respectfully submitted,

                           **PULMAN, CAPPUCCIO & PULLEN, LLP**
                           2161 NW Military Highway, Suite 400
                           San Antonio, Texas 78213
                           www.pulmanlaw.com
                           (210) 222-9494 Telephone
                           (210) 892-1610 Facsimile

                         By: */s/ Randall A. Pulman*
                               Randall A. Pulman
                               Texas State Bar No. 16393250
                               rpulman@pulmanlaw.com

                         **ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document on the following list of parties in interest and parties requesting notice; it was served on the Debtors via CM/ECF to their counsel, as indicated below. This Notice of Hearing will also be served via US First Class Mail to the creditor list in this matter and a supplemental certificate of service will be filed to evidence the supplemental service.

*Via Counsel CM/ECF:*
catherine.curtis@wickphillips.com
;jason.rudd@wickphillips.com
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

*Via Counsel Via CM/ECF:*
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020
Debtor's Counsel

*Via CM/ECF:* pat.lowe.law@gmail.com
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:*
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Catherine A. Curtis
Jason M. Rudd
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

*Via CM/ECF:*
USTPRegion07.SN.ECF@usdoj.gov
United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF: rbattaglialaw@outlook.com*
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

*Via CM/ECF: jpetree@mcslaw.com*
Jonathan Petree
McGuire, Craddock & Strother, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

*Via CM/ECF: jdunne@smfadlaw.com*
John C. Dunne
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF: bk-cmurphy@oag.texas.gov*
Texas Workforce Commission
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

*Via CM/ECF: pautry@branscomblaw.com*
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

*/s/ Randall A. Pulman*
Randall A. Pulman