**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL., | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**TRUSTEE'S WITNESS AND EXHIBIT LIST FOR MARCH 18, 2022 HEARINGS ON:
TRUSTEE'S MOTION TO APPROVE
(A) SALE OF LIFE INSURANCE POLICIES, (B) SALE PROCEDURES, STALKING
HORSE AGREEMENT AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF
PROPERTY OF THE ESTATE OF POLICY SERVICES, INC., AND (C) THE FORM OF NOTICE
FOR THE SALE OF PROPERTY OF THE ESTATE OF POLICY SERVICES, INC.
[RELATING TO ECF NO. 78]**

John Patrick Lowe, Chapter 7 Trustee ("**Trustee**"), files this Witness and Exhibit List for the March 18, 2022 Hearing scheduled relating to the matters listed below.

**MATTERS TO BE HEARD**:

Trustee's Motion to Approve (A) Sale of Life Insurance Policies, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Property of the Estate of Policy Services, Inc. and (C) the Form of Notice for the Sale of Property of the Estate of Policy Services, Inc. (the "**Sale Motion**")[1].

**TRUSTEE'S WITNESSES:**

Trustee designates the following witnesses:

1. J. Patrick "Pat" Lowe, Chapter 7 Trustee of the jointly administered bankruptcy estates
2. W. Drew Mallender, Pulman, Cappuccio & Pullen, LLP
3. Gregory Yost, TuYo Holdings, LLC
4. Any witness called or designated by any other party;
5. Any rebuttal or impeachment witnesses, as necessary; and
6. Any person present at the Hearing (live or via WebEx)

Trustee reserves the right to amend or supplement this list at any time prior to the hearing.

**TRUSTEE'S EXHIBITS**

---

[1] Capitalized terms unless otherwise defined herein shall have the same meaning as ascribed to them in the Sale Motion

{00570691;1}  1

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | List of In-Force Life Insurance Policies | | | | |
| 2 | List of Lapsed Life Insurance Policies | | | | |
| 3 | Executed Purchase and Sale Agreement between Trustee and Stalking Horse Bidder | | | | |
| 4 | Sample Policy Acquisition Agreement | | | | |
| 5 | Sample Policy Servicing Agreement | | | | |
| 6 | Proposed Sale Procedures Order | | | | |
| 7 | Proposed Sale of Assets Order | | | | |
| 8 | Excerpt from Policy Services, Inc. Schedules [ECF No. 33, 21-51513] | | | | |
| 9 | Policy Services, Inc.'s Pre-Petition Balance Sheet & Income Statement | | | | |
| 10 | Proposed Sale Procedures | | | | |
| 11 | Proposed Sale Notice | | | | |
| 12 | Proof of Claim No. 100-1as filed in 21-51513 [Policy Services, Inc.] | | | | |
| 13 | Life Insurance Policy Purchase and Sale Agreement dated 6/1/2015 [Policy Services Inc as Purchaser and Cycladic LLC as Seller | | | | |
| 14 | Transamerica Life Insurance Policy ending in 135 | | | | |
| 15 | Life-Gift Submission Form with Financial Information of Investor | | | | |
| 16 | Life Settlement Certificate from Policy Services Inc. | | | | |
| 17 | Transamerica Correspondence to Policy Services, Inc. re Policy ending 135 | | | | |
| 18 | Life-Gift email to Policy Services Inc dated 4/24/2015 | | | | |
| 19 | Owner Benefit Confirmation Page | | | | |
| 20 | Page prepared by "deeproot" entitled "Deeproot Assets Backing Up Investments" | | | | |
| 21 | Correspondence received by Trustee from insurance companies re status of certain policies | | | | |
| | Any exhibits designated by any other party | | | | |
| | Any rebuttal or impeachment exhibits | | | | |

Trustee reserve the right to amend or supplement this list at any time prior to the hearing.

{00570691;1}

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Anna K. MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
Carissa N. Brewster
Texas State Bar No. 24122933
cbrewster@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

{00570691;1}

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of March, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document to the following parties requesting notice; a copy of the exhibits will be sent via email to these same parties.

*Via Counsel CM/ECF:*
catherine.curtis@wickphillips.com
;jason.rudd@wickphillips.com
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

*Via Counsel Via CM/ECF:*
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020
Debtor's Counsel

*Via CM/ECF:* pat.lowe.law@gmail.com
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:*
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Catherine A. Curtis
Jason M. Rudd
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

*Via CM/ECF:*
USTPRegion07.SN.ECF@usdoj.gov
United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF:* rbattaglialaw@outlook.com
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

*Via CM/ECF:* jpetree@mcslaw.com
Jonathan Petree
McGuire, Craddock & Strother, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

*Via CM/ECF:* jdunne@smfadlaw.com
John C. Dunne
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF:* bk-cmurphy@oag.texas.gov
Texas Workforce Commission
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

*Via CM/ECF:* pautry@branscomblaw.com
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249


      *s/ Randall A. Pulman*
      Randall A. Pulman

{00570691;1}