*#78 Trustee's Motion To Approve (A) Sale of Life Insurance Policies, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections In Connection With the Sale of Property of the Estate of Policy Services, Inc. and (C) The Form of Notice For The Sale of Property of the Estate of Policy Services, Inc.*

# EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Deeproot Capital Management, LLC vs. TuYo Holdings, LLC | | DISTRICT COURT Western (San Antonio) | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Randall Pulman | DEFENDANT'S ATTORNEY<br><br>Patrick Autry | DOCKET NUMBER<br>21-51523 | |
| | | TRIAL DATE(S)<br>03/18/22 | |
| PRESIDING JUDGE<br>***MICHAEL M. PARKER*** | ELECTRONIC COURT RECORDING OPERATOR<br>ALMA SOSA | COURTROOM DEPUTY<br>***DANIEL PAEZ*** | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 03/18/22 | --------- | --------- | W. DREW MALLENDER  (by proffer) |
| W-2 | | 03/18/22 | --------- | --------- | JOHN PATRICK LOWE  (by proffer) |
| W-3 | | 03/18/22 | --------- | --------- | GREGORY Y. YOST |
| W-4 | | 03/18/22 | --------- | --------- | CHRIS TURNER |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1 | | 03/18/22 | XXXX | 03/18/22 | List of In-Force Life Insurance Policies |
| 2 | | 03/18/22 | XXXX | 03/18/22 | List of Lapsed Life Insurance Policies |
| 3 | | 03/18/22 | XXXX | 03/18/22 | Executed Purchase and Sale Agreement between Trustee and Stalking Horse Bidder |
| 4 | | 03/18/22 | XXXX | 03/18/22 | Sample Policy Acquisition Agreement |
| 5 | | 03/18/22 | XXXX | 03/18/22 | Sample Policy Servicing Agreement |
| 6 | | 03/18/22 | | | Proposed Sale Procedure Order |
| 7 | | 03/18/22 | | | Proposed Sale of Assets Order |
| 8 | | 03/18/22 | XXXX | 03/18/22 | Excerpt from Policy Services, Inc. Schedules [ECF No. 33, 51213] |
| 9 | | 03/18/22 | XXXX | 03/18/22 | Policy Services Inc.'s Pre-Petition Balance Sheet &n Income Statement |

FILED MAR 18 2022 U.S. BANKRUPTCY COURT BY_____DEPUTY

| | | | | | |
|---|---|---|---|---|---|
| 10 | | 03/18/22 | | | Proposed Sale Procedures |
| 11 | | 03/18/22 | | | Proposed Sale Procedures |
| 12 | | 03/18/22 | XXXX | 03/18/22 | Proof of Claim No. 100-1 as filed in 21-51513 [Policy Services, Inc.] |
| 13 | | 03/18/22 | XXXX | 03/18/22 | Life Insurance Policy Purchase and Sale Agreement dated 6/1/2015 [Policy Services Inc as Purchaser and Cycladic LLC as Seller |
| 14 | | 03/18/22 | XXXX | 03/18/22 | Transamerica Life Insurance Policy ending in 135 |
| 15 | | 03/18/22 | XXXX | 03/18/22 | Life-Gift Submission Form with Financial Information of Investor |
| 16 | | 03/18/22 | XXXX | 03/18/22 | Life Settlement Certificate from Policy Services Inc. |
| 17 | | 03/28/22 | XXXX | 03/18/22 | Transamerica Correspondence to Policy Services, Inc. re: Policy ending 135 |
| 18 | | 03/18/22 | | | Life -Gift email to Policy Services Inc. dated 4/24/2015 |
| 19 | | 03/18/22 | XXXX | 03/18/22 | Owner Benefit Confirmation Page |
| 20 | | 03/18/22 | XXXX | 03/18/22 | Page prepared by "deeproot" entitled "Deeproot Assets Backing Up Investments" |
| 21 | | 03/18/22 | XXXX | 03/18/22 | Correspondence received by Trustee from insurance companies re status of certain policies |