# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−51523−mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **deeproot Capital Management, LLC and deeproot Capital Management, LLC**, Debtor(s)

## NOTICE OF FILING PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO THE CREDITOR:

You are hereby notified that the debtor named above, or the Trustee appointed to this case, has filed a Proof of Claim on your behalf against the estate herein pursuant to 11 U.S.C. Section 501(c) and or/Federal Rule of Bankruptcy Procedure 3004 . The Court has assigned it Claim No. 134 which may be different from the Trustee claim number.

Dated: 3/24/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Roxanne H Mujica

[Proof of Claim Notice] [Ntcpocdb]