# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−51523−mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **deeproot Capital Management, LLC and deeproot Capital Management, LLC** , Debtor(s)

## NOTICE OF FILING PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO THE CREDITOR:

You are hereby notified that the debtor named above, or the Trustee appointed to this case, has filed a Proof of Claim on your behalf against the estate herein pursuant to 11 U.S.C. Section 501(c) and or/Federal Rule of Bankruptcy Procedure 3004 . The Court has assigned it Claim No. 134 which may be different from the Trustee claim number.

Dated:  3/24/22

Barry D. Knight

Clerk, U. S. Bankruptcy Court

BY: Roxanne H Mujica

**[Proof of Claim Notice]** [Ntcpocdb]

United States Bankruptcy Court

Western District of Texas

In re:                                                                                    Case No. 21-51523-mmp

deeproot Capital Management, LLC                                          Chapter 7

deeproot Capital Management, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0542-5                         User: admin                                   Page 1 of 4

Date Rcvd: Mar 24, 2022                   Form ID: 233                              Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | Policy Services, Inc., 12621 Silicon Dr., San Antonio, TX 78249-3447 |
| jaddb | #+ | Wizard Mode Media, LLC, 12227 S Business Park Dr, Suite 130, Draper, UT 84020-6515 |
| jaddb | #+ | deeproot 3 Year Bonus Income Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot 575 Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot BonusGrowth 5 Year Debenture Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Funds, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Growth Runs Deep Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Pinball, LLC, 12621 Silicon Dr., San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Studios, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Tech, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jaddb | *+ | deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022                        Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| | |
|---|---|
| District/off: 0542-5 | User: admin |
| Date Rcvd: Mar 24, 2022 | Form ID: 233 |

Page 2 of 4
Total Noticed: 11

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Craig Hale | on behalf of Creditor Draper 5 LLC achale@halewoodlaw.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Pinball LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Christopher S. Murphy | on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov sherri.simpson@oag.texas.gov |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |

Jason M. Rudd

on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Pinball  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor Wizard Mode Media  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Growth Runs Deep Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Capital Management  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Studios  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot 575 Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Capital Management  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Funds  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Pinball  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot 3 Year Bonus Income Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Funds  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Tech  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor Policy Services  Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor Wizard Mode Media  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor Policy Services  Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot 575 Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Tech  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Studios  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund  LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

John C. Dunne

on behalf of Creditor Silicon Drive Office Venture  LLC jdunne@smfadlaw.com, ereddick@smfadlaw.com

John Patrick Lowe

pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Jonathan Petree

on behalf of Creditor CVH University Park  LP jpetree@mcslaw.com

Patrick H. Autry

on behalf of Interested Party TuYo Holdings  LLC pautry@branscomblaw.com, waspcreek@gmail.com;bsmith@branscomblaw.com

Randall A. Pulman

on behalf of Trustee John Patrick Lowe rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Raymond W. Battaglia

on behalf of Creditor Conrad Car Wash  Inc. rbattaglialaw@outlook.com

Raymond W. Battaglia

on behalf of Creditor Cliff Conrad rbattaglialaw@outlook.com

Raymond W. Battaglia

on behalf of Creditor Susan Conrad Trust rbattaglialaw@outlook.com

Raymond W. Battaglia

on behalf of Creditor CCW Braun Heights  LLC rbattaglialaw@outlook.com

United States Trustee - SA12

USTPRegion07.SN.ECF@usdoj.gov


TOTAL: 56