IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC[1] | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| *DEBTORS.* | § | JOINTLY ADMINISTERED |

NOTICE OF APPEARANCE PURSUANT TO
BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES
PURSUANT TO BANKRUPTCY RULE 2002

David and Paula Burke, Wells Trust JoAnn Wells Trustee, Jack S. and Shirley R. Daniel, Pauline Rubin, Donald W. Cook, Helene Cook, Brenda E. Jennings, Richard T. Jennings, Philip J. Erdmann, Roberta L. Erdmann, Clyde and Shirley Watson, Karen Ready, Judith L. Werner RLT Judith L. Werner Trustee, Mary G. Marquis, Judy N. Marsolan, Jacquelin A. Peters-Farrar, Mary B. Summy, and Clara Dean creditors and party-in-interests herein, regarding the above named Debtors, hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX 77006
Texas Bar No. 11059250
Federal Bar No.: 15489
Tel: (713) 230-8233

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

NOTICE OF APPEARANCE                                            PAGE 1

Fax: (713) 230-8654
lmjurek@jureklaw.com

This request encompasses all notices, copies and pleadings referred to in Title 11, United States Code, or in Rules 2002, 3017(a), 9007, or 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C § 1109(b), including, without limitation, Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

DATED: April 1, 2022

      Respectfully submitted,
      THE JUREK LAW GROUP, PLLC.

      By: */s/Lynne M. Jurek*
      Lynne M. Jurek
      Texas Bar No. 11059250
      Federal Bar No. 15489
      lmjurek@jureklaw.com
      4309 Yoakum Blvd.
      Houston, Texas 77006
      Tel. (713)230-8233
      Fax. (713) 230-8654

      **ATTORNEY FOR CREDITORS PAULA AND DAVID BURKE, WELLS TRUST, JOANN WELLS, TRUSTEE, JACK S. AND SHIRLEY R. DANIEL, PAULINE RUBIN, DONALD W. COOK, HELENE COOK, BRENDA E. JENNINGS, RICHARD T. JENNINGS, PHILIP J. ERDMANN, ROBERTA L. ERDMANN, CLYDE AND SHIRLEY WATSON, KAREN READY, JUDITH L. WERNER RLT, JUDITH L. WERNER, TRUSTEE, MARY G.**

**MARQUIS, JUDY N. MARSOLAN, JACQUELINE A. PETERS-FARRAR, MARY B. SUMMY AND CLARA DEAN**

## Certificate of Service

I hereby certify that a true copy of the above and foregoing Notice of Appearance was served on April 1, 2022, via electronic mail to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Lynne M. Jurek*
Lynne M. Jurek