# Exhibit 7

Policy Services Claims Register



**Bankruptcy** ▾ **Adversary** ▾ **Query** **Reports** ▾ **Utilities** ▾ **Search** **Help**

**Log Out**

# Western District of Texas
# Claims Register

### [21-51513-mmp Policy Services, Inc.](#)

| | |
|---|---|
| **Bankruptcy Judge:** Michael M Parker | **Chapter:** 7 |
| **Office:** San Antonio | **Last Date to file claims:** 03/22/2022 |
| **Trustee:** John Patrick Lowe | **Last Date to file (Govt):** |

| Creditor: (18259711) [History](#) <br> Lawson Horner <br> 3700 E. Williams Field RD #1096 <br> Gilbert, AZ 85295 | **Claim No: 75** <br> *Original Filed Date*: 02/11/2022 <br> *Original Entered Date*: 02/11/2022 <br> *Last Amendment Filed*: 03/21/2022 <br> *Last Amendment Entered*: 03/21/2022 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Admin <br> *Modified:* 03/21/2022 |

Amount claimed: $900000.00

*History:*

| [Details](#) | ⊙ | [75-1](#) | 02/11/2022 | Claim #75 filed by Lawson Horner, Amount claimed: $900000.00 (Admin) |
| | | [44](#) | 03/18/2022 | Withdrawal of Claim Nos. 75 (Lawson Horner) (WebClaimUser) |
| [Details](#) | ⊙ | [75-2](#) | 03/21/2022 | Amended Claim #75 filed by Lawson Horner, Amount claimed: $900000.00 (Admin) |

*Description:*
*Remarks:* (75-1) ***NOTICE OF WITHDRAWAL OF CLAIM FILED ON 3/18/22***

| Creditor: (18286105) <br> Kelly F. Brumbaugh <br> 2765 N Shannon Road <br> Tucson, AZ 85745-1014 | **Claim No: 77** <br> *Original Filed Date*: 02/14/2022 <br> *Original Entered Date*: 02/14/2022 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Admin <br> *Modified:* 03/18/2022 |