# Exhibit 8

deepRoot 575 Fund, LLC Claims Register

# Western District of Texas
# Claims Register

## 21-51517-mmp deeproot 575 Fund, LLC

**Bankruptcy Judge:** Michael M Parker     **Chapter:** 7

**Office:** San Antonio     **Last Date to file claims:** 03/22/2022

**Trustee:** John Patrick Lowe     **Last Date to file (Govt):**

---

*Creditor:*   (18254989)     **Claim No: 1**     *Status:*
Brad Leon     *Original Filed Date:* 12/29/2021     *Filed by:* CR
620 Vista View Dr     *Original Entered Date:* 12/29/2021     *Entered by:* Admin
Ashville, NC 28803     *Modified:*

   Amount claimed: $1000000.00

*History:*

Details   🌐   1-1   12/29/2021 Claim #1 filed by Brad Leon, Amount claimed: $1000000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*   (18254930)     **Claim No: 2**     *Status:*
Peter Shifflett     *Original Filed Date:* 12/29/2021     *Filed by:* CR
4521 W Camino De Cielo     *Original Entered Date:* 12/29/2021     *Entered by:* Admin
Tucson, AZ 85745     *Modified:*

   Amount claimed: $100000.00

*History:*

Details   🌐   2-1   12/29/2021 Claim #2 filed by Peter Shifflett, Amount claimed: $100000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*   (18269059)     **Claim No: 3**     *Status:*
HANS VAN RIEL     *Original Filed Date:* 12/29/2021     *Filed by:* CR
3660 WEDO WAY     *Original Entered Date:* 12/29/2021     *Entered by:* Admin
LAS VEGAS NV     *Modified:*
NORTH LAS VEGAS, NV 89031-
2281

   Amount claimed: $170000.00

*History:*

Details   🌐   3-1   12/29/2021 Claim #3 filed by HANS VAN RIEL, Amount claimed: $170000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*   (18270135)     **Claim No: 4**     *Status:*
Scott Michael Donaldson     *Original Filed Date:* 12/30/2021     *Filed by:* CR

620 Stoneleigh Drive
Houston, TX 77079

*Original Entered Date*: 12/30/2021
*Last Amendment Filed*: 01/04/2022
*Last Amendment Entered*: 01/04/2022

*Entered by*: Admin
*Modified*: 01/04/2022

Amount claimed: $477000.00

*History:*

| Details | | 4-1 | 12/30/2021 Claim #4 filed by Scott Michael Donaldson, Amount claimed: $400000.00 (Admin) |
| Details | | 4-2 | 01/04/2022 Amended Claim #4 filed by Scott Michael Donaldson, Amount claimed: $400000.00 (Admin) |
| Details | | 4-3 | 01/04/2022 Amended Claim #4 filed by Scott Michael Donaldson, Amount claimed: $477000.00 (Admin) |

*Description:*

*Remarks:* (4-1) Filer Comment: $300000 investment on 3/13/19 w/ 7% yearly return and $15000 bonus. $100000 investment on 4/27/19 w/ 10% yearly return. IRA investment funds were for 5 years. I do not have a statement. Deeproot website gone. (4-2) Filer Comment: 7% interest on $300000 invest. 10% investment on $100000 investment (4-3) Filer Comment: This excludes $31000 addition scheduled in March and April 2022.

---

*Creditor:*     (18254782)
Jun Chang
6029 S Rice Ave
Bellaire, TX 77401

**Claim No: 5**
*Original Filed Date*: 01/03/2022
*Original Entered Date*: 01/03/2022
*Last Amendment Filed*: 01/03/2022
*Last Amendment Entered*: 01/03/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified*: 01/03/2022

Amount claimed: $1170000.00

*History:*

| Details | | 5-1 | 01/03/2022 Claim #5 filed by Jun Chang, Amount claimed: $1170000.00 (Admin) |
| Details | | 5-2 | 01/03/2022 Amended Claim #5 filed by Jun Chang, Amount claimed: $1170000.00 (Admin) |

*Description:*
*Remarks:*

---

*Creditor:*     (18254879)
Kenneth Rud
11800 Grant Road #3901
Cypress, TX 77429

**Claim No: 6**
*Original Filed Date*: 01/04/2022
*Original Entered Date*: 01/04/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $145542.37

*History:*

| Details | | 6-1 | 01/04/2022 Claim #6 filed by Kenneth Rud, Amount claimed: $145542.37 (Admin) |

*Description:*
*Remarks:*

---

*Creditor:*     (18272111)
Cox Trust, W. Robert Cox, trustee
12 Canyon Rd
Cloudcroft, NM 88317

**Claim No: 7**
*Original Filed Date*: 01/04/2022
*Original Entered Date*: 01/04/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $25000.00

*History:*

| Details | | 7-1 | 01/04/2022 Claim #7 filed by Cox Trust, W. Robert Cox, trustee, Amount claimed: $25000.00 (Admin) |

*Description:*
*Remarks:* (7-1) Account Number (last 4 digits):5048

---

*Creditor:*     (18272111)
Cox Trust, W. Robert Cox, trustee

**Claim No: 8**
*Original Filed Date*: 01/04/2022

*Status:*
*Filed by:* CR

12 Canyon Rd                    *Original Entered Date*: 01/04/2022      *Entered by*: Admin
Cloudcroft, NM 88317                                                    *Modified*:

  Amount claimed: $25000.00

*History*:

  **Details**    ⊙    8-1    01/04/2022 Claim #8 filed by Cox Trust, W. Robert Cox, trustee, Amount claimed: $25000.00 (Admin)

*Description*:

*Remarks*: (8-1) Account Number (last 4 digits):5059

---

*Creditor*:        (18254790)            **Claim No: 9**                  *Status*:
Leonard Jackson                         *Original Filed Date*: 01/04/2022      *Filed by*: CR
1702 Northshore Dr                      *Original Entered Date*: 01/04/2022    *Entered by*: Admin
Missouri City, TX 77459                                                       *Modified*: 01/10/2022

  Amount claimed: $251000.00

*History*:

  **Details**    ⊙    9-1    01/04/2022 Claim #9 filed by Leonard Jackson, Amount claimed: $251000.00 (Admin)
                      20     01/06/2022 Withdrawal of Claim Nos. 9 (Leonard Jackson) (WebClaimUser)
                      23     01/10/2022 Withdrawal of Claim Nos. 9 (Leonard Jackson) (WebClaimUser)

*Description*:

*Remarks*: (9-1) Claim Withdrawn - see case document # 23

---

*Creditor*:        (18254790)            **Claim No: 10**                 *Status*: 21
Leonard Jackson                         *Original Filed Date*: 01/05/2022      *Filed by*: CR
1702 Northshore Dr                      *Original Entered Date*: 01/05/2022    *Entered by*: Admin
Missouri City, TX 77459                 *Last Amendment Filed*: 01/06/2022     *Modified*: 01/06/2022
                                        *Last Amendment Entered*: 01/06/2022

  Amount claimed: $251041.67

*History*:

  **Details**    ⊙    10-1   01/05/2022 Claim #10 filed by Leonard Jackson, Amount claimed: $251000.00 (Admin)
  **Details**    ⊙    10-2   01/06/2022 Amended Claim #10 filed by Leonard Jackson, Amount claimed: $251041.67 (Admin)
                      21     01/06/2022 Withdrawal of Claim Nos. 10 (Leonard Jackson) (WebClaimUser)

*Description*:

*Remarks*:

---

*Creditor*:        (18254751)            **Claim No: 11**                 *Status*:
Carlotta Grice                          *Original Filed Date*: 01/05/2022      *Filed by*: CR
17819 Scrub Oak Dr                      *Original Entered Date*: 01/05/2022    *Entered by*: Admin
Richmond, TX 77407                                                           *Modified*:

  Amount claimed: $78660.00

*History*:

  **Details**    ⊙    11-1   01/05/2022 Claim #11 filed by Carlotta Grice, Amount claimed: $78660.00 (Admin)

*Description*:

*Remarks*:

---

*Creditor*:        (18272478)            **Claim No: 12**                 *Status*:
Roberta John                            *Original Filed Date*: 01/05/2022      *Filed by*: CR

4303 Warners Discovery Way
Bowie, MD 20720-2072

*Original Entered Date*: 01/05/2022        *Entered by*: Admin
*Last Amendment Filed*: 01/07/2022         *Modified*: 01/07/2022
*Last Amendment Entered*: 01/07/2022

  Amount claimed: $77606.00

  Priority  claimed: $77606.00

*History:*

| Details | | 12-1 | 01/05/2022 Claim #12 filed by Roberta John, Amount claimed: $67783.13 (Admin) |
| Details | | 12-2 | 01/07/2022 Amended Claim #12 filed by Roberta John, Amount claimed: $77606.00 (Admin) |

*Description:*

*Remarks:* (12-1) Account Number (last 4 digits):1517
(12-2) Account Number (last 4 digits):1517


*Creditor:*        (18254892)        **Claim No: 13**        *Status:*
James Donnelly                      *Original Filed Date*: 01/06/2022    *Filed by*: CR
9297 E Caribbean Lane               *Original Entered Date*: 01/06/2022  *Entered by*: Admin
Scottsdale, AZ 85260                                                    *Modified*:

  Amount claimed: $201333.15

*History:*

| Details | | 13-1 | 01/06/2022 Claim #13 filed by James Donnelly, Amount claimed: $201333.15 (Admin) |

*Description:*
*Remarks:*


*Creditor:*        (18254937)        **Claim No: 14**        *Status:*
Paul Monaghan                       *Original Filed Date*: 01/06/2022    *Filed by*: CR
23606 Whispering Wind               *Original Entered Date*: 01/06/2022  *Entered by*: Admin
Katy, TX 77494                                                          *Modified*:

  Amount claimed: $290000.00

*History:*

| Details | | 14-1 | 01/06/2022 Claim #14 filed by Paul Monaghan, Amount claimed: $290000.00 (Admin) |

*Description:*
*Remarks:*


*Creditor:*        (18254741)        **Claim No: 15**        *Status:*
Shavonda Harris                     *Original Filed Date*: 01/06/2022    *Filed by*: CR
10214 Earlington Manor Dr.          *Original Entered Date*: 01/06/2022  *Entered by*: Admin
Spring, TX 77379                    *Last Amendment Filed*: 01/11/2022   *Modified*: 01/11/2022
                                    *Last Amendment Entered*: 01/11/2022

  Amount claimed: $83680.70

*History:*

| Details | | 15-1 | 01/06/2022 Claim #15 filed by Shavonda Harris, Amount claimed: $83680.70 (Admin) |
| Details | | 15-2 | 01/11/2022 Amended Claim #15 filed by Shavonda Harris, Amount claimed: $83680.70 (Admin) |

*Description:*
*Remarks:*


*Creditor:*        (18272801)        **Claim No: 16**        *Status:*
Mary R. Dennis                      *Original Filed Date*: 01/06/2022    *Filed by*: CR
3322 Chalfont Dr                    *Original Entered Date*: 01/06/2022  *Entered by*: Admin
Houston, TX 77066                                                       *Modified*:

*History:*

| Details | | 16-1 | 01/06/2022 Claim #16 filed by Mary R. Dennis, Amount claimed: $10345.19 (Admin) |

*Description:*
*Remarks:*

Amount claimed: $10345.19

Details  ⊕  16-1  01/06/2022 Claim #16 filed by Mary R. Dennis, Amount claimed: $10345.19 (Admin)

*Description:*
*Remarks:*

*Creditor:*  (18254730)  **Claim No: 17**  *Status:*
James Harris  *Original Filed Date*: 01/06/2022  *Filed by:* CR
10214 Earlington Manor Dr.  *Original Entered Date*: 01/06/2022  *Entered by:* Admin
Spring, TX 77379  *Last Amendment Filed:* 01/11/2022  *Modified:* 01/11/2022
  *Last Amendment Entered:* 01/11/2022

Amount claimed: $137848.80

*History:*
Details  ⊕  17-1  01/06/2022 Claim #17 filed by James Harris, Amount claimed: $137848.80 (Admin)
Details  ⊕  17-2  01/11/2022 Amended Claim #17 filed by James Harris, Amount claimed: $137848.80 (Admin)

*Description:*
*Remarks:*

*Creditor:*  (18273181)  **Claim No: 18**  *Status:*
Carolyn Biddle  *Original Filed Date*: 01/07/2022  *Filed by:* CR
4103 Cane Valley Ct  *Original Entered Date*: 01/07/2022  *Entered by:* Admin
Fulshear, TX 77441-1758  *Modified:*

Amount claimed: $405045.18

*History:*
Details  ⊕  18-1  01/07/2022 Claim #18 filed by Carolyn Biddle, Amount claimed: $405045.18 (Admin)

*Description:*
*Remarks:*

*Creditor:*  (18254872)  **Claim No: 19**  *Status:*
Glen Biddle  *Original Filed Date*: 01/07/2022  *Filed by:* CR
4103 Cane Valley Ct  *Original Entered Date*: 01/07/2022  *Entered by:* Admin
Fulshear, TX 77441  *Modified:*

Amount claimed: $137996.92

*History:*
Details  ⊕  19-1  01/07/2022 Claim #19 filed by Glen Biddle, Amount claimed: $137996.92 (Admin)

*Description:*
*Remarks:*

*Creditor:*  (18254941)  **Claim No: 20**  *Status:*
Ellen Matoba  *Original Filed Date*: 01/07/2022  *Filed by:* CR
4878 Wellington Park Dr  *Original Entered Date*: 01/07/2022  *Entered by:* Admin
San Jose, CA 95136  *Modified:*

Amount claimed: $201294.00

*History:*
Details  ⊕  20-1  01/07/2022 Claim #20 filed by Ellen Matoba, Amount claimed: $201294.00 (Admin)

*Description:*
*Remarks:*

*Creditor:*       (18254863)
Joycelyn Williams
51 Wincrest Falls Dr
Cypress, TX 77429

**Claim No: 21**
*Original Filed Date*: 01/08/2022
*Original Entered Date*: 01/08/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $192880.87

*History:*

Details    21-1    01/08/2022 Claim #21 filed by Joycelyn Williams, Amount claimed: $192880.87 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*       (18254890)
Rosa Gibson
524 Simonton St
Montgomery, TX 77356

**Claim No: 22**
*Original Filed Date*: 01/08/2022
*Original Entered Date*: 01/08/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $99742.50

*History:*

Details    22-1    01/08/2022 Claim #22 filed by Rosa Gibson, Amount claimed: $99742.50 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*       (18254890)
Rosa Gibson
524 Simonton St
Montgomery, TX 77356

**Claim No: 23**
*Original Filed Date*: 01/08/2022
*Original Entered Date*: 01/08/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $125833.33

*History:*

Details    23-1    01/08/2022 Claim #23 filed by Rosa Gibson, Amount claimed: $125833.33 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*       (18254734)
Mary Williams
St. Dominc Village
2401 Holcombe Blvd, C216
Houston, TX 77021

**Claim No: 24**
*Original Filed Date*: 01/08/2022
*Original Entered Date*: 01/08/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $125000.00

*History:*

Details    24-1    01/08/2022 Claim #24 filed by Mary Williams, Amount claimed: $125000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*       (18254862)    History
Lynn Stevenson
1955 E Campbell Ter
Tucson, AZ 85718

**Claim No: 25**
*Original Filed Date*: 01/08/2022
*Original Entered Date*: 01/08/2022
*Last Amendment Filed:* 01/13/2022
*Last Amendment Entered:* 01/13/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:* 01/13/2022

*History:*

Details    25-1    01/08/2022 Claim #25 filed by Lynn Stevenson, Amount claimed: $100000.00 (Admin)
Details    25-2    01/13/2022 Amended Claim #25 filed by Lynn Stevenson, Amount claimed: $100000.00 (Admin)

*Remarks:*

Amount claimed: $100000.00

*History:*

| Details | ● | 25-1 | 01/08/2022 Claim #25 filed by Lynn Stevenson, Amount claimed: $100000.00 (Admin) |
| Details | ● | 25-2 | 01/13/2022 Amended Claim #25 filed by Lynn Stevenson, Amount claimed: $100000.00 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:* (18254979)  
Aubrey Ross  
5418 Westerham Place  
Houston, TX 77069

**Claim No: 26**  
*Original Filed Date*: 01/10/2022  
*Original Entered Date*: 01/10/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $45618.46

*History:*

| Details | ● | 26-1 | 01/10/2022 Claim #26 filed by Aubrey Ross, Amount claimed: $45618.46 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:* (18273958)  
Stephanie Joseph  
3506 Lauren Trail  
Pearland, TX 77581

**Claim No: 27**  
*Original Filed Date*: 01/11/2022  
*Original Entered Date*: 01/11/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $362000.00

*History:*

| Details | ● | 27-1 | 01/11/2022 Claim #27 filed by Stephanie Joseph, Amount claimed: $362000.00 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:* (18274024)  
Paul E. Mocogni Mary P. Mocogni  
221 Sard Place  
Highwood, IL 60040

**Claim No: 28**  
*Original Filed Date*: 01/11/2022  
*Original Entered Date*: 01/11/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $100000.00

*History:*

| Details | ● | 28-1 | 01/11/2022 Claim #28 filed by Paul E. Mocogni Mary P. Mocogni, Amount claimed: $100000.00 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:* (18254802)  
Michael Thomas  
15227 Foster Springs Ln  
Houston, TX 77095

**Claim No: 29**  
*Original Filed Date*: 01/11/2022  
*Original Entered Date*: 01/11/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $896041.67

