# Exhibit 9

deepRoot Growth Runs Deep Fund, LLC Claims Register

# Western District of Texas
# Claims Register

### 21-51516-mmp deeproot Growth Runs Deep Fund, LLC

**Bankruptcy Judge:** Michael M Parker  
**Office:** San Antonio  
**Trustee:** John Patrick Lowe  
**Chapter:** 7  
**Last Date to file claims:** 03/22/2022  
**Last Date to file (Govt):**

| | | | |
|---|---|---|---|
| *Creditor:* (18257955) <br> Clara Dean <br> 375 Private Road 7135 <br> Colmesneil, TX 75938 | **Claim No: 35** <br> *Original Filed Date*: 01/21/2022 <br> *Original Entered Date*: 01/21/2022 <br> *Last Amendment Filed*: 03/22/2022 <br> *Last Amendment Entered*: 03/22/2022 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Admin <br> *Modified:* 03/22/2022 | |

Amount claimed: $148000.00

*History:*

| | | | | |
|---|---|---|---|---|
| Details | ● | 35-1 | 01/21/2022 | Claim #35 filed by Clara Dean, Amount claimed: $100000.00 (Admin) |
| Details | ● | 35-2 | 03/22/2022 | Amended Claim #35 filed by Clara Dean, Amount claimed: $148000.00 (Admin) |

*Description:*  
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (18258111) **History** <br> Lawson Horner <br> 3700 E Williams Field Rd, #1096 <br> Gilbert, AZ 85295 | **Claim No: 68** <br> *Original Filed Date*: 02/11/2022 <br> *Original Entered Date*: 02/11/2022 <br> *Last Amendment Filed*: 03/21/2022 <br> *Last Amendment Entered*: 03/21/2022 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Admin <br> *Modified:* 03/21/2022 | |

Amount claimed: $900000.00

*History:*

| | | | | |
|---|---|---|---|---|
| Details | ● | 68-1 | 02/11/2022 | Claim #68 filed by Lawson Horner, Amount claimed: $900000.00 (Admin) |
| Details | ● | 68-2 | 03/21/2022 | Amended Claim #68 filed by Lawson Horner, Amount claimed: $900000.00 (Admin) |

*Description:*  
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (18286108) <br> Kelly F. Brumbaugh <br> 2765 N Shannon Road <br> Tucson, AZ 85745-1014 | **Claim No: 71** <br> *Original Filed Date*: 02/14/2022 <br> *Original Entered Date*: 02/14/2022 <br> *Last Amendment Filed*: 03/18/2022 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Admin <br> *Modified:* 03/18/2022 | |

*Last Amendment Entered*: 03/18/2022

Amount claimed: $140000.00

*History:*

| Details | 71-1 | 02/14/2022 Claim #71 filed by Kelly F. Brumbaugh, Amount claimed: $143000.00 (Admin) |
| Details | 71-2 | 03/18/2022 Amended Claim #71 filed by Kelly F. Brumbaugh, Amount claimed: $140000.00 (Admin) |

*Description:*
*Remarks:* (71-1) Account Number (last 4 digits):0199
(71-2) Account Number (last 4 digits):0199

*Creditor:* (18257958)
Charles McClain
PO Box 588
Dilley, TX 78017

**Claim No: 117**
*Original Filed Date*: 03/15/2022
*Original Entered Date*: 03/16/2022

*Status:*
*Filed by:* CR
*Entered by:* Christy Carouth
*Modified:*

Amount claimed: $300000.00

*History:*

Details  117-1  03/15/2022  Claim #117 filed by Charles McClain, Amount claimed: $300000.00 (Carouth, Christy)

*Description:*
*Remarks:*

*Creditor:* (18257927)  History
Salvador Lopez
6341 N 82nd Way
Scottsdale, AZ 85250

**Claim No: 118**
*Original Filed Date*: 03/16/2022
*Original Entered Date*: 03/16/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $304642.50

*History:*

Details  118-1  03/16/2022  Claim #118 filed by Salvador Lopez, Amount claimed: $304642.50 (Admin)

*Description:*
*Remarks:*

*Creditor:* (18258029)
Harold Hawken
16103 SE 166th St
Renton, WA 98058

**Claim No: 119**
*Original Filed Date*: 03/16/2022
*Original Entered Date*: 03/16/2022

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $356992.73

*History:*

Details  119-1  03/16/2022  Claim #119 filed by Harold Hawken, Amount claimed: $356992.73 (Admin)

