# Exhibit 10

Policy Services, Inc. Schedules

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 7** |
| **DEEPROOT CAPITAL** | § | |
| **MANAGEMENT, LLC, ET AL.,**[1] | § | **Case No. 21-51523-MMP** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Debtors deeproot Capital Management, LLC, *et al.* (the "Debtors"), as debtors in jointly administered above-captioned chapter 7 cases, with the assistance of their attorneys, are filing Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtors Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of the Debtors.

The information contained in the Schedules and Statements was prepared based on the best information available and to the Debtors' knowledge and belief. The Debtors and their agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents and attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents and attorneys are advised of the possibility of such damages.

Manager Robert J. Mueller has signed each of the Schedules and Statements. Mr. Mueller is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Mueller has relied upon unaudited, unreconciled financials and has had limited access to data and documents. Mr. Mueller has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

**1. Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Statement and Schedules from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") descriptions or designations; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Statement and Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by any of the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

**2. Description of the Case and "As Of" Information Date.** On December 9, 2021 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 7 of the Bankruptcy Code. On December 20, 2021, an Order Granting Motion for Joint Administration [Dkt. No. 20]

was entered directing joint administration of the Debtors' chapter 7 cases. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

Unless otherwise indicated, the asset information provided herein represents the asset data as of the close of business on December 31, 2020. Unless otherwise indicated, the liability information represents the liability data of the Debtors as of the close of business on December 31, 2020. The asset and liability data is unaudited, but the Debtors believe such data is the most accurate data available to the Debtors as of the Petition Date.

**3. Estimated Value of Assets.** Unless otherwise indicated, the asset data contained in the Schedules and Statements reflect book value as of July 8, 2021. Book values of assets prepared in accordance with GAAP generally do not reflect the current market value of the assets and may differ materially from the actual value of the underlying assets. Some asset values stated in the Schedules and Statements are estimates based on the best available information available to the Debtors. Unless otherwise noted, the asset values stated in the Schedules and Statements are not based on professional appraisals or any specific valuation methodology.

**4. Recharacterization.** Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtors' financial statements and other factors. Accordingly, the Debtors reserve all their rights to re-characterize, reclassify, recategorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available. Disclosure of information in one or more Schedules, one or more Statements question, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

**5. Liabilities.** The Debtors has sought to allocate liabilities between themselves based on information currently available to the Debtors. As additional information becomes available, the allocation of liabilities between the Debtors may change. Accordingly, the Debtors reserve all their rights to amend, supplement, or otherwise modify their Statements and Schedules as is necessary or appropriate.

**6. Excluded Assets and Liabilities.** The Debtors may have inadvertently excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, other claims against vendors who could be holding pinball machine parts that belong to the Debtors, net operating loss tax characteristics ("NOLs"), accrued salaries, employee benefit accruals, and accrued accounts payable. In addition, certain immaterial assets and liabilities may have been excluded.

**7. Insiders.** For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors;

and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**8. Intellectual Property Rights.** Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**9. Classifications**. Listing (a) a Claim on Schedule E/F as "priority," or (b) a Claim on Schedule E/F as "unsecured" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

**10. Claims Description.** Schedule E/F permits the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtors that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

**11. Causes of Action.** Despite making commercially reasonable efforts to identify all known assets, the Debtors may not have listed all its causes of action or potential causes of action against third parties as assets in the Statements and Schedules, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**12. Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

- Undetermined Amounts. The description of an amount as "unknown," "unknown, investigating," "cannot allocate," "cannot value," "N/A," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.
- Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total maybe different than the listed total.
- Liens. Property and equipment listed in the Schedules and Statements are presented with any liens that may attach (or have attached) to such property and equipment, to the best of the Debtors' knowledge, except that liens attaching to substantially all of the Debtors' assets are not noted as to each and every asset listed.

**13. Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**14. Intercompany Payables and Receivables.** Intercompany receivables/payables are set forth on Schedules A/B and E/F, respectively. The listing by the Debtors of any account between a Debtor and any of its Debtor or non-debtor affiliates is a statement of what appears in each respective Debtor's books and records as of December 31, 2020 and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**15. Employee Addresses.** Employees and director addresses listed in the Schedules and Statements are the last known addresses provided to the Debtors.

**16. Debtor's Address.** For the purposes of the Schedules and Statements, the Debtors' address has been reported as the Debtor's P.O. box in San Antonio, Texas.

**17. Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**<u>Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities.</u>** The Schedules neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect each of the Debtor's reasonable best efforts to report its assets and liabilities. Moreover, given, among other things, questions about the characterization of certain assets and the valuation and nature of certain liabilities, the Schedules and Statements are not an admission that the Debtors were solvent or insolvent as of the Petition Date or at any time before the Petition Date.

**1. Schedule A/B, Part 5 – Inventory, excluding agriculture assets**
The Debtors have limited access to certain records regarding the pinball machine and pinball parts inventories.

**2. Schedule A/B, Part 7 – Office furniture, fixtures, and equipment; and collectibles**
Current value is based on management's best estimate as of the Petition Date. The value provided on Schedules is the estimated total value of the assets. Values given were not split between Debtors that jointly own the assets.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Policy Services, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51513 |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 **Wells Fargo Bank, N.A.** | **Checking account** | **3081** | **$1.17** |
| 3.2 **Wells Fargo Bank, N.A.** | **Checking account** | **8461** | **$170.87** |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 **Check from U.S. Treasury** | | | **$4,794.74** |
| 5. **Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$4,966.78** |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1 **Silicon Office Venture, LLC** | **$106,357.26** |

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.

