# Exhibit 13

Entry of Appearance and Request for Notification for Interested Party TuYo Holdings, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re § | | |
| § | | |
| deeproot Capital Management, LLC § | Case No. 21-51523-mmp | |
| Et al., § | Jointly Administered | |
| § | | |
| Debtors § | (Chapter 7) | |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR NOTIFICATION**

TO THE HONORABLE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Now comes TuYo Holdings, LLC, an interested party in the above-styled and numbered case ("Applicant"), by and through its attorneys, Branscomb PLLC, by Patrick H. Autry, and files this Entry of Appearance and Request for Notification pursuant to Bankruptcy Rules 9010 and 2002 and the Local Rules of this Court, and would show the Court as follows:

1) Applicant is an interested party in this case. Applicant has a right to receive notice of those matters filed in this case which affect Applicant, including, but not limited to, CONTESTED and NON-CONTESTED MATTERS and ADVERSARY PROCEEDINGS, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

2) Applicant requests that notice of those CONTESTED or NON-CONTESTED matters or ADVERSARY PROCEEDINGS affecting Applicant and set for hearing in this case be sent to the following:

>Patrick H. Autry
>BRANSCOMB PLLC
>Lockhill Crossing, Suite 206
>4630 N. Loop 1604 West
>San Antonio, Texas 78249
>Email: pautry@branscomblaw.com

PLEASE TAKE FURTHER NOTICE that in filing this Entry of Appearance and Request for Notification, Applicant does not consent to have any matter heard in the Bankruptcy Court; does not waive any right that it may have to contest jurisdiction in any proceeding involving its claims or interests; does not waive the right to seek dismissal of the case, does not waive the right under applicable non-bankruptcy law to trial by jury; and does not consent to have any such trial conducted in the Bankruptcy Court.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that the name and address of its counsel as hereinabove stated be put on the mailing matrix to receive notices of any and all CONTESTED or NON-CONTESTED matters affecting Applicant filed in this case, including any ADVERSARY PROCEEDING affecting Applicant within the context of this case, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

Dated: March 16, 2022

Respectfully submitted,

BRANSCOMB PLLC
Lockhill Crossing, Suite 206
4630 N. Loop 1604 West
San Antonio, Texas 78249
Telephone     210-598-5401
Telecopier    210-598-5405
Email         pautry@branscomblaw.com

BY:     /s/ Patrick H. Autry_____
        Patrick H. Autry
        State Bar No. 01447600
        ATTORNEYS FOR
        TuYo Holdings, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing Entry of Appearance and Request for Notification was served through the Court's ECF system and/or email this 16th day of March, 2022 upon the following:

Randall Pulman
Attorney for the Chapter 7 Trustee
rpulman@pulmanlaw.com

Catherine A. Curtis
Attorney for Debtors
catherine.curtis@wickphillips.com

/s/ *Patrick H. Autry*
Patrick H. Autry