# Exhibit 14

2022.02.02 – Certificate of Formation –
TuYo HOLDINGS, LLC

FILED
In the Office of the
Secretary of State of Texas

FEB 2 2 2022

Corporations Section

# CERTIFICATE OF FORMATION OF
## TuYo HOLDINGS, LLC
### A TEXAS LIMITED LIABILITY COMPANY

This certificate of formation is submitted for filing pursuant to the applicable provisions of the Texas Business Organizations Code.

### Article I - Entity Name and Type

The name and type of filing entity being formed are: TuYo Holdings, LLC, a Texas limited liability company (hereinafter "Company").

### Article II – Purpose

The purpose for which the Company is organized is any lawful purpose which may be undertaken by the company in accordance with the applicable provisions of the Texas Business Organizations Code.

### Article III - Registered Office and Registered Agent

The initial registered agent is an individual resident of the state whose name is GREG YOST. The business address of the initial registered agent and the initial registered office is: 616 East Blanco Road, Suite 202B, Boerne, Texas 78006.

### Article IV - Principal Office

The address of the Company's principal office in this state is: 616 East Blanco Road, Suite 202B, Boerne, Texas 78006.

### Article V – Initial Mailing Address

The initial address of the Company is: 616 East Blanco Road, Suite 202B, Boerne, Texas 78006.

### Article VI - Organizer

The name and address of the organizer is:

| **Name** | **Address** |
|---|---|
| Gregory B. Yost | 616 East Blanco, Suite 202 Boerne, Texas 78006 |

1

## Article VII - Governing Authority

The company shall be managed by Managers, whose names and addresses are as follows:

| **Name** | **Address** |
|---|---|
| CHRIS TURNER | 616 East Blanco Road, Suite 202B<br>Boerne, Texas 78006 |
| GREG YOST | 616 East Blanco Road, Suite 202B<br>Boerne, Texas 78006 |

## Article VIII - Effective Date of Filing

This certificate of formation becomes effective when the document is filed by the secretary of state.

## Article IX – Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date:　February 18, 2022

_____
Gregory B. Yost

2