# Exhibit 15

Certificate of Amendment for Turner Logic
and deeproot Pinball thread

**Form 424**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

**Filing Fee: See instructions**



**Certificate
of Amendment**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 801838952 04/12/2014
Document #: 53887930003
Image Generated Electronically
for Web Filing**

### Entity Information

The filing entity is a: **Domestic Limited Liability Company (LLC)**

The name of the filing entity is: **Gizmovation, LLC**

The file number issued to the filing entity by the secretary of state is: **801838952**

### Amendment to Name

The amendment changes the formation document of the filing entity to change the article or provision that names the entity. The article or provision is amended to read as follows:

The name of the filing entity is:

**Turner Logic, LLC**

A letter of consent, if applicable, is attached.

### Statement of Approval

The amendment has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and declares under penalty of perjury that the undersigned is authorized under the Texas Business Organizations Code to execute the filing instrument.

Date: **April 12, 2014**          **Christopher Turner**

Signature of authorized person

FILING OFFICE COPY

# deeproot Pinball thread

By **pin2d**

🕐 4 YEARS AGO 2017-11-27 15:27 CET

TOPIC INDEX (KEY POSTS)
179 key posts have been marked in this topic [(Show topic index)](#)

---

 **JodyG** 🔴

🎁 Ramp-O-Matic ✅

#29101 *20 days* 

Looks like Samsung ripped off Deeproot with their battery shipping container! This is for a 2022 Wrangler. Or maybe Deeproot ripped off Samsung?





---

 **TreyBo69** 🤍                                                    #29102  *20 days*  
 👤 Pinside member ☑

>  *Quoted from JodyG:*
> *Looks like Samsung ripped off Deeproot with their battery shipping container! This is for a 2022 Wrangler. Or maybe Deeproot ripped off Samsung?*
>
> ⌄ More ⌄

Deeproot ripped off or licensed another company's product that will happily slap a company's logo on it.

PinPod was a trademark, not a patent

---

 **Mr68** 🤍                                                      #29103  *20 days*
👤 Pinside member ☑
🇺🇸 Boulder, CO

Snapcrate

https://www.snapcrate.com/?gclid=CjwKCAjw8sCRBhA6EiwA6_IF4cr1DxcoH1jPFDL2Wxfe818FZc-SgRT_yAMhTHJW-CKbUEdKe03rwRoC-bEQAvD_BwE

---

 **blueberryjohnson** 🤍                                          #29104  *20 days*



🧍 Pinside+ Frequent ☑
🇺🇸 Honolulu, HI



And now, the big money: Trustee just dropped a 134-page motion to be able to sell the minority non-lapsed insurance policies owned by Policy Services, Inc. I'm also uploading the motion for an expedited hearing.

OK money business people, this one's on you. I have neither the time nor knowledge to suss out the good stuff (though I will say, while skimming, I spotted a few funny tidbits and at least one intriguing nugget).

There's a lot of repetition in the latter half, but still a lot of legit content throughout. One nice thing is that a bunch of the docs were already redacted so I only had to delete about a half dozen pages which contained investors' names and contact info (which is a minor shame because some of them provided further details on the policies).

Have at it.

---

21-51523-mmp  Doc#78  Filed 03/15/22  Entered 03/15/22 17:00:18  Main Document  Pg 1 of 134

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| POLICY SERVICES, INC. | § | BANKRUPTCY NO. 21-51513 |
| | § | |
| DEBTOR. | § | JOINTLY ADMINISTERED |

---

**TRUSTEE'S MOTION TO APPROVE**
**(A) SALE OF LIFE INSURANCE POLICIES, (B) SALE PROCEDURES, STALKING HORSE AGREEMENT**
**AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF PROPERTY OF THE ESTATE OF POLICY**
**SERVICES, INC., AND (C) THE FORM OF NOTICE FOR THE SALE OF PROPERTY OF THE ESTATE OF**
**POLICY SERVICES, INC.**

---

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

John Patrick Lowe, Chapter 7 Trustee of the above captioned jointly administered bankruptcy estates ("**Trustee**"), on behalf of Policy Services, Inc., (the "**Debtor**") in the above administratively captioned case, by and through Trustee's counsel, Pulman, Cappuccio & Pullen, LLP, hereby files this

*Trustee's Motion to Approve (A) Sale of Life Insurance Policies, (B) Sale Procedures, Stalking Horse*

*Agreement and Bid Protections in Connection with the Sale of Property of the Estate of Policy*

*Services, Inc. and (C) the Form of Notice for the Sale of Property of the Estate of Policy Services, Inc.*

---

[1] The Debtors in these administratively consolidated chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot Bonus Growth *5* Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

{00570243;2}                                    1

---

21-51523-mmp  Doc#79  Filed 03/15/22  Entered 03/15/22 17:05:48  Main Document  Pg 1 of 8

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| POLICY SERVICES, INC. | § | BANKRUPTCY NO. 21-51513 |
| | § | |
| DEBTOR. | § | JOINTLY ADMINISTERED |

### TRUSTEE'S MOTION TO EXPEDITE HEARING ON
### TRUSTEE'S MOTION TO APPROVE (A) SALE OF LIFE INSURANCE POLICIES,
### (B) SALE PROCEDURES, STALKING HORSE AGREEMENT AND BID PROTECTIONS IN
### CONNECTION WITH THE SALE OF PROPERTY OF THE ESTATE OF POLICY SERVICES,INC., AND
### (C) THE FORM OF NOTICE FOR THE SALE OF PROPERTY
### OF THE ESTATE OF POLICY SERVICES, INC. [RELATING TO ECF NO. 78]

