**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL., | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**WITNESS LIST FOR
APRIL 11, 2022 HEARING ON: TRUSTEE'S MOTION TO APPROVE SALE OF LIFE INSURANCE POLICIES [RELATING TO ECF NO. 78]**

TuYo Holdings, LLC files this Witness List for the April 11, 2022 Hearing scheduled relating to the matters listed below.

**MATTERS TO BE HEARD**:

*Trustee's Motion to Approve Sale of Life Insurance Policies*

**WITNESSES:**

TuYo Holdings, LLC designates the following witnesses:

1. Gregory Yost, TuYo Holdings, LLC
2. Chris Turner, TuYo Holdings, LLC
3. Any witness called or designated by any other party;
4. Any rebuttal or impeachment witnesses, as necessary; and
5/ Any person present at the Hearing (live or via WebEx)

            Respectfully submitted,

            BRANCOMB LAW
            LOCKHILL CROSSING, SUITE 206
            1604 NORTH LOOP 1604 WEST
            SAN ANTONIO, TEXAS 78249
            (210) 598-5401
            pautry@branscomblaw.com

            By:*/s/ Patrick H. Autry*
             Patrick H. Autry
             TX Bar 0144760
             Attorneys for TuYo Holdings LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document to the following parties requesting notice:

*Via CM/ECF: pat.lowe.law@gmail.com*
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:*
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Catherine A. Curtis
Jason M. Rudd
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

*USTPRegion07.SN.ECF@usdoj.gov*
United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF: jpetree@mcslaw.com*
*Via CM/ECF: rpulman@pulmanlaw.com*
Randall A. Pulman
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, TX 78213

*Via CM/ECF: lmjurek@jureklaw.com*
Lynne M. Jurek
Jurek Law Group, PLLC
4309 Yoakum Blvd.
Houston, Texas 77006


*s/ Patrick H. Autry*
Patrick H. Autry

{C2663976.DOCX:1}