IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, | § | |
| ET AL., | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**OBJECTORS'/CREDITORS' WITNESS AND EXHIBIT LIST FOR APRIL 11, 2022 HEARING ON: TRUSTEE'S MOTION TO APPROVE SALE OF LIFE INSURANCE POLICIES**
**[RELATING TO ECF NO. 78, ECF NO. 83, AND ECF NO. 94]**

The Objectors/Creditors file this Witness and Exhibit List for the April 11, 2022 Hearing scheduled relating to the matters listed below.

**MATTERS TO BE HEARD**:

*Trustee's Motion to Approve (A) Sale of Life Insurance Policies, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale Property of the Estate of Policy Services, Inc and (C) the Form of Notice for the Sale of Property of the Estate of Policy Services, Inc* (the "**Sale Motion**"); and *Objections to Sale of the Property of the Estate of Policy Services, Inc.*

**OBJECTORS'/CREDITORS' WITNESSES**:

The Objectors/Creditors designate the following witnesses:

1. John Patrick Lowe, Chapter 7 Trustee of the jointly administered bankruptcy estates;
2. Chris Turner, TuYo Holdings, LLC;
3. Robert Mueller, Debtor Representative of all Debtor entities;
4. Jack Daniel, Creditor of the 575 Fund (via WebEx);
5. Pauline Rubin, Creditor of the 575 Fund and the dGRD Fund (via WebEx);
6. Paula Burke, Creditor of the dGRD Fund;
7. Randall Pulman, Pulman, Cappuccio & Pullen, LLP;
8. Gregory Yost, TuYo Holdings, LLC;
9. Any witness called or designated by any other party;
10. Any rebuttal or impeachment witnesses, as necessary; and

11. Any person present at the Hearing (live or via WebEx).

The Objectors/Creditors reserve the right to amend or supplement this list at any time prior to the hearing.

## OBJECTORS'/CREDITORS' EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | SEC Complaint | | | | |
| 2 | Mueller's Answer to SEC Complaint | | | | |
| 3 | 2015 & 2019 575 Application and Subscription Agreement | | | | |
| 4 | 2015 & 2019 dGRD Application and Subscription Agreement | | | | |
| 5 | 2015 & 2019 575 Fund PPMs | | | | |
| 6 | 2015 & 2019 dGRD Fund PPMs | | | | |
| 7 | Policy Services Claims Register | | | | |
| 8 | 575 Fund Claims Register | | | | |
| 9 | dGRD Fund Claims Register | | | | |
| 10 | Policy Services, Inc. Schedules | | | | |
| 11 | 575 Fund Schedules | | | | |
| 12 | dGRD Fund Schedules | | | | |
| 13 | 2022.03.16 – Doc 80 – Entry of Appearance for Notification | | | | |
| 14 | 2022.02.22 – Certificate of Formation – TuYo HOLDINGS, LLC | | | | |
| 15 | COA for Turner Logic, LLC and deeproot Pinball thread | | | | |
| 16 | Turner Logic, LLC Website | | | | |
| 17 | Franchise Tax Status for TuYo HOLDINGS, LLC | | | | |
| 18 | Daniel – 575 Fund Proof of Claim and Attachments | | | | |
| 19 | Rubin – 575 Fund Proof of Claim and Attachments | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 20 | Rubin – 575 Fund 1099-DIV Forms | | | | |
| 21 | Rubin – dGRD Fund Proof of Claim and Attachments | | | | |
| 22 | Burke – dGRD Fund Proof of Claim and Attachment | | | | |
| | | | | | |
| | | | | | |
| | Any exhibits designated by any other party | | | | |
| | Any rebuttal or impeachment exhibits | | | | |

Objectors/Creditors reserve the right to amend or supplement this list at any time prior to the hearing.

Respectfully submitted,

THE JUREK LAW GROUP, PLLC.

By: */s/Lynne M. Jurek*
Lynne M. Jurek
Texas Bar No. 11059250
Federal Bar No. 15489
lmjurek@jureklaw.com
4309 Yoakum Blvd.
Houston, Texas 77006
Tel. (713)230-8233
Fax. (713) 230-8654

**ATTORNEY FOR OBJECTORS**

## Certificate of Service

I hereby certify that on the 6th day of April, 2022, I electronically filed a true and correct copy of the above foregoing Objectors'/Creditors' Witness and Exhibit List for April 11, 2022 Hearing on: Trustee's Motion to Approve Sale of Life Insurance Policies [Relating to ECF No. 78, ECF No. 83, and ECF No. 94] using the CM/ECF system, which will serve the document to the parties that are registered or otherwise entitled to receive electronic notices listed below in this case pursuant to the Electronic Filing Procedures in this District.

**Via Counsel CM/ECF:**
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

*Via Counsel Via CM/ECF:*
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020
Debtor's Counsel

*Via CM/ECF: pat.lowe.law@gmail.com*
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:*
*USTPRegion07.SN.ECF@usdoj.gov*
United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF: rbattaglialaw@outlook.com*
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

*Via CM/ECF: jpetree@mcslaw.com*
Jonathan Petree
McGuire, Craddock & Strother, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

*Via CM/ECF: jdunne@smfadlaw.com*
John C. Dunne
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF: bk-cmurphy@oag.texas.gov*
Texas Workforce Commission
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

| | |
|---|---|
| *Via CM/ECF:*<br>*catherine.curtis@wickphillips.com;*<br>*jason.rudd@wickphillips.com*<br>Catherine A. Curtis<br>Jason M. Rudd<br>Wick Phillips Gould & Martin, LLP<br>3131 McKinney Ave, Suite 500<br>Dallas, TX 75204 | *Via CM/ECF: rpulman@pulmanlaw.com*<br>Randall A. Pulman<br>2161 NW Military Highway<br>Suite 400<br>San Antonio, Texas 78213<br><br>*Via CM/ECF:*<br>*pautry@branscomblaw.com*<br>Patrick H. Autry<br>Brancomb Law<br>Lockhill Crossing, Suite 206<br>1604 North Loop 1604 West<br>San Antonio, Texas 78249 |

                                                  ***/s/ Lynne M. Jurek***
                                                  Lynne M. Jurek