**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| DEEPROOT CAPITAL MANAGEMENT, § | | |
| LLC, ET AL., § | § | BANKRUPTCY NO. 21-51523 |
| § | | |
| DEBTORS. § | § | JOINTLY ADMINISTERED |

**TRUSTEE'S AMENDED[1] WITNESS AND EXHIBIT LIST FOR APRIL 11, 2022 HEARING ON:
TRUSTEE'S MOTION TO APPROVE SALE OF LIFE INSURANCE POLICIES
[RELATING TO ECF NOS. 78 AND ECF NO. 83]**

John Patrick Lowe, Chapter 7 Trustee ("**Trustee**"), files this Amended Witness and Exhibit List for the April 11, 2022 Hearing scheduled relating to the matter listed below.

**MATTERS TO BE HEARD**:

*Trustee's Motion to Approve (A) Sale of Life Insurance Policies, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Property of the Estate of Policy Services, Inc and (C) the Form of Notice for the Sale of Property of the Estate of Policy Services, Inc* (the "**Sale Motion**")[2]. Note that at the initial hearing on the Sale Motion, held on March 18, 2022, the Court approved the Sale/Bid Procedures [*See* Order at ECF No. 83]

**TRUSTEE'S WITNESSES:**

Trustee designates the following witnesses:

1. J. Patrick "Pat" Lowe, Chapter 7 Trustee of the jointly administered bankruptcy estates;
2. W. Drew Mallender, Pulman, Cappuccio & Pullen, LLP;
3. Chris Turner, TuYo Holdings, LLC;
4. Gregory Yost, TuYo Holdings, LLC;
5. Any witness called or designated by any other party;
6. Any rebuttal or impeachment witnesses, as necessary; and
7. Any person present at the Hearing (live or via WebEx)

Trustee reserves the right to amend or supplement this list at any time prior to the hearing.

---

[1] The only amendment to the previous list filed as ECF No. 97 is the addition of Exhibit 15

[2] Capitalized terms unless otherwise defined herein shall have the same meaning as ascribed to them in the Sale Motion

{00572797;2}     1

**TRUSTEE'S EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | List of In-Force Life Insurance Policies | | | | |
| 2 | List of Lapsed Life Insurance Policies | | | | |
| 3 | Executed Purchase and Sale Agreement between Trustee and Stalking Horse Bidder | | | | |
| 4 | Proposed Sale of Assets Order – revisions redlined from original proposed order filed with Motion | | | | |
| 5 | Notice of No Competing Bids [ECF No. 95] | | | | |
| 6 | Certificate of Service of Sale Notice and Sale Procedures [ECF No. 88] | | | | |
| 7 | Policy Package 9575 [Protective Life Insurance Company – West Coast Life] A – Ownership & Beneficiary Info B- Declarations Page C- Purchase Agreement (with Policy Services, Inc as Purchaser) | | | | |
| 8 | Policy Package 548 [John Hancock Life Insurance Company] A – Ownership & Beneficiary Info B- Declarations Page C- Purchase Agreement (with Policy Services, Inc as Purchaser) | | | | |
| 9 | Policy Package 287 [John Hancock Life Insurance Company] A – Ownership & Beneficiary Info B- Declarations Page C- Purchase Agreement (with Policy Services, Inc as Purchaser) | | | | |
| 10 | Policy Package 319 [MetLife Investors USA Insurance Company] A – Ownership & Beneficiary Info B- Declarations Page C- Purchase Agreement (with Policy Services, Inc as Purchaser) | | | | |
| 11 | Policy Package 157 [MetLife Investors USA Insurance Company] A – Ownership & Beneficiary Info B- Declarations Page C- Purchase Agreement (with Policy Services, Inc as Purchaser) | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 12 | Policy Package 7116 [Protective Life Insurance Company]<br>A - Ownership & Beneficiary Info<br>B - Declarations Page<br>C - Purchase Agreement (with Policy Services, Inc as Purchaser) | | | | |
| 13 | Policy Package 6790 [Occidental Life Insurance Company of NC]<br>A - Ownership & Beneficiary Info<br>B - Declarations Page<br>C - Purchase Agreement (with Policy Services, Inc as Purchaser) | | | | |
| 14 | Ridley Policy Package 9371 [Protective Life Insurance Company]<br>A - Ownership & Beneficiary Info<br>B - Declarations Page<br>C - Purchase Agreement (with Policy Services, Inc as Purchaser) | | | | |
| 15* | Correspondence from Protective/West Coast Life Insurance dated March 23, 2022 entitled "Acknowledgement of Policy Change" confirming change of ownership of Policy ending 9575 from Policy Services, Inc. to John Patrick Lowe, Chapter 7 Trustee of the Bankruptcy Estate of Policy Services, Inc. | | | | |
| | Any exhibits designated by any other party | | | | |
| | Any rebuttal or impeachment exhibits | | | | |

*Exhibit 15 added on April 8, 2022

Trustee reserve the right to amend or supplement this list at any time prior to the hearing.

**[Remainder of Page Left Intentionally Blank]**

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile


By: */s/ Randall A. Pulman*
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE deeproot CAPITAL MANAGEMENT, LLC ET AL.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document to the following parties requesting notice; a copy of Trustee Exhibit 15 (the added exhibit) will be sent via email to these same parties.

*Via Counsel CM/ECF:*
catherine.curtis@wickphillips.com
;jason.rudd@wickphillips.com
Policy Services, Inc
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

*Via Counsel Via CM/ECF:*
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020
Debtor's Counsel

*Via CM/ECF:* pat.lowe.law@gmail.com
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:*
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Catherine A. Curtis/Jason M. Rudd
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

*Via CM/ECF:*
USTPRegion07.SN.ECF@usdoj.gov
Aubrey.thomas@usdoj.gov
United States Trustee - SA12
US Trustee's Office (Aubrey Thomas)
615 E Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF:* rbattaglialaw@outlook.com
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

*Via CM/ECF:* jpetree@mcslaw.com
Jonathan Petree
McGuire, Craddock & Strother, P.C
500 N. Akard Street Suite 2200
Dallas, TX 75201

*Via CM/ECF:* jdunne@smfadlaw.com
John C Dunne
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF:* bk-cmurphy@oag.texas.gov
Texas Workforce Commission
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

*Via CM/ECF:* pautry@branscomblaw.com
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

*Via CM/ECF:* lmjurek@jureklaw.com
Lynn M. Jurek
The Jurek Law Broup, PLLC
4309 Yoakum Blvd.
Houston, TX 77006

*Randall A. Pulman*
Randall A. Pulman

{00572797;2}            5