#78 Trustee's Motion to Approve (A) Sale of Life Insurance Policies (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Property of the Estate of Policy Services, Inc., and (C) the Form of Notice for the Sale of Property of the Estate of Policy Services, Inc.

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| deeproot Capital Management, LLC. VS. MANY OBJECTORS | | DISTRICT COURT Western (San Antonio) |
|---|---|---|
| PLAINTIFF'S ATTORNEY  Randy Pulman Attorney for Ch. 7 Trustee John Patrick Lowe | DEFENDANT'S ATTORNEY  Lynne M. Jurek | DOCKET NUMBER  21-51523 P-7 |
| | | TRIAL DATE(S)  April 11, 2022 |
| PRESIDING JUDGE  MICHAEL M. PARKER | ELECTRONIC COURT RECORDING OPERATOR  Alma Sosa | COURTROOM DEPUTY  Deanna Castleberry |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| W/1 | | 4/11/22 | ------ | ------ | **John Patrick Lowe** |
| | | | | | **TRUSTEE EXHIBIT'S** |
| 1 | | 4/11/22 | XXXX | 4/11/22 | List of In-Force Life Insurance Policies |
| 2 | | 4/11/22 | XXXX | 4/11/22 | List of Lapsed Life Insurance Policies |
| 3 | | 4/11/22 | XXXX | 4/11/22 | Executed Purchase and Sale Agreement between Trustee and Stalking Horse Bidder |
| 4 | | 4/11/22 | XXXX | 4/11/22 | Proposed Sale of Assets Order – revisions redlined from original proposed order filed with Motion |
| 5 | | 4/11/22 | XXXX | 4/11/22 | Notice of No Competing Bids [ECF No. 95] |
| 6 | | 4/11/22 | XXXX | 4/11/22 | Certificate of Service of Sale Notice and Sale Procedures [ECF No. 88] |
| 7 | | 4/11/22 | XXXX | 4/11/22 | Policy Package 9575 [Protective Life Insurance Company – West Coast Life] A – Ownership & Beneficiary Info B- Declarations Page C- Purchase Agreement (with Policy ervices, Inc as Purchaser) |
| 8 | | 4/11/22 | XXXX | 4/11/22 | Policy Package 548 [John Hancock Life Insurance Company] A – Ownership & Beneficiary Info B- Declarations Page C- Purchase Agreement (with Policy Services, Inc as Purchaser) |
| 9 | | 4/11/22 | XXXX | 4/11/22 | Policy Package 287 [John Hancock Life Insurance Company] A – Ownership & Beneficiary Info B- Declarations Page C- Purchase Agreement (with Policy Services, Inc as Purchaser) |

FILED
APR 11 2022
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

| | | | | | |
|---|---|---|---|---|---|
| 10 | | 4/11/22 | XXXX | 4/11/22 | Policy Package 319 [MetLife Investors USA Insurance Company]<br>A – Ownership & Beneficiary Info<br>B- Declarations Page<br>C- Purchase Agreement (with Policy Services, Inc as Purchaser) |
| 11 | | 4/11/22 | XXXX | 4/11/22 | Policy Package 157 [MetLife Investors USA Insurance Company]<br>A – Ownership & Beneficiary Info<br>B- Declarations Page<br>C- Purchase Agreement (with Policy Services, Inc as Purchaser) |
| 12 | | 4/11/22 | XXXX | 4/11/22 | Policy Package 7116 [Protective Life Insurance Company]<br>A - Ownership & Beneficiary Info<br>B - Declarations Page<br>C - Purchase Agreement (with Policy Services, Inc as Purchaser) |
| 13 | | 4/11/22 | XXXX | 4/11/22 | Policy Package 6790 [Occidental Life Insurance Company of NC]<br>A - Ownership & Beneficiary Info<br>B - Declarations Page<br>C - Purchase Agreement (with Policy Services, Inc as Purchaser) |
| 14A | | 4/11/22 | XXXX | 4/11/22 | Ridley Policy Package 9371 [Protective Life Insurance Company]<br>A - Ownership & Beneficiary Info |
| 14B | | 4/11/22 | XXXX | 4/11/22 | Declarations Page |
| 14C | | 4/11/22 | XXXX | 4/11/22 | Purchase Agreement (with Policy Services, Inc as Purchaser) |
| 15 | | 4/11/22 | XXXX | 4/11/22 | Correspondence from Protective/West Coast Life Insurance dated March 23, 2022 entitled "Acknowledgement of Policy Change" confirming change of ownership of Policy ending 9575 from Policy Services, Inc. to John Patrick Lowe, Chapter 7 Trustee of the Bankruptcy Estate of Policy Services, Inc. |
| | | | | | |
| W/2 | | 4/11/22 | XXXX | 4/11/22 | **W. Drew Mallender** |
| | | | | | |
| W/3 | | 4/11/22 | XXXX | 4/11/22 | **Christopher Turner** |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.