IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| deeproot CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § § | BANKRUPTCY NO. 21-51523-MMP LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| IN RE: | § § | |
| POLICY SERVICES, INC. | § § | BANKRUPTCY NO. 21-51513 |
| DEBTOR. | § | JOINTLY ADMINISTERED |

TRUSTEE'S NOTICE OF CLOSING
OF SALE OF THE PROPERTY OF THE ESTATE OF POLICY SERVICES, INC.

John Patrick Lowe, Chapter 7 Trustee of the Jointly Administered Debtors herein ("**Trustee**") files this *Notice of Closing of Sale of the Property of the Estate of Policy Services, Inc.*

On or about April 11, 2022, the Court conducted a final hearing on the Sale Motion[2], approving the sale of the Assets to the Stalking Horse Bidder, and on April 12, 2022, the Court entered its *Order Authorizing and Approving the Sale of Certain Personal Property* [of the Estate of Policy Services, Inc.] *Free and Clear of All Interests Pursuant to 11 U.S.C. §§ 363(b) and (f)* [ECF No. 103, the "**Sale Order**"].

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot Bonus Growth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

[2] Capitalized Terms shall have the same meaning as those ascribed in the Sale Motion, its Exhibits and/or the Sale Order.

{00573938;1}  – 1 –

Trustee advises that April 14, 2022 is the Closing Date of the Sale of Assets, as the balance of the Purchase Price was received by the Trustee and all other requirements under the Stalking Horse Agreement have been met to the satisfaction of the Trustee and the Stalking Horse Bidder.

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/Randall A. Pulman*
 Randall A. Pulman
 Texas State Bar No. 16393250
 rpulman@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document to the following parties requesting notice.

**Via Counsel CM/ECF:**
catherine.curtis@wickphillips.com
;jason.rudd@wickphillips.com
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

**Via Counsel Via CM/ECF:**
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

**Via CM/ECF: pat.lowe.law@gmail.com**
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

**Via CM/ECF:**
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Catherine A. Curtis/Jason M. Rudd
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

**Via CM/ECF:**
USTPRegion07.SN.ECF@usdoj.gov
Aubrey.thomas@usdoj.gov
United States Trustee - SA12
US TRUSTEE'S OFFICE (Aubrey Thomas)
615 E Houston, Suite 533
San Antonio, TX 78295-1539

**Via CM/ECF: rbattaglialaw@outlook.com**
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, TX 78218

**Via CM/ECF: jpetree@mcslaw.com**
Jonathan Petree
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

**Via CM/ECF: jdunne@smfadlaw.com**
John C. Dunne
SHANNON, MARTIN et al.
1001 McKinney Street #1100
Houston, TX 77002

**Via CM/ECF: bk-cmurphy@oag.texas.gov**
Texas Workforce Commission
c/o Christopher S. Murphy
TEXAS ATTORNEY GENERAL'S OFFICE
PO Box 12548
Austin, TX 78711

**Via CM/ECF: pautry@branscomblaw.com**
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

**Via CM/ECF: lmjurek@jureklaw.com**
Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX 77006

**Via email: RLFuqua@fuqualegal.com**
Richard L. Fuqua
FUQUA & ASSOCIATES, PC
8558 Katy Fwy Ste 119
Houston, TX 77024-1809

*/s/ Randall A. Pulman*
Randall A. Pulman