UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

In Re:                                          §
                                                §
                                                §
Robert Mark Rodriguez                           §
                                                §   Case No.:    21-50834-cag
                 Debtor(s)                       §
                                                §
Simply Natural Harvest, LLC                     §
                 Plaintiff(s)                    §   Adversary No. 21-05108-cag
                                                §
                                                §
                                                §
                                                §
         vs.                                    §
                                                §
Robert Mark Rodriguez                           §
                 Defendant(s)                    §
                                                §

ABSTRACT OF JUDGMENT

In the above entitled and numbered cause, a judgment was rendered in this Court and duly entered, or rendered in another United States Bankruptcy Court and registered herein, on, in favor of

Simply Natural Harvest, LLC, a Delaware limited liability company

against Robert Mark Rodriguez, an individual

in the sum of $ 115,382.68 with interest at the rate of 1.15 % per annum from March 21, 2022 .

Attorney fees have been awarded in the sum of $ 12,638.00

Costs have been taxed by the Clerk of Court in the sum of $ 503.65

Credits reflected by returns on execution in the sum of $

Voluntary credits have been applied in the sum of $

I certify that the foregoing is a true and correct abstract of judgment entered or registered in this Court.

DATED: 05/06/2022

BARRY KNIGHT
CLERK OF COURT

By: _____
Deputy Clerk