| | |
|---|---|
| **PIGEON RIVER LLC**<br>14895 DONOP RD<br>ELMENDORF, TEXAS 78112<br>2106332445 | The Falls City National Bank<br>88-1052/1149<br><br>**15179**<br><br>4/25/2022 |

PAY TO THE ORDER OF: Pat Lowe  $ **261,470.59

Two Hundred Sixty-One Thousand Four Hundred Seventy and 59/100 ************************** DOLLARS

Pat Lowe
2402 East Main Street
Uvalde, TX 78801

MEMO: 232 - Mol Davis Auctions 232 - Doepr (3/14/2022)

Signature: Patty Davis

⑆015179⑆



