**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 21-51523 -MMP |
| Case Name: | DEEPROOT CAPITAL MANAGEMENT, LLC |
| Taxpayer ID No: | *******2638 |
| For Period Ending: | 05/11/22 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******2152 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 151,650,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/10/22 | | SAN ANTONIO WATER SYSTEM | REFUND - ACCOUNT # IR8996243 | 1290-000 | 88.03 | | 88.03 |
| 01/10/22 | | SAN ANTONIO WATER SYSTEM | REFUND - ACCOUNT # IR8996244 | 1290-000 | 111.52 | | 199.55 |
| 01/10/22 | | CPS ENERGY | REFUND - ACCT NO. 3004145405 | 1290-000 | 537.31 | | 736.86 |
| 04/28/22 | | MEL DAVIS AUCTIONS | NET PROCEEDS FROM AUCTION | | 261,470.59 | | 262,207.45 |
| | | MEL T. DAVIS | Memo Amount: ( 29,658.60 )<br>AUCTIONEER'S COMMISSION | 3610-000 | | | |
| | | MEL T. DAVIS | Memo Amount: ( 5,296.64 )<br>AUCTIONEER'S EXPENSES | 3620-000 | | | |
| | | MEL T. DAVIS | Memo Amount: 296,425.83<br>GROSS PROCEEDS - AUCTION | 1129-000 | | | |
| 04/28/22 | | Mel T. Davis<br>P. O. Box 236<br>Elmendorf, TX 78112 | NET PROCEEDS - AUCTION | | 251,388.71 | | 513,596.16 |
| | | MEL T. DAVIS | Memo Amount: 301,771.00<br>GROSS PROCEEDS - AUCTION | 1129-000 | | | |
| | | MEL T. DAVIS | Memo Amount: ( 45,265.65 )<br>AUCTIONEER'S COMMISSION | 3610-000 | | | |
| | | MEL T. DAVIS | Memo Amount: ( 5,116.64 )<br>AUCTIONEER'S EXPENSES | 3620-000 | | | |
| 05/02/22 | 004001 | CVH UNIVERSITY PARK, LP | POST-PETITION RENT THROUGH 04/18/22 PER ORDER DATED 02/09/22, DOCKET NO. 68 ORDER APPROVING MOTION TO CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL PROPERTY OF THE ESTATE BY PUBLIC AUCTION AND TO AUTHORIZE PAYMENT TO AUCTIONEER FROM SALES PROCEEDS DATED 02/09/22, DOCKET NO. 58. | 2410-000 | | 23,000.00 | 490,596.16 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 55.59 | 490,540.57 |

Page Subtotals 513,596.16 23,055.59

LFORM24

Ver: 22.04a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 21-51523 -MMP | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | DEEPROOT CAPITAL MANAGEMENT, LLC | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******2152  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2638 |  |  |
| For Period Ending: | 05/11/22 | Blanket Bond (per case limit): | $ 151,650,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/11/22 |  | MEL DAVIS AUCTIONS | REFUND-OVRPMT OF AUCTIONEER'S FEES REFUND - NOT NEW MONIES. | 3610-000 |  | -15,088.55 | 505,629.12 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 598,196.83 | COLUMN TOTALS | 513,596.16 | 7,967.04 | 505,629.12 |
|  | Memo Allocation Disbursements: | 85,337.53 | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  |  | Subtotal | 513,596.16 | 7,967.04 |  |
|  | Memo Allocation Net: | 512,859.30 | Less:  Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 513,596.16 | 7,967.04 |  |
|  |  |  |  |  | NET | ACCOUNT |
| Total Allocation Receipts: | 598,196.83 |  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 85,337.53 |  | Checking Account (Non-Interest Earn - *******2152 | 513,596.16 | 7,967.04 | 505,629.12 |
| Total Memo Allocation Net: | 512,859.30 |  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  |  |  | 513,596.16 | 7,967.04 | 505,629.12 |
|  |  |  |  | ============ | ============ | ============ |
|  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         -15,088.55

Ver: 22.04a

LFORM24