**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 17, 2022.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § § | BANKRUPTCY NO. 21-51523-MMP LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING**
**TRUSTEE'S MOTION FOR ORDER GRANTING ADDITIONAL TIME TO**
**FILE PROOFS OF CLAIM PURSUANT TO**
**RULE 3004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On this day came on to be heard the *Motion* of John Patrick Lowe, Chapter 7 Trustee for the Jointly Administered Debtors herein ("**Trustee**"), *for Order Granting Additional time to File Proofs of Claim Pursuant to FRBP 3004* ( the "**Motion**"). After considering the pleadings and representation of counsel, and after determining no objections to the Motion were filed, this

---

[1] The Debtors in these administratively consolidated chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot Bonus Growth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

{00575043;1}   1

Court is of the opinion that the Motion should in all things be GRANTED.

It is, therefore, ORDERED that the deadline by which the Trustee may file claims under Rule 3004 is extended to April 21, 2023

# # #

**Order submitted by:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile


**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF *IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL*.**