| Database: | CSG | | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | | Lincoln Harris CSG | | | Date: | 4/12/2022 |
| BLDG: | SILDRV | | | Silicon Drive Office Ventures | | | Time: | 10:03 AM |
| | | | | Period: 05/22 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|

| SILDRV-003595 | | **Deeproot Capital Management, LLC** | | Master Occupant Id: Deeproot-1 | | Day Due: 1 | Delq Day: | 5 | |
| | | Robert J. Mueller | | 100 Current | | Last Payment: | 7/7/2021 | 66,255.08 | |

| Invoice Date | Cat | Category | Src | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2021 | CAM | COMMON AREA MAINT. | CH | 18,730.56 | 0.00 | 0.00 | 0.00 | 0.00 | 18,730.56 |
| 8/1/2021 | RNT | BASE RENT | CH | 47,524.52 | 0.00 | 0.00 | 0.00 | 0.00 | 47,524.52 |
| 8/11/2021 | LAT | LATE FEES | CH | 3,328.63 | 0.00 | 0.00 | 0.00 | 0.00 | 3,328.63 |
| 9/1/2021 | CAM | COMMON AREA MAINT. | CH | 18,730.56 | 0.00 | 0.00 | 0.00 | 0.00 | 18,730.56 |
| 9/1/2021 | RNT | BASE RENT | CH | 47,524.52 | 0.00 | 0.00 | 0.00 | 0.00 | 47,524.52 |
| 9/10/2021 | LAT | LATE FEES | CH | 6,723.08 | 0.00 | 0.00 | 0.00 | 0.00 | 6,723.08 |
| 10/1/2021 | CAM | COMMON AREA MAINT. | CH | 18,730.56 | 0.00 | 0.00 | 0.00 | 0.00 | 18,730.56 |
| 10/1/2021 | RNT | BASE RENT | CH | 47,524.52 | 0.00 | 0.00 | 0.00 | 0.00 | 47,524.52 |
| 10/15/2021 | LAT | LATE FEES | CH | 10,219.61 | 0.00 | 0.00 | 0.00 | 0.00 | 10,219.61 |
| 11/1/2021 | CAM | COMMON AREA MAINT. | CH | 18,730.56 | 0.00 | 0.00 | 0.00 | 0.00 | 18,730.56 |
| 11/1/2021 | RNT | BASE RENT | CH | 47,524.52 | 0.00 | 0.00 | 0.00 | 0.00 | 47,524.52 |
| 11/15/2021 | LAT | LATE FEES | CH | 13,768.35 | 0.00 | 0.00 | 0.00 | 0.00 | 13,768.35 |
| 12/1/2021 | CAM | COMMON AREA MAINT. | CH | 18,730.56 | 0.00 | 0.00 | 0.00 | 0.00 | 18,730.56 |
| 12/1/2021 | RNT | BASE RENT | CH | 47,524.52 | 0.00 | 0.00 | 0.00 | 0.00 | 47,524.52 |
| 12/15/2021 | LAT | LATE FEES | CH | 17,378.33 | 0.00 | 0.00 | 0.00 | 0.00 | 17,378.33 |
| 1/1/2022 | CAM | COMMON AREA MAINT. | CH | 18,730.56 | 0.00 | 0.00 | 0.00 | 0.00 | 18,730.56 |
| 1/1/2022 | RNT | BASE RENT | CH | 47,524.52 | 0.00 | 0.00 | 0.00 | 0.00 | 47,524.52 |
| 1/15/2022 | LAT | LATE FEES | CH | 21,067.74 | 0.00 | 0.00 | 0.00 | 0.00 | 21,067.74 |
| 2/1/2022 | CAM | COMMON AREA MAINT. | CH | 18,730.56 | 0.00 | 0.00 | 0.00 | 18,730.56 | 0.00 |
| 2/1/2022 | RNT | BASE RENT | CH | 47,524.52 | 0.00 | 0.00 | 0.00 | 47,524.52 | 0.00 |
| 2/15/2022 | LAT | LATE FEES | CH | 24,827.51 | 0.00 | 0.00 | 0.00 | 24,827.51 | 0.00 |
| 3/1/2022 | CAM | COMMON AREA MAINT. | CH | 18,730.56 | 0.00 | 0.00 | 18,730.56 | 0.00 | 0.00 |
| 3/1/2022 | RNT | BASE RENT | CH | 47,524.52 | 0.00 | 0.00 | 47,524.52 | 0.00 | 0.00 |
| 3/15/2022 | LAT | LATE FEES | CH | 28,609.94 | 0.00 | 0.00 | 28,609.94 | 0.00 | 0.00 |
| 4/1/2022 | CAM | COMMON AREA MAINT. | CH | 18,730.56 | 0.00 | 18,730.56 | 0.00 | 0.00 | 0.00 |
| 4/1/2022 | RNT | BASE RENT | CH | 48,950.25 | 0.00 | 48,950.25 | 0.00 | 0.00 | 0.00 |
| 5/1/2022 | YOE | PY Recoveries-Op Exp-PM | CH | 56,148.67 | 56,148.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | COMMON AREA MAINT. | | 168,575.04 | 0.00 | 18,730.56 | 18,730.56 | 18,730.56 | 112,383.36 |
| | LAT | LATE FEES | | 125,923.19 | 0.00 | 0.00 | 28,609.94 | 24,827.51 | 72,485.74 |
| | RNT | BASE RENT | | 429,146.41 | 0.00 | 48,950.25 | 47,524.52 | 47,524.52 | 285,147.12 |
| | YOE | PY Recoveries-Op Exp-PM | | 56,148.67 | 56,148.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Deeproot Capital Management, LLC Total:** | | | | 779,793.31 | 56,148.67 | 67,680.81 | 94,865.02 | 91,082.59 | 470,016.22 |
| | CAM | COMMON AREA MAINT. | | 168,575.04 | 0.00 | 18,730.56 | 18,730.56 | 18,730.56 | 112,383.36 |
| | LAT | LATE FEES | | 125,923.19 | 0.00 | 0.00 | 28,609.94 | 24,827.51 | 72,485.74 |
| | RNT | BASE RENT | | 429,146.41 | 0.00 | 48,950.25 | 47,524.52 | 47,524.52 | 285,147.12 |
| | YOE | PY Recoveries-Op Exp-PM | | 56,148.67 | 56,148.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| **BLDG SILDRV Total:** | | | | 779,793.31 | 56,148.67 | 67,680.81 | 94,865.02 | 91,082.59 | 470,016.22 |
| | CAM | COMMON AREA MAINT. | | 168,575.04 | 0.00 | 18,730.56 | 18,730.56 | 18,730.56 | 112,383.36 |
| | LAT | LATE FEES | | 125,923.19 | 0.00 | 0.00 | 28,609.94 | 24,827.51 | 72,485.74 |
| | RNT | BASE RENT | | 429,146.41 | 0.00 | 48,950.25 | 47,524.52 | 47,524.52 | 285,147.12 |
| | YOE | PY Recoveries-Op Exp-PM | | 56,148.67 | 56,148.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Grand Total:** | | 779,793.31 | 56,148.67 | 67,680.81 | 94,865.02 | 91,082.59 | 470,016.22 |

# Exhibit 2