

April 27, 2022

Andrew Zaragoza
Lincoln Harris
525 Oak Centre
San Antonio, TX 78258
210-495-2188 – Phone

**Subject: 12621 Silicon Dr – Haul Off**

**Mr. Zaragoza,**

Lone Star Waterproofing & Restoration, LLC. proposes to furnish labor, material and any needed equipment to complete the following scope of work:

*To Remove All Remaining Items in Facility and Clean Exterior Trash Piles, Shown by Engineer*

*SubTotal - $2,875.00, plus applicable taxes* **(Total - $3,112.19)**

**Attention:** Proposal is good for 30 days from date of proposal.

Respectfully submitted,

*Susan Miller*

Susan Miller


**Accepted by: _____ Date: _____**