**GFS Industries, LLC**
24165 IH10 West, Suite 217
San Antonio, TX  78257 US
gary@gfsindustries.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Lincoln Harris CSG – Healthcare Group<br>12621 Silicon Dr<br>San Antonio, TX  78249 | Lincoln Harris CSG – Healthcare Group<br>12621 Silicon Dr<br>San Antonio, TX  78249 | **INVOICE #** 10912<br>**DATE** 04/20/2022<br>**DUE DATE** 05/20/2022<br>**TERMS** Net 30 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Deep Cleaning** | One Time cleaning: Vacuum and Deep cleaning. Approx  42,000 | 1 | 750.00 | 750.00T |

|  |  |
|---|---|
| SUBTOTAL | 750.00 |
| TAX | 61.88 |
| TOTAL | 811.88 |
| BALANCE DUE | **$811.88** |

**Exhibit 4**