**IT IS HEREBY ADJUDGED and DECREED that the
below described is SO ORDERED.**

**Dated:**

MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **deeproot CAPITAL MANAGEMENT, LLC** § | Case No. 21-51523-mmp | |
| § | | |
| § | | |
| **Debtor.** § | | **(Chapter 7)** |

**ORDER GRANTING
MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

The Court has considered the Motion for Payment of Administrative Expense of Silicon Drive Office Venture, LLC ("Motion"). Due and adequate notice of the Motion having been given, this Court finds that the relief requested in the Motion is warranted and should be granted.

IT IS HEREBY ORDERED THAT

1. Trustee is directed to pay Silicon Drive Office Venture, LLC $249,709.04 for the Rent necessary repairs and cleaning of the Premises under the Lease.

**Order submitted by:**:

SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE
A Professional Corporation

By /s/ John C. Dunne
      John C. Dunne
      State Bar No. 00787405
1001 McKinney Street, Suite 1100
Houston, TX 77002
(713) 646-5559 (Phone)
(713) 752-0337 (Fax)
E-mail: jdunne@smfadlaw.com

**COUNSEL FOR SILICON DRIVE OFFICE VENTURE, LLC**

OF COUNSEL:

SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE
A Professional Corporation
1001 McKinney Street, Suite 1100
Houston, Texas 77002
(713) 646-5500 (Tel.)
(713) 752-0337 (Fax)

G:\Client Folders\2401\0001\Bankruptcy Pleadings\Order-Mtn for Payment of Admin Expense.docx