**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 07, 2022.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.[1], | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING**
**TRUSTEE'S UNOPPOSED MOTION TO CONTINUE JUNE 14, 2022 HEARING ON**
**SILICON DRIVE OFFICE VENTURE, LLC'S**
**MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES**
**[RELATING TO DOCKET NOS. 116, 117]**

---

[1] The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**". Each debtor entity is "**Debtor**" and collectively, "**Debtors**".

On this day came to be heard John Patrick Lowe's ("**Trustee**") *Unopposed Motion to Continue June 14, 2022 Hearing on Silicon Drive Office Venture, LLC's Motion for Payment of Administrative Expenses [Relating to Docket Nos. 116, 117] (*the "**Motion to Continue**") requesting a continuance of the June 14, 2022 hearing on *Silicon Drive Office Venture, LLC's Motion for Payment of Administrative Expenses* [Dkt. No. 116] (the "**Motion**").  After considering the pleadings and representation of counsel, this Court is of the opinion that the Motion to Continue should in all things be GRANTED.

IT IS, THEREFOERE, ORDERED that the June 14, 2022 **Hearing on the Motion shall be continued to June 28, 2022 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas 78205.**

Trustee's counsel shall be responsible for filing and serving notice of the continued hearing.

# # #

Submitted by:

Randall A. Pulman
Texas State Bar No. 16393250
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED BANKRUPTCY ESTATE OF DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.**