**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 08, 2022.**



_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § § | BANKRUPTCY NO. 21-51523-MMP LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING**
**FIRST INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE FOR THE TIME PERIOD OF DECEMBER 15, 2021 TO APRIL 30, 2022**

Came on for consideration the *First Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of December 15, 2021 to April 30, 2022* ("**First Interim Application**"). The Court has considered

---

1 The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

the First Interim Application and finds that the fees and expenses represent reasonable compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the First Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the First Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the First Interim Application have been resolved by this Order or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** that the First Interim Application pursuant to 11 U.S.C. § 330 is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the fees in connection with the legal services described in the First Interim Application are allowed. All interim fees in the amount of $226,982.50 and all expenses in the amount of $28,952.54, for the allowance of a total of $255,35.04 in hourly fees and costs, shall be an administrative expense of the respective Bankruptcy Estates[2] as outlined in the First Interim Application.

**IT IS FURTHER ORDERED** the Trustee is authorized to immediately pay PC&P in connection with the hourly services provided, fees and expenses totaling $255,935.04 from the specific Bankruptcy Estate accounts, , as designated in the chart attached hereto as <u>Exhibit 1</u>.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

### 

---

[2] Capitalized terms shall have the meaning ascribed to them in the First Interim Application.

**Submitted by:**
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINSIERED
BANKRUPTCY ESTATES OF deeproot CAPITAL
MANAGEMENT, LLC,** *ET AL.*

# EXHIBIT 1

| | deeproot Capital Management, LLC | Policy Services, Inc. | Wizard Mode Media, LLC | deeproot Pinball, LLC | deeproot Growth Runs Deep Fund, LLC | deeproot 575 Fund, LLC | deeproot 3 Year Bonus Income Debenture Fund, LLC | deeproot Tech, LLC | deeproot Funds, LLC | deeproot Studios, LLC | deeproot 5 Year Bonus Income Debenture Fund, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Main Case** | $24,869.35 | $140,203.30 | $4,199.35 | $4,199.35 | $8,683.60 | $8,683.60 | $4,199.35 | $4,199.35 | $8,683.60 | $4,199.35 | 4199.345455 |
| **SEC Matter** | $0.00 | $16,626.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,578.00 | $0.00 | 0 |
| **CCW Matter** | $0.00 | $5,072.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $212.50 | $0.00 | $0.00 |
| **Ohana Matter** | $0.00 | $1,662.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 |
| **Expenses** | $2,355.24 | $26,597.30 | | | | | | | | | |
| **Totals** | $27,224.59 | $190,162.10 | $4,199.35 | $4,199.35 | $8,683.60 | $8,683.60 | $4,199.35 | $4,199.35 | $10,474.10 | $4,199.35 | $4,199.35 |