

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 08, 2022.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING
FIRST INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF DECEMBER 15, 2021 TO APRIL 30, 2022**

Came on for consideration the *First Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of December 15, 2021 to April 30, 2022* ("**First Interim Application**"). The Court has considered

---

1 The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

the First Interim Application and finds that the fees and expenses represent reasonable compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the First Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the First Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the First Interim Application have been resolved by this Order or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** that the First Interim Application pursuant to 11 U.S.C. § 330 is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the fees in connection with the legal services described in the First Interim Application are allowed. All interim fees in the amount of $226,982.50 and all expenses in the amount of $28,952.54, for the allowance of a total of $255,35.04 in hourly fees and costs, shall be an administrative expense of the respective Bankruptcy Estates[2] as outlined in the First Interim Application.

**IT IS FURTHER ORDERED** the Trustee is authorized to immediately pay PC&P in connection with the hourly services provided, fees and expenses totaling $255,935.04 from the specific Bankruptcy Estate accounts, , as designated in the chart attached hereto as <u>Exhibit 1</u>.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

---

2  Capitalized terms shall have the meaning ascribed to them in the First Interim Application.

**Submitted by:**
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINSIERED BANKRUPTCY ESTATES OF DEEPROOT CAPITAL MANAGEMENT, LLC,** *ET AL.*

# EXHIBIT 1

*In re deeproot Capital Management, et al.*

| | deeproot Capital Management, LLC | Policy Services, Inc. | Wizard Mode Media, LLC | deeproot Pinball, LLC | deeproot Growth Runs Deep Fund, LLC | deeproot 575 Fund, LLC | deeproot 3 Year Bonus Income Debenture Fund, LLC | deeproot Tech, LLC | deeproot Funds, LLC | deeproot Studios, LLC | deeproot 5 Year Bonus Income Debenture Fund, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Main Case | $24,869.35 | $140,203.30 | $4,199.35 | $4,199.35 | $8,683.60 | $8,683.60 | $4,199.35 | $4,199.35 | $8,683.60 | $4,199.35 | 4199.345455 |
| SEC Matter | $0.00 | $16,626.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,578.00 | $0.00 | 0 |
| CCW Matter | $0.00 | $5,072.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $212.50 | $0.00 | $0.00 |
| Ohana Matter | $0.00 | $1,662.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 |
| Expenses | $2,355.24 | $26,597.30 | | | | | | | | | |
| Totals | $27,224.59 | $190,162.10 | $4,199.35 | $4,199.35 | $8,683.60 | $8,683.60 | $4,199.35 | $4,199.35 | $10,474.10 | $4,199.35 | $4,199.35 |

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-51523-mmp |
| deeproot Capital Management, LLC | Chapter 7 |
| deeproot Capital Management, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 09, 2022 | Form ID: pdfintp | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| aty | + | Pulman Cappuccio & Pullen, LLP, c/o Randall A. Pulman, 2161 NW Military Hwy., Suite 400, San Antonio, TX 78213-1844 |
| cr | + | Beverly O'Neal, 18940 Columbus Mill Dr, New Caney, TX 77357-2076 |
| cr | | Brenda E. Jennings, P.O. Box 14693, Houston, TX 77221-4693 |
| cr | + | CCW Braun Heights, LLC, 22809 Citron Circle, San Antonio, TX 78260-7728 |
| cr | + | Carrie Blair, 1171 E FM 193, Afton, TX 79220-4900 |
| cr | + | Clara Dean, 375 Private Road 7135, Colmesneil, TX 75938-5427 |
| cr | + | Cliff Conrad, 22809 Citron Circle, San Antonio, TX 78260-7728 |
| cr | + | Clyde R. and Shirley Watson, 2209 Westside Dr., Deer Park, TX 77536-3945 |
| intp | + | Cynthia E. Bryant, 3419 Justinian, Jefferson, IN 47130-8629 |
| cr | + | David and Paula Burke, 2914 East Lake Falls Circle, Spring, TX 77386-2904 |
| cr | + | Donald W. Cook, 6243 Settlers Lake Cir E, Katy, TX 77449-2061 |
| cr | + | Helene Cook, 6243 Settlers Lake Circle East, Katy, TX 77449-2061 |
| cr | + | Jack S. and Shirley Daniel, 2214 Killarney Ln, Deer Park, TX 77536-4060 |
| cr | + | Jacquelin A. Peters-Farrar, 510 Call Ct., New Baden, IL 62265-2001 |
| cr | + | James O'Neal, 18940 Columbus Mill Dr, New Caney, TX 77357-2076 |
| cr | + | JoAnn Wells, Trustee Wells Trust, 2495 Sawdust Rd, Apt 2415, The Woodlands, TX 77380-3384 |
| cr | + | Judith L Werner Ttee Judith L. Werner RLT, 81 Elkins LK, Huntsville, TX 77340-7302 |
| cr | + | Karen Ready, 1927 Topside Court, Crosby, TX 77532-5004 |
| cr | + | Kim Marchwicki, 9603 Boerne Spring, Boerne, TX 78006-9394 |
| intp | + | Lawson C. Horner, III, 3700 E. Williams Field, #1096, Gilbert, AZ 85295-1150 |
| cr | + | Mary B. Summy, 125 Culbertson Loop, Livingston, TX 77351-5981 |
| cr | + | Mary G. Marquis, 14019 SW Fwy, Ste 301, Box 163, Sugar Land, TX 77478-3551 |
| intp | + | Mel T. Davis, P.O. Box 236, Elmendorf, TX 78112-0236 |
| cr | + | Pauline Rubin, 11123 Renwick Dr., Houston, TX 77096-6138 |
| cr | + | Philip J. Erdmann, 18319 Glenn Haven Estates Drive, Houston, TX 77379-2769 |
| jaddb | #+ | Policy Services, Inc., 12621 Silicon Dr., San Antonio, TX 78249-3447 |
| cr | | Richard T. Jennings, P.O. Box 14693, Houston, TX 77221-4693 |
| cr | + | Roberta L. Erdmann, 18319 Glenn Haven Estates Dr., Spring, TX 77379-2769 |
| cr | + | Silicon Drive Office Venture, LLC, c/o SMFAD Law, 1001 McKinney Street, Suite 1100, Houston, TX 77002-6424 |
| jaddb | #+ | Wizard Mode Media, LLC, 12227 S Business Park Dr, Suite 130, Draper, UT 84020-6515 |
| jaddb | #+ | deeproot 3 Year Bonus Income Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot 575 Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot BonusGrowth 5 Year Debenture Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Funds, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Growth Runs Deep Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Pinball, LLC, 12621 Silicon Dr., San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Studios, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Tech, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |

