**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 23, 2022.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**AGREED ORDER APPROVING PAYMENT OF ADMINISTRATIVE EXPENSES
OF SILICON DRIVE OFFICE VENTURE, LLC
[RELATING TO DKT. NO. 116]**

The Court has considered the *Motion for Payment of Administrative Expenses* of Silicon Drive Office Venture, LLC (the "**Motion**"). The Court, having considered the Motion and the agreement of the parties, finds that

---

[1] The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, the "**Bankruptcy Estates**".

(i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (iv) good and sufficient cause exists for the granting of the relief as set forth herein

IT IS THEREFORE ORDERED that the expenses of Silicon Drive Office Ventures, LLC ("**Landlord**") for (i) Rent[2] from December 9, 2021 through March 31, 2022, (ii) the disposal of property, trash and debris, and (iii) necessary repairs and cleaning of the Premises, are allowed in the total amount of $212,500.00, and shall be an administrative expense of the Bankruptcy Estate of deeproot Capital Management, LLC.

IT IS FURTHER ORDERED that the Trustee is authorized to immediately pay to Landlord the total amount of $212,500.00, from the Bankruptcy Estate account of deeproot Capital Management, LLC.

IT IS FURTHER ORDERED that Silicon Drive Office Venture, LLC waives any other claim for post-petition administrative expenses in any of the jointly administered bankruptcy cases.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

---

[2] Capitalized terms, unless otherwise defined herein, shall have the meaning ascribed to them in the Motion.

**AGREED:**

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
    Randall A. Pulman
    Texas State Bar No. 16393250

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED BANKRUPTCY ESTATE OF DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.**


**SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, PC**
1001 McKinney St., Suite 1100
Houston, Texas 77002
(713) 646-5500 Telephone
(713) 752-0337 Facsimile

By: */s/ John C. Dunne [WITH PERMISSION]*
    John C. Dunne – OF COUNSEL
    Texas State Bar No. 00787405

**ATTORNEYS FOR SILICON DRIVE OFFICE VENTURE, LLC**