

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 28, 2022.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.[1], | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING TRUSTEE'S *NUNC PRO TUNC*[2] APPLICATION TO EMPLOY GREG T. MURRAY, P.L.L.C. AS ACCOUNTANT**

---

[1] The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re:Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**". Each debtor entity is "**Debtor**" and collectively, "**Debtors**".

[2] Trustee's counsel notes the recent Supreme Court ruling relating to the issuance of Nunc Pro Tunc Orders, *Roman Catholic Archdiocese of San Juan, Puerto Rico v Acevedo, et al.*, 140 S.Ct. 696 (2020), as well as the recent ruling by Chief United States Bankruptcy Judge Craig A. Gargotta in *In Re: Leroy Ramirez*, Case No. 13-52576-cag, United States Bankruptcy Court for the Western District of Texas, San Antonio Division, Dkt. #93; however, this District's Local Rules still reference "*nunc pro tunc*" employment applications, *see* LR 9014(c), so that term is used in the Application.

{00580759;1}

Came on for consideration the *Trustee's Nunc Pro Tunc Application to Employ Greg T. Murray, P.L.L.C. as Accountant* (the "**Application**").[3] Based on the representations made in the Application and in the supporting *Unsworn Declaration under Penalty of Perjury of Greg T. Murray in support of Trustee's Application to Employ Greg T. Murray, P.L.L.C. as Accountant* (the "**Murray Declaration**"), the Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application approving the employment of Greg T. Murray, P.L.L.C. (the "**Firm**") is in the best interest of the Debtors, their respective Bankruptcy Estates and the creditors; (iv) the Firm holds no interest adverse to the Bankruptcy Estates and is a disinterested person under 11 U.S.C. § 101(4); (v) proper and adequate notice of the Application has been given and no further notice is necessary; (vi) no objections to the Application have been filed; (vii) the Firm is qualified to be employed as an accountant to Trustee —to perform work as described in the Application for the Trustee relating to the eleven jointly administered Bankruptcy Estates—pursuant to sections 327 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016; and (viii) based upon the record herein, after due deliberation, good and sufficient cause exists for the granting of the Application in all respects.

**IT IS, THEREFORE, ORDERED** that pursuant to section 327(a) of the Bankruptcy Code, the Trustee is authorized to employ the Firm as his accountant, *Nunc Pro Tunc* effective as of January 3, 2022, in accordance with the terms described in the Application and this Order, and to perform the services described therein.

**IT IS FURTHER ORDERED** that if any supplemental declarations or affidavits are filed and served after entry of this Order, absent any objections within 21 days after the filing and service

---

[3] Capitalized terms unless otherwise defined herein shall have the meaning as ascribed to them in the Application.

{00580759;1}

of such supplemental declarations or affidavits, the Firm's employment shall continue as authorized pursuant to this Order.

**IT IS FURTHER ORDERED** that the Firm shall be compensated upon appropriate application in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the Bankruptcy Local Rules.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

Submitted by:
Randall A. Pulman
Texas State Bar No. 16393250
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY
ADMINISTERED BANKRUPTCY ESTATE OF
DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.

{00580759;1} 3

United States Bankruptcy Court

Western District of Texas

In re: Case No. 21-51523-mmp
deeproot Capital Management, LLC Chapter 7
deeproot Capital Management, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0542-5     User: admin     Page 1 of 4
Date Rcvd: Jul 28, 2022     Form ID: pdfintp     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Pulman Cappuccio & Pullen, LLP, c/o Randall A. Pulman, 2161 NW Military Hwy., Suite 400, San Antonio, TX 78213-1844 |
| intp | + | Cynthia E. Bryant, 3419 Justinian, Jefferson, IN 47130-8629 |
| intp | + | Greg Murray, 1503 Tarton Lane, San Antonio, TX 78231-2427 |
| intp | + | Jason McKinnie, McKinnie & Paul, PLLC, 8610 N. New Braunfels Ave.,, Suite 320, San Antonio, TX 78217-6358 |
| intp | + | Lawson C. Horner, III, 3700 E. Williams Field, #1096, Gilbert, AZ 85295-1150 |
| intp | + | Mel T. Davis, P.O. Box 236, Elmendorf, TX 78112-0236 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Craig Hale | on behalf of Creditor Draper 5 LLC achale@halewoodlaw.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |

21-51523-mmp Doc#134 Filed 07/30/22 Entered 07/30/22 23:19:00 Imaged Certificate of Notice Pg 5 of 7

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdfintp | Total Noticed: 6 |

| | |
|---|---|
| Catherine A. Curtis | on behalf of Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Pinball LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Christopher S. Murphy | on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov sherri.simpson@oag.texas.gov |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, |

21-51523-mmp Doc#134 Filed 07/30/22 Entered 07/30/22 23:19:00 Imaged Certificate of Notice Pg 6 of 7

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdfintp | Total Noticed: 6 |

| | |
|---|---|
| | brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| John C. Dunne | |
| | on behalf of Creditor Silicon Drive Office Venture LLC jdunne@smfadlaw.com, ereddick@smfadlaw.com |
| John Patrick Lowe | |
| | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Jonathan Petree | |
| | on behalf of Creditor CVH University Park LP jpetree@mcslaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Brenda E. Jennings lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Karen Ready lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Clara Dean lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Jack S. and Shirley Daniel lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Jacquelin A. Peters-Farrar lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Judy Marsolan lmjurek@jureklaw.com |

21-51523-mmp Doc#134 Filed 07/30/22 Entered 07/30/22 23:19:00 Imaged Certificate of Notice Pg 7 of 7

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdfintp | Total Noticed: 6 |

| | |
|---|---|
| Lynne M Jurek | on behalf of Creditor Philip J. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Donald W. Cook lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Roberta L. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Clyde R. and Shirley Watson lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Richard T. Jennings lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Mary B. Summy lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Pauline Rubin lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor JoAnn Wells Trustee Wells Trust lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Mary G. Marquis lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor David and Paula Burke lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Judith L Werner Ttee Judith L. Werner RLT lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Helene Cook lmjurek@jureklaw.com |
| Patrick H. Autry | on behalf of Interested Party TuYo Holdings LLC pautry@branscomblaw.com, waspcreek@gmail.com;slee@branscomblaw.com |
| Randall A. Pulman | on behalf of Trustee John Patrick Lowe rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Raymond W. Battaglia | on behalf of Creditor Conrad Car Wash Inc. rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Susan Conrad Trust rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Cliff Conrad rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor CCW Braun Heights LLC rbattaglialaw@outlook.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 74