UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot Capital Management, | § | Case No. 21-51523-mmp |
| LLC, et. al.[1], | § | Chapter 7 |
| | § | |
| Debtors | § | Jointly Administered |

## Supplemental Report of Sale of Assets

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe, the Trustee in this case, and makes and files this Supplemental Report by right of the provisions of Federal Rule of Bankruptcy Procedure 6004(f)(1), and in support thereof respectfully represents to the Court as follows:

**1.**

On February 9, 2022, the Court signed its Order Approving Motion of Chapter 7 Trustee for Authorization to Sell Property of the Estate by Public Auction and to Authorize Payment to Auctioneer from Sales Proceeds, number 68 on the docket. That Order authorizes the Trustee to sell the assets through an auction conducted by Mel T. Davis, the auctioneer for the estate.

**2.**

Most of the assets were sold in April of 2022. But additional assets were sold recently.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizars Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot Bonus Growth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

**3.**

The Trustee received from the most recent sale net proceeds of $1,121.00, which were deposited into the trust account for this case.

**4.**

Copies of the auctioneer's check #15307 in the amount of $1,121.00, Consignor Settlement and Form 2 (Estate Cash Receipts and Disbursements Record) are attached to this Report.

**4.**

The Trustee has deposited the net sales proceeds into the trust account for this case.

SIGNED this 9th day of August 2022.

Respectfully submitted,

_____
John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Supplemental Report of Sale of Assets has been served on the following parties by First Class mail, postage prepaid; by the CM/ECF system; or by electronic mail on this the 9th day of August 2022:

**Debtors:**

deeproot Capital Management, LLC, et. al.[1]
12621 Silicon Dr.
San Antonio, TX 78249

**Debtors' Attorney:**

Catherine A. Curtis
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
**BY THE CM/ECF SYSTEM ONLY**

**United States Trustee:**

Kevin M. Epstein
United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78295-1601
**BY THE CM/ECF SYSTEM ONLY**



_____
Patrick Lowe