# Consignor Settlement

**Mel Davis Auctions**
PO Box 236
14895 Donop Road
Elmendorf, TX 78112
Phone: 1-210-633-2445

| | |
|---|---|
| CO #: | 1909 |
| Date: | 8/4/2022 |
| Page: | 1 |

### Consignor: LOWE
Pat Lowe
Pat Lowe 237
2402 East Main Street
Uvalde, TX 78801
Phone:830-407-5117

Auction: MEL DAVIS AUCTIONS 237

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 41 | 3 Conference Chairs | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5150 Robert Salas<br>503 elizabeth st<br>uvalde, TX 78801<br>Phone: | 20.00 |
| 42 | 2 Office Chairs | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5033 Ramiro Reyes<br>Rams Weatherization & Const Llc<br>14911 Pearl Woods<br>San Antonio, TX 78249<br>Phone: | 70.00 |
| 44 | 5 Small Filing Cabinets | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5136 andrew shoemaker<br>1989<br>1310 4th st<br>floresville, TX 78114<br>Phone. | 40.00 |
| 45 | Torch Dolly | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5145 JESSE GONZALEZ<br>Texaloy<br>1146 Eagle Creek Dr<br>Floresville, TX 78114<br>Phone: | 65.00 |
| 46 | Office Desk 2ftX5ft | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5048 Josue Cruz-Lambert<br>N/a<br>13319 Lobelia St<br>San Antonio, TE 78232<br>Phone: | 10.00 |
| 47 | Office Desk 2ftX5ft | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5048 Josue Cruz-Lambert<br>N/a<br>13319 Lobelia St<br>San Antonio, TE 78232<br>Phone | 10.00 |

**Consignor Settlement**

**Mel Davis Auctions**
PO Box 236
14895 Donop Road
Elmendorf, TX 78112
Phone: 1-210-633-2445

| | |
|---|---|
| CO #: | 1909 |
| Date: | 8/4/2022 |
| Page: | 2 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 48 | Lift Table 70inX29in | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5048 Josue Cruz-Lambert<br>N/a<br>13319 Lobelia St<br>San Antonio, TE 78232<br>Phone: | 30.00 |
| 49 | Lift Table 70inX29in | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5166 Igor Popov<br>235 East Lullwood<br>San Antonio, TX 78212<br>Phone: | 45.00 |
| 51 | Pin Ball Frame | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5115 Kevin Vest<br>221 Hickory Run<br>La Vernia, TX 78121<br>Phone | 10.00 |
| 52 | Pallet Of Metal Shelving | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5095 Abdallah Omar<br>8431 timberbriar<br>San Antonio, TX 78250<br>Phone: | 230.00 |
| 66 | Large Outlet Table | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5133 Rudy Contreras<br>3139 La Violeta<br>San Antonio, TX 78211<br>Phone: | 40.00 |
| 67 | Brute 50 Gallon Trash Can | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5020 Kenneth Clark<br>Of plumbing<br>1111 forest trail<br>new braunfels, TX 78132<br>Phone | 30.00 |
| 68 | Brute 50 Gallon Trash Can | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5020 Kenneth Clark<br>Of plumbing<br>1111 forest trail<br>new braunfels, TX 78132<br>Phone | 30.00 |
| 346 | Hydraulic Pallet Lift Platform On Pallet | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5059 Corey Connolly<br>127 Encino Grande<br>San Antonio, TX 78232<br>Phone: | 300.00 |

# Consignor Settlement

**Mel Davis Auctions**
PO Box 236
14895 Donop Road
Elmendorf, TX  78112
Phone: 1-210-633-2445

| CO #: | 1909 |
|---|---|
| Date: | 8/4/2022 |
| Page: | 3 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 347 | Box Of Flexible Ducting | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5070 Alfonso Rodriguez<br>9003 Cypressdasle DR<br>San Antonio tx, TX 78524<br>Phone. | 10.00 |
| 348 | Assorted Network Cables (Cart Not Included) | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5043 Donald Bell<br>DRC metal works<br>118 Country Oaks Dr.<br>La Vernia, TX 78121<br>Phone | 25.00 |
| 349 | Tool Crib Cage, Gate & Frame | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5131 Samuel Trevino<br>26254 Altas Palmas<br>Harlingen, TX 78552<br>Phone | 85.00 |
| 350 | Pallet Of Metal Pipes | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5006 Jerry Wood<br>Texas Cactus Ranch<br>PO Box 8<br>Poteet, TX 78065<br>Phone. | 155.00 |
| 351 | Assorted Pinball T-Shirts Assorted Sizes | 7/6/2022 | Invoice Sale Price(Qty=1)<br>#5171 Josh Boerman<br>1425 51st St<br>Apt E6<br>Brooklyn, NY 11219<br>Phone: | 80.00 |
|  |  | 7/15/2022 | CO Expense - ADVERTISING | ( 35.50) |
|  |  | 8/4/2022 | Payment to Consignor - Check # 0 | ( 1,121.00) |

|  |  |
|---|---|
| Total Quantity: | 19.00 |
| Total Invoice Sale Price: | 1,285.00 |
| Total Expenses: | ( 35.50) |
| Total Commission: | ( 128.50) |
| Total Due to Consignor: | 1,121.00 |
| Total Payments: | ( 1,121.00) |
| Balance: | $0.00 |

Inventory Remaining For This Consignment Order

# Consignor Settlement

**Mel Davis Auctions**
**PO Box 236**
**14895 Donop Road**
**Elmendorf, TX 78112**
**Phone: 1-210-633-2445**

| CO #: | 1909 |
|---|---|
| Date: | 8/4/2022 |
| Page: | 4 |

## COMMISSION SETTINGS

Calculate Commission By: Each
Commission Structure Type: Sliding Scale

| | |
|---|---|
| Up to $0 | 10% |
| Up to $500 | 10% |
| $500.01 - $5,000 | 10% |
| Over $5,000 | 10% |

## BUY BACK SETTINGS

Calculate Buy Back By: Each
Buy Back Structure Type: Incremental

| | |
|---|---|
| Up to $200 | $5 |
| Over $200 | 5% |