FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 21-51523 -MMP | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | DEEPROOT CAPITAL MANAGEMENT, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******2152 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2638 | | |
| For Period Ending: | 08/08/22 | Blanket Bond (per case limit): | $ 151,650,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/10/22 | 1 | SAN ANTONIO WATER SYSTEM | REFUND - ACCOUNT # IR8996243 | 1129-000 | 88.03 | | 88.03 |
| 01/10/22 | 1 | SAN ANTONIO WATER SYSTEM | REFUND - ACCOUNT # IR8996244 | 1129-000 | 111.52 | | 199.55 |
| 01/10/22 | 1 | CPS ENERGY | REFUND - ACCT NO. 3004145405 | 1129-000 | 537.31 | | 736.86 |
| 04/28/22 | | MEL DAVIS AUCTIONS | NET PROCEEDS FROM AUCTION | | 261,470.59 | | 262,207.45 |
| | | | ORDER AUTHORIZING MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL PROPERTY OF THE ESTATE BY PUBLIC AUCTION AND TO AUTHORIZE PAYMENT TO AUCTIONEER FROM SALES PROCEEDS DATED 02/09/22, DOCKET NO. 68. | | | | |
| | | MEL T. DAVIS | Memo Amount:   (    29,658.60 )  AUCTIONEER'S COMMISSION | 3610-000 | | | |
| | | MEL T. DAVIS | Memo Amount:   (     5,296.64 )  AUCTIONEER'S EXPENSES | 3620-000 | | | |
| | 6 | MEL T. DAVIS | Memo Amount:        296,425.83  GROSS PROCEEDS - AUCTION | 1229-000 | | | |
| 04/28/22 | | Mel T. Davis P. O. Box 236 Elmendorf, TX 78112 | NET PROCEEDS - AUCTION | | 251,388.71 | | 513,596.16 |
| | | | ORDER AUTHORIZING MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL PROPERTY OF THE ESTATE BY PUBLIC AUCTION AND TO AUTHORIZE PAYMENT TO AUCTIONEER FROM SALES PROCEEDS DATED 02/09/22, DOCKET NO. 68. | | | | |
| | 6 | MEL T. DAVIS | Memo Amount:        301,771.00  GROSS PROCEEDS - AUCTION | 1229-000 | | | |
| | | MEL T. DAVIS | Memo Amount:   (    45,265.65 )  AUCTIONEER'S COMMISSION | 3610-000 | | | |
| | | MEL T. DAVIS | Memo Amount:   (     5,116.64 )  AUCTIONEER'S EXPENSES | 3620-000 | | | |

Page Subtotals            513,596.16            0.00

Ver: 22.06b

LFORM24

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 21-51523 -MMP | | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|
| Case Name: | DEEPROOT CAPITAL MANAGEMENT, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2152 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2638 | | | |
| For Period Ending: | 08/08/22 | | Blanket Bond (per case limit): | $ 151,650,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/02/22 | 004001 | CVH UNIVERSITY PARK, LP | POST-PETITION RENT THROUGH 04/18/22 PER ORDER DATED 02/09/22, DOCKET NO. 68 ORDER APPROVING MOTION TO CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL PROPERTY OF THE ESTATE BY PUBLIC AUCTION AND TO AUTHORIZE PAYMENT TO AUCTIONEER FROM SALES PROCEEDS DATED 02/09/22, DOCKET NO. 58. | 2410-000 | | 23,000.00 | 490,596.16 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 55.59 | 490,540.57 |
| 05/11/22 | | MEL DAVIS AUCTIONS | REFUND-OVRPMT OF AUCTIONEER'S FEES REFUND - NOT NEW MONIES. | 3610-000 | | -15,088.55 | 505,629.12 |
| 05/16/22 | 004002 | BEXAR COUNTY | PER ORDER DATED 02/09/22, DKT 68 YEAR 2021 BUSINESS PERSONAL PROPERTY TAXES; ACCOUNT NO. 1297011 CHECK MAILED TO:<br><br>DON P. STECKER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>WESTON CENTRE<br>112 EAST PECAN STREET, SUITE 2200<br>SAN ANTONIO, TX 78205 | 4800-000 | | 4,541.86 | 501,087.26 |
| 05/20/22 | | GUNN LEE & CAVE, P.C. | FUNDS DEPOSITED INTO WRONG CASE ON 05/20/22, A CHECK IN THE AMOUNT OF $15,500.00 WAS RECEIVED FROM GUNN LEE & CAVE, P.C., THE LAW FIRM TOLD TRUSTEE THAT CHECK WAS ATTRIBUTABLE TO DEEPROOT CAPITAL MANAGEMENT, LLC. THE DEPOSIT ENTERED ON 05/20/22 TO DEEPROOT CAPITAL MANAGEMENT, LLC IN | 1280-002 | 15,500.00 | | 516,587.26 |

