IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.[1], | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

TRUSTEE'S WITNESS AND EXHIBIT LIST FOR SEPTEMBER 1, 2022 HEARING ON:
CYCLADIC PARTIES' MOTION TO QUASH
BANKRUPTCY RULE 2004 EXAMINATION NOTICES WITH SUBPOENA DUCES TECUM
[RELATING TO ECF NOS. 129 AND 137]

John Patrick Lowe, Chapter 7 Trustee ("**Trustee**"), files this Witness and Exhibit List for the September 1, 2022 Hearing scheduled relating to the matter listed below.

**MATTERS TO BE HEARD**:

*Expedited Motion to Quash bankruptcy Rule 2004 Examination Notices with Supboena Duces Tecum* filed by Cycladic International, LLC, Cycladic, LLC and Thomas N. Andrew (collectively, the "**Cycladic Parties**") [ECF No. 137] (the "**Motion to Quash**")

**TRUSTEE'S WITNESSES:**

Trustee designates the following witnesses:

1. Thomas N. Andrew, individually and as representative of Cycladic International, LLC and Cycladic, LLC;
2. Any witness called or designated by any other party;
3. Any rebuttal or impeachment witnesses, as necessary; and
4. Any person present at the Hearing (live or via WebEx)

Trustee reserves the right to amend or supplement this list at any time prior to the hearing.

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each an "**Estate**" and collectively, the "**Estates**".

**TRUSTEE'S EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Trustee's Notice of Intention to Take Rule 2004 Examinations with Subpoena Duces Tecum [re Cycladic Parties] – ECF No. 128, filed 7/26/22 | | | | |
| 2 | Form of Confidentiality and Protective Order – Appendix H of Local Rules of U.S. District Court, Western District of Texas | | | | |
| 3 | 10/15/2019 Correspondence Cycladic, LLC to Robert J. Mueller/Policy Services, Inc. | | | | |
| 4 | Email thread beginning 8/24/22 and ending 8/26/22 by and between Counsel for Trustee and Counsel for Cycladic Parties | | | | |
| 5 | Summary List of Relevant Excerpts from Transcript of May 27, 2021 Testimony of Thomas N. Andrew before the United States Securities and Exchange Commission ("SEC") in the SEC proceeding styled and numbered In the Matter of deeproot 575 Fund, LLC, File No. HO-14036-A | | | | |
| 6 | Transcript of May 27, 2021 Testimony of Thomas N. Andrew before the United States Securities and Exchange Commission ("SEC") in the SEC proceeding styled and numbered In the Matter of deeproot 575 Fund, LLC, File No. HO-14036-A – **NOTE: excerpts identified in Exhibit No. 5 listed herein are highlighted in this Transcript** | | | | |
| | Any exhibits designated by any other party | | | | |
| | Any rebuttal or impeachment exhibits | | | | |

Trustee reserve the right to amend or supplement this list at any time prior to the hearing.

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile


By:*/s/ Randall A. Pulman*
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 8th day of April, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document to the following parties requesting notice.  A copy of the Trustee's Exhibits will be provided via email to Counsel for the Cycladic Parties; any other party wishing to receive copies of the Trustee's Exhibits should contact the undersigned attorney.

***Via CM/ECF:***
*stephen.humeniuk@locklord.com*
Stephen J. Humeniuk
**LOCKE LORD LLP**
600 Congress Ave., Suite 2200
Austin, Texas  78701
***Counsel for Cycladic Parties***

***Via Counsel CM/ECF:***
*catherine.curtis@wickphillips.com*
*;jason.rudd@wickphillips.com*
Policy Services, Inc
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

***Via Counsel Via CM/ECF:***
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020
Debtor's Counsel

***Via CM/ECF:*** *pat.lowe.law@gmail.com*
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

***Via CM/ECF:***
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Catherine A. Curtis/Jason M. Rudd
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

***Via CM/ECF:***
*USTPRegion07.SN.ECF@usdoj.gov*
*Aubrey.thomas@usdoj.gov*
United States Trustee - SA12
US Trustee's Office (Aubrey Thomas)
615 E Houston, Suite 533
San Antonio, TX 78295-1539
***Via CM/ECF:*** *rbattaglialaw@outlook.com*
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

***Via CM/ECF:*** *jpetree@mcslaw.com*
Jonathan Petree
McGuire, Craddock & Strother, P.C
500 N. Akard Street Suite 2200
Dallas, TX 75201

***Via CM/ECF:*** *jdunne@smfadlaw.com*
John C Dunne
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

***Via CM/ECF:*** *bk-cmurphy@oag.texas.gov*
Texas Workforce Commission
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

{00590680;1}                                    4

***Via CM/ECF:** [pautry@branscomblaw.com](mailto:pautry@branscomblaw.com)*
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

***Via CM/ECF:** [lmjurek@jureklaw.com](mailto:lmjurek@jureklaw.com)*
Lynn M. Jurek
The Jurek Law Broup, PLLC
4309 Yoakum Blvd.
Houston, TX 77006

*Randall A. Pulman*
Randall A. Pulman