**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| deeproot Capital Management, LLC, *et al.*,[1] | Case No. 21-51523 (MMP) |
| Debtors. | (Jointly Administered) |

**SUBPOENA RESPONDENTS' WITNESS AND EXHIBIT LIST FOR SEPTEMBER 1, 2022 HEARING**

Cycladic International, LLC, ("***Cycladic International***"), Cycladic, LLC ("***Cycladic***"), and Thomas N. Andrew ("***Andrew***" and together with Cycladic International and Cycladic, the "***Subpoena Respondents***") file this *Witness and Exhibit List* for all matters scheduled to be heard on September 1, 2022 at 10:30 a.m. (the "***Hearing***") including the below matters:

1. *Expedited Motion to Quash Bankruptcy Rule 2004 Examination Notices with Subpoena Duces Tecum* (the "***Motion***") [Dkt. No. 137].

**I.**
**WITNESSES**

Subpoena Respondents may call any of the following as witnesses at the Hearing:

1. Any witnesses called by any other party.

2. Any witness necessary to authenticate a document.

3. Any rebuttal witnesses, as needed.

---

[1] The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: *In re Policy Services, Inc.*, 21-51513 (2864), *In re Wizard Mode Media, LLC*, 21-51514 (3205), *In re deeproot Pinball LLC*, 21-51515 (0320), *In re deeproot Growth Runs Deep Fund, LLC*, 21-51516 (8046), *In re deeproot 575 Fund, LLC*, 21-51517 (9404), *In re deeproot 3 Year Bonus Income Debenture Fund, LLC*, 21-51518 (7731), *In re deeproot Bonus Growth 5 Year Debenture Fund, LLC*, 21-51519 (9661), *In re deeproot Tech LLC*, 21-51520 (9043), *In re deeproot Funds LLC*, 21-51521 (9404), *In re deeproot Studios LLC*, 21-51522 (6283), and *In re deeproot Capital Management, LLC*, 21-51523 (2638).

## II.
## EXHIBIT LIST

The exhibits that Subpoena Respondents intends to utilize at the Hearing are as follows:

| Exh. No. | Exhibit Description (All exhibits include all attachments and exhibits filed into the record) | Offered | Objection | Admitted/Not Admitted |
|---|---|---|---|---|
| 1. | Trustee's Notice of Intention to Take Rule 2004 Examinations with Subpoena Duces Tecum [Filed at Dkt. No. 129 and Ex. B to the Motion at Dkt. No. 137-2] | | | |
| 2. | Trustee's Summary of Life Insurance Policy Purchase Agreements Between Policy Services, Inc. and Anemos Consulting, Inc., Dover Capital Strategies LLC, and Cycladic, LLC [Prepared by the Trustee and Provided to Counsel to Cycladic on August 30, 2022 at 5:25 p.m.] | | | |

Subpoena Respondents reserve the right to utilize additional rebuttal exhibits as necessary. Subpoena Respondents reserve the right to supplement this Exhibit List.  Subpoena Respondents reserve the right to use as its own exhibit any exhibit identified or offered by any other party.

**DATED** August 31, 2022.

Respectfully Submitted,

*/s/ Stephen J. Humeniuk*
Stephen J. Humeniuk (Texas Bar No. 24087770)
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, TX 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800
stephen.humeniuk@lockelord.com

Thomas J. Cunningham (*pro hac vice* forthcoming)
LOCKE LORD LLP
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL 33401
561-820-0201
tcunningham@lockelord.com

Michael B. Kind (*pro hac vice* forthcoming)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (855) 595-1192
michael.kind@lockelord.com

***Counsel for Cycladic International, LLC; Cycladic, LLC; and Thomas N. Andrew***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 31, 2022, true and correct copies of the foregoing were forwarded to all parties receiving electronic notification in this case from the Court's electronic case filing (ECF) system, including the parties identified immediately below:

*Via Counsel Via CM/ECF:*
catherinecurtis@wickphillips.com;
jason.rudd@wickphillips.com

Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

*Via Counsel Via CM/ECF:*
catherinecurtis@wickphillips.com;
jason.rudd@wickphillips.com
Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

*Via CM/ECF:* pat.lowe.law@gmail.com
John Patrick Lowe
Chapter 7 Trustee
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:* rpulman@pulmanlaw.com
Randall A. Pulman
Pulman Cappuccio & Pullen, LLP
2161 NW Military Hwy., Suite 400
San Antonio, TX 78213

*Via CM/ECF:*
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com

*Via CM/ECF:*
USTPRegion07.SN.ECF@usdoj.gov
*Aubrey.thomas@usdoj.gov*
United States Trustee – SA12
US Trustee's Office (Aubrey Thomas)
615 E. Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF:* don.stecker@lgbs.com
Don Stecker Linebarger Goggan et al.
112 E. Pecan, Suite 2200
San Antonio, TX 78205

*Via CM/ECF:* rbattaglialaw@outlook.com
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, TX 78218

*Via CM/ECF:* jpetree@mcslaw.com
Jonathan Petree
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

*Via CM/ECF:* jdunne@smfadlaw.com
John C. Dunne
SHANNON, MARTIN et al.
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF:* bk-cmurphy@oag.texas.gov
Texas Workforce Commission
c/o Christopher S. Murphy
TEXAS ATTORNEY GENERAL'S OFFICE
PO Box 12548
Austin, TX 78711

Catherine A. Curtis/Jason M. Rudd
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

*Via CM/ECF:* pautry@branscomblaw.com
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

*Via CM/ECF:* lmjurek@jureklaw.com
Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX 77006

*/s/ Stephen J. Humeniuk*
Stephen J. Humeniuk