*#137 Expedited Motion to Quash Bankruptcy Rule 2004 Examination Notices with Subpoena Duces Tecum filed by Stephen J. Humeniuk for Interested Parties Thomas N. Andrew, Cycladic, LLC, Cycladic International, LLC.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Thomas N. Andrews vs. John Patrick Lowe | | DISTRICT COURT Western (**SAN ANTONIO**) |
|---|---|---|
| PLAINTIFF'S ATTORNEY **Stephen Humeniuk** | DEFENDANT'S ATTORNEY **Randal Pulman** | DOCKET NUMBER **21-51523 P-7** |
| | | TRIAL DATE(S) **September 1, 2022** |
| PRESIDING JUDGE **MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR **Daniel Paez** | COURTROOM DEPUTY **Deanna Castleberry** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | 1 | | | | Trustee's Notice of Intention to Take Rule 2004 Examinations with Subpoena Duces Tecum [re Cycladic Parties] – ECF No. 128, filed 7/26/22 |
| | 2 | 09/01/22 | XXXX | 09/01/22 | Form of Confidentiality and Protective Order – Appendix H of Local Rules of U.S. District Court, Western District of Texas |
| | 3 | 09/01/22 | XXXX | 09/01/22 | 10/15/2019 Correspondence Cycladic, LLC to Robert J. Mueller/Policy Services, Inc. |
| | 4 | 09/01/22 | XXXX | 09/01/22 | Email thread beginning 8/24/22 and ending 8/26/22 by and between Counsel for Trustee and Counsel for Cycladic Parties |
| | 5 | 09/01/22 | XXXX | 09/01/22 | Summary List of Relevant Excerpts from Transcript of May 27, 2021 Testimony of Thomas N. Andrew before the United States Securities and Exchange Commission ("SEC") in the SEC proceeding styled and numbered In the Matter of deeproot 575 Fund, LLC, File No. HO-14036-A |
| | 6 | | | | Transcript of May 27, 2021 Testimony of Thomas N. Andrew before the United States Securities and Exchange Commission ("SEC") in the SEC proceeding styled and numbered In the Matter of deeproot 575 Fund, LLC, File No. HO-14036-A – **NOTE: excerpts identified in Exhibit No. 5 listed herein are highlighted in this Transcript** |
| | | | | | |
| 1 | | 09/01/22 | XXXX | 09/01/22 | Trustee's Notice of Intention to take Rule 2004 Examinations with Subpoena Duces Tecum |
| 2 | | | | | Cycladic, LLC Summary of Life Insurance Policies |

FILED
SEP - 1 2022
U.S. BANKRUPTCY COURT
BY _____ DEPUTY