**İn the United States Bankruptcy Court
for the Western District of Texas
San Antonio Division**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Deeproot Capital Management, | § | |
| LLC, et al., | § | Bankruptcy No. 21-51523 |
| | § | |
| Debtors. | § | Jointly Administered |

**Supplemental Certificate of Service Relating to
Motion to Approve Compromise and Settlement under
Bankruptcy Rule 9019 with the MB Hale Ohana Revocable Trust,
Jeffrey L. Mueller, and Belinda B. Breen [ECF No. 147]**

I hereby certify that on September 8, 2022, a true and correct copy of *Trustee's Motion to Approve Compromise and Settlement Under Bankruptcy Rule 9019 with the MB Hale Ohana Revocable Trust, Jeffrey L. Mueller, and Belinda B. Breen* [ECF No. 147] (the "**9019 Motion**") was served on September 8, 2022 via US First Class Mail on the parties listed on the attached limited service list in this case.

Dated: September 8, 2022

                                      Respectfully submitted,

                                      **Pulman, Cappuccio & Pullen, LLP**
                                      2161 NW Military Highway, Suite 400
                                      San Antonio, Texas 78213
                                      www.pulmanlaw.com
                                      (210) 222-9494 Telephone
                                      (210) 892-1610 Facsimile

                                  By: */s/ Randall A. Pulman*
                                       Randall A. Pulman
                                       Texas State Bar No. 16393250
                                       rpulman@pulmanlaw.com

                                  **Attorneys for John Patrick Lowe, Chapter 7 Trustee for the Jointly Administered Case of In re deeproot Capital Management, LLC et al.**

{00591834;1}

*In Re: deeproot Capital Management, LLC* / **Jointly Administered 21-51523-MMP**
**LIMITED SERVICE LIST**

John Patrick Lowe*
2402 East Main Street
Uvalde, TX 78801

deeproot Capital Management, LLC, *et al.*\*
c/o Wick Phillips *et al.*
Attn: Catherine A. Curtis/Jason M. Rudd
3131 McKinney Ave, Suite 500
Dallas, TX 75204

United States Trustee - SA12*
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539

Texas Workforce Commission*
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

Robert Mueller
c/o Jay Hulings*
Davis & Santos
719 S. Flores St.
San Antonio, TX 78204

United States Attorney
Attn: Bankruptcy Division
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

US Securities & Exchange Commission
Division of Enforcement
c/o George Bagnall
100 F. Street, NE
Washington DC, 20549

US Small Business Administration
Attn: Legal/Bkcy Div
10737 Gateway West, Suite 300
El Paso, TX 79935

U.S. Small Business Administration
Attn: Legal/Bkcy
200 W. Santa Ana Blvd, Ste 740
Santa Ana, CA 92701

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bkcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Raymond W. Battaglia*
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

Jonathan Petree*
McGuire, Craddock & Strother, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

John C. Dunne*
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

Matthew C. Zirzow
Larson & Zirzow
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Silicon Drive Office Venture LLC
Attn: David A. Spencer
221 North Main Street
Boerne, TX 78006

CVH University Park, LP
Attn: Kendall Carew
9219 Katy Freeway, Suite 248
Houston, TX 77024

Draper 5, LLC
Attn: Kyla Dutson
12159 S. Business Park Dr. #165
Draper, UT 84020

{00591834;1}

Northern Industrial Mgmt LLC
Attn: Stephen Smith
2005 S. Orca St.
Seattle, WA 98108

Carrie Blair
1171 E FM 193
Afton, TX 79220

Georgia Toepperwein
c/o Kim Marchwicki, Trustee Toepperwein Living Trust
9603 Boerne Spring
Boerne, TX 78006

