

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 09, 2022.**

**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT FUNDS, LLC | § | BANKRUPTCY NO. 21-51521 |
| | § | |
| DEBTOR. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING TRUSTEE'S MOTION TO EXPEDITE HEARING ON TRUSTEE'S MOTION TO APPROVE (A) SALE OF PROPERTY OF THE ESTATE OF DEEPROOT FUNDS, LLC, (B) SALE PROCEDURES IN CONNECTION WITH THE SALE OF PROPERTY OF THE ESTATE OF DEEPROOT FUNDS, LLC, AND (C) THE FORM OF NOTICE FOR THE SALE OF PROPERTY OF THE ESTATE OF DEEPROOT FUNDS, LLC OF THE ESTATE OF POLICY SERVICES, INC.**

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are:  In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each an "**Estate**" and collectively, the "**Estates**".

– 1 –

On this day came to be heard the *Trustee's Motion to Expedite Hearing on Trustee's Motion to Approve (A) Sale of Property of the Estate of deeproot Funds, LLC, (B) Sale Procedures in Connection with the Sale of Property of the Estate of deeproot Funds, LLC, and (C) the Form of Notice for the Sale of Property of the Estate of deeproot Funds, LLC* (the "**Expedite Motion**"), seeking an expedited hearing on the *Trustee's Motion to Approve (A) Sale of Property of the Estate of deeproot Funds, LLC, (B) Sale Procedures in Connection with the Sale of Property of the Estate of deeproot Funds, LLC, and (C) the Form of Notice for the Sale of Property of the Estate of deeproot Funds, LLC* (the "**Sale and Procedure Motion**").  After reviewing the pleadings and representation of counsel, this Court is of the opinion that the Expedite Motion should in all things be GRANTED.

It is, therefore, ordered that an **expedited hearing on the Trustee's Sale and Procedure Motion shall be set for September 13, 2022 @10am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

Trustee's counsel shall be responsible for sending notice of the expedited hearing.

# # #

**Submitted by:**
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,**
**CHAPTER 7 TRUSTEE**