**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 07, 2022.**



_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| deeproot Capital Management, LLC, *et al.*,[1] | Case No. 21-51523 (MMP) |
| Debtors. | (Jointly Administered) |

**ORDER REGARDING EXPEDITED MOTION TO QUASH BANKRUPTCY RULE 2004 EXAMINATION NOTICES WITH SUBPOENA DUCES TECUM**

Came upon for consideration the *Expedited Motion to Quash Bankruptcy Rule 2004 Examination Notices with Subpoena Duces Tecum* [Dkt. No. 137] (the "***Motion***")[2] filed by

---

[1] The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: *In re Policy Services, Inc.*, 21-51513 (2864), *In re Wizard Mode Media, LLC*, 21-51514 (3205), *In re deeproot Pinball LLC*, 21-51515 (0320), *In re deeproot Growth Runs Deep Fund, LLC*, 21-51516 (8046), *In re deeproot 575 Fund, LLC*, 21-51517 (9404), *In re deeproot 3 Year Bonus Income Debenture Fund, LLC*, 21-51518 (7731), *In re deeproot Bonus Growth 5 Year Debenture Fund, LLC*, 21-51519 (9661), *In re deeproot Tech LLC*, 21-51520 (9043), *In re deeproot Funds LLC*, 21-51521 (9404), *In re deeproot Studios LLC*, 21-51522 (6283), and *In re deeproot Capital Management, LLC*, 21-51523 (2638).

[2] Capitalized terms used but not defined herein are intended to have the meanings ascribed to them in the Motion. Docket entries refer to those in chapter 7 Case No. 21-51523 (MMP).

{00591417;2}  1

129009681v.3

Cycladic International, LLC, ("***Cycladic International***"), Cycladic, LLC ("***Cycladic***"), and Thomas N. Andrew ("***Andrew***" and together with Cycladic International and Cycladic, the "***Subpoena Respondents***") seeking relief concerning a certain examination notices that John Patrick Lowe, Chapter 7 Trustee (the "***Trustee***") issued to the Subpoena Respondents pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "***Rule 2004 Notices***") along with subpoenas *duces tecum* the Trustee issued accompanying the Rule 2004 Notices (the "***Subpoenas***" and together with the Rule 2004 Notices, the "***Discovery***") [Dkt. No. 129]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having held an expedited hearing on September 1, 2022 (the "***Hearing***") with counsel for the Subpoena Respondents and the Trustee appearing; and the Court, having considered the Motion and the arguments of counsel at the Hearing, has determined that the Motion should be GRANTED in part and DENIED in part as set forth herein and decided on the record at the Hearing.

**IT IS HEREBY ORDERED THAT**

1. The Motion is DENIED with respect to the Trustee's designated topics for examination set forth in the Rule 2004 Notices.

2. The Motion is GRANTED to the extent the Trustee seeks Discovery for the period prior to September 1, 2012.

3. The Motion is DENIED to the extent that it seeks to quash requests seeking documents and communications belonging to Dover Capital Strategies LLC and Anemos

Consulting, Inc. The Trustee may seek documents and communications belonging to the foregoing entities that are in Thomas Andrew's possession, custody, and control.

4. The Motion is GRANTED to the extent that the Trustee's Request No. 11 seeks discovery from "any Person." The phrase "any Person" is hereby stricken from Trustee's Request No. 11 and replaced with the name "Russell Hagan."

5. The Trustee withdrew Trustee's Request No. 15 on the record at the Hearing and such request is hereby stricken from the Discovery.

6. The Motion is GRANTED to the extent Trustee's Request Nos. 18-20 seek discovery about compensation and/or distributions of funds that were not received from, or otherwise related to funds received from, Policy Services, Inc. ("**PSI**").

7. The Motion is GRANTED to the extent Trustee's Request Nos. 17, 21 and 22 seek discovery that is not related to funds received from PSI. The Trustee's Request Nos. 17, 21 and 22 are hereby limited to financial and banking records that evidence funds received from PSI.

