IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT FUNDS, LLC | § | BANKRUPTCY NO. 21-51521 |
| | § | |
| DEBTOR. | § | JOINTLY ADMINISTERED |

CERTIFICATE OF SERVICE OF
TRUSTEE'S NOTICE OF SALE OF PROPERTY OF THE ESTATE OF DEEPROOT FUNDS, LLC
WITH ITS EXHIBIT A SALE PROCEDURES

I hereby certify that true and correct copies of the attached *Trustees' Notice of Sale of the Property of The Estate of deeproot Funds, LLC* with its attached *Exhibit A Sale Procedures* was served via US First Class Mail on the 14th day of September, 2022, to the parties on the attached service list.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot Bonus Growth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

{00571351;1}

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

{00571351;1}

# ATTACHMENT

*Trustees' Notice of Sale of
Property of The Estate of deeproot Funds, LLC
with its Exhibit A "Sale Procedures"*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT FUNDS, LLC | § | BANKRUPTCY NO. 21-51521 |
| | § | |
| DEBTOR. | § | JOINTLY ADMINISTERED |

**TRUSTEE'S NOTICE OF SALE OF THE PROPERTY OF THE ESTATE OF DEEPROOT FUNDS, LLC**

## PLEASE READ THIS NOTICE CAREFULLY AS YOUR RIGHTS MAY BE AFFECTED AS SET FORTH HEREIN.

On December 9, 2021 (the "**Petition Date**"), the Debtors filed their respective voluntary petitions under Chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**"). The Court approved joint administration of Debtors listed in the captioned footnote on December 20, 2021. On December 21, 2021, John Patrick Lowe was appointed Chapter 7 Trustee (the "**Trustee**") of the estates of the Jointly Administered Debtors.

On September 8, 2022, Trustee filed *Trustee's Motion to Approve (A) Sale of Property of the Estate of deeproot Funds, LLC, (B) Sale Procedures in Connection with the Sale of Property of the Estate of deeproot Funds, LLC, and (c) the Form of Notice for Sale of Property of the Estate of deeproot Funds, LLC* (the "**Sale Procedures Motion**") seeking approval of certain procedures for the sale of and taking bids (the "**Sale Process**") on property of the Estate of deeproot Funds, LLC. Through this Sale Process, Trustee seeks the highest and best offer(s) for the sale (the

---

[1] The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth *5* Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each an "**Estate**" and collectively, the "**Estates**".

"**Sale**") of a certain Promissory Note (the "**Note**") free and clear of any and all liens, claims, rights, interests, and encumbrances in accordance with Section 363(f) of the Bankruptcy Code, with such liens, claims, rights, interests, and encumbrances to attach to the sale proceeds. The Sale Process is subject to, and all offers must be in accordance with, the sale procedures approved by the Bankruptcy Court, which are attached hereto as **Exhibit A** (the "**Sale Procedures**").

On September 14, 2022, the Bankruptcy Court entered its Order Approving *Trustee's Motion to Approve (A) Sale of Property, and (B) the Form of Notice for the Sale of Property of the Estate of deeproot Funds, LLC* [Docket No. 159] (the "**Sales Procedures Order**") in which the Bankruptcy Court, among other things, (a) approved the Sales Procedures, (b) approved the form and manner of notice of the Sale Procedures, (c) set an Objection Deadline to the Sale, and (d) established the date for the sale hearing.

Any party wishing to participate as a qualified bidder should submit (a) a bid for the Note ("**Bid**"), (b) a purchase agreement ("**Purchase Agreement**"), signed by an authorized representative of such bidder, (c) evidence of the bidder's financial ability to close the transaction, to J. Patrick Lowe, Trustee, 2402 E. Main, Uvalde, Texas 78801; email pat.lowe.law@gmail.com, and (d) a deposit in the amount of One Hundred Thousand and no/100 Dollars ($100,000.00) ("**Deposit**") with Trustee's counsel, Randall A. Pulman, at Pulman, Cappuccio & Pullen, LLP, 2161 NW Military Highway, Suite 400, San Antonio, Texas 78213; Phone No. (210) 222-9494, Fax No. (210) 892-1610; email rpulman@pulmanlaw.com by no later than October 7, 2022 (the "**Bid Deadline**"). Any such Bid submitted by the Bid Deadline shall be in the amount of at least One Million Fifty Thousand and no/100 Dollars ($1,050,000.00) to be a qualified bid ("**Qualified Bid**") and to allow the bidder to become a Qualified Bidder ("**Qualified Bidder**"). The deposited funds will be held by Pulman, Cappuccio & Pullen, LLP in its trust account until after the closing of the sale. The Deposit of all Qualified Bidders (except for the highest bidder (the "**Successful Bidder**")) will be returned, without interest, to each Qualified Bidder as soon as reasonably practicable but in any event within seven (7) business days after the closing of the Sale.

In the event Trustee receives at least one Qualified Bid by the Bid Deadline and such bid is better than CCW 's offer as may be determined solely by the Trustee in exercising his best business judgment and discretion, a public outcry auction shall be conducted at the hearing on the Sale Hearing. Only CCW and any Qualified Bidder(s) shall be eligible to bid at the auction. At the conclusion of the auction, the Court shall select the Successful Bidder.

