*#147 Motion to Approve (A) Sale of Property of the Estate of Deeproot Funds, LLC (B) Sale Procedures in Connection with the Sale of Property of the Estate of Deeproot Funds, LLC, and (C) the Form of Notice for the Sale of Property of the Estate of Deeproot Funds, LLC. filed by Randall A. Pulman for Trustee John Patrick Lowe.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| John Lowe, CH. 7 Trustee VS. Michael Conrad | | DISTRICT COURT Western (SAN ANTONIO) |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Randall Pulman | DEFENDANT'S ATTORNEY<br><br>Raymond Battaglia | DOCKET NUMBER<br>21-51523 P-7 |
| | | TRIAL DATE(S)<br>October 13, 2022 |
| PRESIDING JUDGE<br>MICHAEL M. PARKER | ELECTRONIC COURT RECORDING OPERATOR<br>Roxanne Mujica | COURTROOM DEPUTY<br><br>Deanna Castleberry |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| W/1 | | 10-13-22 | ----- | ------ | **JOHN PATRICK LOWE** |
| | | | | | |
| | W/2 | 10-13-22 | ---- | ----- | **MICHAEL CONRAD** |
| | | | | | FILED |
| | | | | | OCT 1 3 2022 |
| | | | | | U.S. BANKRUPTCY COURT BY_____DEPUTY |
| 1 | | 10-13-22 | XXXX | 10-13-22 | Order Approving Sale Procedures [ECF 159] |
| 2 | | 10-13-22 | XXXX | 10-13-22 | Trustee Notice of Sale with Bid Procedures – as approved at 9/13/22 Hearing and as mailed out on 9/14/22 |
| 3 | | 10-13-22 | XXXX | 10-13-22 | Certificate of Service of Trustee Notice of Sale with Bid Procedures [ECF 161] |
| 4 | | 10-13-22 | XXXX | 10-13-22 | Purchase and Sale Agreement by and between Trustee and CCW Braun Heights LLC (EXH C to ECF No. 147) |