# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−51523−mmp
Chapter No.: 7
Judge: Michael M Parker

IN RE: **deeproot Capital Management, LLC and deeproot Capital Management, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **11/1/22 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (1.) IF PARTIES DO NOT WISH TO APPEAR IN PERSON CONTACT THE COURTROOM DEPUTY, DEANNA CASTLEBERRY BY TELEPHONE (210) 472−6720 EXT. 5735 OR BY E−MAIL AT deanna_castleberry@txwb.uscourts.gov to APPEAR VIA TELEPHONE OR WEBEX. (2.) IF YOU HAVE WITNESSES OR EXHIBITS YOU MUST APPEAR IN PERSON OR, IF GRANTED LEAVE OF COURT, BY WEBEX. (3.) IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov. ) (Related Document(s): 169 Objections to Proposed Settlement filed by Creditor Roxanne Holly (Luna, Emilio) (related document(s): 149 Motion to Approve Compromise and Settlement Under Bankruptcy Rule 9019 with the MB Hall Ohana Revocable Trust, Jeffrey L. Mueller, and Belinda A. Breen filed by Randall A. Pulman for Trustee John Patrick Lowe) Hearing Scheduled For 11/1/2022 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 10/13/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKaplc]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-51523-mmp |
| deeproot Capital Management, LLC | Chapter 7 |
| deeproot Capital Management, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 6 |
| Date Rcvd: Oct 13, 2022 | Form ID: 133 | Total Noticed: 115 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| aty | + | Pulman Cappuccio & Pullen, LLP, c/o Randall A. Pulman, 2161 NW Military Hwy., Suite 400, San Antonio, TX 78213-1844 |
| cr | + | Beverly O'Neal, 18940 Columbus Mill Dr, New Caney, TX 77357-2076 |
| cr |   | Brenda E. Jennings, P.O. Box 14693, Houston, TX 77221-4693 |
| cr | + | CCW Braun Heights, LLC, 22809 Citron Circle, San Antonio, TX 78260-7728 |
| cr | + | Carrie Blair, 1171 E FM 193, Afton, TX 79220-4900 |
| cr | + | Clara Dean, 375 Private Road 7135, Colmesneil, TX 75938-5427 |
| cr | + | Cliff Conrad, 22809 Citron Circle, San Antonio, TX 78260-7728 |
| cr | + | Clyde R. and Shirley Watson, 2209 Westside Dr., Deer Park, TX 77536-3945 |
| intp | + | Cynthia E. Bryant, 3419 Justinian, Jefferson, IN 47130-8629 |
| cr | + | David and Paula Burke, 2914 East Lake Falls Circle, Spring, TX 77386-2904 |
| cr | + | Donald W. Cook, 6243 Settlers Lake Cir E, Katy, TX 77449-2061 |
| intp | + | Greg Murray, 1503 Tarton Lane, San Antonio, TX 78231-2427 |
| cr | + | Helene Cook, 6243 Settlers Lake Circle East, Katy, TX 77449-2061 |
| cr | + | Jack S. and Shirley Daniel, 2214 Killarney Ln, Deer Park, TX 77536-4060 |
| cr | + | Jacquelin A. Peters-Farrar, 510 Call Ct., New Baden, IL 62265-2001 |
| cr | + | James O'Neal, 18940 Columbus Mill Dr, New Caney, TX 77357-2076 |
| intp | + | Jason McKinnie, McKinnie & Paul, PLLC, 8610 N. New Braunfels Ave.,, Suite 320, San Antonio, TX 78217-6358 |
| cr | + | JoAnn Wells, Trustee Wells Trust, 2495 Sawdust Rd, Apt 2415, The Woodlands, TX 77380-3384 |
| cr | + | Judith L Werner Ttee Judith L. Werner RLT, 81 Elkins LK, Huntsville, TX 77340-7302 |
| cr | + | Karen Ready, 1927 Topside Court, Crosby, TX 77532-5004 |
| cr | + | Kim Marchwicki, 9603 Boerne Spring, Boerne, TX 78006-9394 |
| intp | + | Lawson C. Horner, III, 3700 E. Williams Field, #1096, Gilbert, AZ 85295-1150 |
| cr | + | Mary B. Summy, 125 Culbertson Loop, Livingston, TX 77351-5981 |
| cr | + | Mary G. Marquis, 14019 SW Fwy, Ste 301, Box 163, Sugar Land, TX 77478-3551 |
| intp | + | Mel T. Davis, P.O. Box 236, Elmendorf, TX 78112-0236 |
| cr | + | Pauline Rubin, 11123 Renwick Dr., Houston, TX 77096-6138 |
| cr | + | Philip J. Erdmann, 18319 Glenn Haven Estates Drive, Houston, TX 77379-2769 |
| jaddb | #+ | Policy Services, Inc., 12621 Silicon Dr., San Antonio, TX 78249-3447 |
| cr |   | Richard T. Jennings, P.O. Box 14693, Houston, TX 77221-4693 |
| cr | + | Roberta L. Erdmann, 18319 Glenn Haven Estates Dr., Spring, TX 77379-2769 |
| cr | + | Roxanne Holly, 6821 E Brownstone Place, Tucson, AZ 85750-2074 |
| cr | + | Silicon Drive Office Venture, LLC, c/o SMFAD Law, 1001 McKinney Street, Suite 1100, Houston, TX 77002-6424 |
| jaddb | #+ | Wizard Mode Media, LLC, 12227 S Business Park Dr, Suite 130, Draper, UT 84020-6515 |
| jaddb | #+ | deeproot 3 Year Bonus Income Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot 575 Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot BonusGrowth 5 Year Debenture Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Funds, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Growth Runs Deep Fund, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Pinball, LLC, 12621 Silicon Dr., San Antonio, TX 78249-3447 |
| jaddb | #+ | deeproot Studios, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 2 of 6 |
| Date Rcvd: Oct 13, 2022 | Form ID: 133 | Total Noticed: 115 |

