# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

IN RE: deeproot Capital Management, LLC, et al.,

Case No: 21-51523

Chapter 7

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Thomas J. Cunningham ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Thomas N. Andrew, Cycladic LLC, and Cycladic International, LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

    Locke Lord LLP,

    with offices at

    Mailing address: 777 South Flagler Drive, Ste. 215

    City, State, Zip: West Palm Beach, Florida

    Telephone: 561-820-0201      Fax: _____

    Email Address: tcunningham@lockelord.com

2. Since November 4, 1993, Applicant has been and presently is a member of and in good standing with the Bar of the State of

    Illinois. Crr rkecpvju"dct"rkegpug"pwo dgt"ku"aaaaaaaaaaaaaaaaaaaaaa0
    6215928

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| State of Georgia | June 4, 2020 |
| State of Florida | April 28, 2016 |
| State of California | June 2, 2009 |
| See addendum for federal court admissions | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

    N/A

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of __Thomas J. Cunningham__ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

*/s/ Thomas J. Cunningham*
[Signature of Applicant]

Thomas J. Cunningham
[Printed name of Applicant]

777 South Flagler Drive, Ste. 215
[Address of Applicant]

561-820-0201
[Telephone of Applicant]

tcunningham@lockelord.com
[Email address of Applicant]

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| deeproot Capital Management, LLC, *et al.*,[1] | Case No. 21-51523 (MMP) |
| Debtors. | (Jointly Administered) |

## THOMAS J. CUNNINGHAM FEDERAL COURT ADMISSION ADDENDUM

- U.S. Supreme Court

- U.S. Court of Appeals for the Fourth Circuit

- U.S. Court of Appeals for the Sixth Circuit, 2010

- U.S. Court of Appeals for the Seventh Circuit, 1993

- U.S. Court of Appeals for the Eighth Circuit, 2018

- U.S. Court of Appeals for the Ninth Circuit, 2008

- U.S. Court of Appeals for the Eleventh Circuit

- U.S. District Court for the Central District of California, 2009

- U.S. District Court for the Eastern District of California, 2009

- U.S. District Court for the Northern District of California, 2009

- U.S. District Court for the Southern District of California, 2009

- U.S. District Court for the Middle District of Florida

- U.S. District Court for the Northern District of Florida, 2009

---

[1] The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: *In re Policy Services, Inc.*, 21-51513 (2864), *In re Wizard Mode Media, LLC*, 21-51514 (3205), *In re deeproot Pinball LLC*, 21-51515 (0320), *In re deeproot Growth Runs Deep Fund, LLC*, 21-51516 (8046), *In re deeproot 575 Fund, LLC*, 21-51517 (9404), *In re deeproot 3 Year Bonus Income Debenture Fund, LLC*, 21-51518 (7731), *In re deeproot Bonus Growth 5 Year Debenture Fund, LLC*, 21-51519 (9661), *In re deeproot Tech LLC*, 21-51520 (9043), *In re deeproot Funds LLC*, 21-51521 (9404), *In re deeproot Studios LLC*, 21-51522 (6283), and *In re deeproot Capital Management, LLC*, 21-51523 (2638).

1

- U.S. District Court for the Central District of Illinois Trial Bar, 1996
- U.S. District Court for the Central District of Illinois, 1996
- U.S. District Court for the Northern District of Illinois, 1993
- U.S. District Court for the Northern District of Illinois, Trial Bar, 1997
- U.S. District Court for the Southern District of Illinois, 2003
- U.S. District Court for the Northern District of Indiana, 2010
- U.S. District Court for the Eastern District of Michigan, 2010
- U.S. District Court for the Western District of Michigan, 2002
- U.S. District Court for the Northern District of Ohio, 2022
- U.S. District Court for the Eastern District of Wisconsin, 2009
- U.S. District Court for the Western District of Wisconsin, 2010
- U.S. District Court for the District of Columbia, 2021

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 20, 2022, true and correct copies of the foregoing were forwarded to all parties receiving electronic notification in this case from the Court's electronic case filing (ECF) system, including the parties identified immediately below:

*Via Counsel Via CM/ECF:*
catherinecurtis@wickphillips.com;
jason.rudd@wickphillips.com

Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

*Via Counsel Via CM/ECF:*
catherinecurtis@wickphillips.com;
jason.rudd@wickphillips.com
Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

*Via CM/ECF:* pat.lowe.law@gmail.com
John Patrick Lowe
Chapter 7 Trustee
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:* rpulman@pulmanlaw.com
Randall A. Pulman
Pulman Cappuccio & Pullen, LLP
2161 NW Military Hwy., Suite 400
San Antonio, TX 78213

*Via CM/ECF:*
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com

*Via CM/ECF:*
USTPRegion07.SN.ECF@usdoj.gov
*Aubrey.thomas@usdoj.gov*
United States Trustee – SA12
US Trustee's Office (Aubrey Thomas)
615 E. Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF:* don.stecker@lgbs.com
Don Stecker Linebarger Goggan et al.
112 E. Pecan, Suite 2200
San Antonio, TX 78205

*Via CM/ECF:* rbattaglialaw@outlook.com
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, TX 78218

*Via CM/ECF:* jpetree@mcslaw.com
Jonathan Petree
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

*Via CM/ECF:* jdunne@smfadlaw.com
John C. Dunne
SHANNON, MARTIN et al.
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF:* bk-cmurphy@oag.texas.gov
Texas Workforce Commission
c/o Christopher S. Murphy
TEXAS ATTORNEY GENERAL'S OFFICE
PO Box 12548
Austin, TX 78711

4

Catherine A. Curtis/Jason M. Rudd
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

*Via CM/ECF:* pautry@branscomblaw.com
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

*Via CM/ECF:* lmjurek@jureklaw.com
Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX 77006

*/s/ Stephen J. Humeniuk*
Stephen J. Humeniuk