**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF TEXAS**

San Antonio **DIVISION**

**IN RE:**

deeproot Capital Management, LLC, *et al.*

Case No.: 21-51523

Chapter: 7

## ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission

*Pro Hac Vice* filed by Thomas J. Cunningham ("Applicant") and the Court, having

reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is

GRANTED, and Applicant may appear on behalf of Thomas N. Andrew, Cycladic LLC, and Cycladic International LLC in the above case.

This order shall not be considered admission to practice generally before this Court or the

U.S. District Court for the Western District of Texas.

###

Prepared By:
Stephen J. Humeniuk
Locke Lord LLP
600 Congress Ave., Suite 2200
Austin, Texas 78704
512-305-4838
stephen.humeniuk@lockelord.com