IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

TRUSTEE'S NOTICE OF EXPEDITED HEARINGS ON:
(1) TRUSTEE'S MOTION TO APPROVE
(A) SALE OF PINBALL PROPERTY, (B) SALE PROCEDURES, STALKING HORSE AGREEMENT
AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF PINBALL PROPERTY
FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 USC §363(B) AND (F), AND
(C) THE FORM OF NOTICE FOR THE SALE OF PINBALL PROPERTY [ECF NO. 181];
AND
(2) TRUSTEE'S RULE 9019 MOTION TO APPROVE COMPROMISE AND
SETTLEMENT WITH DRAPER 5, LLC [ECF NO. 182].

PLEASE TAKE NOTICE that the Court has set expedited hearings for **November 1, 2022 at 9:30am** before the Honorable Michael M. Parker, U.S. Bnkaruptcy Judge, Courtroom No. 1, Third Floor, 615 E. Houston St., San Antonio, Texas 78205 on the following matters:

- *Trustee's Motion to Approve (A) Sale of Pinball Property, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Pinball Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §363(b) and (f), and (C) the Form of Notice for the Sale of Pinball Property; and (2) Trustee's Rule 9019 Motion to Approve*

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" or "**Estate**" and collectively, the "**Bankruptcy Estates**" or "**Estates**".

{00598110;1}

*Compromise and Settlement with Draper 5, LLC*, seeking an expedited hearing on the *Trustee's Motion to Approve (A) Sale of Pinball Property, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Pinball Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §363(b) and (f), and (C) the Form of Notice for the Sale of Pinball Property* [ECF No. 181] (the "**Sale and Procedure Motion**"); and

- *Trustee's Rule 9019 Motion to Approve Compromise and Settlement with Draper 5, LLC* [ECF No. 182] (the "**9019 Motion**")

**IF PARTIES DO NOT WISH TO APPEAR IN PERSON, CONTACT THE COURTROOM DEPUTY, DEANNA CASTLEBERRY, BY TELEPHONE (210) 472-6720 EXT. 5735 OR BY E-MAIL AT deanna_castleberry@txwb.uscourts.gov to APPEAR VIA TELEPHONE OR WEBEX.  IF YOU HAVE WITNESSES OR EXHIBITS YOU MUST APPEAR IN PERSON OR, IF GRANTED LEAVE OF COURT, BY WEBEX.**

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document on the following list of parties in interest and parties requesting notice; a copy has also been mailed to the parties on the limited service list in this matter and a supplemental certificate of service will be filed to evidence that.

***Via email:chris@turnerlogic.com***
Turner Logic, LLC
c/o Chris Turner
215 W Bandera Rd #114-814
Boerne, TX 78006

***Via CM/ECF: achale@halewoodlaw.com***
Craig Hale
HALE | WOOD PLLC
4766 Holladay Blvd.
Holladay, Utah 84117

***Via Counsel CM/ECF:***
***catherine.curtis@wickphillips.com***
***;jason.rudd@wickphillips.com***
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

***Via Counsel Via CM/ECF:***
***catherine.curtis@wickphillips.com;***
***jason.rudd@wickphillips.com***
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

***Via CM/ECF: pat.lowe.law@gmail.com***
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

***Via CM/ECF:***
***catherine.curtis@wickphillips.com;***
***jason.rudd@wickphillips.com***
Catherine A. Curtis/Jason M. Rudd
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

***Via CM/ECF:***
***USTPRegion07.SN.ECF@usdoj.gov***
***Aubrey.thomas@usdoj.gov***
United States Trustee - SA12
US TRUSTEE'S OFFICE (Aubrey Thomas)
615 E Houston, Suite 533
San Antonio, TX 78295-1539

***Via CM/ECF: don.stecker@lgbs.com***
Don Stecker
Linebarger Goggan et al.
112 E. Pecan, Suite 2200
San Antonio, TX 78205

***Via CM/ECF: rbattaglialaw@outlook.com***
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, TX 78218

***Via CM/ECF: jpetree@mcslaw.com***
Jonathan Petree
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

***Via CM/ECF: jdunne@smfadlaw.com***
John C. Dunne
SHANNON, MARTIN et al.
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF: bk-cmurphy@oag.texas.gov*
Texas Workforce Commission
c/o Christopher S. Murphy
TEXAS ATTORNEY GENERAL'S OFFICE
PO Box 12548
Austin, TX 78711

*Via CM/ECF: pautry@branscomblaw.com*
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

*Via CM/ECF: lmjurek@jureklaw.com*
Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX  77006

*Via CM/ECF:*
*stephen.humeniuk@lockelord.com*
Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, TX 78701

*Via CM/ECF:*
*tcunningham@lockelord.com*
Thomas J. Cunningham
LOCKE LORD LLP
777 S. Flalger Dr., Suite 215
West Palm Beach, FL 33401

*/s/ Randall A. Pulman*
Randall A. Pulman