The relief described hereinbelow is SO ORDERED.

Signed October 26, 2022.

_____
**Ronald B. King
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING
TRUSTEE'S MOTION TO EXPEDITE: (1) TRUSTEE'S MOTION TO APPROVE
(A) SALE OF PINBALL PROPERTY, (B) SALE PROCEDURES, STALKING HORSE AGREEMENT
AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF PINBALL PROPERTY
FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 USC §363(B) AND (F), AND
(C) THE FORM OF NOTICE FOR THE SALE OF PINBALL PROPERTY [ECF NO. 181];
AND (2) TRUSTEE'S RULE 9019 MOTION TO APPROVE COMPROMISE AND
SETTLEMENT WITH DRAPER 5, LLC [ECF NO. 182].**

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" or "**Estate**" and collectively, the "**Bankruptcy Estates" or "Estates**".

{00598104;1}

On this date came to be heard the *Motion* of John Patrick Lowe, Chapter 7 Trustee of the above captioned jointly administered Bankruptcy Estates ("**Trustee**"), on behalf of debtors deeproot Pinball, LLC, deeproot Tech, LLC, deeproot Studios, LLC, and Wizard Mode Media, LLC whose bankruptcy cases are being jointly administered under lead case *In re: deeproot Capital Management, LLC, et al.*, Case No. 21-51523 *to Expedite* (the "Expedite Motion") *(1) Trustee's Motion to Approve (A) Sale of Pinball Property, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Pinball Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §363(b) and (f), and (C) the Form of Notice for the Sale of Pinball Property; and (2) Trustee's Rule 9019 Motion to Approve Compromise and Settlement with Draper 5, LLC*, seeking an expedited hearing on the *Trustee's Motion to Approve (A) Sale of Pinball Property, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Pinball Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §363(b) and (f), and (C) the Form of Notice for the Sale of Pinball Property* [ECF No. 181] (the "**Sale and Procedure Motion**") and on *Trustee's Rule 9019 Motion to Approve Compromise and Settlement with Draper 5, LLC* [ECF No. 182] (the "**9019 Motion**"). After considering the pleadings and representation of counsel, this Court is of the opinion that the Expedite Motion should in all things be GRANTED.

IT IS, THEREFORE, ORDERED that **expedited hearings shall be set on the (Document #181) Sale and Procedures Motion and (Document #182) Trustee's Rule 9019 Motion for the November 1, 2022 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

It is further

ORDERED that Trustee's counsel shall file and serve notice of these expedited hearings.

{00598104;1}

# # #

**Submitted by:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE**