

**The relief described hereinbelow is SO ORDERED.**

**Signed October 26, 2022.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

### ORDER GRANTING
**TRUSTEE'S MOTION TO EXPEDITE: (1) TRUSTEE'S MOTION TO APPROVE (A) SALE OF PINBALL PROPERTY, (B) SALE PROCEDURES, STALKING HORSE AGREEMENT AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF PINBALL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 USC §363(B) AND (F), AND (C) THE FORM OF NOTICE FOR THE SALE OF PINBALL PROPERTY [ECF NO. 181]; AND (2) TRUSTEE'S RULE 9019 MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH DRAPER 5, LLC [ECF NO. 182].**

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" or "**Estate**" and collectively, the "**Bankruptcy Estates**" or "**Estates**".

{00598104;1}

On this date came to be heard the *Motion* of John Patrick Lowe, Chapter 7 Trustee of the above captioned jointly administered Bankruptcy Estates ("**Trustee**"), on behalf of debtors deeproot Pinball, LLC, deeproot Tech, LLC, deeproot Studios, LLC, and Wizard Mode Media, LLC whose bankruptcy cases are being jointly administered under lead case *In re: deeproot Capital Management, LLC, et al.*, Case No. 21-51523 *to Expedite* (the "Expedite Motion") *(1) Trustee's Motion to Approve (A) Sale of Pinball Property, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Pinball Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §363(b) and (f), and (C) the Form of Notice for the Sale of Pinball Property; and (2) Trustee's Rule 9019 Motion to Approve Compromise and Settlement with Draper 5, LLC*, seeking an expedited hearing on the *Trustee's Motion to Approve (A) Sale of Pinball Property, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Pinball Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §363(b) and (f), and (C) the Form of Notice for the Sale of Pinball Property* [ECF No. 181] (the "**Sale and Procedure Motion**") and on *Trustee's Rule 9019 Motion to Approve Compromise and Settlement with Draper 5, LLC* [ECF No. 182] (the "**9019 Motion**"). After considering the pleadings and representation of counsel, this Court is of the opinion that the Expedite Motion should in all things be GRANTED.

IT IS, THEREFORE, ORDERED that **expedited hearings shall be set on the (Document #181) Sale and Procedures Motion and (Document #182) Trustee's Rule 9019 Motion <span style="color:red">for the November 1, 2022 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.</span>**

It is further

ORDERED that Trustee's counsel shall file and serve notice of these expedited hearings.

{00598104;1}

# # #

**Submitted by:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-51523-mmp |
| deeproot Capital Management, LLC | Chapter 7 |
| deeproot Capital Management, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Thomas J. Cunningham, Locke Lord LLP, 777 South Flagler Drive, Ste. 215, West Palm Beach, FL 33401-6255 |
| cr | + | Angela Dodd United States Securities and Exchange, 175 W. Jackson Blvd., Suite 1450, Chicago, IL 60604-2710 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 28, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Craig Hale | |
| | on behalf of Creditor Draper 5 LLC achale@halewoodlaw.com |
| Angela D. Dodd | |
| | on behalf of Creditor Angela Dodd United States Securities and Exchange Commission dodda@sec.gov dalals@sec.gov;schultzc@sec.gov;nassed@sec.gov |
| Anna K MacFarlane | |
| | on behalf of Trustee John Patrick Lowe amacfarlane@pulmanlaw.com annakmacfarlane@gmail.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |

21-51523-mmp Doc#188 Filed 10/28/22 Entered 10/28/22 23:19:40 Imaged Certificate of Notice Pg 5 of 7

| District/off: 0542-5 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdfintp | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Pinball LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of JointAdmin Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Catherine A. Curtis | |
| | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Christopher S. Murphy | |
| | on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov sherri.simpson@oag.texas.gov |
| Don Stecker | |
| | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |

21-51523-mmp Doc#188 Filed 10/28/22 Entered 10/28/22 23:19:40 Imaged Certificate of Notice Pg 6 of 7

| District/off: 0542-5 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdfintp | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M. Rudd | |
| | on behalf of JointAdmin Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| John C. Dunne | |
| | on behalf of Creditor Silicon Drive Office Venture LLC jdunne@smfadlaw.com, ereddick@smfadlaw.com |
| John Patrick Lowe | |
| | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Jonathan Petree | |
| | on behalf of Creditor CVH University Park LP jpetree@mcslaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Brenda E. Jennings lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Karen Ready lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Clara Dean lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Jack S. and Shirley Daniel lmjurek@jureklaw.com |
| Lynne M Jurek | |
| | on behalf of Creditor Jacquelin A. Peters-Farrar lmjurek@jureklaw.com |

21-51523-mmp Doc#188 Filed 10/28/22 Entered 10/28/22 23:19:40 Imaged Certificate of Notice Pg 7 of 7

| District/off: 0542-5 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdfintp | Total Noticed: 2 |

| | |
|---|---|
| Lynne M Jurek | on behalf of Creditor Judy Marsolan lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Philip J. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Donald W. Cook lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Roberta L. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Helene Cook lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Clyde R. and Shirley Watson lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Richard T. Jennings lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Mary B. Summy lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Pauline Rubin lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor JoAnn Wells Trustee Wells Trust lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Mary G. Marquis lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor David and Paula Burke lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Judith L Werner Ttee Judith L. Werner RLT lmjurek@jureklaw.com |
| Patrick H. Autry | on behalf of Interested Party TuYo Holdings LLC pautry@branscomblaw.com, waspcreek@gmail.com;slee@branscomblaw.com |
| Randall A. Pulman | on behalf of Trustee John Patrick Lowe rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Raymond W. Battaglia | on behalf of Creditor Conrad Car Wash Inc. rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Susan Conrad Trust rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Cliff Conrad rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor CCW Braun Heights LLC rbattaglialaw@outlook.com |
| Stephen J. Humeniuk | on behalf of Interested Party Cycladic LLC stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| Stephen J. Humeniuk | on behalf of Interested Party Cycladic International LLC stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| Stephen J. Humeniuk | on behalf of Interested Party Thomas N. Andrew stephen.humeniuk@lockelord.com molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 79