IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: November 01, 2022.

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, | § | CASE NO. 21-51523-MMP |
| ET AL., | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 |
| | § | |
| | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 21-51523-MMP |

ORDER DENYING OBJECTION

The Court heard *Creditor, Roxanne Holly, Objections to Proposed Settlement* (ECF No. 169) and determined that the *Objection* should be denied for the reasons stated on the record. It is, therefore,

**ORDERED** that the above-referenced *Motion* is hereby **DENIED**.

# # #