*#181 Trustee's Motion to Approve (A) Sale of Pinball Property, (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Pinball Property Free and Clear of Liens and Interests pursuant to 11 U.S.C. 363(B) and (F), and (C) the Form of Notice for the Sale of Pinball Property filed by Randall A. Pulman for Trustee John Patrick Lowe .*

*#182 Trustee's Rule 9019 Motion to Approve Compromise and Settlement with Draper 5, LLC. filed by Randall A. Pulman for Trustee John Patrick Lowe.*

*#169 Objections to Proposed Settlement filed by Creditor Roxanne Holly (related document(s): (149) Motion to Approve Compromise and Settlement Under Bankruptcy Rule 9019 with the MB Hall Ohana Revocable Trust, Jeffrey L. Mueller, and Belinda A. Breen filed by Randall A. Pulman for Trustee John Patrick Lowe)*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| deeproot Capital Management vs. John Patrick Lowe  Roxanne Holly | | DISTRICT COURT  Western (SAN ANTONIO) | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY  Roxanne Holly | DEFENDANT'S ATTORNEY  Randal Pulman | DOCKET NUMBER  21-51523 P-7 | |
| | | TRIAL DATE(S)  November 1, 2022 | |
| PRESIDING JUDGE  MICHAEL M. PARKER | ELECTRONIC COURT RECORDING OPERATOR  Roxanne Mujica | COURTROOM DEPUTY  Deanna Castleberry | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | W/1 | 11-1-22 | ------ | ------ | **PATRICK LOWE** |
| | | | | | |
| | 1 | 11-1-22 | XXXX | 11-1-22 | Purchase and Sale Agreement by and between Trustee and Turner Logic, LLC (EXH B to ECF No. 181) |
| | 2 | 11-1-22 | XXXX | 11-1-22 | Form of proposed Sale Procedures (EXH E to ECF No. 181) |
| | 3 | 11-1-22 | XXXX | 11-1-22 | Form of proposed Notice of Sale (EXH F to ECF No. 181) |
| | 4 | 11-1-22 | XXXX | 11-1-22 | Property Description [EXH A to both ECF Nos. 181 and 182] |

FILED  
NOV 0 1 2022  
U.S. BANKRUPTCY COURT  
BY _____ DEPUTY

|  | 5 | 11-1-22 | XXXX | 11-1-22 | List of Office Furniture [EXH C to ECF No. 182] |
|---|---|---|---|---|---|
|  | 6 | 11-1-22 | XXXX | 11-1-22 | Settlement Agreement by and between Trustee and Draper 5, LLC [EXH F to ECF No. 181 and EXH E to ECF No. 182] |
|  | 7 | 11-1-22 | XXXX | 11-1-22 | Lease Agreement by and between Debtor Wizard Mode Media, Inc. and Draper 5, LLC [EXH B to ECF 182] |
|  | 8 | 11-1-22 | XXXX | 11-1-22 | Ledger of Draper 5, LLC [EXH D to ECF 182] |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| A |  | 11-1-22 | XXXX | 11-1-22 | Letter to Mr. Pulman |
| B |  | 11-1-22 | XXXX | 11-1-22 | Calculation of Proceeds |
| C |  | 11-1-22 | XXXX | 11-1-22 | Page 4 of Motion to Approve Compromise & Settlement |
| D |  | 11-1-22 | XXXX | 11-1-22 | Final Buyers Statement – Kiahuna Plant, Dr. Condo |
| E |  | 11-1-22 | XXXX | 11-1-22 | Buyer's Settlement – Kauai Beach Dr. Condo |
| F |  | 11-1-22 | XXXX | 11-1-22 | Page 7 of Motion to Approve Compromise & Settlement |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.