# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−51523−mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **deeproot Capital Management, LLC** ,
Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on    **11/22/22  at  09:30 AM**

Hearing to Consider and Act Upon the Following: (1.) IF PARTIES DO NOT WISH TO APPEAR IN PERSON CONTACT THE COURTROOM DEPUTY, DEANNA CASTLEBERRY BY TELEPHONE (210) 472−6720 EXT. 5735 OR BY E−MAIL AT deanna_castleberry@txwb.uscourts.gov to APPEAR VIA TELEPHONE OR WEBEX. (2.) IF YOU HAVE WITNESSES OR EXHIBITS YOU MUST APPEAR IN PERSON OR, IF GRANTED LEAVE OF COURT, BY WEBEX. (3.) IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov. ) (Related Document(s): 190 First Application for Compensation Fees $23,625.00, Expenses $0.00, For Time Period From Jan 3, 2022 To Time Period Ending Sep 30, 2022 filed by Randall A. Pulman for Trustee John Patrick Lowe, Interested Party Greg Murray) Hearing Scheduled For 11/22/2022 at 9:30 AM at SA Courtroom 1 (Castleberry, Deanna)

Dated:  11/2/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKaplc]