**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL., | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I hereby certify that on **November 2, 2022**, true and correct copies of the following documents:

- *Notice and Summary of Second Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of May 1, 2022 to September 30, 2022* (which is Exhibit B to ECF No. 189 - *Second Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of May 1, 2022 to September 30, 2022*)

- *Notice of First Interim Application for Allowance of Fees and Expenses to Greg T. Murray, P.L.L.C., as Accountant to Trustee for the Time Period of January 3, 2022 to September 30, 2022* (which is Exhibit B to ECF No. 190) - *First Interim Application for Allowance of Fees and Expenses to Greg T. Murray, P.L.L.C., as Accountant to Trustee for the Time Period of January 3, 2022 to September 30, 2022*

were served on the attached limited service list in this case.

{00600248;1}

Dated: November 17, 2022, 2022

                    Respectfully submitted,

                    **PULMAN, CAPPUCCIO & PULLEN, LLP**
                    2161 NW Military Highway, Suite 400
                    San Antonio, Texas 78213
                    www.pulmanlaw.com
                    (210) 222-9494 Telephone
                    (210) 892-1610 Facsimile

                    By: */s/ Randall A. Pulman*
                    Randall A. Pulman
                    Texas State Bar No. 16393250
                    rpulman@pulmanlaw.com

                    **ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

*In Re: deeproot Capital Management, LLC* / **Jointly Administered 21-51523-MMP**
LIMITED SERVICE LIST

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

deeproot Capital Management, LLC, *et al.*
c/o Wick Phillips *et al*.
Attn: Catherine A. Curtis/Jason M. Rudd
3131 McKinney Ave, Suite 500
Dallas, TX 75204

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539

Texas Workforce Commission
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

Robert Mueller
c/o Jay Hulings
Davis & Santos
719 S. Flores St.
San Antonio, TX 78204

United States Attorney
Attn: Bankruptcy Division
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

US Securities & Exchange Commission
Division of Enforcement
c/o George Bagnall
100 F. Street, NE
Washington DC, 20549

{00600248;1}

US Small Business Administration
Attn: Legal/Bkcy Div
10737 Gateway West, Suite 300
El Paso, TX 79935

U.S. Small Business Administration
Attn: Legal/Bkcy
200 W. Santa Ana Blvd, Ste 740
Santa Ana, CA 92701

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bkcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

Jonathan Petree
McGuire, Craddock & Strother, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

John C. Dunne
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

Matthew C. Zirzow
Larson & Zirzow
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Silicon Drive Office Venture LLC
Attn: David A. Spencer
221 North Main Street
Boerne, TX 78006

CVH University Park, LP
Attn: Kendall Carew
9219 Katy Freeway, Suite 248
Houston, TX 77024

Draper 5, LLC
Attn: Kyla Dutson
12159 S. Business Park Dr. #165
Draper, UT 84020

Northern Industrial Mgmt LLC
Attn: Stephen Smith
2005 S. Orca St.
Seattle, WA 98108

Carrie Blair
1171 E FM 193
Afton, TX 79220

Kim Marchwicki
9603 Boerne Spring
Boerne, TX 78006

Hans Van Riel
3660 Wedo Way
North Las Vegas, NV 89031-2281

Kenneth Rud
11800 Grant Road #3901
Cypress, TX 77429

Leonard Jackson
1702 Northshore Dr
Missouri City, TX 77459

Carlotta Grice
17819 Scrub Oak Dr
Richmond, TX 77407

Roberta John
4303 Warners Discovery Way
Bowie, MD 20720-

Mary R. Dennis
3322 Chalfont Dr
Houston, TX 77066

Paul Monaghan
23606 Whispering Wind
Katy, TX 77494

Shavonda Harris
10214 Earlington Manor Dr.
Spring, TX

James Harris
10214 Earlington Manor Dr.
Spring, TX 77379

Carolyn Biddle
4103 Cane Valley Ct
Fulshear, TX 77441-1758

Glen Biddle
4103 Cane Valley Ct
Fulshear, TX 77441

Collette Curran
8536 Rocking Horse Circle
Jurupa Valley, CA 92509

Joycelyn Williams
51 Wincrest Falls Dr
Cypress, TX 77429

Mary Williams
St. Dominc Village
2401 Holcombe Blvd, C216
Houston, TX 77021

Aubrey Ross
5418 Westerham Place
Houston, TX 77069-7706

Paul E. Mocogni
Mary P. Mocogni
221 Sard Place
Highwood, IL 60040

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Stephanie Joseph
3506 Lauren Trail
Pearland, TX 77581

