**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL., | § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**TRUSTEE'S AMENDED WITNESS AND EXHIBIT LIST FOR NOVEMBER 22, 2022 HEARINGS ON:**

**TRUSTEE'S MOTION TO APPROVE SALE OF PINBALL PROPERTY**
**AND**
**TRUSTEE'S RULE 9019 MOTION TO APPROVE**
**COMPROMISE AND SETTLEMENT WITH DRAPER 5, LLC**
**[RELATING TO ECF NOS. 181 AND 182]**

John Patrick Lowe, Chapter 7 Trustee ("**Trustee**"), files this Amended Witness and Exhibit List for the November 22, 2022 Hearings scheduled relating to the matters listed below.

**MATTERS TO BE HEARD**:

1. *Trustee's Motion to Approve Sale of Pinball Property* [ECF No. 181] (the "**Sale Motion**"); and

2. *First Interim Application for Allowance of Fees and Expenses for to Greg T. Murray, P.L.L.C., as Accountant to Trustee for the Time Period of January 3, 2022 to September 30, 2022* [ECF No. 190] (the "**Murray Fee Application**")

**TRUSTEE'S WITNESSES:**

Trustee designates the following witnesses:
1. J. Patrick "Pat" Lowe, Chapter 7 Trustee of the jointly administered bankruptcy estates
2. Chris Turner, Turner Logic
3. Greg T. Murray, CPA
4. Any witness called or designated by any other party;
5. Any rebuttal or impeachment witnesses, as necessary; and
6. Any person present at the Hearing (live or via WebEx)

Trustee reserves the right to amend or supplement this list at any time prior to the hearing.

{00601031;2}               1

**TRUSTEE'S AMENDED EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Property Description [EXH A to ECF No. 181] | | | | |
| 2 | Purchase and Sale Agreement by and between Trustee and Turner Logic, LLC (EXH B to ECF No. 181) | | | | |
| 3 | Approved Notice of Sale with Sale Procedures (EXH F to ECF No. 181) | | | | |
| 4 | Certificate of Service of Notice of Sale with Sale Procedures [ECF No. 203] | | | | |
| 5 | Greg Murray Invoice for Services Rendered [EXH C to ECF No. 190] | | | | |
| *6 | Becky Harker Invoice for Services Rendered to Greg Murray (bookkeeping services)* | | | | |
| *7 | Supplemental Certificate of Service – Notice/Summary of Second Fee App of Trustee Counsel and Notice/Summary of First Fee App of Trustee Forensic Accountant [ECF No. 202]* | | | | |
| | Any exhibits designated by any other party | | | | |
| | Any rebuttal or impeachment exhibits | | | | |

*These exhibits have been added to the original list filed at ECF 204.

Trustee reserve the right to amend or supplement this list at any time prior to the hearing.

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:/s/ Randall A. Pulman
   Randall A. Pulman
   Texas State Bar No. 16393250
   rpulman@pulmanlaw.com
   Anna K. MacFarlane
   Texas State Bar No. 24116701
   amacfarlane@pulmanlaw.com

**ATTORNEYS FOR CHAPTER 7 TRUSTEE**

{00601031;2}

## CERTIFICATE OF SERVICE

I hereby certify that on the 21ST day of November, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document to the following parties requesting notice (a copy of the exhibits will be served via email).

**Via Counsel CM/ECF:**
catherine.curtis@wickphillips.com
;jason.rudd@wickphillips.com
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

**Via Counsel Via CM/ECF:**
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

**Via CM/ECF:** pat.lowe.law@gmail.com
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

**Via CM/ECF:**
catherine.curtis@wickphillips.com;
jason.rudd@wickphillips.com
Catherine A. Curtis/Jason M. Rudd
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

**Via CM/ECF:**
USTPRegion07.SN.ECF@usdoj.gov
Aubrey.thomas@usdoj.gov
United States Trustee - SA12
US TRUSTEE'S OFFICE (Aubrey Thomas)
615 E Houston, Suite 533
San Antonio, TX 78295-1539

**Via CM/ECF:** don.stecker@lgbs.com
Don Stecker
Linebarger Goggan et al.
112 E. Pecan, Suite 2200
San Antonio, TX 78205

**Via CM/ECF:** rbattaglialaw@outlook.com
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, TX 78218

**Via CM/ECF:** jpetree@mcslaw.com
Jonathan Petree
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

**Via CM/ECF:** jdunne@smfadlaw.com
John C. Dunne
SHANNON, MARTIN et al.
1001 McKinney Street #1100
Houston, TX 77002

**Via CM/ECF:** bk-cmurphy@oag.texas.gov
Texas Workforce Commission
c/o Christopher S. Murphy
TEXAS ATTORNEY GENERAL'S OFFICE
PO Box 12548
Austin, TX 78711

**Via CM/ECF:** pautry@branscomblaw.com
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

**Via CM/ECF:** lmjurek@jureklaw.com
Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX 77006

{00601031;2}

***Via CM/ECF:***
stephen.humeniuk@lockelord.com
Stephen J. Humeniuk
Locke Lord LLP
600 Congress Ave. #2200
Austin, TX 78701

***Via CM/ECF:***
tcunningham@lockelord.com
Thomas J. Cunningham
LOCKE LORD LLP
777 S. Flalger Dr., Suite 215
West Palm Beach, FL 33401

                    /s/ *Randall A. Pulman*
                    Randall A. Pulman

{00601031;2}