**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 06, 2022.**

MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

---

ORDER GRANTING
SECOND INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF MAY 1, 2022 TO SEPTEMBER 30, 2022

---

Came on for consideration the Second *Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of May 1, 2022 to September 30, 2022* ("**Second Interim Application**"). The Court has considered

---

1 The administratively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth *5* Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

the Second Interim Application and finds that the fees and expenses represent reasonable compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the Second Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii)  proper and adequate notice of the Second Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the Second Interim Application have been resolved by this Order or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

IT IS THEREFORE ORDERED that the Second Interim Application pursuant to 11 U.S.C. § 330 is hereby GRANTED;

IT IS FURTHER ORDERED that the fees in connection with the legal services described in the Second Interim Application are allowed. All interim fees in the amount of $259,247.00 and all expenses in the amount of $6,145.75, for the allowance of a total of $265,392.75 in hourly fees and costs, shall be an administrative expense of the respective Bankruptcy Estates[2] as outlined in the Second Interim Application.

IT IS FURTHER ORDERED the Trustee is authorized to immediately pay PC&P in connection with the hourly services provided, fees and expenses totaling $265,392.75 from the specific Bankruptcy Estate accounts, as designated in the chart attached hereto as Exhibit 1.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

### #

---

2  Capitalized terms shall have the meaning ascribed to them in the Second Interim Application.

**Submitted by:**
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,**
**CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINSIERED**
**BANKRUPTCY ESTATES OF DEEPROOT CAPITAL**
**MANAGEMENT, LLC, *ET AL.***

# EXHIBIT 1

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| | | deeproot Capital Management, LLC, Case No. 21-51523 | $11,487.50 | | 29.1 |
| | | Wizard Mode Media, LLC, Case No. 21-51514 | $2,100.00 | | 5.6 |
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc., Case No. 21-51513 | $51,637.00 | $1,221.63 | 266.9 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $5,932.50 | $0.00 | 12.9 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $41,832.50 | $1,301.25 | 134.7 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $27,545.00 | $3,460.87 | 78.9 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $35,762.50 | $22.00 | 97.3 |
| 1934.006 | Winn Matter | Policy Services, Inc., Case No. 21-51513 | $7,750.00 | $0.00 | 19.4 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $5,417.50 | $0.00 | 17.7 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $39,525.00 | $140.00 | 151.1 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $5,937.50 | $0.00 | 15.5 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, 21-51520 | $22,312.50 | $0.00 | 71.9 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $2,007.50 | $0.00 | 6.7 |
| | **Total:*** | | **$259,247.00** | **$6,145.75** | **907.7** |
| *Total is net of: (1) $10,000.00 Billing Judgement Credit applied to PC&P Matter No. 1934.003, CCW Matter, and (2) $5,000.00 Billing Judgement Credit applied to PC&P Matter No. 1934.010, Pinball Matter. | | | | | |