

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 03, 2023.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot CAPITAL MANAGEMENT, LLC, | § | |
| ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING TRUSTEE'S MOTION UNDER BANKRUPTCY RULE 9019 TO APPROVE COMPROMISE AND SETTLEMENT WITH CYCLADIC, LLC, CYCLADIC INTERNATIONAL, LLC, DOVER CAPITAL STRATEGIES, LLC, ANEMOS CONSULTING, INC., AND THOMAS N. ANDREW**

On this date came on to be considered the *Trustee's Motion Under Bankruptcy Rule 9019 to Approve Compromise and Settlement with Cycladic, LLC, Cycladic International, LLC, Dover Capital Strategies, LLC, Anemos Consulting, Inc., and Thomas N. Andrew* (the "**Motion**"), and

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), collectively, the "**Bankruptcy Cases**".

{00602820;1}

the underlying Settlement Agreement attached thereto (the "**Settlement Agreement**"), file by John Patrick Lowe, chapter 7 Trustee ("**Trustee**") of the bankruptcy estate of Policy Services, Inc. ("**Debtor**" or "**Policy Services**"), one of 11 debtors in the above captioned jointly administered cases.[2] The Court, having considered the Motion and the Settlement Agreement of the parties, finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) approval of the Settlement Agreement and the relief requested in the Motion is in the best interests of debtor Policy Services Inc., the Bankruptcy Estate, and its creditors; (iv) the decision of the Trustee to enter into the Settlement Agreement is a proper and valid exercise of the Trustee's business judgment, and is appropriate under the provisions of the Bankruptcy Code; (v) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (vi) good and sufficient cause exists for the granting of the relief requested.

      **IT IS THEREFORE ORDERED** that the Settlement Agreement, attached as Exhibit "B" to the Motion and incorporated by reference herein, is in all things, **APPROVED**.

      **IT IS FURTHER ORDERED** that Trustee and the Settling Parties are hereby authorized and directed to take any and all actions necessary consummate the agreements of the Settlement Agreement.

      **IT IS FURTHER ORDERED** that payment of the Settlement Amount by the Settling Parties, and the Trustee's receipt thereof, shall constitute full, final, and complete satisfaction of any and all claims, differences and disputes involving the Settling Parties and their principals, insiders, and other affiliated entities (including Thomas Nicholas LLC) that the Trustee, the Debtors, or the Bankruptcy Estates have or may have, known or unknown, real or imagined, that could have been

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{00602820;1}

brought under any theory whatsoever prior to the effective date of the Settlement Agreement, including all claims, differences and disputes arising from, related to, or otherwise connected to the Trustee, the Debtors, the Jointly Administered Case, the Bankruptcy Estates, the Transferred Funds, and the Basha Agreements.

**IT IS FURTHER ORDERED** that all terms of the Settlement Agreement, including Paragraph 7 therein, shall take effect immediately and the Effective Date for purposes of the Settlement Agreement shall be the same date as this Order.

**IT IS FURTHER ORDERED** that this Court shall **RETAIN** jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

<u>Submitted by:</u>
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
W. Drew Mallender
Texas State Bar No. 24118450
dmallender@pulmanlaw.com
Anna K. MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY
ADMINISTERED BANKRUPTCY ESTATE OF
DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.**

{00602820;1}

United States Bankruptcy Court
Western District of Texas

In re:                         Case No. 21-51523-mmp
deeproot Capital Management, LLC        Chapter 7
deeproot Capital Management, LLC
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0542-5      User: admin      Page 1 of 4
Date Rcvd: Jan 03, 2023      Form ID: pdfintp      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

**Recip ID**     **Recipient Name and Address**
aty     + Thomas J. Cunningham, Locke Lord LLP, 777 South Flagler Drive, Ste. 215, West Palm Beach, FL 33401-6255

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

**Name**     **Email Address**

A. Craig Hale
     on behalf of Creditor Draper 5 LLC achale@halewoodlaw.com

Angela D. Dodd
     on behalf of Creditor Angela Dodd United States Securities and Exchange Commission dodda@sec.gov dalals@sec.gov;schultzc@sec.gov;nassed@sec.gov

