**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 28, 2023.**



_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.¹, | § § | BANKRUPTCY NO. 21-51523 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING SUPPLEMENT TO TRUSTEE'S NUNC PRO TUNC APPLICATION TO EMPLOY GREG T. MURRAY, P.L.L.C. AS ACCOUNTANT**

Came on for consideration the *Supplement to Trustee's Nunc Pro Tunc Application to Employ Greg T. Murray, P.L.L.C. as Accountant* (the "**Supplement**").² Based on the representations made in the Supplement and in the supporting *Unsworn Declaration under*

---

¹ The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**". Each debtor entity is "**Debtor**" and collectively, "**Debtors**".

² Capitalized terms unless otherwise defined herein shall have the meaning as ascribed to them in the Supplement.

1

*Penalty of Perjury of Becky Harker* in support of the Supplement (the "**Harker Declaration**"), the Court finds that (i) it has jurisdiction over the matters raised in the Supplement pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Supplement approving the employment of Becky Harker as a contract employee of Greg T. Murray, P.L.L.C., the Trustee's Accountant, is in the best interest of the Debtors, their respective Bankruptcy Estates and the creditors; (iv) neither Ms. Harker nor the Firm holds no interest adverse to the Bankruptcy Estates and Ms. Harker is a disinterested person under 11 U.S.C. § 101(4); (v) proper and adequate notice of the Supplement has been given and no further notice is necessary; (vi) no objections to the Supplement have been filed; (vii) Ms. Harker is qualified to be employed as the bookkeeper to the Trustee's Accountant —to perform work as described in the Supplement relating to bookkeeping work relating to the eleven jointly administered Bankruptcy Estates—pursuant to sections 327 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016; and (viii) based upon the record herein, after due deliberation, good and sufficient cause exists for the granting of the Supplement in all respects.

**IT IS, THEREFORE, ORDERED** that pursuant to section 327(a) of the Bankruptcy Code, the Trustee's Accountant is authorized to employ Ms. Harker as a bookkeeper for services performed for the Trustee and such employment is authorized effective as of January 3, 2022 (as the Trustee was approved since January 3, 2022), in accordance with the terms described in the Supplement and this Order, and to perform the services described therein.

**IT IS FURTHER ORDERED** that Ms. Harker's compensation shall be included within the compensation applications filed or to be filed by the Trustee's Accountant in this matter and shall be compensated upon appropriate application in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the Bankruptcy Local Rules.

**IT IS FURTHER ORDERED** that the Trustee is authorized to pay as an administrative expense of the bankruptcy estate, the fees for the hourly services attributable to the bookkeeping services provided by Ms. Harker in the amount of $1,687.50, as such are described in the *First Interim Application for Allowance of Fees and Expenses to Greg T. Murray, P.L.L.C., as Accountant to Trustee for the Time Period of January 3, 2022 to September 30, 2022* [ECF No. 190].

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

**Submitted by:**
Randall A. Pulman
Texas State Bar No. 16393250
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED BANKRUPTCY ESTATE OF DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.**