**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 05, 2023.**



_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, | § | CASE NO. 21-51523-MMP |
| ET AL.,[1] | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 |
| | § | |
| | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 21-51523-MMP |

**ORDER GRANTING IN PART THIRD INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE FOR THE TIME PERIOD OF OCTOBER 1, 2022 TO JANUARY 31, 2023**

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**."

Came on for consideration the *Third Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2022 to January 31, 2023* ("**Third Interim Application**"). The Court has considered the Third Interim Application and finds that the fees and expenses represent reasonable compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the Third Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Third Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the Third Interim Application have been resolved by this Order or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting in part of the relief as set forth herein. It is, therefore,

**ORDERED** that the Third Interim Application pursuant to 11 U.S.C. § 330 is hereby **GRANTED IN PART**. It is further

**ORDERED** that the fees in connection with the legal services described in the Third Interim Application are allowed in part. All interim fees in the amount of $309,885.00[2] and all expenses in the amount of $29,860.29, for the allowance of a total of $339,745.29 in hourly fees and costs, shall be an administrative expense of the respective Bankruptcy Estates[3] as outlined in the Third Interim Application. It is further

---

[2] The Court finds that all redacted time entries should be disallowed at this time because the Court cannot assess the reasonableness and necessity of the services performed. The amount of the award thus reflects Applicant's requested interim fees of $324,644.00 less $14,759.00, the amount of the redacted time entries ("**Redacted Time Entries**").

[3] Capitalized terms shall have the meaning ascribed to them in the Third Interim Application.

**ORDERED** that the Trustee is authorized to immediately pay Applicant in connection with the hourly services provided, fees and expenses totalling $339,745.29 from the specific Bankruptcy Estate accounts, as designated in the chart attached hereto as <u>Exhibit 1</u>. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order. It is further

**ORDERED** that this Order is without prejudice to Applicant in a subsequent application seeking recovery of the Redacted Time Entries.

# # #

# EXHIBIT 1

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| | | Wizard Mode Media, LLC, Case No. 21-51514 | $3,125.00 | $0.00 | 7.90 |
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $59,451.50 | $967.38 | 184.10 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $13,460.00 | $1,001.84 | 33.60 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $4,200.00 | $22.00 | 10.30 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $3,095.00 | $40.74 | 7.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $44,786.00 | $7,975.33 | 135.80 |
| 1934.006 | Winn Matter | Policy Services, Inc., Case No. 21-51513 | $3,372.50 | $27.00 | 9.10 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $26,180.00 | $350.00 | 68.00 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $18,912.5 | $568.00 | 60.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.0 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $17,800.00 | $3,451.01 | 46.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $8,462.50 | $975.00 | 25.30 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $3,132.50 | $350.00 | 10.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $790.00 | $0.00 | 2.30 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $7,222.50 | $2,079.68 | 23.40 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $2,877.50 | $375.92 | 11.70 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $2,747.50 | $350.00 | 8.60 |
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $2,062.50 | $383.88 | 8.90 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $900.00 | $0.00 | 2.70 |

