**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 19, 2023.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, § | |
| ET AL.,[1] § | BANKRUPTCY NO. 21-51523-MMP |
| § | LEAD CASE |
| DEBTORS. § | JOINTLY ADMINISTERED |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT UNDER BANKRUPTCY RULE 9019 WITH CANDICE GILLEN, AZAR PARCHAMI, AMERICAN EXPRESS COMPANY, SENIOR INSURANCE SERVICES, INC., ERIC SPENCER RUDD, JANET RUDD, AGENTS INSURANCE SALES & SERVICE, INC., SAVING OPTIONS AND SOLUTIONS, INC., BARRY LYNN WILKEN, DAVID THOMAS OBMANN, PREMIER GROUP ENTERPRISES, LLC, ANTHONY MICHAEL LOTTS, KENNETH MARTIN AND BROWNIE MARTIN**

On this date came on to be considered the *Trustee's Motion to Approve Compromise and Settlement under Bankruptcy Rule 9019 with Candice Gillen, Azar Parchami, American Express Company, Senior Insurance Services, Inc., Eric Spencer Rudd, Janet Rudd, Agents Insurance Sales*

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: *In Re: Policy Services, Inc.,* 21-51513 (2864); *In Re: Wizard Mode Media, LLC,* 21-51514 (3205); *In Re: deeproot Pinball LLC,* 21-51515 (0320); *In Re: deeproot Growth Runs Deep Fund, LLC,* 21-51516 (8046); *In Re: deeproot 575 Fund, LLC,* 21-51517 (9404); *In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC,* 21-51518 (7731); *In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC,* 21-51519 (9661); *In Re: deeproot Tech LLC,* 21-51520 (9043); *In Re: deeproot Funds LLC,* 21-51521 (9404); *In Re: deeproot Studios LLC,* 21-51522 (6283); and *In Re: deeproot Capital Management, LLC,* 21-51523 (2638) (collectively, the "**Bankruptcy Estates**").

*& Service, Inc., Saving Options and Solutions, Inc., Barry Lynn Wilken, David Thomas Obmann, Premier Group Enterprises, LLC, Anthony Michael Lotts, Kenneth Martin and Brownie Martin* (the "**Motion**").[2] The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) the relief requested in the Motion is in the best interests of deeproot Funds, LLC, its Bankruptcy Estate, and the creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested.

**IT IS THEREFORE ORDERED** that the Gillen Settlement Agreement incorporated by reference herein and attached to the Motion as Exhibit B, and the Motion are, in all things, **APPROVED**.

**IT IS THEREFORE ORDERED** that the Parchami Settlement Agreement incorporated by reference herein and attached to the Motion as Exhibit C, and the Motion are, in all things, **APPROVED**.

**IT IS THEREFORE ORDERED** that the AmEx Settlement Agreement incorporated by reference herein and attached to the Motion as Exhibit D, and the Motion are, in all things, **APPROVED**.

**IT IS THEREFORE ORDERED** that the Senior Insurance Settlement Agreement incorporated by reference herein and attached to the Motion as Exhibit E, and the Motion are, in all things, **APPROVED**.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

4867-4766-3976, v. 2/1934.001

**IT IS THEREFORE ORDERED** that the Agents Insurance Settlement Agreement incorporated by reference herein and attached to the Motion as Exhibit F, and the Motion are, in all things, **APPROVED**.

**IT IS THEREFORE ORDERED** that the Obmann Settlement Agreement incorporated by reference herein and attached to the Motion as Exhibit G, and the Motion are, in all things, **APPROVED**.

**IT IS THEREFORE ORDERED** that the Premier Group Settlement Agreement incorporated by reference herein and attached to the Motion as Exhibit H, and the Motion are, in all things, **APPROVED**.

**IT IS THEREFORE ORDERED** that the Martins Settlement Payment, and the Motion are, in all things, **APPROVED**.

**IT IS FURTHER ORDERED** that Trustee and Gillen are hereby authorized and directed to take any and all actions necessary to consummate the Gillen Settlement Agreement and conclude the transactions proposed in the Motion.

**IT IS FURTHER ORDERED** that Trustee and Parchami are hereby authorized and directed to take any and all actions necessary to consummate the Parchami Settlement Agreement and conclude the transactions proposed in the Motion.

**IT IS FURTHER ORDERED** that Trustee and AmEx are hereby authorized and directed to take any and all actions necessary to consummate the AmEx Settlement Agreement and conclude the transactions proposed in the Motion.

**IT IS FURTHER ORDERED** that Trustee and Senior Insurance Defendants are hereby authorized and directed to take any and all actions necessary to consummate the Senior Insurance Settlement Agreement and conclude the transactions proposed in the Motion.

4867-4766-3976, v. 2/1934.001

**IT IS FURTHER ORDERED** that Trustee and Agents Insurance Defendants are hereby authorized and directed to take any and all actions necessary to consummate the Agents Insurance Settlement Agreement and conclude the transactions proposed in the Motion.

**IT IS FURTHER ORDERED** that Trustee and Obmann are hereby authorized and directed to take any and all actions necessary to consummate the Obmann Settlement Agreement and conclude the transactions proposed in the Motion.

**IT IS FURTHER ORDERED** that Trustee and Premier Group Defendants are hereby authorized and directed to take any and all actions necessary to consummate the Premier Group Agreement and conclude the transactions proposed in the Motion.

**IT IS FURTHER ORDERED** that Trustee and the Martins are hereby authorized and directed to take any and all actions necessary to consummate the Martins' Settlement Payment and conclude the transactions proposed in the Motion.

**IT IS FURTHER ORDERED** that this Court shall **RETAIN** jurisdiction to hear and determine all matters arising from the implementation of this Order.

**IT IS FURTHER ORDERED** that in the event the Gillen Settlement Agreement is voided by the Trustee or Gillen, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

**IT IS FURTHER ORDERED** that in the event the Parchami Settlement Agreement is voided by the Trustee or Parchami, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

**IT IS FURTHER ORDERED** that in the event the AmEx Settlement Agreement is voided by the Trustee or AmEx, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

**IT IS FURTHER ORDERED** that in the event the Senior Insurance Settlement Agreement is voided by the Trustee or Senior Insurance Defendants, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

**IT IS FURTHER ORDERED** that in the event the Agents Insurance Settlement Agreement is voided by the Trustee or Agents Insurance Defendants, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

**IT IS FURTHER ORDERED** that in the event the Obmann Settlement Agreement is voided by the Trustee or Obmann, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

**IT IS FURTHER ORDERED** that in the event the Premier Group Settlement Agreement is voided by the Trustee or Premier Group Defendants, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

**IT IS FURTHER ORDERED** that in the event the Martins' Settlement Payment is voided by the Trustee or the Martins, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

# # #

Submitted by:
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
*ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY
ADMINISTERED BANKRUPTCY ESTATE OF
DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.*

4867-4766-3976, v. 2/1934.001