**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 01, 2023.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § | CASE NO. 21-51523-MMP |
| | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 |
| | § | |
| | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 21-51523-MMP |

ORDER GRANTING IN PART
FOURTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF FEBRUARY 1, 2023 TO MAY 31, 2023

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**."

Came on for consideration the *Fourth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of February 1, 2023 to May 31, 2023* ("**Fourth Interim Application**"). The Court has considered the Fourth Interim Application and finds that the fees and expenses represent reasonable compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the Fourth Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Fourth Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the Fourth Interim Application have been resolved by this *Order* or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting in part of the relief as set forth herein. It is, therefore,

ORDERED that the Fourth Interim Application pursuant to 11 U.S.C. § 330 is hereby GRANTED IN PART. It is further

ORDERED that the fees in connection with the legal services described in the Fourth Interim Application are allowed in part. All interim fees in the amount of $231,544.50[2] and all expenses in the amount of $8,544.81, for the allowance of a total of $240,089.31 in hourly fees and costs, shall be an administrative expense of the respective Bankruptcy Estates[3] as outlined in the Fourth Interim Application. It is further

---

[2] The Court finds that certain time entries, highlighted in the attached Exhibit A, to be noncompensable as clerical work. The amount of the award thus reflects Applicant's requested interim fees of $232,556.50 less $1,012, the amount of the amount of the noncompensable time entries.

[3] Capitalized terms shall have the meaning ascribed to them in the Fourth Interim Application.

**ORDERED** that the Trustee is authorized to immediately pay Applicant in connection with the hourly services provided, fees and expenses totalling <span style="color:red">$240,089.31</span> from the specific Bankruptcy Estate accounts, as designated in the chart attached hereto as <u>Exhibit 1</u>. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this *Order*.

# # #

# EXHIBIT 1

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $34,795.00 | $1,232.39 | 90.20 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $10,613.50 | $0.00 | 27.30 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $2,505.00 | $15.00 | 13.50 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $12,695.00 | $1,378.60 | 33.70 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $3,385.00 | $0.00 | 17.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.0 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $487.50 | $0.00 | 1.30 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $13,757.50 | $0.00 | 52.70 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $5,093.50 | $0.00 | 37.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $3,085.00 | $0.00 | 18.30 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $27.50 | $0.00 | 0.10 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $1,886.50 | $0.00 | 10.90 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $4,972.50 | $0.00 | 38.70 |
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $3,097.50 | $10.00 | 21.80 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $1,387.50 | $0.00 | 4.80 |
| 1934.019 | Alice Snell Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $1,450.00 | $57.50 | 9.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1934.020 | Carl & Paula Jarnecke/Trust Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $1,777.50 | $0.00 | 6.60 |
| 1934.021 | D. Stien/Fidelity Mutual Finder | Policy Services, Inc., Case No. 21-51513 | <span style="color:red">$1,322.50</span> | $0.00 | <span style="color:red">9.90</span> |
| 1934.022 | McNamara Cap. Investmt Grp Finder | Policy Services, Inc., Case No. 21-51513 | $4,220.50 | $5.00 | 23.20 |
| 1934.023 | PGH Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $11,140.50 | $3,336.47 | 51.90 |
| 1934.024 | Jacob Proux Finder | Policy Services, Inc., Case No. 21-51513 | $1,471.50 | $0.00 | 8.60 |
| 1934.025 | John M Vizy Finder | Policy Services, Inc., Case No. 21-51513 | $1,732.00 | $15.00 | 10.70 |
| 1934.026 | Mark Zabinski Finder | Policy Services, Inc., Case No. 21-51513 | $6,172.50 | $0.00 | 17.70 |
| 1934.027 | CMB/Wiley Carter Finder | Policy Services, Inc., Case No. 21-51513 | $4,095.50 | $130.00 | 25.80 |
| 1934.028 | Purpose Driven Fin. Servs. Finder | Policy Services, Inc., Case No. 21-51513 | $3,480.50 | $5.00 | 23.50 |
| 1934.029 | Premier Group Enterpr. Finder | Policy Services, Inc., Case No. 21-51513 | $2,632.50 | $5.00 | 19.50 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp. Finder | Policy Services, Inc., Case No. 21-51513 | <span style="color:red">$3,589.00</span> | $0.00 | <span style="color:red">24.50</span> |
| 1934.031 | Michael Cales Finder | Policy Services, Inc., Case No. 21-51513 | <span style="color:red">$3,212.00</span> | $0.00 | <span style="color:red">23.50</span> |
| 1934.032 | George M Villa Finder | Policy Services, Inc., Case No. 21-51513 | $5,068.50 | $5.00 | 29.60 |
| 1934.033 | Randy Seymour Finder | Policy Services, Inc., Case No. 21-51513 | $4,271.00 | $5.00 | 24.70 |
| 1934.034 | Raul T Gomez Finder | Policy Services, Inc., Case No. 21-51513 | $3,673.00 | $5.00 | 24.80 |
| 1934.035 | RD and J, Inc. Finder | Policy Services, Inc., Case No. 21-51513 | <span style="color:red">$5,465.50</span> | $5.00 | <span style="color:red">36.80</span> |
| 1934.036 | David Rosen Finder | Policy Services, Inc., Case No. 21-51513 | $1,015.00 | $40.00 | 5.90 |
| 1934.037 | Bob Patrick Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie Finder | Policy Services, Inc., Case No. 21-51513 | $1,682.50 | $0.00 | 11.60 |
| 1934.039 | Agents Insur. Sales & Svv. Finder | Policy Services, Inc., Case No. 21-51513 | $4,985.50 | $22.00 | 24.20 |

