**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 01, 2023.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, § | |
| ET AL.,[1] § | BANKRUPTCY NO. 21-51523-MMP |
| § | LEAD CASE |
| DEBTORS. § | JOINTLY ADMINISTERED |

### ORDER GRANTING
### TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT UNDER BANKRUPTCY RULE 9019 WITH CRISSMAN SCOTT CROMBIE, FLEMING FINANCIAL SERVICES, INC., SEAN MICHAEL FLEMING, AND NANCY LEE FLEMING

On this date came on to be considered the *Trustee's Motion to Approve Compromise and Settlement under Bankruptcy Rule 9019 with Crissman Scott Crombie, Fleming Financial Services, Inc., Sean Michael Fleming, and Nancy Lee Fleming* (the "**Motion**").[2] The Court finds

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: *In Re: Policy Services, Inc.,* 21-51513 (2864); *In Re: Wizard Mode Media, LLC*, 21-51514 (3205); *In Re: deeproot Pinball LLC*, 21-51515 (0320); *In Re: deeproot Growth Runs Deep Fund, LLC*, 21-51516 (8046); *In Re: deeproot 575 Fund, LLC*, 21-51517 (9404); *In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC*, 21-51518 (7731); *In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC*, 21-51519 (9661); *In Re: deeproot Tech LLC*, 21-51520 (9043); *In Re: deeproot Funds LLC*, 21-51521 (9404); In Re: deeproot Studios LLC, 21-51522 (6283); and *In Re: deeproot Capital Management, LLC*, 21-51523 (2638) (collectively, the "**Bankruptcy Estates**").

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) the relief requested in the Motion is in the best interests of deeproot Funds, LLC, its Bankruptcy Estate, and the creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested.

**It is Therefore Ordered** that the Crombie Settlement Agreement incorporated by reference herein and attached to the Motion as Exhibit B, and the Motion are, in all things, **Approved**.

**It is Therefore Ordered** that the Fleming Financial Settlement Agreement incorporated by reference herein and attached to the Motion as Exhibit C, and the Motion are, in all things, **Approved**.

**It is Further Ordered** that Trustee and Crombie are hereby authorized and directed to take any and all actions necessary to consummate the Crombie Settlement Agreement and conclude the transactions proposed in the Motion.

**It is Further Ordered** that Trustee and the Fleming Financial Defendants are hereby authorized and directed to take any and all actions necessary to consummate the Fleming Financial Settlement Agreement and conclude the transactions proposed in the Motion.

**It is Further Ordered** that this Court shall **retain** jurisdiction to hear and determine all matters arising from the implementation of this Order.

**It is Further Ordered** that in the event the Crombie Settlement Agreement is voided by the Trustee or Crombie, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

**IT IS FURTHER ORDERED** that in the event the Fleming Financial Settlement Agreement is voided by the Trustee or the Fleming Financial Defendants, the Trustee shall file a notice with the Court that the Settlement is void and of no force and effect.

# # #

**Submitted by:**
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
*ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY
ADMINISTERED BANKRUPTCY ESTATE OF
DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.*

4885-9181-3490, v. 1/1934.001