# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

*Barry D. Knight*        *(210) 472−6720*
*CLERK OF COURT*

**DATE:** September 22, 2023

Randall A. Pulman
Pulman Cappuccio & Pullen LLP
2161 NW Military Hwy, Suite 400
San Antonio, TX 78213

**RE:** Exhibits
     Bankruptcy Case No.:    **21−51523−mmp**
     Case Style:    deeproot Capital Management, LLC

Dear Mr. Pulman:

A final order was entered on 02/09/2022 regarding the following contested matters:

**#53 Application to Employ Auctioneer, Mel T. Davis**
**#54 Motion for Authorization to Sell Property of the Estate by Public Auction and to Authorize Payment to Auctioneer from Sales Proceeds**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **10/2/23** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                             Barry D. Knight
                                             Clerk, U. S. Bankruptcy Court

                                             BY: Rosa Gonzalez

903 San Jacinto, Suite 322     511 E. San Antonio Avenue, Suite 444     800 Franklin Avenue, Suite 140
Austin, Texas 78701     El Paso, Texas 79901     Waco, Texas 76701
(512) 916−5237     (915) 779−7362     (254) 750−1513

[Exhibits Letter] [Ltrex]