# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

*Barry D. Knight*             *(210) 472−6720*
CLERK OF COURT

**DATE:** September 22, 2023

**Randall A. Pulman**
**Pulman Cappuccio & Pullen LLP**
**2161 NW Military Hwy, Suite 400**
**San Antonio, TX 78213**

**RE:** Exhibits
       Bankruptcy Case No.: **21−51523−mmp**
                Case Style: deeproot Capital Management, LLC

Dear Mr. Pulman:

     A final order was entered on 03/21/2022 regarding the following contested matters:

> **#78 Trustee's Motion to Approve (A) Sale of Life Insurance Policies (B) Sale Procedures, Stalking Horse Agreement and Bid Protections in Connection with the Sale of Property of the Estate of Policy Services, Inc., and (C) the Form of Notice for the Sale of Property of the Estate of Policy Services, Inc.**

     Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

     Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **10/2/23** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                         Barry D. Knight
                                         Clerk, U. S. Bankruptcy Court

                                         BY: Rosa Gonzalez

903 San Jacinto, Suite 322      511 E. San Antonio Avenue, Suite 444      800 Franklin Avenue, Suite 140
Austin, Texas 78701      El Paso, Texas 79901      Waco, Texas 76701
(512) 916−5237      (915) 779−7362      (254) 750−1513

[Exhibits Letter] [Ltrex]