# Rosa Gonzalez

| | |
|---|---|
| **From:** | Rosa Gonzalez |
| **Sent:** | Friday, September 22, 2023 4:23 PM |
| **To:** | Randy Pulman |
| **Subject:** | 21-51523-mmp |
| **Attachments:** | 21-51523 2-9-22.pdf; 21-51523 3-18-22.pdf; 21-51523 4-11-22.pdf |
| **Importance:** | High |

Good Afternoon Mr. Pulman,

Please respond to the attached letters' regarding exhibit's by October 2, 2023.

Sincerely,

*Rosa Gonzalez*

United States Bankruptcy Court
Western District of Texas
615 E. Houston St., Ste. 597
San Antonio, TX 78205
Rosa_Gonzalez@txwb.uscourts.gov
210-472-6720, ext. 5733