# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
### 615 E. HOUSTON STREET, ROOM 597
### SAN ANTONIO, TX 78205

*Barry D. Knight*  
CLERK OF COURT                                                                                       *(210) 472–6720*

**DATE:** October 17, 2023

Roxanne Holly  
6821 E. Brownstone Pl.  
Tucson, AZ 85750

**RE:** Exhibits  
        Bankruptcy Case No.: **21–51523–mmp**  
        Case Style: deeproot Capital Management, LLC

Dear Ms. Holly:

    A final order was entered on 11/01/2022 regarding the following contested matters:

**#169 Objections to Proposed Settlement filed by Creditor Roxanne Holly**

    Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

    Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **10/27/23** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                             Barry D. Knight  
                                             Clerk, U. S. Bankruptcy Court

                                             BY: Rosa Gonzalez

903 San Jacinto, Suite 322　　　511 E. San Antonio Avenue, Suite 444　　　800 Franklin Avenue, Suite 140  
Austin, Texas 78701　　　　　　El Paso, Texas 79901　　　　　　　　　　Waco, Texas 76701  
(512) 916–5237　　　　　　　　(915) 779–7362　　　　　　　　　　　　(254) 750–1513

[Exhibits Letter] [Ltrex]