# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

*Barry D. Knight*                                                                                                          *(210) 472−6720*
**CLERK OF COURT**

**DATE:** October 17, 2023

**Randall A. Pulman**
**Pulman Cappuccio & Pullen LLP**
**2161 NW Military Hwy, Suite 400**
**San Antonio, TX 78213**

**RE:** Exhibits
        Bankruptcy Case No.: **21−51523−mmp**
        Case Style: deeproot Capital Management, LLC

Dear Mr. Pulman:

A final order was entered on 11/1/2022 regarding the following contested matters:

**#169 Objections to Proposed Settlement filed by Creditor Roxanne Holly**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **10/27/23** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                                                  Barry D. Knight
                                                                   Clerk, U. S. Bankruptcy Court

                                                                   BY: Rosa Gonzalez

903 San Jacinto, Suite 322
Austin, Texas 78701
(512) 916−5237

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779−7362

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750−1513

[Exhibits Letter] [Ltrex]