# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
### 615 E. HOUSTON STREET, ROOM 597
### SAN ANTONIO, TX 78205

*Barry D. Knight*
CLERK OF COURT

*(210) 472–6720*

**DATE:** October 17, 2023

**Randall A. Pulman**
**Pulman Cappuccio & Pullen LLP**
**2161 NW Military Hwy, Suite 400**
**San Antonio, TX 78213**

**RE:** Exhibits

    Bankruptcy Case No.: **21–51523–mmp**
    Case Style: deeproot Capital Management, LLC

Dear Mr. Pulman:

A final order was entered on 11/28/2022 regarding the following contested matters:

> **#190 First Interim Application for Allowance of Fees and Expenses to Greg T Murray LCC as Accountant to Debtor**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **10/27/23** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                                  Barry D. Knight
                                                  Clerk, U. S. Bankruptcy Court

                                                  BY: Rosa Gonzalez

903 San Jacinto, Suite 322
Austin, Texas 78701
(512) 916–5237

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779–7362

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750–1513

[Exhibits Letter] [Ltrex]