# Rosa Gonzalez

| | |
|---|---|
| **From:** | MaryAnn Villa <mvilla@pulmanlaw.com> |
| **Sent:** | Wednesday, October 18, 2023 8:19 AM |
| **To:** | Rosa Gonzalez |
| **Cc:** | Randy Pulman |
| **Subject:** | In re deeproot Capital Mgmt LLC 21-51523 - Destruction of Trustee exhibits |
| **Attachments:** | 21-51523-mmp Ch-7 Forms deeproot Capital Management, LLC; 21-51523-mmp Ch-7 Forms deeproot Capital Management, LLC; 21-51523-mmp Ch-7 Forms deeproot Capital Management, LLC; 21-51523-mmp Ch-7 Forms deeproot Capital Management, LLC; 21-51523-mmp Ch-7 Forms deeproot Capital Management, LLC; 21-51523-mmp Ch-7 Forms deeproot Capital Management, LLC |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Good morning, Rosa –

With regard to the exhibit letters sent in the attached emails, please be advised that Randall Pulman authorizes the destruction of the exhibits relating to each of the hearings referenced (Mr. Pulman is copied on this email).

Should you require anything further, please don't hesitate to let us know. Thanks very much. MaryAnn



MaryAnn Villa
Legal Assistant
**Pulman, Cappuccio & Pullen, LLP**
2161 NW Military Hwy, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494, ext. 121
Facsimile: (210) 892-1610
mvilla@pulmanlaw.com
www.pulmanlaw.com

*Attorney/ Client Privileged Communication*

This e-mail and any files or documents accompanying it are intended solely for the identified recipient. This e-mail may contain information that is: (1) subject to the attorney-client privilege; (2) attorney work-product privilege; and/or (3) strictly confidential. If you are not the intended recipient or have received this transmission in error you are requested to: (1) notify the sender to arrange for its immediate return; and (2) delete from your system this e-mail and any files or documents accompanying it. Any disclosure, copying, printing or other dissemination of this e-mail (including any files or documents attached to it) is strictly prohibited.
U.S. TREASURY DEPARTMENT NOTICE/CIRCULAR 230 DISCLAIMER: Pursuant to regulations governing the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries and appraisers before the Internal Revenue Service, unless otherwise expressly stated, any U.S. federal or state tax advice in this communication (including any attachments) is not intended or written to be used, and cannot be used, by a taxpayer for the purpose of (i) avoiding penalties that may be imposed under federal or state tax law or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.