# Rosa Gonzalez

| | |
|---|---|
| **From:** | Rosa Gonzalez |
| **Sent:** | Tuesday, October 17, 2023 4:32 PM |
| **To:** | rholly04@msn.com |
| **Subject:** | 21-51523-MMP Deeproot Capital Management, LLC |
| **Attachments:** | 1800 (32).pdf |
| **Importance:** | High |

Good Afternoon Ms. Holly,

Please respond to the attached letter regarding exhibit's by 10/27/2023.

Sincerely,

*Rosa Gonzalez*
United States Bankruptcy Court
Western District of Texas
615 E. Houston St., Ste. 597
San Antonio, TX 78205
Rosa_Gonzalez@txwb.uscourts.gov
210-472-6720, ext. 5733