## Deanna Castleberry

| | |
|---|---|
| **From:** | Humeniuk, Stephen <stephen.humeniuk@lockelord.com> |
| **Sent:** | Wednesday, February 7, 2024 7:46 AM |
| **To:** | Deanna Castleberry |
| **Subject:** | Re: 21-51523 deeproot Capital Management, LLC. et. al.  Return of Exhibits from Hearing Held on 09/01/2022 |

**CAUTION - EXTERNAL:**

*Destroyed 2-7-2024 dmc*

Good morning Ms. Castleberry,

Please proceed with destroying the exhibits and I sincerely appreciate you reaching out about this. Have a wonderful day.

Steve Humeniuk

On Feb 7, 2024, at 6:35 AM, Deanna Castleberry <Deanna_Castleberry@txwb.uscourts.gov> wrote:

** External Email -- Sender: Deanna_Castleberry@txwb.uscourts.gov **

**February 7, 2024**

**Return Of Trial Exhibits**
**Bankruptcy Case 21-51523 deeproot Capital Management, LLC. et. al.**

**Dear Mr. Humeniuk:**

**A Final Order (Document #146) has been entered on 09/07/2022 concerning the following contested matter:**

**#137   Expedited Motion to Quash Bankruptcy Rule 2004 Examination Notices with Subpoena Duces Tecum filed by Stephen J. Humeniuk for Interested Parties Thomas N. Andrew, Cycladic, LLC, Cycladic International, LLC (Related Document(s): [129] Notice of 2004 Examinations with Subpoenas Duces Tecum to Cycladic International, LLC; Cycladic, LLC; and Thomas N. Andrew filed by Randall A. Pulman for Trustee John Patrick Lowe.**

**(Hearing Held On 09/01/2022 - Exhibit and Witness List Document #145)**

**During the Trial/Hearing on this matter, you submitted exhibits for the courts' consideration. Since a Final Order has been entered, the court no longer needs**

these exhibits.

**If you do not respond to this email by February 14, 2024, 2024 your exhibits will be destroyed without further notice from the Bankruptcy Clerks Office.**

If you have any questions, please feel free to contact me.
Thank you and Have A Wonderful Day!
Stay Healthy, Safe and Strong!

<image001.jpg>

*Deanna Castleberry*

Courtroom Deputy to the Honorable Judge Michael Parker & Judge Ronald King

U.S. Bankruptcy Court for the Western District of Texas

615 E. Houston Street  #597

San Antonio, Texas 78205

(210) 472-6720 ext. 5735

deanna_castleberry@txwb.uscourts.gov



Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information, including our privacy notices and policies, visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.