# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

In Re: §
§
deeproot Capital Management LLC, et al., §
§
§ Bankruptcy No. 21-51523
§
Debtors. § Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

Notice is given to the United States Bankruptcy Court for the Western District of Texas San Antonio Division and Debtor deeproot Capital Management, LLC et al., through their attorneys of record **Catherine A. Curtis** and **Jason M. Rudd** and Trustee through their attorneys of record **Randolph N Osherow** and **John Patrick Lowe** that Creditor, Wells Trust, JoAnn Wells, Trustee had the wrong address listed on the Creditor's List and the correct address is as follows:

Wells Trust, JoAnn Wells, Trustee
10929 Eagle Dr., Apt. 1417
Baytown, TX 77523

Respectfully submitted,

THE JUREK LAW GROUP, PLLC.

By: **/s/Lynne M. Jurek**
Lynne M. Jurek
Texas Bar No. 11059250
lmjurek@jureklaw.com
4309 Yoakum Blvd.
Houston, Texas 77006
Tel. (713)230-8233
Fax. (713) 230-8654

**ATTORNEY FOR CREDITOR WELLS TRUST, JOANN WELLS, TRUSTEE**