IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

---

**EIGHTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE FOR THE TIME PERIOD OF JUNE 1, 2024 TO NOVEMBER 30, 2024**

---

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

| | | |
|---|---|---|
| Name of Applicant: | | Randall A. Pulman<br>Pulman Cappuccio & Pullen, LLP |
| Applicant's professional role in case | | Counsel for the Chapter 7 Trustee |
| Indicate whether this is an interim or final application | | Interim |
| Date Order of Appointment filed | | 01/20/2022 [ECF No. 48] |
| Effective Date of Appointment | | 12/20/2021 |
| | Beginning of Period | Ending of Period |
| Total period covered in application | 06/01/2024 | 10/31/2024 |
| Time periods covered by any prior applications | 12/15/2021 | 05/31/2024 |

---

1  The Jointly Administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are:  In Re: Policy Services, Inc. 21-51513 (2864),  In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth  5 Year Debenture Fund, LLC, 21-51519 (9661),  In Re: deeproot Tech  LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

| Total fees awarded in all prior applications | $1,360,281.50 |
|---|---|
| Total reimbursable expenses awarded in all prior applications | $90,554.35 |
| Amount of retainer received in the case | $0.00 |
| Total amount of credits applied by PC&P to fees in all prior applications | $38,320.00 |
| Total fees applied for in the Eighth Fee Application and in all prior applications (including any retainer amounts or credits applied or to be applied) | $1,388,301.50 |
| Total fees applied for in the Eighth Fee Application (including any retainer amounts or credits to be applied) | $28,020.00 |
| Total professional hours covered by the Eighth Fee Application | 83.10 |
| Reimbursable expenses sought in the Eighth Fee Application | $1,111.36 |
| Application Cost | Approximately $3,000.00 |
| Total fees and reimbursable expenses sought in the Eighth Fee Application | $29,131.36 |

To The Honorable Michael M. Parker, United States Bankruptcy Judge:

Pulman, Cappuccio & Pullen, LLP ("**PC&P**"), attorneys for John Patrick Lowe, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates of deeproot Capital Management, LLC, Policy Services, Inc., Wizard Mode Media, LLC, deeproot Pinball LLC, deeproot Growth Runs Deep Fund, LLC, deeproot 575 Fund, LLC, deeproot 3 Year Bonus Income Debenture Fund, LLC, deeproot Bonus Growth 5 Year Debenture Fund, LLC, deeproot Tech LLC, deeproot Funds LLC, deeproot Studios LLC (each a "**Debtor**" and collectively, the "**Debtors**"), being jointly administered under lead case *In re: deeproot Capital Management, LLC*, Case No. 21-51523, hereby files this *Eighth Interim Application for Allowance of Hourly Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of June 1, 2024 to November 30, 2024* ("**Eighth Fee Application**"), for allowance of compensation of $28,020.00 in fees and reimbursement of expenses of $1,111.36, for a total of $29,131.36, for the time period of June 1, 2024 to November 30, 2024. In support of the Eighth Fee Application, PC&P respectfully asks the Court to approve and authorize this Eighth Fee Application based on the

2

following:

## I.    JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Eighth Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue for this case is proper in the Western District of Texas under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      On December 9, 2021, (the "**Petition Date**"), the Debtors filed voluntary petitions under Chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**") [ECF No. 1]. The Court, by its Order entered December 21, 2021, authorized that the Debtors' bankruptcy cases be jointly administered under lead case *In re: deeproot Capital Management, LLC*, Case No. 21-51523 (the "**Jointly Administered Case**") [ECF No. 20].

3.      On or about December 21, 2021, John Patrick Lowe was duly appointed as Trustee.

4.      The statutory predicates for the relief sought by this Eighth Fee Application are sections 328(a) and 331 of the Bankruptcy Code.

5.      A copy of the proposed order in conformity with Local Rule 9013 is attached as Exhibit A.

6.      A copy of the Notice and Summary of this Eighth Fee Application is attached as Exhibit B.

## II.    FACTUAL AND PROCEDURAL BACKGROUND

7.      The Debtors in this Jointly Administered Case are entities through which the Debtors' principal, Mr. Robert Mueller ("**Mueller**") ran a Ponzi scheme. Mueller controlled, as the sole owner, officer and director of each of the Debtors, all of their operations. Upon information

4880-6996-1726, v. 2

and belief, Mueller raised, on behalf of the Debtors, in excess of $70,000,000 from individual investors over the past decade.

8.     Initially, Mueller raised monies from individual investors through Debtor, Policy Services, Inc. ("**PSI**"), by purportedly selling fractional interests in the death benefits payable on life insurance policies (the "**Policies**") purchased by PSI.   These fractional interests in the Policies are known as life settlements. *See Life Partners, Inc. v. Arnold*, 464 S.W.3d 660, 662 (Tex. 2015).

9.     In or around 2015, Mueller stopped raising investor money directly through PSI and began to raise investor money primarily, though not exclusively, through two of the other Debtors, deeproot Growth Runs Deep Fund, LLC, and deeproot 575 Fund, LLC (the "**Funds**"). After Mueller switched to raising monies through the Funds, the investment pitch varied over time, but essentially investors were promised a guaranteed annual return of 5% to 7% payable at the end of the applicable investment period. Investors purchased debentures—or long-term unsecured obligations—to pay. Mueller marketed the Funds as having investments in life settlements, agriculture, real estate, and sports and entertainment businesses. In 2017, invested monies, by way of intercompany transfers to deeproot Pinball, LLC, deeproot Studios, LLC, deeproot Tech, LLC, and Wizard Mode Media, LLC, were used to support Mueller's ultimately unsuccessful effort to develop and manufacture state of the art pinball machines. The Debtors' pre-petition financial statements and each of the Debtors' respective schedules reflect that none of the Debtors generated any net income and, in most cases, had no revenue at any time. Despite the lack of revenue and net income, the Debtors did return investments to some of the investors.

10.    On or about August 20, 2021, the United States Securities and Exchange Commission (the "**SEC**") filed suit[2] against Debtors Policy Services, Inc. and deeproot Funds,

---

2 *Securities and Exchange Commission v. Robert J. Mueller, et al.*, Civil Action No. 5:21-cv-785, U.S. Dist. Ct. for the W. Dist. Of Texas, San Antonio Division.

LLC, and Mueller individually, for violations of federal securities law, and named Mueller's immediate family members, Jeffery L. Mueller and Belinda B. Breen, as relief parties (the "**SEC Civil Action**"). An injunction was entered prohibiting the solicitation of additional funds. Shortly thereafter, on December 9, 2021, chapter 7 bankruptcy petitions were filed for each of the Debtors.

11.     In or about November 2024, a federal grand jury in San Antonio, Texas indicted Mueller on eight counts of wire fraud.

12.     On January 20, 2022, the Court entered its *Order on the Application of Trustee to Employ Counsel* (the "**Employment Order**"), wherein the Court authorized the Trustee to employ PC&P as counsel [ECF No. 48]. The Employment Order permits PC&P to seek interim compensation as provided in 11 U.S.C. §331, subject to approval by this Court.   A copy of the Employment Order is attached hereto as Exhibit C.

13.     On May 13, 2022, PC&P filed its *First Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of December 15, 2021 to April 30, 2022*, with the Court ("**First Fee Application**"). [ECF No. 111].

14.     On June 9, 2022, the Court entered its *Order Granting First Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of December 15, 2021 to April 30, 2022*, authorizing the Trustee to pay to PC&P as an administrative expense, hourly fees in the amount of $226,982.50 and expenses in the amount of $28,952.54 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 125].

15.     On October 31, 2022, PC&P filed its *Second Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the*

5

*Time Period of May 1, 2022 to September 30, 2022*, with the Court ("**Second Fee Application**"). [ECF No. 189].

16.     On December 6, 2022, the Court entered its *Order Granting Second Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of May 1, 2022 to September 30, 2022*, authorizing the Trustee to pay to PC&P as an administrative expense, hourly fees in the amount of $259,247.00 and expenses in the amount of $6,145.75 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 211].

17.     On March 3, 2023, PC&P filed its *Third Interim Application for Allowance of Legal Fees and Expenses for Pullman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2022 to January 31, 2023*, with the Court ("**Third Fee Application**"). [ECF No. 260].

