**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 27, 2025.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § § | BANKRUPTCY NO. 21-51523-MMP LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING
EIGHTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF JUNE 1, 2024 TO NOVEMBER 30, 2024**

Came on for consideration the *Eighth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of June 1, 2024 to November 30, 2024* ("**Eighth Interim Application**"). The Court has considered the Eighth Interim Application and finds that the fees and expenses represent reasonable

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the Eighth Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Eighth Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the Eighth Interim Application have been resolved by this Order or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** that the Eighth Interim Application pursuant to 11 U.S.C. § 330 is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the fees in connection with the legal services described in the Eighth Interim Application are allowed. All interim fees in the amount of $28,020.00 and all expenses in the amount of $1,111.36, for the allowance of a total of $29,131.36 in hourly fees and costs, shall be an administrative expense of the respective Bankruptcy Estates[2] as outlined in the Eighth Interim Application.

**IT IS FURTHER ORDERED** the Trustee is authorized to immediately pay PC&P in connection with the hourly services provided, fees and expenses totaling $29,131.36 from the specific Bankruptcy Estate accounts, as designated in the chart attached hereto as Exhibit 1.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

---

2 Capitalized terms shall have the meaning ascribed to them in the Eighth Interim Application.

**Submitted by:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINSIERED
BANKRUPTCY ESTATES OF DEEPROOT CAPITAL
MANAGEMENT, LLC,** *ET AL.*

# EXHIBIT 1

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $7,875.00 | $1,046.36 | 20.90 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $1,710.00 | $0.00 | 3.50 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1934.019 | Alice Snell<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.020 | Carl & Paula Jarnecke/Trust<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.021 | D. Stien/Fidelity Mutual<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt Grp<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.023 | PGH Advisors<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $920.00 | $5.00 | 3.10 |
| 1934.024 | Jacob Proux<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,955.00 | $0.00 | 8.00 |
| 1934.027 | CMB/Wiley Carter<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $560.00 | $60.00 | 3.20 |
| 1934.028 | Purpose Driven Fin. Servs.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $2,272.50 | $0.00 | 13.90 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.033 | Randy Seymour<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $232.50 | $0.00 | 0.60 |
| 1934.035 | RD and J, Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.036 | David Rosen<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $77.50 | $0.00 | 0.20 |
| 1934.037 | Bob Patrick<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4898-0833-5881, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 1934.039 | Agents Insur. Sales & Svv. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.040 | Hart Financial Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.043 | Steven Fortier Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.044 | David Obman Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth Mgmt Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.053 | Domonic Cotton Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.054 | Flemming Financial Serv. Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $82.50 | $0.00 | 0.30 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $11,335.00 | $0.00 | 29.40 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| | **Total:** | | **$28,020.00** | **$1,111.36** | **83.10** |