# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−51523−mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **deeproot Capital Management, LLC and deeproot Capital Management, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on     **4/29/25  at  09:30 AM**

Hearing to Consider and Act Upon the Following:(IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 344 Application for Allowance of INTERIM Trustee's Compensation in the amount of $30,000.00 filed by Trustee John Patrick Lowe. Hearing Scheduled For 4/29/2025 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated:  3/31/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKaplc]