IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot CAPITAL MANAGEMENT, LLC ET AL.,[1] | § § | BANKRUPTCY NO. 21-51523-MMP |
| DEBTORS | § | JOINTLY ADMINISTERED |
| | § | |

**TRUSTEE'S WITNESS AND EXHIBIT LIST FOR APRIL 29, 2025 HEARING ON MOTION TO APPROVE COMPROMISE AND SETTLEMENT UNDER BANKRUPTCY RULE 9019 WITH MARK ALAN ZABINSKI [RELATING TO ADV. ECF NO. 342]**

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

John Patrick Lowe, Plaintiff and Chapter 7 Trustee herein ("**Trustee**") hereby files this Witness and Exhibit List for the hearing on April 29, 2025 on the following matter:

**MATTERS TO BE HEARD**:

*Motion to Approve Compromise and Settlement Under Bankruptcy Rule 9019 with Mark Alan Zabinski* (the "**Motion**"),

**TRUSTEE'S WITNESSES:**
Trustee designates the following witnesses:

1. J. Patrick "Pat" Lowe, Chapter 7 Trustee of the jointly administered bankruptcy estates
2. Mark Zabinski
3. Any witness called or designated by any other party;
4. Any rebuttal or impeachment witnesses, as necessary; and
5. Any person present at the Hearing (live or via WebEx)

Trustee reserves the right to amend or supplement this list at any time prior to the hearing.

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: *In Re: Policy Services, Inc.*, 21-51513 (2864); *In Re: Wizard Mode Media, LLC*, 21-51514 (3205); *In Re: deeproot Pinball LLC*, 21-51515 (0320); *In Re: deeproot Growth Runs Deep Fund, LLC*, 21-51516 (8046); *In Re: deeproot 575 Fund, LLC*, 21-51517 (9404); *In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC*, 21-51518 (7731); *In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC*, 21-51519 (9661); *In Re: deeproot Tech LLC*, 21-51520 (9043); *In Re: deeproot Funds LLC*, 21-51521 (9404); *In Re: deeproot Studios LLC*, 21-51522 (6283); and *In Re: deeproot Capital Management, LLC*, 21-51523 (2638) (collectively, the "**Bankruptcy Cases**").

1

**TRUSTEE'S EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| T-1 | Settlement Agreement between Trustee and Mark Zabinski | | | | |
| | Any exhibits designated by any other party | | | | |
| | Any rebuttal or impeachment exhibits | | | | |

Trustee reserves the right to amend or supplement this list at any time prior to the hearing.

Dated April 25, 2025

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:  */s/ Randall A. Pulman*
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
W. Drew Mallender
Texas State Bar No. 24118450
dmallender@pulmanlaw.com

**ATTORNEYS FOR CHAPTER 7 TRUSTEE, PLAINTIFF**

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of April, 2025, a true and correct copy of the foregoing document has been furnished via electronic mail to all parties receiving notice by CM/ECF, and to other parties in interest via email as set forth below; a copy of the exhibit has been served to these same parties via email:

**Via CM/ECF: pat.lowe.law@gmail.com**
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

**Via email: mcolvard@mdtlaw.com**
Michael G. Colvard
MARTIN & DROUGHT, P.C.
112 West Pecan Street, Suite 1616
San Antonio, TX 78205
*Attorneys for Mark Zabinski*

**Via email: terpening@terpeninglaw.com**
William R. Terpening
TERPENING LAW
221 West 11th Street
Charlotte, NC 28202
*Attorneys for Mark Zabinski*

**Via CM/ECF:**
**USTPRegion07.SN.ECF@usdoj.gov**
**Aubrey.thomas@usdoj.gov**
United States Trustee - SA12/ A. Thomas
615 E Houston, Suite 533
San Antonio, TX 78295-1539

**Via CM/ECF: dodda@sec.gov**
Angela D. Dodd
U. S. Securities and Exchange Commission
175 Jackson Blvd. Suite 900
Chicago, IL 60604

**Via Counsel email:**
**catherine.curtis@wickphillips.com**
**;jason.rudd@wickphillips.com**
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC

deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

**Via Counsel Via CM/ECF:**
**catherine.curtis@wickphillips.com;**
**jason.rudd@wickphillips.com**
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

**Via CM/ECF:**
**catherine.curtis@wickphillips.com;**
**jason.rudd@wickphillips.com**
Catherine A. Curtis/Jason M. Rudd
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

**Via CM/ECF: don.stecker@lgbs.com**
Don Stecker
Linebarger Goggan et al.
112 E. Pecan, Suite 2200
San Antonio, TX 78205

**Via CM/ECF: rbattaglialaw@outlook.com**
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, TX 78218

**Via CM/ECF: jpetree@mcslaw.com**
Jonathan Petree
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

3

*Via CM/ECF: jdunne@smfadlaw.com*
John C. Dunne
SHANNON, MARTIN et al.
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF: bk-cmurphy@oag.texas.gov*
Texas Workforce Commission
c/o Christopher S. Murphy
TEXAS ATTORNEY GENERAL'S OFFICE
PO Box 12548
Austin, TX 78711

*Via CM/ECF: pautry@branscomblaw.com*
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

*Via CM/ECF: lmjurek@jureklaw.com*
Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX 77006

*Via CM/ECF: stephen.humeniuk@lockelord.com*
Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, TX 78701

*Via CM/ECF: tcunningham@lockelord.com*
Thomas J. Cunningham
Locke Lord LLP
777 South Flagler Drive #215
West Palm Beach, FL 33401

*/s/ Randall A. Pulman*
Randall A. Pulman

4935-0115-8971, v. 1 / 1934.056