*#342 Motion to Approve Compromise and Settlement under Bankruptcy Rule 9019 with Mark Alan Zabinski (Adversary Case Number: 23-05011) filed by Randall A. Pulman for Trustee John Patrick Lowe.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Deeproot Capital Management  Vs.  John Patrick Lowe | | DISTRICT COURT Western (**SAN ANTONIO**) |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Jason Rudd | DEFENDANT'S ATTORNEY<br><br>Randall Pulman | DOCKET NUMBER<br>**21-51523 P-7**<br>TRIAL DATE(S)<br>**April 29, 2025** |
| PRESIDING JUDGE<br><br>**MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR<br>Maxine McGee | COURTROOM DEPUTY<br><br>**DEANNA CASTLEBERRY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | 1 | 04/29/25 | XXXX | 04/29/25 | **Settlement Agreement** |
|  |  |  |  |  |  |
|  | W/1 | 04/29/25 | -------- | -------- | **PROFER Testimony of John Patrick Lowe** |

FILED
APR 29 2025
U.S. BANKRUPTCY COURT
BY _____ DEPUTY