*History:*

| Details | ● | 29-1 | 01/11/2022 Claim #29 filed by Michael Thomas, Amount claimed: $896041.67 (Admin) |

*Description:*

*Remarks:*

Creditor: (18274044)
Melanie Supan Groseta
1906 W Fairway Ln
Payson, AZ 85541

Claim No: 30
Original Filed Date: 01/11/2022
Original Entered Date: 01/11/2022

Status:
Filed by: CR
Entered by: Admin
Modified:

Amount claimed: $100416.67

History:
Details   30-1   01/11/2022 Claim #30 filed by Melanie Supan Groseta, Amount claimed: $100416.67 (Admin)

Description:
Remarks:

Creditor: (18254934)
John Cooper
19316 W Colter St
Litchfield Park, AZ 85340

Claim No: 31
Original Filed Date: 01/12/2022
Original Entered Date: 01/12/2022

Status:
Filed by: CR
Entered by: Admin
Modified:

Amount claimed: $231890.59

History:
Details   31-1   01/12/2022 Claim #31 filed by John Cooper, Amount claimed: $231890.59 (Admin)

Description:
Remarks:

Creditor: (18254974)
Nathan Smith
2707 Rambo Circle
Lavaca, AZ 72941

Claim No: 32
Original Filed Date: 01/13/2022
Original Entered Date: 01/13/2022

Status:
Filed by: CR
Entered by: Admin
Modified:

Amount claimed: $100000.00

History:
Details   32-1   01/13/2022 Claim #32 filed by Nathan Smith, Amount claimed: $100000.00 (Admin)

Description:
Remarks:

Creditor: (18275155)
Wilson C Adkins
36963 N Stoneware Dr
San Tan Valley, AZ 85140-8514

Claim No: 33
Original Filed Date: 01/14/2022
Original Entered Date: 01/14/2022

Status:
Filed by: CR
Entered by: Admin
Modified:

Amount claimed: $500000.00

History:
Details   33-1   01/14/2022 Claim #33 filed by Wilson C Adkins, Amount claimed: $500000.00 (Admin)

Description:
Remarks: (33-1) Account Number (last 4 digits):2638

Creditor: (18275259)
Timothy M. Dawalt
159 Draketown Road
Bloomsburg, PA 17815-7708

Claim No: 34
Original Filed Date: 01/17/2022
Original Entered Date: 01/17/2022
Last Amendment Filed: 01/17/2022
Last Amendment Entered: 01/17/2022

Status:
Filed by: CR
Entered by: Admin
Modified: 01/17/2022

Amount claimed: $247996.90

History:
Details   34-1   01/17/2022 Claim #34 filed by Timothy M. Dawalt, Amount claimed: $247996.90 (Admin)
Details   34-2   01/17/2022 Amended Claim #34 filed by Timothy M. Dawalt, Amount claimed: $247996.90 (Admin)

Description:
Remarks:

| | | |
|---|---|---|
| *Creditor:* (18254825) | **Claim No: 35** | *Status:* |
| Karnetta Morris | *Original Filed Date*: 01/18/2022 | *Filed by:* CR |
| 2415 Cold River Dr | *Original Entered Date*: 01/18/2022 | *Entered by:* Admin |
| Humble, TX 77396 | | *Modified:* |

  Amount claimed: $177071.73

*History:*

Details    35-1   01/18/2022 Claim #35 filed by Karnetta Morris, Amount claimed: $177071.73 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254794) | **Claim No: 36** | *Status:* |
| John Kobierecki | *Original Filed Date*: 01/14/2022 | *Filed by:* CR |
| 15525 Julies Way | *Original Entered Date*: 01/19/2022 | *Entered by:* Alma Sosa |
| Orland Park, IL 60462 | | *Modified:* |

  Amount claimed: $221442.33

*History:*

Details    36-1   01/14/2022 Claim #36 filed by John Kobierecki, Amount claimed: $221442.33 (Sosa, Alma)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254375) | **Claim No: 37** | *Status:* |
| Community National Bank | *Original Filed Date*: 01/20/2022 | *Filed by:* CR |
| dba CNB Custody | *Original Entered Date*: 01/20/2022 | *Entered by:* Admin |
| 225 Main St. | | *Modified:* |
| Seneca, KS 66538 | | |

  Amount claimed: $20312.50

*History:*

Details    37-1   01/20/2022 Claim #37 filed by Community National Bank, Amount claimed: $20312.50 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254990) | **Claim No: 38** | *Status:* |
| Bradley Ament | *Original Filed Date*: 01/20/2022 | *Filed by:* CR |
| 1414 S Norfolk | *Original Entered Date*: 01/20/2022 | *Entered by:* Admin |
| Mesa, AZ 85206 | | *Modified:* |

  Amount claimed: $120000.00

*History:*

Details    38-1   01/20/2022 Claim #38 filed by Bradley Ament, Amount claimed: $120000.00 (Admin)

*Description:*

*Remarks:* (38-1) Account Number (last 4 digits):1427

| | | |
|---|---|---|
| *Creditor:* (18254755) | **Claim No: 39** | *Status:* |
| Clara Dean | *Original Filed Date*: 01/21/2022 | *Filed by:* CR |
| 375 Private Road 7135 | *Original Entered Date*: 01/21/2022 | *Entered by:* Admin |
| Colmesneil, TX 75938 | | *Modified:* |

  Amount claimed: $100000.00

*History:*

Details    39-1   01/21/2022 Claim #39 filed by Clara Dean, Amount claimed: $100000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254977) | **Claim No: 40** | *Status:* |
| Trevor Sherman | *Original Filed Date*: 01/21/2022 | *Filed by:* CR |
| 2033 E Cortez Drive | *Original Entered Date*: 01/21/2022 | *Entered by:* Admin |
| Gilbert, AZ 85234 | | *Modified:* |

  Amount claimed: $500000.00

*History:*

**Details** 🌐 **40-1** 01/21/2022 Claim #40 filed by Trevor Sherman, Amount claimed: $500000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254975) | **Claim No: 41** | *Status:* |
| Andrew Caldwell | *Original Filed Date*: 01/18/2022 | *Filed by:* CR |
| 2354 340th Street | *Original Entered Date*: 01/21/2022 | *Entered by:* Alma Sosa |
| Keokuk, IA 52632 | | *Modified:* |

  Amount claimed: $200000.00

*History:*

**Details** 🌐 **41-1** 01/18/2022 Claim #41 filed by Andrew Caldwell, Amount claimed: $200000.00 (Sosa, Alma)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254650) | **Claim No: 42** | *Status:* |
| Gary Marburger | *Original Filed Date*: 01/18/2022 | *Filed by:* CR |
| 103 Entrance Dr, Apt 4, BOX 8 | *Original Entered Date*: 01/21/2022 | *Entered by:* Alma Sosa |
| Livingston, TX 77351 | | *Modified:* |

  Amount claimed: $313628.69

*History:*

**Details** 🌐 **42-1** 01/18/2022 Claim #42 filed by Gary Marburger, Amount claimed: $313628.69 (Sosa, Alma)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254944) **History** | **Claim No: 43** | *Status:* |
| Linda Richmond | *Original Filed Date*: 01/20/2022 | *Filed by:* CR |
| 414 Wilcrest Dr #414 | *Original Entered Date*: 01/21/2022 | *Entered by:* Alma Sosa |
| Houston, TX 77042-1073 | | *Modified:* |

  Amount claimed: $642439.90

*History:*

**Details** 🌐 **43-1** 01/20/2022 Claim #43 filed by Linda Richmond, Amount claimed: $642439.90 (Sosa, Alma)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254789) | **Claim No: 44** | *Status:* |
| James Newell | *Original Filed Date*: 01/21/2022 | *Filed by:* CR |
| 690 Crab Tree Ct SW | *Original Entered Date*: 01/21/2022 | *Entered by:* Roxanne H Mujica |
| Concord, NC 28025 | | *Modified:* |

  Amount claimed: $100000.00

*History:*

**Details** 🌐 **44-1** 01/21/2022 Claim #44 filed by James Newell, Amount claimed: $100000.00 (Mujica, Roxanne)

*Description:*

*Remarks:*

Creditor:        (18276842)
Tanja Y. Greene
3411 Sparta Drive
Missouri City, TX 77459

*Claim No: 45*
*Original Filed Date*: 01/21/2022
*Original Entered Date*: 01/21/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

   Amount claimed: $71600.00

*History:*

| Details | 45-1 | 01/21/2022 Claim #45 filed by Tanja Y. Greene, Amount claimed: $71600.00 (Admin) |

*Description:*

*Remarks:*

---

Creditor:        (18254944)   History
Linda Richmond
414 Wilcrest Dr. #414
Houston, TX 77042-1073

*Claim No: 46*
*Original Filed Date*: 01/20/2022
*Original Entered Date*: 01/21/2022

*Status:*
*Filed by:* CR
*Entered by:* Emilio Luna
*Modified:*

   Amount claimed: $642439.90

*History:*

| Details | 46-1 | 01/20/2022 Claim #46 filed by Linda Richmond, Amount claimed: $642439.90 (Luna, Emilio) |

*Description:*

*Remarks:*

---

Creditor:        (18276907)
Paloma Beamer
166 E. Limberlost Dr.
Unit 103
Tucson, AZ 85705

*Claim No: 47*
*Original Filed Date*: 01/23/2022
*Original Entered Date*: 01/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

   Amount claimed: $150000.00

*History:*

| Details | 47-1 | 01/23/2022 Claim #47 filed by Paloma Beamer, Amount claimed: $150000.00 (Admin) |

*Description:*

*Remarks:*

---

Creditor:        (18254827)
Nguyen Thanh
7188 Alder Spring Way
San Jose, CA 95139

*Claim No: 48*
*Original Filed Date*: 01/23/2022
*Original Entered Date*: 01/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

   Amount claimed: $250000.00

*History:*

| Details | 48-1 | 01/23/2022 Claim #48 filed by Nguyen Thanh, Amount claimed: $250000.00 (Admin) |

*Description:*

*Remarks:* (48-1) Filer Comment: I have $250000 principal in Deeproot 575 Fund and $100000 principal in Deeproot Growth Runs Deep Fund

---

Creditor:        (18254780)
Larry Trice
2439 Doverglen Dr
Missouri City, TX 77489

*Claim No: 49*
*Original Filed Date*: 01/23/2022
*Original Entered Date*: 01/23/2022
*Last Amendment Filed:* 03/07/2022
*Last Amendment Entered:* 03/07/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:* 03/07/2022

*History:*

| Details | 49-1 | 01/23/2022 Claim #49 filed by Larry Trice, Amount claimed: $179479.99 (Admin) |
| Details | 49-2 | 03/07/2022 Amended Claim #49 filed by Larry Trice, Amount claimed: $124090.00 (Admin) |

*Description:*

*Remarks:*

Amount claimed: $124090.00

*History:*

| Details | | 49-1 | 01/23/2022 Claim #49 filed by Larry Trice, Amount claimed: $179479.99 (Admin) |
| Details | | 49-2 | 03/07/2022 Amended Claim #49 filed by Larry Trice, Amount claimed: $124090.00 (Admin) |

*Description:*
*Remarks:*

---

*Creditor:* (18254993)
Steven Sheldon
2609 N. 22nd Street
Mesa, AZ 85213

**Claim No: 50**
*Original Filed Date:* 01/24/2022
*Original Entered Date:* 01/24/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $2000000.00

*History:*

Details  50-1  01/24/2022 Claim #50 filed by Steven Sheldon, Amount claimed: $2000000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254939)
Donald Pagel
18019 Dorman Draw Ln
Houston, TX 77044

**Claim No: 51**
*Original Filed Date:* 01/24/2022
*Original Entered Date:* 01/24/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $100000.00

*History:*

Details  51-1  01/24/2022 Claim #51 filed by Donald Pagel, Amount claimed: $100000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18277176)
Melanie Supan Groseta
1906 W Fairway Lane
Payson, AZ 85541-4526

**Claim No: 52**
*Original Filed Date:* 01/24/2022
*Original Entered Date:* 01/24/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $100416.67

*History:*

Details  52-1  01/24/2022 Claim #52 filed by Melanie Supan Groseta, Amount claimed: $100416.67 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254851)
George Urban
9722 S McVicker Ave
Oak Lawn, IL 60453

**Claim No: 53**
*Original Filed Date:* 01/24/2022
*Original Entered Date:* 01/24/2022

*Status:*
*Filed by:* CR
*Entered by:* Roxanne H Mujica
*Modified:*

Amount claimed: $95736.00

*History:*

Details  53-1  01/24/2022 Claim #53 filed by George Urban, Amount claimed: $95736.00 (Mujica, Roxanne)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18277219) | **Claim No: 54** | *Status:* |
| John E Gray | *Original Filed Date*: 01/24/2022 | *Filed by:* CR |
| 205 Viticole Lane | *Original Entered Date*: 01/24/2022 | *Entered by:* Admin |
| Little Rock, AR 72223 | | *Modified:* |

  Amount claimed: $462428.95

*History:*

Details   54-1   01/24/2022 Claim #54 filed by John E Gray, Amount claimed: $462428.95 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254913) | **Claim No: 55** | *Status:* |
| Twyla Gray | *Original Filed Date*: 01/24/2022 | *Filed by:* CR |
| 19 Kayak Ridge Drive | *Original Entered Date*: 01/24/2022 | *Entered by:* Admin |
| The Woodlands, TX 77389 | | *Modified:* |

  Amount claimed: $455442.71

*History:*

Details   55-1   01/24/2022 Claim #55 filed by Twyla Gray, Amount claimed: $455442.71 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254816) | **Claim No: 56** | *Status:* |
| Richard Wiley | *Original Filed Date*: 01/26/2022 | *Filed by:* CR |
| 1995 W La Osa Dr | *Original Entered Date*: 01/26/2022 | *Entered by:* Admin |
| Tucson, AZ 85705 | | *Modified:* |

  Amount claimed: $150000.00

*History:*

Details   56-1   01/26/2022 Claim #56 filed by Richard Wiley, Amount claimed: $150000.00 (Admin)

*Description:*

*Remarks:* (56-1) Account Number (last 4 digits):0260

| | | |
|---|---|---|
| *Creditor:* (18254742) | **Claim No: 57** | *Status:* |
| Robert Spraker | *Original Filed Date*: 01/24/2022 | *Filed by:* CR |
| 6960 W Wade Pl | *Original Entered Date*: 01/26/2022 | *Entered by:* Alma Sosa |
| Tucson, AZ 85743 | | *Modified:* |

  Amount claimed: $90000.00

*History:*

Details   57-1   01/24/2022 Claim #57 filed by Robert Spraker, Amount claimed: $90000.00 (Sosa, Alma)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18277888) | **Claim No: 58** | *Status:* |
| Tina M. Wendelschafer | *Original Filed Date*: 01/26/2022 | *Filed by:* CR |
| 11329 E Natal Ave | *Original Entered Date*: 01/26/2022 | *Entered by:* Admin |
| Mesa, AZ 8529 | | *Modified:* |

  Amount claimed: $152720.36

*History:*

Details   58-1   01/26/2022 Claim #58 filed by Tina M. Wendelschafer, Amount claimed: $152720.36 (Admin)

*Description:*

*Remarks:* (58-1) Account Number (last 4 digits):575F

Creditor: (18254779)
Casandra Carroll
3821 Lazy Creek Drive
Tyler, TX 75707

**Claim No: 59**
*Original Filed Date*: 01/27/2022
*Original Entered Date*: 01/27/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

Amount claimed: $150000.00

*History*:

Details  59-1  01/27/2022 Claim #59 filed by Casandra Carroll, Amount claimed: $150000.00 (Admin)

*Description*:
*Remarks*:

---

Creditor: (18278976)
DAVID J. BUKOWSKI
8118 GLADYS LANE
PALOS HILLS, IL 60465-6046

**Claim No: 60**
*Original Filed Date*: 01/28/2022
*Original Entered Date*: 01/28/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

Amount claimed: $150000.00

*History*:

Details  60-1  01/28/2022 Claim #60 filed by DAVID J. BUKOWSKI, Amount claimed: $150000.00 (Admin)

*Description*:
*Remarks*:

---

Creditor: (18279181)
Judith Sue Delph
9621 N 52 Lane
Glendale, AZ 85302

**Claim No: 61**
*Original Filed Date*: 01/28/2022
*Original Entered Date*: 01/28/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

Amount claimed: $163182.94

*History*:

Details  61-1  01/28/2022 Claim #61 filed by Judith Sue Delph, Amount claimed: $163182.94 (Admin)

*Description*:
*Remarks*: (61-1) Filer Comment: 163829.70

---

Creditor: (18254916)
Charles Guthrie
13108 Cottingham Rd
Oklahoma City, OK 73142

**Claim No: 62**
*Original Filed Date*: 01/28/2022
*Original Entered Date*: 01/28/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

Amount claimed: $150000.00

*History*:

Details  62-1  01/28/2022 Claim #62 filed by Charles Guthrie, Amount claimed: $150000.00 (Admin)

*Description*:
*Remarks*:

---

Creditor: (18254866)
Richard Stroud
6801 CR 1017
Joshua, TX 76058

**Claim No: 63**
*Original Filed Date*: 01/29/2022
*Original Entered Date*: 01/29/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

Amount claimed: $189000.00

*History*:

Details  63-1  01/29/2022 Claim #63 filed by Richard Stroud, Amount claimed: $189000.00 (Admin)

*Description*:
*Remarks*:

*Creditor:*     (18254801)        **Claim No: 64**                    *Status:*
M. Brown                          *Original Filed Date:* 01/30/2022   *Filed by:* CR
6251 S. Bradshaw Way              *Original Entered Date:* 01/30/2022 *Entered by:* Admin
Chandler, AZ 85249                                                   *Modified:*

  Amount claimed: $215773.91

*History:*

Details  [64-1](#)  01/30/2022  Claim #64 filed by M. Brown, Amount claimed: $215773.91 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*     (18281430)        **Claim No: 65**                    *Status:*
Carol Zarr                        *Original Filed Date:* 02/01/2022   *Filed by:* CR
16537 Hardy Street                *Original Entered Date:* 02/01/2022 *Entered by:* Admin
Overland Park, KS 66085           *Last Amendment Filed:* 02/01/2022  *Modified:* 02/02/2022
                                  *Last Amendment Entered:* 02/01/2022

  Amount claimed: $945802.71

*History:*

Details  [65-1](#)  02/01/2022  Claim #65 filed by Carol Zarr, Amount claimed: $954802.71 (Admin)
Details  [65-2](#)  02/01/2022  Amended Claim #65 filed by Carol Zarr, Amount claimed: $945802.71 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*     (18281516)        **Claim No: 66**                    *Status:*
PAULINE JURNEY                    *Original Filed Date:* 02/01/2022   *Filed by:* CR
3850 W. 97TH ST                   *Original Entered Date:* 02/01/2022 *Entered by:* Admin
EVERGREEN PARK, IL 60805-                                            *Modified:*
6080

  Amount claimed: $213423.93

*History:*

Details  [66-1](#)  02/01/2022  Claim #66 filed by PAULINE JURNEY, Amount claimed: $213423.93 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*     (18281684)        **Claim No: 67**                    *Status:*
Donna M. Linhart                  *Original Filed Date:* 02/01/2022   *Filed by:* CR
17022 N. 38th Ave                 *Original Entered Date:* 02/01/2022 *Entered by:* Admin
Glendale, AZ 85308                                                   *Modified:*

  Amount claimed: $477484.89

*History:*

Details  [67-1](#)  02/01/2022  Claim #67 filed by Donna M. Linhart, Amount claimed: $477484.89 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*     (18254923)        **Claim No: 68**                    *Status:*
Christopher Blais                 *Original Filed Date:* 01/31/2022   *Filed by:* CR
15250 Blackfoot Rd                *Original Entered Date:* 02/02/2022 *Entered by:* Alma Sosa
Apple Valley, CA 92307                                               *Modified:*

*History:*

Details  [68-1](#)  01/31/2022  Claim #68 filed by Christopher Blais, Amount claimed: $105549.65 (Sosa, Alma)

*Description:*
*Remarks:*

Amount claimed: $105549.65

*History:*

Details    68-1   01/31/2022 Claim #68 filed by Christopher Blais, Amount claimed: $105549.65 (Sosa, Alma)

*Description:*
*Remarks:*

---

*Creditor:*    (18281887)      **Claim No: 69**      *Status:*
Jennifer T Kinard      *Original Filed Date*: 02/02/2022      *Filed by:* CR
216 Hickory Ranch Drive      *Original Entered Date*: 02/02/2022      *Entered by:* Admin
St Johns, FL 32259      *Last Amendment Filed:* 02/02/2022      *Modified:* 02/02/2022
     *Last Amendment Entered:* 02/02/2022

Amount claimed: $580462.23
Priority claimed: $400318.78

*History:*

Details    69-1   02/02/2022 Claim #69 filed by Jennifer T Kinard, Amount claimed: $580462.23 (Admin)
Details    69-2   02/02/2022 Amended Claim #69 filed by Jennifer T Kinard, Amount claimed: $580462.23 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*    (18254931)      **Claim No: 70**      *Status:*
Gary Heyer      *Original Filed Date*: 02/02/2022      *Filed by:* CR
7324 E Villa Way      *Original Entered Date*: 02/02/2022      *Entered by:* Admin
Scottsdale, AZ 85257      *Modified:*

Amount claimed: $182201.01

*History:*

Details    70-1   02/02/2022 Claim #70 filed by Gary Heyer, Amount claimed: $182201.01 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*    (18254926)      **Claim No: 71**      *Status:*
Elaine Macroglou      *Original Filed Date*: 02/03/2022      *Filed by:* CR
8149 E Via De Viva      *Original Entered Date*: 02/03/2022      *Entered by:* Admin
Scottsdale, AZ 85258      *Modified:*

Amount claimed: $100458.33

*History:*

Details    71-1   02/03/2022 Claim #71 filed by Elaine Macroglou, Amount claimed: $100458.33 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*    (18254873)      **Claim No: 72**      *Status:*
David Wach      *Original Filed Date*: 02/03/2022      *Filed by:* CR
6774 Pine Way      *Original Entered Date*: 02/03/2022      *Entered by:* Admin
Florence, AZ 85132      *Modified:*

Amount claimed: $231166.66

*History:*

Details    72-1   02/03/2022 Claim #72 filed by David Wach, Amount claimed: $231166.66 (Admin)

*Description:*
*Remarks:*

4/4/22, 1:22 AM                                    Search Claims - Search Results

| | | |
|---|---|---|
| *Creditor:*    (18283775) | **Claim No: 73** | *Status:* |
| Rickie Brinegar | *Original Filed Date:* 02/04/2022 | *Filed by:* CR |
| 7824 W Taro LN | *Original Entered Date:* 02/04/2022 | *Entered by:* Admin |
| Glendale, AZ 85308-6104 | | *Modified:* |

  Amount claimed: $151224.38

*History:*

Details  ⊕  73-1  02/04/2022 Claim #73 filed by Rickie Brinegar, Amount claimed: $151224.38 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18283822) | **Claim No: 74** | *Status:* |
| Libby Brinegar | *Original Filed Date:* 02/04/2022 | *Filed by:* CR |
| 7824 W Taro LN | *Original Entered Date:* 02/04/2022 | *Entered by:* Admin |
| Glendale, AZ 85308-6104 | | *Modified:* |

  Amount claimed: $203667.33

*History:*

Details  ⊕  74-1  02/04/2022 Claim #74 filed by Libby Brinegar, Amount claimed: $203667.33 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18254772) | **Claim No: 75** | *Status:* |
| Phyllis Hansen | *Original Filed Date:* 02/07/2022 | *Filed by:* CR |
| 3850 W 97th St | *Original Entered Date:* 02/07/2022 | *Entered by:* Admin |
| Evergreen Park, IL 60805 | | *Modified:* |

  Amount claimed: $200000.00

*History:*

Details  ⊕  75-1  02/07/2022 Claim #75 filed by Phyllis Hansen, Amount claimed: $200000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18254922) | **Claim No: 76** | *Status:* |
| Marsha Smith | *Original Filed Date:* 02/07/2022 | *Filed by:* CR |
| 2765 E Des Moines Circle | *Original Entered Date:* 02/07/2022 | *Entered by:* Admin |
| Mesa, AZ 85213 | | *Modified:* |

  Amount claimed: $114140.54

*History:*

Details  ⊕  76-1  02/07/2022 Claim #76 filed by Marsha Smith, Amount claimed: $114140.54 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18254684) | **Claim No: 77** | *Status:* |
| Audrey Mallinckrodt | *Original Filed Date:* 02/07/2022 | *Filed by:* CR |
| 210 High Meadow Ln | *Original Entered Date:* 02/07/2022 | *Entered by:* Admin |
| Foley, MO 63347 | | *Modified:* |

  Amount claimed: $85900.00

*History:*

Details  ⊕  77-1  02/07/2022 Claim #77 filed by Audrey Mallinckrodt, Amount claimed: $85900.00 (Admin)

*Description:*

*Remarks:*

Creditor: (18254715) History   **Claim No: 78**   Status:
Linda E Hampton   *Original Filed Date*: 02/07/2022   *Filed by*: CR
2702 W Monte Vista Dr.   *Original Entered Date*: 02/07/2022   *Entered by*: Roxanne H Mujica
Tucson, AZ 85745   *Modified*:

  Amount claimed: $135000.00

*History*:
  **Details**  🌐  **78-1**  02/07/2022  Claim #78 filed by Linda E Hampton, Amount claimed: $135000.00 (Mujica, Roxanne)

*Description*:
*Remarks*:

---

Creditor: (18254823)   **Claim No: 79**   Status:
Michelle Clark   *Original Filed Date*: 02/07/2022   *Filed by*: CR
1785 N Stony Knoll Ln   *Original Entered Date*: 02/07/2022   *Entered by*: Admin
Green Valley, AZ 85614   *Modified*:

  Amount claimed: $101254.10

*History*:
  **Details**  🌐  **79-1**  02/07/2022  Claim #79 filed by Michelle Clark, Amount claimed: $101254.10 (Admin)

*Description*:
*Remarks*:

---

Creditor: (18254812)   **Claim No: 80**   Status:
Elizabeth Papagni   *Original Filed Date*: 02/07/2022   *Filed by*: CR
2038 Sawgrass Rdg   *Original Entered Date*: 02/07/2022   *Entered by*: Admin
San Antonio, TX 78260   *Modified*:

  Amount claimed: $146168.51

*History*:
  **Details**  🌐  **80-1**  02/07/2022  Claim #80 filed by Elizabeth Papagni, Amount claimed: $146168.51 (Admin)

*Description*:
*Remarks*: (80-1) Account Number (last 4 digits):0255

---

Creditor: (18284265)   **Claim No: 81**   Status:
Richard L. Barnes   *Original Filed Date*: 02/07/2022   *Filed by*: CR
1910 Brazos Crossing Dr   *Original Entered Date*: 02/07/2022   *Entered by*: Admin
Richmond, TX 77406-6807   *Modified*:

  Amount claimed: $141300.87

*History*:
  **Details**  🌐  **81-1**  02/07/2022  Claim #81 filed by Richard L. Barnes, Amount claimed: $141300.87 (Admin)

*Description*:
*Remarks*:

---

Creditor: (18254896)   **Claim No: 82**   Status:
Katherine Thompson   *Original Filed Date*: 02/07/2022   *Filed by*: CR
26213 N 49th Lane   *Original Entered Date*: 02/07/2022   *Entered by*: Admin
Phoenix, AZ 85083   *Modified*:

  Amount claimed: $461620.19

*History*:
  **Details**  🌐  **82-1**  02/07/2022  Claim #82 filed by Katherine Thompson, Amount claimed: $461620.19 (Admin)

*Description*:
*Remarks*:

Creditor:        (18254858)
Larry Zimmerman
1743 McKinley St
Enumclaw, WA 98022

**Claim No: 83**
*Original Filed Date*: 02/07/2022
*Original Entered Date*: 02/07/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

  Amount claimed: $100000.00

*History*:

Details    83-1   02/07/2022 Claim #83 filed by Larry Zimmerman, Amount claimed: $100000.00 (Admin)

*Description*:
*Remarks*: (83-1) Account Number (last 4 digits):0305

---

Creditor:        (18284549)
Linh Nguyen
16830 Cobbler Crossing Drive
Sugar Land, TX 77498

**Claim No: 84**
*Original Filed Date*: 02/08/2022
*Original Entered Date*: 02/08/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

  Amount claimed: $210000.00

*History*:

Details    84-1   02/08/2022 Claim #84 filed by Linh Nguyen, Amount claimed: $210000.00 (Admin)

*Description*:
*Remarks*:

---

Creditor:        (18254871)
Dennis Newport
2301 W 110th Place
Chicago, IL 60643

**Claim No: 85**
*Original Filed Date*: 02/08/2022
*Original Entered Date*: 02/08/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

  Amount claimed: $210000.00

*History*:

Details    85-1   02/08/2022 Claim #85 filed by Dennis Newport, Amount claimed: $210000.00 (Admin)

*Description*:
*Remarks*:

---

Creditor:        (18284943)
Pipkin Family Living Trust
Pipkin Family Living Trust c/o Gregory
Pipkin
454 Bello St
Pismo Beach, CA 93449

**Claim No: 86**
*Original Filed Date*: 02/09/2022
*Original Entered Date*: 02/09/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*: 02/10/2022

  Amount claimed: $150750.00

*History*:

Details    86-1   02/09/2022 Claim #86 filed by Pipkin Family Living Trust, Amount claimed: $150750.00 (Admin)

*Description*:
*Remarks*: (86-1) Account Number (last 4 digits):5287

---

Creditor:        (18254945)
Irma Nieves
5015 E Fairmount
Tucson, AZ 85712

**Claim No: 87**
*Original Filed Date*: 02/09/2022
*Original Entered Date*: 02/09/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

  Amount claimed: $50000.00

*History*:

Details    87-1   02/09/2022 Claim #87 filed by Irma Nieves, Amount claimed: $50000.00 (Admin)

*Description*:
*Remarks*:

| | | |
|---|---|---|
| *Creditor:*    (18254852) | **Claim No: 88** | *Status:* |
| Candy Nasca | *Original Filed Date:* 02/09/2022 | *Filed by:* CR |
| 5500 N Valley View Rd, Unit 227 | *Original Entered Date:* 02/09/2022 | *Entered by:* Admin |
| Tucson, AZ 85718 | | *Modified:* |

  Amount claimed: $159000.00

*History:*

Details    88-1    02/09/2022 Claim #88 filed by Candy Nasca, Amount claimed: $159000.00 (Admin)

*Description:*

*Remarks:* (88-1) Account Number (last 4 digits):0298

| | | |
|---|---|---|
| *Creditor:*    (18254963) | **Claim No: 89** | *Status:* |
| Paul Pino | *Original Filed Date:* 02/10/2022 | *Filed by:* CR |
| 7701 Santa Isabel Ct NW | *Original Entered Date:* 02/10/2022 | *Entered by:* Admin |
| Albuquerque, NM 87120 | | *Modified:* |

  Amount claimed: $150000.00

*History:*

Details    89-1    02/10/2022 Claim #89 filed by Paul Pino, Amount claimed: $150000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18254911)    History | **Claim No: 90** | *Status:* |
| Lawson Horner | *Original Filed Date:* 02/11/2022 | *Filed by:* CR |
| 3700 E Williams Field Rd, #1096 | *Original Entered Date:* 02/11/2022 | *Entered by:* Admin |
| Gilbert, AZ 85295 | *Last Amendment Filed:* 03/21/2022 | *Modified:* 03/21/2022 |
| | *Last Amendment Entered:* 03/21/2022 | |

  Amount claimed: $900000.00

*History:*

Details    90-1    02/11/2022 Claim #90 filed by Lawson Horner, Amount claimed: $900000.00 (Admin)
Details    90-2    02/12/2022 Amended Claim #90 filed by Lawson Horner, Amount claimed: $900000.00 (Admin)
Details    90-3    03/21/2022 Amended Claim #90 filed by Lawson Horner, Amount claimed: $900000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18254933) | **Claim No: 91** | *Status:* |
| Alan Garland | *Original Filed Date:* 02/11/2022 | *Filed by:* CR |
| 12609 N 18th Pl | *Original Entered Date:* 02/11/2022 | *Entered by:* Admin |
| Phoenix, AZ 85022 | | *Modified:* |

  Amount claimed: $150758.19

*History:*

Details    91-1    02/11/2022 Claim #91 filed by Alan Garland, Amount claimed: $150758.19 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18254956) | **Claim No: 92** | *Status:* |
| Carl Clayton | *Original Filed Date:* 02/07/2022 | *Filed by:* CR |
| 7545 Avalon Bay Street | *Original Entered Date:* 02/11/2022 | *Entered by:* Alma Sosa |
| Las Vegas, NV 89139 | | *Modified:* |

*History:*

Details    92-1    02/07/2022 Claim #92 filed by Carl Clayton, Amount claimed: $151105.92 (Sosa, Alma)

*Description:*

*Remarks:*

21-51523-mmp  Doc#94-6  Filed 04/04/22  Entered 04/04/22 23:54:20  Exhibit  Pg 22 of 57

Amount claimed: $151105.92

*History:*

Details  🌐  92-1  02/07/2022  Claim #92 filed by Carl Clayton, Amount claimed: $151105.92 (Sosa, Alma)

*Description:*

*Remarks:*

---

*Creditor:*        (18254928)          **Claim No: 93**              *Status:*
Patricia Hollins                       *Original Filed Date*: 02/07/2022   *Filed by*: CR
9158 National Park Drive               *Original Entered Date*: 02/11/2022  *Entered by*: Alma Sosa
Las Vegas, NV 89178                                                 *Modified:*
*No amounts claimed*

*History:*

Details  🌐  93-1  02/07/2022  Claim #93 filed by Patricia Hollins, Amount claimed: (Sosa, Alma)

*Description:*

*Remarks:*

---

*Creditor:*        (18254968)          **Claim No: 94**              *Status:*
Michael Spotofora                      *Original Filed Date*: 02/07/2022   *Filed by*: CR
7285 Falling Timber Court               *Original Entered Date*: 02/11/2022  *Entered by*: Alma Sosa
Las Vegas, NV 89113                                                 *Modified:*
Amount claimed: $110416.66

*History:*

Details  🌐  94-1  02/07/2022  Claim #94 filed by Michael Spotofora, Amount claimed: $110416.66 (Sosa, Alma)

*Description:*

*Remarks:*

---

*Creditor:*        (18254918)          **Claim No: 95**              *Status:*
Lois Wagner                            *Original Filed Date*: 02/07/2022   *Filed by*: CR
1492 Sedgefield Drive                  *Original Entered Date*: 02/11/2022  *Entered by*: Alma Sosa
Murrells Inlet, SC 29576                                            *Modified:*
Amount claimed: $181183.74