*Description:*
*Remarks:*

*Creditor:* (18258026)
Megan Hawken

**Claim No: 120**
*Original Filed*

*Status:*
*Filed by:* CR

16103 SE 166th St  
Renton, WA 98058

*Date*: 03/16/2022  
*Original Entered Date*: 03/16/2022

*Entered by:* Admin  
*Modified:*

Amount claimed: $94909.81

*History:*

Details  120-1  03/16/2022  Claim #120 filed by Megan Hawken, Amount claimed: $94909.81 (Admin)

*Description:*

*Remarks:*

*Creditor:*  (18258088)  
Yolanda Hoirup  
18807 McGhee Drive E  
Bonney Lake, WA 98391

**Claim No: 121**  
*Original Filed Date*: 03/16/2022  
*Original Entered Date*: 03/16/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $99075.75

*History:*

Details  121-1  03/16/2022  Claim #121 filed by Yolanda Hoirup, Amount claimed: $99075.75 (Admin)

*Description:*

*Remarks:* (121-1) Account Number (last 4 digits):0336

*Creditor:*  (18258191)  
Paula Atkinsons  
601 Cherry Ln  
Grandview, WA 98930

**Claim No: 122**  
*Original Filed Date*: 03/16/2022  
*Original Entered Date*: 03/16/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $167935.94

*History:*

Details  122-1  03/16/2022  Claim #122 filed by Paula Atkinsons, Amount claimed: $167935.94 (Admin)

*Description:*

*Remarks:*

*Creditor:*  (18297379)  
Sonia Green  
2100 Huldy Street #1  
Houston, TX 77019-7701

**Claim No: 123**  
*Original Filed Date*: 03/16/2022  
*Original Entered Date*: 03/16/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $125000.00

*History:*

Details  123-1  03/16/2022  Claim #123 filed by Sonia Green, Amount claimed: $125000.00 (Admin)

*Description:*

*Remarks:*

*Creditor:*  (18257564)  
Carlile Patchen & Murphy LLP

**Claim No: 124**  
*Original Filed Date*: 03/17/2022

*Status:*  
*Filed by:* CR

950 Goodale Blvd Ste 200  
Columbus, OH 43212

*Original Entered Date*: 03/17/2022

*Entered by:* Admin  
*Modified:*

Amount claimed: $37265.00

*History:*

[Details]  [124-1]  03/17/2022  Claim #124 filed by Carlile Patchen & Murphy LLP, Amount claimed: $37265.00 (Admin)

*Description:*

*Remarks:* (124-1) Account Number (last 4 digits):8509

---

*Creditor:*   (18258160)  
Lucille Vanderhagen  
PO Box 46082  
Seattle, WA 98146

**Claim No: 125**  
*Original Filed Date*: 03/18/2022  
*Original Entered Date*: 03/18/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $198097.94

*History:*

[Details]  [125-1]  03/18/2022  Claim #125 filed by Lucille Vanderhagen, Amount claimed: $198097.94 (Admin)

*Description:*

*Remarks:*

---

*Creditor:*   (18257976)  
Alfred Bourguet  
8314 N Bayou Dr  
Tucson, AZ 85741

**Claim No: 126**  
*Original Filed Date*: 03/18/2022  
*Original Entered Date*: 03/18/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $292000.00

*History:*

[Details]  [126-1]  03/18/2022  Claim #126 filed by Alfred Bourguet, Amount claimed: $292000.00 (Admin)

*Description:*

*Remarks:* (126-1) Account Number (last 4 digits):0213

---

*Creditor:*   (18257976)  
Alfred Bourguet  
8314 N Bayou Dr  
Tucson, AZ 85741

**Claim No: 127**  
*Original Filed Date*: 03/18/2022  
*Original Entered Date*: 03/18/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

Amount claimed: $292000.00

*History:*

[Details]  [127-1]  03/18/2022  Claim #127 filed by Alfred Bourguet, Amount claimed: $292000.00 (Admin)

*Description:*

*Remarks:* (127-1) Account Number (last 4 digits):0213

---

*Creditor:*   (18257814)  
RE & CL Orth Family Trust  
1601 W Queen Creek Rd #300  
Chandler, AZ 85248

**Claim No: 128**  
*Original Filed Date*: 03/18/2022  
*Original Entered*

*Status:*  
*Filed by:* CR  
*Entered by:* Admin  
*Modified:*

*Date*: 03/18/2022

Amount claimed: $202500.00

*History:*

Details ● 128-1  03/18/2022  Claim #128 filed by RE & CL Orth Family Trust, Amount claimed: $202500.00 (Admin)