   $106,357.26

---

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts Receivable**

    11a. 90 days old or less: _____ - _____ = ...... → _____
         face amount        doubtful or uncollectible accounts

    11b. Over 90 days old: **$0.00** - **$0.00** = ...... → **$0.00**
         face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $0.00

---

### Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                          % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

---

**None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.        $0.00

---

### Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

    None

20. **Work in progress**

    None

21. **Finished goods, including goods held for resale**

    None

22. **Other inventory or supplies**

    None

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.        $0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

---

| Debtor | **Policy Services, Inc.** | | | Case number *(if known)* | 21-51513 |
|---|---|---|---|---|---|
| | Name | | | | |

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

    **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

    **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

    **None**

**33.** **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                    **$0.00**

**34.** **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 **cubicle center** | **$115,000.00** | | **(Unknown)** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$0.00** |
| **40.** **Office fixtures** | | | |
| 40.1 **Lockers** | **$2,000.00** | | **(Unknown)** |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Work Benches** | **$3,440.00** | | **(Unknown)** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$0.00** |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.** **Total of Part 7** | | | |
| Add lines 39 through 42. Copy the total to line 86. | | | **$0.00** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

**49.** **Aircraft and accessories**

    **None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

**51.** **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.           **$0.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:**   Real Property

---

**54.** **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

**56.** **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.      **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

---

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

    **None**

**61.** **Internet domain names and websites**

    **None**

**62.** **Licenses, franchises, and royalties**

    **None**

**63.** **Customer lists, mailing lists, or other compilations**

    **None**

**64.** **Other intangibles, or intellectual property**

    **None**

**65.** **Goodwill**

    **None**

**66.** **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.         **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 11: All other assets

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

| 73.1 **Protective Life policy for Anderson (face value)** | **$2,000,000.00** |
|---|---|

Additional Page Total - *See continuation page for additional entries*  **$8,042,520.00**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 **Claims against American General Life Insurance for Dean policy** | **(Unknown)** |
|---|---|
| Nature of Claim   Disputed life insurance policy | |
| Amount Requested   **(Unknown)** | |

Additional Page Total - *See continuation page for additional entries*  **$0.00**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.  **$10,042,520.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | Policy Services, Inc. | Case number *(if known)* | 21-51513 |
|---|---|---|---|
| | Name | | |

---

**Part 12:** Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $4,966.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $106,357.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* | → | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,042,520.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $10,153,844.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........... | | $10,153,844.04 |

| Debtor | Policy Services, Inc. | Case number *(if known)* | 21-51513 |
|---|---|---|---|
| | Name | | |

## Additional Page

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture - *Continued*** | | | |
| 39.2 **desks, chairs, cabinet sets** | $91,049.00 | | (Unknown) |
| 39.3 **warehouse racks** | $20,800.00 | | (Unknown) |
| 39.4 **work tables** | $6,725.00 | | (Unknown) |
| 39.5 **Carts** | $3,250.00 | | (Unknown) |
| 39.6 **Breakroom Tables** | $7,100.00 | | (Unknown) |
| 39.7 **Conference Room Tables** | $5,200.00 | | (Unknown) |
| **41. Office equipment - *Continued*** | | | |
| 41.2 **Security System** | $126,800.00 | | (Unknown) |
| 41.3 **Network/Servers** | $290,000.00 | | (Unknown) |
| 41.4 **VoIP Phones** | $4,000.00 | | (Unknown) |
| 41.5 **Gym Equipment** | $80,000.00 | | (Unknown) |
| 41.6 **Video Projectors** | $5,500.00 | | (Unknown) |
| 41.7 **Flat Screen TVs** | $2,400.00 | | (Unknown) |
| 41.8 **Soft Water/R-O System** | $10,000.00 | | (Unknown) |
| 41.9 **P/A System** | $1,500.00 | | (Unknown) |
| 41.10 **Water Filtration/Dispensing Units** | $1,500.00 | | (Unknown) |
| 41.11 **Pinball Machines** | $78,000.00 | | (Unknown) |
| 41.12 **Tools** | $56,500.00 | | (Unknown) |
| 41.13 **desktop computers** | $50,000.00 | | (Unknown) |
| 41.14 **laptops** | $27,000.00 | | (Unknown) |
| 41.15 **3D printers** | (Unknown) | | (Unknown) |
| 41.16 **printers** | $2,000.00 | | (Unknown) |
| 41.17 **monitors and periphials** | $17,500.00 | | (Unknown) |

| | Current value of debtor's interest |
|---|---|
| **73. Interests in insurance policies or annuities - *Continued*** | |
| 73.2 **SunLife Financial policy for Sullivan (face value)** | $300,000.00 |
| 73.3 **Metlife Investors life policy for Jackson (face value)** | $2,500,000.00 |
| 73.4 **SunLife Financial life policy for Sullivan (face value)** | $300,000.00 |
| 73.5 **Midland National Life policy for Grier (face value)** | $242,520.00 |
| 73.6 **ING Reliastar Life policy for Perry (face value)** | $1,000,000.00 |

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

<div style="background:black;"> </div>  **Additional Page**

| | | |
|---|---|---:|
| 73.7 | **John Hancock Life policy for Feen (face value)** | **$500,000.00** |
| 73.8 | **John Hancock Life policy for Feen (face value)** | **$500,000.00** |
| 73.9 | **Occidential Life policy for Margeson (face value)** | **$100,000.00** |
| 73.10 | **Transamerica Life policy for Doyle (face value)** | **$500,000.00** |
| 73.11 | **Protective Life policy for Ridley (face value)** | **$500,000.00** |
| 73.12 | **Brighthouse Life policy for Kauffman (face value)** | **$500,000.00** |
| 73.13 | **Protective Life policy for Latchaw (face value)** | **$1,100,000.00** |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed) - *Continued***

74.2 **Claims against Transamerica Life for Siegal policy**                                        (Unknown)
Nature of Claim    Disputed life insurance policy
Amount Requested    (Unknown)

74.3 **Claims against AXA Equitable Life for Fernandez policy**                                        (Unknown)
Nature of Claim    Disputed life insurance policy
Amount Requested    (Unknown)

74.4 **Claims against Mass Mutual for Smith policy**                                        (Unknown)
Nature of Claim    Disputed life insurance policy
Amount Requested    (Unknown)

74.5 **Claims against Principal for Androli policy**                                        (Unknown)
Nature of Claim    Disputed life insurance policy
Amount Requested    (Unknown)

74.6 **Possible claims against Carlile Patchen & Murphy LLP**                                        (Unknown)
Nature of Claim    legal malpractice
Amount Requested    (Unknown)

74.7 **Possible claims against Williams Crow Mask, LLP**                                        (Unknown)
Nature of Claim    accounting malpractice
Amount Requested    (Unknown)

| Debtor | **Policy Services, Inc.** | | Case number *(if known)* | **21-51513** |
|--------|----------------|--|-------------------------|-------------|
| | Name | | | |

 **Additional Page**

74.8  **Claims against U.S. Life City NY for Citron policy** _____     _____ **(Unknown)**

**Nature of Claim** _____

**Amount Requested**    **(Unknown)** _____

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Policy Services, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51513 |