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

John Patrick Lowe, Chapter 7 Trustee of the above captioned jointly administered bankruptcy

estates ("**Trustee**"), on behalf of Policy Services, Inc., a jointly administered debtor (the "**Debtor**") in

the above captioned case (the "**Case**"), by and through its counsel Pulman, Cappuccio & Pullen, LLP,

hereby files *Trustee's Motion to Expedite Hearing on Trustee's Motion to Approve (A) Sale of Life*

*Insurance Policies, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection*

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot Bonus Growth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

{00569260;2}                    1

---

 **snakesnsparklers** 🤍                                    #29105  *20 days*  

👤 Pinside member ☑

>  *Quoted from Roostking:*
>
> *One of the lawyers in the Skit B shit show added the term "Accoutrements" to the pinball lexicon..*

I believe that term was brought up by Mr. Kulek himself 😄

---

 **jeffspinballpalace** 🔴                                    #29106  *20 days*  

🎮 JeffSPinballPalace ☑

Just to clarify one point. Robert started with intent to steal and deceive investors. His split personality, Roberto, started with a dream of killing it in pinball. Deeproot shows signs of each from the start. Deeproot was set up with a Byzantine style of shell companies AND Robert never kept any records of expenditures (in spite of being in the highly regulated financial services and investment services fields). He knew before moving the first deposit under a shell, this was a bunch of bullsh*t. Secondly, when Robert dreamed of being a pinball star - he thought he was well on the way. Make no mistake, Robert was scamming from the start. Why didn't he do all the normal stuff you'd think? Like false invoices and payments to offshore accounts etc? Well, Robert was a genius and he thought he knew a better way. Keep paying bills and don't keep records. Buy a large amount of jewelry to keep the women happy, coming and going. Pay for tuition etc. Condo, oh yeah!

---

 **toyotaboy** 🔗                                    #29107  *20 days*  

🎮 RandOM Pinball ☑
🇺🇸 Huntley, IL

>  *Quoted from JodyG:*
>
> *It's archaic and imprecise, and I'm prepared to die on that hill. Just because they have been doing it that way forever doesn't mean it's efficient*

⌄ More ⌄

There's also a possibility that all the inserts and outer shape are the same for the multi-tiers (pro/prem/le), but posts may get moved or added depending on version so it may be easier to create one CNC program that just keeps churning out blank playfields, and depending on which model they are running at the moment they can easily swap out the punches. Homebrew is one thing, production is another story. It's all about efficiency and keeping parts coming to assemble.



**TreyBo69** 💙

🧍 Pinside member ☑



Here's a choice quote/summary of the Ponzi

## IV. HISTORY OF THE DEBTOR

11.  Debtor and the other jointly administered debtors ran a Ponzi scheme. Debtor's principal, Mr. Robert Mueller ("**Mueller**"), controlled -- as the sole owner, officer and director of Debtor and the other jointly administered debtors -- all of their operations. Upon information and belief, Mueller raised approximately $60,000,000 on behalf of the jointly administered debtors from individual investors over the past decade. Debtor raised these monies through the purported sale of fractional interests in the death benefits of the Policies, otherwise known as life settlements. Debtor, however, ran out of money sufficient to pay the ongoing premiums which were due to the issuers of the life insurance policies and many of them lapsed.

12.  At some point, Mueller stopped raising new money through Debtor and started raising investor money through some of the other jointly administered debtors. The pre-petition balance sheet for the Debtor reflects, as of December 31, 2020, a combination of inter-company liabilities among the jointly administered debtors totaling approximately $30,000,000. After Mueller switched to raising monies through the other deeproot entities, the investment pitch varied over the years, but essentially Debtor promised a guaranteed annual return of 6% to 7% payable at the end of the applicable investment period. Investors purchased debentures—or long-term unsecured obligations to pay.

{00570243;2}                                              6

Mueller marketed Debtor as having investments in life settlements, agriculture, real estate, and sports and entertainment. At some point, the jointly administered debtors invested monies in an effort to develop pinball machines. The financial statements prepared by Debtor pre-petition and each of the jointly administered debtors' respective schedules reflect that none of the jointly administered debtors ever had any net income and, in most cases, had no revenue.

13. On August 20, 2021, the United States Securities and Exchange Commission (the "**SEC**") filed suit[3] against most of the jointly administered debtors and Mueller for federal security fraud violations, and some of Mueller's immediate family members as relief parties. An injunction was entered prohibiting the solicitation of additional funds. Shortly thereafter, chapter 7 bankruptcy petitions were filed for each of the jointly administered debtors.

14. Of the twenty or thirty life insurance policies purchased by the Debtor, seven or eight life insurance policies remain in force. The balance of the life insurance policies, as best Trustee can determine, have either lapsed or previously matured. Other than the eight In-Force Insurance Policies and whatever rights the Trustee may have to reinstate the Lapsed Insurance Policies, the only remaining assets in the Debtor's estate are a minority ownership in an agricultural business, an interest in a promissory note secured by a second lien on a car wash, chapter five avoidance claims against the brokers who received commissions for bringing in investor money and insiders, and other litigation claims.