TOTAL: 39

21-51523-mmp Doc#126 Filed 06/11/22 Entered 06/11/22 23:19:47 Imaged Certificate of Notice Pg 7 of 10

| District/off: 0542-5 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: pdfintp | Total Noticed: 40 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bcd@oag.texas.gov | Jun 09 2022 22:15:00 | Texas Workforce Commission, Christopher S.Murphy, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jaddb | *+ | deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| cr | ##+ | Judy Marsolan, 1133 E Hawkins Parkway, Apt. 142, Longview, TX 75605-8051 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Craig Hale | on behalf of Creditor Draper 5 LLC achale@halewoodlaw.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, |

21-51523-mmp Doc#126 Filed 06/11/22 Entered 06/11/22 23:19:47 Imaged Certificate of Notice Pg 8 of 10

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 5 |
| Date Rcvd: Jun 09, 2022 | Form ID: pdfintp | Total Noticed: 40 |

brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Pinball LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis

on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Christopher S. Murphy

on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov sherri.simpson@oag.texas.gov

Don Stecker

on behalf of Creditor Bexar County don.stecker@lgbs.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of JointAdmin Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd

on behalf of Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

21-51523-mmp Doc#126 Filed 06/11/22 Entered 06/11/22 23:19:47 Imaged Certificate of Notice Pg 9 of 10

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 4 of 5 |
| Date Rcvd: Jun 09, 2022 | Form ID: pdfintp | Total Noticed: 40 |

Jason M. Rudd
    on behalf of Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

John C. Dunne
    on behalf of Creditor Silicon Drive Office Venture LLC jdunne@smfadlaw.com, ereddick@smfadlaw.com

John Patrick Lowe
    pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Jonathan Petree
    on behalf of Creditor CVH University Park LP jpetree@mcslaw.com

Lynne M Jurek
    on behalf of Creditor JoAnn Wells Trustee Wells Trust lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Mary G. Marquis lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor David and Paula Burke lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Judith L Werner Ttee Judith L. Werner RLT lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Helene Cook lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Brenda E. Jennings lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Karen Ready lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Clara Dean lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Jack S. and Shirley Daniel lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Jacquelin A. Peters-Farrar lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Judy Marsolan lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Philip J. Erdmann lmjurek@jureklaw.com

Lynne M Jurek

| | |
|---|---|
| | on behalf of Creditor Donald W. Cook lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Roberta L. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Clyde R. and Shirley Watson lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Richard T. Jennings lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Mary B. Summy lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Pauline Rubin lmjurek@jureklaw.com |
| Patrick H. Autry | |
| | on behalf of Interested Party TuYo Holdings LLC pautry@branscomblaw.com, waspcreek@gmail.com;slee@branscomblaw.com |
| Randall A. Pulman | |
| | on behalf of Trustee John Patrick Lowe rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Raymond W. Battaglia | |
| | on behalf of Creditor CCW Braun Heights LLC rbattaglialaw@outlook.com |
| Raymond W. Battaglia | |
| | on behalf of Creditor Conrad Car Wash Inc. rbattaglialaw@outlook.com |
| Raymond W. Battaglia | |
| | on behalf of Creditor Susan Conrad Trust rbattaglialaw@outlook.com |
| Raymond W. Battaglia | |
| | on behalf of Creditor Cliff Conrad rbattaglialaw@outlook.com |
| United States Trustee - SA12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 74