Page Subtotals  15,500.00  12,508.90

Ver: 22.06b

LFORM24

21-51523-mmp Doc#136-3 Filed 08/09/22 Entered 08/09/22 08:57:16 Form 2 - Estate Cash Receipts and Disbursements Record Pg 3 of 7

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 21-51523 -MMP | | Trustee Name: | John Patrick Lowe, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | DEEPROOT CAPITAL MANAGEMENT, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2152 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2638 | | | |
| For Period Ending: | 08/08/22 | | Blanket Bond (per case limit): | $ 151,650,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/22 | 004003 | JOHN PATRICK LOWE, TRUSTEE FOR THE BANKRUPTCY ESTATE OF DEEPROOT TECH, LLC, CASE NO. 21-51520 | THE AMOUNT OF $15,500.00 FROM GUNN LEE & CAVE, P.C. WAS INCORRECTLY DEPOSITED TO THE WRONG CASE, THE $15,500.00 IS ATTRIBUTABLE TO DEEPROOT TECH, LLC PER STATE COURT JUDGMENT IN FAVOR OF DEEPROOT TECH, LLC AND AGAINST G-FORCE TECHNICAL, LTD. DATED 09/21/21 IN CAUSE NO. 2019-CI-122367. FUNDS INCORRECTLY DEPOSITED INTO WRONG CASE ON 05/20/22, A CHECK IN THE AMOUNT OF $15,500.00 WAS RECEIVED FROM GUNN LEE & CAVE, P.C., THE LAW FIRM TOLD TRUSTEE THAT CHECK WAS ATTRIBUTABLE TO DEEPROOT CAPITAL MANAGEMENT, LLC. THE DEPOSIT ENTERED ON 05/20/22 TO DEEPROOT CAPITAL MANAGEMENT, LLC IN THE AMOUNT OF $15,500.00 FROM GUNN LEE & CAVE, P.C. WAS INCORRECTLY DEPOSITED TO THE WRONG CASE, THE $15,500.00 IS ATTRIBUTABLE TO DEEPROOT TECH, LLC PER STATE COURT JUDGMENT IN FAVOR OF DEEPROOT TECH, LLC AND AGAINST G-FORCE TECHNICAL, LTD. DATED 09/21/21 IN CAUSE NO. 2019-CI-122367. | 1280-002 | -15,500.00 | | 501,087.26 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 567.98 | 500,519.28 |
| 06/14/22 | 004004 | PULMAN, CAPPUCCIO & PULLEN, LLP 2161 N.W. MILITARY HIGHWAY, SUITE 400 SAN ANTONIO, TEXAS 78213 | ATTORNEY FOR TRUSTEE FEES (OTHER) PER ORDER DATED 06/08/22, DOCKET NO. 125 APPLICATION TO EMPLOY PULMAN, CAPPUCCIO & PULLEN, LLP AS COUNSEL FOR | 3210-000 | | 24,869.35 | 475,649.93 |

Page Subtotals   -15,500.00   25,437.33

Ver: 22.06b

LFORM24

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 21-51523 -MMP |
| Case Name: | DEEPROOT CAPITAL MANAGEMENT, LLC |
| Taxpayer ID No: | *******2638 |
| For Period Ending: | 08/08/22 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******2152 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 151,650,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/14/22 | 004005 | PULMAN, CAPPUCCIO & PULLEN, LLP<br>2161 N.W. MILITARY HIGHWAY, SUITE 400<br>SAN ANTONIO, TEXAS 78213 | CHAPTER 7 TRUSTEE FILED 12/22/21, DOCKET NO. 25.<br><br>ORDER ON APPLICATION OF TRUSTEE FOR AUTHORITY TO EMPLOY COUNSEL DATED 01/20/22, DOCKET NO. 48.<br><br>FIRST INTERIM APPLICAITON FOR ALLOWANCE OF LEGAL FEES AND EXPENSES FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE FOR THE TIME PERIOD OF DECEMBER 15, 2021 TO APRIL 30, 2022 FILED 05/13/22, DOCKET NO. 111.<br><br>ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES $226,982.50) AND EXPENSES $28,952.54) (TOTAL: $255,935.04) FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE FOR THE TIME PERIOD OF DECEMBER 15, 2021 TO APRIL 30, 2022 DATED 06/08/22, DOCKET NO. 125.<br>ATTORNEY FOR TRUSTEE EXPS (OTHER) PER ORDER DATED 06/08/22, DOCKET NO. 125. APPLICATION TO EMPLOY PULMAN, CAPPUCCIO & PULLEN, LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE FILED 12/22/21, DOCKET NO. 25.<br><br>ORDER ON APPLICATION OF TRUSTEE FOR | 3220-000 | | 2,355.24 | 473,294.69 |