Hans Van Riel
3660 Wedo Way
North Las Vegas, NV 89031-2281

Kenneth Rud
11800 Grant Road #3901
Cypress, TX 77429

Leonard Jackson
1702 Northshore Dr
Missouri City, TX 77459

Carlotta Grice
1526 Sweet Grass Trail
Houston, TX 77090

Mary R. Dennis
3322 Chalfont Dr
Houston, TX 77066

Paul Monaghan
23606 Whispering Wind
Katy, TX 77494

Carolyn Biddle
4103 Cane Valley Ct
Fulshear, TX 77441-1758

Glen Biddle
4103 Cane Valley Ct
Fulshear, TX 77441

Collette Curran
8536 Rocking Horse Circle
Jurupa Valley, CA 92509

Joycelyn Williams
51 Wincrest Falls Dr
Cypress, TX 77429

Mary Williams
St. Dominc Village
2401 Holcombe Blvd, C216
Houston, TX 77021

Aubrey Ross
5418 Westerham Place
Houston, TX 77069-7706

Paul E. Mocogni
Mary P. Mocogni
221 Sard Place
Highwood, IL 60040

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Stephanie Joseph
3506 Lauren Trail
Pearland, TX 77581

Lynn Stevenson
5075 N Circulo Sobrio
Tucson, AZ 85718

Wilson C Adkins
36963 N. Stoneware Dr.
San Tan Valley, AZ 85140-8514

Kendall Hale
5641 Colfax Avenue
Los Angeles, CA 91601

Karnetta Morris
2415 Cold River Dr
Humble, TX 77396

Andrew Caldwell
2354 340th Street
Keokuk, IA 52632

John E Gray
205 Viticole Lane
Little Rock, AR 72223

Bradley Ament
1414 S Norfolk
Mesa, AZ 85206

Clara Dean
375 Private Road 7135
Colmesneil, TX 75938

Trevor Sherman
2033 E Cortez Drive
Gilbert, AZ 85234

Linda G. Richmond
414 Wilcrest Dr. #414
Houston, TX 77042-1073

Tanja Y. Greene
3411 Sparta Drive
Missouri City, TX 77459

Paloma Beamer
166 E Limberlost Dr, Unit 103
Tucson, AZ 85705

Larry Trice
2439 Doverglen Dr
Missouri City, TX 77489

Steven Sheldon
2609 N. 22nd Street
Mesa, AZ 85213

Twyla Gray
19 Kayak Ridge Drive
The Woodlands, TX 77389

Sarah King
1854 Yuma Street
Salt Lake City, UT 84108

Richard Wiley
1995 W La Osa Dr
Tucson, AZ 85705

Lawson Horner
3026 S Lookout Ridge
Gold Canyon, AZ 85118

Mabel C. Brown
6281 S. Bradshaw Way
Chandler, AZ 85249

Larry R. Blume Family Trust
2121 Mt Charleston Dr
Pahrump, NV 89048-1039

Robert Schall
8264 Preston Way
Sacramento, CA 95828

Matthew Macvane
c/o Jeffrey Sonn, Esq.
19495 Biscayne Blvd. # 607
Aventura, FL 33180

Lawson C. Horner III
3700 E. Williams Field Rd #1096
Gilbert, AZ 85295

Albert DiCicco
c/o Albert DiCicco Jr.
5327 Timberwolf
Lumberton, TX 77657

Edward Williams
30522 Thorsby Dr
Spring, TX 77386

Victoria L. Rhoden
Ronald D. Rhoden, Sr.
7151 Woodlake Pkwy #108
San Antonio, TX 78218

Theodora McGee
1508 Timothy Ln
Amarillo, TX 79118

Steven Bowden
1493 N Winslowe Dr. # 301
Palatine, IL 60074

Rory Motley
309 Glenmore St
Victoria, TX 77904

Brandt/Kristin Socias
7519 Ave C
Santa Fe TX 77510

Vickie Socias
7513 Avenue C
Santa Fe, TX 77510

Cathy Rice
2614 Avenue J
Santa Fe, TX 77510

Kevin Rowald
4915 W. 120th Place
Overland Park, KS 66209

Larry R. Blume Family Trust
2121 Mt Charleston Dr
Pahrump, NV 89048-1039

Nancy Cimoch
11423 S Lawndale Ave
Chicago, IL 60655

{00591834;1}

Sandra S. Thompson
DeConcini McDonald Yetwin & Lacy, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-8571