8. The Motion is otherwise DENIED except as to the relief specifically set forth herein.

9. The Court shall retain jurisdiction to enforce and interpret this Order, along with any disputes related thereto.

# # #

PREPARED AND SUBMITTED BY:

*/s/ Stephen J. Humeniuk*
Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, TX 78701
Telephone: (512) 305-4700
stephen.humeniuk@lockelord.com
**Counsel for Cycladic International, LLC;**
**Cycladic, LLC; and Thomas N. Andrew**


AGREED TO AS TO FORM:

*/s/ W. Drew Mallender*
Randall A. Pulman
W. Drew Mallender
PULMAN CAPPUCCIO & PULLEN, LLP
2161 NW Military Hwy., Suite 400
San Antonio, TX 78213
Telephone: (210) 222-9494
rpulman@pulmanlaw.com
dmallender@pulmanlaw.com
**Counsel for John Patrick Lowe,**
**Chapter 7 Trustee**

{00591417;2}                                    4

129009681v.3

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-51523-mmp |
| deeproot Capital Management, LLC | Chapter 7 |
| deeproot Capital Management, LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 07, 2022 | Form ID: pdfintp | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| aty | + | Pulman Cappuccio & Pullen, LLP, c/o Randall A. Pulman, 2161 NW Military Hwy., Suite 400, San Antonio, TX 78213-1844 |
| cr | + | Beverly O'Neal, 18940 Columbus Mill Dr, New Caney, TX 77357-2076 |
| cr | | Brenda E. Jennings, P.O. Box 14693, Houston, TX 77221-4693 |
| cr | + | CCW Braun Heights, LLC, 22809 Citron Circle, San Antonio, TX 78260-7728 |
| cr | + | Carrie Blair, 1171 E FM 193, Afton, TX 79220-4900 |
| cr | + | Clara Dean, 375 Private Road 7135, Colmesneil, TX 75938-5427 |
| cr | + | Cliff Conrad, 22809 Citron Circle, San Antonio, TX 78260-7728 |
| cr | + | Clyde R. and Shirley Watson, 2209 Westside Dr., Deer Park, TX 77536-3945 |
| intp | + | Cynthia E. Bryant, 3419 Justinian, Jefferson, IN 47130-8629 |
| cr | + | David and Paula Burke, 2914 East Lake Falls Circle, Spring, TX 77386-2904 |
| cr | + | Donald W. Cook, 6243 Settlers Lake Cir E, Katy, TX 77449-2061 |
| intp | + | Greg Murray, 1503 Tarton Lane, San Antonio, TX 78231-2427 |
| cr | + | Helene Cook, 6243 Settlers Lake Circle East, Katy, TX 77449-2061 |
| cr | + | Jack S. and Shirley Daniel, 2214 Killarney Ln, Deer Park, TX 77536-4060 |
| cr | + | Jacquelin A. Peters-Farrar, 510 Call Ct., New Baden, IL 62265-2001 |
| cr | + | James O'Neal, 18940 Columbus Mill Dr, New Caney, TX 77357-2076 |
| intp | + | Jason McKinnie, McKinnie & Paul, PLLC, 8610 N. New Braunfels Ave.,, Suite 320, San Antonio, TX 78217-6358 |
| cr | + | JoAnn Wells, Trustee Wells Trust, 2495 Sawdust Rd, Apt 2415, The Woodlands, TX 77380-3384 |
| cr | + | Judith L Werner Ttee Judith L. Werner RLT, 81 Elkins LK, Huntsville, TX 77340-7302 |
| cr | + | Karen Ready, 1927 Topside Court, Crosby, TX 77532-5004 |
| cr | + | Kim Marchwicki, 9603 Boerne Spring, Boerne, TX 78006-9394 |
| intp | + | Lawson C. Horner, III, 3700 E. Williams Field, #1096, Gilbert, AZ 85295-1150 |
| cr | + | Mary B. Summy, 125 Culbertson Loop, Livingston, TX 77351-5981 |
| cr | + | Mary G. Marquis, 14019 SW Fwy, Ste 301, Box 163, Sugar Land, TX 77478-3551 |
| intp | + | Mel T. Davis, P.O. Box 236, Elmendorf, TX 78112-0236 |
| cr | + | Pauline Rubin, 11123 Renwick Dr., Houston, TX 77096-6138 |
| cr | + | Philip J. Erdmann, 18319 Glenn Haven Estates Drive, Houston, TX 77379-2769 |
| jaddb | + | Policy Services, Inc., 12621 Silicon Dr., San Antonio, TX 78249-3447 |
| cr | | Richard T. Jennings, P.O. Box 14693, Houston, TX 77221-4693 |
| cr | + | Roberta L. Erdmann, 18319 Glenn Haven Estates Dr., Spring, TX 77379-2769 |
| cr | + | Silicon Drive Office Venture, LLC, c/o SMFAD Law, 1001 McKinney Street, Suite 1100, Houston, TX 77002-6424 |
| jaddb | #+ | Wizard Mode Media, LLC, 12227 S Business Park Dr, Suite 130, Draper, UT 84020-6515 |
| jaddb | #+ | deeproot 3 Year Bonus Income Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot 575 Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot BonusGrowth 5 Year Debenture Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Funds, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Growth Runs Deep Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Pinball, LLC, 12621 Silicon Dr., San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Studios, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Tech, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |

| | | | |
|---|---|---|---|
| District/off: 0542-5 | User: admin | | Page 2 of 5 |
| Date Rcvd: Sep 07, 2022 | Form ID: pdfintp | | Total Noticed: 42 |
| TOTAL: 41 | | | |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bcd@oag.texas.gov | Sep 07 2022 22:09:00 | Texas Workforce Commission, Christopher S.Murphy, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jaddb | *+ | deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| cr | ##+ | Judy Marsolan, 1133 E Hawkins Parkway, Apt. 142, Longview, TX 75605-8051 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Craig Hale | on behalf of Creditor Draper 5 LLC achale@halewoodlaw.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |

21-51523-mmp Doc#156 Filed 09/09/22 Entered 09/09/22 23:22:29 Imaged Certificate of Notice Pg 7 of 9

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 5 |
| Date Rcvd: Sep 07, 2022 | Form ID: pdfintp | Total Noticed: 42 |

| | |
|---|---|
| | on behalf of Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Pinball LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of JointAdmin Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Christopher S. Murphy | on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov sherri.simpson@oag.texas.gov |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |

21-51523-mmp Doc#156 Filed 09/09/22 Entered 09/09/22 23:22:29 Imaged Certificate of Notice Pg 8 of 9

| District/off: 0542-5 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdfintp | Total Noticed: 42 |

| | |
|---|---|
| Jason M. Rudd | on behalf of Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| John C. Dunne | on behalf of Creditor Silicon Drive Office Venture LLC jdunne@smfadlaw.com, ereddick@smfadlaw.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Jonathan Petree | on behalf of Creditor CVH University Park LP jpetree@mcslaw.com |
| Lynne M Jurek | on behalf of Creditor Mary B. Summy lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Pauline Rubin lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor JoAnn Wells Trustee Wells Trust lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Mary G. Marquis lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor David and Paula Burke lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Judith L Werner Ttee Judith L. Werner RLT lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Helene Cook lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Brenda E. Jennings lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Karen Ready lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Clara Dean lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Jack S. and Shirley Daniel lmjurek@jureklaw.com |
| Lynne M Jurek | |

21-51523-mmp Doc#156 Filed 09/09/22 Entered 09/09/22 23:22:29 Imaged Certificate of Notice Pg 9 of 9

| District/off: 0542-5 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdfintp | Total Noticed: 42 |

| | |
|---|---|
| | on behalf of Creditor Jacquelin A. Peters-Farrar lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Judy Marsolan lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Philip J. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Donald W. Cook lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Roberta L. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Clyde R. and Shirley Watson lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Richard T. Jennings lmjurek@jureklaw.com |
| Patrick H. Autry | on behalf of Interested Party TuYo Holdings LLC pautry@branscomblaw.com, waspcreek@gmail.com;slee@branscomblaw.com |
| Randall A. Pulman | on behalf of Trustee John Patrick Lowe rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Raymond W. Battaglia | on behalf of Creditor Cliff Conrad rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor CCW Braun Heights LLC rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Conrad Car Wash Inc. rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Susan Conrad Trust rbattaglialaw@outlook.com |
| Stephen J. Humeniuk | on behalf of Interested Party Cycladic International LLC stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| Stephen J. Humeniuk | on behalf of Interested Party Thomas N. Andrew stephen.humeniuk@lockelord.com molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| Stephen J. Humeniuk | on behalf of Interested Party Cycladic LLC stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 77