In the event Trustee receives at least one Qualified Bid, counsel for Trustee will file a notice with the Court (the "**Bid Notice**") by no later than noon on October 10, 2022. **The Court shall hold a hearing to approve the sale of the Note on October 13, 2022, at 1:30 p.m. (the "Sale Hearing"), where Trustee will seek approval of the sale of the Note to the Successful Bidder.**

The Sale Hearing will be held at Hipolito F. Garcia Federal Building and United States Courthouse, Courtroom No. 1, Third Floor, 615 E. Houston St., San Antonio, Texas 78205.

Objections, if any, to the consummation of the Sale, shall be filed with the Bankruptcy Court by no later **October 7, 2022** (the "**Objection Deadline**"). Any person failing to timely file an objection to the Sale prior to the deadlines set forth in the Sale Procedures Order shall be forever barred from objecting to the Sale, including the transferring of the Note free and clear of any and all liens, claims and other interests, and will be deemed to consent to the Sale.

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/Randall A. Pulman*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

# EXHIBIT A TO NOTICE OF SALE:

## APPROVED SALE PROCEDURES

# SALE PROCEDURES

On December 9, 2021 (the "**Petition Date**"), deeproot Funds, LLC, one of eleven jointly administered debtors ("**Debtor**"), and the holder and payee of the Note (defined below), filed a voluntary petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**").

On December 21, 2021, J. Patrick Lowe, was appointed chapter 7 Trustee ("**Trustee**") for the estate of *In re deeproot Funds, LLC.*, Case No. 21-51521, in the United States Bankruptcy Court of the Western District of Texas, San Antonio, Division, which case is being Jointly Administered under *In re deeproot Capital Management, LLC, et al.*, Case No. 21-51523, in the United States Bankruptcy Court of the Western District of Texas, San Antonio, Division.

These Sale Procedures have been approved and authorized pursuant to the *Trustee's Motion to Approve (A) Sale Procedures, and (B) the Form of Notice for the Sale of Property of the Estate of deeproot Funds, LLC* (the "**Sale Motion**") and the *Order Approving Trustee's Motion to Approve (A) Sale Procedures, and (B) the Form of Notice for the Sale of Property of the Estate of deeproot Funds, LLC* (the "**Sale Procedures Order**"), entered by the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

## A. Assets to be Sold

Generally, the assets to be sold include the conveyance free and clear of all liens, claims, encumbrances, and interests in a certain promissory note, as described in the Sale Motion, a copy of the Note is attached hereto as Exhibit A (the "**Note**").

Any interested purchaser who notifies the Trustee of their desire to submit a bid for the purchase of the Note will, upon request to the Trustee, be provided copies of relevant financial information and due diligence materials (the "**Due Diligence**"), provided such interested purchaser first executes a confidentiality (the "**Confidentiality Agreement**"). Any party wishing to receive a Confidentiality Agreement should make such request via email with the subject line to read "CONFIDENTIALTY AGREEMENT" and send it to MaryAnn Villa at mvilla@pulmanlaw.com

## B. Submission of Initial Qualifying Bids by Potential Purchasers

Any party wishing to participate as a qualified bidder should submit (a) a bid for the Note ("**Bid**"), (b) a purchase agreement ("**Purchase Agreement**"), signed by an authorized representative of such bidder, (c) evidence of the bidder's financial ability to close the transaction, to J. Patrick Lowe, Trustee, 2402 E. Main, Uvalde, Texas 78801; email pat.lowe.law@gmail.com, and (d) an earnest money deposit in the amount of One Hundred Thousand and no/100 Dollars ($100,000.00) ("**Deposit**") with Trustee's counsel, Randall A. Pulman, at Pulman, Cappuccio & Pullen, LLP, 2161 NW Military Highway, Suite 400, San Antonio, Texas 78213; Phone No. (210) 222-9494, Fax No. (210) 892-1610; email rpulman@pulmanlaw.com by no later than October 7, 2022 (the "**Bid Deadline**").

Any such Bid submitted by the Bid Deadline shall be in the amount of at least One Million, Fifty Thousand and no/100 Dollars ($1,050,000.00) to be a qualified bid ("**Qualified Bid**") and to allow the bidder to become a Qualified Bidder ("**Qualified Bidder**"). The deposited funds will be

held by Pulman, Cappuccio & Pullen, LLP in its trust account until after the closing of the sale. The Deposits of all Qualified Bidders (except for the highest bidder (the "**Successful Bidder**")) will be returned, without interest, to each Qualified Bidder as soon as reasonably practicable but in any event within seven (7) business days after the closing of the Sale

### D.  **The Selection of the Successful Bid**

In the event Trustee receives at least one Qualified Bid by the Bid Deadline, and such bid is better than CCW 's offer as may be determined solely by the Trustee in exercising his best business judgment and discretion, a public outcry auction shall be conducted at the hearing on the Sale Hearing.  Only CCW and any Qualified Bidder(s) shall be eligible to bid at the auction. At the conclusion of the auction, the Court shall select the Successful Bidder.

### E.  **Objections to Sale**

Any objection(s) filed to the sale of the Note (i) shall be set forth in writing and shall specify with particularity the grounds for such objections or other statements of position; (ii) shall be filed with the Court no later October 7, 2022 (the "**Objection Deadline**").  Any person failing to timely file an objection to the Sale prior to the Objection Deadline shall be forever barred from objecting to the sale of the Note, including the transferring of the Note free and clear of any and all liens, claims and other interests, and will be deemed to consent to the sale of the Note.