| | | |
|---|---|---|
| jaddb | #+ | deeproot Tech, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| 18256408 | + | Ai Afjei, 3781 W Meadow Briar Dr, Tucson, AZ 85741-5400 |
| 18285254 | + | Albert DiCicco, c/o Albert DiCicco Jr., 5327 Timberwolf, Lumberton, TX 77657-7843 |
| 18256579 | + | Aubrey Ross, 5418 Westerham Place, Houston, TX 77069-1945 |
| 18256590 | + | Bradley Ament, 1414 S Norfolk, Mesa, AZ 85206-3320 |
| 18286579 | + | CPS Energy, Bankruptcy Section, 500 McCullough Ave., Mail Drop CT1201, San Antonio, TX 78215-2104 |
| 18256452 | + | Candy Nasca, 5500 N Valley View Rd, Unit 227, Tucson, AZ 85718-5362 |
| 18256351 | + | Carlotta Grice, 1526 Sweet Grass Trail, Houston, TX 77090-1847 |
| 18273283 | | Carolyn Biddle, 4103 Cane Valley Ct, Fulshear, TX 77441-1758 |
| 18256436 | + | Carolyn and Glen Biddle, 4103 Cane Valley ct., Fulshear, TX 77441-1758 |
| 18292007 | + | Carter L. Berry, 7 North Street, Taylors, SC 29687-2445 |
| 18256516 | + | Charles Guthrie, 13108 Cottingham Rd, Oklahoma City, OK 73142-3092 |
| 18256355 | + | Clara Dean, The Jurek Law Group PLLC, c/o Lynne M Jurek, 4309 Yoakum Blvd., Houston, TX 77006-5856 |
| 18286849 | + | Cynthia E Bryant, 3419 Justinian, Jeffersonville, IN 47130-8629 |
| 18256471 | + | Dennis Newport, 2301 W 110th Place, Chicago, IL 60643-3921 |
| 18256378 | + | Dorrit Preuss, 17590 Sweat Rd, Amesville, OH 45711-9315 |
| 18256484 | + | Edward Williams, 30522 Thorsby Dr, Spring, TX 77386-2517 |
| 18256546 | + | Elizabeth Howard, 9994 N Sumter Creek Pl, Tucson, AZ 85742-8627 |
| 18256412 | + | Elizabeth Papagni, 2038 Sawgrass Rdg, San Antonio, TX 78260-7235 |
| 18284601 | + | Fredrick P. Franco and Mary Ann Franco, c/o Eden R. Bucher, Esquire, 2755 Century Boulevard, Wyomissing, PA 19610, Wyomissing, PA 19610-3346 |
| 18256451 | + | George Urban, 9722 S McVicker Ave, Oak Lawn, IL 60453-3641 |
| 18269087 | | HANS VAN RIEL, 3660 WEDO WAY, NORTH LAS VEGAS NV, NORTH LAS VEGAS, NV 89031-2281 |
| 18256330 | + | James Harris, 10214 Earlington Manor Dr., Spring, TX 77379-7462 |
| 18256447 | + | Jane Kilanowski, 17848 Columbus Ct, Orland Park, IL 60467-1369 |
| 18256493 | + | Jennifer Nevarez, 8232 Homefield Way, Sacramento, CA 95828-4946 |
| 18256360 | + | Jerry Mallory, 9909 Treetop Dr, Apt 2706, Orland Park, IL 60462-5318 |
| 18277229 | + | John E Gray, 205 Viticole Lane, Little Rock, AR 72223-4695 |
| 18256463 | #+ | Joycelyn Williams, 51 Wincrest Falls Dr, Cypress, TX 77429-5217 |
| 18256425 | + | Karnetta Morris, 2415 Cold River Dr, Humble, TX 77396-4911 |
| 18286117 | | Kelly F Brumbaugh, 2765 N Shannon Road, Tucson, AZ 85745-1014 |