Lynn Stevenson
5075 N Circulo Sobrio
Tucson, AZ 85718

Wilson C Adkins
36963 N. Stoneware Dr.
San Tan Valley, AZ 85140-8514

Kendall Hale
5641 Colfax Avenue
Los Angeles, CA 91601

Karnetta Morris
2415 Cold River Dr
Humble, TX 77396

Andrew Caldwell
2354 340th Street
Keokuk, IA 52632

John E Gray
205 Viticole Lane
Little Rock, AR 72223

Bradley Ament
1414 S Norfolk
Mesa, AZ 85206

Clara Dean
375 Private Road 7135
Colmesneil, TX 75938

Trevor Sherman
2033 E Cortez Drive
Gilbert, AZ 85234

Linda G. Richmond
414 Wilcrest Dr. #414
Houston, TX 77042-1073

Tanja Y. Greene
3411 Sparta Drive
Missouri City, TX 77459

Paloma Beamer
166 E Limberlost Dr, Unit 103
Tucson, AZ 85705

Larry Trice2
439 Doverglen Dr
Missouri City, TX 77489

Steven Sheldon
2609 N. 22nd Street
Mesa, AZ 85213

John E Gray
205 Viticole Lane
Little Rock, AR 72223

Twyla Gray
19 Kayak Ridge Drive
The Woodlands, TX 77389

Sarah King
1854 Yuma Street
Salt Lake City, UT 84108

Richard Wiley
1995 W La Osa Dr
Tucson, AZ 85705

Lawson Horner
3026 S Lookout Ridge
Gold Canyon, AZ 85118

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Mabel C. Brown
6281 S. Bradshaw Way
Chandler, AZ 85249

Larry R. Blume Family Trust
2121 Mt Charleston Dr
Pahrump, NV 89048-1039

Robert Schall
8264 Preston Way
Sacramento, CA 95828

Matthew Macvane
c/o Jeffrey Sonn, Esq.
19495 Biscayne Blvd. # 607
Aventura, FL 33180

Lawson C. Horner III
3700 E. Williams Field Rd #1096
Gilbert, AZ 85295

Albert DiCicco
c/o Albert DiCicco Jr.
5327 Timberwolf
Lumberton, TX 77657

Edward Williams
30522 Thorsby Dr
Spring, TX 77386

Victoria Rhoden
7151 Woodlake Pkwy #108
San Antonio, TX 78218

Theodora McGee
1508 Timothy Ln
Amarillo, TX 79118

Steven Bowden
1493 N Winslowe Dr. # 301
Palatine, IL 60074

Rory Motley
309 Glenmore St
Victoria, TX 77904

Brandt/Kristin Socias
7519 Ave C
Santa Fe TX 77510

Vickie Socias
7513 Avenue C
Santa Fe, TX 77510

Cathy Rice
2614 Avenue J
Santa Fe, TX 77510

Kevin Rowald
4915 W. 120th Place
Overland Park, KS 66209

Larry R. Blume Family Trust
2121 Mt Charleston Dr
Pahrump, NV 89048-1039

Nancy Cimoch
11423 S Lawndale Ave
Chicago, IL 60655

Sandra S. Thompson
DeConcini McDonald et al..
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-8571