Anna K MacFarlane
     on behalf of Trustee John Patrick Lowe amacfarlane@pulmanlaw.com annakmacfarlane@gmail.com

Anna K MacFarlane
     on behalf of Plaintiff John Patrick Lowe Trustee amacfarlane@pulmanlaw.com, annakmacfarlane@gmail.com

Catherine A. Curtis
     on behalf of Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 03, 2023 | Form ID: pdfintp | Total Noticed: 1 |

Catherine A. Curtis
    on behalf of Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor deeproot 575 Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of Debtor deeproot Pinball LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor deeproot Tech LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor deeproot Capital Management LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor deeproot Studios LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor Wizard Mode Media LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor deeproot Funds LLC catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis
    on behalf of JointAdmin Debtor Policy Services Inc. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Christopher S. Murphy
    on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov sherri.simpson@oag.texas.gov

Don Stecker
    on behalf of Creditor Bexar County don.stecker@lgbs.com

Jason M. Rudd
    on behalf of Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

21-51523-mmp Doc#234 Filed 01/05/23 Entered 01/05/23 23:27:07 Imaged Certificate of Notice Pg 6 of 7

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 03, 2023 | Form ID: pdfintp | Total Noticed: 1 |

Jason M. Rudd
    on behalf of Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot 3 Year Bonus Income Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot Studios LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot BonusGrowth 5 Year Debenture Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot Capital Management LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot 575 Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot Growth Runs Deep Fund LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot Pinball LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot Funds LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor Policy Services Inc. jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Debtor deeproot Tech LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of JointAdmin Debtor Wizard Mode Media LLC jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

John C. Dunne
    on behalf of Creditor Silicon Drive Office Venture LLC jdunne@smfadlaw.com, ereddick@smfadlaw.com

John Patrick Lowe
    pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Jonathan Petree
    on behalf of Creditor CVH University Park LP jpetree@mcslaw.com

Lynne M Jurek
    on behalf of Creditor Brenda E. Jennings lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Karen Ready lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Clara Dean lmjurek@jureklaw.com

Lynne M Jurek
    on behalf of Creditor Jack S. and Shirley Daniel lmjurek@jureklaw.com

Lynne M Jurek

21-51523-mmp Doc#234 Filed 01/05/23 Entered 01/05/23 23:27:07 Imaged Certificate of Notice Pg 7 of 7

| District/off: 0542-5 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 03, 2023 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| Lynne M Jurek | on behalf of Creditor Jacquelin A. Peters-Farrar lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Judy Marsolan lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Philip J. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Donald W. Cook lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Helene Cook lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Roberta L. Erdmann lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Clyde R. and Shirley Watson lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Richard T. Jennings lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Mary B. Summy lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Pauline Rubin lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor JoAnn Wells Trustee Wells Trust lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Mary G. Marquis lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor David and Paula Burke lmjurek@jureklaw.com |
| Lynne M Jurek | on behalf of Creditor Judith L Werner Ttee Judith L. Werner RLT lmjurek@jureklaw.com |
| Patrick H. Autry | on behalf of Interested Party TuYo Holdings LLC pautry@branscomblaw.com, waspcreek@gmail.com;slee@branscomblaw.com |
| Randall A. Pulman | on behalf of Trustee John Patrick Lowe rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Randall A. Pulman | on behalf of Plaintiff John Patrick Lowe Trustee rpulman@pulmanlaw.com, jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Raymond W. Battaglia | on behalf of Creditor Conrad Car Wash Inc. rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Susan Conrad Trust rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor Cliff Conrad rbattaglialaw@outlook.com |
| Raymond W. Battaglia | on behalf of Creditor CCW Braun Heights LLC rbattaglialaw@outlook.com |
| Stephen J. Humeniuk | on behalf of Interested Party Cycladic LLC stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| Stephen J. Humeniuk | on behalf of Interested Party Cycladic International LLC stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| Stephen J. Humeniuk | on behalf of Interested Party Thomas N. Andrew stephen.humeniuk@lockelord.com molly.batiste-debose@lockelord.com;Autodocket@lockelord.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |
| William Drew Mallender | on behalf of Plaintiff John Patrick Lowe Trustee dmallender@pulmanlaw.com |

TOTAL: 82