| | | | | | |
|---|---|---|---|---|---|
| 1934.019 | Alice Snell<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $1,160.00 | $0.00 | 3.40 |
| 1934.020 | Carl & Paula Jarnecke/Trust<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $890.00 | $0.00 | 2.50 |
| 1934.021 | D. Stien/Fidelity Mutual<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,652.50 | $376.40 | 11.50 |
| 1934.022 | McNamara Cap. Investmt Grp<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,652.50 | $350.00 | 8.50 |
| 1934.023 | PGH Advisors Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $15,180.00 | $350.00 | 44.90 |
| 1934.024 | Jacob Proux<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,287.50 | $362.96 | 6.70 |
| 1934.025 | John M Vizy<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,360.00 | $375.92 | 6.80 |
| 1934.026 | Mark Zabinski<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,800.00 | $362.72 | 8.40 |
| 1934.027 | CMB/Wiley Carter<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,517.50 | $350.00 | 4.70 |
| 1934.028 | Purpose Driven Fin. Servs.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,632.50 | $350.00 | 5.20 |
| 1934.029 | Premier Group Enterpr.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,495.00 | $388.88 | 10.20 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $4,397.50 | $350.00 | 13.70 |
| 1934.031 | Michael Cales<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,355.00 | $350.00 | 7.50 |
| 1934.032 | George M Villa<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,357.50 | $350.00 | 4.20 |
| 1934.033 | Randy Seymour<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,887.50 | $362.72 | 14.90 |
| 1934.034 | Raul T Gomez<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,432.50 | $362.72 | 6.90 |
| 1934.035 | RD and J, Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,380.00 | $350.00 | 4.20 |
| 1934.036 | David Rosen<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,940.00 | $362.96 | 8.70 |
| 1934.037 | Bob Patrick<br>Finder (no suit filed) | Policy Services, Inc.,<br>Case No. 21-51513 | $442.50 | $0.00 | 1.20 |
| 1934.038 | Crissman Crombie<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,277.50 | $362.72 | 6.50 |
| 1934.039 | Agents Insur. Sales & Svv.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,247.50 | $418.40 | 9.90 |

| | | | | | |
|---|---|---|---|---|---|
| 1934.040 | Hart Financial Finder (no suit filed) | Policy Services, Inc., Case No. 21-51513 | $525.00 | $0.00 | 1.50 |
| 1934.041 | Savings Options & Solutions Finder (filed in .039 matter) | Policy Services, Inc., Case No. 21-51513 | $497.50 | $0.00 | 1.40 |
| 1934.042 | Shantell Wright Finder | Policy Services, Inc., Case No. 21-51513 | $1,780.00 | $375.44 | 8.20 |
| 1934.043 | Steven Fortier Finder | Policy Services, Inc., Case No. 21-51513 | $1,807.50 | $362.96 | 8.30 |
| 1934.044 | David Obman Finder (filed in .039 matter) | Policy Services, Inc., Case No. 21-51513 | $867.50 | $0.00 | 2.50 |
| 1934.045 | Scott Nazarino Finder | Policy Services, Inc., Case No. 21-51513 | $1,967.50 | $367.72 | 8.80 |
| 1934.046 | Senior Insurance Service Finder | Policy Services, Inc., Case No. 21-51513 | $2,017.50 | $389.60 | 8.90 |
| 1934.047 | Safe Money Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $1,715.00 | $350.00 | 5.50 |
| 1934.048 | CWB Investment Advisors Finder (filed in .023 matter) | Policy Services, Inc., Case No. 21-51513 | $870.00 | $0.00 | 5.30 |
| 1934.049 | Dianne McClish Finder (no suit filed) | Policy Services, Inc., Case No. 21-51513 | $607.50 | $0.00 | 1.80 |
| 1934.050 | Blanchard & Assoc. Finder | Policy Services, Inc., Case No. 21-51513 | $1,752.50 | $375.92 | 8.10 |
| 1934.051 | Azar Parchami Finder | Policy Services, Inc., Case No. 21-51513 | $3,882.50 | $350.00 | 13.30 |
| 1934.052 | Great Lakes Wealth Mgmt Finder (no suit filed) | Policy Services, Inc., Case No. 21-51513 | $1,505.00 | $0.00 | 4.90 |
| 1934.053 | Domonic Cotton Finder | Policy Services, Inc., Case No. 21-51513 | $1,990.00 | $362.72 | 8.80 |
| 1934.054 | Flemming Financial Svcs Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $2,917.50 | $388.88 | 10.80 |
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $1,580.00 | $362.96 | 7.60 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $1,532.50 | $362.72 | 7.10 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $2,037.50 | $0.00 | 7.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $12,110.00 | $357.19 | 38.30 |
| | **Total:*** | | **$309,885.00** | **$29,860.29** | **1003.30** |

*TOTAL FEES ARE NET OF $7,000.00 BILLING JUDGMENT CREDIT APPLIED TO PC&P MATTER NO. 1934.001