| | | | | | |
|---|---|---|---|---|---|
| 1934.040 | Hart Financial<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,297.50 | $5.00 | 15.50 |
| 1934.043 | Steven Fortier<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,065.00 | $30.00 | 14.90 |
| 1934.044 | David Obman<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $4,492.50 | $0.00 | 28.40 |
| 1934.045 | Scott Nazarino<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $755.00 | $50.00 | 2.50 |
| 1934.046 | Senior Insurance Service<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,342.50 | $0.00 | 14.40 |
| 1934.047 | Safe Money Solutions<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $5,721.00 | $0.00 | 24.80 |
| 1934.048 | CWB Investment Advisors<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,355.00 | $0.00 | 7.50 |
| 1934.049 | Dianne McClish<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $357.50 | $0.00 | 1.30 |
| 1934.050 | Blanchard & Assoc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,487.00 | $0.00 | 9.80 |
| 1934.051 | Azar Parchami<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,800.00 | $0.00 | 9.40 |
| 1934.052 | Great Lakes Wealth Mgmt<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $352.50 | $0.00 | 1.20 |
| 1934.053 | Domonic Cotton<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,640.00 | $0.00 | 12.80 |
| 1934.054 | Flemming Financial Serv.<br>Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $3,810.50 | $0.00 | 19.00 |
| 1934.055 | Gregory Talbot<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,917.50 | $0.00 | 20.60 |
| 1934.056 | Jack Nace<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $1,790.00 | $0.00 | 14.30 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc.,<br>Case No. 21-51513 | $6,467.50 | $1,837.85 | 22.70 |
| 1934.058 | Luxor Financial Group<br>Matter | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | American Express Co.<br>Matter | Policy Services, Inc.,<br>Case No. 21-51513 | $5,960.00 | $0.00 | 17.30 |
| 1934.060 | TuYo v. Transamerica Life<br>Matter | Policy Services, Inc.,<br>Case No. 21-51513 | $13,385.00 | $0.00 | 36.70 |

6

| | | | | | |
|---|---|---|---|---|---|
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $27.50 | $0.00 | 0.10 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $2,275.00 | $350.00 | 6.10 |
| | **Total:** | | **$231,544.50** | **$8,544.81** | **1058.60** |

4884-0859-8380, v. 1

**Exhibit A**

May 31, 2023

Lowe, Pat (dprt)

Deeproot - Policy Services, Inc. Case  No. 21-51513

| | | | | | Statement No. | 236892 |
| | | | | | Account No. | 1934.001 |
| | | | | | Page: | 4 |

| | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | WDM B160 | A103 | Draft/revise Second Interim Fee App for Greg Murray as accountant to Trustee. | | 375.00 | 2.80 | 1,050.00 |
| | WDM B160 | A105 | Meet with Randall A. Pulman, review Second Interim Fee Application for Greg Murray. | | 375.00 | 0.20 | 75.00 |
| | WDM B160 | A108 | Correspondence with Pat Lowe regarding Second Interim Fee App for Greg Murray. | | 375.00 | 0.20 | 75.00 |
| 03/03/2023 | WDM B160 | A108 | Correspondence with Pat Lowe regarding Supplement to First Interim Fee Application, and Seconding Interim Fee Application for Greg Murray. | | 375.00 | 0.20 | 75.00 |
| 03/10/2023 | RAP B190 | A108 | Review of information in deeproot portal; telephone conference with Turner regarding same. | | 500.00 | 1.00 | 500.00 |
| 03/14/2023 | PR3 B110 | A110 | Manage data/files - Scanning and saving original financial documents from Silicon Drive Office | | 110.00 | 3.50 | 385.00 |
| 04/12/2023 | WDM B160 | A104 | Review/analyze time entries for accuracy and reasonableness in connection with Fourth Interim Fee Application. | | 375.00 | 2.90 | 1,087.50 |
| 04/13/2023 | WDM B160 | A104 | Review and edit billing statements/time entries for accuracy and reasonableness in connection with 4th Interim Fee Application. | | 375.00 | 1.60 | 600.00 |
| 04/18/2023 | WDM B190 | A104 | Review/analyze claims submitted by Lynn Jurek on behalf of her clients. | | 375.00 | 0.60 | 225.00 |
| 04/24/2023 | WDM B190 | A104 | Review/analyze recently filed amended proofs of claim. | | 375.00 | 0.50 | 187.50 |
| 05/01/2023 | WDM B190 | A108 | Email correspondence with Chris Turner regarding FedEx subpoena. | | 375.00 | 0.20 | 75.00 |
| 05/02/2023 | WDM B190 | A108 | Communicate (other external) with Chris Turner regarding FedEx subpoena. | | 375.00 | 0.20 | 75.00 |