18.     On April 6, 2023, the Court entered its *Order Granting in Part Third Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2022 to January 31, 2023*, authorizing the Trustee to pay to PC&P as an administrative expense, interim hourly fees in the amount of $309,885.00 and expenses in the amount of $29,860.29 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order.   The Court ordered that the amount of the fees for redacted time entries found in the detailed time descriptions attached to the Third Fee Application ("**Redacted Time Entries**") should be disallowed as the Court was then unable to assess the reasonableness and necessity of the services performed.   The amount of the partial award of interim fees thus reflected PC&P's requested interim fees of $324,644.00 less $14,759.00, the amount of the Redacted Time Entries.   The Court further ordered that its Order was without

6

prejudice to PC&P in a subsequent application seeking recovery of the Redacted Time Entries. [ECF No. 272].

19.     On July 3, 2023, PC&P filed its *Fourth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Periods of February 1, 2023 to May 31, 2023*, with the Court ("**Fourth Fee Application**"). [ECF No. 282].

20.     On August 1, 2023, the Court entered its *Order Granting in Part Fourth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Periods of February 1, 2023 to May 31, 2023*, authorizing the Trustee to pay to PC&P as an administrative expense, interim hourly fees in the amount of $231,544.50 and expenses in the amount of $8,544.81 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 286]. The Court ordered that the amount of the fees for certain time entries found in the detailed time descriptions attached to the Third Fee Application ("**Clerical Time Entries**"), should be disallowed. The amount of the partial award of interim fees thus reflected PC&P's requested interim fees of $232,556.50 less $1,012.00, the amount of the Clerical Time Entries.

21.     On November 3, 2023, PC&P filed its *Fifth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Periods of June 1, 2023 to September 30, 2023,* with the Court ("**Fifth Fee Application**"). [ECF No. 306].

22.     On November 28, 2023, the Court entered its *Order Granting Fifth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period June 1, 2023 to September 30, 2023*, authorizing the

7

Trustee to pay PC&P as an administrative expense, interim hourly fees in the amount of $193,362.50 and all expenses in the amount of $8,713.62 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 309].

23.     On March 4, 2024, PC&P filed its *Sixth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2023 to January 31, 2024,* with the Court ("**Sixth Fee Application**"). [ECF No. 323].

24.     On April 1, 2024, the Court entered its *Order Granting Sixth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period October 1, 2023 to January 31, 2024*, authorizing the Trustee to pay PC&P as an administrative expense, interim hourly fees in the amount of $63,745.00 and all expenses in the amount of $3,484.87 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 326].

25.     On June 19, 2024, PC&P filed its *Seventh Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of February 1, 2024 to May 31, 2024,* with the Court ("**Seventh Fee Application**"). [ECF No. 330].

26.     On July 19, 2024, the Court entered its *Order Granting Seventh Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period February 1, 2024 to May 31, 2024*, authorizing the Trustee to pay PC&P as an administrative expense, interim hourly fees in the amount of $75,515.00 and all expenses in the amount of $4,852.47 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 332].

### III.  APPLICATION FOR HOURLY SERVICES

27.     PC&P has provided legal services and expended 83.10 hours from June 1, 2024 to November 30, 2024 (the "**Application Period**"), totaling $28,020.00 in fees representing the Trustee. The average hourly rate for this fee application was $337.18 per hour.

28.     During the six-month Application Period, lawyers from PC&P on behalf of the Trustee:

a) Drafted motions and stipulations for dismissal of settled adversary proceedings brought by Trustee;

b) Drafted demand for payment of default judgement in the PGH Advisors adversary proceeding;

c) Appeared for hearing, drafted motion to continue status conference, requests for productions, and settlement offer in connection with the Mark Zabinski adversary proceeding;

d) Drafted motion for default judgment in Premier Group Enterprises adversary proceeding;

e) Communicated and negotiated with attorneys for the Securities and Exchange Commission; and

f) Drafted Rule 26 disclosures, conferred with opposing counsel, conducted legal research, discovery, and drafted motions in connection with the adversary action brought by Trustee against Carlile, Patchen & Murphy, LLP, a law firm that represented Debtor in connection with certain matters involving preparation and approval of Debtor's private placement memoranda.

29.     Below is a chart summarizing fees, expenses and hours expended in the Bankruptcy Case by PC&P by matter number.

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $7,875.00 | $1,046.36 | 20.90 |

4880-6996-1726, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $1,710.00 | $0.00 | 3.50 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.019 | Alice Snell Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.020 | Carl & Paula Jarnecke/Trust Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.021 | D. Stien/Fidelity Mutual Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt Grp Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4880-6996-1726, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 1934.023 | PGH Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $920.00 | $5.00 | 3.10 |
| 1934.024 | Jacob Proux Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski Finder | Policy Services, Inc., Case No. 21-51513 | $2,955.00 | $0.00 | 8.00 |
| 1934.027 | CMB/Wiley Carter Finder | Policy Services, Inc., Case No. 21-51513 | $560.00 | $60.00 | 3.20 |
| 1934.028 | Purpose Driven Fin. Servs. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr. Finder | Policy Services, Inc., Case No. 21-51513 | $2,272.50 | $0.00 | 13.90 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.033 | Randy Seymour Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez Finder | Policy Services, Inc., Case No. 21-51513 | $232.50 | $0.00 | 0.60 |
| 1934.035 | RD and J, Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.036 | David Rosen Finder | Policy Services, Inc., Case No. 21-51513 | $77.50 | $0.00 | 0.20 |
| 1934.037 | Bob Patrick Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.039 | Agents Insur. Sales & Svv. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.040 | Hart Financial Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4880-6996-1726, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 1934.043 | Steven Fortier Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.044 | David Obman Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth Mgmt Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.053 | Domonic Cotton Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.054 | Flemming Financial Serv. Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $82.50 | $0.00 | 0.30 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $11,335.00 | $0.00 | 29.40 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| | **Total:** | | **$28,020.00** | **$1,111.36** | **83.10** |

4880-6996-1726, v. 2

Attached hereto as Exhibit D-1 through D-62 are copies of billing invoices itemizing the fees and expenses incurred by PC&P in each of the sixty-two matters, by date and billing category.

**A.** **Summary of Services Rendered in the Bankruptcy Case by Category**
PC&P Matter Nos. 1934.001 – 1934.062

| Category | Description | Hours | Amount |
|----------|-------------|-------|--------|
| B130 | Asset Disposition | 0.30 | $150.00 |
| B160 | Fee/Employment Applications | 20.60 | $7,725.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 62.20 | $20,145.00 |
| | **Total:** | 83.10 | $28,020.00 |

**i.** **Fee/Employment Applications (B160)**

30.     Services rendered in this category involved drafting the Seventh Fee Application, which PC&P filed with the Court on June 19, 2024 [ECF No. 330], and this Eighth Fee Application.

31.     PC&P expended a total of 20.60 hours in the main bankruptcy case, which resulted in total charges of $7,725.00 for services rendered in this project category.  The detailed time descriptions for this category are included in Exhibit D-1.

**ii.** **Other Contested Matters (excluding assumption/rejection motions) (B190)**

32.     Services rendered in this category include the administration of adversary actions brought by lawyers with PC&P on behalf of the Trustee, preparing and responding to discovery requests, attending hearings, communicating with opposing counsel, and collecting on default judgements.

33.     PC&P expended a total of 62.20 hours, which resulted in total charges of $20,145.00 for services rendered in this project category. The detailed time descriptions for this category are included in Exhibits D-1 through D-62.

**B.**    **Matters Relating to the SEC**
    PC&P Matter No. 1934.002 (Estate: deeproot Funds, LLC, Case No. 21-51521)

34.    Services rendered by lawyers from PC&P relating to the SEC and the SEC Case (the "**SEC Matter**") include video and telephone conferences with SEC attorneys, telephone conferences with Trustee.

35.    In connection with the SEC Matter, PC&P expended a total of 3.5 hours, which resulted in total charges of $1,710.00. The detailed time descriptions for this matter are included in Exhibit D-2.

**C.**    **Matters Relating to Adversary Proceedings – Finders**
    PC&P Matter No. 1934.011, 1934.012, 1934.016, 1934.023, 1934.026, 1934.027, 1934.029-1934.031, 1934.035, 1934.047, 1934.049, 1934.050, 1934.053, and 1934.056 (Estate: Policy Services, Inc.)

36.    These matters (the "**Finders Matters**") concern thirty-three (33) adversary proceedings brought by the Trustee against those individuals and companies who are referred to in Debtors' records as finders (the "**Finders**") to recover commissions paid by Debtor, Policy Services, Inc., totaling approximately $6,133,804.49.   The Finders are individuals and companies (primarily investment advisers or insurance agents/agencies) who contracted with Debtors to find individual investors willing to invest in one or more of the deeproot investment funds.   The Finders received commissions from the Debtors based on the amount of funds invested by the individual investors in the deeproot Funds.   These commissions constitute avoidable transfers recoverable by the Trustee under 11 U.S.C. §§ 548, 544, 550 (and applicable provisions of the Texas Uniform Fraudulent Transfer Act).