*History:*

Details  🌐  95-1  02/07/2022  Claim #95 filed by Lois Wagner, Amount claimed: $181183.74 (Sosa, Alma)

*Description:*

*Remarks:*

---

*Creditor:*        (18254920)          **Claim No: 96**              *Status:*
Donald Buchholz                        *Original Filed Date*: 02/07/2022   *Filed by*: CR
34848 Starling Drive #4                 *Original Entered Date*: 02/11/2022  *Entered by*: Alma Sosa
Union City, CA 94587                                                *Modified:*
Amount claimed: $252918.65

*History:*

Details  🌐  96-1  02/07/2022  Claim #96 filed by Donald Buchholz, Amount claimed: $252918.65 (Sosa, Alma)

*Description:*

*Remarks:*

*Creditor:*      (18254630)
David Croy
203 Dunkirk Rd
Oldsmar, FL 34677

**Claim No: 97**
*Original Filed Date:* 02/14/2022
*Original Entered Date:* 02/14/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $194212.00

*History:*

| Details | 97-1 | 02/14/2022 Claim #97 filed by David Croy, Amount claimed: $194212.00 (Admin) |

*Description:*
*Remarks:*

---

*Creditor:*      (18286095)
Richard M Ruble, Sr
5301 County Road 7550
Ste 306
Lubbock, TX, TX 79424-7942

**Claim No: 98**
*Original Filed Date:* 02/14/2022
*Original Entered Date:* 02/14/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $50000.00

*History:*

| Details | 98-1 | 02/14/2022 Claim #98 filed by Richard M Ruble, Sr, Amount claimed: $50000.00 (Admin) |

*Description:*
*Remarks:*

---

*Creditor:*      (18286109)
Kelly F. Brumbaugh
2765 N Shannon Road
Tucson, AZ 85745-1014

**Claim No: 99**
*Original Filed Date:* 02/14/2022
*Original Entered Date:* 02/14/2022
*Last Amendment Filed:* 03/18/2022
*Last Amendment Entered:* 03/18/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:* 03/18/2022

Amount claimed: $140000.00

*History:*

| Details | 99-1 | 02/14/2022 Claim #99 filed by Kelly F. Brumbaugh, Amount claimed: $143000.00 (Admin) |
| Details | 99-2 | 03/18/2022 Amended Claim #99 filed by Kelly F. Brumbaugh, Amount claimed: $140000.00 (Admin) |

*Description:*
*Remarks:* (99-1) Account Number (last 4 digits):0199
(99-2) Account Number (last 4 digits):0199

---

*Creditor:*      (18254778)
Dorrit Preuss
17590 Sweat Rd
Amesville, OH 45711

**Claim No: 100**
*Original Filed Date:* 02/15/2022
*Original Entered Date:* 02/15/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $100416.67

*History:*

| Details | 100-1 | 02/15/2022 Claim #100 filed by Dorrit Preuss, Amount claimed: $100416.67 (Admin) |

*Description:*
*Remarks:* (100-1) Account Number (last 4 digits):0215

---

*Creditor:*      (18286353)
Laura L. Marsh
3537 E. Palm Lane
Phoenix, AZ 85008

**Claim No: 101**
*Original Filed Date:* 02/15/2022
*Original Entered Date:* 02/15/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

*History:*

| Details | 101-1 | 02/15/2022 Claim #101 filed by Laura L. Marsh, Amount claimed: $50000.00 (Admin) |

*Remarks:*

Amount claimed: $50000.00

*History:*

Details ⊕ [101-1](#) 02/15/2022 Claim #101 filed by Laura L. Marsh, Amount claimed: $50000.00 (Admin)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (18286440) | **Claim No: 102** | *Status:* |
| James V. Woodward | *Original Filed Date*: 02/15/2022 | *Filed by:* CR |
| 17009 N 60th Way | *Original Entered Date*: 02/15/2022 | *Entered by:* Admin |
| Scottsdale, AZ 85254-8525 | | *Modified:* |

Amount claimed: $67500.00

*History:*

Details ⊕ [102-1](#) 02/15/2022 Claim #102 filed by James V. Woodward, Amount claimed: $67500.00 (Admin)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (18254994) | **Claim No: 103** | *Status:* |
| James Turk | *Original Filed Date*: 02/16/2022 | *Filed by:* CR |
| 4026 N. Terra Mesa Circle | *Original Entered Date*: 02/16/2022 | *Entered by:* Admin |
| Mesa, AZ 85207 | | *Modified:* |

Amount claimed: $430000.00

*History:*

Details ⊕ [103-1](#) 02/16/2022 Claim #103 filed by James Turk, Amount claimed: $430000.00 (Admin)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (18254657) [History](#) | **Claim No: 104** | *Status:* |
| Donald Wayne Cook | *Original Filed Date*: 02/16/2022 | *Filed by:* CR |
| 6243 Settlers Lake Cir E | *Original Entered Date*: 02/16/2022 | *Entered by:* Roxanne H Mujica |
| Katy, TX 77449 | | *Modified:* |

Amount claimed: $100000.00

*History:*

Details ⊕ [104-1](#) 02/16/2022 Claim #104 filed by Donald Wayne Cook, Amount claimed: $100000.00 (Mujica, Roxanne)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (18286727) | **Claim No: 105** | *Status:* |
| Helene Cook | *Original Filed Date*: 02/16/2022 | *Filed by:* CR |
| 6243 Settlers Lake Circle East | *Original Entered Date*: 02/16/2022 | *Entered by:* Roxanne H Mujica |
| Katy, TX 77449 | | *Modified:* |

Amount claimed: $100000.00

*History:*

Details ⊕ [105-1](#) 02/16/2022 Claim #105 filed by Helene Cook, Amount claimed: $100000.00 (Mujica, Roxanne)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254849) | **Claim No: 106** | *Status:* |
| Josephine Russomano | *Original Filed Date:* 02/17/2022 | *Filed by:* CR |
| 94 Roundup Drive | *Original Entered Date:* 02/17/2022 | *Entered by:* Admin |
| San Antonio, TX 78213 | | *Modified:* |

Amount claimed: $200000.00

*History:*

Details  🌐  [106-1](#) 02/17/2022 Claim #106 filed by Josephine Russomano, Amount claimed: $200000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18286854) | **Claim No: 107** | *Status:* |
| Cynthia E Bryant | *Original Filed Date:* 02/17/2022 | *Filed by:* CR |
| 3419 Justinian | *Original Entered Date:* 02/17/2022 | *Entered by:* Admin |
| Jeffersonville, IN 47130-4713 | | *Modified:* |

Amount claimed: $95264.81

*History:*

Details  🌐  [107-1](#) 02/17/2022 Claim #107 filed by Cynthia E Bryant, Amount claimed: $95264.81 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254886) | **Claim No: 108** | *Status:* |
| Roxanne Holly | *Original Filed Date:* 02/17/2022 | *Filed by:* CR |
| 6821 E Brownstone Pl | *Original Entered Date:* 02/17/2022 | *Entered by:* Admin |
| Tucson, AZ 85750 | | *Modified:* |

Amount claimed: $171000.00

*History:*

Details  🌐  [108-1](#) 02/17/2022 Claim #108 filed by Roxanne Holly, Amount claimed: $171000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254886) | **Claim No: 109** | *Status:* |
| Roxanne Holly | *Original Filed Date:* 02/17/2022 | *Filed by:* CR |
| 6821 E Brownstone Pl | *Original Entered Date:* 02/17/2022 | *Entered by:* Admin |
| Tucson, AZ 85750 | | *Modified:* |

Amount claimed: $171000.00

*History:*

Details  🌐  [109-1](#) 02/17/2022 Claim #109 filed by Roxanne Holly, Amount claimed: $171000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254805) | **Claim No: 110** | *Status:* |
| Sharon Bloczynski | *Original Filed Date:* 02/17/2022 | *Filed by:* CR |
| 8015 S Lawler Ave | *Original Entered Date:* 02/17/2022 | *Entered by:* Admin |
| Burbank, IL 60459 | | *Modified:* |

Amount claimed: $150000.00

*History:*

Details  🌐  [110-1](#) 02/17/2022 Claim #110 filed by Sharon Bloczynski, Amount claimed: $150000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254805) | **Claim No: 111** | *Status:* |
| Sharon Bloczynski | *Original Filed Date:* 02/17/2022 | *Filed by:* CR |
| 8015 S Lawler Ave | *Original Entered Date*: 02/17/2022 | *Entered by:* Admin |
| Burbank, IL 60459 | | *Modified:* |

 Amount claimed: $200000.00

*History:*

  **Details** 🌐 111-1 02/17/2022 Claim #111 filed by Sharon Bloczynski, Amount claimed: $200000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254795) | **Claim No: 112** | *Status:* |
| Shawn Volk | *Original Filed Date:* 02/17/2022 | *Filed by:* CR |
| 1271 W Panorama Rd | *Original Entered Date*: 02/17/2022 | *Entered by:* Admin |
| Tucson, AZ 85704 | | *Modified:* |

 Amount claimed: $298251.43

*History:*

  **Details** 🌐 112-1 02/17/2022 Claim #112 filed by Shawn Volk, Amount claimed: $298251.43 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254796) | **Claim No: 113** | *Status:* |
| Thomas Ashcraft | *Original Filed Date:* 02/18/2022 | *Filed by:* CR |
| 3121 N Pantano Rd | *Original Entered Date*: 02/18/2022 | *Entered by:* Admin |
| Tucson, AZ 85750 | | *Modified:* |

 Amount claimed: $240000.00

*History:*

  **Details** 🌐 113-1 02/18/2022 Claim #113 filed by Thomas Ashcraft, Amount claimed: $240000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254840) | **Claim No: 114** | *Status:* |
| Ralph Price | *Original Filed Date:* 02/18/2022 | *Filed by:* CR |
| 6340 Villa Emo St | *Original Entered Date*: 02/18/2022 | *Entered by:* Admin |
| N Las Vegas, NV 89031 | | *Modified:* |

 Amount claimed: $35883390.00

*History:*

  **Details** 🌐 114-1 02/18/2022 Claim #114 filed by Ralph Price, Amount claimed: $35883390.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254735) | **Claim No: 115** | *Status:* |
| Patrick Derksen | *Original Filed Date:* 02/19/2022 | *Filed by:* CR |
| 2636 N Gill Ave | *Original Entered Date*: 02/19/2022 | *Entered by:* Admin |
| Tucson, AZ 85719 | | *Modified:* |

 Amount claimed: $145000.00

*History:*

  **Details** 🌐 115-1 02/19/2022 Claim #115 filed by Patrick Derksen, Amount claimed: $145000.00 (Admin)

*Description:*

*Remarks:*

*Creditor:*     (18254818)
Melanie Derksen
2636 N Gill Avenue
Tucson, AZ 85719

**Claim No: 116**
*Original Filed Date:* 02/19/2022
*Original Entered Date:* 02/19/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $143000.00

*History:*

Details   116-1  02/19/2022 Claim #116 filed by Melanie Derksen, Amount claimed: $143000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*     (18254853)
Gus Brisco
4778 Muir Ave
San Diego, CA 92107

**Claim No: 117**
*Original Filed Date:* 02/19/2022
*Original Entered Date:* 02/19/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $81904.48

*History:*

Details   117-1  02/19/2022 Claim #117 filed by Gus Brisco, Amount claimed: $81904.48 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*     (18254980)
Margaret Boyd-Hadley
7790 Hall Rd
Fairburn, GA 30213

**Claim No: 118**
*Original Filed Date:* 02/21/2022
*Original Entered Date:* 02/21/2022

*Status:*
*Filed by:* CR
*Entered by:* Ricardo Guerra
*Modified:*

  Amount claimed: $279138.20

*History:*

Details   118-1  02/21/2022 Claim #118 filed by Margaret Boyd-Hadley, Amount claimed: $279138.20 (Guerra, Ricardo)

*Description:* (118-1) Ownership Interest In Class B Shares
*Remarks:*

---

*Creditor:*     (18288159)
Vernon Earle
10991 East Via Tranquilla
Tucson, AZ 85749

**Claim No: 119**
*Original Filed Date:* 02/22/2022
*Original Entered Date:* 02/22/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $109985.23

*History:*

Details   119-1  02/22/2022 Claim #119 filed by Vernon Earle, Amount claimed: $109985.23 (Admin)

*Description:*
*Remarks:* (119-1) Account Number (last 4 digits):9404

---

*Creditor:*     (18254642)   History
Arundhati Guha
1203 Foxland Chase
Sugar Land, TX 77479

**Claim No: 120**
*Original Filed Date:* 02/22/2022
*Original Entered Date:* 02/22/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:* 02/22/2022

  Amount claimed: $100000.00

*History:*

Details   120-1  02/22/2022 Claim #120 filed by Arundhati Guha, Amount claimed: $100000.00 (Admin)

*Description:*
*Remarks:* (120-1) corrected filers address per her request

*Creditor:*      (18254991)
Paula Atkinsons
601 Cherry Ln
Grandview, WA 98930

**Claim No: 121**
*Original Filed Date:* 02/22/2022
*Original Entered Date:* 02/22/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $167935.94

*History:*
Details   ⊕   121-1   02/22/2022 Claim #121 filed by Paula Atkinsons, Amount claimed: $167935.94 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*      (18254760)
Jerry Mallory
9909 Treetop Dr, Apt 2706
Orland Park, IL 60462

**Claim No: 122**
*Original Filed Date:* 02/22/2022
*Original Entered Date:* 02/22/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $200000.00

*History:*
Details   ⊕   122-1   02/22/2022 Claim #122 filed by Jerry Mallory, Amount claimed: $200000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*      (18254773)
Marian Abram
5752 N Camino De Las Estrellas
Tucson, AZ 85718

**Claim No: 123**
*Original Filed Date:* 02/23/2022
*Original Entered Date:* 02/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:* 02/24/2022

  Amount claimed: $200602.78

*History:*
Details   ⊕   123-1   02/23/2022 Claim #123 filed by Marian Abram, Amount claimed: $200602.78 (Admin)

*Description:*
*Remarks:* (123-1) Filer Comment: Unliquidated

---

*Creditor:*      (18254773)
Marian Abram
5752 N Camino De Las Estrellas
Tucson, AZ 85718

**Claim No: 124**
*Original Filed Date:* 02/23/2022
*Original Entered Date:* 02/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:* 02/24/2022

  Amount claimed: $143000.00

*History:*
Details   ⊕   124-1   02/23/2022 Claim #124 filed by Marian Abram, Amount claimed: $143000.00 (Admin)

*Description:*
*Remarks:* (124-1) Filer Comment: Unliquidated

---

*Creditor:*      (18254618)
Marian C. Abram Rev. Trust
5752 N Camino de las Estrellas
Tucson, AZ 85718

**Claim No: 125**
*Original Filed Date:* 02/23/2022
*Original Entered Date:* 02/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:* 02/24/2022

  Amount claimed: $137500.00

*History:*
Details   ⊕   125-1   02/23/2022 Claim #125 filed by Marian C. Abram Rev. Trust, Amount claimed: $137500.00 (Admin)

*Description:*
*Remarks:* (125-1) Filer Comment: Unliquidated

*Creditor:* (18254838)
William Lawlor
19128 Loomis Ave
Homewood, IL 60430

**Claim No: 126**
*Original Filed Date*: 02/23/2022
*Original Entered Date*: 02/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

 Amount claimed: $412129.81

*History:*

| Details |  | 126-1 | 02/23/2022 Claim #126 filed by William Lawlor, Amount claimed: $412129.81 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:* (18288760)
John & Stacy Laughlin
20326 N. 61st Ave
Glendale, AZ 85308

**Claim No: 127**
*Original Filed Date*: 02/24/2022
*Original Entered Date*: 02/24/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

 Amount claimed: $65270.83

*History:*

| Details |  | 127-1 | 02/24/2022 Claim #127 filed by John & Stacy Laughlin, Amount claimed: $65270.83 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:* (18254868)
Bella Vivante
870 E Mitchell Dr
Tucson, AZ 85719

**Claim No: 128**
*Original Filed Date*: 02/24/2022
*Original Entered Date*: 02/24/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

 Amount claimed: $100488.42

*History:*

| Details |  | 128-1 | 02/24/2022 Claim #128 filed by Bella Vivante, Amount claimed: $100488.42 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:* (18289204)
Charles E. Walker
687 Blazer Ave.
Smyrna, TN 37167-3716

**Claim No: 129**
*Original Filed Date*: 02/24/2022
*Original Entered Date*: 02/24/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

 Amount claimed: $150000.00

*History:*

| Details |  | 129-1 | 02/24/2022 Claim #129 filed by Charles E. Walker, Amount claimed: $150000.00 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:* (18289301)
Robin Walters
14739 Briceland Springs Dr
Houston, TX 77082

**Claim No: 130**
*Original Filed Date*: 02/24/2022
*Original Entered Date*: 02/24/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

 Amount claimed: $137500.00

*History:*

| Details |  | 130-1 | 02/24/2022 Claim #130 filed by Robin Walters, Amount claimed: $137500.00 (Admin) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254847) | **Claim No: 131** | *Status:* |
| Jane Kilanowski | *Original Filed Date:* 02/25/2022 | *Filed by:* CR |
| 17848 Columbus Ct | *Original Entered Date*: 02/25/2022 | *Entered by:* Admin |
| Orland Park, IL 60467 | | *Modified:* |