*Description:*

*Remarks:* (128-1) Account Number (last 4 digits):5117

| | | |
|---|---|---|
| *Creditor:*    (18258007)<br>John Perchalski<br>5893 S Henderson Canyon Dr<br>Green Valley, AZ 85622 | **Claim No: 129**<br>*Original Filed Date*: 03/18/2022<br>*Original Entered Date*: 03/18/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $161791.00

*History:*

Details ● 129-1  03/18/2022  Claim #129 filed by John Perchalski, Amount claimed: $161791.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18258165)<br>Pablo Manrique<br>12375 W Cameo Mary Ln<br>Tucson, AZ 85743 | **Claim No: 130**<br>*Original Filed Date*: 03/18/2022<br>*Original Entered Date*: 03/18/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $135000.00

*History:*

Details ● 130-1  03/18/2022  Claim #130 filed by Pablo Manrique, Amount claimed: $135000.00 (Admin)

*Description:*

*Remarks:* (130-1) Account Number (last 4 digits):0418

| | | |
|---|---|---|
| *Creditor:*    (18258107)<br>Michael Wallin<br>12425 43rd Dr SE<br>Everett, WA 98208 | **Claim No: 131**<br>*Original Filed Date*: 03/19/2022<br>*Original Entered Date*: 03/19/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $100000.00

*History:*

Details ● 131-1  03/19/2022  Claim #131 filed by Michael Wallin, Amount claimed: $100000.00 (Admin)

*Description:*

*Remarks:* (131-1) Account Number (last 4 digits):0335

| | | |
|---|---|---|
| *Creditor:*    (18257926)<br>Pamela Hopman<br>4901 N Sabino Valley Pl<br>Tucson, AZ 85750 | **Claim No: 132**<br>*Original Filed Date*: 03/20/2022<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

*Date*: 03/20/2022

Amount claimed: $108724.00

*History*:

Details  132-1  03/20/2022  Claim #132 filed by Pamela Hopman, Amount claimed: $108724.00 (Admin)

*Description*:
*Remarks*:

| | | |
|---|---|---|
| *Creditor:*  (18257940)<br>Ross Rohde<br>4529 N Heatherwood Pl<br>Tucson, AZ 85718 | **Claim No: 133**<br>*Original Filed Date*: 03/20/2022<br>*Original Entered Date*: 03/20/2022<br>*Last Amendment Filed*: 03/21/2022<br>*Last Amendment Entered*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* 03/21/2022 |

Amount claimed: $82807.21

*History*:

Details  133-1  03/20/2022  Claim #133 filed by Ross Rohde, Amount claimed: $82807.21 (Admin)
Details  133-2  03/21/2022  Amended Claim #133 filed by Ross Rohde, Amount claimed: $82807.21 (Admin)

*Description*:
*Remarks*:

| | | |
|---|---|---|
| *Creditor:*  (18258100)<br>Mark Benko<br>2966 W Royal Copeland Dr<br>Tucson, AZ 85745 | **Claim No: 134**<br>*Original Filed Date*: 03/20/2022<br>*Original Entered Date*: 03/20/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $582500.00

*History*:

Details  134-1  03/20/2022  Claim #134 filed by Mark Benko, Amount claimed: $582500.00 (Admin)

*Description*:
*Remarks*:

| | | |
|---|---|---|
| *Creditor:*  (18257877)<br>Nazlin Hemani<br>12514 Eagles Entry Dr.<br>Odessa, FL 33556 | **Claim No: 135**<br>*Original Filed Date*: 03/20/2022<br>*Original Entered Date*: 03/20/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $165000.00

*History*:

Details  135-1  03/20/2022  Claim #135 filed by Nazlin Hemani, Amount claimed: $165000.00 (Admin)

*Description*:
*Remarks*:

| | | |
|---|---|---|
| *Creditor:* (18258078)<br>Jean Williams<br>7164 N Finger Rock Place<br>Tucson, AZ 85718 | **Claim No: 136**<br>*Original Filed Date*: 03/20/2022<br>*Original Entered Date*: 03/20/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $294755.00

*History:*

Details   136-1   03/20/2022   Claim #136 filed by Jean Williams, Amount claimed: $294755.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18298485)<br>David and Paula Burke<br>2914 E LAKE FALLS CIR<br>Spring, TX 77386-7738 | **Claim No: 137**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $25875.00