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| C T Corporation System, as representative | **Describe the lien** |
| | UCC Financing Statement |

Column A: unknown  Column B: unknown

**Creditor's mailing address**

Attn: SPRS

330 N Brad Blvd. 700

Glendale, CA 91203

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**   12/24/2019

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Remarks:** Filing No. 19-0048167096

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$100,800.00

| Debtor | Policy Services, Inc. | Case number *(if known)* | 21-51513 |
|--------|-----------------------|--------------------------|----------|
|        | Name                  |                          |          |

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $100,800.00 | unknown |
|---|---|---|---|

**Creditor's name**
U.S. Small Business Administration

**Describe the lien**
UCC Financing Statement

**Creditor's mailing address**
10737 Gateway West 300

El Paso, TX 79935

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**   06/08/2020

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Remarks:** Filing No. 20-0023672264

| Debtor | Policy Services, Inc. | Case number *(if known)* | 21-51513 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ | Line _____ | ____ ____ ____ ____ |

Fill in this information to identify the case:

Debtor name        Policy Services, Inc.

United States Bankruptcy Court for the:

     Western District of Texas

Case number (if known):    21-51513

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Bexar County Tax Assessor Collector**<br><br>**c/o Linebarger Goggan Blair & Sampson, LLP**<br>**112 E. Pecan Street, Suite 2200**<br>**San Antonio, TX 78205**<br><br>**233 N Pecos La Trinidad**<br><br>**San Antonio, TX 78283-3950**<br><br>Date or dates debt was incurred<br><br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | | $3,732.68 | $3,732.68 |
| **2.2** | Priority creditor's name and mailing address<br>**Eric Dandridge**<br><br>**1000 Diamond Road**<br><br>**Boerne, TX 78006**<br><br>Date or dates debt was incurred<br><br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>**wages**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | | $6,000.00 | $6,000.00 |

| Debtor | Policy Services, Inc. | Case number (if known) | 21-51513 |
|--------|----------------------|------------------------|----------|
| | Name | | |

## Part 1: Additional Page

### 2.3

**Priority creditor's name and mailing address**

Internal Revenue Service

Centralized Insolvency Operation

Post Office Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| unknown | unknown |
|---------|---------|

### 2.4

**Priority creditor's name and mailing address**

Lauren Adams

12019 Treewell Glen

San Antonio, TX 78249

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| $369.23 | $369.23 |
|---------|---------|

### 2.5

**Priority creditor's name and mailing address**

Robert J. Mueller

P.O. Box 690562

San Antonio, TX 78269

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| unknown | unknown |
|---------|---------|

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.6** | **Priority creditor's name and mailing address**

**Texas Comptroller**

**111 East 17th Street**

**Austin, TX 78774**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_        _unknown_

---

**2.7** | **Priority creditor's name and mailing address**

**Texas Workforce Commission**

**101 E 15th St**

**Austin, TX 78778**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_        _unknown_

| Debtor | Policy Services, Inc. | Case number (if known) | 21-51513 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
AIG
2727-A Allen Pkwy
Houston, TX

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: insurance policies

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.2** Nonpriority creditor's name and mailing address
Amazon.com, Inc
410 Terry Ave. N
Seattle, WA 98109

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: services

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.3** Nonpriority creditor's name and mailing address
Ascentium Capital
c/o BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1301 McKinney Street 3700
Houston, TX 77010

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: finance agreement

Is the claim subject to offset?
☑ No
☐ Yes

$53,942.20

**3.4** Nonpriority creditor's name and mailing address
BambooHR LLC
335 South 560 West
Lindon, UT 84042

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: services

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.5** Nonpriority creditor's name and mailing address
Berwyn Group
2 Summit Park Dr. 610
Independence, OH 44131

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: services

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

| Debtor | Policy Services, Inc. | Case number *(if known)* | 21-51513 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.6** **Nonpriority creditor's name and mailing address**

Brighthouse Life Insurance

11225 N Community House Rd

Charlotte, NC 28277

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **policies**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.7** **Nonpriority creditor's name and mailing address**

Carlile Patchen & Murphy LLP

950 Goodale Blvd 200

Columbus, OH 43212

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **legal services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,265.00

---

**3.8** **Nonpriority creditor's name and mailing address**

Celtic Bank

268 State St. 300

Salt Lake City, UT 84111

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **note**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.9** **Nonpriority creditor's name and mailing address**

Charlotte Acker

2313 Brittany Grace

New Braunfels, TX 78130

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **professional services**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.10** **Nonpriority creditor's name and mailing address**

deeproot 3 Year Bonus Income Fund, LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **intercompany receivable**

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

**3.11** Nonpriority creditor's name and mailing address
deeproot 3 Year Bonus Reset Debenture Fund LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  intercompany receivable

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.12** Nonpriority creditor's name and mailing address
deeproot 575 Fund LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  intercompany receivable

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.13** Nonpriority creditor's name and mailing address
deeproot BonusGrowth 5 Year Debenture Fund LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  intercompany receivable

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.14** Nonpriority creditor's name and mailing address
deeproot BonusGrowth 5 Year Debenture Fund LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  interests in policies held by Debtor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
deeproot Funds LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  intercompany receivable

Is the claim subject to offset?
☐ No
☑ Yes

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.16** Nonpriority creditor's name and mailing address
**deeproot Growth Runs Deep Fund LLC**

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** intercompany receivable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.17** Nonpriority creditor's name and mailing address
**deeproot Growth Runs Deep Fund LLC**

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
                                                interests in policies held by
**Basis for the claim:** Debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
**deeproot Pinball LLC**

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** intercompany receivable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.19** Nonpriority creditor's name and mailing address
**deeproot STFR Debenture Fund LLC**

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** intercompany receivable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.20** Nonpriority creditor's name and mailing address
**Dropbox**