---



**TreyBo69** 🩷

📍 Pinside member ☑️

#29109  *20 days*  

Some numbers on assets, income, salaries, etc

**Policy Services, Inc.**

## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Expense** |  |
| IRA Fees | 200.00 |
| Finance Charges | 1,071.24 |
| Accounting Fees | 4,985.00 |
| Bank Charges | 1,544.31 |
| Contract Labor | 26,460.00 |
| Finders Fee | 638,784.73 |
| Insurance | 2,303.67 |
| Insurance - Health |  |
| Employees | 532,172.48 |
| Rob | 23,634.78 |
| **Total Insurance - Health** | 555,807.26 |
| Legal Fees | 5,000.00 |
| Office Expenses | 958.76 |
| Outside Services | 840.00 |
| Payroll Processing Charges | 7,420.79 |
| Payroll Taxes | 42,877.49 |
| Rent or Lease | 381,531.50 |
| Salaries | 606,140.17 |
| Travel | 1,194.35 |
| **Total Expense** | 2,277,119.27 |
| **Net Ordinary Income** | -2,277,119.27 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| Dividend Income | 601.06 |
| **Total Other Income** | 601.06 |
| **Other Expense** |  |
| Loan Fees Forfeited | 16,000.00 |
| **Total Other Expense** | 16,000.00 |
| **Net Other Income** | -15,398.94 |
| **Net Income** | -2,292,518.21 |

## Policy Services, Inc.
### Balance Sheet
#### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **Equity** |  |
| Distributions--RM | -135,000.00 |
| Retained Earnings | -14,534,977.44 |
|  | 2,292,518.21 |

| | |
|---|---|
| **Net Income** | -2,292,518.21 |
| **Total Equity** | -16,962,495.65 |
| **TOTAL LIABILITIES & EQUITY** | 22,671,144.52 |

## Policy Services, Inc.
## Balance Sheet
### As of December 31, 2020

| | Dec 31, 20 |
|---|---|
| **Office Equipment** | |
| Original Cost | 44,751.60 |
| **Total Office Equipment** | 44,751.60 |
| **Computer Equipment** | |
| Original Cost | 60,658.81 |
| **Total Computer Equipment** | 60,658.81 |
| **Computer Software** | |
| Original Cost | 12,284.45 |
| **Total Computer Software** | 12,284.45 |
| **Furniture & Fixtures** | |
| Original Cost | 77,999.94 |
| **Total Furniture & Fixtures** | 77,999.94 |
| **Improvements** | |
| Original Cost | 24,739.27 |
| **Total Improvements** | 24,739.27 |
| **Accumulated Depr** | -242,155.00 |
| **Total Fixed Assets** | 118,523.20 |
| **TOTAL ASSETS** | 22,671,144.52 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| N/P--Wells Fargo LOC | 34,941.24 |
| N/P--EIDG | 10,000.00 |
| N/P--PPP Loan | 112,948.00 |
| **Intercompany Loans** | |
| Due from WMM | -7,255.10 ✓ |
| Due from DR Studios, LLC | -184,115.28 — |
| Due from Deeproot Queue Fund, L | -89,850.15 *Closed* |
| Due from DR Tech, LLC | -362,252.95 — |
| Due from DR STFR Debenture Fund | 40,264.00 *Closed* |
| Due from Deeproot Funds LLC | 8,724,260.63 — |
| Due from DR Bonus Growth 5 Yr | 2,472,718.04 — |
| Due from DR 3 Year Bonus Reset | 449,868.78 — |
| Due from DR 3 Year Bonus Income | 29,448.29 *Closed* |
| Due from DR 575 Fund | 13,280,209.51 — |
| Due from DR Growth Runs | 8,668,259.11 — |
| Due from DR Pinball, LLC | 185,682.64 — |
| **Total Intercompany Loans** | 33,207,237.52 |

**Payable to Investors**
**RFA Balance Accounts**
  **Gallion, Kelly**                                  3,000.00

  **Total RFA Balance Accounts**                   3,000.00

# Policy Services, Inc.
# Balance Sheet
### As of December 31, 2020

|                                          | Dec 31, 20    |
|------------------------------------------|--------------:|
| **ASSETS**                               |              |
| **Current Assets**                       |              |
| **Checking/Savings**                     |              |
| **Client Reserve 3081**                  | 1,012.67     |
| **Corporate Checking 8461**              | 289.25       |
| **RFA 3099**                             | 134.31       |
| **Sweep Account 8487**                   | 67.88        |
| **Total Checking/Savings**               | 1,504.11     |
| **Other Current Assets**                 |              |
| **Hawaii Investment**                    | 135,000.00   |
| **Security Deposit (Silicon Dr)**        | 200,797.96   |
| **CCW Investment**                       | 1,241,000.00 |
| **A/R--Robert Mueller**                  | 2,034,870.17 |
| **Internal Investments**                 |              |
| **Food Development Stk Investment**      | 435,000.00   |
| **Horizon Trust**                        |              |
| **Money Market Account**                 | 3.00         |
| **Total Horizon Trust**                  | 3.00         |
| **Total Internal Investments**           | 435,003.00   |
| **Commissions & fees**                   | 2,540,521.23 |
| **Investor Acquisitions**                |              |
| **Investors Acquisitions-not iden**      | 5,169.76     |
| **Paul**                                 | 25,000.00    |
| **Bash82**                               | 4,045,275.00 |
| **Ridley - RID363**                      | 191,225.00   |
| **SEI Trust - FERN07**                   | 3,242,199.49 |
| **American General - JDE21L**            | 457,704.34   |
| **West Coast Life - ANDE75**             | 947,054.54   |
| **American General - UD33NL**            | 483,250.32   |
| **Mass Mutual - Smith HCS883**           | 1,004,922.45 |
| **Midland National - GRR553**            | 177,257.01   |
| **Metlife Investors US - JKN22A**        | 1,434,095.09 |
| **Principal - ANDR62**                   | 412,126.00   |
| **Principal - Androli**                  | 45,689.00    |
| **Protective Life - LW7116**             | 236,083.97   |
| **Sunlife - SUL428**                     | 208,359.90   |
| **Sunlife - SUL429**                     | 208,359.54   |
| **ING Reliastar Life Ins - PER437**      | 619,608.26   |
| **John Hancock - FEE287**                | 320,160.41   |
| **John Hancock - FEE548**                | 319,953.18   |
| **Jackson National - MILU82**            | 19,000.00    |
| **Transamerica Life - SIE687**           | 842,973.81   |

| | |
|---|---|
| Occidental Life - MAR790 | 55,765.06 |
| Transamerica Life -JMD135 | 251,355.72 |
| Brighthouse - Kaufmann - KFFN57 | 261,337.00 |
| **Total Investor Acquisitions** | 15,813,924.85 |
| **Prepaid Expenses** | 150,000.00 |
| **Total Other Current Assets** | 22,551,117.21 |
| **Total Current Assets** | 22,552,621.32 |