Page Subtotals 0.00 2,355.24

LFORM24

Ver: 22.06b

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 21-51523 -MMP | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | DEEPROOT CAPITAL MANAGEMENT, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******2152 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2638 | | |
| For Period Ending: | 08/08/22 | Blanket Bond (per case limit): | $ 151,650,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | AUTHORITY TO EMPLOY COUNSEL DATED 01/20/22, DOCKET NO. 48. FIRST INTERIM APPLICAITON FOR ALLOWANCE OF LEGAL FEES AND EXPENSES FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE FOR THE TIME PERIOD OF DECEMBER 15, 2021 TO APRIL 30, 2022 FILED 05/13/22, DOCKET NO. 111. ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES $226,982.50) AND EXPENSES $28,952.54) (TOTAL: $255,935.04) FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE FOR THE TIME PERIOD OF DECEMBER 15, 2021 TO APRIL 30, 2022 DATED 06/08/22, DOCKET NO. 125. | | | | |
| 07/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 525.43 | 472,769.26 |
| 07/19/22 | 004006 | SILICON DRIVE OFFICE VENTURE, LLC | POST-PETITION RENT PER AGREED ORDER DATED 06/23/22, DOCKET NO. 127 AGREED ORDER APPROVING PAYMENT OF ADMINISTRATIVE EXPENSES OF SILICON DRIVE OFFICE VENTURE, LLC [RELATED TO KKT. NO. 116] DATED 06/23/22, DOCKET NO. 127. CHECK MAILED TO: | 2410-000 | | 212,500.00 | 260,269.26 |

Page Subtotals 0.00 213,025.43

Ver: 22.06b

LFORM24

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 21-51523 -MMP | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | DEEPROOT CAPITAL MANAGEMENT, LLC | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******2152 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2638 |  |  |
| For Period Ending: | 08/08/22 | Blanket Bond (per case limit): | $ 151,650,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 491.72 | 259,777.54 |
| 08/04/22 | 004007 | PACER SERVICE CENTER | PACER CHARGES<br>ACCOUNT #2572676; INVOICE # 2572676-Q22022<br>CHECK MAILED TO:<br><br>U.S. Courts: PACER<br>P.O. Box 5208<br>Portland, OR 97208-5208 | 2990-000 | | 12.10 | 259,765.44 |
| 08/08/22 | | MEL DAVIS AUCTIONS, LLC | NET PROCEEDS - AUCTION SALE<br>JOHN C. DUNNE<br>SHANNON, MARTIN, FINKELSTEIN,<br>ALVARADO & DUNNE, PC<br>1001 MCKINNEY ST., SUITE 1100<br>HOUSTON, TEXAS 77002 | | 1,121.00 | | 260,886.44 |
| | 6 | MEL DAVIS AUCTIONS, LLC | Memo Amount:     1,285.00<br>GROSS PROCEEDS - AUCTION SALE | 1229-000 | | | |
| | | MEL T. DAVIS | Memo Amount:  (     128.50 )<br>AUCTIONEER'S COMMISSION | 3610-000 | | | |
| | | MEL T. DAVIS | Memo Amount:  (      35.50 )<br>AUCTIONEER'S EXPENSES | 3620-000 | | | |

Page Subtotals     1,121.00     503.82

Ver: 22.06b

LFORM24

**FORM 2**

Page: 7

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 21-51523 -MMP |
| Case Name: | DEEPROOT CAPITAL MANAGEMENT, LLC |
| Taxpayer ID No: | *******2638 |
| For Period Ending: | 08/08/22 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******2152 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 151,650,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 599,481.83 | COLUMN TOTALS | 514,717.16 | 253,830.72 | 260,886.44 |
| Memo Allocation Disbursements: | 85,501.53 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 514,717.16 | 253,830.72 | |
| Memo Allocation Net: | 513,980.30 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 514,717.16 | 253,830.72 | |

| | | | | |
|---|---|---|---|---|
| Total Allocation Receipts: | 599,481.83 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 85,501.53 | Checking Account (Non-Interest Earn - *******2152 | 514,717.16 | 253,830.72 | 260,886.44 |
| Total Memo Allocation Net: | 513,980.30 | | 514,717.16 | 253,830.72 | 260,886.44 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 22.06b

LFORM24