Carlotta Grice
17819 Scrub Oak Dr
Richmond, TX 77407

Roberta John
4303 Warners Discovery Way
Bowie, MD 20720-2072

Shavonda Harris
10214 Earlington Manor Dr.
Spring, TX 77379

James Harris
10214 Earlington Manor Dr.
Spring, TX 77379

Gregory Knight
2096 Old Greenville Rd
Staunton, VA 24401

Rosa Gibson
524 Simonton St
Montgomery, TX 77356

Abraham Workman
2560 NW 103rd Ave, Apt 104
Sunrise, FL 33322

Gary Marburger
103 Entrance Dr, Apt 4, BOX 8
Livingston, TX 77351

Linda G. Richmond
414 Wilcrest Dr., #414
Houston, TX 77042-1073

DAVID J. BUKOWSKI
8118 GLADYS LANE
PALOS HILLS, IL 60465-6046

Charles Guthrie
13108 Cottingham Rd
Oklahoma City, OK 73142

Richard Stroud
6801 CR 1017
Joshua, TX 76058

M. Brown
6251 S. Bradshaw Way
Chandler, AZ 85249

Pauline Jurney
3850 W. 97TH ST
Evergreen Park, IL 60805-6080

Phyllis Hansen
3850 W 97th St
Evergreen Park, IL 60805

Elizabeth Papagni
2038 Sawgrass Rdg
San Antonio, TX 78260

Larry Zimmerman
1743 McKinley St
Enumclaw, WA 98022

Linh Nguyen
16830 Cobbler Crossing Drive
Sugar Land, TX 77498

Dennis Newport
2301 W 110th Place
Chicago, IL 60643

Candy Nasca
5500 N Valley View Rd, Unit 227
Tucson, AZ 85718

Richard M Ruble, Sr.
5301 County Road 7550 # 306
Lubbock, TX, TX 79424-7942

Kelly F. Brumbaugh
2765 N Shannon Road
Tucson, AZ 85745-1014

Dorrit Preuss
17590 Sweat Rd
Amesville, OH 45711

George Urban
9722 S McVicker Ave
Oak Lawn, IL 60453

Cynthia E Bryant
3419 Justinian
Jeffersonville, IN 47130-4713

Roxanne Holly
6821 E Brownstone Pl
Tucson, AZ 85750

Sharon Bloczynski
8015 S Lawler Ave
Burbank, IL 60459

{00591834;1}

| | |
|---|---|
| Jerry Mallory<br>9909 Treetop Dr, Apt 2706<br>Orland Park, IL 60462 | Elisabeth Rundstrom<br>3106 N. Sawyer Circle<br>Mesa, AZ 85207 |
| William Lawlor<br>19128 Loomis Ave<br>Homewood, IL 60430 | Lynda Michalski<br>9938 McVicker Ave<br>Oak Lawn, IL 60453 |
| Jane Kilanowski<br>17848 Columbus Ct<br>Orland Park, IL 60467 | Ann Kurtz<br>299 Bronco Ct<br>Berthoud, CO 80513 |
| Paul Hopman<br>4901 N Sabino Valley Pl<br>Tucson, AZ 85750 | Mary Abraham<br>16626 Broadoak Grove Ln<br>Sugar Land, TX 77298 |
| Pamela Hopman<br>4901 N Sabino Valley Pl<br>Tucson, AZ 85750 | Linda Wroblewski<br>13057 Birch Path Ct<br>Lemont, IL 60439 |
| Ali Afjei<br>3781 W Meadow Briar Dr<br>Tucson, AZ 85741 | Harold Hawken<br>16103 SE 166th St<br>Renton, WA 98058 |
| Mark Donahue<br>11892 N Meteor Pl<br>Tucson, AZ 85737 | Megan Hawken<br>16103 SE 166th St<br>Renton, WA 98058 |
| Elizabeth Howard<br>9994 N Sumter Creek Pl<br>Tucson, AZ 85742 | Yolanda Hoirup<br>18807 McGhee Drive E<br>Bonney Lake, WA 98391 |