### F.  **Court Approval**

The Court will hold a hearing to approve the sale of the Note to the Successful Bidder on October 13, 2022, at 1:30 p.m. in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas (the "**Sale Hearing**"), where Trustee will seek approval of the sale of the Note to the Successful Bidder.

At the Sale Hearing, Trustee will seek entry of an order approving the sale of the Note to the Successful Bidder pursuant to 11 U.S.C. §363(f) and free and clear of all liens, claims, encumbrances, and interests.  The Sale Hearing may be adjourned or rescheduled as ordered by the Bankruptcy Court or by Trustee with the approval of the Successful Bidder and without further notice to creditors and parties in interest other than by announcement by Trustee of the adjourned date at the Sale Hearing.

Trustee's presentation to the Bankruptcy Court for approval of a Successful Bid does not constitute Trustee's acceptance of the Bid. Trustee will be deemed to have accepted a Bid only when the Bid has been approved by Order of the Bankruptcy Court.

### G.  **Closing**

The closing of the sale of the Note to the Successful Bidder shall occur no later than seven (7) days following the Court filing an order approving the sale of the Note to the Successful Bidder (the "**Closing Deadline**"). The Closing Deadline may be modified upon an agreement between Trustee and the Successful Bidder; provided, however, that this requirement may be waived upon an agreement between Trustee and the Successful Bidder.

### H. **Failure to Consummate Purchase**

If any Successful Bidder fails to consummate the purchase of the Note, and such failure to consummate the purchase is the result of a breach by such Successful Bidder, an amount equal to twenty percent (25%) of the Deposit of such Successful Bidder shall be forfeited to the Estate.

### I. **Back-Up Bidders**

If any Successful Bidder fails to consummate a sale because of a breach or failure to perform on the part of such Successful Bidder, the Qualified Bidder that had submitted the next highest or otherwise best Qualified Bid (if any), (the "**Back-Up Bidder(s)**") will be deemed to be the Successful Bidder for the Note and Trustee will be authorized to consummate the sale of the Note to such Back-Up Bidder without further order of the Bankruptcy Court and such Qualified Bid shall thereupon be deemed the Successful Bid. If any Qualified Bidder fails to consummate the sale because of a breach or failure to perform on the part of such Qualified Bidder or for any reason within ten days after being deemed the Back-Up Bidder pursuant to this section of the Sale Procedures, the process described above may continue as determined by Trustee until a Qualified Bidder shall consummate the sale.

### J. **Return of Deposit**

The Deposits of all Qualified Bidders, who are not the Successful Bidder, will be returned, without interest, to each such Qualified Bidder as soon as reasonably practicable but in any event within seven (7) business days after the closing of the sale of the Note.

### K. **Reservation of Rights**

1.     Determination of Successful Bid. Trustee reserves the right to: (a) determine whether any bid is a Qualified Bid, and (b) reject, at any time prior to the entry of the Sale Order, any Bid that the Trustee in its discretion determines to be inadequate, insufficient, not in conformity with the Sales Procedures or the Bankruptcy Code, or contrary to the best interest of the Trustee and its Estate.

2.     Modification of Bidding Procedures. Trustee may modify the Sale Procedures, without the need for any further order of the Bankruptcy Court, including, without limitation (a) extending the deadlines set forth in these Sale Procedures, and (b) adjourning the Sale Hearing; provided, however, that the Trustee may not (i) change the amount required for a Bid to qualify as a Qualified Bid, or (ii) change the requirements for a bidder to become a Qualified Bidder.

3.     Nothing contained in these Sale Procedures, or the court's order, shall limit, restrict, alter, modify, waive or otherwise impair Trustee's reasonable business judgment in relation to the sale process contemplated by these Sale Procedures.

### L. **As Is, Where As Sale**

The sale of the Note shall be on an **"as is, where as"** basis and without representations or warranties of any kind, nature, or description by the Trustee, the Estate, or its agents and

representatives. Except as otherwise expressly provided in these Sale Procedures, by submitting a Bid, each bidder shall be deemed to acknowledge and represent that it (i) has had an opportunity to conduct any and all reasonable due diligence regarding the Note prior to makings its bid, (ii) has relied solely upon its own independent review, investigation and/or inspection of any and all documents and/or the Note in making its bid, and (iii) did not rely on any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express, implied, by operation of law or otherwise, regarding the Note, or the completeness of any information provided in connection therewith.

### M.  <u>Trustee's 's Counsel</u>

Any questions regarding these Sales Procedures should be addressed to Trustee's Counsel whose contact information is:

Randall A. Pulman
rpulman@pulmanlaw.com
W. Drew Mallender
dmallender@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

# Exhibit A
# To Sale Procedures

# Note

FINAL EXECUTION COPY

## PROMISSORY NOTE

| | |
|---|---|
| **Effective Date:** | November 20, 2018 |
| **Maker:** | CCW Braun Heights, LLC, a Texas limited liability company |
| **Maker's Mailing Address:** | 22809 Citron Circle, San Antonio, TX 78260 |
| **Payee:** | deeproot Funds, LLC, a Texas limited liability company |
| **Place for Payment:** | PO Box 691610, San Antonio, TX 78260-1610 |
| **Principal Amount:** | THREE MILLION THREE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($3,350,000.00),as adjusted by the First Amendment to Subscription Agreement of deeproot Funds, LLC. A list of the installments of loan proceeds is attached hereto as Exhibit A. |

**Maturity Date:** Five (5) years from the date of the grand opening of the carwash facility (Opening date is defined in the First Amendment to Subscription Agreement of deeproot Funds, LLC).