| 18256479 | + | Kenneth Rud, 11800 Grant Road #3901, Cypress, TX 77429-4012 |
| 18256380 | + | Larry Trice, 2439 Doverglen Dr, Missouri City, TX 77489-4212 |
| 18256458 | + | Larry Zimmerman, 1743 McKinley St, Enumclaw, WA 98022-2316 |
| 18256511 | + | Lawson Horner, 3700 E. Williams Field RD #1096, Gilbert, AZ 85295-1150 |
| 18256390 | + | Leonard Jackson, 1702 Northshore Dr, Missouri City, TX 77459-1633 |
| 18276784 | | Linda G. Richmond, 414 Wilcrest Dr. #414, Houston, TX 77042-1073 |
| 18256433 | + | Linh Nguyen, 16830 Cobbler Crossing, Sugarland, TX 77498-7151 |
| 18256401 | + | M. Brown, 6251 S. Bradshaw Way, Chandler, AZ 85249-3921 |
| 18256361 | + | Mark Donahue, 11892 N Meteor Pl, Tucson, AZ 85737-3467 |
| 18256581 | + | Mark Zabinski, 707 Bridgewater Drive, Monroe, NC 28112-8444 |
| 18256441 | + | Mary Dennis, 3322 Chalfont Dr, Houston, TX 77066-4904 |
| 18256334 | + | Mary Williams, St. Dominc Village, 2401 Holcombe Blvd, C216, Houston, TX 77021-2023 |
| 18256402 | + | Michael Thomas, 15227 Foster Springs Ln, Houston, TX 77095-2180 |
| 18256091 | + | Mountain America Federal Credit Union, Attn: Eric Corbin, 9800 S Monroe St, Sandy, UT 84070-4419 |
| 18256356 | + | Paloma Beamer, 166 E Limberlost Dr, Unit 103, Tucson, AZ 85705-8816 |
| 18256326 | + | Pamela Hopman, 4901 N Sabino Valley Pl, Tucson, AZ 85750-7221 |
| 18274037 | + | Paul E. Mocogni Mary P. Mocogni, 221 Sard Place, Highwood, IL 60040-1816 |
| 18256470 | + | Paul Hopman, 4901 N Sabino Valley Pl, Tucson, AZ 85750-7221 |
| 18256537 | + | Paul Monaghan, 23606 Whispering Wind, Katy, TX 77494-0211 |
| 18256359 | + | Pauline Journey, 3850 W 97th St, Evergreen Park, IL 60805-2942 |
| 18256403 | + | Phillip Mollencopf, 7558 W Wandering Coyote Dr, Tucson, AZ 85743-5231 |
| 18256372 | + | Phyllis Hansen, 3850 W 97th St, Evergreen Park, IL 60805-2942 |
| 18284957 | + | Pipkin Family Living Trust, Pipkin Family Living Trust c/o Gregory P, 454 Bello St, Pismo Beach, CA 93449-2701 |
| 18286103 | + | Richard M Ruble, Sr., 5301 County Road 7550, Ste 306, Lubbock, TX, TX 79424-6579 |
| 18256466 | + | Richard Stroud, 6801 CR 1017, Joshua, TX 76058-6327 |
| 18256416 | + | Richard Wiley, 1995 W La Osa Dr, Tucson, AZ 85705-2190 |
| 18272483 | + | Roberta John, 4303 Warners Discovery Way, Bowie, MD 20720-4893 |
| 18256490 | + | Rosa Gibson, 524 Simonton St, Montgomery, TX 77356-3277 |
| 18256486 | + | Roxanne Holly, 6821 E Brownstone Pl, Tucson, AZ 85750-2074 |
| 18256456 | + | Scott Hanson, 4148 E Rockledge Rd, Phoenix, AZ 85044-6768 |
| 18256405 | + | Sharon Bloczynski, 8015 S Lawler Ave, Burbank, IL 60459-2138 |
| 18256341 | + | Shavonda Harris, 10214 Earlington Manor Dr., Spring, TX 77379-7462 |