Kenneth Rud

11800 Grant Road #3901
Cypress, TX 77429

Leonard Jackson
1702 Northshore Dr
Missouri City, TX 77459

Carlotta Grice
17819 Scrub Oak Dr
Richmond, TX 77407

Roberta John
4303 Warners Discovery Way
Bowie, MD 20720-2072

Mary R. Dennis
3322 Chalfont Dr
Houston, TX 77066

Paul Monaghan
23606 Whispering Wind
Katy, TX 77494

Shavonda Harris
10214 Earlington Manor Dr.
Spring, TX 77379

James Harris
10214 Earlington Manor Dr.
Spring, TX 77379

Carolyn Biddle
4103 Cane Valley Ct
Fulshear, TX 77441-1758

Gregory Knight
2096 Old Greenville Rd
Staunton, VA 24401

Glen Biddle
4103 Cane Valley Ct
Fulshear, TX 77441

Joycelyn Williams
51 Wincrest Falls Dr
Cypress, TX 77429

Rosa Gibson
524 Simonton St
Montgomery, TX 77356

{00600248;1}

Mary Williams
2401 Holcombe Blvd, C216
Houston, TX 77021

AUBREY ROSS
5418 WESTERHAM PLACE
Houston, TX 77069-7706

Paul E. and Mary P. Mocogni
221 Sard Place
Highwood, IL 60040

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Stephanie Joseph
3506 Lauren Trail
Pearland, TX 77581

Lynn Stevenson
5075 N Circulo Sobrio
Tucson, AZ 85718

Wilson C Adkins
36963 N. Stoneware Dr
San Tan Valley, AZ 85140-8514

Abraham Workman
4352 N. Deserts Gate Circle
Mesa, Arizona 85207

Karnetta Morris
2415 Cold River Dr
Humble, TX 77396

Gary Marburger
103 Entrance Dr, Apt 4, BOX 8
Livingston, TX 77351

Andrew Caldwell
2354 340th Street
Keokuk, IA 52632

Linda G. Richmond
414 Wilcrest Dr., #414
Houston, TX 77042-1073

Trevor Sherman
2033 E Cortez Drive
Gilbert, AZ 85234

Tanja Y. Greene
3411 Sparta Drive
Missouri City, TX 77459

Paloma Beamer
166 E Limberlost Dr, Unit 103
Tucson, AZ 85705

Steven Sheldon
2609 N. 22nd Street
Mesa, AZ 85213

John E Gray
205 Viticole Lane
Little Rock, AR 72223

Twyla Gray
19 Kayak Ridge Drive
The Woodlands, TX 77389

Richard Wiley
1995 W La Osa Dr
Tucson, AZ 85705

DAVID J. BUKOWSKI
8118 GLADYS LANE
PALOS HILLS, IL 60465-6046

Charles Guthrie
13108 Cottingham Rd
Oklahoma City, OK 73142

Richard Stroud
6801 CR 1017
Joshua, TX 76058

M. Brown
6251 S. Bradshaw Way
Chandler, AZ 85249

Pauline Jurney
3850 W. 97TH ST
Evergreen Park, IL 60805-6080

Phyllis Hansen
3850 W 97th St
Evergreen Park, IL 60805

Elizabeth Papagni
2038 Sawgrass Rdg
San Antonio, TX 78260

Larry Zimmerman
1743 McKinley St
Enumclaw, WA 98022

Linh Nguyen
16830 Cobbler Crossing Drive
Sugar Land, TX 77498

Dennis Newport
2301 W 110th Place
Chicago, IL 60643

Candy Nasca
5500 N Valley View Rd, Unit 227
Tucson, AZ 85718

Richard M Ruble, Sr.
5301 County Road 7550 # 306
Lubbock, TX, TX 79424-7942

Kelly F. Brumbaugh
2765 N Shannon Road
Tucson, AZ 85745-1014

Dorrit Preuss
17590 Sweat Rd
Amesville, OH 45711

George Urban
9722 S McVicker Ave
Oak Lawn, IL 60453

Cynthia E Bryant
3419 Justinian
Jeffersonville, IN 47130-4713

Roxanne Holly
6821 E Brownstone Pl
Tucson, AZ

Sharon Bloczynski
8015 S Lawler Ave
Burbank, IL 60459

Jerry Mallory
9909 Treetop Dr, Apt 2706
Orland Park, IL 60462

William Lawlor
19128 Loomis Ave
Homewood, IL 60430

Jane Kilanowski
17848 Columbus Ct
Orland Park, IL 60467

Paul Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Pamela Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Ali Afjei
3781 W Meadow Briar Dr
Tucson, AZ 85741