# PULMAN, CAPPUCCIO & PULLEN, LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

May 31, 2023

Invoice No.          236893
Account No.       1934.002

Page:       1

(deeproot funds) SEC v. Robert J. Mueller, Deeproot Funds, L

### Fees

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 02/09/2023 | PR3 | B110 | A110 | Manage data/files - Searching emails and saving them to ND | 110.00 | 1.10 | 121.00 |
| 02/10/2023 | WDM | B190 | A104 | Review/analyze email from FBI to Trustee requesting production of information concerning life insurance policies.  Review debtor files for responsive documents. | 375.00 | 0.80 | 300.00 |
| 02/15/2023 | AKM | B190 | A101 | Review of subpoenas. | 275.00 | 0.30 | 82.50 |
| 02/21/2023 | LSH | B120 | A107 | Telephone conference with SEC counsel regarding engagement letter between Mueller/deeproot and Carlile Patchen & Murphy LLP. | 450.00 | 0.10 | 45.00 |
| | LSH | B120 | A105 | Communicate (in firm) regarding engagement letter between Mueller/deeproot and Carlile Patchen & Murphy LLP. | 450.00 | 0.10 | 45.00 |
| 02/24/2023 | RAP | B190 | A109 | Telephone conference with SEC counsel regarding attorney client privilege issues; review of correspondence regarding same. | 500.00 | 0.50 | 250.00 |
| | LSH | B120 | A104 | Review/analyze documents and emails regarding attorney-client privilege issues. | 450.00 | 0.50 | 225.00 |
| 02/28/2023 | PR3 | B110 | A110 | Manage data/files - searching for and saving Engagement Letter from CPM | 110.00 | 1.00 | 110.00 |
| | LSH | B120 | A108 | Review engagement letter with Carlile | | | |

Lowe, Pat (dprt)

(deeproot funds) SEC v. Robert J. Mueller, Deeproo

May 31, 2023

Statement No. 236893
Account No. 1934.002
Page: 2

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Patchen & Murphy LLP; email to SEC regarding same. | 450.00 | 0.10 | 45.00 |
| | RAP | B190 | A104 | Review of engagement agreement with CPM. | 500.00 | 0.20 | 100.00 |
| 03/08/2023 | RAP | B190 | A108 | Telephone conference with counsel for SEC regarding deposition and attorney client privilege information. | 500.00 | 0.50 | 250.00 |
| | WDM | B190 | A104 | Review/analyze documents responsive to request for life insurance documents. | 375.00 | 0.30 | 112.50 |
| | LSH | B120 | A104 | Review/analyze final judgment against debtor defendants. | 450.00 | 0.30 | 135.00 |
| 03/09/2023 | RAP | B190 | A108 | Attend the deposition of Robert Mueller. | 500.00 | 5.50 | 2,750.00 |
| | WDM | B190 | A109 | Attend portion of SEC deposition of Robert Mueller. | 375.00 | 3.00 | 1,125.00 |
| | LSH | B120 | A109 | Appear for/attend portion of deposition of Robert Mueller. | 450.00 | 3.00 | 1,350.00 |
| 03/13/2023 | RAP | B190 | A108 | Telephone conference with SEC and Mueller's counsel regarding privilege issues. | 500.00 | 0.50 | 250.00 |
| | LSH | B120 | A108 | Video conference with counsel regarding claim of privileged documents. | 450.00 | 0.60 | 270.00 |
| | LSH | B120 | A108 | Video conference with R. Pulman and J. Hulings regarding privilege claims potential resolution. | 450.00 | 0.60 | 270.00 |
| 04/12/2023 | RAP | B190 | A104 | Telephone conference with SEC's counsel regarding status of adversary and possible consolidation with SEC action. | 500.00 | 1.00 | 500.00 |
| | LSH | B120 | A108 | Telephone conference with SEC Counsel and R. Pulman. | 450.00 | 0.80 | 360.00 |
| 04/14/2023 | PR3 | B110 | A110 | Manage data/files - Saving CPM Electronic Files to ND | 110.00 | 1.00 | 110.00 |
| 04/19/2023 | PR3 | B110 | A110 | Manage data/files - Uploading and managing CPM files in Eclipse | 110.00 | 2.00 | 220.00 |
| 04/20/2023 | PR3 | B110 | A110 | Manage data/files - Uploading and managing CPM files in Eclipse | 110.00 | 2.00 | 220.00 |

May 31, 2023

Lowe, Pat (dprt)