37.    As of September 30, 2023, lawyers from PC&P had successfully negotiated settlements with Finders, recovering $329,494.29 on behalf of the Estates, and had obtained default judgments in eleven Finders Matters in the total amount of $1,697,963.22.

38.     During this Application Period, Lawyers from PC&P appeared at status conferences, conferred with opposing counsel, drafted motions, demand letters, and post judgment discovery.

39.     In connection with the Finders Matters, PC&P expended a total of 29.30 hours, which resulted in total charges of $7,100.00.   Detailed descriptions of these matters are included in Exhibits D-23, D-26, D-27, D-29 – D-34, D-36, and D-56.

**D.     Matters Relating to Carlile, Patchen & Murphy, LLP**
PC&P Matter No. 1934.061 (Estate of Policy Services, Inc.)

40.     This matter (the "**CPM Matter**") concerns an adversary proceeding against Carlile, Patchen & Murphy, LLP ("**CPM**"), a law firm that represented Debtor in connection with certain matters involving preparation and approval of private placement memoranda concerning the Funds.

41.     Services rendered by lawyers from PC&P included the drafting of Rule 26 disclosures, communications with opposing counsel, discovery, and drafting motions.

42.     In connection with the CPM Matter, PC&P expended a total of 29.40 hours, which resulted in total charges of $11,335.00.   The detailed description of this matter is included in Exhibit D-61

**E.     Reimbursement of Expenses**

43.     PC&P also files this Eighth Fee Application seeking reimbursement of the reasonable out-of-pocket expenses incurred during the Application Period, in the amount of $1,111.36. The total expenses incurred by matter are included on the chart found in paragraph 28, above.   An itemization report of the expenses incurred by matter is provided in each of Exhibits D-1 through D-62. All expenses for which compensation is requested by PC&P were incurred for and on behalf of the Trustee, and not on behalf of any committee, creditor, or other person.

**F.**     **Allocation of Fees by Matter.**

44.     Trustees' counsel has allocated the time expenses by the matters discussed above. For the most part, legal fees and expenses associated with a particular estate are allocated to that estate. For example, fees and expenses associated with adversary proceedings brought against Finders are allocated to the estate of Policy Services, Inc., as the monies received by Finders were paid from Policy Services' bank accounts; fees and expenses associated with adversary proceedings brought against Net Winners are allocated to the estate of deeproot Funds, LLC, as the monies received by Net Winners were paid from deeproot Funds, LLC's bank accounts; and fees and expenses related to general case administration matters are allocated to Policy Services, Inc.

45.     This is the Eighth Fee Application for fees and expenses filed by PC&P. This Eighth Fee Application requests approval of interim fees in the amount of $28,020.00 and interim expenses in the amount of $1,111.36, for a total allowed amount of $29,131.36 in interim hourly fees and expenses.

**IV.**     **Authorities and Argument**

46.     The statutory predicates for the relief sought by this Seventh Fee Application are §§ 328(a) and 330 of the Bankruptcy Code.

47.     Bankruptcy Code § 330(a) provides that in determining the amount of reasonable compensation to be awarded, a Court shall consider the nature, the extent, and the value of the services rendered by the professional, while taking into account the relevant factors, including the following:

- The time spent on such services;

- The rates charged for such services;

- Whether the services were necessary to the administration of, or beneficial at the time which the service was rendered, toward the completion of the chapter 11 case;

- Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance , and nature of the problem, issues or task addressed;

- With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

- Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than chapter 11 cases.

11 U.S.C. § 330(a)(3). *See also Busy Beaver Bldg. Ctrs., Inc.,* 19 F.3d 833, 850 (3d Cir. 1994) (noting Bankruptcy Code's policy of providing adequate compensation and stating that "Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.") (citation and internal quotation marks omitted). *see also In re Woerner*, 783 F.3d 266, 274 (5th Cir. 2015) ("[Section 330] permits a court to compensate an attorney not only for activities that were 'necessary,' but also for good gambles— that is, services that were objectively reasonable at the time they were made—even when those gambles do not produce an 'identifiable, tangible, and material benefit.'") (citations and internal quotation marks omitted); *see also In re Pilgrim's Pride Corp.,* 690 F.3d 650 (5th Cir. 2012) (reaffirming that bankruptcy courts have discretion to enhance professional fees in extraordinary cases).

48.    The fees incurred by PC&P in representing the Trustee were reasonable and necessary for the administration of the Bankruptcy Case. As reflected in the attached Exhibits D-1 through D-62, PC&P has avoided unnecessary additional legal services and duplication of effort while striving to ensure the highest quality of legal representation.

17

49.     The fees incurred by PC&P were for reasonable and necessary legal work that does not fall within the scope of the Trustee's administrative duties. *See In re: Sharon Sylvester*, 23 F.4th 543, 548 (5th Cir. 2022).

50.     PC&P performed these services within a reasonable period of time by professionals that have significant experience in bankruptcy cases. The rates charged by PC&P for this matter are comparable to the rates charged by PC&P in non-bankruptcy matters.

51.     The PC&P professionals who have worked on this case during the Application Period are:

| Name | Bar Admission Date | Rate | Hours expended on case | Fees requested in the Seventh Fee Application |
|---|---|---|---|---|
| Randall A. Pulman | Nov. 1, 1986 | $500.00 | 11.00 | $5,500.00 |
| Leslie S. Hyman | Jun. 1, 1995 | $450.00 | 14.30 | $6,435.00 |
| W. Drew Mallender | Oct. 1, 1992 | $375.00 | 20.60 | $7,725.00 |
| Anna K. MacFarlane | Oct. 25, 2019 | $275.00 | 21.60 | $5,940.00 |
| Amanda Ornelas | Oct. 30, 2020 | $175.00 | 3.20 | $560.00 |
| Janell Thompson | Law Clerk | $150.00 | 12.40 | $1,860.00 |
| | | **Total:** | 83.10 | $28,020.00 |

PC&P has met the requirements of § 330(a) of the Bankruptcy Code, and the Court should award the fees and expenses sought in this Eighth Fee Application.

52.     The out-of-pocket expenses incurred by PC&P have been billed only for expenses actually incurred by PC&P. Accordingly, charges for expenses such as courier fees, filing fees, outside copy service, parking, travel, postage, meals, charges for public records and transcription services are billed at the actual cost to PC&P. PC&P is generally billed a flat monthly fee for legal research through Westlaw, and such charges are allocated based on actual usage to PC&P's clients.

18

53.     PC&P submits that this Eighth Fee Application complies with §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the United States Trustee Guidelines.

54.     Detailed applications for compensation are required by the Bankruptcy Code, Local Rules, and applicable case law. This Eighth Fee Application has served the additional purpose of informing the Court and the creditors of the status of the case and the activities of the attorneys involved. The time spent preparing this Eighth Fee Application is compensable. *See* 11 U.S.C. § 330(a)(6).

55.     The Trustee has reviewed this Eighth Fee Application and has approved the requested amounts and the allocation thereof.

**WHEREFORE,** PC&P prays that upon consideration hereof, this Court enter an Order (i) approving PC&P's request for interim fees in the amount of $28,020.00 in fees and $1,111.36 in related expenses, for a total of $29,131.36, (ii) authorizing the Trustee to immediately pay PC&P from the appropriate Estate Account the allowed amount of $29,131.36 for the fees and expenses that have been incurred to date, and (iii) granting such other and further relief as the Court finds appropriate to grant.

4880-6996-1726, v. 2

Dated: December 31, 2024

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED BANKRUPTCY ESTATES OF DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.**

20

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2024, I electronically filed the foregoing document using the CM/ECF system, which will serve the document on the following list of parties in interest and parties requesting notice. A copy of the notice/summary (Exhibit B) of this Eighth Interim Fee Application will be mailed via US First Class Mail to the parties on the limited-service list in this case, and a supplemental certificate of service will be filed to evidence compliance.