Amount claimed: $248956.03

*History:*

[Details] 🌐 [131-1] 02/25/2022 Claim #131 filed by Jane Kilanowski, Amount claimed: $248956.03 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254870) | **Claim No: 132** | *Status:* |
| Paul Hopman | *Original Filed Date:* 02/26/2022 | *Filed by:* CR |
| 4901 N Sabino Valley Pl | *Original Entered Date*: 02/26/2022 | *Entered by:* Admin |
| Tucson, AZ 85750 | | *Modified:* |

Amount claimed: $142411.00

*History:*

[Details] 🌐 [132-1] 02/26/2022 Claim #132 filed by Paul Hopman, Amount claimed: $142411.00 (Admin)

*Description:*

*Remarks:* (132-1) Account Number (last 4 digits):0318

| | | |
|---|---|---|
| *Creditor:* (18254726) | **Claim No: 133** | *Status:* |
| Pamela Hopman | *Original Filed Date:* 02/26/2022 | *Filed by:* CR |
| 4901 N Sabino Valley Pl | *Original Entered Date*: 02/26/2022 | *Entered by:* Admin |
| Tucson, AZ 85750 | | *Modified:* |

Amount claimed: $108724.00

*History:*

[Details] 🌐 [133-1] 02/26/2022 Claim #133 filed by Pamela Hopman, Amount claimed: $108724.00 (Admin)

*Description:*

*Remarks:* (133-1) Account Number (last 4 digits):0152

| | | |
|---|---|---|
| *Creditor:* (18254910) | **Claim No: 134** | *Status:* |
| Lori Fraesdorf | *Original Filed Date:* 02/27/2022 | *Filed by:* CR |
| 4801 N Camino Antonio | *Original Entered Date*: 02/27/2022 | *Entered by:* Admin |
| Tucson, AZ 85718 | | *Modified:* |

Amount claimed: $181781.18

*History:*

[Details] 🌐 [134-1] 02/27/2022 Claim #134 filed by Lori Fraesdorf, Amount claimed: $181781.18 (Admin)

*Description:*

*Remarks:* (134-1) Account Number (last 4 digits):4942

| | | |
|---|---|---|
| *Creditor:* (18254846) | **Claim No: 135** | *Status:* |
| Walter Lakota | *Original Filed Date:* 02/28/2022 | *Filed by:* CR |
| 2302 Columbia Drive | *Original Entered Date*: 02/28/2022 | *Entered by:* Admin |
| Costa Mesa, CA 92626 | | *Modified:* |

Amount claimed: $89207.67

*History:*

[Details] 🌐 [135-1] 02/28/2022 Claim #135 filed by Walter Lakota, Amount claimed: $89207.67 (Admin)

*Description:*

*Remarks:*

Creditor:        (18254942)
Janet Kalilikane
120 N Val Vista Dr #236
Mesa, AZ 85213

*Claim No: 136*
*Original Filed Date:* 02/28/2022
*Original Entered Date:* 02/28/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $159525.17

*History:*

Details ⊕  136-1  02/28/2022 Claim #136 filed by Janet Kalilikane, Amount claimed: $159525.17 (Admin)

*Description:*

*Remarks:*

---

Creditor:        (18291829)
Ali Afjei
3781 W Meadow Briar Dr
Tucson, AZ 85741

*Claim No: 137*
*Original Filed Date:* 03/01/2022
*Original Entered Date:* 03/01/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $102394.14

*History:*

Details ⊕  137-1  03/01/2022 Claim #137 filed by Ali Afjei, Amount claimed: $102394.14 (Admin)

*Description:*

*Remarks:* (137-1) Account Number (last 4 digits):0253

---

Creditor:        (18254761)
Mark Donahue
11892 N Meteor Pl
Tucson, AZ 85737

*Claim No: 138*
*Original Filed Date:* 03/01/2022
*Original Entered Date:* 03/01/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $199193.77

*History:*

Details ⊕  138-1  03/01/2022 Claim #138 filed by Mark Donahue, Amount claimed: $199193.77 (Admin)

*Description:*

*Remarks:* (138-1) Account Number (last 4 digits):0197

---

Creditor:        (18254946)
Elizabeth Howard
9994 N Sumter Creek Pl
Tucson, AZ 85742

*Claim No: 139*
*Original Filed Date:* 03/01/2022
*Original Entered Date:* 03/01/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $140583.33

*History:*

Details ⊕  139-1  03/01/2022 Claim #139 filed by Elizabeth Howard, Amount claimed: $140583.33 (Admin)

*Description:*

*Remarks:* (139-1) Account Number (last 4 digits):0398

---

Creditor:        (18292177)
Joseph Benson
2334 S RIVER RD UNIT 59
ST GEORGE, UT 84790-8479

*Claim No: 140*
*Original Filed Date:* 03/02/2022
*Original Entered Date:* 03/02/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $294831.78

*History:*

Details ⊕  140-1  03/02/2022 Claim #140 filed by Joseph Benson, Amount claimed: $294831.78 (Admin)

*Description:*

*Remarks:*

*Creditor:* (18292308)
Teresa Jimenez Tunstall
26915 Rustic Brk
San Antonio, TX 78261

**Claim No: 141**
*Original Filed Date*: 03/02/2022
*Original Entered Date*: 03/02/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $200000.00

*History:*

Details  ◎  141-1  03/02/2022 Claim #141 filed by Teresa Jimenez Tunstall, Amount claimed: $200000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254803)
Phillip Mollencopf
7558 W Wandering Coyote Dr
Tucson, AZ 85743

**Claim No: 142**
*Original Filed Date*: 03/02/2022
*Original Entered Date*: 03/02/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $50000.00

*History:*

Details  ◎  142-1  03/02/2022 Claim #142 filed by Phillip Mollencopf, Amount claimed: $50000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254947)
Sandra Newman
1627 Indian Wells Drive
Boulder City, NV 89005

**Claim No: 143**
*Original Filed Date*: 02/28/2022
*Original Entered Date*: 03/03/2022

*Status:*
*Filed by:* CR
*Entered by:* Alma Sosa
*Modified:*

  Amount claimed: $268279.00

*History:*

Details  ◎  143-1  02/28/2022 Claim #143 filed by Sandra Newman, Amount claimed: $268279.00 (Sosa, Alma)

*Description:*
*Remarks:*

---

*Creditor:* (18254877)
Susan Willis
730 W Kanmar Place
Tucson, AZ 85704

**Claim No: 144**
*Original Filed Date*: 02/22/2022
*Original Entered Date*: 03/03/2022

*Status:*
*Filed by:* CR
*Entered by:* Alma Sosa
*Modified:*

  Amount claimed: $250000.00

*History:*

Details  ◎  144-1  02/22/2022 Claim #144 filed by Susan Willis, Amount claimed: $250000.00 (Sosa, Alma)

*Description:*
*Remarks:*

---

*Creditor:* (18254647)
Bibek Das
3106 Rosston Cir
Houston, TX 77082

**Claim No: 145**
*Original Filed Date*: 02/24/2022
*Original Entered Date*: 03/03/2022

*Status:*
*Filed by:* CR
*Entered by:* Alma Sosa
*Modified:*

  Amount claimed: $259633.97

*History:*

Details  ◎  145-1  02/24/2022 Claim #145 filed by Bibek Das, Amount claimed: $259633.97 (Sosa, Alma)

*Description:*
*Remarks:*

*Creditor:* (18254845)
Donald Brooks
330 Ash Drive
Waxahachie, TX 75165

  Amount claimed: $163868.00

**Claim No: 146**
*Original Filed Date*: 03/03/2022
*Original Entered Date*: 03/03/2022

*Status:*
*Filed by:* CR
*Entered by:* Alma Sosa
*Modified:*

*History:*

| Details | | 146-1 | 03/03/2022 Claim #146 filed by Donald Brooks, Amount claimed: $163868.00 (Sosa, Alma) |

*Description:*
*Remarks:*

---

*Creditor:* (18293252)
Kathleen Marie Ellis
4480 E Skousen Street
Gilbert, AZ 85295-0032

  Amount claimed: $135000.00

**Claim No: 147**
*Original Filed Date*: 03/04/2022
*Original Entered Date*: 03/04/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

*History:*

| Details | | 147-1 | 03/04/2022 Claim #147 filed by Kathleen Marie Ellis, Amount claimed: $135000.00 (Admin) |

*Description:*
*Remarks:*

---

*Creditor:* (18254780)
Larry Trice
2439 Doverglen Dr
Missouri City, TX 77489

  Amount claimed: $124090.00

**Claim No: 148**
*Original Filed Date*: 03/05/2022
*Original Entered Date*: 03/05/2022
*Last Amendment Filed*: 03/07/2022
*Last Amendment Entered*: 03/07/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified*: 03/07/2022

*History:*

Details   148-1   03/05/2022 Claim #148 filed by Larry Trice, Amount claimed: $124090.00 (Admin)
Details   148-2   03/07/2022 Amended Claim #148 filed by Larry Trice, Amount claimed: $124090.00 (Admin)
Details   148-3   03/07/2022 Amended Claim #148 filed by Larry Trice, Amount claimed: $124090.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254945)
Irma Nieves
5015 E Fairmount
Tucson, AZ 85712

  Amount claimed: $50000.00

**Claim No: 149**
*Original Filed Date*: 03/07/2022
*Original Entered Date*: 03/07/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

*History:*

Details   149-1   03/07/2022 Claim #149 filed by Irma Nieves, Amount claimed: $50000.00 (Admin)
     doc   03/10/2022 Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 149 filed by Irma Nieves (WebClaimUser)

*Description:*
*Remarks:*

---

*Creditor:* (18254830)
Henry Puente

**Claim No: 150**
*Original Filed Date*: 03/08/2022

*Status:*
*Filed by:* CR

3690 W El Moraga Pl
Tucson, AZ 85745

*Original Entered Date*: 03/08/2022

*Entered by*: Admin
*Modified*:

Amount claimed: $153192.18

*History*:

**Details** ● [150-1](#) 03/08/2022 Claim #150 filed by Henry Puente, Amount claimed: $153192.18 (Admin)

*Description*:

*Remarks*:

---

*Creditor*:       (18254964)
David Adderley
13911 SW 112th St
Miami, FL 33186

**Claim No: 151**
*Original Filed Date*: 03/08/2022
*Original Entered Date*: 03/08/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

Amount claimed: $362000.00

*History*:

**Details** ● [151-1](#) 03/08/2022 Claim #151 filed by David Adderley, Amount claimed: $362000.00 (Admin)

*Description*:

*Remarks*: (151-1) Account Number (last 4 digits):8726

---

*Creditor*:       (18254981)
Mark Zabinski
707 Bridgewater Drive
Monroe, NC 28112

**Claim No: 152**
*Original Filed Date*: 03/08/2022
*Original Entered Date*: 03/08/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

Amount claimed: $200408.28

*History*:

**Details** ● [152-1](#) 03/08/2022 Claim #152 filed by Mark Zabinski, Amount claimed: $200408.28 (Admin)

*Description*:

*Remarks*:

---

*Creditor*:       (18294486)
Patricia C. Beard
448 Goose Creek Rd.
Raphine, VA 24472

**Claim No: 153**
*Original Filed Date*: 03/07/2022
*Original Entered Date*: 03/08/2022

*Status*:
*Filed by*: CR
*Entered by*: Daniel Paez
*Modified*:

Amount claimed: $358464.39

*History*:

**Details** ● [153-1](#) 03/07/2022 Claim #153 filed by Patricia C. Beard, Amount claimed: $358464.39 (Paez, Daniel)

*Description*:

*Remarks*:

---

*Creditor*:       (18254835)
Ronald Siemienas
21159 S Hillside Rd
Frankfort, IL 60423

**Claim No: 154**
*Original Filed Date*: 03/08/2022
*Original Entered Date*: 03/08/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

Amount claimed: $253148.49

*History*:

**Details** ● [154-1](#) 03/08/2022 Claim #154 filed by Ronald Siemienas, Amount claimed: $253148.49 (Admin)

*Description*:

*Remarks*:

Creditor:        (18254865)
Debbie Wiles
8651 Foothill Blvd 40
Rancho Cucamonga, CA 91730

Claim No: 155
*Original Filed Date*: 03/08/2022
*Original Entered Date*: 03/08/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

  Amount claimed: $435000.00

*History*:

Details    155-1  03/08/2022 Claim #155 filed by Debbie Wiles, Amount claimed: $435000.00 (Admin)

*Description*:
*Remarks*:

---

Creditor:        (18254821)
Albert Perry
13815 Jomatt Loop
Winter Garden, FL 34787

Claim No: 156
*Original Filed Date*: 03/08/2022
*Original Entered Date*: 03/08/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

  Amount claimed: $100002.21

*History*:

Details    156-1  03/08/2022 Claim #156 filed by Albert Perry, Amount claimed: $100002.21 (Admin)

*Description*:
*Remarks*:

---

Creditor:        (18254805)
Sharon Bloczynski
8015 S Lawler Ave
Burbank, IL 60459

Claim No: 157
*Original Filed Date*: 03/08/2022
*Original Entered Date*: 03/08/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

  Amount claimed: $150000.00

*History*:

Details    157-1  03/08/2022 Claim #157 filed by Sharon Bloczynski, Amount claimed: $150000.00 (Admin)

*Description*:
*Remarks*:

---

Creditor:        (18254969)
Esteban Flores
5000 Glenn Street
Amarillo, TX 79108

Claim No: 158
*Original Filed Date*: 03/09/2022
*Original Entered Date*: 03/09/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

  Amount claimed: $133788.95

*History*:

Details    158-1  03/09/2022 Claim #158 filed by Esteban Flores, Amount claimed: $133788.95 (Admin)

*Description*:
*Remarks*:

---

Creditor:        (18254969)
Esteban Flores
5000 Glenn Street
Amarillo, TX 79108

Claim No: 159
*Original Filed Date*: 03/09/2022
*Original Entered Date*: 03/09/2022

*Status*:
*Filed by*: CR
*Entered by*: Admin
*Modified*:

  Amount claimed: $133788.95

*History*:

Details    159-1  03/09/2022 Claim #159 filed by Esteban Flores, Amount claimed: $133788.95 (Admin)

*Description*:
*Remarks*:

*Creditor:*      (18254729)           **Claim No: 160**                *Status:*
Toni Hanks                            *Original Filed Date*: 03/10/2022   *Filed by:* CR
2314 Laurel Rustic Oaks              *Original Entered Date*: 03/10/2022  *Entered by:* Admin
Houston, TX 77014                                                       *Modified:*

  Amount claimed: $112630.41

*History:*

Details     160-1  03/10/2022  Claim #160 filed by Toni Hanks, Amount claimed: $112630.41 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*      (18254982)           **Claim No: 161**                *Status:*
Janice Arbogast                       *Original Filed Date*: 03/10/2022   *Filed by:* CR
1253 Lacey Spring Rd                 *Original Entered Date*: 03/10/2022  *Entered by:* Admin
Harrisonburg, VA 22802                                                  *Modified:*

  Amount claimed: $499332.20
  Priority  claimed: $499332.20

*History:*

Details     161-1  03/10/2022  Claim #161 filed by Janice Arbogast, Amount claimed: $499332.20 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*      (18254992)           **Claim No: 162**                *Status:*
Elisabeth Rundstrom                   *Original Filed Date*: 03/10/2022   *Filed by:* CR
3106 N. Sawyer Circle                *Original Entered Date*: 03/10/2022  *Entered by:* Admin
Mesa, AZ 85207                                                          *Modified:*

  Amount claimed: $170000.00

*History:*

Details     162-1  03/10/2022  Claim #162 filed by Elisabeth Rundstrom, Amount claimed: $170000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*      (18254959)   History  **Claim No: 163**                *Status:*
Susan Alderfer                        *Original Filed Date*: 03/09/2022   *Filed by:* CR
315 Steeplechase Lane                *Original Entered Date*: 03/10/2022  *Entered by:* Emilio Luna
Pottstown, PA 19464                                                     *Modified:*

  Amount claimed: $466641.36

*History:*

Details     163-1  03/09/2022  Claim #163 filed by Susan Alderfer, Amount claimed: $466641.36 (Luna, Emilio)

*Description:*
*Remarks:*

---

*Creditor:*      (18254764)           **Claim No: 164**                *Status:*
Lynda Michalski                       *Original Filed Date*: 03/12/2022   *Filed by:* CR
9938 McVicker Ave                    *Original Entered Date*: 03/12/2022  *Entered by:* Admin
Oak Lawn, IL 60453                                                      *Modified:*

  Amount claimed: $150000.00

*History:*

Details     164-1  03/12/2022  Claim #164 filed by Lynda Michalski, Amount claimed: $150000.00 (Admin)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254855) | **Claim No: 165** | *Status:* |
| Denise Perez | *Original Filed Date:* 03/12/2022 | *Filed by:* CR |
| 15809 Scotsglen Rd | *Original Entered Date:* 03/12/2022 | *Entered by:* Admin |
| Orland Park, IL 60462 | | *Modified:* |

  Amount claimed: $200000.00

*History:*

**Details** 🌐 165-1 03/12/2022 Claim #165 filed by Denise Perez, Amount claimed: $200000.00 (Admin)

*Description:*

*Remarks:* (165-1) Account Number (last 4 digits):1517

| | | |
|---|---|---|
| *Creditor:* (18254757) | **Claim No: 166** | *Status:* |
| Ann Kurtz | *Original Filed Date:* 03/13/2022 | *Filed by:* CR |
| 299 Bronco Ct | *Original Entered Date:* 03/13/2022 | *Entered by:* Admin |
| Berthoud, CO 80513 | | *Modified:* |