*History:*

Details   137-1   03/21/2022   Claim #137 filed by David and Paula Burke, Amount claimed: $25875.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18298486)<br>Wells Trust, JoAnn Wells, Trustee<br>2495 Sawdust Road, Apt. 2415<br>4309 Yoakum Blvd.<br>The Woodlands, TX 77340-7700 | **Claim No: 138**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $348130.00

*History:*

Details   138-1   03/21/2022   Claim #138 filed by Wells Trust, JoAnn Wells, Trustee, Amount claimed: $348130.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18258067)<br>Raymond and Joanne Borner<br>12212 74th Ave<br>Palos Heights, IL 60463 | **Claim No: 139**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Alma Sosa<br>*Modified:* |

Amount claimed: $778481.85

*History:*

Details   139-1   03/21/2022   Claim #139 filed by Raymond and Joanne Borner, Amount claimed: $778481.85 (Sosa, Alma)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18298549)<br>Sandra S. Thompson<br>DeConcini McDonald Yetwin & Lacy, P.C.<br>2525 E. Broadway Blvd., Suite 200<br>Tucson, AZ 85716-8571 | **Claim No: 140**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

    Amount claimed: $266031.50

*History:*

  Details    140-1   03/21/2022   Claim #140 filed by Sandra S. Thompson, Amount claimed: $266031.50 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18257924)<br>Pauline Rubin<br>11123 Renwick Dr.<br>Houston, TX 77096 | **Claim No: 141**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

    Amount claimed: $365000.00

*History:*

  Details    141-1   03/21/2022   Claim #141 filed by Pauline Rubin, Amount claimed: $365000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18258044)<br>Mary McGarey<br>7255 E Camino Bacelar<br>Tucson, AZ 85715 | **Claim No: 142**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

    Amount claimed: $69000.00

*History:*

  Details    142-1   03/21/2022   Claim #142 filed by Mary McGarey, Amount claimed: $69000.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18298594)<br>Brenda E. Jennings<br>P.O. Box 14693<br>Houston, TX 77221-4693 | **Claim No: 143**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

    Amount claimed: $34500.00

*History:*

  Details    143-1   03/21/2022   Claim #143 filed by Brenda E. Jennings, Amount claimed: $34500.00 (Admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18258010) | **Claim No: 144** | *Status:* |

| | | |
|---|---|---|
| Roberta Erdmann<br>18319 Glenn Haven Estates Dr.<br>Spring, TX 77379 | *Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $418945.92

*History:*

Details  144-1  03/21/2022  Claim #144 filed by Roberta Erdmann, Amount claimed: $418945.92 (Admin)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (18258010)<br>Roberta Erdmann<br>18319 Glenn Haven Estates Dr.<br>Spring, TX 77379 | **Claim No: 145**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $100416.67

*History:*

Details  145-1  03/21/2022  Claim #145 filed by Roberta Erdmann, Amount claimed: $100416.67 (Admin)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (18257974)<br>Karen Ready<br>1927 Topside Ct<br>Crosby, TX 77532 | **Claim No: 146**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $316648.84

*History:*

Details  146-1  03/21/2022  Claim #146 filed by Karen Ready, Amount claimed: $316648.84 (Admin)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (18257933)<br>Jacquelin Farrar<br>510 Call Ct.<br>New Baden, IL 62265 | **Claim No: 147**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $39830.95

*History:*

Details  147-1  03/21/2022  Claim #147 filed by Jacquelin Farrar, Amount claimed: $39830.95 (Admin)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (18257931)<br>Mary Summy | **Claim No: 148**<br>*Original Filed* | *Status:*<br>*Filed by:* CR |

| | | | |
|---|---|---|---|
| 439 Terrace Trl<br>Goodrich, TX 77335 | *Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Entered by:* Admin<br>*Modified:* | |

   Amount claimed: $393798.29

*History:*

Details    148-1   03/21/2022   Claim #148 filed by Mary Summy, Amount claimed: $393798.29 (Admin)

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (18258129)<br>Victor Arnold<br>2525 E Drachman St<br>Tucson, AZ 85716 | **Claim No: 149**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* | |

   Amount claimed: $139173.63

*History:*

Details    149-1   03/21/2022   Claim #149 filed by Victor Arnold, Amount claimed: $139173.63 (Admin)

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (18257856)<br>Cathy Rice<br>2614 Avenue J<br>Santa Fe, TX 77510 | **Claim No: 150**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/22/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Alma Sosa<br>*Modified:* | |

   Amount claimed: $50000.00

*History:*

Details    150-1   03/21/2022   Claim #150 filed by Cathy Rice, Amount claimed: $50000.00 (Sosa, Alma)