1800 Owens Street 200

San Francisco, CA 94158

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Policy Services, Inc. | Case number (if known) | 21-51513 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

| | | | |
|---|---|---|---|
| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
| | **Equitable** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **8501 IBM Dr 150** | Basis for the claim: **policies** | |
| | **Charlotte, NC 28262** | Is the claim subject to offset? | |
| | | ☑ No | |
| | Date or dates debt was incurred _____ | ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| | | | |
|---|---|---|---|
| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
| | **Fedex** | ☐ Contingent | |
| | **942 S Shady Grove Rd** | ☐ Unliquidated | |
| | **Memphis, TN 38120** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | | Is the claim subject to offset? | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,980.40 |
| | **Gunn Lee Cave, PC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **8023 Vantage Drive 1500** | Basis for the claim: **legal services** | |
| | **San Antonio, TX 78230** | Is the claim subject to offset? | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
| | **ING VOYA** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **2000 21st Ave NW** | Basis for the claim: **policies** | |
| | **Minot, ND 58703** | Is the claim subject to offset? | |
| | | ☑ No | |
| | Date or dates debt was incurred _____ | ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| | | | |
|---|---|---|---|
| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
| | **John Hancock Life** | ☐ Contingent | |
| | **1 John Hancock Way 1350** | ☐ Unliquidated | |
| | **Boston, MA 02217** | ☐ Disputed | |
| | | Basis for the claim: **policies** | |
| | | Is the claim subject to offset? | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Life Status 360**

200 South Virginia Street 710

Reno, NV 89501

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Maillie, Inc.**

500 North Lewis Road

Royersford, PA 19468

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  professional services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Mass Mutual**

1295 State St

Springfield, MA 01111

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  policies

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Metlife Investors Financial**

PO Box 305073

Nashville, TN 37230

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  policies

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Microsoft Office 365**

One Microsoft Way

Redmond, WA 98052

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.31** Nonpriority creditor's name and mailing address

**Midland National Life**

**One Sammons Plaza**

**Sioux Falls, SD 57193**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **policies**

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.32** Nonpriority creditor's name and mailing address

**NortonLifeLock Inc.**

**60 E Rio Salado Pkwy 1000**

**Tempe, AZ 85281**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.33** Nonpriority creditor's name and mailing address

**Numerous Investors**

**See exhibit labeled "Part 2, No. 3" for full list**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **investment in life insurance policies**

Is the claim subject to offset?
☒ No
☐ Yes

$4,323,902.49

---

**3.34** Nonpriority creditor's name and mailing address

**Occidental Life**

**425 Austin Ave**

**Waco, TX 76701**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **policies**

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.35** Nonpriority creditor's name and mailing address

**Onpay.com**

**1230 Peachtree St NE 1250**

**Atlanta, GA 30309**

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **payroll services**

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.36** | **Nonpriority creditor's name and mailing address**

Paychex

911 Panorama Trail South

Rochester, NY 14625

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**

Paypal

2211 N 1st St

San Jose, CA 95131

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

Pitney Bowes

3001 Summer St

Stamford, CT 06905

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

Preferred Trust Company LLC

2140 Pebble Rd 140

Las Vegas, NV 89123

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: professional services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

Principal

Des Moines, IA -0431

711 High St

Des Moines, IA 50306

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: policies

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Protective Life**

PO Box 12687
Birmingham, AL 35202

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **policies**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**RingCentral**

20 Davis Dr
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,025.00 |
|---|---|---|---|

**Robert J. Mueller**

P.O. Box 690562
San Antonio, TX 78269

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business reimbursements**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Robert J. Mueller**

P.O. Box 690562
San Antonio, TX 78269

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **pre-petition bankruptcy counsel fees**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Slack**

500 Howard St
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.46** | Nonpriority creditor's name and mailing address

**Spectrum Business**



400 Atlantic St.

Stamford, CT 06901

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.47** | Nonpriority creditor's name and mailing address

**Sunlife Financial**



One Sun Life Executive Park,

Wellesley Hills, MA 02481

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **policies**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.48** | Nonpriority creditor's name and mailing address

**The Hartford**



One Hartford Plaza

Hartford, CT 06155

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **insurance**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.49** | Nonpriority creditor's name and mailing address

**Transamerica Life**



4333 Edgewood Rd NE

Cedar Rapids, IA 52499

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **policies**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.50** | Nonpriority creditor's name and mailing address

**Trapp Technology**

2600 N Central Ave

Phoenix, AZ 85004

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | 21-51513 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.51** Nonpriority creditor's name and mailing address

Turner Logic, LLC

215 W Bandera Rd 114-814

Boerne, TX 78006

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  services

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.52** Nonpriority creditor's name and mailing address

U.S. Small Business Administration

10737 Gateway West 300

El Paso, TX 79935

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  disaster relief loan

Is the claim subject to offset?
- [x] No
- [ ] Yes

$100,700.00

---

**3.53** Nonpriority creditor's name and mailing address

U.S. Small Business Administration

14925 Kingsport Rd

Fort Worth, TX 76155

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  PPP loan

Is the claim subject to offset?
- [ ] No
- [x] Yes

$112,948.00

---

**3.54** Nonpriority creditor's name and mailing address

United States Life Insurance Company in the City of New York

c/o AIG

PO Box 650400

Dallas, TX 75265

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  policies

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.55** Nonpriority creditor's name and mailing address

USPS

475 L'Enfant Plaza SW

Washington, DC 20260

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

| Debtor | **Policy Services, Inc.** | Case number *(if known)* | **21-51513** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32.01 |
|---|---|---|---|

    Wells Fargo

    *Check all that apply.*
    ☐ Contingent

    420 Montgomery Street
    ☐ Unliquidated

    San Francisco, CA 94104
    ☐ Disputed

    **Basis for the claim:** overdrawn account

    Date or dates debt was incurred
    **Is the claim subject to offset?**
    ☐ No

    Last 4 digits of account number   3   0   8   1
    ☑ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,645.81 |
|---|---|---|---|

    Wells Fargo

    *Check all that apply.*
    ☐ Contingent

    P.O. Box 51174
    ☐ Unliquidated

    Los Angeles, CA 90051
    ☐ Disputed

    **Basis for the claim:** line of credit

    Date or dates debt was incurred
    **Is the claim subject to offset?**
    ☑ No

    Last 4 digits of account number   3   7   8   7
    ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
|---|---|---|---|