**Fixed Assets**

| | |
|---|---|
| Leasehold Improvements | 99,103.66 |
| Pinball Machines | |
| Original Cost | 41,140.47 |
| **Total Pinball Machines** | 41,140.47 |

---

 **TreyBo69** 

🧍 Pinside member ☑

#29110  *20 days*

 ***Quoted from TreyBo69:***

*The secret scribbles on a dry erase board that will solve it all*
*[quoted image]*

This dry erase board from the auction has these weird abbreviations from the account summary from the post above

---

 **Seraph**

🧍 Pinside member ☑
🇺🇸 Austin, TX

#29111  *20 days*  

 ***Quoted from LeonSpinkx:***

*On a completely unrelated note (hah), King Crimson's "Indoor Games" just might be the only song in human history to have the word "bagatelle" in the lyrics.*

I had a hunch that The Decemberists had used "bagatelle" somewhere. <u>I was not disappointed</u>. (OK, it's "bagatelles." That still counts.)

---

 **jonnyqtrek** 🧡

🧍 Pinside+ Member ☑

#29112  *20 days*  



.

(deleted, disregard)

---



**mbwalker** 

👤 Pinside member ☑

#29113  *20 days*  0

>  *Quoted from toyotaboy:*
>
> *cutting anything "wood or metal" you want the biggest bit possible to rip through that work as quickly as possible to keep costs and leadtime down...*

I don't think RM worried about that very much.

---



**greatwichjohn**

🏢 Great Pinball ☑
🇨🇦 Halifax, NS

#29114  *20 days*  0

How about CPR just using the laser to burn the wood. You still have to drill for dimples if you want to paint the bottom gray. Having a press that has done it the same way for decades is a plus!

---



**benheck** ❤

👤 Pinside+ Member ☑
🇺🇸 Madison, WI

#29115  *20 days*  3

What is the "finders fee"?

Is that what Robert paid himself for finding victims?

---



**iceman44** ❤

👤 Pinside+ Member ☑
🇺🇸 Boerne, TX

#29116  *20 days*  7

Policy Services has a $2 million A/R Accounts Receivable from Bobby. 😄

$700k paid out in "finder fee" commissions

$2.5 million capitalized in "commissions and fees"

Rent expense of $380k

Inter company loans of $33 million. Money shuffle

Ran $2.2 million in losses through Policy Services in 2020

Accumulated losses of over $14 million in this Company booked as of 12/31/20

F me running. "No accounting". BS, he knew where every dime was flowing in and out of. 😄

Would need to see the books of all the other companies to tie it together



**ZNET** ❤️

👤 Pinside member ☑️

#29117  *20 days*  ①

> 
> *Quoted from TreyBo69:*
> *Some numbers on assets, income, salaries, etc[quoted image][quoted image][quoted image][quoted image]*

"Other Current Assets --- Hawaii Investment --- $135,000."

---



**blueberryjohnson** 🔴

👤 Pinside+ Frequent ☑️
🇺🇸 Honolulu, HI

#29118  *20 days*  ⑨

5.     The Trustee has been approached by a potential purchaser, TuYo Holdings, LLC, a Texas Limited Liability Company (the "**Purchaser**" or "**Stalking Horse Bidder**"). Purchaser has offered to purchase the In-Force Insurance Policies and the Lapsed Insurance Policies for the purchase price of $1,078,389.36 (the "**Purchase Price**"). The Purchase Price represents an amount equal to 25% of the Debtor's cost of acquiring the In-Force Insurance. (*See*, <u>Exhibit A-1</u>). The Purchaser has also offered to acquire all of the Estate's interest in, and any rights the Estate may have to cure or revive, the Lapsed Insurance Policies, and as consideration therefore, Purchaser has agreed that the net proceeds of a sale or of a death benefit received  from any of the Lapsed Insurance Policies will be split with Debtor, after the reimbursement of a defined set of expenses, in the event any of the Lapsed

Pennies on the dollar.

Also, remember that name. Interesting stuff on that later.

Bobby could still get paid??

Estate. Purchaser has transferred into Trustee's counsel's IOLTA account a deposit in the amount of

{00570243;2}                                                 **3**

21-51523-mmp  Doc#78  Filed 03/15/22  Entered 03/15/22 17:00:18  Main Document  Pg 4 of 134

$540,000.00 ("**Deposit on Purchase Price**") to be applied against the Purchase Price. The balance of the Purchase Price will be paid upon final approval of this Sale Motion by the Court. Purchaser has also agreed that Trustee may use a portion of the Deposit on Purchase Price to pay any insurance premiums which may come due between the filing of this Sale Motion and the approval of the Sale. Purchaser has already paid *post-petition* premiums totaling approximately $28,000.00 in order to preserve the in-force status of two of the Policies.

Sounds like this thing is already pretty far along.