| Phillip Mollencopf<br>7558 W Wandering Coyote Dr<br>Tucson, AZ 85743 | Paula Atkinsons<br>601 Cherry Ln<br>Grandview, WA 98930 |
| Irma Nieves<br>5015 E Fairmount<br>Tucson, AZ 85712 | Sonia Green<br>2100 Huldy Street #1<br>Houston, TX 77019-7701 |
| Henry Puente<br>3690 W El Moraga Pl<br>Tucson, AZ 85745 | Carlile Patchen & Murphy LLP<br>950 Goodale Blvd Ste 200<br>Columbus, OH 43212 |
| Ronald Siemienas<br>21159 S Hillside Rd<br>Frankfort, IL 60423 | Alfred Bourguet<br>8314 N Bayou Dr<br>Tucson, AZ 85741 |
| Albert Perry<br>13815 Jomatt Loop<br>Winter Garden, FL 34787 | John Perchalski<br>5893 S Henderson Canyon Dr<br>Green Valley, AZ 85622 |
| Toni Hanks<br>2314 Laurel Rustic Oaks<br>Houston, TX 77014 | RE & CL Orth Family Trust<br>1601 W Queen Creek Rd #300<br>Chandler, AZ 85248 |

{00591834;1}

Pablo Manrique
12375 W Cameo Mary Ln
Tucson, AZ 85743

Michael Wallin
12425 43rd Dr SE
Everett, WA 98208

Ross Rohde
4529 N Heatherwood Pl
Tucson, AZ 85718

Mark Benko
2966 W Royal Copeland Dr
Tucson, AZ 85745

Nazlin Hemani
12514 Eagles Entry Dr.
Odessa, FL 33556

Jean Williams
7164 N Finger Rock Place
Tucson, AZ 85718

Raymond and Joanne Borner
12212 74th Ave
Palos Heights, IL 60463

Mary McGarey
7255 E Camino Bacelar
Tucson, AZ 85715

Robert J. Mueller
PO Box 690562
San Antonio, TX 78269-0562

Jennifer T Kinard
216 Hickory Ranch Drive
St Johns, FL 32259

Fredrick P. & Mary Ann Franco
c/o Eden R. Bucher, Esquire
2755 Century Boulevard
Wyomissing, PA 19610

CPS Energy
500 McCullough Ave
Bankruptcy Section
Mail Drop CT1201
San Antonio, TX 78215

Carter L. Berry
7 North Street
Taylors, SC 29687

Marsha H & Donald J Sanders
7477 Private Rd 2564
Quinlan, TX 75474-7908

Jennifer Nevarez
8232 Homefield Way
Sacramento, CA 95828

Gunn, Lee & Cave, P.C.
8023 Vantage Dr. Ste. 1500
San Antonio, TX 78230-7823

Jason Uldrick
1201 Abner Creek Rd.
Greer, SC 29651

Community National Bank
dba CNB Custody
225 Main Street
Seneca, KS 66538

Linda G. Richmond
414 Wilcrest Dr., #414
Houston, TX 77042-1073

Dorrit Preuss
17590 Sweat Rd
Amesville, OH 45711

George Urban
9722 S McVicker Ave
Oak Lawn, IL 60453

Marian Abram
5752 N Camino De Las Estrellas
Tucson, AZ 85718

Marian C. Abram Rev. Trust
5752 N Camino de las Estrellas
Tucson, AZ 85718

Raymond and Joanne Borner
12212 74th Ave
Palos Heights, IL 60463

Victor Arnold
2525 E Drachman St
Tucson, AZ 85716

Texas Workforce Commission
Regulatory Integrity Division - SAU
101 E. 15th Street Room 556
Austin, TX 78778-0001