**Interest Rate on Unpaid Principal:** Pursuant to the First Amendment to Subscription Agreement of deeproot Funds, LLC.

**Annual Interest Rate on Matured, Unpaid Amounts:** FIVE (5%) PERCENT SIMPLE INTEREST, NOT COMPOUNDED

**Terms of Payment:** All accrued interest on the Principal Amount and the Principal Amount shall be due and payable in a balloon amount on the Maturity Date, Pursuant to the First Amendment to Subscription Agreementof deeproot Funds, LLC.

**Security for Payment:** Deed of Trust dated on or about November 20, 2018, securing a second lien against certain real property located in Bexar County, Texas.

Maker promises to pay to the order of Payee, at the place for payment and according to the terms of payment, the principal amount plus interest at the rates and in the amounts stated above. Maker promises to pay interest on matured, unpaid amounts at the Annual Interest Rate on Matured, Unpaid Amounts.

If Maker defaults in the payment of this Promissory Note, and the default continues after Payee gives Maker ten (10) days prior written notice of the default, or if a default occurs pursuant to the terms of the Security Agreement referenced above, then Payee may declare the unpaid principal

FINAL EXECUTION COPY

balance and earned and accrued interest on this note immediately due and payable. Maker waives all demands for payment, presentations for payment, notices of intention to accelerate maturity, notices of acceleration of maturity, protests, and notices of protest, to the extent permitted by law.

If this Promissory Note is given to an attorney for collection or enforcement, or if suit is brought for collection or enforcement, or if it is collected or enforced through probate, bankruptcy, or other judicial proceeding, then Maker shall pay Payee all costs of collection and enforcement, including reasonable attorneys' fees and court costs, in addition to other amounts due.

Interest on the debt evidenced by this note shall not exceed the maximum amount of non-usurious interest that may be contracted for, taken, reserved, charged, or received under the laws of the State of Texas; any interest in excess of that maximum amount shall be credited on the principal of the debt or, if that has been paid, refunded. On any acceleration or required or permitted prepayment, any such excess shall be canceled automatically as of the acceleration or prepayment or, if already paid, credited on the principal of the debt or, if the principal of the debt has been paid, refunded. This provision overrides other provisions in this and all other instruments concerning the debt.

Maker may prepay the principal amount outstanding in whole or in part. Any partial prepayment shall be applied against the principal amount outstanding and shall not postpone the due date of any subsequent monthly installments or change the amounts of such installment, unless the Payee shall otherwise agree in writing. Additional principal payments may be made in any amount on any regular payment date. Maker may pay this note in full at any time without charge or penalty.

Maker is responsible for all obligations represented by this note.

When the context requires, singular nouns and pronouns include the plural.

[Signature on next page.]

FINAL EXECUTION COPY

**MAKER:**

CCW Braun Heights, LLC,
a Texas limited-liability company

BY: _____
Mike Conrad, Co-Manager Member

Signature Page

FINAL EXECUTION COPY

**Exhibit A**
**Schedule of Funding Dates and Amounts**

| Funding Date | Amount |
|---|---|
| May 12, 2017 | $625,000.00 |
| August 23,2017 | $250,000.00 |
| August 24, 2017 | $86,000.00 |
| January 10, 2018 | $180,000.00 |
| February 9, 2018 | $40,000.00 |
| May 15, 2018 | $125,000.00 |
| June 6, 2018 | $51,000.00 |
| August 7, 2018 | $100,000.00 |
| September 10, 2018 | $100,000.00 |
| October 19, 2018 | $100,000.00 |
| Subtotal: | $2,057,000.00 |

EXHIBIT A

### *In Re: deeproot Capital Management, LLC* / Jointly Administered 21-51523-MMP
### LIMITED SERVICE LIST

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

deeproot Capital Management, LLC, *et al.*
c/o Wick Phillips *et al*.
Attn: Catherine A. Curtis/Jason M. Rudd
3131 McKinney Ave, Suite 500
Dallas, TX 75204

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539

Texas Workforce Commission
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

Robert Mueller
c/o Jay Hulings
Davis & Santos
719 S. Flores St.
San Antonio, TX  78204

United States Attorney
Attn: Bankruptcy Division
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

US Securities & Exchange Commission
Division of Enforcement
c/o George Bagnall
100 F. Street, NE
Washington DC, 20549

US Small Business Administration
Attn: Legal/Bkcy Div
10737 Gateway West, Suite 300
El Paso, TX  79935

U.S. Small Business Administration
Attn: Legal/Bkcy
200 W. Santa Ana Blvd, Ste 740
Santa Ana, CA 92701

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bkcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

Jonathan Petree
McGuire, Craddock & Strother, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

John C. Dunne
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

Matthew C. Zirzow
Larson & Zirzow
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

{00578471;2}                                    1

Silicon Drive Office Venture LLC
Attn: David A. Spencer
221 North Main Street
Boerne, TX  78006

CVH University Park, LP
Attn: Kendall Carew
9219 Katy Freeway, Suite 248
Houston, TX  77024