21-51523-mmp Doc#173 Filed 10/15/22 Entered 10/15/22 23:22:04 Imaged Certificate of Notice Pg 4 of 7

| District/off: 0542-5 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: 133 | Total Noticed: 115 |

| | | |
|---|---|---|
| 18274266 | + | Stephanie Joseph, 3506 Lauren Trail, Pearland, TX 77581-8835 |
| 18256593 | + | Steven Sheldon, 2609 N. 22nd Street, Mesa, AZ 85213-1437 |
| 18276847 | + | Tanja Y. Greene, 3411 Sparta Drive, Missouri City, TX 77459-6760 |
| 18256512 | + | Teresa Lampkins, 3310 Beam Drive, Las Vegas, NV 89139-5902 |
| 18256377 | + | Theodora McGee, 1508 Timothy Ln, Amarillo, TX 79118-8224 |
| 18256577 | + | Trevor Sherman, 2033 E Cortez Drive, Gilbert, AZ 85234-3830 |
| 18256513 | + | Twyla Gray, 19 Kayak Ridge Drive, The Woodlands, TX 77389-8595 |
| 18256316 | + | Victoria Rhoden, 7151 Woodlake Pkwy #108, San Antonio, TX 78218-3747 |
| 18256438 | + | William Lawlor, 19128 Loomis Ave, Homewood, IL 60430-4422 |
| 18256572 | #+ | Wilson Adkins, 36963 N Stoneware Dr, San Tan Valley, AZ 85140-5320 |