Mark Donahue
11892 N Meteor Pl
Tucson, AZ 85737

Elizabeth Howard
9994 N Sumter Creek Pl
Tucson, AZ

Phillip Mollencopf
7558 W Wandering Coyote Dr
Tucson, AZ 85743

Irma Nieves
5015 E Fairmount
Tucson, AZ 85712

Henry Puente
3690 W El Moraga Pl
Tucson, AZ 85745

Ronald Siemienas
21159 S Hillside Rd
Frankfort, IL 60423

Albert Perry
13815 Jomatt Loop
Winter Garden, FL 34787

Toni Hanks
2314 Laurel Rustic Oaks
Houston, TX 77014

Elisabeth Rundstrom
3106 N. Sawyer Circle
Mesa, AZ 85207

Lynda Michalski
9938 McVicker Ave
Oak Lawn, IL 60453

Ann Kurtz
299 Bronco Ct
Berthoud, CO 80513

Mary Abraham
16626 Broadoak Grove Ln
Sugar Land, TX 77298

Linda Wroblewski
13057 Birch Path Ct
Lemont, IL 60439

Harold Hawken
16103 SE 166th St
Renton, WA 98058

Megan Hawken
16103 SE 166th St
Renton, WA 98058

Yolanda Hoirup
18807 McGhee Drive E
Bonney Lake, WA 98391

Paula Atkinsons
601 Cherry Ln
Grandview, WA 98930

Sonia Green
2100 Huldy Street #1
Houston, TX 77019-7701

Carlile Patchen & Murphy LLP
950 Goodale Blvd Ste 200
Columbus, OH 43212

Alfred Bourguet
8314 N Bayou Dr
Tucson, AZ 85741

John Perchalski
5893 S Henderson Canyon Dr
Green Valley, AZ 85622

RE & CL Orth Family Trust
1601 W Queen Creek Rd #300
Chandler, AZ 85248

Pablo Manrique
12375 W Cameo Mary Ln
Tucson, AZ 85743

Michael Wallin
12425 43rd Dr SE
Everett, WA 98208

Ross Rohde
4529 N Heatherwood Pl
Tucson, AZ 85718

Mark Benko
2966 W Royal Copeland Dr
Tucson, AZ 85745

Nazlin Hemani
12514 Eagles Entry Dr.
Odessa, FL 33556

Jean Williams
7164 N Finger Rock Place
Tucson, AZ 85718

Raymond and Joanne Borner
12212 74th Ave
Palos Heights, IL 60463

Mary McGarey
7255 E Camino Bacelar
Tucson, AZ 85715

Robert J. Mueller
PO Box 690562
San Antonio, TX 78269-0562

Jennifer T Kinard
216 Hickory Ranch Drive
St Johns, FL 32259

Fredrick P. & Mary Ann Franco
c/o Eden R. Bucher, Esquire
2755 Century Boulevard
Wyomissing, PA 19610

CPS Energy
500 McCullough Ave
Bankruptcy Section
Mail Drop CT1201
San Antonio, TX 78215