(deeproot funds) SEC v. Robert J. Mueller, Deeproo

Statement No.  236893
Account No.  1934.002
Page:  3

| Date | | | | | Rate | Hours | |
|------|---|---|---|---|------|-------|---|
| 04/21/2023 | PR3 | B110 | A110 | Manage data/files - loading and saving documents into LD | 110.00 | 0.60 | 66.00 |
| 04/27/2023 | LSH | B120 | A108 | Telephone conference with SEC counsel and R. Pulman. | 450.00 | 0.50 | 225.00 |
| | LSH | B120 | A104 | Review recent pleadings and orders. | 450.00 | 0.50 | 225.00 |
| | LSH | B120 | A108 | Email to counsel for Ascentium regarding scope of order granting motion to permit state court litigation to proceed. | 450.00 | 0.10 | 45.00 |
| 05/04/2023 | LSH | B120 | A108 | Review and respond to email from counsel for Ascentium. | 450.00 | 0.10 | 45.00 |
| 05/09/2023 | WDM | B190 | A104 | Review/analyze amended proofs of claim filed by SEC. | 375.00 | 0.30 | 112.50 |
| 05/23/2023 | LSH | B120 | A104 | Review/analyze documents received from SEC. | 450.00 | 0.40 | 180.00 |
| 05/25/2023 | RAP | B160 | A104 | Telephone conference with Mueller's counsel regarding mediation; e-mail regarding same. | 500.00 | 0.50 | 250.00 |
| | LSH | B120 | A104 | Review/analyze documents received from SEC. | 450.00 | 0.50 | 225.00 |
| | LSH | B120 | A103 | Draft/revise motion to strike jury demand. | 450.00 | 0.40 | 180.00 |
| 05/26/2023 | RAP | B190 | A104 | Telephone conference with P. Lowe regarding mediation dates. | 500.00 | 0.20 | 100.00 |
| | | | | For Legal Services Rendered | | 29.90 | 10,899.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Randall A. Pulman | 8.90 | $500.00 | $4,450.00 |
| W. Drew Mallender | 4.40 | 375.00 | 1,650.00 |
| Anna K. MacFarlane | 0.30 | 275.00 | 82.50 |
| PARA-3 | 7.70 | 110.00 | 847.00 |
| Leslie Hyman | 8.60 | 450.00 | 3,870.00 |

Total Current Work                                                    10,899.50

Lowe, Pat (dprt)

Claims against Financial Horizon Concepts LLC - F

May 31, 2023

Statement No.   236899
Account No.   1934.012
Page:   2

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | Disclosures. | 500.00 | 0.20 | 100.00 |
| 04/14/2023 | AKM | B190 | A101 | Draft Motion to Amend Scheduling Order for filing. | 275.00 | 0.60 | 165.00 |
| 04/15/2023 | GM | B190 | A101 | Final review and editing of Rule 26 Disclosures and Request for Production of Documents. | 100.00 | 0.50 | 50.00 |
| 04/17/2023 | AKM | B190 | A101 | Final review of discovery requests; putting in final for service on opposing counsel; serving discovery on opposing counsel via e-mail. | 275.00 | 0.60 | 165.00 |
| | AKM | B190 | A101 | Continue drafting Motion to Amend Scheduling Order; oversee filing of same. | 275.00 | 0.40 | 110.00 |
| 04/18/2023 | AKM | B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |
| 05/01/2023 | AKM | B190 | A101 | Emails with Greg Hauswirth regarding deadlines for discovery and disclosures. | 275.00 | 0.20 | 55.00 |
| | AKM | B190 | A101 | Review of initial disclosures from Defendants. | 275.00 | 0.10 | 27.50 |
| 05/10/2023 | GM | B190 | A101 | Searched on westlaw for Proofs of Claim filed by finders demanding jury trial. | 100.00 | 1.00 | 100.00 |
| 05/17/2023 | GM | B190 | A101 | Research and prepare motion for withdrawal of jury demand; confer with Randall A. Pulman regarding same. | 100.00 | 4.00 | 400.00 |
| | RAP | B190 | A101 | Review of Gaurav Mankotia research and confer with Gaurav Mankotia regarding same. | 500.00 | 0.50 | 250.00 |
| 05/19/2023 | GM | B190 | A101 | Prepare a letter regarding withdrawal of jury demand along with an agreed order; confer with Randall A. Pulman regarding same. | 100.00 | 3.00 | 300.00 |
| | RAP | B190 | A101 | Review and edit of Gaurav Mankotia letter. | 500.00 | 0.50 | 250.00 |
| 05/22/2023 | GM | B190 | A101 | Continue prepare and amend letter | | | |

May 31, 2023

Lowe, Pat (dprt)