*Via Counsel CM/ECF:*
*catherine.curtis@wickphillips.com*
*;jason.rudd@wickphillips.com*
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

*Via Counsel Via CM/ECF:*
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

*Via CM/ECF: pat.lowe.law@gmail.com*
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:*
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Catherine A. Curtis/Jason M. Rudd
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

*Via CM/ECF:*
*USTPRegion07.SN.ECF@usdoj.gov*
*Aubrey.thomas@usdoj.gov*
United States Trustee - SA12
US TRUSTEE'S OFFICE (Aubrey Thomas)
615 E Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF: don.stecker@lgbs.com*
Don Stecker
Linebarger Goggan et al.
112 E. Pecan, Suite 2200
San Antonio, TX 78205

*Via CM/ECF: rbattaglialaw@outlook.com*
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, TX 78218

*Via CM/ECF: jpetree@mcslaw.com*
Jonathan Petree
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

*Via CM/ECF: jdunne@smfadlaw.com*
John C. Dunne
SHANNON, MARTIN et al.
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF: bk-cmurphy@oag.texas.gov*
Texas Workforce Commission
c/o Christopher S. Murphy
TEXAS ATTORNEY GENERAL'S OFFICE
PO Box 12548
Austin, TX 78711

4880-6996-1726, v. 2

***Via CM/ECF: pautry@branscomblaw.com***
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

***Via CM/ECF: lmjurek@jureklaw.com***
Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX   77006

***Via CM/ECF: achale@halewoodlaw.com***
Craig Hale
HALE | WOOD PLLC
4766 Holladay Blvd.
Holladay, Utah 84117

***Via CM/ECF:***
***stephen.humeniuk@lockelord.com***
Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, TX 78701

***Via CM/ECF:***
***tcunningham@lockelord.com***
Thomas J. Cunningham
LOCKE LORD LLP
777 S. Flalger Dr., Suite 215
West Palm Beach, FL

***Via CM/ECF:***
***jkathman@spencerfane.com;***
***msegura@spencerfane.com***
Jason Kathman
Misty Segura
Spencer Fane, LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024

*/s/ Randall A. Pulman*
Randall A. Pulman

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING**
**EIGHTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES**
**FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE**
**FOR THE TIME PERIOD OF JUNE 1, 2024 TO NOVEMBER 30, 2024**

Came on for consideration the *Eighth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of June 1, 2024 to November 30, 2024* ("**Eighth Interim Application**"). The Court has considered the Eighth Interim Application and finds that the fees and expenses represent reasonable

---

1 The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the Eighth Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii)  proper and adequate notice of the Eighth Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the Eighth Interim Application have been resolved by this Order or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** that the Eighth Interim Application pursuant to 11 U.S.C. § 330 is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the fees in connection with the legal services described in the Eighth Interim Application are allowed. All interim fees in the amount of $28,020.00 and all expenses in the amount of $1,111.36, for the allowance of a total of $29,131.36 in hourly fees and costs, shall be an administrative expense of the respective Bankruptcy Estates[2] as outlined in the Eighth Interim Application.

**IT IS FURTHER ORDERED** the Trustee is authorized to immediately pay PC&P in connection with the hourly services provided, fees and expenses totaling $29,131.36 from the specific Bankruptcy Estate accounts, as designated in the chart attached hereto as Exhibit 1.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

### # # #

---

2  Capitalized terms shall have the meaning ascribed to them in the Eighth Interim Application.

**Submitted by:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINSIERED
BANKRUPTCY ESTATES OF DEEPROOT CAPITAL
MANAGEMENT, LLC, *ET AL.***

# EXHIBIT 1

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $7,875.00 | $1,046.36 | 20.90 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $1,710.00 | $0.00 | 3.50 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |

4898-0833-5881, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 1934.019 | Alice Snell<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.020 | Carl & Paula Jarnecke/Trust<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.021 | D. Stien/Fidelity Mutual<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt<br>Grp<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.023 | PGH Advisors<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $920.00 | $5.00 | 3.10 |
| 1934.024 | Jacob Proux<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,955.00 | $0.00 | 8.00 |
| 1934.027 | CMB/Wiley Carter<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $560.00 | $60.00 | 3.20 |
| 1934.028 | Purpose Driven Fin. Servs.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,272.50 | $0.00 | 13.90 |
| 1934.030 | Dennis Wirth, Agent Adv.<br>Grp.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.033 | Randy Seymour<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $232.50 | $0.00 | 0.60 |
| 1934.035 | RD and J, Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.036 | David Rosen<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $77.50 | $0.00 | 0.20 |
| 1934.037 | Bob Patrick<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4898-0833-5881, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 1934.039 | Agents Insur. Sales & Svv. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.040 | Hart Financial Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.043 | Steven Fortier Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.044 | David Obman Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth Mgmt Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.053 | Domonic Cotton Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.054 | Flemming Financial Serv. Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $82.50 | $0.00 | 0.30 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4898-0833-5881, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $11,335.00 | $0.00 | 29.40 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| | **Total:** | | **$28,020.00** | **$1,111.36** | **83.10** |

4898-0833-5881, v. 2

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

NOTICE AND SUMMARY OF
EIGHTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF JUNE 1, 2024 TO NOVEMBER 30, 2024

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

I.      CLIENT: John Patrick Lowe, Chapter 7 Trustee

II.     REQUESTING APPLICATION / FIRM:  Randall A. Pulman of Pulman, Cappuccio & Pullen, LLP, ("**PC&P**") as counsel to the Trustee

III.    TOTAL AMOUNT OF INTERIM FEES AND COSTS REQUESTED: $29,131.36
         a.      Fees:                                                      $28,020.00
         b.      Expenses and Cost Advances (PC&P):     $1,111.36
         d.      Time period covered:                            06/01/2024 – 11/30/2024

---

[1] The Jointly Administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are:  In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

1

IV.    BREAKOUT OF CURRENT APPLICATION

| Name | Bar Admission Date | Rate | Hours expended on case | Fees requested in the Seventh Fee Application |
|------|------|------|------|------|
| Randall A. Pulman | Nov. 1, 1986 | $500.00 | 11.00 | $5,500.00 |
| Leslie S. Hyman | Jun. 1, 1995 | $450.00 | 14.30 | $6,435.00 |
| W. Drew Mallender | Oct. 1, 1992 | $375.00 | 20.60 | $7,725.00 |
| Anna K. MacFarlane | Oct. 25, 2019 | $275.00 | 21.60 | $5,940.00 |
| Amanda Ornelas | Oct. 30, 2020 | $175.00 | 3.20 | $560.00 |
| Janell Thompson | Law Clerk | $150.00 | 12.40 | $1,860.00 |
| | | **Total:** | 83.10 | $28,020.00 |

MINIMUM FEE INCREMENTS:  0.1 HOURS

EXPENSES: $1,111.36 (Filing Fees, Photocopying and Postage associated with providing notices to creditors)

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION: $3,000.00

V.    PRIOR APPLICATIONS: First Interim Fee Application, Second Interim Fee Application, Third Interim Fee Application, Fourth Interim Fee Application, Fifth Interim Fee Application, Sixth Interim Fee Application, and Seventh Interim Fee Application.

VI.    OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:

a.    John Patrick Lowe, Chapter 7 Trustee ("**Trustee**").

VII.    RESULTS OBTAINED:

As reflected in the Eighth Interim Fee Application, PC&P has provided legal services and has obtained favorable results for the Bankruptcy Estates in connection with the services provided to the Bankruptcy Estates.  Among other things, PC&P has: (1) Drafted motions and stipulations for dismissal of settled adversary proceedings brought by Trustee; (2) Drafted demand for payment of default judgement in the PGH Advisors adversary proceeding;; (3) Appeared for hearing, drafted motion to continue status conference, requests for productions, and settlement offer in connection with the Mark Zabinski adversary proceeding; (4) Drafted motion for default judgment in Premier Group Enterprises adversary proceeding; (5) Communicated and negotiated with attorneys for the Securities and Exchange Commission; and (6) Drafted Rule 26 disclosures, conferred with opposing counsel, conducted legal research, discovery, and drafted motions in connection with the adversary action brought by Trustee against Carlile, Patchen & Murphy, LLP, a law firm that represented Debtor in connection with certain matters involving preparation and approval of Debtor's private placement memoranda.

2

Below is a chart summarizing fees, expenses and hours expended in the Bankruptcy Case by PC&P by matter number.