  Amount claimed: $83406.56

*History:*

**Details** 🌐 166-1 03/13/2022 Claim #166 filed by Ann Kurtz, Amount claimed: $83406.56 (Admin)

*Description:*

*Remarks:* (166-1) Account Number (last 4 digits):0191

| | | |
|---|---|---|
| *Creditor:* (18254785) | **Claim No: 167** | *Status:* |
| Thomas Abraham | *Original Filed Date:* 03/14/2022 | *Filed by:* CR |
| 16626 Broadoak Grove Ln | *Original Entered Date:* 03/14/2022 | *Entered by:* Admin |
| Sugar Land, TX 77498 | | *Modified:* |

  Amount claimed: $557508.00

*History:*

**Details** 🌐 167-1 03/14/2022 Claim #167 filed by Thomas Abraham, Amount claimed: $557508.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254752) | **Claim No: 168** | *Status:* |
| Linda Wroblewski | *Original Filed Date:* 03/14/2022 | *Filed by:* CR |
| 13057 Birch Path Ct | *Original Entered Date:* 03/14/2022 | *Entered by:* Admin |
| Lemont, IL 60439 | | *Modified:* |

  Amount claimed: $205286.59

*History:*

**Details** 🌐 168-1 03/14/2022 Claim #168 filed by Linda Wroblewski, Amount claimed: $205286.59 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18296074) | **Claim No: 169** | *Status:* |
| Dana E. Sullivan | *Original Filed Date:* 03/14/2022 | *Filed by:* CR |
| c/o Todd A. Hoodenpyle | *Original Entered Date:* 03/14/2022 | *Entered by:* Todd A Hoodenpyle |
| Singer & Levick, P.C. | | *Modified:* |
| 16200 Addison Road, Suite 140 | | |
| Addison, TX 75001 | | |

  Amount claimed: $164332.90

*History:*

**Details** 🌐 169-1 03/14/2022 Claim #169 filed by Dana E. Sullivan, Amount claimed: $164332.90 (Hoodenpyle, Todd)

*Description:* (169-1) Money loaned

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18296471) | **Claim No: 170** | *Status:* |
| Deborah Belinowiz | *Original Filed Date*: 03/14/2022 | *Filed by:* CR |
| 2328 Via Mariposa W Unit P | *Original Entered Date*: 03/14/2022 | *Entered by:* Admin |
| Laguna Woods, CA 92637-2147 | | *Modified:* |

Amount claimed: $646571.40

*History:*

**Details** ⊙ 170-1 03/14/2022 Claim #170 filed by Deborah Belinowiz, Amount claimed: $646571.40 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254766) | **Claim No: 171** | *Status:* |
| Jeanetta Josey | *Original Filed Date*: 03/11/2022 | *Filed by:* CR |
| 1104 S Nueces St | *Original Entered Date*: 03/15/2022 | *Entered by:* Alma Sosa |
| Coleman TX 76834 | | *Modified:* |

Amount claimed: $135000.00

*History:*

**Details** ⊙ 171-1 03/11/2022 Claim #171 filed by Jeanetta Josey, Amount claimed: $135000.00 (Sosa, Alma)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254779) | **Claim No: 172** | *Status:* |
| Casandra Carroll | *Original Filed Date*: 03/11/2022 | *Filed by:* CR |
| 3821 Lazy Creek Drive | *Original Entered Date*: 03/15/2022 | *Entered by:* Alma Sosa |
| Tyler, TX 75707 | | *Modified:* |

Amount claimed: $150000.00

*History:*

**Details** ⊙ 172-1 03/11/2022 Claim #172 filed by Casandra Carroll, Amount claimed: $150000.00 (Sosa, Alma)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254817) | **Claim No: 173** | *Status:* |
| Luther Young | *Original Filed Date*: 03/14/2022 | *Filed by:* CR |
| 31 Wedgewood Blvd | *Original Entered Date*: 03/15/2022 | *Entered by:* Alma Sosa |
| Conroe, TX 77304 | | *Modified:* |

Amount claimed: $55000.00

*History:*

**Details** ⊙ 173-1 03/14/2022 Claim #173 filed by Luther Young, Amount claimed: $55000.00 (Sosa, Alma)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254758) | **Claim No: 174** | *Status:* |
| Charles McClain | *Original Filed Date*: 03/15/2022 | *Filed by:* CR |
| PO Box 588 | *Original Entered Date*: 03/16/2022 | *Entered by:* Christy Carouth |
| Dilley, TX 78017 | | *Modified:* |

Amount claimed: $123918.23

*History:*

**Details** ⊙ 174-1 03/15/2022 Claim #174 filed by Charles McClain, Amount claimed: $123918.23 (Carouth, Christy)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254829) | **Claim No: 175** | *Status:* |
| Harold Hawken | *Original Filed Date:* 03/16/2022 | *Filed by:* CR |
| 16103 SE 166th St | *Original Entered Date:* 03/16/2022 | *Entered by:* Admin |
| Renton, WA 98058 | | *Modified:* |

  Amount claimed: $356992.73

*History:*

Details   🌐   [175-1](#)   03/16/2022 Claim #175 filed by Harold Hawken, Amount claimed: $356992.73 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254826) | **Claim No: 176** | *Status:* |
| Megan Hawken | *Original Filed Date:* 03/16/2022 | *Filed by:* CR |
| 16103 SE 166th St | *Original Entered Date:* 03/16/2022 | *Entered by:* Admin |
| Renton, WA 98058 | | *Modified:* |

  Amount claimed: $94909.81

*History:*

Details   🌐   [176-1](#)   03/16/2022 Claim #176 filed by Megan Hawken, Amount claimed: $94909.81 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254888) | **Claim No: 177** | *Status:* |
| Yolanda Hoirup | *Original Filed Date:* 03/16/2022 | *Filed by:* CR |
| 18807 McGhee Drive E | *Original Entered Date:* 03/16/2022 | *Entered by:* Admin |
| Bonney Lake, WA 98391 | | *Modified:* |

  Amount claimed: $99078.75

*History:*

Details   🌐   [177-1](#)   03/16/2022 Claim #177 filed by Yolanda Hoirup, Amount claimed: $99078.75 (Admin)

*Description:*

*Remarks:* (177-1) Account Number (last 4 digits):0336

| | | |
|---|---|---|
| *Creditor:* (18254971)   [History](#) | **Claim No: 178** | *Status:* |
| Matthew MacVane | *Original Filed Date:* 03/16/2022 | *Filed by:* CR |
| c/o Jeffrey Sonn ESQ | *Original Entered Date:* 03/16/2022 | *Entered by:* Admin |
| Sonn Law Group PA | | *Modified:* |
| 19495 Biscayne Blvd Suite 607 | | |
| Aventura, FL 33180 | | |

  Amount claimed: $1750000.00

*History:*

Details   🌐   [178-1](#)   03/16/2022 Claim #178 filed by Matthew MacVane, Amount claimed: $1750000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254906) | **Claim No: 179** | *Status:* |
| Christian Lopez | *Original Filed Date:* 03/16/2022 | *Filed by:* CR |
| 3721 N Tyndall Ave | *Original Entered Date:* 03/16/2022 | *Entered by:* Admin |
| Tucson, AZ 85719 | | *Modified:* |

  Amount claimed: $623602.97

*History:*

Details   🌐   [179-1](#)   03/16/2022 Claim #179 filed by Christian Lopez, Amount claimed: $623602.97 (Admin)

*Description:*

*Remarks:*

*Creditor:*     (18297380)
Sonia Green
2100 Huldy Street #1
Houston, TX 77019-7701

**Claim No: 180**
*Original Filed Date*: 03/16/2022
*Original Entered Date*: 03/16/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $125000.00

*History:*

**Details**   180-1   03/16/2022 Claim #180 filed by Sonia Green, Amount claimed: $125000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*     (18254771)
Peggy Smith
654 Cypress Drive
Hanover, PA 17331

**Claim No: 181**
*Original Filed Date*: 03/16/2022
*Original Entered Date*: 03/17/2022

*Status:*
*Filed by:* CR
*Entered by:* Christy Carouth
*Modified:*

  Amount claimed: $155000.00

*History:*

**Details**   181-1   03/16/2022 Claim #181 filed by Peggy Smith, Amount claimed: $155000.00 (Carouth, Christy)

*Description:*
*Remarks:*

---

*Creditor:*     (18254792)
Nolan Rowald
7311 Casita Dr
Magnolia, TX 77354

**Claim No: 182**
*Original Filed Date*: 03/17/2022
*Original Entered Date*: 03/17/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $113995.56

*History:*

**Details**   182-1   03/17/2022 Claim #182 filed by Nolan Rowald, Amount claimed: $113995.56 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*     (18254727)   History
Salvador Lopez
6341 N 82nd Way
Scottsdale, AZ 85250

**Claim No: 183**
*Original Filed Date*: 03/17/2022
*Original Entered Date*: 03/17/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $127628.16

*History:*

**Details**   183-1   03/17/2022 Claim #183 filed by Salvador Lopez, Amount claimed: $127628.16 (Admin)

*Description:*
*Remarks:*

---

*Creditor:*     (18254364)
Carlile Patchen & Murphy LLP
950 Goodale Blvd Ste 200
Columbus, OH 43212

**Claim No: 184**
*Original Filed Date*: 03/17/2022
*Original Entered Date*: 03/17/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $37265.00

*History:*

**Details**   184-1   03/17/2022 Claim #184 filed by Carlile Patchen & Murphy LLP, Amount claimed: $37265.00 (Admin)

*Description:*
*Remarks:* (184-1) Account Number (last 4 digits):8509

| | | |
|---|---|---|
| *Creditor:* (18254901) | **Claim No: 185** | *Status:* |
| Mitchell Monte | *Original Filed Date*: 03/17/2022 | *Filed by:* CR |
| 1192 Valley Oaks Dr | *Original Entered Date*: 03/17/2022 | *Entered by:* Admin |
| Lewisville, TX 75067 | *Last Amendment Filed:* 03/18/2022 | *Modified:* 03/18/2022 |
| | *Last Amendment Entered:* 03/18/2022 | |

  Amount claimed: $120000.00

*History:*

Details   185-1   03/17/2022   Claim #185 filed by Mitchell Monte, Amount claimed: $120000.00 (Admin)
Details   185-2   03/17/2022   Amended Claim #185 filed by Mitchell Monte, Amount claimed: $120000.00 (Admin)
Details   185-3   03/18/2022   Amended Claim #185 filed by Mitchell Monte, Amount claimed: $120000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254776) | **Claim No: 186** | *Status:* |
| Alfred Bourguet | *Original Filed Date*: 03/18/2022 | *Filed by:* CR |
| 8314 N Bayou Dr | *Original Entered Date*: 03/18/2022 | *Entered by:* Admin |
| Tucson, AZ 85741 | | *Modified:* |

  Amount claimed: $292000.00

*History:*

Details   186-1   03/18/2022   Claim #186 filed by Alfred Bourguet, Amount claimed: $292000.00 (Admin)

*Description:*

*Remarks:* (186-1) Account Number (last 4 digits):0213

| | | |
|---|---|---|
| *Creditor:* (18254614) | **Claim No: 187** | *Status:* |
| RE & CL Orth Family Trust | *Original Filed Date*: 03/18/2022 | *Filed by:* CR |
| 1601 W Queen Creek Rd #300 | *Original Entered Date*: 03/18/2022 | *Entered by:* Admin |
| Chandler, AZ 85248 | | *Modified:* |

  Amount claimed: $202500.00

*History:*

Details   187-1   03/18/2022   Claim #187 filed by RE & CL Orth Family Trust, Amount claimed: $202500.00 (Admin)

*Description:*

*Remarks:* (187-1) Account Number (last 4 digits):5117

| | | |
|---|---|---|
| *Creditor:* (18254807) | **Claim No: 188** | *Status:* |
| John Perchalski | *Original Filed Date*: 03/18/2022 | *Filed by:* CR |
| 5893 S Henderson Canyon Dr | *Original Entered Date*: 03/18/2022 | *Entered by:* Admin |
| Green Valley, AZ 85622 | | *Modified:* |

  Amount claimed: $161791.00

*History:*

Details   188-1   03/18/2022   Claim #188 filed by John Perchalski, Amount claimed: $161791.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18254631) | **Claim No: 189** | *Status:* |
| Lawrence Butler | *Original Filed Date*: 03/18/2022 | *Filed by:* CR |
| 92 Deer Meadow Ct | *Original Entered Date*: 03/18/2022 | *Entered by:* Admin |
| St Peters, MO 63304 | | *Modified:* |

*History:*

Details   189-1   03/18/2022   Claim #189 filed by Lawrence Butler, Amount claimed: $80000.00 (Admin)

*Description:*

*Remarks:* (189-1) Account Number (last 4 digits):9404

Amount claimed: $80000.00

*History:*

Details 🔘 189-1 03/18/2022 Claim #189 filed by Lawrence Butler, Amount claimed: $80000.00 (Admin)

*Description:*

*Remarks:* (189-1) Account Number (last 4 digits):9404

| | | | |
|---|---|---|---|
| *Creditor:* (18254965) | | **Claim No: 190** | *Status:* |
| Pablo Manrique | | *Original Filed Date*: 03/18/2022 | *Filed by:* CR |
| 12375 W Cameo Mary Ln | | *Original Entered Date*: 03/18/2022 | *Entered by:* Admin |
| Tucson, AZ 85743 | | | *Modified:* |

Amount claimed: $135000.00

*History:*

Details 🔘 190-1 03/18/2022 Claim #190 filed by Pablo Manrique, Amount claimed: $135000.00 (Admin)

*Description:*

*Remarks:* (190-1) Account Number (last 4 digits):0418

| | | | |
|---|---|---|---|
| *Creditor:* (18254954) | | **Claim No: 191** | *Status:* |
| Marianne Smith | | *Original Filed Date*: 03/18/2022 | *Filed by:* CR |
| 6104 N Lake Mountain Rd | | *Original Entered Date*: 03/18/2022 | *Entered by:* Admin |
| Eagle Mountain, UT 84005 | | | *Modified:* |

Amount claimed: $302000.00

*History:*

Details 🔘 191-1 03/18/2022 Claim #191 filed by Marianne Smith, Amount claimed: $302000.00 (Admin)

*Description:*

*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (18254649) History | | **Claim No: 192** | *Status:* |
| James O'Neal | | *Original Filed Date*: 03/19/2022 | *Filed by:* CR |
| 18940 Columbus Mill Dr. | | *Original Entered Date*: 03/19/2022 | *Entered by:* Admin |
| New Caney, TX 77357 | | | *Modified:* |

Amount claimed: $177315.67

*History:*

Details 🔘 192-1 03/19/2022 Claim #192 filed by James O'Neal, Amount claimed: $177315.67 (Admin)

*Description:*

*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (18254907) | | **Claim No: 193** | *Status:* |
| Michael Wallin | | *Original Filed Date*: 03/19/2022 | *Filed by:* CR |
| 12425 43rd Dr SE | | *Original Entered Date*: 03/19/2022 | *Entered by:* Admin |
| Everett, WA 98208 | | | *Modified:* |

Amount claimed: $100000.00

*History:*

Details 🔘 193-1 03/19/2022 Claim #193 filed by Michael Wallin, Amount claimed: $100000.00 (Admin)

*Description:*

*Remarks:* (193-1) Account Number (last 4 digits):0355

*Creditor:* (18254726)   **Claim No: 194**   *Status:*
Pamela Hopman   *Original Filed Date:* 03/20/2022   *Filed by:* CR
4901 N Sabino Valley Pl   *Original Entered Date:* 03/20/2022   *Entered by:* Admin
Tucson, AZ 85750   *Modified:*

  Amount claimed: $108724.00

*History:*
Details   194-1   03/20/2022 Claim #194 filed by Pamela Hopman, Amount claimed: $108724.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254740)   **Claim No: 195**   *Status:*
Ross Rohde   *Original Filed Date:* 03/20/2022   *Filed by:* CR
4529 N Heatherwood Pl   *Original Entered Date:* 03/20/2022   *Entered by:* Admin
Tucson, AZ 85718   *Last Amendment Filed:* 03/22/2022   *Modified:* 03/22/2022
  *Last Amendment Entered:* 03/22/2022

  Amount claimed: $82807.21

*History:*
Details   195-1   03/20/2022 Claim #195 filed by Ross Rohde, Amount claimed: $82807.21 (Admin)
Details   195-2   03/22/2022 Amended Claim #195 filed by Ross Rohde, Amount claimed: $82807.21 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254900)   **Claim No: 196**   *Status:*
Mark Benko   *Original Filed Date:* 03/20/2022   *Filed by:* CR
2966 W Royal Copeland Dr   *Original Entered Date:* 03/20/2022   *Entered by:* Admin
Tucson, AZ 85745   *Modified:*

  Amount claimed: $582500.00

*History:*
Details   196-1   03/20/2022 Claim #196 filed by Mark Benko, Amount claimed: $582500.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18298290)   **Claim No: 197**   *Status:*
Ronald D Rhoden Sr and Victoria L   *Original Filed Date:* 03/20/2022   *Filed by:* CR
Rhoden   *Original Entered Date:* 03/20/2022   *Entered by:* Admin
7151 Woodlake Parkway # 108   *Modified:*
San Antonio, TX 78218-3747

  Amount claimed: $466755.58

*History:*
Details   197-1   03/20/2022 Claim #197 filed by Ronald D Rhoden Sr and Victoria L Rhoden, Amount claimed: $466755.58 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254677)   **Claim No: 198**   *Status:*
Nazlin Hemani   *Original Filed Date:* 03/20/2022   *Filed by:* CR
12514 Eagles Entry Dr.   *Original Entered Date:* 03/20/2022   *Entered by:* Admin
Odessa, FL 33556   *Modified:*