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (18257975)<br>Selso Socias<br>7513 Avenue C<br>Santa Fe, TX 77510 | **Claim No: 151**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/22/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Alma Sosa<br>*Modified:* | |

   Amount claimed: $50000.00

*History:*

Details    151-1   03/21/2022   Claim #151 filed by Selso Socias, Amount claimed: $50000.00 (Sosa, Alma)

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (18257975)<br>Selso Socias | **Claim No: 152**<br>*Original Filed Date*: 03/21/2022 | *Status:*<br>*Filed by:* CR | |

7513 Avenue C  
Santa Fe, TX 77510  

*Original Entered Date*: 03/22/2022  

*Entered by:* Alma Sosa  
*Modified:*  

  Amount claimed: $200500.00  

*History:*  

Details    152-1    03/21/2022    Claim #152 filed by Selso Socias, Amount claimed: $200500.00 (Sosa, Alma)  

*Description:*  
*Remarks:*  

| | | | |
|---|---|---|---|
| *Creditor:*    (18257928)<br>Brandt Socias<br>7519 Ave C<br>Santa Fe, TX 77510 | **Claim No: 153**<br>*Original Filed Date*: 03/21/2022<br>*Original Entered Date*: 03/22/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Alma Sosa<br>*Modified:* | |

  Amount claimed: $40000.00  

*History:*  

Details    153-1    03/21/2022    Claim #153 filed by Brandt Socias, Amount claimed: $40000.00 (Sosa, Alma)  

*Description:*  
*Remarks:*  

| | | | |
|---|---|---|---|
| *Creditor:*    (18257947)<br>Nancy Cimoch<br>11423 S Lawndale Ave<br>Chicago, IL 60655 | **Claim No: 154**<br>*Original Filed Date*: 03/22/2022<br>*Original Entered Date*: 03/22/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* | |

  Amount claimed: $175000.00  

*History:*  

Details    154-1    03/22/2022    Claim #154 filed by Nancy Cimoch, Amount claimed: $175000.00 (Admin)  

*Description:*  
*Remarks:*  

| | | | |
|---|---|---|---|
| *Creditor:*    (18257857)    History<br>Donald Wayne Cook<br>6243 Settlers Lake Cir E<br>Katy, TX 77449 | **Claim No: 155**<br>*Original Filed Date*: 03/22/2022<br>*Original Entered Date*: 03/22/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* | |

  Amount claimed: $365000.00  

*History:*  

Details    155-1    03/22/2022    Claim #155 filed by Donald Wayne Cook, Amount claimed: $365000.00 (Admin)  

*Description:*  
*Remarks:*  

| | | | |
|---|---|---|---|
| *Creditor:*    (18286728)<br>Helene Cook<br>6243 Settlers Lake Circle East<br>Katy, TX 77449 | **Claim No: 156**<br>*Original Filed Date*: 03/22/2022<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* | |

Date: 03/22/2022

Amount claimed: $143000.00

History:

Details   156-1   03/22/2022   Claim #156 filed by Helene Cook, Amount claimed: $143000.00 (Admin)

Description:
Remarks:

| | | | |
|---|---|---|---|
| *Creditor:*   (18258111)   History<br>Lawson Horner<br>3700 E Williams Field Rd, #1096<br>Gilbert, AZ 85295 | **Claim No: 157**<br>*Original Filed*<br>*Date*: 03/24/2022<br>*Original Entered*<br>*Date*: 03/28/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Alma Sosa<br>*Modified:* | |

Amount claimed: $900000.00

History:

Details   157-1   03/24/2022   Claim #157 filed by Lawson Horner, Amount claimed: $900000.00 (Sosa, Alma)

Description:
Remarks:

## Claims Register Summary

**Case Name:** deeproot Growth Runs Deep Fund, LLC
**Case Number:** 21-51516-mmp
**Chapter:** 7
**Date Filed:** 12/09/2021
**Total Number Of Claims:** 44

| | |
|---|---|
| Total Amount Claimed* | $10508329.53 |
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | | |
| Priority | | |
| Administrative | | |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 04/04/2022 13:31:14 |||
| **PACER Login:** | Lmjurek65 | **Client Code:** Deep Root |
| **Description:** | Claims Register | **Search Criteria:** 21-51516-mmp Filed or Entered From: 3/15/2022 Filed or Entered To: 4/4/2022 |

| Billable Pages: | 4 | Cost: | 0.40 |
|---|---|---|---|