    Williams Crow Mask, LLP

    *Check all that apply.*
    ☐ Contingent

    ☐ Unliquidated

    1100 NE Interstate 410 Loop 350
    ☑ Disputed

    San Antonio, TX 78209
    **Basis for the claim:** professional services

    **Is the claim subject to offset?**
    ☑ No

    Date or dates debt was incurred
    ☐ Yes

    Last 4 digits of account number   __ __ __ __

---

| Debtor | **Policy Services, Inc.** | | Case number *(if known)* | **21-51513** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2">**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $10,101.91 |
| 5b. | **Total claims from Part 2** | 5b. + | $4,754,240.91 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $4,764,342.82 |

| | |
|---|---|
| Elizabeth Allen | 407 Victory Ln, Mansfield, TX 76063-3489 |
| Philip Anderson | 6744 Hidden Hickory Cir., Colorado Springs, CO 80927-4049 |
| Debra Atkins | 5609 72nd St., Lubbock, TX 79424-1807 |
| Carter Berry | 8 North St., Taylors, SC 29687-2445 |
| Carrie Blair | 4502 80th St., Lubbock, TX 79424-3208 |
| Timothy Boykin | 1609 Main Blvd., Brownwood, TX 76801-1510 |
| Beau Brock | 1595 FM 3030, Silverton, TX 79257-5344 |
| Brooks Brock | 513 Commerce, Silverton, TX 79257 |
| Clifford Brock | 1595 FM 3030, Silverton, TX 79257-5344 |
| Shelley Brock | 1595 FM 3030, Silverton, TX 79257-5344 |
| Henry Chiles | 2491 Crown Orchard Rd., Batesville, VA 22924 |
| Judy Chiles | 2491 Crown Orchard Rd., Batesville, VA 22924 |
| Ann Clinkscales | 305 Parkwood Rd., Greenwood, SC 29646-8546 |
| Ricky Coker | 1121 Carriage Ct, Seabrook, TX 77586-2587 |
| David Croy | 203 Dunkirk Rd, Oldsmar, FL 34677-4001 |
| Jill Ellis | 3460 Compass Way, Bluff Dale, TX 76433-4205 |
| Janna Forbes | 842 County Road 325, Brownfield, TX 79316-7556 |
| Donald Haney | 5404 80th St., Lubbock, TX 79424-2825 |
| Nazlin Hemani | 12514 Eagles Entry Dr., Odessa, FL 33556-2831 |
| Randall James | 556 CR 189, Zephyr, TX 76890-4116 |
| John Jennings | 3015 Cokesbury Rd., Hodges, SC 29653-9177 |
| Karen Jennings | 3015 Cokesbury Rd., Hodges, SC 29653-9177 |
| Becca Judd | 1176 El Nito Ct., Henderson, NV 89012-5005 |
| Charles Knight | 2178 Old Greenville Rd., Staunton, VA 24401-9608 |
| Gregory Knight | 2096 Old Greenville Rd, Staunton, VA 24401-9611 |
| Audrey Mallinckrodt | 210 High Meadow Ln, Foley, MO 63347-2871 |
| Billy Massey | 7110 Forbess Dr., Brownwood, TX 76801-0059 |
| Karen Masters | 1200 N Veitch St APT 410, Arlington , VA 22201-5822 |
| Forrest Mayes | 3850 C.R. 276, Zephyr, TX 76890-3856 |
| Bryan Miles | 4939 Monterey Dr., Frisco, TX 75034-4083 |
| E. Omsberg | 563 Sherwood Forrest Dr., Woodville, TX 75979-7272 |
| Lloyd Omsberg | 563 Sherwood Forrest Dr., Woodville, TX 75979-7272 |
| Dennis Plunk | 201 Brickey Rd., Dumas, TX 79029-3548 |
| Sonja Romero | 6532 7th St., Lubbock, TX 79416-3770 |
| Bill Rousseau | 6905 Michelle Dr., Amarillo, TX 79109-7414 |
| Lauri Rousseau | 6905 Michelle Dr., Amarillo, TX 79109-7414 |
| Marsha Sanders | 7477 PR 2564, Quinlan, TX 75474-5252 |
| Jimmy Soules | 8100 County Road 206, Grandview, TX 76050-3616 |
| Susan Soules | 8100 County Road 206, Grandview, TX 76050-3616 |
| Patty Stovall | 215 Creekwood Dr., Bandera, TX 78003-4217 |
| Wesley Stovall | 215 Creekwood Dr., Bandera, TX 78003-4217 |
| Julia Towler | 5239 Preserve Park Dr., Spring, TX 77389-1551 |
| Jason Uldrick | 1201 Abner Creek Rd., Greer, SC 29651-7156 |
| Thomas Walker | 28302 Bonn Mountain, San Antonio, TX 78260-1416 |
| Mark Weaver | 4618 13th St., Lubbock, TX 79416-4824 |
| Alma Wesley | 3215 Windshire Ln Unit 211, Charlotte, NC 28273-4190 |
| Alan Wolf | 115 Linkside Dr., Taylors, SC 29687-6611 |

| | |
|---|---|
| Susan Wolf | 115 Linkside Dr., Taylors, SC 29684-6611 |
| Gary Worley | 814 Brook Hollow St., Brownwood, TX 76801-6306 |
| Leah Wotipka | 15611 Long Road, Houston, TX 77044-5929 |
| C&C, LLC | 2491 Crown Orchard Rd., Batesville, VA 22924 |
| Generations Funding, LLC | 115 Linkside Dr., Taylors, SC 29687-6611 |
| Howard M. Carr Revocable T | 1029 Grand Isle Dr, Naples, FL 34108-3324 |
| Jarmco, Inc. | 2811 Hood St Unit J, Dallas, TX 75219-4807 |
| The Dewbre Family Trust | 908 N Austin St., Comanche, TX 76442-1735 |
| The Stovall Family Trust | 106 Yaupon Dr., Kerrville, TX 78028-7709 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Policy Services, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51513     Chapter 7 |

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |

| Fill in this information to identify the case: |
|---|
| Debtor name         Policy Services, Inc. |
| United States Bankruptcy Court for the: |
|          Western District of Texas |
| Case number (if known):      21-51513 |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | | |
| 2.2 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | | |
| 2.3 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | | |
| 2.4 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | | |
| 2.5 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | | |

| Debtor | Policy Services, Inc. | Case number *(if known)* | 21-51513 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____ Street<br><br>_____<br><br>_____  _____  _____<br>City  State  ZIP Code | | |

**Schedule H: Codebtors**

Fill in this information to identify the case:

Debtor name        Policy Services, Inc.

United States Bankruptcy Court for the:

       Western District of Texas

Case number (if known):     21-51513     Chapter     7

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     **1a. Real Property:**

         Copy line 88 from *Schedule A/B*..................................................................................

| $0.00 |
|---:|

     **1b. Total personal property:**

         Copy line 91A from *Schedule A/B*..............................................................................

| $10,153,844.04 |
|---:|

     **1c. Total of all property:**

         Copy line 92 from *Schedule A/B*................................................................................

| $10,153,844.04 |
|---:|

---

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $100,800.00 |
|---:|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**

         Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................

| $10,101.91 |
|---:|

     **3b. Total amount of claims of non-priority amount of unsecured claims:**

         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

**+** | $4,754,240.91 |
|---:|

4. **Total liabilities**..................................................................................................