7.      Many creditors have filed proofs of claims in the Estate. It is apparent that these creditors believe they own a direct interest in individual policies in what remains of Debtor's life insurance policy portfolio. Unfortunately for the creditors, each purchased an interest in a life settlement which is a security and does not evidence a direct ownership interest in a life insurance policy. Debtor's financial statements prepared pre-petition indicate that Debtor entered into life settlement agreements with individual investors conveying fractional interests in the death benefits of specific life insurance policies. After investigation of Debtor's business records, Trustee's counsel has discovered documents issued by Debtor to individual investors titled "**Policy Servicing Agreement.**" The Policy Servicing Agreements are each attached to one or more related documents including a

Bad news for the "little old ladies."

8.      Together these documents ostensibly convey to the individual investor a fractional interest in the death benefit payable upon the maturity of the respective individual life insurance policy. Although the Trustee is of the firm conviction that none of the Debtor's creditors are co-owners of any of the Policies, in order to ensure that each investor receives adequate notice of this sale so that

of any of the Policies, in order to ensure that each investor receives adequate notice of this sale so that each may assert whatever rights they may hold under 11 U.S.C. 363, and to ensure that the Purchaser receives ownership of the Policies free and clear of any "interest" which an investor may hold, the Trustee requests that the Court approve the Sale Notice so that it may be served on the creditor body and those requesting notice.

Can't imagine this doesn't start some shit.

9.  The Trustee is hamstrung in his evaluation of the worth of the Policies due to a lack of reliable information. The life insurance companies that issued the Policies do not seem to be accustomed to dealing with a bankruptcy trustee and have been slow to respond to Trustee's counsel's requests to transfer ownership of the Policies, thus the Trustee is not currently recognized by any of them as the registered owner of any of the Policies. Consequently, Trustee has been unable to timely retrieve reliable information regarding the current status of the Policies or the amount of premiums that may be currently due and owing. To the extent the insurance companies do provide information, it is sent by mail to Debtor's address on file and, thus, Trustee must rely upon information received in the mail from the forwarding orders place with the U.S. Postal Service. The typical delay in receiving mail is thirty to forty-five days. Moreover, Debtor and the other jointly administered debtors, stopped entering financial information into their respective accounting records sometime in 2020. To the best of Trustee's knowledge and belief, the financial information provided by the Debtor and the other

The costs of doing business with Bobby.



**blueberryjohnson** 🔴                                        #29119  *20 days*  

👤 Pinside+ Frequent ✅
🇺🇸 Honolulu, HI

This is weird:

E.  **The Purchaser is acting in Good Faith and Negotiations have been at Arm's Length.**

27.  Trustee has made inquiry of Purchaser with respect to its connection to Debtor, its

affiliates and insiders. In paragraph 6(o) of the Stalking Horse Agreement, ==Exhibit D==, ==Purchaser represents and warrants to Trustee with respect to his connections to the Debtor. One of the principals of the Purchaser is Mr. Chris Turner of Turner Logic, LLC ("**Turner Logic**")==. Turner Logic is identified as a creditor of one or more of the jointly administered debtors. ==Turner Logic provided computer software services to the one of more the jointly administered debtors for use in the pinball machines under development.== According to Mr. Turner, Turner Logic did not receive any payments from any jointly administered debtor within ninety days of filing of the petition. Neither Mr. Mueller nor any other insider of the jointly administered debtors have any interest in Purchaser or will receive a financial benefit from the proposed transaction.

One of the members of the party that is trying to buy up deeproot's insurance policies owns/runs the company (https://turnerlogic.com/) that Robert contracted to do all of deeproot's websites and deeproot pinball's programming, despite their having no experience experience programming pinball or games in general.

https://twitter.com/TurnerLogic/status/1196888059062734848


**Turner Logic**
@TurnerLogic    •••

Congrats to deeproot Pinball for the success at the Houston Pinball Expo! We are excited to be building awesome pinball machines with your talented team!
#raza #pinball





The hell is that about?

 **Bumper**                                               #29120   19 days   7

👤 Pinside member ☑

Clearly Turner Logic is in cahoots with Robert, this also explains why there is no mentioning of licenses and there is suddenly no software on any of the machines anymore.

 **Inside** 💙                                              #29121   19 days   8

👤 Pinside member ☑

Turner Logic is an independent company operated by Chris Turner - https://www.linkedin.com/in/cturner80. They (Chris and a number of his programmers) were collocated within the deeproot offices. My understanding is that they managed the various deeproot financial websites and then were involved with doing some programming for deeproot pinball/tech. I think at some point they were working on a web-based rules editor for the pinball machines. I'm not sure if they did any unity stuff. My guess is that when everyone at deeproot stopped getting paid, Turner Logic received some ownership in deeproot financials as compensation.

**VonPinball** 💙                                              #29122   19 days   9



👤 Pinside+ Member ☑

🇺🇸 Centennial, CO

I was wondering where all the servers are... No server racks listed in the auction. Where's all the data? Who hosted their email, documentation, code, QuickBooks, etc. If not cloud hosted, where are the physical local servers?

I wonder if this turner logic hosted all the code on their servers and acted as derproots host, if it wasn't on site.

Large cloud companies will turn over server data in federal criminal cases and it's backed up all over the world; hard to delete permanently... Local servers not so much... But again, if local, where are they?

---



**Roostking** 📎          #29123  *19 days*   

👤 Pinside member ☑



> ### *Quoted from Inside:*
> *Turner Logic is an independent company operated by Chris Turner -*
> *https://www.linkedin.com/in/cturner80. They (Chris and a number of his programmers) were*
> *collocated within the deeproot offices. My understanding is that they managed the various deeproot*

⌄ More ⌄

Maybe they have the working RAZAs as payment?

---



**blueberryjohnson** 🔴          #29124  *19 days*   

👤 Pinside+ Frequent ☑

🇺🇸 Honolulu, HI



> ### *Quoted from VonPinball:*
> *I wonder if this turner logic hosted all the code on their servers and acted as derproots host, if it wasn't on site.*





There may absolutely be nothing unseemly to it the Turner Logic connection.