Au

{00591834;1}

drey Mallinckrodt
210 High Meadow Ln
Foley, MO 63347

Teresa Lampkins
310 Beam Drive
Las Vegas, NV 89139

Mark Zabinski
707 Bridgewater Drive
Monroe, NC 28112

Esteban Flores
5000 Glenn Street
Amarillo, TX 79108

John Cochran
984 Deercrest Drive
San Bernadino, CA 92407

Thomas M. Hogan
10303 Aspen St
Austin, TX 78758

Ann Starr Counts
1816 Rider Rd
Azle, Texas 76020

R M. Saling Rev. Liv. Trust Agmt
c/o Donald H. Wilson, Jr. Esq.
245 S. Central Avenue
Bartow, FL 33830

Dave Hernandez,Jr
26835 Trinity Trail
Cypress, TX 77433-7743

Ronald D & Victoria L Rhodeh
7151 Woodlake Parkway # 108
San Antonio, TX 78218-3747

Theresa Dannhaus
32025 FM 1301 Rd
West Columbia, TX 77486

Lloyd and Heleen Omsberg
563 Sherwood Forest Drive
Woodville, TX 75979
+
Dhaval Bhatt and Bhargavi Joshi
7649 W Whitehorn Trail
Peoria, AZ 85383

Keith and Suzanne Brazzell
9002 E. Linden St.
Tufcson, AZ 85715

Carlotta Grice
1526 Sweet Grass Trail
Houston, TX 77090

Jana C. Longbotham
P.O. Box 53116
Lubbock, TX 79453-3116

John Kobierecki
15525 Julies Way
Orland Park, IL 60462

Nancy Ann Day
740 West Kanmar Pl
Tucson, AZ 85704-8570

Thomas Abraham
16626 Broadoak Grove Ln
Sugar Land, TX 77498

Nguyen Thanh
7188 Alder Spring Way
San Jose, CA 95139

Allan A Hauck
19637 W Keystone Drive
Sun City West, AZ 85375

Leland W. Wach
39962 N. Arabian Way
San Tan Valley, AZ 85140

Carol Zarr
16537 Hardy Street
Overland Park, KS 66085

Richard L. Barnes
1910 Brazos Crossing Dr.
Richmond, TX 77406-6807

Harry Williams
1312 Darlene Way
Boulder City, NV 89005

James Turk
4026 N. Terra Mesa Circle
Mesa, AZ 85207

Donald Wayne Cook
6243 Settlers Lake Cir E
Katy, TX 77449

Helene Cook
6243 Settlers Lake Circle East
Katy, TX 77449

{00591834;1}

Cynthia Bryant
1209 W Crystal Palace Pl
Tucson, AZ 85737

Karla Carpenter
11485 N Moon Ranch Pl
Marana, AZ 85658

Joseph Fitzpatick
5587 Sundance Avenue
Las Vegas, NV 89110

Larry Bobbitt
3107 Janet Dr.
Amarillo, TX 79109

Demetria Trice
P.O. Box 174
Missouri City, TX 77459-7745

Elizabeth A Hathaway
85 Dixon Drive
Hardy, VA 24101-2410

Gloria Meza
1013 S Vine Avenue
Ontario, CA 91762

Clark Hatton
855 Meadow Lake Dr
Lakewood Village, TX 75068

John E. Hart
211 Megan Circle
Shelbyville, TN 37160

Timothy Palmer
7978 N Blue Brick Dr
Tucson, AZ 85743

Dana E. Sullivan
c/o Todd A. Hoodenpyle
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001

Steven Steinberg
752 Lindenwood Dr
Claremont, CA 91711

Charles McClain
PO Box 588
Dilley, TX 78017

Salvador Lopez
6341 N 82nd Way
Scottsdale, AZ 85250

Lucille Vanderhagen
PO Box 46082
Seattle, WA 98146

David and Paula Burke
2914 E LAKE FALLS CIR
Spring, TX 77386-7738

Wells Trust, JoAnn Wells, Trustee
2495 Sawdust Road, Apt. 2415
4309 Yoakum Blvd.
The Woodlands, TX 77340-7700