Draper 5, LLC
Attn: Kyla Dutson
12159 S. Business Park Dr. #165
Draper, UT  84020

Northern Industrial Mgmt LLC
Attn: Stephen Smith
2005 S. Orca St.
Seattle, WA  98108

Carrie Blair
1171 E FM 193
Afton, TX 79220

Kim Marchwicki
9603 Boerne Spring
Boerne, TX 78006

Hans Van Riel
3660 Wedo Way
North Las Vegas, NV  89031-2281

Kenneth Rud
11800 Grant Road #3901
Cypress, TX 77429

Leonard Jackson
1702 Northshore Dr
Missouri City, TX 77459

Carlotta Grice
17819 Scrub Oak Dr
Richmond, TX 77407

Roberta John
4303 Warners Discovery Way
Bowie, MD 20720-

Mary R. Dennis
3322 Chalfont Dr
Houston, TX 77066

Paul Monaghan
23606 Whispering Wind
Katy, TX 77494

Shavonda Harris
10214 Earlington Manor Dr.
Spring, TX

James Harris
10214 Earlington Manor Dr.
Spring, TX 77379

Carolyn Biddle
4103 Cane Valley Ct
Fulshear, TX 77441-1758

Glen Biddle
4103 Cane Valley Ct
Fulshear, TX 77441

Collette Curran
8536 Rocking Horse Circle
Jurupa Valley, CA 92509

Joycelyn Williams
51 Wincrest Falls Dr
Cypress, TX 77429

Mary Williams
St. Dominc Village
2401 Holcombe Blvd, C216
Houston, TX 77021

Aubrey Ross
5418 Westerham Place
Houston, TX 77069-7706

Paul E. Mocogni
Mary P. Mocogni
221 Sard Place
Highwood, IL 60040

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Stephanie Joseph
3506 Lauren Trail
Pearland, TX 77581

Lynn Stevenson
5075 N Circulo Sobrio
Tucson, AZ 85718

Wilson C Adkins
36963 N. Stoneware Dr.
San Tan Valley, AZ 85140-8514

Kendall Hale
5641 Colfax Avenue
Los Angeles, CA 91601

Karnetta Morris
2415 Cold River Dr
Humble, TX 77396

Andrew Caldwell
2354 340th Street
Keokuk, IA 52632

John E Gray
205 Viticole Lane
Little Rock, AR 72223

Bradley Ament
1414 S Norfolk
Mesa, AZ 85206

Clara Dean
375 Private Road 7135
Colmesneil, TX 75938

Trevor Sherman
2033 E Cortez Drive
Gilbert, AZ 85234

Linda G. Richmond
414 Wilcrest Dr. #414
Houston, TX 77042-1073

Tanja Y. Greene
3411 Sparta Drive
Missouri City, TX 77459

Paloma Beamer
166 E Limberlost Dr, Unit 103
Tucson, AZ 85705

Larry Trice
2439 Doverglen Dr
Missouri City, TX 77489

Steven Sheldon
2609 N. 22nd Street
Mesa, AZ 85213

John E Gray
205 Viticole Lane
Little Rock, AR 72223

Twyla Gray
19 Kayak Ridge Drive
The Woodlands, TX 77389

Sarah King
1854 Yuma Street
Salt Lake City, UT 84108

Richard Wiley
1995 W La Osa Dr
Tucson, AZ 85705

Lawson Horner
3026 S Lookout Ridge
Gold Canyon, AZ 85118

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Mabel C. Brown
6281 S. Bradshaw Way
Chandler, AZ  85249

Larry R. Blume Family Trust
2121 Mt Charleston Dr
Pahrump, NV 89048-1039

Robert Schall
8264 Preston Way
Sacramento, CA 95828

Matthew Macvane
c/o Jeffrey Sonn, Esq.
19495 Biscayne Blvd. # 607
Aventura, FL 33180

Lawson C. Horner III
3700 E. Williams Field Rd #1096
Gilbert, AZ 85295

Albert DiCicco
c/o Albert DiCicco Jr.
5327 Timberwolf
Lumberton, TX 77657

Edward Williams
30522 Thorsby Dr
Spring, TX 77386

Victoria Rhoden
7151 Woodlake Pkwy #108
San Antonio, TX 78218

Theodora McGee
1508 Timothy Ln
Amarillo, TX 79118

Steven Bowden
1493 N Winslowe Dr.  # 301
Palatine, IL 60074

Rory Motley
309 Glenmore St
Victoria, TX 77904

Brandt/Kristin Socias
7519 Ave C
Santa Fe TX 77510

Vickie Socias
7513 Avenue C
Santa Fe, TX 77510

Cathy Rice
2614 Avenue J
Santa Fe, TX 77510

Kevin Rowald
4915 W. 120th Place
Overland Park, KS 66209

Larry R. Blume Family Trust
2121 Mt Charleston Dr
Pahrump, NV 89048-1039

Nancy Cimoch
11423 S Lawndale Ave
Chicago, IL 60655

Sandra S. Thompson
DeConcini McDonald et al..
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-8571