TOTAL: 113

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bcd@oag.texas.gov | Oct 13 2022 22:33:00 | Texas Workforce Commission, Christopher S.Murphy, P.O. Box 12548, Austin, TX 78711-2548 |
| 18285519 | + Email/Text: ndlrc.legal@sba.gov | Oct 13 2022 22:33:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd, Ste 740, Santa Ana, CA 92701-7534 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Roxanne Holly, 6821 E. Brownstone Place, Tucson, AZ 85750-2074 |
| jaddb | *+ | deeproot Capital Management, LLC, 12621 Silicon Dr, San Antonio, TX 78249-3447 |
| cr | ##+ | Judy Marsolan, 1133 E Hawkins Parkway, Apt. 142, Longview, TX 75605-8051 |
| 18256284 | ##+ | Audrey Mallinckrodt, 210 High Meadow Ln, Foley, MO 63347-2871 |
| 18256462 | ##+ | Lynn Stevenson, 5075 N Circulo Sobrio, Tucson, AZ 85718-6035 |
| 18256373 | ##+ | Marian Abram, 5752 N Camino De Las Estrellas, Tucson, AZ 85718-4476 |
| 18256218 | ##+ | Marian C. Abram Rev. Trust, 5752 N Camino de las Estrellas, Tucson, AZ 85718-4476 |
| 18255837 | ##+ | Sarah King, 1854 Yuma Street, Salt Lake City, UT 84108-2927 |

TOTAL: 0 Undeliverable, 2 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022                     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Craig Hale | |

21-51523-mmp Doc#173 Filed 10/15/22 Entered 10/15/22 23:22:04 Imaged Certificate of Notice Pg 5 of 7

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 4 of 6 |
| Date Rcvd: Oct 13, 2022 | Form ID: 133 | Total Noticed: 115 |

| | |
|---|---|
| | on behalf of Creditor Draper 5 LLC achale@halewoodlaw.com |
| Anna K MacFarlane | |
| | on behalf of Trustee John Patrick Lowe amacfarlane@pulmanlaw.com annakmacfarlane@gmail.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Pinball LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Christopher S. Murphy | |
| | on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov sherri.simpson@oag.texas.gov |
| Don Stecker | |
| | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |

21-51523-mmp Doc#173 Filed 10/15/22 Entered 10/15/22 23:22:04 Imaged Certificate of Notice Pg 6 of 7

| District/off: 0542-5 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: 133 | Total Noticed: 115 |

| | |
|---|---|
| Jason M. Rudd | on behalf of JointAdmin Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of JointAdmin Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| John C. Dunne | on behalf of Creditor Silicon Drive Office Venture LLC jdunne@smfadlaw.com, ereddick@smfadlaw.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Jonathan Petree | on behalf of Creditor CVH University Park LP jpetree@mcslaw.com |
| Lynne M Jurek | on behalf of Creditor Helene Cook lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Brenda E. Jennings lmjurek@jureklaw.com |

21-51523-mmp Doc#173 Filed 10/15/22 Entered 10/15/22 23:22:04 Imaged Certificate of Notice Pg 7 of 7

| District/off: 0542-5 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: 133 | Total Noticed: 115 |

| | |
|---|---|
| Lynne M Jurek | on behalf of Creditor Karen Ready lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Clara Dean lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Jack S. and Shirley Daniel lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Jacquelin A. Peters-Farrar lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Judy Marsolan lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Philip J. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Donald W. Cook lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Roberta L. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Clyde R. and Shirley Watson lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Richard T. Jennings lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Mary B. Summy lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Pauline Rubin lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor JoAnn Wells Trustee Wells Trust lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Mary G. Marquis lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor David and Paula Burke lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Judith L Werner Ttee Judith L. Werner RLT lmjurek@jureklaw.com |
| Patrick H. Autry | on behalf of Interested Party TuYo Holdings LLC pautry@branscomblaw.com, waspcreek@gmail.com;slee@branscomblaw.com |
| Randall A. Pulman | on behalf of Trustee John Patrick Lowe rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Raymond W. Battaglia | on behalf of Creditor Conrad Car Wash Inc. rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Susan Conrad Trust rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Cliff Conrad rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor CCW Braun Heights LLC rbattaglialaw@outlook.com |
| Stephen J. Humeniuk | on behalf of Interested Party Thomas N. Andrew stephen.humeniuk@lockelord.com molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| Stephen J. Humeniuk | on behalf of Interested Party Cycladic LLC stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| Stephen J. Humeniuk | on behalf of Interested Party Cycladic International LLC stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 78