Carter L. Berry
7 North Street
Taylors, SC 29687

Marsha H & Donald J Sanders
7477 Private Rd 2564
Quinlan, TX 75474-7908

Linda Wroblewski
13057 Birch Path Ct
Lemont, IL 60439

Jennifer Nevarez
8232 Homefield Way
Sacramento, CA 95828

Gunn, Lee & Cave, P.C.
8023 Vantage Dr. Ste. 1500
San Antonio, TX 78230-7823

Jason Uldrick
1201 Abner Creek Rd.
Greer, SC 29651

Paul E. and Mary P. Mocogni
221 Sard Place
Highwood, IL 60040

Michael Thomas
15227 Foster Springs Ln
Houston, TX 77095

Stephanie Joseph
3506 Lauren Trail
Pearland, TX 77581

Lynn Stevenson
5075 N Circulo Sobrio
Tucson, AZ 85718

Wilson C Adkins
36963 N. Stoneware Dr
San Tan Valley, AZ 85140-8514

Karnetta Morris
2415 Cold River Dr
Humble, TX 77396

Gary Marburger
103 Entrance Dr, Apt 4, BOX 8
Livingston, TX 77351

Andrew Caldwell
2354 340th Street
Keokuk, IA 52632

Community National Bank
dba CNB Custody
225 Main Street
Seneca, KS 66538

Linda G. Richmond
414 Wilcrest Dr., #414
Houston, TX 77042-1073

Trevor Sherman
2033 E Cortez Drive
Gilbert, AZ 85234

Tanja Y. Greene
3411 Sparta Drive
Missouri City, TX 77459

Paloma Beamer
166 E Limberlost Dr, Unit 103
Tucson, AZ 85705

Larry Trice
2439 Doverglen Dr
Missouri City, TX 77489

Steven Sheldon
2609 N. 22nd Street
Mesa, AZ 85213

John E Gray
205 Viticole Lane
Little Rock, AR 72223

Twyla Gray
19 Kayak Ridge Drive
The Woodlands, TX 77389

Richard Wiley
1995 W La Osa Dr
Tucson, AZ 85705

Charles Guthrie
13108 Cottingham Rd
Oklahoma City, OK 73142

Richard Stroud
6801 CR 1017
Joshua, TX 76058

M. Brown
6251 S. Bradshaw Way
Chandler, AZ 85249

Phyllis Hansen
3850 W 97th St
Evergreen Park, IL 60805

Elizabeth Papagni
2038 Sawgrass Rdg
San Antonio, TX 78260

Larry Zimmerman
1743 McKinley St
Enumclaw, WA 98022

Linh Nguyen
16830 Cobbler Crossing Drive
Sugar Land, TX 77498

Dennis Newport
2301 W 110th Place
Chicago, IL 60643

Pipkin Family Living Trust
c/o Gregory Pipkin
454 Bello St
Pismo Beach, CA 93449

Candy Nasca
5500 N Valley View Rd, Unit 227
Tucson, AZ 85718

Richard M Ruble, Sr.
5301 County Road 7550 # 306
Lubbock, TX, TX 79424-7942

Kelly F. Brumbaugh
2765 N Shannon Road
Tucson, AZ 85745-1014

Dorrit Preuss
17590 Sweat Rd
Amesville, OH 45711

George Urban
9722 S McVicker Ave
Oak Lawn, IL 60453

Cynthia E Bryant
3419 Justinian
Jeffersonville, IN 47130-4713

Cynthia E Bryant
3419 Justinian
Jeffersonville, IN 47130-4713

Roxanne Holly
6821 E Brownstone Pl
Tucson, AZ

Marian Abram
5752 N Camino De Las Estrellas
Tucson, AZ 85718

Marian C. Abram Rev. Trust
5752 N Camino de las Estrellas
Tucson, AZ 85718

Jane Kilanowski
17848 Columbus Ct
Orland Park, IL 60467

Paul Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Pamela Hopman
4901 N Sabino Valley Pl
Tucson, AZ 85750