Claims against INF Solutions LLC - Finder

Statement No.    236903
Account No.    1934.016
Page:    2

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | Anna MacFarlane edits; confer with Anna MacFarlane and Jamie regarding same. | 100.00 | 0.50 | 50.00 |
| | AKM | B190 | A101 | Review of draft RFPs. | 275.00 | 0.30 | 82.50 |
| 03/15/2023 | PR3 | B110 | A110 | Manage data/files - Searching for and saving emails in ND | 110.00 | 3.00 | 330.00 |
| 03/29/2023 | GM | B190 | A101 | Drafted supplementary 26(a) disclosure; analysed 333 emails and segregated relevant emails; confer with Anna regarding same; e-mail Anna the same. | 100.00 | 7.00 | 700.00 |
| 04/04/2023 | GM | B190 | A101 | Continue prepare and amend 26(a) Supplementary Disclosures; further read through emails for Witness list; confer with Anna regarding same; email Anna the same. | 100.00 | 5.00 | 500.00 |
| 04/07/2023 | AKM | B190 | A101 | Review of supplemental disclosures. | 275.00 | 0.50 | 137.50 |
| 04/11/2023 | AKM | B190 | A101 | Final review of supplemental disclosures. | 275.00 | 0.10 | 27.50 |
| | RAP | B190 | A104 | Review and edit of Rule 26 Disclosures and Request for Production of Documents; office conference with G. Mankotia regarding same. | 500.00 | 0.20 | 100.00 |
| 04/14/2023 | AKM | B190 | A101 | Draft Motion to Amend Scheduling Order for filing. | 275.00 | 0.60 | 165.00 |
| 04/15/2023 | GM | B190 | A101 | Final review and editing of Rule 26 Disclosures. | 100.00 | 0.50 | 50.00 |
| 04/17/2023 | AKM | B190 | A101 | Continue drafting Motion to Amend Scheduling Order; oversee filing of same. | 275.00 | 0.50 | 137.50 |
| 04/18/2023 | AKM | B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |
| 04/25/2023 | AKM | B190 | A101 | Phone call with opposing counsel regarding extension of discovery response deadline to May 3. | 275.00 | 0.10 | 27.50 |

# PULMAN, CAPPUCCIO & PULLEN, LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

May 31, 2023

Invoice No.       236908
Account No.       1934.021

Page:       1

Claims against D. Stein/Fidelity Mutual - Finder

### Fees

| Date | | | | Description | Rate | Hours | |
|------|---|---|---|-------------|------|-------|---|
| 02/02/2023 | AKM | B180 | A101 | Review of summons served. | 275.00 | 0.10 | 27.50 |
| 03/27/2023 | GM | B190 | A101 | Prepare draft letter regarding entry of default. | 100.00 | 1.50 | 150.00 |
| 04/03/2023 | AKM | B190 | A101 | Review answer filed by Defendants. | 275.00 | 0.20 | 55.00 |
| 04/13/2023 | GM | B190 | A101 | Prepare Rule 26 Disclosures and Request for Production of Documents; Read through email correspondence for witness list. | 100.00 | 3.00 | 300.00 |
| 04/15/2023 | AKM | B190 | A101 | Review draft discovery and disclosures. | 275.00 | 0.50 | 137.50 |
| 04/17/2023 | AKM | B190 | A101 | Final review of discovery requests; putting in final for service on opposing counsel; serving discovery on opposing counsel via e-mail. | 275.00 | 0.60 | 165.00 |
| | AKM | B190 | A101 | Continue drafting Motion to Amend Scheduling Order; oversee filing of same. | 275.00 | 0.40 | 110.00 |
| 04/18/2023 | AKM | B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |
| 05/01/2023 | AKM | B190 | A101 | Review of initial disclosures from Defendants. | 275.00 | 0.10 | 27.50 |
| 05/10/2023 | GM | B190 | A101 | Searched on westlaw for Proofs of Claim filed by finders demanding jury trial. | 100.00 | 1.00 | 100.00 |

May 31, 2023

Lowe, Pat (dprt)

Claims against Dennis Wirth, Agent Advisory Grou

Statement No.   236917
Account No.   1934.030
Page:   2

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 04/11/2023 | RAP | B190 | A104 | Review and edit of Rule 26 Disclosures and Request for Production of Documents; office conference with G. Mankotia regarding same. | 500.00 | 0.20 | 100.00 |
| 04/14/2023 | AKM | B190 | A101 | Draft Motion to Amend Scheduling Order for filing. | 275.00 | 0.60 | 165.00 |
| 04/15/2023 | GM | B190 | A101 | Final review and editing of Rule 26 Disclosures and Request for Production of Documents. | 100.00 | 0.50 | 50.00 |
| | RAP | B190 | A101 | Review and edit Rule 26 Disclosures and Requests for production. | 500.00 | 0.20 | 100.00 |
| 04/17/2023 | AKM | B190 | A101 | Continue drafting Motion to Amend Scheduling Order; oversee filing of same. | 275.00 | 0.50 | 137.50 |
| | AKM | B190 | A101 | Continue drafting Motion to Amend Scheduling Order; oversee filing of same. | 275.00 | 0.40 | 110.00 |
| 04/18/2023 | AKM | B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |
| 05/01/2023 | AKM | B190 | A101 | Review of initial disclosures from Defendants. | 275.00 | 0.10 | 27.50 |
| 05/10/2023 | GM | B190 | A101 | Searched on westlaw for Proofs of Claim filed by finders demanding jury trial. | 100.00 | 1.00 | 100.00 |
| 05/23/2023 | GM | B190 | A101 | Prepare motion to strike jury demand along with an order and an appendix; arrange finders agreements on netdocs; confer with Randall A. Pulman regarding same. | 100.00 | 3.50 | 350.00 |
| | | | | For Legal Services Rendered | | 24.60 | 3,616.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 1.40 | $500.00 | $700.00 |
| Anna K. MacFarlane | 3.30 | 275.00 | 907.50 |
| PARA-3 | 1.90 | 110.00 | 209.00 |
| Gaurav Mankotia | 18.00 | 100.00 | 1,800.00 |