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51523 | $7,875.00 | $1,046.36 | 20.90 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $1,710.00 | $0.00 | 3.50 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.019 | Alice Snell Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |

3

| | | | | | |
|---|---|---|---|---|---|
| 1934.020 | Carl & Paula Jarnecke/Trust Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.021 | D. Stien/Fidelity Mutual Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt Grp Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.023 | PGH Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $920.00 | $5.00 | 3.10 |
| 1934.024 | Jacob Proux Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski Finder | Policy Services, Inc., Case No. 21-51513 | $2,955.00 | $0.00 | 8.00 |
| 1934.027 | CMB/Wiley Carter Finder | Policy Services, Inc., Case No. 21-51513 | $560.00 | $60.00 | 3.20 |
| 1934.028 | Purpose Driven Fin. Servs. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr. Finder | Policy Services, Inc., Case No. 21-51513 | $2,272.50 | $0.00 | 13.90 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.033 | Randy Seymour Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez Finder | Policy Services, Inc., Case No. 21-51513 | $232.50 | $0.00 | 0.60 |
| 1934.035 | RD and J, Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.036 | David Rosen Finder | Policy Services, Inc., Case No. 21-51513 | $77.50 | $0.00 | 0.20 |
| 1934.037 | Bob Patrick Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.039 | Agents Insur. Sales & Svv. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4936-6827-5465, v. 1

| | | | | | |
|---|---|---|---|---|---|
| 1934.040 | Hart Financial Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.043 | Steven Fortier Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.044 | David Obman Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth Mgmt Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.053 | Domonic Cotton Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.054 | Flemming Financial Serv. Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $82.50 | $0.00 | 0.30 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $11,335.00 | $0.00 | 29.40 |

5

| | | | | | |
|---|---|---|---|---|---|
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| | **Total:** | | **$28,020.00** | **$1,111.36** | **83.10** |

Dated: December 31, 2024

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: _/s/Randall A. Pulman_
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

6

# EXHIBIT C

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 20, 2022.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL., | § | BANKRUPTCY No. 21-51523-MMP |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER ON THE APPLICATION OF TRUSTEE FOR AUTHORITY TO EMPLOY COUNSEL**

Came on for consideration the _Application of Trustee for Authority to Employ Counsel_ (the "**Application**")[1] filed by John Patrick Lowe, the Chapter 7 Trustee (the "**Trustee**") for the captioned jointly administered chapter 7 case. Based on the representations made in the Application and in the supporting _Affidavit of Randall A. Pulman in Support of the Application of Trustee for Authority to Employ Counsel_, the Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding

---

[1] Capitalized terms unless otherwise defined herein shall have the meaning as ascribed to them in the Application.

{00560537;1}

pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application approving the employment of Pulman, Cappuccio & Pullen, LLP ("**PC&P**") is in the best interest of the Estate and its creditors; (iv) PC&P holds no interest adverse to the Estate and is a disinterested person under 11 U.S.C. § 101(14); (v) proper and adequate notice of the Application has been given and no further notice is necessary; (vi) no objections to the Application have been filed; and (vii) based upon the record herein, after due deliberation, good and sufficient cause exists for the granting of the Application in all respects.

**IT IS, THEREFORE, ORDERED** that pursuant to section 327(a) of the Bankruptcy Code, the Trustee is authorized to employ PC&P with Randall A. Pulman to act as lead counsel to represent him as Trustee in this Case effective as of December 20, 2021, in accordance with the terms described in the Application, the engagement letter, and this Order, and to perform the services described below:

a) to file pleadings with the court and to represent the Estate's interest in regard to any adversaries, appeals, or contested matters before this court and litigation in other courts, particularly with regard to the Estate's interest in various assets and the positions of secured and unsecured creditors, whether by motion, adversary action, turnover proceedings, or litigation activities of every description in other courts;

b) to investigate, analyze, institute and prosecute actions regarding determination and recovery of property of the Estate, including investigation and prosecution of determination and lien perfection, avoidance litigation as well as collection and liquidation of assets of the Estate, to the extent such activities would be economically beneficial to the Estate;

c) to assist the Trustee where necessary to negotiate and consummate non-routine sales or leases of the assets of the Estate, wherever they may be found, including sales free and clear of liens, claims and encumbrances, and to institute any necessary proceedings in regard thereto;

d) to institute and prosecute non-routine objections to exemptions and non-routine objections to proofs of claim;

e) to co-ordinate activities with the United States Trustee as appropriate in connection with issues of the integrity of the bankruptcy courts and procedures;

f) to aid in the representation of the Trustee in any litigation against Trustee in Trustee's official capacity;

g) to assist in resolution of sales of, and any title problems associated with, the Estate's property; and

h) to collect any judgments that may be entered in favor of the Estate; and

i) to assist in any other work requested by the Trustee.

**IT IS FURTHER ORDERED** that the Law Firm shall not be compensated by the bankruptcy Estate for performing duties required to be performed by the Trustee.

**IT IS FURTHER ORDERED** that if any supplemental declarations or affidavits are filed and served after entry of this Order, absent any objections within 21 days after the filing and service of such supplemental declarations or affidavits, PC&P's employment shall continue as authorized pursuant to this Order.

**IT IS FURTHER ORDERED** that PC&P shall be compensated upon appropriate application in accordance with Bankruptcy Code sections 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy of the Western District of Texas.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

**SUBMITTED BY:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Anna K. MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
**PROPOSED ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE
OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

# EXHIBIT D-1

# PULMAN, CAPPUCCIO & PULLEN, LLP
### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 30, 2024

Invoice No.      263043
Account No.     1934.001

Page:    1

Deeproot - Policy Services, Inc. Case  No. 21-51513, et al

Interim Statement

### Fees

| Date | | | | Description | Rate | Hours | |
|------|---|---|---|-------------|------|-------|---|
| 06/05/2024 | WDM | B160 | A103 | Draft Seventh Interim Fee Application. | 375.00 | 1.70 | 637.50 |
| 06/06/2024 | WDM | B160 | A103 | Draft Seventh Interim Fee Application. Review billing statements for accuracy and reasonableness. | 375.00 | 2.00 | 750.00 |
| 06/07/2024 | WDM | B160 | A103 | Prepare spreadsheet analysis of fees and expenses in connection with 7th Interim Fee Application. | 375.00 | 1.40 | 525.00 |
| 06/10/2024 | WDM | B160 | A103 | Prepare task code analysis for 7th Interim Fee Application. | 375.00 | 2.10 | 787.50 |
| | WDM | B160 | A103 | Draft/edit 7th Interim Fee Application. | 375.00 | 1.80 | 675.00 |
| 06/11/2024 | WDM | B160 | A103 | Draft/revise Notice & Summary, and proposed Order. Email 7th Interim Fee App, Notice, and Order to Trustee for review and approval. | 375.00 | 1.80 | 675.00 |
| 06/18/2024 | WDM | B160 | A103 | Prepare exhibits to fee application for filing. | 375.00 | 0.60 | 225.00 |
| 08/03/2024 | RAP | B130 | A101 | Telephone conference with Lowe regarding closing Florida Trust. | 500.00 | 0.30 | 150.00 |
| 10/11/2024 | WDM | B160 | A104 | Review billing statements for accuracy and reasonableness - 8th Interim Fee App. | 375.00 | 0.60 | 225.00 |

Lowe, Pat (dprt)

December 30, 2024

Statement No.    263043
Account No    1934.001
Page:    2

Deeproot - Policy Services, Inc. Case  No. 21-51513

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| 10/21/2024 | WDM B160 | A104 | Review billing statements for accuracy and reasonableness - 8th Interim fee app. | 375.00 | 1.00 | 375.00 |
| 10/22/2024 | WDM B160 | A103 | Draft/revise 8th Interim Fee Application. | 375.00 | 1.20 | 450.00 |
| 11/21/2024 | WDM B160 | A103 | Draft 8th interim fee application. | 375.00 | 2.00 | 750.00 |
| | | | For Legal Services Rendered | | 16.50 | 6,225.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 0.30 | $500.00 | $150.00 |
| W. Drew Mallender | 16.20 | 375.00 | 6,075.00 |

### Advances

| | | | | |
|---|---|---|---|---|
| 06/21/2024 | B110 | E108 | Postage - Mailout of Summary 7th Fee App - Blend Document Technologies #58699B | 1,046.36 |
| | | | Total Advances | 1,046.36 |
| | | | Total Current Work | 7,271.36 |
| | | | Previous Balance | $26,732.68 |
| | | | **Balance Due** | $34,004.04 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 7,271.36 | 0.00 | 0.00 | 0.00 | 0.00 | 26,732.68 |

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 1046.36 |
| B130 | Asset Disposition | 150.00 | 0.00 |
| B160 | Fee/Employment Applications | 6075.00 | 0.00 |
| B100 | Administration | 6,225.00 | 1,046.36 |

Invoices are payable upon receipt.