*History:*
Details   198-1   03/20/2022 Claim #198 filed by Nazlin Hemani, Amount claimed: $165000.00 (Admin)
*Remarks:*

Amount claimed: $165000.00

*History:*

Details        198-1   03/20/2022 Claim #198 filed by Nazlin Hemani, Amount claimed: $165000.00 (Admin)

*Description:*
*Remarks:*


| *Creditor:*   (18254878) | **Claim No: 199** | *Status:* |
| Jean Williams | *Original Filed Date*: 03/20/2022 | *Filed by:* CR |
| 7164 N Finger Rock Place | *Original Entered Date*: 03/20/2022 | *Entered by:* Admin |
| Tucson, AZ 85718 | | *Modified:* |

Amount claimed: $294755.00

*History:*

Details        199-1   03/20/2022 Claim #199 filed by Jean Williams, Amount claimed: $294755.00 (Admin)

*Description:*
*Remarks:*


| *Creditor:*   (18254804) | **Claim No: 200** | *Status:* |
| Eugene Bohenski | *Original Filed Date*: 03/18/2022 | *Filed by:* CR |
| 14707 W Crystal Ct | *Original Entered Date*: 03/21/2022 | *Entered by:* Alma Sosa |
| Surprise, AZ 85374 | | *Modified:* |

Amount claimed: $105416.67

*History:*

Details        200-1   03/18/2022 Claim #200 filed by Eugene Bohenski, Amount claimed: $105416.67 (Sosa, Alma)

*Description:*
*Remarks:*


| *Creditor:*   (18254860)   History | **Claim No: 201** | *Status:* |
| Mayme Carter | *Original Filed Date*: 03/18/2022 | *Filed by:* CR |
| Nileen Verbeten (POA) | *Original Entered Date*: 03/21/2022 | *Entered by:* Alma Sosa |
| 3701 McKinley Boulevard | | *Modified:* |
| Sacramento, CA 95816 | | |

Amount claimed: $176666.75

*History:*

Details        201-1   03/18/2022 Claim #201 filed by Mayme Carter, Amount claimed: $176666.75 (Sosa, Alma)

*Description:*
*Remarks:*


| *Creditor:*   (18254867) | **Claim No: 202** | *Status:* |
| Raymond and Joanne Borner | *Original Filed Date*: 03/21/2022 | *Filed by:* CR |
| 12212 74th Ave | *Original Entered Date*: 03/21/2022 | *Entered by:* Alma Sosa |
| Palos Heights, IL 60463 | | *Modified:* |

Amount claimed: $778481.85

*History:*

Details        202-1   03/21/2022 Claim #202 filed by Raymond and Joanne Borner, Amount claimed: $778481.85 (Sosa, Alma)

*Description:*
*Remarks:*

*Creditor:*     (18298492)  
Jo Anne Settles  
125 Berkshire Lane  
Victoria, TX 77904-7790

**Claim No: 203**  
*Original Filed Date:* 03/21/2022  
*Original Entered Date:* 03/21/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

   Amount claimed: $50000.00

*History:*

| Details | | 203-1 | 03/21/2022 | Claim #203 filed by Jo Anne Settles, Amount claimed: $50000.00 (Admin) |

*Description:*  
*Remarks:*

---

*Creditor:*     (18298494)  
Wells Trust, JoAnn Wells, Trustee  
2495 Sawdust Road, Apt. 2415  
4309 Yoakum Blvd.  
The Woodlands, TX 77380-7700

**Claim No: 204**  
*Original Filed Date:* 03/21/2022  
*Original Entered Date:* 03/21/2022  
*Last Amendment Filed:* 03/21/2022  
*Last Amendment Entered:* 03/21/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:* 03/21/2022

   Amount claimed: $207352.12

*History:*

| Details | | 204-1 | 03/21/2022 | Claim #204 filed by Wells Trust, JoAnn Wells, Trustee, Amount claimed: $207352.12 (Admin) |
| Details | | 204-2 | 03/21/2022 | Amended Claim #204 filed by Wells Trust, JoAnn Wells, Trustee, Amount claimed: $207352.12 (Admin) |

*Description:*  
*Remarks:*

---

*Creditor:*     (18298501)  
Wells Trust, JoAnn Wells, Trustee  
2495 Sawdust Road, Apt. 2415  
The Woodlands, TX 77380

**Claim No: 205**  
*Original Filed Date:* 03/21/2022  
*Original Entered Date:* 03/21/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

   Amount claimed: $100000.00

*History:*

| Details | | 205-1 | 03/21/2022 | Claim #205 filed by Wells Trust, JoAnn Wells, Trustee, Amount claimed: $100000.00 (Admin) |

*Description:*  
*Remarks:*

---

*Creditor:*     (18298502)  
Sandra S. Thompson  
DeConcini McDonald Yetwin & Lacy, P.C.  
2525 E. Broadway Blvd., Suite 200  
Tucson, AZ 85716-8571

**Claim No: 206**  
*Original Filed Date:* 03/21/2022  
*Original Entered Date:* 03/21/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

   Amount claimed: $266031.50

*History:*

| Details | | 206-1 | 03/21/2022 | Claim #206 filed by Sandra S. Thompson, Amount claimed: $266031.50 (Admin) |

*Description:*  
*Remarks:*

---

*Creditor:*     (18298501)

**Claim No: 207**

*Status:*

Wells Trust, JoAnn Wells, Trustee          *Original Filed Date*: 03/21/2022          *Filed by*: CR
2495 Sawdust Road, Apt. 2415              *Original Entered Date*: 03/21/2022          *Entered by*: Admin
The Woodlands, TX 77380                                                                *Modified*:

  Amount claimed: $270000.00

*History*:

Details    ⊙  207-1  03/21/2022 Claim #207 filed by Wells Trust, JoAnn Wells, Trustee, Amount claimed: $270000.00
                            (Admin)

*Description*:
*Remarks*:

---

*Creditor*:        (18298501)                *Claim No: 208*                    *Status*:
Wells Trust, JoAnn Wells, Trustee          *Original Filed Date*: 03/21/2022          *Filed by*: CR
2495 Sawdust Road, Apt. 2415              *Original Entered Date*: 03/21/2022          *Entered by*: Admin
The Woodlands, TX 77380                                                                *Modified*:

  Amount claimed: $435000.00

*History*:

Details    ⊙  208-1  03/21/2022 Claim #208 filed by Wells Trust, JoAnn Wells, Trustee, Amount claimed: $435000.00
                            (Admin)

*Description*:
*Remarks*:

---

*Creditor*:        (18298501)                *Claim No: 209*                    *Status*:
Wells Trust, JoAnn Wells, Trustee          *Original Filed Date*: 03/21/2022          *Filed by*: CR
2495 Sawdust Road, Apt. 2415              *Original Entered Date*: 03/21/2022          *Entered by*: Admin
The Woodlands, TX 77380                                                                *Modified*:

  Amount claimed: $110416.66

*History*:

Details    ⊙  209-1  03/21/2022 Claim #209 filed by Wells Trust, JoAnn Wells, Trustee, Amount claimed: $110416.66
                            (Admin)

*Description*:
*Remarks*:

---

*Creditor*:        (18254713)                *Claim No: 210*                    *Status*:
Jack Daniel                                *Original Filed Date*: 03/21/2022          *Filed by*: CR
2214 Killarney Ln.                         *Original Entered Date*: 03/21/2022          *Entered by*: Admin
Deer Park, TX 77536                                                                    *Modified*:

  Amount claimed: $308054.67

*History*:

Details    ⊙  210-1  03/21/2022 Claim #210 filed by Jack Daniel, Amount claimed: $308054.67 (Admin)

*Description*:
*Remarks*:

---

*Creditor*:        (18254724)                *Claim No: 211*                    *Status*:
Pauline Rubin                              *Original Filed Date*: 03/21/2022          *Filed by*: CR
11123 Renwick Dr.                          *Original Entered Date*: 03/21/2022          *Entered by*: Admin
Houston, TX 77096                                                                      *Modified*:

  Amount claimed: $241160.61

*History*:

Details    ⊙  211-1  03/21/2022 Claim #211 filed by Pauline Rubin, Amount claimed: $241160.61 (Admin)

*Description*:
*Remarks*:

*Creditor:*        (18254724)                **Claim No: 212**                *Status:*
Pauline Rubin                                *Original Filed Date*: 03/21/2022         *Filed by:* CR
11123 Renwick Dr.                            *Original Entered Date*: 03/21/2022       *Entered by:* Admin
Houston, TX 77096                                                                      *Modified:*

  Amount claimed: $280000.00

*History:*

Details     🌐  212-1  03/21/2022 Claim #212 filed by Pauline Rubin, Amount claimed: $280000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*        (18254844)                **Claim No: 213**                *Status:*
Mary McGarey                                 *Original Filed Date*: 03/21/2022         *Filed by:* CR
7255 E Camino Bacelar                        *Original Entered Date*: 03/21/2022       *Entered by:* Admin
Tucson, AZ 85715                                                                      *Modified:*

  Amount claimed: $69000.00

*History:*

Details     🌐  213-1  03/21/2022 Claim #213 filed by Mary McGarey, Amount claimed: $69000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*        (18254724)                **Claim No: 214**                *Status:*
Pauline Rubin                                *Original Filed Date*: 03/21/2022         *Filed by:* CR
11123 Renwick Dr.                            *Original Entered Date*: 03/21/2022       *Entered by:* Admin
Houston, TX 77096                                                                      *Modified:*

  Amount claimed: $200833.33

*History:*

Details     🌐  214-1  03/21/2022 Claim #214 filed by Pauline Rubin, Amount claimed: $200833.33 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*        (18254724)                **Claim No: 215**                *Status:*
Pauline Rubin                                *Original Filed Date*: 03/21/2022         *Filed by:* CR
11123 Renwick Dr.                            *Original Entered Date*: 03/21/2022       *Entered by:* Admin
Houston, TX 77096                            *Last Amendment Filed*: 03/22/2022        *Modified:* 03/22/2022
                                             *Last Amendment Entered*: 03/22/2022

  Amount claimed: $299150.00

*History:*

Details     🌐  215-1  03/21/2022 Claim #215 filed by Pauline Rubin, Amount claimed: $209586.88 (Admin)
Details     🌐  215-2  03/21/2022 Amended Claim #215 filed by Pauline Rubin, Amount claimed: $299150.00 (Admin)
Details     🌐  215-3  03/22/2022 Amended Claim #215 filed by Pauline Rubin, Amount claimed: $299150.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*        (18298588)                **Claim No: 216**                *Status:*
Dave Hernandez,Jr                            *Original Filed Date*: 03/21/2022         *Filed by:* CR
26835 Trinity Trail                          *Original Entered Date*: 03/21/2022       *Entered by:* Admin
Cypress, TX 77433-7743                                                                 *Modified:*

*History:*

Details     🌐  216-1  03/21/2022 Claim #216 filed by Dave Hernandez,Jr, Amount claimed: $258000.00 (Admin)

*Description:*

*Remarks:*

Amount claimed: $258000.00

*History:*

Details    216-1   03/21/2022   Claim #216 filed by Dave Hernandez,Jr, Amount claimed: $258000.00 (Admin)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*   (18254724) | **Claim No: 217** | *Status:* |
| Pauline Rubin | *Original Filed Date*: 03/21/2022 | *Filed by:* CR |
| 11123 Renwick Dr. | *Original Entered Date*: 03/21/2022 | *Entered by:* Admin |
| Houston, TX 77096 | | *Modified:* |

Amount claimed: $627712.24

*History:*

Details    217-1   03/21/2022   Claim #217 filed by Pauline Rubin, Amount claimed: $627712.24 (Admin)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*   (18254724) | **Claim No: 218** | *Status:* |
| Pauline Rubin | *Original Filed Date*: 03/21/2022 | *Filed by:* CR |
| 11123 Renwick Dr. | *Original Entered Date*: 03/21/2022 | *Entered by:* Admin |
| Houston, TX 77096 | | *Modified:* |

Amount claimed: $305522.01

*History:*

Details    218-1   03/21/2022   Claim #218 filed by Pauline Rubin, Amount claimed: $305522.01 (Admin)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*   (18298595) | **Claim No: 219** | *Status:* |
| Brenda E. Jennings | *Original Filed Date*: 03/21/2022 | *Filed by:* CR |
| P.O. Box 14693 | *Original Entered Date*: 03/21/2022 | *Entered by:* Admin |
| Houston, TX 77221-4693 | | *Modified:* |

Amount claimed: $100200.00

*History:*

Details    219-1   03/21/2022   Claim #219 filed by Brenda E. Jennings, Amount claimed: $100200.00 (Admin)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*   (18298595) | **Claim No: 220** | *Status:* |
| Brenda E. Jennings | *Original Filed Date*: 03/21/2022 | *Filed by:* CR |
| P.O. Box 14693 | *Original Entered Date*: 03/21/2022 | *Entered by:* Admin |
| Houston, TX 77221-4693 | | *Modified:* |

Amount claimed: $252301.00

*History:*

Details    220-1   03/21/2022   Claim #220 filed by Brenda E. Jennings, Amount claimed: $252301.00 (Admin)

*Description:*
*Remarks:*

| Creditor: (18298596) | Claim No: 221 | Status: |
|---|---|---|
| Richard T. Jennings | Original Filed Date: 03/21/2022 | Filed by: CR |
| P.O. Box 14693 | Original Entered Date: 03/21/2022 | Entered by: Admin |
| Houston, TX 77221-4693 | | Modified: |

Amount claimed: $100416.67

*History:*

**Details** 🌐 221-1  03/21/2022 Claim #221 filed by Richard T. Jennings, Amount claimed: $100416.67 (Admin)

*Description:*

*Remarks:*

| Creditor: (18298596) | Claim No: 222 | Status: |
|---|---|---|
| Richard T. Jennings | Original Filed Date: 03/21/2022 | Filed by: CR |
| P.O. Box 14693 | Original Entered Date: 03/21/2022 | Entered by: Admin |
| Houston, TX 77221-4693 | | Modified: |

Amount claimed: $100416.67

*History:*

**Details** 🌐 222-1  03/21/2022 Claim #222 filed by Richard T. Jennings, Amount claimed: $100416.67 (Admin)

*Description:*

*Remarks:*

| Creditor: (18298597) | Claim No: 223 | Status: |
|---|---|---|
| Philip J. Erdmann | Original Filed Date: 03/21/2022 | Filed by: CR |
| 18319 Glenn Haven Estates Drive | Original Entered Date: 03/21/2022 | Entered by: Admin |
| Houston, TX 77379 | | Modified: |

Amount claimed: $507025.06

*History:*

**Details** 🌐 223-1  03/21/2022 Claim #223 filed by Philip J. Erdmann, Amount claimed: $507025.06 (Admin)

*Description:*

*Remarks:*

| Creditor: (18254721) | Claim No: 224 | Status: |
|---|---|---|
| Clyde Watson | Original Filed Date: 03/21/2022 | Filed by: CR |
| 2209 Westside Dr | Original Entered Date: 03/21/2022 | Entered by: Admin |
| Deer Park, TX 77536 | | Modified: |

Amount claimed: $100416.67

*History:*

**Details** 🌐 224-1  03/21/2022 Claim #224 filed by Clyde Watson, Amount claimed: $100416.67 (Admin)

*Description:*

*Remarks:*

| Creditor: (18254718) | Claim No: 225 | Status: |
|---|---|---|
| Clyde Watson | Original Filed Date: 03/21/2022 | Filed by: CR |
| 2209 Westside Dr | Original Entered Date: 03/21/2022 | Entered by: Admin |
| Deer Park, TX 77536 | | Modified: |

Amount claimed: $100750.00

*History:*

**Details** 🌐 225-1  03/21/2022 Claim #225 filed by Clyde Watson, Amount claimed: $100750.00 (Admin)

*Description:*

*Remarks:*

Creditor:        (18254774)  
Karen Ready  
1927 Topside Ct  
Crosby, TX 77532  

**Claim No: 226**  
*Original Filed Date:* 03/21/2022  
*Original Entered Date:* 03/21/2022  

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*  

  Amount claimed: $437757.38  

*History:*  

Details   🌐  226-1  03/21/2022 Claim #226 filed by Karen Ready, Amount claimed: $437757.38 (Admin)  

*Description:*  
*Remarks:*  

Creditor:        (18254774)  
Karen Ready  
1927 Topside Ct  
Crosby, TX 77532  

**Claim No: 227**  
*Original Filed Date:* 03/21/2022  
*Original Entered Date:* 03/21/2022  

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*  

  Amount claimed: $264583.33  

*History:*  

Details   🌐  227-1  03/21/2022 Claim #227 filed by Karen Ready, Amount claimed: $264583.33 (Admin)  

*Description:*  
*Remarks:*  

Creditor:        (18254611)  
Judith L. Werner Revocable Living Trust  
81 Elkins LK  
Huntsville, TX 77340  

**Claim No: 228**  
*Original Filed Date:* 03/21/2022  
*Original Entered Date:* 03/21/2022  

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*  

  Amount claimed: $168000.00  

*History:*  

Details   🌐  228-1  03/21/2022 Claim #228 filed by Judith L. Werner Revocable Living Trust, Amount claimed: $168000.00 (Admin)  

*Description:*  
*Remarks:*  

Creditor:        (18254611)  
Judith L. Werner Revocable Living Trust  
81 Elkins LK  
Huntsville, TX 77340  