     Lines 2 + 3a + 3b

| $4,865,142.82 |
|---:|

Fill in this information to identify the case:

Debtor name              Policy Services, Inc.

United States Bankruptcy Court for the:

             Western District of Texas

Case number (if known):      21-51513

☐ Check if this is an amended filing

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/13/2022
         MM/ DD/ YYYY

**X** /s/ Robert J. Mueller
Signature of individual signing on behalf of debtor

   Robert J. Mueller
Printed name

   Manager
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Policy Services, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51513 |

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $107,692.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |

Debtor 1 _____

First Name     Middle Name     Last Name

Case number *(if known)* 21-51513

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. John Hancock Life<br>Creditor's name<br>1 John Hancock Way 1350<br>Street<br><br>Boston, MA 02217<br>City   State   ZIP Code | 11/17/2021<br>11/17/2021 | $39,906.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ life insurance premiums for two Feen Other policies |
| 3.2. Protective Life<br>Creditor's name<br>PO Box 12687<br>Street<br><br>Birmingham, AL 35202<br>City   State   ZIP Code | 11/01/2021 | $6,903.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other life insurance premium for Latchaw |
| 3.3. Protective Life<br>Creditor's name<br>PO Box 12687<br>Street<br><br>Birmingham, AL 35202<br>City   State   ZIP Code | 11/01/2021 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other life insurance premium for Ridley |
| 3.4. Occidental Life<br>Creditor's name<br>425 Austin Ave<br>Street<br><br>Waco, TX 76701<br>City   State   ZIP Code | 11/01/2021 | $1,781.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other life insurance premium for Margeson |
| 3.5. Brighthouse Life Insurance<br>Creditor's name<br>11225 N Community House Rd<br>Street<br><br>Charlotte, NC 28277<br>City   State   ZIP Code | 11/18/2021 | $26,257.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other life insurance premium on Jackson |

| | First Name | Middle Name | Last Name | | Case number *(if known)* 21-51513 |

| 3.6. | Transamerica Life | 11/18/2021 | $6,364.77 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 4333 Edgewood Rd NE | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other life insurance premium for Doyle |
| | Cedar Rapids, IA 52499 | | | |
| | City State ZIP Code | | | |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | | |
| Creditor's name | | | |
| Street | | | |
| City State ZIP Code | | | |
| **Relationship to debtor** | | | |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| City State ZIP Code | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor 1 _____   Case number *(if known)* 21-51513

| First Name | Middle Name | Last Name |

**6.1.**

Creditor's name

XXXX– __ __ __ __

Street

City          State     ZIP Code

---

| Part 3: | Legal Actions or Assignments |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

**7.1.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Ascentium Capital LLC v. Policy Services, Inc., et al. | Breach of Contract | 57th Judicial District Court of Bexar County, Texas *(Name)* <br> 100 Dolorosa #210 *(Street)* <br> San Antonio, TX 78205 *(City State ZIP Code)* | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**Case number**

2021CI24114

**7.2.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| SEC v. Robert Mueller, et al. | | U.S. District Court, Western District of Texas *(Name)* <br> 655 E Cesar E Chavez Blvd *(Street)* <br> San Antonio, TX 78206-1114 *(City State ZIP Code)* | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**Case number**

5:21-cv-785

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name <br> Street <br> City State ZIP Code | **Case title** <br> **Case number** <br> **Date of order or assignment** | **Court name and address** <br> Name <br> Street <br> City State ZIP Code |

---

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City            State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

| **Part 5:** | Certain Losses |
|---|---|

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

| **Part 6:** | Certain Payments or Transfers |
|---|---|

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Wick Phillips Gould & Martin, LLP | Legal Counsel for Bankruptcy Options/Advice | 08/19/2021 | $4,545.45 |
| **Address** | | | |
| 3131 McKinney Ave., Suite 500 | | | |
| Street | | | |
| Dallas, TX 75204 | | | |
| City            State    ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| Davis & Santos PLLC IOLTA account | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Wick Phillips Gould & Martin, LLP | Bankruptcy Counsel | 12/09/2021 | $5,454.54 |
| | **Address** | | | |
| | 3131 McKinney Ave., Suite 500<br>Street | | | |
| | Dallas, TX 75204<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | deeproot Funds, LLC & deeproot Tech, LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | See exhibit labeled "Part 6, No. 13" for full list | | | (Unknown) |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

First Name          Middle Name          Last Name

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| | |

14.1. _____          From _____ To _____

Street

City                State     ZIP Code

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____  Facility name | | |
| _____  Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State     ZIP Code | | *Check all that apply:*  ☐ Electronically  ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained. SS#, DOB, and DL# _____

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **7**

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Wells Fargo <br> Name <br> P. O. Box 6995 <br> Street <br><br> Portland, OR 97228 <br> City    State    ZIP Code | XXXX–3 0 9 9 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $0.00 |
| 18.2 | Wells Fargo <br> Name <br> P. O. Box 6995 <br> Street <br><br> Portland, OR 97228 <br> City    State    ZIP Code | XXXX–8 4 8 7 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | ($62.04) |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> **Address** <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor 1 _____    Case number *(if known)* 21-51513

      First Name      Middle Name      Last Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | _____ | _____ | ☐ Yes |
| | _____ | **Address** | _____ | |
| | _____ City  State  ZIP Code | _____ | _____ | |
| | | _____ | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Bryce Sills <br> Name <br> 26103 Starlite Way <br> Street <br> 26103 Starlite Way <br> San Antonio  TX  78260 <br> City  State  ZIP Code | 12621 Silicon Dr. <br><br> San Antonio, TX 78249 | 1.5" chisel, Ford oil pump, gas receipt for reimbursement, personal desk items. | _____ |
| Flora Castro <br> Name <br> 8211 Meadow Post <br> Street <br><br> San Antonio  TX  78251 <br> City  State  ZIP Code | 12621 Silicon Dr. <br><br> San Antonio, TX 78249 | Toolbox and tools, decorations. | _____ |
| Chris Turner <br> Name <br><br> Street <br><br> City  State  ZIP Code | 12621 Silicon Dr. <br><br> San Antonio, TX 78249 | Computer | _____ |
| Robert J. Mueller <br> Name <br> P.O. Box 690562 <br> Street <br><br> San Antonio  TX  78269 <br> City  State  ZIP Code | 12621 Silicon Dr. <br><br> San Antonio, TX 78249 | Personal and law practice files, filing cabinets, art, personal items and effects, law practice supplies, tools, equipment, supplies. | _____ |