However, without knowing the backstory, I do find it interesting that the head of the company Robert contracted on tech projects before the pinball crap even started (he introduced the company that would be handling pinball programming as the one that has done his websites for years) and whose business address was listed in many places (including the company's own website within the past month) as the same as deeproot's





# TURNER LOGIC



## E-mail

hello@turnerlogic.com

## Phone

(210) 901-9955

## Office Address

12621 Silicon Dr
San Antonio, TX 78249

is now part of a group aggressively trying to buy for 25 pennies on the dollar deeproot's insurance holdings, along with other stuff they'll try to use to make money which—if successful and I'm reading things correctly —would be split with Robert after his debts and obligations have been covered.

And truly, it could be as simple as Chris Turner, having had a front row seat to Robert's idiocy for years, believed that money could have been made legitimately if only someone not stupid were in charge. And now that there's a chance to grab deeproot assets at bargain basement prices, he intends to be that not-stupid person.

However, it does feel like Turner Logic and deeproot have maintained a very close relationship for years (which includes sharing the same office / headquarters address). And someone only reading the ho hum disclosure in today's filing ("one of the prospective buyers of the policy services assets did contract work for the debtor) would not get that.

---



**JodyG**                                                          #29125   *19 days*   

📦 Ramp-O-Matic ☑

Sharing the same address is setting off my Spidey senses. Are they now on the street as well, or did they rent a different portion of the building? Also kind of interesting their social media presence hasn't been updated since the RAZA post from 2019. Have they actually done any other non-deeproot work lately...or ever?

---



**blueberryjohnson**                                               #29126   *19 days*   7

👤 Pinside+ Frequent ☑
🇺🇸 Honolulu, HI

   *Quoted from JodyG:*
*Sharing the same address is setting off my Spidey senses. Are they now on the street as well, or did they rent a different portion of the building? Also kind of interesting their social media presence hasn't been updated since the RAZA post from 2019. Have they actually done any other non-*

˅ More ˅

You can look their their portfolio at https://turnerlogic.com/portfolio/.

Deeproot was the single tenant for the building it rented as their hq. So anyone else using the facility was doing so at Robert's invitation.

---



**frobozz**                                                                            #29127   *19 days*   4

👤 Pinside member ☑
🇺🇸 Chicago, IL

   *Quoted from JodyG:*
*Which blows my mind they are still using dimple locations and hand drilling to spot playfield features in 2022 and not just having all the holes pre-drilled in a CNC. Some poor schmuck*

˅ More ˅

Not 100% sure how Stern is using their press, but at Williams they used it to pinprick spotting locations and press in t-nuts, on both sides of the playfield in a single operation. Not sure where you get the drilling

thousands of holes idea - the pinpricks are to spot the tips of screws that hold things to the surface of the playfield, presumably put in with power tools.

You can use a CNC router to make all those spotting holes, but just picture all the movement on that CNC head, vs 30 seconds to load in a playfield, press it, and then pull it out again. Not having to hammer in all those T-nuts by hand is just a bonus. The downside of course is making all those press plates, altering them if there are design changes, and storing them somewhere when you're not using them. (Not so much of an issue for Williams, as they literally never re-ran games. And note that sometimes when they re-ran playfields for Parts Sales too far down the road, they didn't get spotting holes.)

---

 **JodyG**                                     #29128  _19 days_  

🎲 Ramp-O-Matic ☑

> <u>_Quoted from frobozz:_</u>
>
> _Not 100% sure how Stern is using their press, but at Williams they used it to pinprick spotting locations and press in t-nuts, on both sides of the playfield in a single operation. Not sure where you get the drilling thousands of holes idea - the pinpricks are to spot the tips of screws that hold_
>
> ⌄ More ⌄

At the 4:05 mark you can see the guy drilling out the hole locations using a jig plate with drill bushings welded in. And he has to change drill bits at least once with a key chuck on every PF. There's nothing efficient about that. If you want to dimple the underside so you know where the screws for the bulb sockets go, that's one thing...but for through holes, jig plates and drills should have been replaced 20 years ago. I imagine top side dimples are for wood screw-style posts which do not have a through hole for a t-nut. I run into this stuff when people buy ramps and the mounting locations vary upwards of 1/8"-3/16" from game to game at times. Things got tweaked and flexed into place at the factory, because the assembly process in certain areas isnt that precise.





**jeffspinballpalace** 

📦 JeffSPinballPalace ☑

#29130  *19 days*  ⑤



**Quoted from Roostking:**

*Maybe they have the working RAZAs as payment?*

With recent discoveries of no software in sample game, no servers or racks in auction and a backdoor deal by Turner Logic to get paid for their programming and website efforts, ahead of all other creditors … I am thinking that this group is planning to win the sample game without software for $20k and add their newly paid for software. Then who knows, but this sample game might be worth $60k in semi-working condition. I don't even care what the Turner group is trying to do, only noticing that their actions are suspect and applauding their success in positioning for a payoff. I'll bet the second missing sample game appears at Turner Logic Studio also, after auction closes.



**frobozz**

👤 Pinside member  ☑
🇺🇸 Chicago, IL

#29131  *19 days*  ⓪





**Quoted from JodyG:**

*but for through holes, jig plates and drills should have been replaced 20 years ago.*

That's a 32-year-old video. Wish granted! I seriously doubt Stern is doing anything like that any more. They're using the press to put pinpricks for screw spotting, I suspect.



**KerryImming** 🤍

👤 Pinside member  ☑

#29132  *19 days*  ②





**Quoted from VonPinball:**

*I was wondering where all the servers are... No server racks listed in the auction. Where's all the data? Who hosted their email, documentation, code, QuickBooks, etc. If not cloud hosted, where are the physical local servers?*

I'm pretty sure Robert kept all the data on his AOL account. 