Pauline Rubin
11123 Renwick Dr.
Houston, TX 77096

Brenda E. Jennings
P.O. Box 14693
Houston, TX 77221-4693

Roberta Erdmann
18319 Glenn Haven Estates Dr.
Spring, TX 77379

Karen Ready
1927 Topside Ct
Crosby, TX 77532

Jacquelin Farrar
510 Call Ct.
New Baden, IL 62265

Mary Summy
439 Terrace Trl
Goodrich, TX 77335

Selso Socias
7513 Avenue C
Santa Fe, TX 77510

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

Jarmco Inc.
2811 Hood St Apt J
Dallas, TX 75219-7521

{00591834;1}

Billy Massey
7110 Forbess Dr.
Brownwood, TX 76801

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

Sonja C. Romero
6001 34th St Spc 23
Lubbock, TX 79407

Eric Dandridge
1000 Diamond Road
Boerne, TX 78006

Donald Pagel
18019 Dorman Draw Ln
Houston, TX 77044

Jonathan Rigby
7690 South Center Square
Midvale, UT 84047

Jimmy and Susan Soules
8100 County Road 206
Grandview, TX 76050

Karen S Masters
1200 N. Veitch Street
Apt 410
Arlington, VA 22201-5822

Thomas Walker
28302 Bonn Mountain
San Antonio, TX 78260

Carrie Blair
4502 80th St.
Lubbock, TX 79424

McMaster-Carr Supply Company
1901 Riverside Parkway
Douglasville, GA 30135

Randall James
556 CR 189
Zephyr, TX 76890

Timothy Boykin
1609 Main Blvd.
Brownwood, TX 76801

Mr. & Mrs. Bruce K. Dewbre
908 N. Austin Street
Comanche, TX 76442

Ricky Coker
1121 Carriage Ct
Seabrook, TX 77586

John and Karen Jennings
3015 Cokesbury Rd.
Hodges, SC 29653

Bryan Miles
4939 Monterey Dr.
Frisco, TX 75034

Philip Anderson
6744 Hidden Hickory Cir.
Colorado Springs, CO 80927

Mark Weaver
4618 13th St.
Lubbock, TX 79416

Anne M Clinkscales
305 Parkwood Rd
Greenwood, SC 29646-2964

Forrest Mayes
3850 C.R. 276
Zephyr, TX 76890

Leah Wotipka
15611 Long Road
Houston, TX 77044

Jill Ellis
3460 Compass Way
Bluff Dale, TX 76433

Ross D Rohde
9578 Pearl Circle
Unit 101
Parker, CO 80134

Charles Randy Knight
2178 Old Greenville Road
Staunton, VA 24401-2440

Ascentium Capital LLC
c/o Daniel J. Ferretti
Baker, Donelson, Bearman, Caldwell & Ber
1301 McKinney Street, Ste 3700
Houston, Texas 77010

C&C LLC
P.O. Box 275
Batesville, VA 22924

Judy Chiles
P.O. Box 275
Batesville, VA 22924

Henry Chiles
P.O. Box 275
Batesville, VA 22924

Lora J. Towler
14700 Vintage Preserve Parkway
#13105
Houston TX 77070

Patty and Wesley Stovall
215 Creekwood Dr.
Bandera, TX 78003

Jo A. Stovall, Trustee of
The Stovall Family Trust DTD 09/23/2003
105 Yaupon Dr.
Kerrville, TX 78028