Kenneth Rud
11800 Grant Road #3901
Cypress, TX 77429

Leonard Jackson
1702 Northshore Dr
Missouri City, TX 77459

Carlotta Grice
17819 Scrub Oak Dr
Richmond, TX 77407

Roberta John
4303 Warners Discovery Way
Bowie, MD 20720-2072

Mary R. Dennis
3322 Chalfont Dr
Houston, TX 77066

 Paul Monaghan
23606 Whispering Wind
Katy, TX 77494

Shavonda Harris
10214 Earlington Manor Dr.
Spring, TX 77379

James Harris
10214 Earlington Manor Dr.
Spring, TX 77379

Carolyn Biddle
4103 Cane Valley Ct
Fulshear, TX 77441-1758

Gregory Knight
2096 Old Greenville Rd
Staunton, VA 24401

Glen Biddle
4103 Cane Valley Ct
Fulshear, TX 77441

Joycelyn Williams
51 Wincrest Falls Dr
Cypress, TX 77429

Rosa Gibson
524 Simonton St
Montgomery, TX 77356

Mary Williams
2401 Holcombe Blvd, C216
Houston, TX 77021

AUBREY ROSS
5418 WESTERHAM PLACE
Houston, TX 77069-7706

Paul E. and Mary P.  Mocogni
221 Sard Place
Highwood, IL 60040

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Stephanie Joseph
3506 Lauren Trail
Pearland, TX 77581

Lynn Stevenson
5075 N Circulo Sobrio
Tucson, AZ 85718

Wilson C Adkins
36963 N. Stoneware Dr
San Tan Valley, AZ 85140-8514

Abraham Workman
4352 N. Deserts Gate Circle
Mesa, Arizona 85207

Karnetta Morris
2415 Cold River Dr
Humble, TX 77396

Gary Marburger
103 Entrance Dr, Apt 4, BOX 8
Livingston, TX 77351

Andrew Caldwell
2354 340th Street
Keokuk, IA 52632

Linda G. Richmond
414 Wilcrest Dr., #414
Houston, TX 77042-1073

Trevor Sherman
2033 E Cortez Drive
Gilbert, AZ 85234

Tanja Y. Greene
3411 Sparta Drive
Missouri City, TX 77459

Paloma Beamer
166 E Limberlost Dr, Unit 103
Tucson, AZ 85705

Steven Sheldon
2609 N. 22nd Street
Mesa, AZ 85213

John E Gray
205 Viticole Lane
Little Rock, AR 72223

Twyla Gray
19 Kayak Ridge Drive
The Woodlands, TX 77389

Richard Wiley
1995 W La Osa Dr
Tucson, AZ 85705

DAVID J. BUKOWSKI
8118 GLADYS LANE
PALOS HILLS, IL 60465-6046

Charles Guthrie
13108 Cottingham Rd
Oklahoma City, OK 73142

Richard Stroud
6801 CR 1017
Joshua, TX 76058

M. Brown
6251 S. Bradshaw Way
Chandler, AZ 85249

Pauline Jurney
3850 W. 97TH ST
Evergreen Park, IL 60805-6080

Phyllis Hansen
3850 W 97th St
Evergreen Park, IL 60805

Elizabeth Papagni
2038 Sawgrass Rdg
San Antonio, TX 78260

Larry Zimmerman
1743 McKinley St
Enumclaw, WA 98022

Linh Nguyen
16830 Cobbler Crossing Drive
Sugar Land, TX 77498

Dennis Newport
2301 W 110th Place
Chicago, IL 60643

Candy Nasca
5500 N Valley View Rd, Unit 227
Tucson, AZ 85718

Richard M Ruble, Sr.
5301 County Road 7550 # 306
Lubbock, TX, TX 79424-7942

Kelly F. Brumbaugh
2765 N Shannon Road
Tucson, AZ 85745-1014

Dorrit Preuss
17590 Sweat Rd
Amesville, OH 45711

George Urban
9722 S McVicker Ave
Oak Lawn, IL 60453

Cynthia E Bryant
3419 Justinian
Jeffersonville, IN 47130-4713

Roxanne Holly
6821 E Brownstone Pl
Tucson, AZ

Sharon Bloczynski
8015 S Lawler Ave
Burbank, IL 60459

Jerry Mallory
9909 Treetop Dr, Apt 2706
Orland Park, IL 60462

William Lawlor
19128 Loomis Ave
Homewood, IL 60430

Jane Kilanowski
17848 Columbus Ct
Orland Park, IL 60467

Paul Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Pamela Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Ali Afjei
3781 W Meadow Briar Dr
Tucson, AZ 85741