Ali Afjei
3781 W Meadow Briar Dr
Tucson, AZ 85741

Mark Donahue
11892 N Meteor Pl
Tucson, AZ 85737

Elizabeth Howard
9994 N Sumter Creek Pl
Tucson, AZ

Phillip Mollencopf
7558 W Wandering Coyote Dr
Tucson, AZ 85743

Irma Nieves
5015 E Fairmount
Tucson, AZ 85712

Henry Puente
3690 W El Moraga Pl
Tucson, AZ 85745

Ronald Siemienas
21159 S Hillside Rd
Frankfort, IL 60423

Albert Perry
13815 Jomatt Loop
Winter Garden, FL 34787

Toni Hanks
2314 Laurel Rustic Oaks
Houston, TX 77014

Elisabeth Rundstrom
3106 N. Sawyer Circle
Mesa, AZ 85207

Lynda Michalski
9938 McVicker Ave
Oak Lawn, IL 60453

Ann Kurtz
299 Bronco Ct
Berthoud, CO 80513

Linda Wroblewski
13057 Birch Path Ct
Lemont, IL 60439

Harold Hawken
16103 SE 166th St
Renton, WA 98058

Megan Hawken
16103 SE 166th St
Renton, WA 98058

Yolanda Hoirup
18807 McGhee Drive E
Bonney Lake, WA 98391

Paula Atkinsons
601 Cherry Ln
Grandview, WA 98930

Sonia Green
2100 Huldy Street #1
Houston, TX 77019-7701

Carlile Patchen & Murphy LLP
950 Goodale Blvd Ste 200
Columbus, OH 43212

Alfred Bourguet
8314 N Bayou Dr
Tucson, AZ 85741

John Perchalski
5893 S Henderson Canyon Dr
Green Valley, AZ 85622

RE & CL Orth Family Trust
1601 W Queen Creek Rd #300
Chandler, AZ 85248                    \

Pablo Manrique
12375 W Cameo Mary Ln
Tucson, AZ 85743

Michael Wallin
12425 43rd Dr SE
Everett, WA 98208

Ross Rohde
4529 N Heatherwood Pl
Tucson, AZ 85718

Mark Benko
2966 W Royal Copeland Dr
Tucson, AZ 85745

Nazlin Hemani
12514 Eagles Entry Dr.
Odessa, FL 33556

Jean Williams
7164 N Finger Rock Place
Tucson, AZ 85718

{00600248;1}

Raymond and Joanne Borner
12212 74th Ave
Palos Heights, IL 60463

Victor Arnold
2525 E Drachman St
Tucson, AZ 85716

Texas Workforce Commission
Regulatory Integrity Division - SAU
101 E. 15th Street  Room 556
Austin, TX 78778-0001

Audrey Mallinckrodt
210 High Meadow Ln
Foley, MO 63347

Elizabeth Papagni
2038 Sawgrass Rdg
San Antonio, TX 78260

Teresa Lampkins
310 Beam Drive
Las Vegas, NV 89139

Mark Zabinski
707 Bridgewater Drive
Monroe, NC 28112

Jane Kilanowski
17848 Columbus Ct
Orland Park, IL 60467

Esteban Flores
5000 Glenn Street
Amarillo, TX 79108

John Cochran
984 Deercrest Drive
San Bernadino, CA 92407

Henry Puente
3690 W El Moraga Pl
Tucson, AZ 85745

 Thomas M. Hogan
10303 Aspen St
Austin, TX 78758

Rosa Gibson
524 Simonton St
Montgomery, TX 77356

Ann Starr Counts
1816 Rider Rd
Azle, Texas 76020

Alfred Bourguet
8314 N Bayou Dr
Tucson, AZ 85741

R M. Saling Rev. Liv. Trust Agmt
c/o Donald H. Wilson, Jr. Esq.
245 S. Central Avenue
Bartow, FL 33830

John Perchalski
5893 S Henderson Canyon Dr
Green Valley, AZ 85622

Pablo Manrique
12375 W Cameo Mary Ln
Tucson, AZ 85743

RE & CL Orth Family Trust
1601 W Queen Creek Rd #300
Chandler, AZ 85248

Michael Wallin
12425 43rd Dr SE
Everett, WA 98208

Dave Hernandez,Jr
26835 Trinity Trail
Cypress, TX 77433-7743

Nazlin Hemani
12514 Eagles Entry Dr.
Odessa, FL 33556

Jean Williams
7164 N Finger Rock Place
Tucson, AZ 85718

Ronald D & Victoria L Rhodeh
7151 Woodlake Parkway # 108
San Antonio, TX 78218-3747

Theresa Dannhaus
32025 FM 1301 Rd
West Columbia, TX 77486

d

{00600248;1}

Lloyd and Heleen Omsberg
563 Sherwood Forest Drive
Woodville, TX 75979

{00600248;1}