May 31, 2023

Lowe, Pat (dprt)

Claims against Michael Cales - Finder

Statement No.    236918
Account No.    1934.031
Page:    2

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 03/29/2023 | AKM | B190 | A101 | Drafting motion to amend scheduling order and proposed amended scheduling order. | 275.00 | 1.00 | 275.00 |
| 04/02/2023 | GM | B190 | A101 | Prepare Supplementary 26(a) disclosures; Read through 131 emails for Witness List. | 100.00 | 3.00 | 300.00 |
| 04/03/2023 | GM | B190 | A101 | Continue prepare Supplementary 26(a) disclosures. | 100.00 | 3.50 | 350.00 |
| 04/04/2023 | GM | B190 | A101 | Continue prepare 26(a) Supplementary Disclosures; confer with Anna regarding same; email Anna the same. | 100.00 | 1.00 | 100.00 |
| 04/07/2023 | AKM | B190 | A101 | Review of supplemental disclosures. | 275.00 | 0.50 | 137.50 |
| 04/11/2023 | AKM | B190 | A101 | Emails with opposing counsel regarding motions to amend scheduling order. | 275.00 | 0.20 | 55.00 |
| | AKM | B190 | A101 | Final review of initial disclosures. | 275.00 | 0.10 | 27.50 |
| | RAP | B190 | A104 | Review and edit of Rule 26 Disclosures and Request for Production of Documents; office conference with G. Mankotia regarding same. | 500.00 | 0.20 | 100.00 |
| 04/14/2023 | AKM | B190 | A101 | Finalizing Motion to Amend Scheduling Order for filing. | 275.00 | 0.50 | 137.50 |
| 04/15/2023 | GM | B190 | A101 | Final review and editing of Rule 26 Disclosures. | 100.00 | 0.50 | 50.00 |
| 04/18/2023 | AKM | B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |
| 04/25/2023 | AKM | B190 | A101 | Phone call with opposing counsel regarding extension of discovery response deadline to May 3. | 275.00 | 0.10 | 27.50 |
| 05/01/2023 | AKM | B190 | A101 | Review of initial disclosures from Defendant. | 275.00 | 0.10 | 27.50 |
| 05/10/2023 | GM | B190 | A101 | Searched on westlaw for Proofs of Claim filed by finders demanding jury trial. | 100.00 | 1.00 | 100.00 |

May 31, 2023

Lowe, Pat (dprt)
Claims against RD and J, Inc. - Finder

Statement No.  236922
Account No.  1934.035
Page:  2

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | | | counsel; serving discovery on opposing counsel via e-mail. | 275.00 | 0.60 | 165.00 |
| | AKM | B190 | A101 | Continue drafting Motion to Amend Scheduling Order; oversee filing of same. | 275.00 | 0.40 | 110.00 |
| 04/18/2023 | AKM | B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |
| 05/01/2023 | AKM | B190 | A101 | Review of initial disclosures from Defendants. | 275.00 | 0.10 | 27.50 |
| 05/10/2023 | GM | B190 | A101 | Searched on westlaw for Proofs of Claim filed by finders demanding jury trial. | 100.00 | 1.00 | 100.00 |
| 05/22/2023 | GM | B190 | A101 | Prepare motion to strike jury demand along with an order and an appendix; arrange finders agreements on netdocs; confer with Randall A. Pulman regarding same. | 100.00 | 3.50 | 350.00 |
| | RAP | B190 | A101 | Office Conference with Gaurav Mankotia regarding Motion to Strike. | 500.00 | 0.20 | 100.00 |
| 05/24/2023 | LSH | B190 | A103 | Draft/revise motion to strike jury demand. | 450.00 | 0.90 | 405.00 |
| 05/25/2023 | GM | B190 | A101 | Continue prepare motion to strike jury demand after Leslie S. Hyman's comments, confer with Leslie S. Hyman regarding same. | 100.00 | 4.00 | 400.00 |
| | GM | B190 | A101 | Research for case laws on jury waiver. | 100.00 | 1.00 | 100.00 |
| 05/30/2023 | GM | B190 | A101 | Continue prepare and amend motion to strike jury demand; confer with Leslie S. Hyman regarding same. | 100.00 | 3.00 | 300.00 |
| 05/31/2023 | GM | B190 | A101 | Continue prepare and amend motion to strike jury demand; multiple conferences with Leslie S. Hyman; confer with Randall A. Pulman regarding same. | 100.00 | 6.00 | 600.00 |
| | LSH | B190 | A103 | Continue drafting motion to strike jury demand. | 450.00 | 1.30 | 585.00 |
| | LSH | B190 | A102 | Legal research regarding motion to strike jury demand. | 450.00 | 0.60 | 270.00 |