# EXHIBIT D-25

# PULMAN, CAPPUCCIO & PULLEN, LLP
### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 30, 2024

| | |
|---|---|
| Invoice No. | 263044 |
| Account No. | 1934.002 |

Page:    1

(deeproot funds) SEC v. Robert J. Mueller, Deeproot Funds, L

Interim Statement

## Fees

| Date | Initials | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 06/20/2024 | LSH | B190 | A104 | Review/analyze motion for entry of consent judgment and proposed consent judgment. | 450.00 | 0.10 | 45.00 |
| 08/28/2024 | RAP | B190 | A109 | Telephone conference with SEC's counsel regarding status of case and briefing. | 500.00 | 0.50 | 250.00 |
| | LSH | B190 | A108 | Video conference with SEC counsel and R. Pulman. | 450.00 | 0.40 | 180.00 |
| 09/03/2024 | RAP | B190 | A108 | Telephone conference with Lowe regarding receipt and disbursement reports for SEC. | 500.00 | 0.20 | 100.00 |
| 09/04/2024 | RAP | B190 | A108 | E-mail to SEC trustee ledgers. | 500.00 | 0.20 | 100.00 |
| 11/14/2024 | RAP | B190 | A101 | Review of Federal Indictment; telephone conference with Lowe regarding same. | 500.00 | 0.50 | 250.00 |
| | LSH | B190 | A104 | Obtain and review indictment of R. Mueller. | 450.00 | 0.20 | 90.00 |
| 11/15/2024 | RAP | B190 | A109 | Review of indictment; review of SEC Motion for Summary Judgment on remedies. | 500.00 | 0.50 | 250.00 |
| | RAP | B190 | A109 | Telephone conference with SEC attorney regarding civil stay due to indictment. | 500.00 | 0.50 | 250.00 |
| | RAP | B190 | A109 | Telephone conference with P. Lowe regarding civil stay due to criminal indictment. | 500.00 | 0.20 | 100.00 |

Lowe, Pat (dprt)

(deeproot funds) SEC v. Robert J. Mueller, Deeproo

December 30, 2024
Statement No.   263044
Account No   1934.002
Page:   2

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| LSH | B190 | A105 | Conference with R. Pulman regarding call with the SEC. | 450.00 | 0.10 | 45.00 |
| RAP | B190 | A105 | Confer with Leslie S. Hyman regarding call with SEC. | 500.00 | 0.10 | 50.00 |
| | | | For Legal Services Rendered | | 3.50 | 1,710.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 2.70 | $500.00 | $1,350.00 |
| Leslie Hyman | 0.80 | 450.00 | 360.00 |

Total Current Work     1,710.00

**Balance Due**     $1,710.00

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1710.00 | 0.00 |
| B100 | Administration | 1,710.00 | 0.00 |

Invoices are payable upon receipt.

# EXHIBIT D-3 through D-22

# No Fees or Expenses for These Matters

# EXHIBIT D-23

# PULMAN, CAPPUCCIO & PULLEN, LLP

### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 30, 2024

| | |
|---|---|
| Invoice No. | 263045 |
| Account No. | 1934.023 |

Page:    1

Claims against PGH Advisors - Finder

Interim Statement

### Fees

| Date | TK | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 07/31/2024 | AKM | B190 | A101 | Confer with Randall A. Pulman regarding collecting on default judgment. | 275.00 | 0.10 | 27.50 |
| | RAP | B190 | A101 | Confer with AKM regarding default judgement. | 500.00 | 0.10 | 50.00 |
| 09/08/2024 | AKM | B190 | A101 | Review of documents and emails in file; draft demand on MarGo Financial, LLC (purchaser of PGH Advisors, LLC). | 275.00 | 1.10 | 302.50 |
| 10/01/2024 | AKM | B190 | A101 | Attention to returned mail; research additional addresses for demand. | 275.00 | 0.50 | 137.50 |
| | AKM | B190 | A101 | Continue drafting letter to new recipient address; confer with Randall A. Pulman regarding same; oversee mailing. | 275.00 | 0.50 | 137.50 |
| | RAP | B190 | A101 | Confer with  AKM regarding demand. | 500.00 | 0.20 | 100.00 |
| 10/11/2024 | AKM | B190 | A101 | Draft and send email to MarGo Financial regarding payments to Pat Lowe. | 275.00 | 0.30 | 82.50 |
| 10/19/2024 | AKM | B190 | A101 | Emails to/from Pat Lowe regarding MarGo Financial payments. | 275.00 | 0.30 | 82.50 |
| | | | | For Legal Services Rendered | | 3.10 | 920.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 0.30 | $500.00 | $150.00 |
| Anna K. MacFarlane | 2.80 | 275.00 | 770.00 |

Lowe, Pat (dprt)

December 30, 2024

| | |
|---|---|
| Statement No. | 263045 |
| Account No | 1934.023 |
| Page: | 2 |

Claims against PGH Advisors - Finder

### Advances

| 08/06/2024 | B110 | E106 | Online research - TransUnion | 5.00 |
|---|---|---|---|---|
| | | | Total Advances | 5.00 |
| | | | Total Current Work | 925.00 |

**Balance Due** $925.00

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 5.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 920.00 | 0.00 |
| B100 | Administration | 920.00 | 5.00 |

Invoices are payable upon receipt.

# EXHIBIT D-24 through D-25

# No Fees or Expenses for These Matters

# EXHIBIT D-26

# PULMAN, CAPPUCCIO & PULLEN, LLP
### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 30, 2024

Invoice No.          263046
Account No.        1934.026

Page:      1

Claims against Mark Zabinski - Finder

Interim Statement

## Fees

| Date | | | | Description | Rate | Hours | |
|------|---|---|---|-------------|------|-------|---|
| 06/03/2024 | RAP | B190 | A109 | Appear for/attend status hearing. | 500.00 | 0.50 | 250.00 |
| | RAP | B190 | A109 | E-mail exchange with Mike Colvard regarding settlement discussions. | 500.00 | 0.50 | 250.00 |
| 09/04/2024 | AKM | B190 | A101 | Email from opposing counsel regarding agreeing to move docket call. | 275.00 | 0.10 | 27.50 |
| | AKM | B190 | A101 | Begin drafting joint motion to continue docket call. | 275.00 | 0.30 | 82.50 |
| 09/05/2024 | AKM | B190 | A101 | Continue drafting joint motion to continue docket call & proposed order; draft and send email to opposing counsel regarding same. | 275.00 | 0.80 | 220.00 |
| 09/06/2024 | AKM | B190 | A101 | Multiple emails to/from opposing counsel regarding joint motion to continue docket call. | 275.00 | 0.50 | 137.50 |
| | AKM | B190 | A101 | Continue drafting joint motion to continue docket call and proposed order to include docket call date; finalize for filing; oversee filing of same and notice of hearing regarding same. | 275.00 | 0.50 | 137.50 |
| 10/02/2024 | AKM | B190 | A101 | Review of district court order affirming denial of motion to compel arbitration appeal. | 275.00 | 0.50 | 137.50 |
| | AKM | B190 | A101 | Review of order granting motion to extend filing deadline for reply brief. | 275.00 | 0.20 | 55.00 |

Lowe, Pat (dprt)

December 30, 2024

Statement No. 263046
Account No 1934.026
Page: 2

Claims against Mark Zabinski - Finder

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | LSH | B190 | A104 | Review order affirming denial of motion to compel arbitration. | 450.00 | 0.20 | 90.00 |
| | RAP | B190 | A107 | Review of order confirming order denying Motion to Compel Arbitration; forward to Lowe. | 500.00 | 1.00 | 500.00 |
| 10/03/2024 | AKM | B190 | A101 | Review of order setting status hearing. | 275.00 | 0.20 | 55.00 |
| 10/08/2024 | RAP | B190 | A104 | Review of notice for status conference; review of e-mail regarding rescheduling. | 500.00 | 0.20 | 100.00 |
| 10/10/2024 | AKM | B190 | A101 | Preparing requests for production to Zabinski. | 275.00 | 0.90 | 247.50 |
| 11/27/2024 | AKM | B190 | A101 | Confer with Randall A. Pulman regarding status conference on 12/2. | 275.00 | 0.10 | 27.50 |
| | AKM | B190 | A101 | Review of emails regarding settlement offers. | 275.00 | 0.50 | 137.50 |
| | RAP | B190 | A101 | Review of settlement offer; forward to client; respond to same. | 500.00 | 1.00 | 500.00 |
| | | | | For Legal Services Rendered | | 8.00 | 2,955.00 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 3.20 | $500.00 | $1,600.00 |
| Anna K. MacFarlane | 4.60 | 275.00 | 1,265.00 |
| Leslie Hyman | 0.20 | 450.00 | 90.00 |

Total Current Work                                                                    2,955.00

**Balance Due**                                                                    $2,955.00

## Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 2955.00 | 0.00 |
| B100 | Administration | 2,955.00 | 0.00 |

Invoices are payable upon receipt.