**Claim No: 229**  
*Original Filed Date:* 03/21/2022  
*Original Entered Date:* 03/21/2022  

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*  

  Amount claimed: $260748.29  

*History:*  

Details   🌐  229-1  03/21/2022 Claim #229 filed by Judith L. Werner Revocable Living Trust, Amount claimed: $260748.29 (Admin)  

*Description:*  
*Remarks:*  

Creditor:        (18254769)  
Mary Marquis  
14019 SW Fwy, Ste 301, Box 163  
Sugar Land, TX 77478  

**Claim No: 230**  
*Original Filed Date:* 03/21/2022  
*Original Entered Date:* 03/21/2022  

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*  

  Amount claimed: $421666.67  

*History:*  

Details   🌐  230-1  03/21/2022 Claim #230 filed by Mary Marquis, Amount claimed: $421666.67 (Admin)  

*Description:*  
*Remarks:*

*Creditor:*        (18254929)                    **Claim No: 231**                    *Status:*
Victor Arnold                                   *Original Filed Date:* 03/21/2022      *Filed by:* CR
2525 E Drachman St                             *Original Entered Date:* 03/21/2022    *Entered by:* Admin
Tucson, AZ 85716                                                                       *Modified:*

  Amount claimed: $139173.63

*History:*

Details  ⊘  231-1  03/21/2022 Claim #231 filed by Victor Arnold, Amount claimed: $139173.63 (Admin)

*Description:*
*Remarks:*


*Creditor:*        (18298614)                    **Claim No: 232**                    *Status:*
Judy N. Marsolan                               *Original Filed Date:* 03/21/2022      *Filed by:* CR
1133 E Hawkins Parkway, Apt. 142               *Original Entered Date:* 03/21/2022    *Entered by:* Admin
Longview, TX 75605                             *Last Amendment Filed:* 03/23/2022     *Modified:* 03/23/2022
                                               *Last Amendment Entered:* 03/23/2022

  Amount claimed: $120500.00

*History:*

Details  ⊘  232-1  03/21/2022 Claim #232 filed by Judy N. Marsolan, Amount claimed: $120500.00 (Admin)
Details  ⊘  232-2  03/23/2022 Amended Claim #232 filed by Judy N. Marsolan, Amount claimed: $120500.00 (Admin)

*Description:*
*Remarks:*


*Creditor:*        (18254880)                    **Claim No: 233**                    *Status:*
Eden Johnson                                   *Original Filed Date:* 03/22/2022      *Filed by:* CR
16711 Mount Allyson Circle                     *Original Entered Date:* 03/22/2022    *Entered by:* Admin
Fountain Valley, CA 92708                       *Last Amendment Filed:* 03/22/2022     *Modified:* 03/22/2022
                                               *Last Amendment Entered:* 03/22/2022

  Amount claimed: $269000.00

*History:*

Details  ⊘  233-1  03/22/2022 Claim #233 filed by Eden Johnson, Amount claimed: $269000.00 (Admin)
Details  ⊘  233-2  03/22/2022 Amended Claim #233 filed by Eden Johnson, Amount claimed: $269000.00 (Admin)

*Description:*
*Remarks:*


*Creditor:*        (18254951)                    **Claim No: 234**                    *Status:*
Constance Grigg-Koning                         *Original Filed Date:* 03/22/2022      *Filed by:* CR
10811 Carpenter St                             *Original Entered Date:* 03/22/2022    *Entered by:* David S. Gragg
Mokena, IL 60448                                                                       *Modified:*

  Amount claimed: $142817.31

*History:*

Details  ⊘  234-1  03/22/2022 Claim #234 filed by Constance Grigg-Koning, Amount claimed: $142817.31 (Gragg, David)

*Description:* (234-1) Money invested - IRA
*Remarks:*


*Creditor:*        (18298860)                    **Claim No: 235**                    *Status:*
Michael P and Diane L Wolf                     *Original Filed Date:* 03/22/2022      *Filed by:* CR

20205 Smokey Rd
Frenchtown, MT 59834

*Original Entered Date*: 03/22/2022

*Entered by*: Admin
*Modified*:

  Amount claimed: $167214.00

*History*:

**Details** 🔘 [235-1](#) 03/22/2022 Claim #235 filed by Michael P and Diane L Wolf, Amount claimed: $167214.00 (Admin)

*Description*:

*Remarks*: (235-1) Account Number (last 4 digits):0454

---

*Creditor*:     (18254775)
Selso Socias
7513 Avenue C
Santa Fe, TX 77510

**Claim No: 236**
*Original Filed Date*: 03/21/2022
*Original Entered Date*: 03/22/2022

*Status*:
*Filed by*: CR
*Entered by*: Alma Sosa
*Modified*:

  Amount claimed: $200000.00

*History*:

**Details** 🔘 [236-1](#) 03/21/2022 Claim #236 filed by Selso Socias, Amount claimed: $200000.00 (Sosa, Alma)

*Description*:

*Remarks*:

---

*Creditor*:     (18254656)
Cathy Rice
2614 Avenue J
Santa Fe, TX 77510

**Claim No: 237**
*Original Filed Date*: 03/21/2022
*Original Entered Date*: 03/22/2022

*Status*:
*Filed by*: CR
*Entered by*: Alma Sosa
*Modified*:

  Amount claimed: $110000.00

*History*:

**Details** 🔘 [237-1](#) 03/21/2022 Claim #237 filed by Cathy Rice, Amount claimed: $110000.00 (Sosa, Alma)

*Description*:

*Remarks*:

---

*Creditor*:     (18254656)
Cathy Rice
2614 Avenue J
Santa Fe, TX 77510

**Claim No: 238**
*Original Filed Date*: 03/21/2022
*Original Entered Date*: 03/22/2022

*Status*:
*Filed by*: CR
*Entered by*: Alma Sosa
*Modified*:

  Amount claimed: $117000.00

*History*:

**Details** 🔘 [238-1](#) 03/21/2022 Claim #238 filed by Cathy Rice, Amount claimed: $117000.00 (Sosa, Alma)

*Description*:

*Remarks*:

---

*Creditor*:     (18254971)   [History](#)
Matthew MacVane
c/o Jeffrey Sonn ESQ
Sonn Law Group PA
19495 Biscayne Blvd Suite 607
Aventura, FL 33180

**Claim No: 239**
*Original Filed Date*: 03/21/2022
*Original Entered Date*: 03/22/2022

*Status*:
*Filed by*: CR
*Entered by*: Alma Sosa
*Modified*:

  Amount claimed: $1750000.00

*History*:

**Details** 🔘 [239-1](#) 03/21/2022 Claim #239 filed by Matthew MacVane, Amount claimed: $1750000.00 (Sosa, Alma)

*Description*:

*Remarks*:

*Creditor:* (18254995)
Michael Wolf
20205 Smokey Rd
Frenchtown, MT 59834

**Claim No: 240**
*Original Filed Date*: 03/21/2022
*Original Entered Date*: 03/22/2022

*Status:*
*Filed by:* CR
*Entered by:* Alma Sosa
*Modified:*

  Amount claimed: $167214.00

*History:*

**Details**  ⊕  **240-1**  03/21/2022 Claim #240 filed by Michael Wolf, Amount claimed: $167214.00 (Sosa, Alma)

*Description:*
*Remarks:*

---

*Creditor:* (18298944)
Jonmark Richardson
6517 W john cabot road
Glendale, AZ 85308

**Claim No: 241**
*Original Filed Date*: 03/22/2022
*Original Entered Date*: 03/22/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $12500.00

*History:*

**Details**  ⊕  **241-1**  03/22/2022 Claim #241 filed by Jonmark Richardson, Amount claimed: $12500.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254747)
Nancy Cimoch
11423 S Lawndale Ave
Chicago, IL 60655

**Claim No: 242**
*Original Filed Date*: 03/22/2022
*Original Entered Date*: 03/22/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $175000.00

*History:*

**Details**  ⊕  **242-1**  03/22/2022 Claim #242 filed by Nancy Cimoch, Amount claimed: $175000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254625)
Lynn Glazewski
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

**Claim No: 243**
*Original Filed Date*: 03/22/2022
*Original Entered Date*: 03/22/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $50000.00

*History:*

**Details**  ⊕  **243-1**  03/22/2022 Claim #243 filed by Lynn Glazewski, Amount claimed: $50000.00 (Admin)

*Description:*
*Remarks:*

---

*Creditor:* (18254810)
Roberta Erdmann
18319 Glenn Haven Estates Dr.
Spring, TX 77379

**Claim No: 244**
*Original Filed Date*: 03/22/2022
*Original Entered Date*: 03/22/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

  Amount claimed: $100416.67

*History:*

**Details**  ⊕  **244-1**  03/22/2022 Claim #244 filed by Roberta Erdmann, Amount claimed: $100416.67 (Admin)

*Description:*
*Remarks:*

| Creditor: (18254628) | Claim No: 245 | Status: |
|---|---|---|
| Ruth Yanok | *Original Filed Date*: 03/22/2022 | *Filed by:* CR |
| c/o Tyler Wolf | *Original Entered Date*: 03/22/2022 | *Entered by:* Admin |
| Goldman Sachs | | *Modified:* |
| 222 South Main Street | | |
| Salt Lake City, UT 84101 | | |

  Amount claimed: $50000.00

*History:*

Details  ⬥  245-1  03/22/2022 Claim #245 filed by Ruth Yanok, Amount claimed: $50000.00 (Admin)

*Description:*

*Remarks:*

| Creditor: (18254623) | Claim No: 246 | Status: |
|---|---|---|
| Janette Steffer | *Original Filed Date*: 03/22/2022 | *Filed by:* CR |
| c/o Tyler Wolf | *Original Entered Date*: 03/22/2022 | *Entered by:* Admin |
| Goldman Sachs | | *Modified:* |
| 222 South Main Street | | |
| Salt Lake City, UT 84101 | | |

  Amount claimed: $50000.00

*History:*

Details  ⬥  246-1  03/22/2022 Claim #246 filed by Janette Steffer, Amount claimed: $50000.00 (Admin)

*Description:*

*Remarks:*

| Creditor: (18254622) | Claim No: 247 | Status: |
|---|---|---|
| David Hall | *Original Filed Date*: 03/22/2022 | *Filed by:* CR |
| c/o Tyler Wolf | *Original Entered Date*: 03/22/2022 | *Entered by:* Admin |
| Goldman Sachs | | *Modified:* |
| 222 South Main Street | | |
| Salt Lake City, UT 84101 | | |

  Amount claimed: $50000.00

*History:*

Details  ⬥  247-1  03/22/2022 Claim #247 filed by David Hall, Amount claimed: $50000.00 (Admin)

*Description:*

*Remarks:*

| Creditor: (18254620) | Claim No: 248 | Status: |
|---|---|---|
| Claudia Piper | *Original Filed Date*: 03/22/2022 | *Filed by:* CR |
| c/o Tyler Wolf | *Original Entered Date*: 03/22/2022 | *Entered by:* Admin |
| Goldman Sachs | | *Modified:* |
| 222 South Main Street | | |
| Salt Lake City, UT 84101 | | |

  Amount claimed: $50000.00

*History:*

Details  ⬥  248-1  03/22/2022 Claim #248 filed by Claudia Piper, Amount claimed: $50000.00 (Admin)

*Description:*

*Remarks:*

*Creditor:*     (18254657)    <u>History</u>    **Claim No: 249**     *Status:*
Donald Wayne Cook              *Original Filed Date*: 03/22/2022    *Filed by:* CR
6243 Settlers Lake Cir E         *Original Entered Date*: 03/22/2022    *Entered by:* Admin
Katy, TX 77449                                            *Modified:*

   Amount claimed: $135000.00

*History:*

<u>Details</u>   🌐   <u>249-1</u>   03/22/2022 Claim #249 filed by Donald Wayne Cook, Amount claimed: $135000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*     (18254626)     **Claim No: 250**     *Status:*
Marie Powers                 *Original Filed Date*: 03/22/2022    *Filed by:* CR
c/o Tyler Wolf                *Original Entered Date*: 03/22/2022    *Entered by:* Admin
Goldman Sachs                                           *Modified:*
222 South Main Street
Salt Lake City, UT 84101

   Amount claimed: $50000.00

*History:*

<u>Details</u>   🌐   <u>250-1</u>   03/22/2022 Claim #250 filed by Marie Powers, Amount claimed: $50000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*     (18254629)     **Claim No: 251**     *Status:*
Tom Scott                    *Original Filed Date*: 03/22/2022    *Filed by:* CR
c/o Tyler Wolf                *Original Entered Date*: 03/22/2022    *Entered by:* Admin
Goldman Sachs                                           *Modified:*
222 South Main Street
Salt Lake City, UT 84101

   Amount claimed: $50000.00

*History:*

<u>Details</u>   🌐   <u>251-1</u>   03/22/2022 Claim #251 filed by Tom Scott, Amount claimed: $50000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*     (18286727)     **Claim No: 252**     *Status:*
Helene Cook                *Original Filed Date*: 03/22/2022    *Filed by:* CR
6243 Settlers Lake Circle East     *Original Entered Date*: 03/22/2022    *Entered by:* Admin
Katy, TX 77449                                            *Modified:*

   Amount claimed: $135000.00

*History:*

<u>Details</u>   🌐   <u>252-1</u>   03/22/2022 Claim #252 filed by Helene Cook, Amount claimed: $135000.00 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*     (18254624)     **Claim No: 253**     *Status:*
Judith Richardson           *Original Filed Date*: 03/22/2022    *Filed by:* CR
c/o Tyler Wolf                *Original Entered Date*: 03/22/2022    *Entered by:* Admin
Goldman Sachs                                           *Modified:*

222 South Main Street
Salt Lake City, UT 84101

   Amount claimed: $75000.00

*History:*
**Details**    🌐 253-1  03/22/2022 Claim #253 filed by Judith Richardson, Amount claimed: $75000.00 (Admin)
*Description:*
*Remarks:*


*Creditor:*        (18254627)                **Claim No: 254**               *Status:*
Michael Tadra                                *Original Filed Date*: 03/22/2022   *Filed by:* CR
c/o Tyler Wolf                               *Original Entered Date*: 03/22/2022  *Entered by:* Admin
Goldman Sachs                                                                   *Modified:*
222 South Main Street
Salt Lake City, UT 84101

   Amount claimed: $75000.00

*History:*
**Details**    🌐 254-1  03/22/2022 Claim #254 filed by Michael Tadra, Amount claimed: $75000.00 (Admin)
*Description:*
*Remarks:*


*Creditor:*        (18254621)                **Claim No: 255**               *Status:*
David Birdsall                               *Original Filed Date*: 03/22/2022   *Filed by:* CR
c/o Tyler Wolf                               *Original Entered Date*: 03/22/2022  *Entered by:* Admin
Goldman Sachs                                                                   *Modified:*
222 South Main Street
Salt Lake City, UT 84101

   Amount claimed: $75000.00

*History:*
**Details**    🌐 255-1  03/22/2022 Claim #255 filed by David Birdsall, Amount claimed: $75000.00 (Admin)
*Description:*
*Remarks:*


*Creditor:*        (18254911)   History      **Claim No: 256**               *Status:*
Lawson Horner                                *Original Filed Date*: 03/24/2022   *Filed by:* CR
3700 E Williams Field Rd, #1096              *Original Entered Date*: 03/29/2022  *Entered by:* Alma Sosa
Gilbert, AZ 85295                                                               *Modified:*

   Amount claimed: $900000.00

*History:*
**Details**    🌐 256-1  03/24/2022 Claim #256 filed by Lawson Horner, Amount claimed: $900000.00 (Sosa, Alma)
*Description:*
*Remarks:*


*Creditor:*        (18254995)                **Claim No: 257**               *Status:*
Michael Wolf                                 *Original Filed Date*: 03/25/2022   *Filed by:* CR
20205 Smokey Rd                              *Original Entered Date*: 03/29/2022  *Entered by:* Alma Sosa
Frenchtown, MT 59834                                                            *Modified:*

   Amount claimed: $167214.00

*History:*
**Details**    🌐 257-1  03/25/2022 Claim #257 filed by Michael Wolf, Amount claimed: $167214.00 (Sosa, Alma)
*Description:*
*Remarks:*

*Creditor:* (18254649)  [History]  |  **Claim No: 258** |  *Status:*
James O'Neal  |  *Original Filed Date*: 03/28/2022  |  *Filed by:* CR
18940 Columbus Mill Dr.  |  *Original Entered Date*: 03/30/2022  |  *Entered by:* Alma Sosa
New Caney, TX 77357  |  |  *Modified:*

  Amount claimed: $177315.67

*History:*

  [Details]  ⬤  [258-1]  03/28/2022  Claim #258 filed by James O'Neal, Amount claimed: $177315.67 (Sosa, Alma)

*Description:*
*Remarks:*

# Claims Register Summary

**Case Name:** deeproot 575 Fund, LLC
**Case Number:** 21-51517-mmp
**Chapter:** 7
**Date Filed:** 12/09/2021
**Total Number Of Claims:** 258

| | |
|---|---|
| **Total Amount Claimed*** | $94676957.66 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | | |
| **Priority** | $977256.98 | |
| **Administrative** | | |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/04/2022 13:21:58 | | | |
| **PACER Login:** | Lmjurek65 | **Client Code:** | Deep Root |
| **Description:** | Claims Register | **Search Criteria:** | 21-51517-mmp Filed or Entered From: 1/1/1900 Filed or Entered To: 4/4/2022 |
| **Billable Pages:** | 20 | **Cost:** | 2.00 |