First Name      Middle Name      Last Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Debra Garza<br>Name<br><br>8893 Meadow Range Street<br>Street<br><br>San Antonio    TX    78250<br>City    State    ZIP Code | 12621 Silicon Dr.<br><br>San Antonio, TX 78249 | Tools, space heater, phone charger. | |
| Kinkel Rowen<br>Name<br><br>16123 Hidden View Street<br>Street<br><br>San Antonio    TX    78232<br>City    State    ZIP Code | 12621 Silicon Dr.<br><br>San Antonio, TX 78249 | Card games | |
| John Popadiuk<br>Name<br><br>14838 Vance Jackson<br>Street<br><br>San Antonio    TX    78249<br>City    State    ZIP Code | 12621 Silicon Dr.<br><br>San Antonio, TX 78249 | Tools, personal items, computer, documents, books | |
| Stephanie Lee<br>Name<br><br>401 Ruby Ritz<br>Street<br><br>Universal City    TX    78148<br>City    State    ZIP Code | 12621 Silicon Dr.<br><br>San Antonio, TX 78249 | Fan, sweater, personal items | |
| Isaac Cabrera<br>Name<br><br>135 Bailey Ave<br>Street<br><br>San Antonio    TX<br>78210-4141<br>City    State    ZIP Code | 12621 Silicon Dr.<br><br>San Antonio, TX 78249 | Miscellaneous tools | |
| Ivan Capetillo<br>Name<br><br>11503 Verdis Valley<br>Street<br><br>San Antonio    TX    78245<br>City    State    ZIP Code | 12621 Silicon Dr.<br><br>San Antonio, TX 78249 | Personal desk items | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Bradlee Ching<br>Name<br><br>21119 Simi Valley Drive<br>Street<br><br><br>San Antonio    TX    78259<br>City     State     ZIP Code | 12621 Silicon Dr.<br><br><br>San Antonio, TX 78249 | Photos, personal desk items,<br>earbuds, phone charger, personal<br>items | _____ |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Justin Brown<br>Name<br><br>16018 Seekers Street<br>Street<br><br><br>San Antonio    TX    78255<br>City     State     ZIP Code | 12621 Silicon Dr.<br><br><br>San Antonio, TX 78249 | Power hub, phone charger,<br>personal desk items | _____ |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Quinn Johnson<br>Name<br><br>2503 Jackson Keller Road<br>Street<br><br><br>San Antonio    TX    78230<br>City     State     ZIP Code | 12621 Silicon Dr.<br><br><br>San Antonio, TX 78249 | Microphone headset, earbuds,<br>books, personal items | _____ |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Barry Oursler<br>Name<br><br>4346 Hollow Hill Dr<br>Street<br><br><br>San Antonio    TX    78217<br>City     State     ZIP Code | 12621 Silicon Dr.<br><br><br>San Antonio, TX 78249 | Plaques, medals, tools, parts, jr<br>punch, personal items | _____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☑ No
   ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City   State   ZIP Code | | |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.   deeproot Capital Management, LLC
Name

P.O. Box 691610
Street

San Antonio, TX 78269
City    State    ZIP Code

EIN:   4 6 – 2 8 9 2 6 3 8

**Dates business existed**

From _____ To _____

First Name    Middle Name    Last Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2. deeproot Studios LLC<br>Name<br>P.O. Box 691610<br>Street<br>_____<br>San Antonio, TX 78269<br>City    State    ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br>**Dates business existed**<br>From _____  To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.3. deeproot Sports & Entertainment, LLC<br>Name<br>P.O. Box 691610<br>Street<br>_____<br>San Antonio, TX 78269<br>City    State    ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br>**Dates business existed**<br>From _____  To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.4. deeproot Funds LLC<br>Name<br>P.O. Box 691610<br>Street<br>_____<br>San Antonio, TX 78269<br>City    State    ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br>**Dates business existed**<br>From _____  To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.5. deeproot Tech LLC<br>Name<br>P.O. Box 691610<br>Street<br>_____<br>San Antonio, TX 78269<br>City    State    ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br>**Dates business existed**<br>From _____  To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.6. deeproot STFR Debenture Fund LLC<br>Name<br>P.O. Box 691610<br>Street<br>_____<br>San Antonio, TX 78269<br>City    State    ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br>**Dates business existed**<br>From _____  To _____ |

First Name    Middle Name    Last Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.7. | deeproot 3 Year Bonus Reset Debenture Fund LLC<br>Name<br><br>P.O. Box 691610<br>Street<br><br>_____<br><br>San Antonio, TX 78269<br>City          State     ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.8. | deeproot 3 Year Bonus Income Fund, LLC<br>Name<br><br>P.O. Box 691610<br>Street<br><br>_____<br><br>San Antonio, TX 78269<br>City          State     ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.9. | deeproot BonusGrowth 5 Year Debenture Fund LLC<br>Name<br><br>P.O. Box 691610<br>Street<br><br>_____<br><br>San Antonio, TX 78269<br>City          State     ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.10. | deeproot 575 Fund LLC<br>Name<br><br>P.O. Box 691610<br>Street<br><br>_____<br><br>San Antonio, TX 78269<br>City          State     ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.11. | deeproot BonusGrowth 5 Year Debenture Fund LLC<br>Name<br><br>P.O. Box 691610<br>Street<br><br>_____<br><br>San Antonio, TX 78269<br>City          State     ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.12.  deeproot Queue Fund LLC<br>Name<br>P.O. Box 691610<br>Street<br><br>San Antonio, TX 78269<br>City          State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.13.  deeproot Pinball LLC<br>Name<br>P.O. Box 691610<br>Street<br><br>San Antonio, TX 78269<br>City          State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Charlotte Acker<br>Name<br>2313 Brittany Grace<br>Street<br><br>New Braunfels, TX 78130<br>City          State          ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Maillie, Inc.<br>Name<br>500 North Lewis Road<br>Street<br><br>Royersford, PA 19468<br>City          State          ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | First Name | Middle Name | | Last Name | | |
|---|---|---|---|---|---|---|

| 26c.1. | **Name and address** | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|