**frobozz**

👤 Pinside member  ☑
🇺🇸 Chicago, IL

#29133  *19 days*  ⑥





As long as we're sharing 32 year old videos, here at the beginning you can see Williams was CNC-routing their playfields, not using routing jig plates!



**mrgone**                                     #29134   *19 days*  

   🧍 Pinside member ☑
                      🇺🇸 Casper, WY

>  **Quoted from blueberryjohnson:**
>
> *This is weird:*
> *[quoted image]*
>
> *One of the members of the party that is trying to buy up deeproot's insurance policies owns/runs the*
>
> ⌄ More ⌄

Well, now it all makes sense.
Sandwich John gets short sheeted in the repro playfield game.

So he seeks out ANYONE that will give him the time of day.
Enter Chris Turner.
He grabs up the deeproot assets for a song.
Sandwich John continues to cheerlead for jpop as the messiah of pinball and screams use me! I'm the real playfield expert!!!

All this time, sandwich John screaming on the inter webs, "I know stuff! I know people"
"Jpop just needs to be managed"

The asset's are there!

Now it all makes sense.

And now we know who haunted the old amusement park.
Mystery solved.

I'll take my Scooby snack now.

---



**TreyBo69**                                          #29135   *19 days*   

👤 Pinside member ☑

Here's a more recent example of Gomez explaining why they have someone drill a dozen or so holes by template instead of CNC



Pants press shows up right after

---



**JodyG**                                           #29136   *19 days*   

📦 Ramp-O-Matic ☑

>  **_Quoted from frobozz:_**
>
> *As long as we're sharing 32 year old videos, here at the beginning you can see Williams was CNC-routing their playfields, not using routing jig plates!*

Those are insert holes...we all know they are not drilled by hand.


U say

> ### *Quoted from TreyBo69:*
> *Here's a more recent example of Gomez explaining why they have someone drill a dozen or so holes by template instead of CNC*

There are more than a dozen holes there. Also, if they can't figure out tooling and machinery to do small holes more quickly and efficiently on a CNC than with a human and a template, they are not trying hard enough. I have a degree in computer aided machining and have been a journeyman Tool & Die maker and T&D CAD designer in a large consumer product manufacturing facility for close to 20 years now, and I feel confidant in my assessment here. If you want to stay ahead in the current manufacturing world, you constantly need to be assessing your processes for improvements. This is especially true with the current labor situation in this country.

---



**snakesnsparklers**                                     #29137  *19 days*  3
　　🧍 Pinside member ☑

> 
> ### *Quoted from JodyG:*
> *If you want to stay ahead in the current manufacturing world, you constantly need to be assessing your processes for improvements.*

Or just steadily charge more and more for similar products. No need to improve the process if you're making plenty of profit as-is.

---



**greatwichjohn**                                     #29138  *19 days*  -5
　　🎱 Great Pinball ☑
　　🇨🇦 Halifax, NS

> 
> ### *Quoted from mrgone:*
> *Well, now it all makes sense.*
> *Sandwich John gets short sheeted in the repro playfield game.*
> ~~So he seeks out ANYONE that will give him the time of day~~
> ∨ More ∨

Still here waiting to see who gets what from the auction, & any other useful stuff. I personally will not be buying anything going through my personal bankruptcy. Continue to talk with people in the industry, dreamers & people that still think pinball manufacturing is easy. Some have decided to back out before they sink a load of money down the drain. People that have money, get a decent team together, & know how to properly manage can still get into the market.

---



**iceman44** 🔴                                    #29139  *19 days*  0
　　🧍 Pinside+ Member ☑
　　🇺🇸 Boerne, TX

Where is the LE? I like to buy only LE's 

I'll be there March 23rd at 1 pm for the inspection.

Got my eye on a few of the thousand chairs up for sale and maybe a whiteboard or two.

Maybe pick up a handful of life policies? Great way to invest, waiting on people to die, the sooner you die, less premiums paid, more profit. Great job Bobby

---

 **frobozz**                                                              #29140 *19 days* 

🧍 Pinside member ☑

🇺🇸 Chicago, IL

 *Quoted from JodyG:*

*Those are insert holes...we all know they are not drilled by hand.*

*There are more than a dozen holes there. Also, if they can't figure out tooling and machinery to*

⌄ More ⌄

Somehow I think we've lost the thread, even on our already-lost thread. The original question was Why the big press? The answer is because that's a much much faster way to do the hundred or more spotting holes (pinpricks) on both sides, than to have a CNC router run around and drive a tiny bit a tiny-bit into the wood in a hundred places. Secondary-operation drilling using a jig plate is a completely unrelated thing.

---

 **Inside** ❤️                                                          #29141 *19 days* 

🧍 Pinside member ☑

 *Quoted from blueberryjohnson:*

*You can look their their portfolio at <u>https://turnerlogic.com/portfolio/</u>.*

*Deeproot was the single tenant for the building it rented as their hq. So anyone else using the*

⌄ More ⌄

Yeah this is super shady. Turner Logic created and managed the investor portal for Deeproot Funds:

<u>https://web.archive.org/web/20161006041702/http://turnerlogic.com/portfolio/</u>
<u>https://web.archive.org/web/20170912105135/http://turnerlogic.com:80/portfolio/</u>





It's gone from their portfolio page now, but you can read the text: "Login to access your account information and transaction details." The notice at the bottom of the screenshot is clearly meant for investors ("All investments are subject to varying degrees of risk").