Elizabeth Allen
407 Victory Ln
Mansfield, TX 76063

Brad Leon
620 Vista View Dr
Ashville, NC 28803

Peter Shifflett
4521 W Camino De Cielo
Tucson, AZ 85745

Scott Michael Donaldson
620 Stoneleigh Drive
Houston, TX 77079

Jun Chang
6029 S Rice Ave
Bellaire, TX 77401

Cox Trust, W. Robert Cox, trustee
12 Canyon Rd
Cloudcroft, NM 88317

James Donnelly
9297 E Caribbean Lane
Scottsdale, AZ 85260

Ellen Matoba
4878 Wellington Park Dr
San Jose, CA 95136

Lynn Stevenson
1955 E Campbell Ter
Tucson, AZ 85718

Melanie Supan Groseta
1906 W Fairway Ln
Payson, AZ 85541

John Cooper
19316 W Colter St
Litchfield Park, AZ 85340

Nathan Smith
2707 Rambo Circle
Lavaca, AZ 72941

Timothy M. Dawalt
159 Draketown Road
Bloomsburg, PA 17815-7708

James Newell
690 Crab Tree Ct SW
Concord, NC 28025

Robert Spraker
6960 W Wade Pl
Tucson, AZ 85743

Tina M. Wendelschafer
11329 E Natal Ave
Mesa, AZ 8529

Casandra Carroll
3821 Lazy Creek Drive
Tyler, TX 75707

Judith Sue Delph
9621 N 52 Lane
Glendale, AZ 85302

Donna M. Linhart
17022 N. 38th Ave
Glendale, AZ 85308

Christopher Blais
15250 Blackfoot Rd
Apple Valley, CA 92307

Gary Heyer
7324 E Villa Way
Scottsdale, AZ 85257

Elaine Macroglou
8149 E Via De Viva
Scottsdale, AZ 85258

David Wach
6774 Pine Way
Florence, AZ 85132

Rickie Brinegar
7824 W Taro LN
Glendale, AZ 85308-6104

Libby Brinegar
7824 W Taro LN
Glendale, AZ 85308-6104

Marsha Smith
2765 E Des Moines Circle
Mesa, AZ 85213

Linda E Hampton
2702 W Monte Vista Dr.
Tucson, AZ 85745

Michelle Clark
1785 N Stony Knoll Ln
Green Valley, AZ 85614

Katherine Thompson
26213 N 49th Lane
Phoenix, AZ 85083

Paul Pino
7701 Santa Isabel Ct NW
Albuquerque, NM 87120

Alan Garland
12609 N 18th Pl
Phoenix, AZ 85022

Carl Clayton
7545 Avalon Bay Street
Las Vegas, NV 89139

Patricia Hollins
9158 National Park Drive
Las Vegas, NV 89178

Michael Spotofora
7285 Falling Timber Court
Las Vegas, NV 89113

Lois Wagner
1492 Sedgefield Drive
Murrells Inlet, SC 29576

Donald Buchholz
34848 Starling Drive #4
Union City, CA 94587

David Croy
203 Dunkirk Rd
Oldsmar, FL 34677

Laura L. Marsh
3537 E. Palm Lane
Phoenix, AZ 85008

James V. Woodward
17009 N 60th Way
Scottsdale, AZ 85254-8525

Josephine Russomano
94 Roundup Drive
San Antonio, TX 78213

Shawn Volk
1271 W Panorama Rd
Tucson, AZ 85704

Thomas Ashcraft
3121 N Pantano Rd
Tucson, AZ 85750

Ralph Price
6340 Villa Emo St
N Las Vegas, NV 89031

Patrick Derksen
2636 N Gill Ave
Tucson, AZ 85719

Melanie Derksen
2636 N Gill Avenue
Tucson, AZ 85719

Gus Brisco
4778 Muir Ave
San Diego, CA 92107

Margaret Boyd-Hadley
7790 Hall Rd
Fairburn, GA 30213

Vernon Earle
10991 East Via Tranquilla
Tucson, AZ 85749

Arundhati Guha
1203 Foxland Chase
Sugar Land, TX 77479

{00591834;1}

John & Stacy Laughlin
20326 N. 61st Ave
Glendale, AZ 85308

Bella Vivante