Mark Donahue
11892 N Meteor Pl
Tucson, AZ 85737

Elizabeth Howard
9994 N Sumter Creek Pl
Tucson, AZ

Phillip Mollencopf
7558 W Wandering Coyote Dr
Tucson, AZ 85743

Irma Nieves
5015 E Fairmount
Tucson, AZ 85712

Henry Puente
3690 W El Moraga Pl
Tucson, AZ 85745

Ronald Siemienas
21159 S Hillside Rd
Frankfort, IL 60423

Albert Perry
13815 Jomatt Loop
Winter Garden, FL 34787

Toni Hanks
2314 Laurel Rustic Oaks
Houston, TX 77014

Elisabeth Rundstrom
3106 N. Sawyer Circle
Mesa, AZ 85207

Lynda Michalski
9938 McVicker Ave
Oak Lawn, IL 60453

Ann Kurtz
299 Bronco Ct
Berthoud, CO 80513

Mary Abraham
16626 Broadoak Grove Ln
Sugar Land, TX 77298

Linda Wroblewski
13057 Birch Path Ct
Lemont, IL 60439

Harold Hawken
16103 SE 166th St
Renton, WA 98058

Megan Hawken
16103 SE 166th St
Renton, WA 98058

Yolanda Hoirup
18807 McGhee Drive E
Bonney Lake, WA 98391

Paula Atkinsons
601 Cherry Ln
Grandview, WA 98930

Sonia Green
2100 Huldy Street #1
Houston, TX 77019-7701

Carlile Patchen & Murphy LLP
950 Goodale Blvd Ste 200
Columbus, OH 43212

Alfred Bourguet
8314 N Bayou Dr
Tucson, AZ 85741

John Perchalski
5893 S Henderson Canyon Dr
Green Valley, AZ 85622

RE & CL Orth Family Trust
1601 W Queen Creek Rd #300
Chandler, AZ 85248

Pablo Manrique
12375 W Cameo Mary Ln
Tucson, AZ 85743

Michael Wallin
12425 43rd Dr SE
Everett, WA 98208
Ross Rohde
4529 N Heatherwood Pl
Tucson, AZ 85718

Mark Benko
2966 W Royal Copeland Dr
Tucson, AZ 85745

Nazlin Hemani
12514 Eagles Entry Dr.
Odessa, FL 33556

Jean Williams
7164 N Finger Rock Place
Tucson, AZ 85718

Raymond and Joanne Borner
12212 74th Ave
Palos Heights, IL 60463

Mary McGarey
7255 E Camino Bacelar
Tucson, AZ 85715

Robert J. Mueller
PO Box 690562
San Antonio, TX 78269-0562

 Jennifer T Kinard
216 Hickory Ranch Drive
St Johns, FL 32259

Fredrick P. & Mary Ann Franco
c/o Eden R. Bucher, Esquire
2755 Century Boulevard
Wyomissing, PA 19610

CPS Energy
500 McCullough Ave
Bankruptcy Section
Mail Drop CT1201
San Antonio, TX 78215

Carter L. Berry
7 North Street
Taylors, SC 29687

Marsha H & Donald J Sanders
7477 Private Rd 2564
Quinlan, TX 75474-7908

Linda Wroblewski
13057 Birch Path Ct
Lemont, IL 60439

Jennifer Nevarez
8232 Homefield Way
Sacramento, CA 95828

Gunn, Lee & Cave, P.C.
8023 Vantage Dr. Ste. 1500
San Antonio, TX 78230-7823

Jason Uldrick
1201 Abner Creek Rd.
Greer, SC 29651

Paul E. and Mary P.  Mocogni
221 Sard Place
Highwood, IL 60040

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Stephanie Joseph
3506 Lauren Trail
Pearland, TX 77581

Lynn Stevenson
5075 N Circulo Sobrio
Tucson, AZ 85718

Wilson C Adkins
36963 N. Stoneware Dr
San Tan Valley, AZ 85140-8514

Karnetta Morris
2415 Cold River Dr
Humble, TX 77396

Gary Marburger
103 Entrance Dr, Apt 4, BOX 8
Livingston, TX 77351

Andrew Caldwell
2354 340th Street
Keokuk, IA 52632

Community National Bank
dba CNB Custody
225 Main Street
Seneca, KS 66538

Linda G. Richmond
414 Wilcrest Dr., #414
Houston, TX 77042-1073

Trevor Sherman
2033 E Cortez Drive
Gilbert, AZ 85234

Tanja Y. Greene
3411 Sparta Drive
Missouri City, TX 77459

Paloma Beamer
166 E Limberlost Dr, Unit 103
Tucson, AZ 85705

Larry Trice
2439 Doverglen Dr
Missouri City, TX 77489

Steven Sheldon
2609 N. 22nd Street
Mesa, AZ 85213

John E Gray
205 Viticole Lane
Little Rock, AR 72223

Twyla Gray
19 Kayak Ridge Drive
The Woodlands, TX 77389

Richard Wiley
1995 W La Osa Dr
Tucson, AZ 85705

Charles Guthrie
13108 Cottingham Rd
Oklahoma City, OK 73142

Richard Stroud
6801 CR 1017
Joshua, TX 76058

M. Brown
6251 S. Bradshaw Way
Chandler, AZ 85249

Phyllis Hansen
3850 W 97th St
Evergreen Park, IL 60805

Elizabeth Papagni
2038 Sawgrass Rdg
San Antonio, TX 78260

Larry Zimmerman
1743 McKinley St
Enumclaw, WA 98022

Linh Nguyen
16830 Cobbler Crossing Drive
Sugar Land, TX 77498

Dennis Newport
2301 W 110th Place
Chicago, IL 60643

Pipkin Family Living Trust
c/o Gregory Pipkin
454 Bello St
Pismo Beach, CA 93449

Candy Nasca
5500 N Valley View Rd, Unit 227
Tucson, AZ 85718

Richard M Ruble, Sr.
5301 County Road 7550 # 306
Lubbock, TX, TX 79424-7942

Kelly F. Brumbaugh
2765 N Shannon Road
Tucson, AZ 85745-1014

Dorrit Preuss
17590 Sweat Rd
Amesville, OH 45711

George Urban
9722 S McVicker Ave
Oak Lawn, IL 60453

Cynthia E Bryant
3419 Justinian
Jeffersonville, IN 47130-4713

Cynthia E Bryant
3419 Justinian
Jeffersonville, IN 47130-4713

Roxanne Holly
6821 E Brownstone Pl
Tucson, AZ

Marian Abram
5752 N Camino De Las Estrellas
Tucson, AZ 85718

Marian C. Abram Rev. Trust
5752 N Camino de las Estrellas
Tucson, AZ 85718

Jane Kilanowski
17848 Columbus Ct
Orland Park, IL 60467

Paul Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Pamela Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Ali Afjei
3781 W Meadow Briar Dr
Tucson, AZ 85741