May 31, 2023

Lowe, Pat (dprt)

Claims against Safe Money Solutions - Finder

Statement No.   236931
Account No.   1934.047
Page:   2

| Date | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 04/18/2023 | AKM | B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |
| 05/01/2023 | AKM | B190 | A101 | Review of initial disclosures from Defendants. | 275.00 | 0.10 | 27.50 |
| 05/10/2023 | GM | B190 | A101 | Searched on westlaw for Proofs of Claim filed by finders demanding jury trial. | 100.00 | 1.00 | 100.00 |
| 05/15/2023 | LSH | B120 | A105 | Conference with R. Pulman and A. MacFarlane regarding motion for summary judgment. | 450.00 | 0.40 | 180.00 |
| 05/23/2023 | GM | B190 | A101 | Prepare motion to strike jury demand along with an order and an appendix; arrange finders agreements on netdocs; confer with Randall A. Pulman regarding same. | 100.00 | 3.50 | 350.00 |
| 05/25/2023 | LSH | B120 | A103 | Begin drafting motion for summary judgment. | 450.00 | 1.60 | 720.00 |
| 05/30/2023 | AKM | B190 | A101 | Office conference and emails with Leslie S. Hyman regarding Motion for Summary Judgment. | 275.00 | 0.30 | 82.50 |
| | LSH | B120 | A105 | Conference with team regarding potential illegality of contract argument. | 450.00 | 0.50 | 225.00 |
| | LSH | B120 | A102 | Legal research regarding argument that the finder contract is illegal. | 450.00 | 2.40 | 1,080.00 |
| 05/31/2023 | LSH | B120 | A103 | Continue drafting motion for summary judgment. | 450.00 | 3.10 | 1,395.00 |
| | | | | For Legal Services Rendered | | 24.90 | 5,748.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 0.20 | $500.00 | $100.00 |
| Anna K. MacFarlane | 2.10 | 275.00 | 577.50 |
| PARA-3 | 1.10 | 110.00 | 121.00 |
| Gaurav Mankotia | 13.50 | 100.00 | 1,350.00 |
| Leslie Hyman | 8.00 | 450.00 | 3,600.00 |

**PULMAN, CAPPUCCIO & PULLEN, LLP**

Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

May 31, 2023

Invoice No.          236934
Account No.          1934.050

Page:     1

Claims against Blanchard & Associates - Finder

<u>Fees</u>

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| 02/02/2023 | AKM B180 | A101 | Review of summons served. | 275.00 | 0.10 | 27.50 |
| 03/03/2023 | PR3 B110 | A110 | Manage data/files - searching and saving emails | 110.00 | 0.70 | 77.00 |
| 03/22/2023 | AKM B190 | A101 | Review of answer. | 275.00 | 0.20 | 55.00 |
| 04/13/2023 | GM   B190 | A101 | Prepare Rule 26 Disclosures and Request for Production of Documents; Segregated email correspondence on netdocs; Read through 86 emails for witness list. | 100.00 | 3.00 | 300.00 |
| 04/15/2023 | AKM B190 | A101 | Review draft discovery and disclosures. | 275.00 | 0.50 | 137.50 |
| 04/16/2023 | AKM B190 | A101 | Continue review of draft discovery and disclosures. | 275.00 | 0.50 | 137.50 |
| 04/17/2023 | AKM B190 | A101 | Final review of discovery requests; putting in final for service on opposing counsel; serving discovery on opposing counsel via e-mail. | 275.00 | 0.60 | 165.00 |
| | AKM B190 | A101 | Continue drafting Motion to Amend Scheduling Order; oversee filing of same. | 275.00 | 0.40 | 110.00 |
| 04/18/2023 | AKM B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |
| 05/01/2023 | AKM B190 | A101 | Review of initial disclosures from Defendants. | 275.00 | 0.10 | 27.50 |