# EXHIBIT D-27

# PULMAN, CAPPUCCIO & PULLEN, LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 30, 2024

| | |
|---|---|
| Invoice No. | 263047 |
| Account No. | 1934.027 |

Page:   1

Metropolitan CMB/Wiley Carter - Finder

Interim Statement

### Fees

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 08/05/2024 | AO | B190 | A101 | Reviewed file, drafted letter regarding post-judgment discovery to Wiley Carter. Drafted Abstract of Judgment. | 175.00 | 3.20 | 560.00 |
| | | | | For Legal Services Rendered | | 3.20 | 560.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Amanda Arreguin | 3.20 | $175.00 | $560.00 |

### Advances

| | | | | | |
|---|---|---|---|---|---|
| 08/05/2024 | | B110 | E106 | Online research - TransUnion | 60.00 |
| | | | | Total Advances | 60.00 |
| | | | | Total Current Work | 620.00 |
| | | | | **Balance Due** | $620.00 |

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 60.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 560.00 | 0.00 |
| B100 | Administration | 560.00 | 60.00 |

Lowe, Pat (dprt)

Metropolitan CMB/Wiley Carter - Finder

Invoices are payable upon receipt.

# EXHIBIT D-28

# No Fees or Expenses for This Matter

# EXHIBIT D-56

# PULMAN, CAPPUCCIO & PULLEN, LLP
### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 30, 2024

| Invoice No. | 263048 |
| Account No. | 1934.029 |

Page:     1

Claims against Premier Group Enterpr. - Finder

Interim Statement

## Fees

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 07/22/2024 | LC3 | B190 | A102 | Legal research regarding enforcement of default judgment following a breach of settlement agreement in adversary proceeding. Prepare memorandum regarding same. | 150.00 | 6.60 | 990.00 |
| 07/23/2024 | AKM | B190 | A101 | Review of memo prepared by J. Thompson regarding enforcement of default judgment; review case law; emails to/from J. Thompson regarding additional research. | 275.00 | 1.50 | 412.50 |
| | LC3 | B190 | A103 | Drafted amended Motion for Default Judgment. | 150.00 | 5.20 | 780.00 |
| 07/24/2024 | LC3 | B190 | A103 | Drafted the Order for Final Default Judgment. | 150.00 | 0.60 | 90.00 |
| | | | | For Legal Services Rendered | | 13.90 | 2,272.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anna K. MacFarlane | 1.50 | $275.00 | $412.50 |
| Law Clerk (3) | 12.40 | 150.00 | 1,860.00 |

Total Current Work                                                                 2,272.50

Lowe, Pat (dprt)

Claims against Premier Group Enterpr. - Finder

Statement No.    263048
Account No     1934.029
Page:             2

**Balance Due** $\underline{\$2,272.50}$

<u>Task Code Summary</u>

| | | <u>Fees</u> | <u>Expenses</u> |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | <u>2272.50</u> | <u>0.00</u> |
| B100 | Administration | 2,272.50 | 0.00 |

Invoices are payable upon receipt.

# EXHIBIT D-30 through D-33

## No Fees or Expenses for These Matters

# EXHIBIT D-36

# PULMAN, CAPPUCCIO & PULLEN, LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 30, 2024

Invoice No.        263049
Account No.     1934.034

Page:      1

Claims against Raul T Gomez - Finder

Interim Statement

## Fees

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 10/31/2024 | RAP | B190 | A101 | Confer with Anna K. MacFarlane regarding status of adversary. | 500.00 | 0.20 | 100.00 |
| | AKM | B190 | A101 | Confer with Randall A. Pulman regarding status of adversary. | 275.00 | 0.20 | 55.00 |
| 11/03/2024 | RAP | B190 | A101 | Confer with Anna K. MacFarlane regarding dismissal of adversary. | 500.00 | 0.10 | 50.00 |
| | AKM | B190 | A105 | Confer with Randall A. Pulman regarding dismissal of adversary. | 275.00 | 0.10 | 27.50 |
| | | | | For Legal Services Rendered | | 0.60 | 232.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 0.30 | $500.00 | $150.00 |
| Anna K. MacFarlane | 0.30 | 275.00 | 82.50 |

Total Current Work                                                                    232.50

**Balance Due**                                                                       $232.50

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 232.50 | 0.00 |
| B100 | Administration | 232.50 | 0.00 |

Lowe, Pat (dprt)

December 30, 2024

| | |
|---|---|
| Statement No. | 263049 |
| Account No | 1934.034 |
| Page: | 2 |

Claims against Raul T Gomez - Finder

Invoices are payable upon receipt.

# EXHIBIT D-3

# EXHIBIT D-63

# PULMAN, CAPPUCCIO & PULLEN, LLP
### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX  78801

December 30, 2024

Invoice No.          263050
Account No.        1934.036

Page:      1

Claims against David Rosen - Finder

Interim Statement

### Fees

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 11/03/2024 | RAP | B190 | A101 | Confer with Anna K. MacFarlane regarding dismissal of adversary. | 500.00 | 0.10 | 50.00 |
| | AKM | B190 | A105 | Confer with Randall A. Pulman regarding dismissal of adversary. | 275.00 | 0.10 | 27.50 |
| | | | | For Legal Services Rendered | | 0.20 | 77.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 0.10 | $500.00 | $50.00 |
| Anna K. MacFarlane | 0.10 | 275.00 | 27.50 |

| | |
|---|---|
| Total Current Work | 77.50 |

| | |
|---|---|
| **Balance Due** | $77.50 |

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 77.50 | 0.00 |
| B100 | Administration | 77.50 | 0.00 |

Invoices are payable upon receipt.

# EXHIBIT D-37 through D-55

# No Fees or Expenses for These Matters

# EXHIBIT D-56

# PULMAN, CAPPUCCIO & PULLEN, LLP
### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 30, 2024

Invoice No.          263051
Account No.       1934.056

Page:     1

Claims against Jack Nace - Finder

Interim Statement

### Fees

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| 09/25/2024 | AKM B190 | A101 | Attention to emails regarding Jack Nace completed settlement payments. | 275.00 | 0.30 | 82.50 |
| | | | For Legal Services Rendered | | 0.30 | 82.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anna K. MacFarlane | 0.30 | $275.00 | $82.50 |

Total Current Work                                                                82.50

**Balance Due**                                                                    $82.50

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 82.50 | 0.00 |
| B100 | Administration | 82.50 | 0.00 |

Invoices are payable upon receipt.

# EXHIBIT D-57 through D-60

# No Fees or Expenses for These Matters

# EXHIBIT D-61

# PULMAN, CAPPUCCIO & PULLEN, LLP

### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Office Locations:
San Antonio
Dallas/Fort Worth
McAllen

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 30, 2024

| | |
|---|---|
| Invoice No. | 263052 |
| Account No. | 1934.061 |

Page:     1

Claims against Carlile, Patchen & Murphy, LLP

Interim Statement

### Fees

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 06/07/2024 | AKM | B190 | A101 | Attention to statement regarding consent and jury demand filings; confer internally regarding same. | 275.00 | 0.50 | 137.50 |
| | LSH | B190 | A104 | Review/analyze defendants' answer and jury demand. | 450.00 | 0.60 | 270.00 |
| 06/18/2024 | LSH | B190 | A108 | Telephone conference with opposing counsel. | 450.00 | 0.30 | 135.00 |
| | LSH | B190 | A108 | Email with SEC counsel regarding status of lawsuit. | 450.00 | 0.20 | 90.00 |
| | LSH | B190 | A105 | Communicate (in firm) with R. Pulman regarding strategy. | 450.00 | 0.30 | 135.00 |
| 06/21/2024 | AKM | B190 | A101 | Prepare Rule 26 disclosures. | 275.00 | 0.80 | 220.00 |
| 06/24/2024 | AKM | B190 | A101 | Continue drafting Rule 26 disclosures per Leslie S. Hyman comments & edits. | 275.00 | 0.30 | 82.50 |
| | AKM | B190 | A101 | Review of emails from Leslie S. Hyman regarding conferences with opposing counsel regarding abatement. | 275.00 | 0.30 | 82.50 |
| | RAP | B190 | A104 | Office conference with L. Hyman regarding status; review of Rule 26 disclosures; telephone conference with SEC regarding status of SEC suit; telephone conference with opposing counsel regarding proposed stay or settlement. | 500.00 | 1.00 | 500.00 |
| | LSH | B190 | A108 | Review email from opposing counsel; | | | |

Lowe, Pat (dprt)