Robert J. Mueller
Name
_____
Street
_____
San Antonio, TX
City                          State          ZIP Code

| 26c.2. | **Name and address** | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|

Trapp Technology
Name
2600 N Central Ave
Street
_____
Phoenix, AZ 85004
City                          State          ZIP Code

| 26c.3. | **Name and address** | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|

Silicon Drive Office Venture, LLC
Name
_____
Street
_____
City                          State          ZIP Code

| 26c.4. | **Name and address** | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|

DIGITALOCEAN.COM
Name
101 Avenue of the Americas, 10th Floor
Street
_____
New York, NY 10013
City                          State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| 26d.1. | **Name and address** |
|---|---|

_____
Name
_____
Street
_____
City                          State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

_____
Street

_____
City                    State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert J. Mueller | San Antonio, TX | Member & Manager, | 100.00 % |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____, | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Robert J. Mueller<br>Name<br>P.O. Box 690562<br>Street<br><br>San Antonio, TX 78269<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br><br>Manager | 2,557.50 (net) payroll | 12/10/2020 | payroll, non-payroll compensation, and repayments |
| | 1,190.42 (net) payroll | 01/06/2021 | |
| | 1,190.42 (net) payroll | 01/06/2021 | |
| | 1,190.42 (net) payroll | 01/06/2021 | |
| | 13,461.54 (gross) payroll | 02/04/2021 | |
| | 13,461.54 (gross) payroll | 03/18/2021 | |
| | 13,461.54 (gross) payroll | 04/15/2021 | |
| | 13,461.54 (gross) payroll | 06/10/2021 | |
| | 13,461.54 (gross) payroll | 06/24/2021 | |
| | 13,461.54 (gross) payroll | 07/08/2021 | |
| | 1,020.00 non-payroll comp. | 01/04/2021 | |
| | 48,500.00 non-payroll comp. | 01/09/2021 | |
| | 11,000 non-payroll comp. | 01/12/2021 | |

| First Name | Middle Name | Last Name | Case number *(if known)* 21-51513 |
|---|---|---|---|

23,000 non-payroll comp.    04/07/2021

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     01/13/2022
              MM/ DD/ YYYY

**X** /s/ Robert J. Mueller                     Printed name           Robert J. Mueller
Signature of individual signing on behalf of the debtor

Position or relationship to debtor       Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Policy Services, Inc.

**Statement of Financial Affairs – Exhibit Part 6, No. 13**

Transfers for 2021.[1]

| PS Payee | Amount | Send Date | Identifier |
|---|---|---|---|
| Stein, Darryl J | $38,254.27 | 1/8/2021 | Finder Fee |
| Fleming Financial Services | $41,571.66 | 1/12/2021 | Finder Fee |
| Kenney, James | $3,000.00 | 1/14/2021 | Contractor |
| Kenney, James | $3,000.00 | 1/29/2021 | Contractor |
| Fleming Financial Services | $41,571.66 | 2/5/2021 | Finder Fee |
| Senior Insurance Services Inc | $17,062.46 | 2/24/2021 | Finder Fee |
| CWB Investment Advisors LLC | $8,517.04 | 2/24/2021 | Finder Fee |
| Kenney, James | $3,000.00 | 2/25/2021 | Contractor |
| Fleming Financial Services | $41,571.66 | 3/8/2021 | Finder Fee |
| Fidelity Mutual Financial Planning LLC | $22,978.40 | 3/8/2021 | Finder Fee |
| Nace, Jack | $17,961.24 | 3/17/2021 | Finder Fee |
| INF Solutions LLC | $2,650.00 | 3/19/2021 | Finder Fee |
| Wright, Shantell L | $9,113.13 | 3/23/2021 | Finder Fee |
| Cotton, Domonic R | $9,113.13 | 3/23/2021 | Finder Fee |
| Fidelity Mutual Financial Planning LLC | $21,217.73 | 3/29/2021 | Finder Fee |
| Mark A Zabinski | $13,319.33 | 4/6/2021 | Finder Fee |
| Mark A Zabinski | $56,483.22 | 4/7/2021 | Finder Fee |
| Vizy, John M | $39,848.19 | 4/14/2021 | Finder Fee |
| Mark A Zabinski | $12,163.04 | 4/14/2021 | Finder Fee |
| Premier Group Enterprises LLC | $10,142.66 | 4/23/2021 | Finder Fee |
| Rosen, David S | $3,350.00 | 4/30/2021 | Finder Fee |
| Fidelity Mutual Financial Planning LLC | $30,264.71 | 5/13/2021 | Finder Fee |
| Wirth, Dennis | $3,439.55 | 5/17/2021 | Finder Fee |

---

[1] Records for transfers made in 2020 were not available to Debtor at the time of this filing.

| | | | |
|---|---|---|---|
| Nace, Jack | $48,513.53 | 6/2/2021 | Finder Fee |
| Kenney, James | $3,375.00 | 6/2/2021 | Contractor |
| Nace, Jack | $21,442.67 | 6/8/2021 | Finder Fee |
| Kenney, James | $3,000.00 | 6/14/2021 | Contractor |
| Mark A Zabinski | $35,023.43 | 6/16/2021 | Finder Fee |
| Mark A Zabinski | $110,000.00 | 6/16/2021 | Finder Fee |
| Fleming Financial Services | $8,517.04 | 6/16/2021 | Finder Fee |
| Fleming Financial Services | $12,163.04 | 6/16/2021 | Finder Fee |
| Mark A Zabinski | $2,395.05 | 6/18/2021 | Finder Fee |
| Fleming Financial Services | $65,377.74 | 6/23/2021 | Finder Fee |
| Kenney, James | $3,000.00 | 6/30/2021 | Contractor |
| Kenney, James | $3,000.00 | 7/15/2021 | Contractor |
| Financial Horizon Concepts LLC | $8,517.04 | 7/15/2021 | Finder Fee |
| Brandi Wisenbaker Valenzeula | $160,578.15 | 3/15/2021 | Policy Maturity Payout to Investor |
| Brandi Wisenbaker Valenzeula | $21,335.40 | 3/15/2021 | Policy Maturity Payout to Investor |
| Brandi Wisenbaker Valenzeula | $48,003.60 | 3/15/2021 | Policy Maturity Payout to Investor |