Since it's a 100% custom app, it's highly likely that Chris Turner knows many of the financial details behind the company since they're stored in a database that he manages. Now he comes in as a stalking horse bidder -- he gets a cool $50,000 if he's outbid or he gets to own $4M of the policies at a fraction of the cost ($1M).

---

**yancy** 



👤 Pinside member ☑
🇺🇸 West Dundee, IL

#29142   *19 days*   

> ### Quoted from greatwichjohn:
> *People that have money, get a decent team together, & know how to properly manage can still get into the market.*

Money and a team are nice, but optional. You know what's mandatory? Elbow grease. That's pretty much all Spooky had in the beginning. They've cranked out more games than all the rich guys with teams combined. Of course now they have money and a team, but it was all built with elbow grease.

---

**blueberryjohnson** 



👤 Pinside+ Frequent ☑
🇺🇸 Honolulu, HI

#29143   *19 days*   

> ### Quoted from Inside:
> *Yeah this is super shady. Turner Logic created and managed the investor portal for Deeproot Funds:*
> *https://web.archive.org/web/20161006041702/http://turnerlogic.com/portfolio/*
> ⌄ More ⌄

That seems plausible. Hopefully whoever the hell is in charge of deciding stuff related to this stuff is aware. Wouldn't want them making decisions without pertinent info.

---

**mbwalker** 

👤 Pinside member ☑

#29144   *19 days*   



> **_Quoted from JodyG:_**
>
> ...
> There are more than a dozen holes there. Also, if they can't figure out tooling and machinery to

∨ More ∨

Perhaps it just might be as simple as Stern having an CNC that doesn't play well with some of the smaller bits needed?

---



**Inside** 💗                                                          #29145  *19 days* 

🧍 Pinside member ☑

>  **_Quoted from blueberryjohnson:_**
>
> *That seems plausible. Hopefully whoever the hell is in charge of deciding stuff related to this stuff is aware. Wouldn't want them making decisions without pertinent info.*

Looks like there's a "TuYo HOLDINGS LLC" match on the Texas entity search website:
 https://mycpa.cpa.state.tx.us/coa/coaSearchBtn

"Tu" is for Turner and "Yo" is for Yost -- which is who the LLC is registered to (this is also spelled out in the filing), a lawyer who lives in Boerne.

Do we know of any pinsider lawyers who live in Boerne? 🥴🥴🥴🥴🥴🥴🥴🥴

---



**blueberryjohnson** 🔴💗                                              #29146  *19 days* 

🧍 Pinside+ Frequent ☑
🇺🇸 Honolulu, HI

>  **_Quoted from blueberryjohnson:_**
>
> *And don't forget the outfit in charge of all this pinball coding is turner logic, the group that makes Robert's websites but has zero prior experience with pinball.*

>  **_Quoted from SirScott:_**
>
> *Well, in all fairness, they did develop his financial software as well.*
> *From https://www.thisweekinpinball.com/deeproot-pinball-new-home-new-hires-5-days-*

∨ More ∨

^12 months back in the thread time machine (and referencing a quote from an interview 4+ years old)

Also, from a former employee:

"While Turner Logic was on site at deeproot, Robert told us that the San Antonio facility was going to start getting snacks delivered every day from a corporate service (it didn't happen). I believe Robert actually hired or intended to hire Chris Turner to do the daily snacks delivery. If you look on his LinkedIn, it says his company offers that service as well. That's certainly an odd combo with coding."

Here's that company/service, owned by Turner Logic: https://SnackDot.com

---

 **blueberryjohnson** 

#29147  _19 days_

👤 Pinside+ Frequent ☑
🇺🇸 Honolulu, HI

>  _**Quoted from Inside:**_
> _Looks like there's a "TuYo HOLDINGS LLC" match on the Texas entity search website:_
> _https://mycpa.cpa.state.tx.us/coa/coaSearchBtn_
> _"Tu" is for Turner and "Yo" is for Yост which is who the LLC is registered to (this is also spelled out in_
> ⌄ More ⌄

Good find. Had researching that entity on my to-do list. Glad you've got it covered 😃

---

 **Inside** 

#29148  _19 days_

👤 Pinside member ☑

In other discussion, anyone know what lots were removed? I thought there were 380 lots, now it's down to 371?

---

 **VisitorQ** 

#29149  _19 days_

👤 Pinside member ☑
🇺🇸 Danville, PA

I swore I thought the topic was "deepthroat Pinball thread"!

I was like WTF!? LOL!

---

 **frobozz** 

#29150  _19 days_

👤 Pinside member ☑
🇺🇸 Chicago, IL

>  _**Quoted from Inside:**_
> _In other discussion, anyone know what lots were removed? I thought there were 380 lots, now it's down to 371?_

Looks like all the 9 removed lots are in the first 100. So probably furniture type stuff. Maybe JPop wanted to keep his desk?

Promoted items from the _Pinside Marketplace_



Machine - Wanted
**Wanted: Celts**

🇺🇸 Old Saybrook, CT

Cabinet - Sound/Speakers
**10 ft. External Subwoofer Cable**

🛒 Gweem's Mods

Lighting - Led
**Pin Stadium Pinball Mods LED Lights/LEDs LED Lighting**

$ 15.0    $ 279.9

🛒 Pin Stadium Pinball Mods

## REPLY

Wanna join the discussion? Please sign in to reply to this topic.



**HEY THERE! WELCOME TO PINSIDE!**

Great to see you're enjoying Pinside! Please consider a donation to Pinside and get a ❤️ next to your username to show for it! Or better yet, become a Pinside+ member!

**❤️ Donate to Pinside**

© 2001-2022 Pinside.com All rights reserved.

This page was optimised for printing. Certain page elements may have been deliberately hidden. Scan the QR code on the right to jump to the URL this document was printed from.