870 E Mitchell Dr
Tucson, AZ 85719

Charles E. Walker
687 Blazer Ave.
Smyrna, TN 37167-3716

Robin Walters
14739 Briceland Springs Dr
Houston, TX 77082

Lori Fraesdorf
4801 N Camino Antonio
Tucson, AZ 85718

Walter Lakota
2302 Columbia Drive
Costa Mesa, CA 92626

Janet Kalilikane
120 N Val Vista Dr #236
Mesa, AZ 85213

Joseph Benson
2334 S RIVER RD UNIT 59
ST GEORGE, UT 84790-8479

Teresa Jimenez Tunstall
26915 Rustic Brk
San Antonio, TX 78261

Sandra Newman
1627 Indian Wells Drive
Boulder City, NV 89005

Susan Willis
730 W Kanmar Place
Tucson, AZ 85704

Bibek Das
3106 Rosston Cir
Houston, TX 77082

Donald Brooks
330 Ash Drive
Waxahachie, TX 75165

Kathleen Marie Ellis
4480 E Skousen Street
Gilbert, AZ 85295-0032

David Adderley
13911 SW 112th St
Miami, FL 33186

Patricia C. Beard
448 Goose Creek Rd.
Raphine, VA 24472

Debbie Wiles
8651 Foothill Blvd 40
Rancho Cucamonga, CA 91730

Janice Arbogast
1253 Lacey Spring Rd
Harrisonburg, VA 22802

Susan Alderfer
315 Steeplechase Lane
Pottstown, PA 19464

Denise Perez
15809 Scotsglen Rd
Orland Park, IL 60462

Deborah Belinowiz
2328 Via Mariposa W Unit P
Laguna Woods, CA 92637-2147

Jeanetta Josey
1104 S Nueces St
Coleman TX 76834

Luther Young
31 Wedgewood Blvd
Conroe, TX 77304

Christian Lopez
3721 N Tyndall Ave
Tucson, AZ 85719

Peggy Smith
654 Cypress Drive
Hanover, PA 17331

Nolan Rowald
7311 Casita Dr
Magnolia, TX 77354

Mitchell Monte
1192 Valley Oaks Dr
Lewisville, TX 75067

Lawrence Butler
92 Deer Meadow Ct
St Peters, MO 63304

{00591834;1}

Marianne Smith
6104 N Lake Mountain Rd
Eagle Mountain, UT 84005

James O'Neal
18940 Columbus Mill Dr.
New Caney, TX 77357

Eugene Bohenski
14707 W Crystal Ct
Surprise, AZ 85374

Mayme Carter
Nileen Verbeten (POA)
3701 McKinley Boulevard
Sacramento, CA 95816

Jo Anne Settles
125 Berkshire Lane
Victoria, TX 77904-7790

Jack Daniel
2214 Killarney Ln.
Deer Park, TX 77536

Richard T. Jennings
P.O. Box 14693
Houston, TX 77221-4693

Philip J. Erdmann
18319 Glenn Haven Estates Drive
Houston, TX 77379

Clyde Watson
2209 Westside Dr
Deer Park, TX 77536

Judith L. Werner Revocable Living Trust
81 Elkins LK
Huntsville, TX 77340

Mary Marquis
14019 SW Fwy, Ste 301, Box 163
Sugar Land, TX 77478

Judy N. Marsolan
1133 E Hawkins Parkway, Apt. 142
Longview, TX 75605

Eden Johnson
16711 Mount Allyson Circle
Fountain Valley, CA 92708

Constance Grigg-Koning
10811 Carpenter St
Mokena, IL 60448

Michael P and Diane L Wolf
20205 Smokey Rd
Frenchtown, MT 59834

Jonmark Richardson
6517 W john cabot road
Glendale, AZ 85308

Michael Wolf
20205 Smokey Rd
Frenchtown, MT 59834

Lynn Glazewski
Ruth Yanok
Janette Steffer
David Hall
Claudia Piper
Marie Powers
Tom Scott
Judith Richardson
Michael Tadra
David Birdsall
c/o Tyler Wolf
Goldman Sachs
222 South Main Street
Salt Lake City, UT 84101

{00591834;1}