Mark Donahue
11892 N Meteor Pl
Tucson, AZ 85737

Elizabeth Howard
9994 N Sumter Creek Pl
Tucson, AZ

Phillip Mollencopf
7558 W Wandering Coyote Dr
Tucson, AZ 85743

Irma Nieves
5015 E Fairmount
Tucson, AZ 85712

Henry Puente
3690 W El Moraga Pl
Tucson, AZ 85745

Ronald Siemienas
21159 S Hillside Rd
Frankfort, IL 60423

Albert Perry
13815 Jomatt Loop
Winter Garden, FL 34787

Toni Hanks
2314 Laurel Rustic Oaks
Houston, TX 77014

Elisabeth Rundstrom
3106 N. Sawyer Circle
Mesa, AZ 85207

Lynda Michalski
9938 McVicker Ave
Oak Lawn, IL 60453

Ann Kurtz
299 Bronco Ct
Berthoud, CO 80513

Linda Wroblewski
13057 Birch Path Ct
Lemont, IL 60439

Harold Hawken
16103 SE 166th St
Renton, WA 98058

Megan Hawken
16103 SE 166th St
Renton, WA 98058

Yolanda Hoirup
18807 McGhee Drive E
Bonney Lake, WA 98391

Paula Atkinsons
601 Cherry Ln
Grandview, WA 98930

Sonia Green
2100 Huldy Street #1
Houston, TX 77019-7701

Carlile Patchen & Murphy LLP
950 Goodale Blvd Ste 200
Columbus, OH 43212

Alfred Bourguet
8314 N Bayou Dr
Tucson, AZ 85741

John Perchalski
5893 S Henderson Canyon Dr
Green Valley, AZ 85622

RE & CL Orth Family Trust
1601 W Queen Creek Rd #300
Chandler, AZ 85248            \

Pablo Manrique
12375 W Cameo Mary Ln
Tucson, AZ 85743

Michael Wallin
12425 43rd Dr SE
Everett, WA 98208

Ross Rohde
4529 N Heatherwood Pl
Tucson, AZ 85718

Mark Benko
2966 W Royal Copeland Dr
Tucson, AZ 85745

Nazlin Hemani
12514 Eagles Entry Dr.
Odessa, FL 33556

Jean Williams
7164 N Finger Rock Place
Tucson, AZ 85718

Raymond and Joanne Borner
12212 74th Ave
Palos Heights, IL 60463

Victor Arnold
2525 E Drachman St
Tucson, AZ 85716

Texas Workforce Commission
Regulatory Integrity Division - SAU
101 E. 15th Street  Room 556
Austin, TX 78778-0001

Audrey Mallinckrodt
210 High Meadow Ln
Foley, MO 63347

Elizabeth Papagni
2038 Sawgrass Rdg
San Antonio, TX 78260

Teresa Lampkins
310 Beam Drive
Las Vegas, NV 89139

Mark Zabinski
707 Bridgewater Drive
Monroe, NC 28112

Jane Kilanowski
17848 Columbus Ct
Orland Park, IL 60467

Esteban Flores
5000 Glenn Street
Amarillo, TX 79108

John Cochran
984 Deercrest Drive
San Bernadino, CA 92407

Henry Puente
3690 W El Moraga Pl
Tucson, AZ 85745

Thomas M. Hogan
10303 Aspen St
Austin, TX 78758

Rosa Gibson
524 Simonton St
Montgomery, TX 77356

Ann Starr Counts
1816 Rider Rd
Azle, Texas 76020

Alfred Bourguet
8314 N Bayou Dr
Tucson, AZ 85741

R M. Saling Rev. Liv. Trust Agmt
c/o Donald H. Wilson, Jr. Esq.
245 S. Central Avenue
Bartow, FL 33830

John Perchalski
5893 S Henderson Canyon Dr
Green Valley, AZ 85622

Pablo Manrique
12375 W Cameo Mary Ln
Tucson, AZ 85743

RE & CL Orth Family Trust
1601 W Queen Creek Rd #300
Chandler, AZ 85248

Michael Wallin
12425 43rd Dr SE
Everett, WA 98208

Dave Hernandez,Jr
26835 Trinity Trail
Cypress, TX 77433-7743

Nazlin Hemani
12514 Eagles Entry Dr.
Odessa, FL 33556

Jean Williams
7164 N Finger Rock Place
Tucson, AZ 85718

Ronald D & Victoria L Rhodeh
7151 Woodlake Parkway # 108
San Antonio, TX 78218-3747

Theresa Dannhaus
32025 FM 1301 Rd
West Columbia, TX 77486

Lloyd and Heleen Omsberg
563 Sherwood Forest Drive
Woodville, TX 75979