**PULMAN, CAPPUCCIO & PULLEN, LLP**
Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX 78801

May 31, 2023

Invoice No.       236937
Account No.       1934.053

Page:      1

Claims against Domonic Cotton - Finder

### Fees

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| 02/02/2023 | AKM B180 | A101 | Review of summons served. | 275.00 | 0.10 | 27.50 |
| 03/02/2023 | AKM B190 | A101 | Review of Defendant's answer. | 275.00 | 0.20 | 55.00 |
| 04/06/2023 | GM B190 | A101 | Plan and prepare Rule 26 Disclosures and Request for Production of Documents; Read through email correspondence for witness list. | 100.00 | 6.00 | 600.00 |
| 04/07/2023 | AKM B190 | A101 | Review of RFP and initial disclosures. | 275.00 | 0.50 | 137.50 |
| 04/11/2023 | AKM B190 | A101 | Final review of initial disclosures. | 275.00 | 0.10 | 27.50 |
| | RAP B190 | A104 | Review and edit of Rule 26 Disclosures and Request for Production of Documents; office conference with G. Mankotia regarding same. | 500.00 | 0.20 | 100.00 |
| 04/15/2023 | GM B190 | A101 | Final review and editing of Rule 26 Disclosures and Request for Production of Documents. | 100.00 | 0.50 | 50.00 |
| 04/17/2023 | AKM B190 | A101 | Draft Motion to Amend Scheduling Order; oversee filing of same. | 275.00 | 0.60 | 165.00 |
| 04/18/2023 | AKM B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |
| 05/01/2023 | AKM B190 | A101 | Review of initial disclosures from Defendants. | 275.00 | 0.10 | 27.50 |

# PULMAN, CAPPUCCIO & PULLEN, LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX  78801

May 31, 2023

Invoice No.            236939
Account No.         1934.055

Page:      1

Claims against Gregory Talbot - Finder

## Fees

| Date | | | | Description | Rate | Hours | |
|------|---|---|---|-------------|------|-------|---|
| 02/02/2023 | AKM | B180 | A101 | Review of summons served. | 275.00 | 0.10 | 27.50 |
| 02/08/2023 | PR3 | B110 | A110 | Manage data/files - Saving emails to ND | 110.00 | 0.60 | 66.00 |
| 02/15/2023 | PR3 | B110 | A110 | Manage data/files - locating and saving emails to ND | 110.00 | 0.50 | 55.00 |
| 03/23/2023 | GM | B190 | A101 | Prepare draft letter regarding entry of default. | 100.00 | 1.50 | 150.00 |
| 04/17/2023 | GM | B190 | A101 | Prepare the following: 1. Letter regarding Clerk's Entry of Default, 2. Request for Clerk's Entry of Default, 3. Randall A. Pulman's Declaration, 4. Motion for Entry of Default, 5. Proposed Order, 6. RAP's Affidavit | 100.00 | 6.00 | 600.00 |
| 04/18/2023 | GM | B190 | A101 | Continue Prepare the following: 1. Letter regarding Clerk's Entry of Default, 2. Request for Clerk's Entry of Default, 3. Randall A. Pulman's Declaration, 4. Motion for Entry of Default, 5. Proposed Order, 6. RAP's Affidavit | 100.00 | 3.00 | 300.00 |
| 04/26/2023 | AKM | B190 | A101 | Review request for clerk's entry of default; finalizing for filing; oversee filing of same. | 275.00 | 0.60 | 165.00 |
| | RAP | B190 | A101 | Review and approval of request for entry of clerk's default. | 500.00 | 0.10 | 50.00 |

# PULMAN, CAPPUCCIO & PULLEN, LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX  78801

May 31, 2023

Invoice No.          236940
Account No.       1934.056

Page:     1

Claims against Jack Nace - Finder

## Fees

| Date | | | | Description | Rate | Hours | |
|------|---|---|---|-------------|------|-------|---|
| 02/02/2023 | AKM | B180 | A101 | Review of summons served. | 275.00 | 0.10 | 27.50 |
| 03/02/2023 | AKM | B190 | A101 | Review of Defendant's answer. | 275.00 | 0.20 | 55.00 |
| 04/01/2023 | GM | B190 | A101 | Prepare Rule 26 Disclosures and Request for Production of Documents; Review of email correspondence for witness list. | 100.00 | 6.00 | 600.00 |
| 04/07/2023 | AKM | B190 | A101 | Review of RFP and initial disclosures. | 275.00 | 0.50 | 137.50 |
| 04/11/2023 | AKM | B190 | A101 | Final review of initial disclosures. | 275.00 | 0.10 | 27.50 |
| | RAP | B190 | A104 | Review and edit of Rule 26 Disclosures and Request for Production of Documents; office conference with G. Mankotia regarding same. | 500.00 | 0.20 | 100.00 |
| | GM | B190 | A101 | Continue prepare Rule 26 Disclosures and Request for Production of Documents; confer with Randall A. Pulman regarding same. | 100.00 | 2.00 | 200.00 |
| 04/15/2023 | GM | B190 | A101 | Final review and editing of Rule 26 Disclosures and Request for Production of Documents. | 100.00 | 0.50 | 50.00 |
| 04/17/2023 | AKM | B190 | A101 | Draft Motion to Amend Scheduling Order; oversee filing of same. | 275.00 | 0.60 | 165.00 |
| 04/18/2023 | AKM | B190 | A101 | Review of court's order resetting docket call. | 275.00 | 0.10 | 27.50 |