Claims against Carlile, Patchen & Murphy, LLP

Statement No.   263052
Account No     1934.061
Page:          2

| Date | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | forward same to client. | 450.00 | 0.20 | 90.00 |
| | LSH | B190 | A103 | Continue drafting initial disclosures. | 450.00 | 0.30 | 135.00 |
| | LSH | B190 | A108 | Telephone conference with SEC counsel and R. Pulman; telephone conference with client and R. Pulman. Telephone conference with opposing counsel and R. Pulman. Conference with R. Pulman regarding strategy. | 450.00 | 1.20 | 540.00 |
| | LSH | B190 | A108 | Review email from opposing counsel regarding insurance coverage; forward same to client. | 450.00 | 0.10 | 45.00 |
| 06/27/2024 | AKM | B190 | A101 | Emails to/from Leslie S. Hyman regarding conference with client. | 275.00 | 0.20 | 55.00 |
| 07/01/2024 | LSH | B190 | A106 | Review email from opposing counsel and forward same to P. Lowe. | 450.00 | 0.10 | 45.00 |
| 07/02/2024 | LSH | B190 | A108 | Telephone conference with potential consulting expert. | 450.00 | 0.30 | 135.00 |
| | LSH | B190 | A108 | Email to opposing counsel regarding stay. | 450.00 | 0.10 | 45.00 |
| 07/09/2024 | AKM | B190 | A101 | Research client file regarding documents requested by opposing counsel. | 275.00 | 0.80 | 220.00 |
| | AKM | B190 | A101 | Emails and phone calls to/from Greg Murray regarding QuickBooks information request. | 275.00 | 0.50 | 137.50 |
| 07/10/2024 | AKM | B190 | A101 | Emails to/from Randall A. Pulman regarding post-settlement flow of funds; research client files and emails regarding same. | 275.00 | 0.60 | 165.00 |
| 07/11/2024 | AKM | B190 | A101 | Attention to emails regarding document requests and settlement offer. | 275.00 | 0.20 | 55.00 |
| | LSH | B190 | A108 | Email to opposing counsel regarding document production and demand. | 450.00 | 0.10 | 45.00 |
| 07/15/2024 | LSH | B190 | A102 | Identify documents in which Judge Rodriguez concluded there were material misrepresentations; conference with R. Pulman regarding same. | 450.00 | 1.30 | 585.00 |

Lowe, Pat (dprt)

December 30, 2024

Statement No.    263052
Account No    1934.061
Page:        3

Claims against Carlile, Patchen & Murphy, LLP

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 07/23/2024 | AKM | B190 | A101 | Brief research to confirm deadline to respond to defendants' motion to stay proceedings; emails regarding same. | 275.00 | 0.20 | 55.00 |
| 07/24/2024 | AKM | B190 | A101 | Conduct legal research regarding malpractice damages in receivership/bankruptcy. | 275.00 | 1.80 | 495.00 |
| | RAP | B190 | A104 | Review of proposal from defendants; office conference with L. Hyman regarding same. | 500.00 | 0.50 | 250.00 |
| | LSH | B190 | A102 | Legal and factual research regarding claims against CPM. | 450.00 | 2.50 | 1,125.00 |
| 07/26/2024 | AKM | B190 | A101 | Review of defendants' motion to stay. | 275.00 | 0.30 | 82.50 |
| | AKM | B190 | A101 | Emails to/from Randall A. Pulman and Leslie S. Hyman regarding whether we oppose motion to stay. | 275.00 | 0.30 | 82.50 |
| 07/30/2024 | LSH | B190 | A108 | Review and respond to email from opposing counsel regarding remote appearance. | 450.00 | 0.10 | 45.00 |
| 07/31/2024 | AKM | B190 | A101 | Review of emails regarding September 9 hearing. | 275.00 | 0.20 | 55.00 |
| | RAP | B190 | A103 | Review of merits of malpractice claim; review of order on Motion for Summary Judgment and SJ exhibits. | 500.00 | 1.50 | 750.00 |
| 08/03/2024 | RAP | B190 | A101 | Telephone conference with Lowe regarding strategy. | 500.00 | 0.50 | 250.00 |
| 08/05/2024 | AKM | B190 | A101 | Emails to/from Randall A. Pulman regarding adversary abatement. | 275.00 | 0.30 | 82.50 |
| 08/06/2024 | AKM | B190 | A101 | Emails to/from Leslie S. Hyman regarding disclosure documents. | 275.00 | 0.30 | 82.50 |
| | AKM | B190 | A101 | Review of emails regarding abatement of case. | 275.00 | 0.30 | 82.50 |
| | LSH | B190 | A108 | Review correspondence from opposing counsel to prepare response to same; gather requested documents; email | | | |

Lowe, Pat (dprt)

Claims against Carlile, Patchen & Murphy, LLP

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | opposing counsel. | 450.00 | 0.70 | 315.00 |
| 08/08/2024 | LSH | B190 | A103 | Draft agreed order abating case; emails regarding same. | 450.00 | 1.00 | 450.00 |
| 08/09/2024 | LSH | B190 | A104 | Review/analyze emails regarding abatement. | 450.00 | 0.20 | 90.00 |
| 08/12/2024 | AKM | B190 | A101 | Emails regarding access to deeproot QB files. | 275.00 | 0.30 | 82.50 |
| | LSH | B190 | A108 | Review and respond to email from opposing counsel regarding QuickBooks access and discovery; email with G. Murray regarding QuickBooks. | 450.00 | 0.30 | 135.00 |
| 08/13/2024 | AKM | B190 | A101 | Multiple emails to/from Leslie S. Hyman and Greg Murray regarding QB files. | 275.00 | 0.30 | 82.50 |
| | LSH | B190 | A104 | Attend to informal discovery matters. | 450.00 | 0.30 | 135.00 |
| 08/19/2024 | AKM | B190 | A101 | Multiple emails to/from Greg Murray regarding Quickbooks login information. | 275.00 | 0.40 | 110.00 |
| | AKM | B190 | A101 | Emails to/from Monica Sansalone regarding QuickBooks information and discovery planning call. | 275.00 | 0.30 | 82.50 |
| 08/22/2024 | AKM | B190 | A101 | Review of discovery requests from opposing counsel. | 275.00 | 0.50 | 137.50 |
| 08/28/2024 | LSH | B190 | A104 | Review proposed "limited" written discovery; review and respond to emails from opposing counsel regarding same. | 450.00 | 0.50 | 225.00 |
| 09/05/2024 | AKM | B190 | A101 | Telephone conference with opposing counsel regarding limited discovery/document production (1.0); office conference and emails with Leslie S. Hyman regarding same (0.4). | 275.00 | 1.50 | 412.50 |
| | RAP | B190 | A108 | Telephone conference with opposing counsel regarding discovery during stay. | 500.00 | 0.50 | 250.00 |
| | LSH | B190 | A108 | Telephone conference with opposing counsel, A. McFarlane, and R. Pulman regarding informal discovery. Begin | | | |

Lowe, Pat (dprt)

Statement No.   263052
Account No   1934.061
Page:   5

Claims against Carlile, Patchen & Murphy, LLP

| | | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|---|
| | | | | | review of documents for production. | 450.00 | 1.90 | 855.00 |
| 10/23/2024 | LSH | B190 | A108 | | Email with opposing counsel regarding status hearing. | 450.00 | 0.10 | 45.00 |
| 10/24/2024 | AKM | B190 | A101 | | Review and continue drafting unopposed motion to continue status conference and proposed order regarding same; confer with Leslie S. Hyman regarding same. | 275.00 | 0.70 | 192.50 |
| | LSH | B190 | A103 | | Continue drafting motion to continue. | 450.00 | 0.30 | 135.00 |
| 10/25/2024 | LSH | B190 | A108 | | Review emails regarding resetting of status conference. | 450.00 | 0.20 | 90.00 |
| 11/03/2024 | RAP | B190 | A105 | | Confer with AKM regarding status conference. | 500.00 | 0.10 | 50.00 |
| 11/15/2024 | LSH | B190 | A108 | | Email to opposing counsel regarding indictment. | 450.00 | 0.10 | 45.00 |
| 11/27/2024 | AKM | B190 | A101 | | Confer with Randall A. Pulman regarding status conference on 12/2. | 275.00 | 0.10 | 27.50 |
| | | | | | For Legal Services Rendered | | 29.40 | 11,335.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 4.10 | $500.00 | $2,050.00 |
| Anna K. MacFarlane | 12.00 | 275.00 | 3,300.00 |
| Leslie Hyman | 13.30 | 450.00 | 5,985.00 |

Total Current Work                                             11,335.00

**Balance Due**                                             $11,335.00

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 11335.00 | 0.00 |
| B100 | Administration | 11,335.00 | 0.00 |

Claims against Carlile, Patchen & Murphy, LLP

Invoices are payable upon receipt.