IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

---

**NINTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN LEFLORE PULLEN & REED, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF DECEMBER 1, 2024 TO APRIL 30, 2025**

---

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.  A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, 615 E. HOUSTON ST., ROOM 597, SAN ANTONIO, TEXAS 78205.**

**IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF THE HEARING. IF YOU DO NOT ATTEND THE HEARING, THE COURT MAY DECIDE THAT YOU  DO NOT OPPOSE THE MOTION.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

| | | |
|---|---|---|
| Name of Applicant: | | Randall A. Pulman |
| | | Pulman LeFlore Pullen & Reed LLP |
| Applicant's professional role in case | | Counsel for the Chapter 7 Trustee |
| Indicate whether this is an interim or final application | | Interim |
| Date Order of Appointment filed | | 01/20/2022 [ECF No. 48] |
| Effective Date of Appointment | | 12/20/2021 |
| | Beginning of Period | Ending of Period |

---

1  The Jointly Administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are:  In Re: Policy Services, Inc. 21-51513 (2864),  In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot  Bonus Growth  5 Year Debenture Fund, LLC, 21-51519 (9661),  In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a **"Bankruptcy Estate"** and collectively, **"Bankruptcy Estates"**.

| Total period covered in application | 12/01/2024 | 04/30/2025 |
|---|---|---|
| Time periods covered by any prior applications | 12/15/2021 | 11/30/2024 |
| Total fees awarded in all prior applications | | $1,388,301.50 |
| Total reimbursable expenses awarded in all prior applications | | $91,665.71 |
| Amount of retainer received in the case | | $0.00 |
| Total amount of credits applied by PLP&R to fees in all prior applications | | $38,320.00 |
| Total fees applied for in the Nineth Fee Application and in all prior applications (including any retainer amounts or credits applied or to be applied) | | $1,456,560.50 |
| Total fees applied for in the Nineth Fee Application (including any retainer amounts or credits to be applied) | | $68,259.00 |
| Total professional hours covered by the Nineth Fee Application | | 198.3 |
| Reimbursable expenses sought in the Nineth Fee Application | | $5,070.58 |
| Application Cost | | Approximately $4,000.00 |
| Total fees and reimbursable expenses sought in the Nineth Fee Application | | $73,329.58 |

To The Honorable Michael M. Parker, United States Bankruptcy Judge:

Pulman LeFlore Pullen & Reed, LLP ("**PLP&R**") (f/k/a Pulman, Cappuccio & Pullen, LLP), attorneys for John Patrick Lowe, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates of deeproot Capital Management, LLC, Policy Services, Inc., Wizard Mode Media, LLC, deeproot Pinball LLC, deeproot Growth Runs Deep Fund, LLC, deeproot 575 Fund, LLC, deeproot 3 Year Bonus Income Debenture Fund, LLC, deeproot Bonus Growth 5 Year Debenture Fund, LLC, deeproot Tech LLC, deeproot Funds LLC, deeproot Studios LLC (each a "**Debtor**" and collectively, the "**Debtors**"), being jointly administered under lead case *In re: deeproot Capital Management, LLC*, Case No. 21-51523, hereby files this *Nineth Interim Application for Allowance of Hourly Legal Fees and Expenses for Pulman LeFlore Pullen & Reed, LLP, as Counsel to the Trustee for the Time Period of December 1, 2024 to April 30, 2025* ("**Nineth Fee Application**"), for allowance of compensation of $68,259.00 in fees and reimbursement of expenses of $5,070.58,

2

for a total of $73,329.58, for the time period of December 1, 2024 to April 30, 2025. Included in the amount of the fees requested by this Nineth Fee Application, are those certain interim fees for legal services requested by PLP&R in its Third Fee Application [ECF No. 260] in the amount of $14,759.00, which fees the Court ordered disallowed "without prejudice to Applicant in a subsequent application seeking recovery of the Redacted Time Entries." See, *Order Granting in Part Third Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2022 to January 31, 2023,* [ECF No. 272], by which the Court ordered that the amount of the fees associated with redacted time entries found in the detailed time descriptions attached to the Third Fee Application ("**Redacted Time Entries**") should be then disallowed as the Court was at that time unable to assess the reasonableness and necessity of the services performed. The Redacted Time Entries had been redacted by PLP&R at the time to avoid potential disclosures that could impair the Trustee's litigation strategy. Attached hereto as Exhibit D-63 are unredacted versions of the previously Redacted Time Entries detailing the legal services provided by PLP&R.

In support of this Nineth Fee Application, PLP&R respectfully asks the Court to approve and authorize this Nineth Fee Application based on the following:

## I.  JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Nineth Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue for this case is proper in the Western District of Texas under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      On December 9, 2021, (the "**Petition Date**"), the Debtors filed voluntary petitions under Chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**") [ECF No. 1]. The Court, by its Order entered December 21, 2021,

authorized that the Debtors' bankruptcy cases be jointly administered under lead case *In re: deeproot Capital Management, LLC*, Case No. 21-51523 (the "**Jointly Administered Case**") [ECF No. 20].

3.      On or about December 21, 2021, John Patrick Lowe was duly appointed as Trustee.

4.      The statutory predicates for the relief sought by this Nineth Fee Application are sections 328(a) and 331 of the Bankruptcy Code.

5.      A copy of the proposed order in conformity with Local Rule 9013 is attached as Exhibit A.

6.      A copy of the Notice and Summary of this Nineth Fee Application is attached as Exhibit B.

## II.      FACTUAL AND PROCEDURAL BACKGROUND

7.      The Debtors in this Jointly Administered Case are entities through which the Debtors' principal, Mr. Robert Mueller ("**Mueller**") ran a Ponzi scheme. Mueller controlled, as the sole owner, officer and director of each of the Debtors, all of their operations. Upon information and belief, Mueller raised, on behalf of the Debtors, in excess of $70,000,000 from individual investors over the past decade.

8.      Initially, Mueller raised monies from individual investors through Debtor, Policy Services, Inc. ("**PSI**"), by purportedly selling fractional interests in the death benefits payable on life insurance policies (the "**Policies**") purchased by PSI.    These fractional interests in the Policies are known as life settlements. *See Life Partners, Inc. v. Arnold*, 464 S.W.3d 660, 662 (Tex. 2015).

9.      In or around 2015, Mueller stopped raising investor money directly through PSI and began to raise investor money primarily, though not exclusively, through two of the other Debtors, deeproot Growth Runs Deep Fund, LLC, and deeproot 575 Fund, LLC (the "**Funds**").

After Mueller switched to raising monies through the Funds, the investment pitch varied over time, but essentially investors were promised a guaranteed annual return of 5% to 7% payable at the end of the applicable investment period. Investors purchased debentures—or long-term unsecured obligations—to pay. Mueller marketed the Funds as having investments in life settlements, agriculture, real estate, and sports and entertainment businesses. In 2017, invested monies, by way of intercompany transfers to deeproot Pinball, LLC, deeproot Studios, LLC, deeproot Tech, LLC, and Wizard Mode Media, LLC, were used to support Mueller's ultimately unsuccessful effort to develop and manufacture state of the art pinball machines. The Debtors' pre-petition financial statements and each of the Debtors' respective schedules reflect that none of the Debtors generated any net income and, in most cases, had no revenue at any time. Despite the lack of revenue and net income, the Debtors did return investments to some of the investors.

10.     On or about August 20, 2021, the United States Securities and Exchange Commission (the "**SEC**") filed suit[2] against Debtors Policy Services, Inc. and deeproot Funds, LLC, and Mueller individually, for violations of federal securities law, and named Mueller's immediate family members, Jeffery L. Mueller and Belinda B. Breen, as relief parties (the "**SEC Civil Action**"). An injunction was entered prohibiting the solicitation of additional funds. Shortly thereafter, on December 9, 2021, chapter 7 bankruptcy petitions were filed for each of the Debtors.

11.     In or about November 2024, a federal grand jury in San Antonio, Texas indicted Mueller on eight counts of wire fraud.

12.     On January 20, 2022, the Court entered its *Order on the Application of Trustee to Employ Counsel* (the "**Employment Order**"), wherein the Court authorized the Trustee to employ PLP&R as counsel [ECF No. 48]. The Employment Order permits PLP&R to seek interim

---

2 *Securities and Exchange Commission v. Robert J. Mueller, et al.*, Civil Action No. 5:21-cv-785, U.S. Dist. Ct. for the W. Dist. Of Texas, San Antonio Division.

compensation as provided in 11 U.S.C. §331, subject to approval by this Court.   A copy of the Employment Order is attached hereto as Exhibit C.

13.     On May 13, 2022, PLP&R filed its *First Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of December 15, 2021 to April 30, 2022*, with the Court ("**First Fee Application**"). [ECF No. 111].

14.     On June 9, 2022, the Court entered its *Order Granting First Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of December 15, 2021 to April 30, 2022*, authorizing the Trustee to pay to PLP&R as an administrative expense, hourly fees in the amount of $226,982.50 and expenses in the amount of $28,952.54 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 125].

15.     On October 31, 2022, PLP&R filed its *Second Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of May 1, 2022 to September 30, 2022*, with the Court ("**Second Fee Application**"). [ECF No. 189].

16.     On December 6, 2022, the Court entered its *Order Granting Second Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of May 1, 2022 to September 30, 2022*, authorizing the Trustee to pay to PLP&R as an administrative expense, hourly fees in the amount of $259,247.00 and expenses in the amount of $6,145.75 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 211].

17.     On March 3, 2023, PLP&R filed its *Third Interim Application for Allowance of*

*Legal Fees and Expenses for Pullman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2022 to January 31, 2023*, with the Court ("**Third Fee Application**"). [ECF No. 260].

18.     On April 6, 2023, the Court entered its *Order Granting in Part Third Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2022 to January 31, 2023*, authorizing the Trustee to pay to PLP&R as an administrative expense, interim hourly fees in the amount of $309,885.00 and expenses in the amount of $29,860.29 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order.   The Court ordered that the amount of the fees for redacted time entries found in the detailed time descriptions attached to the Third Fee Application ("**Redacted Time Entries**") should be disallowed as the Court was then unable to assess the reasonableness and necessity of the services performed.   The amount of the partial award of interim fees thus reflected PLP&R's requested interim fees of $324,644.00 less $14,759.00, the amount of the Redacted Time Entries.   The Court further ordered that its Order was without prejudice to PLP&R in a subsequent application seeking recovery of the Redacted Time Entries. [ECF No. 272].

19.     On July 3, 2023, PLP&R filed its *Fourth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Periods of February 1, 2023 to May 31, 2023*, with the Court ("**Fourth Fee Application**"). [ECF No. 282].

20.     On August 1, 2023, the Court entered its *Order Granting in Part Fourth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Periods of February 1, 2023 to May 31, 2023*, authorizing the

Trustee to pay to PLP&R as an administrative expense, interim hourly fees in the amount of $231,544.50 and expenses in the amount of $8,544.81 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 286]. The Court ordered that the amount of the fees for certain time entries found in the detailed time descriptions attached to the Third Fee Application ("**Clerical Time Entries**"), should be disallowed. The amount of the partial award of interim fees thus reflected PLP&R's requested interim fees of $232,556.50 less $1,012.00, the amount of the Clerical Time Entries.

21.     On November 3, 2023, PLP&R filed its *Fifth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Periods of June 1, 2023 to September 30, 2023,* with the Court ("**Fifth Fee Application**"). [ECF No. 306].

22.     On November 28, 2023, the Court entered its *Order Granting Fifth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period June 1, 2023 to September 30, 2023*, authorizing the Trustee to pay PLP&R as an administrative expense, interim hourly fees in the amount of $193,362.50 and all expenses in the amount of $8,713.62 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 309].

23.     On March 4, 2024, PLP&R filed its *Sixth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2023 to January 31, 2024,* with the Court ("**Sixth Fee Application**"). [ECF No. 323].

24.     On April 1, 2024, the Court entered its *Order Granting Sixth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to*

4906-2813-2156, v. 1

*the Trustee for the Time Period October 1, 2023 to January 31, 2024*, authorizing the Trustee to pay PLP&R as an administrative expense, interim hourly fees in the amount of $63,745.00 and all expenses in the amount of $3,484.87 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 326].

25.     On June 19, 2024, PLP&R filed its *Seventh Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of February 1, 2024 to May 31, 2024,* with the Court ("**Seventh Fee Application**"). [ECF No. 330].

26.     On July 19, 2024, the Court entered its *Order Granting Seventh Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period February 1, 2024 to May 31, 2024*, authorizing the Trustee to pay PLP&R as an administrative expense, interim hourly fees in the amount of $75,515.00 and all expenses in the amount of $4,852.47 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [ECF No. 332].

27.     On December 31, 2024, PLP&R filed its Eighth *Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of June 1, 2024 to November 30, 2024,* with the Court ("**Eighth Fee Application**"). [ECF No. 336].

28.     On January 27, 2025, the Court entered its *Order Granting Eighth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of June 1, 2024, to November 30, 2024,* authorizing the Trustee to pay PLP&R as an administrative expense, interim hourly fees in the amount of $28,020.00 and all expenses in the amount of $1,111.36 from the Bankruptcy Estate accounts of

the Debtors as designated in the Court's Order. [ECF No. 338].

### III.   APPLICATION FOR HOURLY SERVICES

29.     PLP&R has provided legal services and expended 198.3 hours from December 1, 2024, to April 30, 2025 (the "**Application Period**"), totaling $73,329.58 in fees representing the Trustee. The average hourly rate for this Nineth Fee Application was $370.00 per hour.

30.     During the five-month Application Period, lawyers from PLP&R on behalf of the Trustee:

   a)   Drafted a motion to substantively consolidate the eleven jointly administered bankruptcy cases;

   b)   Drafted Trustee's response/opposition to motion to abate the SEC Matter;

   c)   Drafted and served discovery requests, drafted responses and objections to discovery requests, drafted motion for partial summary judgement, engaged in settlement negotiations, drafted settlement agreement and motion to approve compromise and settlement under Rule 9019, in connection with the Mark Zabinski adversary proceeding, recovering $85,000.00 to the Bankruptcy Estate; and

   d)   Drafted responses to discovery requests, conferred with opposing counsel regarding informal discovery, researched and responded to legal arguments raised in connection with the adversary action brought by Trustee against Carlile, Patchen & Murphy, LLP, a law firm that represented Debtor in connection with certain matters involving preparation and approval of Debtor's private placement memoranda.

31.     Below is a chart summarizing fees, expenses and hours expended in the Bankruptcy Case by PLP&R by matter number.

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $11,687.50 | $5,070.58 | 29.60 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $2,325.00 | $0.00 | 5.00 |

10

| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.019 | Alice Snell Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.020 | Carl & Paula Jarnecke/Trust Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.021 | D. Stien/Fidelity Mutual Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt Grp Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.023 | PGH Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4906-2813-2156, v. 1

| | | | | | |
|---|---|---|---|---|---|
| 1934.024 | Jacob Proux Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski Finder | Policy Services, Inc., Case No. 21-51513 | $24,470.00 | $0.00 | 64.50 |
| 1934.027 | CMB/Wiley Carter Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.028 | Purpose Driven Fin. Servs. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.033 | Randy Seymour Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.035 | RD and J, Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.036 | David Rosen Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.037 | Bob Patrick Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.039 | Agents Insur. Sales & Svv. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.040 | Hart Financial Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.043 | Steven Fortier Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1934.044 | David Obman Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth Mgmt Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.053 | Domonic Cotton Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.054 | Flemming Financial Serv. Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $15,017.50 | $0.00 | 39.30 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.063 | Redacted Time | Policy Services, Inc., Case No. 21-51513 | $14,759.00 | $0.00 | 59.90 |
| | **Total:** | | **$68,259.00** | **$5,070.58** | **198.30** |

4906-2813-2156, v. 1

Attached hereto as Exhibit D-1 through D-63 are copies of billing invoices itemizing the fees and expenses incurred by PLP&R in each of the sixty-three matters, by date and billing category.

**A.** **Summary of Services Rendered in the Bankruptcy Case by Category**
PLP&R Matter Nos. 1934.001 – 1934.062

| Category | Description | Hours | Amount |
|----------|-------------|-------|--------|
| B160 | Fee/Employment Applications | 11.6 | $4,350.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 186.7 | $63,909.00 |
| | **Total:** | 198.3 | $68,259.00 |

**i.** **Fee/Employment Applications (B160)**

32. Services rendered in this category involved drafting the Eighth Fee Application, filed with the Court on December 31, 2024 [ECF No. 336], and this Nineth Fee Application.

33. PLP&R expended a total of 11.6 hours in the main bankruptcy case, which resulted in total charges of $4,350.00 for services rendered in this project category. The detailed time descriptions for this category are included in Exhibit D-1.

**ii.** **Other Contested Matters (excluding assumption/rejection motions) (B190)**

34. Services rendered in this category include the administration of adversary actions brought by lawyers with PLP&R on behalf of the Trustee, preparing and responding to discovery requests, drafting motions, and engaging in settlement discussions.

35. PLP&R expended a total of 186.7 hours, which resulted in total charges of $63,909.00 for services rendered in this project category. The detailed time descriptions for this category are included in Exhibits D-1 through D-63.

**B.** **Matters Relating to the SEC**
PLP&R Matter No. 1934.002 (Estate: deeproot Funds, LLC, Case No. 21-51521)

36. Services rendered by lawyers from PLP&R relating to the SEC and the SEC Case

(the "**SEC Matter**") include drafting Trustee's opposition to motion to abate, video and telephone conferences with SEC attorneys, telephone conferences with Trustee.

37.    In connection with the SEC Matter, PLP&R expended a total of 5 hours, which resulted in total charges of $2,325.00. The detailed time descriptions for this matter are included in <u>Exhibit D-2</u>.

**C.    <u>Matters Relating to Claim Against Mark Zabinski – Finder</u>**
<div style="margin-left:2em">PLP&R Matter No. 1934.026 (Estate: Policy Services, Inc.)</div>

38.    This matter (the "**Zabinski Matter**") concerns an adversary proceeding brought by the Trustee against Mark Zabinski, one of the many individuals and companies who are referred to in Debtors' records as finders (the "**Finders**") to recover commissions paid by Debtor, Policy Services, Inc.   The Finders are individuals and companies (primarily investment advisers or insurance agents/agencies) who contracted with Debtors to find individual investors willing to invest in one or more of the deeproot investment funds.   The Finders received commissions from the Debtors based on the amount of funds invested by the individual investors in the deeproot Funds.   These commissions constitute avoidable transfers recoverable by the Trusteee under 11 U.S.C. §§ 548, 544, 550 (and applicable provisions of the Texas Uniform Fraudulent Transfer Act).

39.    During this Application Period, Lawyers from PLP&R prepared and responded to discovery requests, drafted a motion for partial summary judgment, engaged in settlement discussions, and ultimately settled the Zabinski Matter recovering $85,000.00 to the Bankruptcy Estate.

40.    In connection with the Zabinski Matter, PLP&R expended a total of 64.5 hours, which resulted in total charges of $24,470.00.   Detailed descriptions of these matters are included in <u>Exhibit D-26</u>.

<div align="center">15</div>

D.     **Matters Relating to Carlile, Patchen & Murphy, LLP**
       PLP&R Matter No. 1934.061 (Estate of Policy Services, Inc.)

41.     This matter (the "**CPM Matter**") concerns an adversary proceeding against Carlile, Patchen & Murphy, LLP ("**CPM**"), a law firm that represented Debtor in connection with certain matters involving preparation and approval of private placement memoranda concerning the Funds.

42.     Services rendered by lawyers from PLP&R included communications with opposing counsel, responding to discovery, and responding to opposing counsels' legal arguments.

43.     In connection with the CPM Matter, PLP&R expended a total of 39.3 hours, which resulted in total charges of $15,017.50.   Detailed descriptions of these matters are included in Exhibit D-61.

E.     **Matters Relating to the Redacted Time Entries (Third Fee Application)**
       PLP&R Matter No. 1934.063 (Estate of Policy Services, Inc.)

44.     This matter (the "**Redacted Time Entries Matter**") concerns services performed by lawyers from PLP&R related to the Redacted Time Entries found in the detailed time descriptions attached to the Third Fee Application.

45.     The Redacted Time Entries were redacted by PLP&R at the time the Third Fee Application was filed with the Court to avoid potential disclosures that could impair the Trustee's litigation strategy.

46.     Services rendered by lawyers from PLP&R in the Redacted Time Entries Matter include litigation strategy meetings, the drafting of a motion for substantive consolidation, and related legal research.

4906-2813-2156, v. 1

47.     Simultaneously with the filing of this Nineth Fee Application, PLP&R is filing the *Chapter 7 Trustee's Motion for Substantive Consolidation* of the eleven jointly administered bankruptcy cases.

48.     In connection with the Redacted Time Entries Matter, PLP&R expended a total of 59.9 hours, which resulted in total charges of $14,759.00. The detailed unredacted time entries describing the services rendered by lawyers from PLP&R are included in <u>Exhibit D-63</u>.

### F.     <u>Reimbursement of Expenses</u>

49.     PLP&R also files this Nineth Fee Application seeking reimbursement of the reasonable out-of-pocket expenses incurred during the Application Period, in the amount of $5,070.58. The total expenses incurred by matter are included on the chart found in paragraph 31 above.   An itemization report of the expenses incurred by matter is provided in each of <u>Exhibits D-1 through D-63</u>. All expenses for which compensation is requested by PLP&R were incurred for and on behalf of the Trustee, and not on behalf of any committee, creditor, or other person.

### G.     <u>Allocation of Fees by Matter.</u>

50.     Trustee's counsel has allocated the time expenses by the matters discussed above. For the most part, legal fees and expenses associated with a particular estate are allocated to that estate. For example, fees and expenses associated with adversary proceedings brought against Finders are allocated to the estate of Policy Services, Inc., as the monies received by Finders were paid from Policy Services' bank accounts; fees and expenses associated with adversary proceedings brought against Net Winners are allocated to the estate of deeproot Funds, LLC, as the monies received by Net Winners were paid from deeproot Funds, LLC's bank accounts; and fees and expenses related to general case administration matters are allocated to Policy Services, Inc.

4906-2813-2156, v. 1

51.     This is the Nineth Fee Application for fees and expenses filed by PLP&R. This Nineth Fee Application requests approval of interim fees in the amount of $68,259.00 and interim expenses in the amount of $5,070.58, for a total allowed amount of $73,329.58 in interim hourly fees and expenses.

### IV.      Authorities and Argument

52.     The statutory predicates for the relief sought by this Nineth Fee Application are §§ 328(a) and 330 of the Bankruptcy Code.

53.     Bankruptcy Code § 330(a) provides that in determining the amount of reasonable compensation to be awarded, a Court shall consider the nature, the extent, and the value of the services rendered by the professional, while taking into account the relevant factors, including the following:

- The time spent on such services;

- The rates charged for such services;

- Whether the services were necessary to the administration of, or beneficial at the time which the service was rendered, toward the completion of the chapter 11 case;

- Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance , and nature of the problem, issues or task addressed;

- With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

- Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than chapter 11 cases.

11 U.S.C. § 330(a)(3). *See also Busy Beaver Bldg. Ctrs., Inc.,* 19 F.3d 833, 850 (3d Cir. 1994) (noting Bankruptcy Code's policy of providing adequate compensation and stating that "Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.") (citation and internal quotation marks omitted).

18

*see also In re Woerner*, 783 F.3d 266, 274 (5th Cir. 2015) ("[Section 330] permits a court to compensate an attorney not only for activities that were 'necessary,' but also for good gambles— that is, services that were objectively reasonable at the time they were made—even when those gambles do not produce an 'identifiable, tangible, and material benefit.'") (citations and internal quotation marks omitted); *see also In re Pilgrim's Pride Corp.,* 690 F.3d 650 (5th Cir. 2012) (reaffirming that bankruptcy courts have discretion to enhance professional fees in extraordinary cases).

54.     The fees incurred by PLP&R in representing the Trustee were reasonable and necessary for the administration of the Bankruptcy Case. As reflected in the attached <u>Exhibits D-1 through D-63,</u> PLP&R has avoided unnecessary additional legal services and duplication of effort while striving to ensure the highest quality of legal representation.

55.     The fees incurred by PLP&R were for reasonable and necessary legal work that does not fall within the scope of the Trustee's administrative duties. *See In re: Sharon Sylvester*, 23 F.4th 543, 548 (5th Cir. 2022).

56.     PLP&R performed these services within a reasonable period of time by professionals that have significant experience in bankruptcy cases. The rates charged by PLP&R for this matter are comparable to the rates charged by PLP&R in non-bankruptcy matters.

57.     The PLP&R professionals who have worked on this case during the Application Period are:

| Name | Bar Admission Date | Rate | Hours expended on case | Fees requested in the Nineth Fee Application |
|---|---|---|---|---|
| Randall A. Pulman | Nov. 1, 1986 | $500.00 | 14.1 | $7,050.00 |
| Leslie S. Hyman | Jun. 1, 1995 | $450.00 | 5.9 | $2,655.00 |
| W. Drew Mallender | Oct. 1, 1992 | $375.00 | 143.2 | $53,700.00 |
| Anna K. MacFarlane | Oct. 25, 2019 | $275.00 | 5.0 | $1,375.00 |
| Kerry Alleyne | Nov. 7, 2008 | $400.00 | 1.3 | $520.00 |
| Guarav Mankotia | Sept. 27, 2008 Bar Council of | $100.00 | 20.9 | $2,090.00 |

| | Delhi, India | | | |
|---|---|---|---|---|
| Janell Thompson | Law Clerk | $110.00 | 7.9 | $869.00 |
| | | **Total:** | 198.3 | $68,259.00 |

PLP&R has met the requirements of § 330(a) of the Bankruptcy Code, and the Court should award the fees and expenses sought in this Eighth Fee Application.

58.     The out-of-pocket expenses incurred by PLP&R have been billed only for expenses actually incurred by PLP&R. Accordingly, charges for expenses such as courier fees, filing fees, outside copy service, parking, travel, postage, meals, charges for public records and transcription services are billed at the actual cost to PLP&R. PLP&R is generally billed a flat monthly fee for legal research through Westlaw, and such charges are allocated based on actual usage to PLP&R's clients.

59.     PLP&R submits that this Nineth Fee Application complies with §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the United States Trustee Guidelines.

60.     Detailed applications for compensation are required by the Bankruptcy Code, Local Rules, and applicable case law. This Nineth Fee Application has served the additional purpose of informing the Court and the creditors of the status of the case and the activities of the attorneys involved. The time spent preparing this Eighth Fee Application is compensable. *See* 11 U.S.C. § 330(a)(6).

61.     The Trustee has reviewed this Nineth Fee Application and has approved the requested amounts and the allocation thereof.

     **WHEREFORE,** PLP&R prays that upon consideration hereof, this Court enter an Order (i) approving PLP&R's request for interim fees in the amount of $68,259.00 in fees and $5,070.58 in related expenses, for a total of $73,329.58, (ii) authorizing the Trustee to immediately pay

PLP&R from the appropriate Estate Account the allowed amount of $73,329.58 for the fees and expenses that have been incurred to date, and (iii) granting such other and further relief as the Court finds appropriate to grant.

Dated: June 4 , 2025

Respectfully submitted,

**PULMAN LEFLORE PULLEN & REED, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
     Randall A. Pulman
     Texas State Bar No. 16393250
     rpulman@pulmanlaw.com
     W. Drew Mallender
     Texas State Bar No. 24118450
     dmallender@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED BANKRUPTCY ESTATES OF DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.**

22

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June, 2025, I electronically filed the foregoing document using the CM/ECF system, which will serve the document on the following list of parties in interest and parties requesting notice. A copy of the notice/summary (Exhibit B) of this Ninth Interim Fee Application will be mailed via US First Class Mail to the parties on the limited-service list in this case, and a supplemental certificate of service will be filed to evidence compliance.

*Via Counsel CM/ECF:*
*catherine.curtis@wickphillips.com*
*;jason.rudd@wickphillips.com*
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

*Via Counsel Via CM/ECF:*
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

*Via CM/ECF: pat.lowe.law@gmail.com*
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

*Via CM/ECF:*
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Catherine A. Curtis/Jason M. Rudd
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

*Via CM/ECF:*
*USTPRegion07.SN.ECF@usdoj.gov*
*Aubrey.thomas@usdoj.gov*
United States Trustee - SA12
US TRUSTEE'S OFFICE (Aubrey Thomas)
615 E Houston, Suite 533
San Antonio, TX 78295-1539

*Via CM/ECF: don.stecker@lgbs.com*
Don Stecker
Linebarger Goggan et al.
112 E. Pecan, Suite 2200
San Antonio, TX 78205

*Via CM/ECF: rbattaglialaw@outlook.com*
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, TX 78218

*Via CM/ECF: jpetree@mcslaw.com*
Jonathan Petree
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

*Via CM/ECF: jdunne@smfadlaw.com*
John C. Dunne
SHANNON, MARTIN et al.
1001 McKinney Street #1100
Houston, TX 77002

*Via CM/ECF: bk-cmurphy@oag.texas.gov*
Texas Workforce Commission
c/o Christopher S. Murphy
TEXAS ATTORNEY GENERAL'S OFFICE
PO Box 12548
Austin, TX 78711

***Via CM/ECF: pautry@branscomblaw.com***
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

***Via CM/ECF: lmjurek@jureklaw.com***
Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX   77006

***Via CM/ECF: achale@halewoodlaw.com***
Craig Hale
HALE | WOOD PLLC
4766 Holladay Blvd.
Holladay, Utah 84117

***Via CM/ECF:***
***stephen.humeniuk@lockelord.com***
Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Avenue, Suite 2200 Austin,
TX 78701

***Via CM/ECF:***
***tcunningham@lockelord.com***
Thomas J. Cunningham
LOCKE LORD LLP
777 S. Flalger Dr., Suite 215
West Palm Beach, FL

***Via CM/ECF:***
***jkathman@spencerfane.com;***
***msegura@spencerfane.com***
Jason Kathman
Misty Segura
Spencer Fane, LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024

*/s/ Randall A. Pulman*
Randall A. Pulman

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

---

**ORDER GRANTING**
**NINTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES**
**FOR PULMAN LEFLORE PULLEN & REED, LLP, AS COUNSEL TO THE TRUSTEE**
**FOR THE TIME PERIOD OF DECEMBER 1, 2024 TO APRIL 30, 2025**

---

Came on for consideration the *Ninth Interim Application for Allowance of Legal Fees and Expenses for Pulman LeFlore Pullen & Reed, LLP, as Counsel to the Trustee for the Time Period of December 1, 2024 to April 30, 2025* ("**Ninth Interim Application**"). The Court has considered the Ninth Interim Application and finds that the fees and expenses represent

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

reasonable compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the Ninth Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii)  proper and adequate notice of the Ninth Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the Ninth Interim Application have been resolved by this Order or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** that the Ninth Interim Application pursuant to 11 U.S.C. § 330 is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the fees in connection with the legal services described in the Ninth Interim Application are allowed. All interim fees in the amount of $68,259.00 and all expenses in the amount of $5,070.58, for the allowance of a total of $73,329.58 in hourly fees and costs, shall be an administrative expense of the respective Bankruptcy Estates[2] as outlined in the Ninth Interim Application.

**IT IS FURTHER ORDERED** the Trustee is authorized to immediately pay PLP&R in connection with the hourly services provided, fees and expenses totaling $73,329.58 from the specific Bankruptcy Estate accounts, as designated in the chart attached hereto as Exhibit 1.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

---

2  Capitalized terms shall have the meaning ascribed to them in the Eighth Interim Application.

4907-0697-2732, v. 2

**Submitted by:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN LEFLORE PULLEN & REED LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINSIERED
BANKRUPTCY ESTATES OF deeproot CAPITAL
MANAGEMENT, LLC, *ET AL.***

# EXHIBIT 1

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $11,687.50 | $5,070.58 | 29.60 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $2,325.00 | $0.00 | 5.00 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.019 | Alice Snell Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.020 | Carl & Paula Jarnecke/Trust Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |

4907-0697-2732, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 1934.021 | D. Stien/Fidelity Mutual Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt Grp Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.023 | PGH Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.024 | Jacob Proux Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski Finder | Policy Services, Inc., Case No. 21-51513 | $24,470.00 | $0.00 | 64.50 |
| 1934.027 | CMB/Wiley Carter Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.028 | Purpose Driven Fin. Servs. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.033 | Randy Seymour Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.035 | RD and J, Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.036 | David Rosen Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.037 | Bob Patrick Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.039 | Agents Insur. Sales & Svv. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.040 | Hart Financial Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

5 of 6

| | | | | | |
|---|---|---|---|---|---|
| 1934.042 | Shantell Wright<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.043 | Steven Fortier<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.044 | David Obman<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment Advisors<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth Mgmt<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.053 | Domonic Cotton<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.054 | Flemming Financial Serv. Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.055 | Gregory Talbot<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life<br>Matter | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.061 | Carlile, Patchen & Murphy<br>Matter | Policy Services, Inc.,<br>Case No. 21-51513 | $15,017.50 | $0.00 | 39.30 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.063 | Redacted Time | Policy Services, Inc.,<br>Case No. 21-51513 | $14,759.00 | $0.00 | 59.90 |
| | **Total:** | | **$68,259.00** | **$5,070.58** | **198.30** |

6 of 6

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

NOTICE AND SUMMARY OF
NINETH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN LEFLORE PULLEN & REED, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF DECEMBER 1, 2024 TO APRIL 30, 2025

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN **21** DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, 615 E. HOUSTON ST., ROOM 597, SAN ANTONIO, TEXAS 78205.

IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF THE HEARING. IF YOU DO NOT ATTEND THE HEARING, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

I.      CLIENT: John Patrick Lowe, Chapter 7 Trustee

II.     REQUESTING APPLICATION / FIRM:  Randall A. Pulman of Pulman LeFlore Pullen & Reed, LLP, ("**PLP&R**") as counsel to the Trustee

---

[1] The Jointly Administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

4924-3902-3420, v. 2

III.  TOTAL AMOUNT OF INTERIM FEES AND COSTS REQUESTED: $73,329.58
    a.    Fees:    $68,259.00
    b.    Expenses and Cost Advances (PLP&R):    $5,070.58
    d.    Time period covered:    12/01/2024 – 04/30/2025

IV.  BREAKOUT OF CURRENT APPLICATION

| Name | Bar Admission Date | Rate | Hours expended on case | Fees requested in the Nineth Fee Application |
|---|---|---|---|---|
| Randall A. Pulman | Nov. 1, 1986 | $500.00 | 14.1 | $7,050.00 |
| Leslie S. Hyman | Jun. 1, 1995 | $450.00 | 5.9 | $2,655.00 |
| W. Drew Mallender | Oct. 1, 1992 | $375.00 | 143.2 | $53,700.00 |
| Anna K. MacFarlane | Oct. 25, 2019 | $275.00 | 5.0 | $1,375.00 |
| Kerry Alleyne | Nov. 7, 2008 | $400.00 | 1.3 | $520.00 |
| Guarav Mankotia | Sept. 27, 2008 Bar Council of Delhi, India | $100.00 | 20.9 | $2,090.00 |
| Janell Thompson | Law Clerk | $110.00 | 7.9 | $869.00 |
| | | **Total:** | 198.3 | $68,259.00 |

MINIMUM FEE INCREMENTS: 0.1 HOURS

EXPENSES: $5,070.58 (Filing Fees, Photocopying and Postage associated with providing notices to creditors)

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION: $4,000.00

V.  PRIOR APPLICATIONS: First Interim Fee Application, Second Interim Fee Application, Third Interim Fee Application, Fourth Interim Fee Application, Fifth Interim Fee Application, Sixth Interim Fee Application, Seventh Interim Fee Application, and Eighth Interim Fee Application.

VI.  OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:

    a.    John Patrick Lowe, Chapter 7 Trustee ("**Trustee**").

VII.  RESULTS OBTAINED:

As reflected in the Nineth Interim Fee Application, PLP&R has provided legal services and has obtained favorable results for the Bankruptcy Estates in connection with the services provided to the Bankruptcy Estates. Among other things, PLP&R has: (1) Drafted a motion to substantively consolidate the eleven jointly administered bankruptcy cases; (2) Drafted Trustee's response/opposition to motion to abate the SEC Matter; (3) Drafted and served discovery

requests, drafted responses and objections to discovery requests, drafted motion for partial summary judgement, engaged in settlement negotiations, drafted settlement agreement and motion to approve compromise and settlement under Rule 9019, in connection with the Mark Zabinski adversary proceeding, recovering $85,000.00 to the Bankruptcy Estate; and (4) Drafted responses to discovery requests, conferred with opposing counsel regarding informal discovery, researched and responded to legal arguments raised in connection with the adversary action brought by Trustee against Carlile, Patchen & Murphy, LLP, a law firm that represented Debtor in connection with certain matters involving preparation and approval of Debtor's private placement memoranda.

Below is a chart summarizing fees, expenses and hours expended in the Bankruptcy Case by PLP&R by matter number.

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $11,687.50 | $5,070.58 | 29.60 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $2,325.00 | $0.00 | 5.00 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

3

| | | | | | |
|---|---|---|---|---|---|
| 1934.013 | Kenneth & Brownie Martin<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.015 | Financial Partners of<br>America<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.016 | INF Solutions LLC<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.017 | GM Consultants Group Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.019 | Alice Snell<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.020 | Carl & Paula Jarnecke/Trust<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.021 | D. Stien/Fidelity Mutual<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt<br>Grp<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.023 | PGH Advisors<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.024 | Jacob Proux<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $24,470.00 | $0.00 | 64.50 |
| 1934.027 | CMB/Wiley Carter<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.028 | Purpose Driven Fin. Servs.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.030 | Dennis Wirth, Agent Adv.<br>Grp.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4924-3902-3420, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 1934.033 | Randy Seymour<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.035 | RD and J, Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.036 | David Rosen<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.037 | Bob Patrick<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.039 | Agents Insur. Sales & Svv.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.040 | Hart Financial<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.043 | Steven Fortier<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.044 | David Obman<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment Advisors<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth Mgmt<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.053 | Domonic Cotton<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1934.054 | Flemming Financial Serv. Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | American Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $15,017.50 | $0.00 | 39.30 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.063 | Redacted Time | Policy Services, Inc., Case No. 21-51513 | $14,759.00 | $0.00 | 59.90 |
| | **Total:** | | **$68,259.00** | **$5,070.58** | **198.30** |

Dated: June 4, 2025

Respectfully submitted,

**PULMAN LEFLORE PULLEN & REED, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:   */s/Randall A. Pulman*
     Randall A. Pulman
     Texas State Bar No. 16393250
     rpulman@pulmanlaw.com
     W. Drew Mallender
     Texas State Bar No. 24118450
     dmallender@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

6

# EXHIBIT C

IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: January 20, 2022.

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL., | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

---

### ORDER ON THE APPLICATION OF TRUSTEE FOR AUTHORITY TO EMPLOY COUNSEL

---

Came on for consideration the *Application of Trustee for Authority to Employ Counsel* (the "**Application**")[1] filed by John Patrick Lowe, the Chapter 7 Trustee (the "**Trustee**") for the captioned jointly administered chapter 7 case. Based on the representations made in the Application and in the supporting *Affidavit of Randall A. Pulman in Support of the Application of Trustee for Authority to Employ Counsel*, the Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding

---

[1] Capitalized terms unless otherwise defined herein shall have the meaning as ascribed to them in the Application.

{00560537;1}

pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application approving the

employment of Pulman, Cappuccio & Pullen, LLP ("**PC&P**") is in the best interest of the Estate

and its creditors; (iv) PC&P holds no interest adverse to the Estate and is a disinterested person

under 11 U.S.C. § 101(14); (v) proper and adequate notice of the Application has been given and

no further notice is necessary; (vi) no objections to the Application have been filed; and (vii) based

upon the record herein, after due deliberation, good and sufficient cause exists for the granting of

the Application in all respects.

 **IT IS, THEREFORE, ORDERED** that pursuant to section 327(a) of the Bankruptcy

Code, the Trustee is authorized to employ PC&P with Randall A. Pulman to act as lead counsel to

represent him as Trustee in this Case effective as of December 20, 2021, in accordance with the

terms described in the Application, the engagement letter, and this Order, and to perform the

services described below:

a) to file pleadings with the court and to represent the Estate's interest in regard to any adversaries, appeals, or contested matters before this court and litigation in other courts, particularly with regard to the Estate's interest in various assets and the positions of secured and unsecured creditors, whether by motion, adversary action, turnover proceedings, or litigation activities of every description in other courts;

b) to investigate, analyze, institute and prosecute actions regarding determination and recovery of property of the Estate, including investigation and prosecution of determination and lien perfection, avoidance litigation as well as collection and liquidation of assets of the Estate, to the extent such activities would be economically beneficial to the Estate;

c) to assist the Trustee where necessary to negotiate and consummate non-routine sales or leases of the assets of the Estate, wherever they may be found, including sales free and clear of liens, claims and encumbrances, and to institute any necessary proceedings in regard thereto;

d) to institute and prosecute non-routine objections to exemptions and non-routine objections to proofs of claim;

e) to co-ordinate activities with the United States Trustee as appropriate in connection with issues of the integrity of the bankruptcy courts and procedures;

f) to aid in the representation of the Trustee in any litigation against Trustee in Trustee's official capacity;

g) to assist in resolution of sales of, and any title problems associated with, the Estate's property; and

h) to collect any judgments that may be entered in favor of the Estate; and

i) to assist in any other work requested by the Trustee.

**IT IS FURTHER ORDERED** that the Law Firm shall not be compensated by the bankruptcy Estate for performing duties required to be performed by the Trustee.

**IT IS FURTHER ORDERED** that if any supplemental declarations or affidavits are filed and served after entry of this Order, absent any objections within 21 days after the filing and service of such supplemental declarations or affidavits, PC&P's employment shall continue as authorized pursuant to this Order.

**IT IS FURTHER ORDERED** that PC&P shall be compensated upon appropriate application in accordance with Bankruptcy Code sections 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy of the Western District of Texas.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

**SUBMITTED BY:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Anna K. MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
**PROPOSED ATTORNEYS FOR JOHN PATRICK LOWE,**
**CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE**
**OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

# EXHIBIT D-1

# PULMAN LEFLORE  MCALLEN & REED LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

April 30, 2025

Invoice No.        267823
Account No.      1934.001

Page:     1

Deeproot - Policy Services, Inc. Case  No. 21-51523, et al

Interim Statement

### Fees

| Date | | | | Description | Rate | Hours | |
|------|---|---|---|-------------|------|-------|---|
| 04/20/2024 | WDM | B160 | A103 | Draft/revise Sixth Interim Fee Application, proposed Order, and Notice and Summary. | 375.00 | 4.40 | 1,650.00 |
| 12/04/2024 | WDM | B160 | A103 | Draft/revise 8th Interim Fee Application. | 375.00 | 1.40 | 525.00 |
| 12/05/2024 | WDM | B160 | A103 | Draft 8th Interim Fee Application. | 375.00 | 0.80 | 300.00 |
| 12/19/2024 | WDM | B160 | A103 | Draft 8th Interim Fee Application. | 375.00 | 0.30 | 112.50 |
| 12/20/2024 | WDM | B160 | A103 | Review billing statements for accuracy and reasonableness; prepare spreadsheet of fees and expenses; draft 8th Interim Fee Application, Notice and Summary, and proposed Order. | 375.00 | 4.10 | 1,537.50 |
| 12/23/2024 | WDM | B160 | A103 | Draft/revise 8th Interim Fee Application; email to Trustee for review and comment. | 375.00 | 0.60 | 225.00 |
| | RAP | B190 | A104 | Review of 8th Fee Application; office conference with D. Mallender regarding same. | 500.00 | 0.50 | 250.00 |
| 12/31/2024 | RAP | B190 | A104 | Final review and approval of 8th Fee Application. | 500.00 | 0.50 | 250.00 |
| 03/06/2025 | WDM | B190 | A103 | Draft/revise motion to substantively consolidate cases. Update legal research. Email Pat Lowe with questions regarding | | | |

Lowe, Pat (dprt)

Deeproot - Policy Services, Inc. Case No. 21-51523

Statement No. 267823
Account No 1934.001
Page: 2

| Date | Tkpr | Task | Code | Description | Rate | Hours | Amount |
|------|------|------|------|-------------|------|-------|--------|
| | | | | claims. Draft/revise proposed order. | 375.00 | 4.80 | 1,800.00 |
| 03/12/2025 | WDM | B190 | A103 | Draft/revise Motion for Substantive Consolidation; prepare exhibits to same. | 375.00 | 3.40 | 1,275.00 |
| 03/13/2025 | WDM | B190 | A103 | Draft/revise Motion for Substantive Consolidation | 375.00 | 1.60 | 600.00 |
| 04/04/2025 | RAP | B190 | A104 | Review of e-mail from Tuyo's counsel regarding co-plaintiff in suit; forward same to Lowe. | 500.00 | 0.50 | 250.00 |
| 04/08/2025 | RAP | B190 | A109 | Telephone conference with Jason McKinnie regarding TIC claim; review of documents; telephone conference with McKinnie and Lowe regarding same. | 500.00 | 1.00 | 500.00 |
| 04/14/2025 | RAP | B190 | A104 | Review of amended petition and documents supporting TIC claim. | 500.00 | 0.50 | 250.00 |
| 04/17/2025 | RAP | B190 | A104 | Review of e-mail from Tuyo counsel regarding co-plaintiff in suit; forward same to Lowe. | 500.00 | 0.50 | 250.00 |
| 04/23/2025 | RAP | B190 | A104 | Review of e-mail from Tuyo's counsel regarding TIC claim; respond to same. | 500.00 | 0.40 | 200.00 |
| 04/25/2025 | RAP | B190 | A104 | Review of e-mail from TuYo's counsel; telephone conference with Lowe regarding retention of special counsel. | 500.00 | 0.50 | 250.00 |
| 04/28/2025 | WDM | B190 | A103 | Draft 9th Interim Fee Application, draft notice and summary. | 375.00 | 3.00 | 1,125.00 |
| 04/29/2025 | RAP | B190 | A109 | Office conference with D. Mallender regarding preparation of Motion for Substantive Consolidation and Fee Application. | 500.00 | 0.30 | 150.00 |
| | WDM | B190 | A103 | Office conference with Randall A. Pulman regarding Motion for Substantive Consolidation and Fee Application; Review Motion for Substantive | | | |

Lowe, Pat (dprt)

Deeproot - Policy Services, Inc. Case  No. 21-51523

April 30, 2025

| | | | |
|---|---|---|---|
| Statement No. | | 267823 | |
| Account No | | 1934.001 | |
| Page: | | 3 | |

| | Rate | Hours | |
|---|---|---|---|
| Consolidation. | 375.00 | 0.50 | 187.50 |
| For Legal Services Rendered | | 29.60 | 11,687.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 4.70 | $500.00 | $2,350.00 |
| W. Drew Mallender | 24.90 | 375.00 | 9,337.50 |

### Advances

| Date | | | Description | Amount |
|---|---|---|---|---|
| 01/06/2025 | B110 | E108 | Postage - Mailout of 8th fee App - Blend Document Technologies #59263B | 1,351.87 |
| 02/04/2025 | B110 | E123 | Professional fees - 3rd Fee App - Greg T. Murray PLLC #13184 | 2,062.50 |
| 03/31/2025 | B110 | E108 | Postage - Mailout of 9019 (#342) - Blend Document Technologies #59477B | 1,656.21 |
| | | | Total Advances | 5,070.58 |
| | | | Total Current Work | 16,758.08 |
| | | | Previous Balance | $26,732.68 |
| | | | **Balance Due** | $43,490.76 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 16,758.08 | 0.00 | 0.00 | 0.00 | 0.00 | 26,732.68 |

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 5070.58 |
| B160 | Fee/Employment Applications | 4350.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 7337.50 | 0.00 |
| B100 | Administration | 11,687.50 | 5,070.58 |

Invoices are payable upon receipt.
To make a payment online, please visit https://www.pulmanlaw.com

# EXHIBIT D-2

# PULMAN LEFLORE, MULLEN & REED LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

April 30, 2025

Invoice No.     267824
Account No.    1934.002

Page:   1

(deeproot funds) SEC v. Robert J. Mueller, Deeproot Funds, L

Interim Statement

### Fees

| Date | TK | | | Description | Rate | Hours | |
|------|-----|------|------|-------------|------|-------|---|
| 12/12/2024 | LSH | B190 | A103 | Draft opposition to motion to stay and legal research regarding same. | 450.00 | 3.50 | 1,575.00 |
| | RAP | B190 | A104 | Office conference with L. Hyman and K. Alleyne regarding response to Motion to Abate SEC case; review and edit of draft response; final review and approval for filing. | 500.00 | 1.50 | 750.00 |
| | | | | For Legal Services Rendered | | 5.00 | 2,325.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Randall A. Pulman | 1.50 | $500.00 | $750.00 |
| Leslie Hyman | 3.50 | 450.00 | 1,575.00 |

Total Current Work     2,325.00

**Balance Due**     $2,325.00

### Task Code Summary

| | | Fees | Expenses |
|------|-------------|------|----------|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 2325.00 | 0.00 |
| B100 | Administration | 2,325.00 | 0.00 |

Lowe, Pat (dprt)

April 30, 2023

Statement No.     267824
Account No       1934.002
Page:                        2

(deeproot funds) SEC v. Robert J. Mueller, Deeproo

# EXHIBIT D-3
## to
# EXHIBIT D-25

**No fees or expenses**

# EXHIBIT D-26

# PULMAN LEFLORE PULLEN & REED LLP

### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX  78801

April 30, 2025

| | |
|---|---|
| Invoice No. | 267825 |
| Account No. | 1934.026 |

Page:   1

Claims against Mark Zabinski - Finder

Interim Statement

## Fees

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 12/02/2024 | AKM | B190 | A101 | Appear for and attend status conference. | 275.00 | 0.20 | 55.00 |
| | RAP | B190 | A109 | Appear for/attend - status conference. | 500.00 | 0.75 | 375.00 |
| 12/12/2024 | AKM | B190 | A101 | Prepare draft agreed scheduling order; research local rules regarding same. | 275.00 | 1.00 | 275.00 |
| 12/16/2024 | AKM | B190 | A101 | Review of scheduling order; emails to/from Mike Colvard approving same. | 275.00 | 0.80 | 220.00 |
| 12/17/2024 | AKM | B190 | A101 | Emails to/from Mike Colvard regarding scheduling order. | 275.00 | 0.30 | 82.50 |
| 01/09/2025 | AKM | B190 | A101 | Email to opposing counsel regarding deposition dates. | 275.00 | 0.20 | 55.00 |
| | AKM | B190 | A101 | Finalize and e-serve discovery requests. | 275.00 | 0.50 | 137.50 |
| | RAP | B190 | A108 | Office conference with A. MacFarlane regarding status; review of document requests; approval of same. | 500.00 | 0.50 | 250.00 |
| 01/13/2025 | AKM | B190 | A101 | Attention to emails regarding Zabinski deposition. | 275.00 | 0.30 | 82.50 |
| | RAP | B190 | A108 | Review of e-mail regarding depositions. | 500.00 | 0.20 | 100.00 |
| 01/16/2025 | AKM | B190 | A101 | Emails to/from Randall A. Pulman and opposing counsel regarding disclosures. | 275.00 | 0.50 | 137.50 |
| | AKM | B190 | A101 | Attention to emails regarding scheduling order. | 275.00 | 0.50 | 137.50 |

April 30, 2023

Lowe, Pat (dprt)

Statement No. 267825
Account No 1934.026
Page: 2

Claims against Mark Zabinski - Finder

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 01/30/2025 | WDM | B190 | A104 | Review pleadings and initial disclosures. | 375.00 | 0.80 | 300.00 |
| 02/04/2025 | WDM | B190 | A104 | Review/analyze discovery requests and pleadings; confer with Randall A. Pulman regarding scheduling deposition of defendant. | 375.00 | 0.80 | 300.00 |
| 02/10/2025 | RAP | B190 | A104 | Review of discovery responses; office conference with D. Mallender regarding same. | 500.00 | 0.30 | 150.00 |
| | WDM | B190 | A105 | Office conference with Randall A. Pulman regarding discovery responses | 375.00 | 0.20 | 75.00 |
| 02/11/2025 | WDM | B190 | A104 | Prepare email correspondence to opposing counsel regarding scheduling deposition. | 375.00 | 0.20 | 75.00 |
| 02/12/2025 | RAP | B190 | A108 | Review of financial statement and tax returns; e-mail to opposing counsel regarding same. | 500.00 | 0.50 | 250.00 |
| 02/20/2025 | WDM | B190 | A103 | Review pleadings to determine if amended or supplemental pleadings required. Draft objections and response to interrogatories. | 375.00 | 2.40 | 900.00 |
| 02/21/2025 | RAP | B190 | A104 | Office conference with D. Mallender regarding status and Motion for Summary Judgment; schedule depositions. | 500.00 | 0.20 | 100.00 |
| | WDM | B190 | A103 | Office meeting with Randall A. Pulman regarding drafting motion for partial summary judgement. Review and analysis of pleadings. Draft motion for partial summary judgement. | 375.00 | 3.70 | 1,387.50 |
| 02/24/2025 | WDM | B190 | A103 | Draft motion for partial summary judgment. Schedule deposition of Mr. Zabinski, Trustee, and Greg Murray. Review settlement proposal and email to Trustee. | 375.00 | 2.80 | 1,050.00 |
| | RAP | B190 | A108 | Review and approve deposition notice. | 500.00 | 0.20 | 100.00 |
| 02/25/2025 | WDM | B190 | A103 | Correspondence with opposing counsel | | | |

Lowe, Pat (dprt)

Claims against Mark Zabinski - Finder

Statement No.    267825
Account No      1934.026
Page:              3

| Date | | | | Description | Rate | Hours | |
|------|---|---|---|------|------|-------|---|
| | | | | regarding proposed settlement offer. Draft/edit motion for partial summary judgement. | 375.00 | 5.40 | 2,025.00 |
| | RAP | B190 | A108 | Office conference with D. Mallender regarding settlement offers. | 500.00 | 0.20 | 100.00 |
| 02/26/2025 | WDM | B190 | A103 | Draft/revise response to RFPs and Interrogatories. Draft motion for partial summary judgement. Tel with opposing counsel regarding Mr. Zabinski's settlement proposal | 375.00 | 5.30 | 1,987.50 |
| 02/27/2025 | WDM | B190 | A107 | Communicate (other outside counsel) regarding Trustee's counteroffer in settlement. Tel with Pat Lowe regarding same. | 375.00 | 0.60 | 225.00 |
| 02/28/2025 | WDM | B190 | A107 | Review Zabinski's counteroffer in settlement. Confer with Pat Lowe. Prepare counter offer. Correspondence with opposing counsel regarding settlement. | 375.00 | 0.80 | 300.00 |
| | WDM | B190 | A104 | Review client files for documents responsive to Defendant's RFPs. | 375.00 | 1.30 | 487.50 |
| 03/03/2025 | WDM | B190 | A107 | Review Defendant's counteroffer in settlement. Confer with Randall A. Pulman regarding same. Prepare Trustee's counteroffer in settlement. Email correspondence with opposing counsel regarding settlement. | 375.00 | 0.60 | 225.00 |
| | WDM | B190 | A103 | Draft/edit responses to Defendants first set of interrogatories. | 375.00 | 4.20 | 1,575.00 |
| | RAP | B190 | A104 | Review of settlement offers and counter-offers; office conference with D. Mallender regarding same. | 500.00 | 0.50 | 250.00 |
| 03/04/2025 | WDM | B190 | A103 | Draft/revise answers to to interrogatories. Respond to requests for production of documents. | 375.00 | 5.40 | 2,025.00 |
| | WDM | B190 | A103 | Review defendant's most recent settlement offer. Confer with Randall A. | | | |

April 30, 2025

Lowe, Pat (dprt)

Statement No.   267825
Account No   1934.026

Claims against Mark Zabinski - Finder

Page:   4

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | Pulman. Confer with Pat Lowe. Prepare counteroffer. Email correspondence with opposing counsel. | 375.00 | 0.60 | 225.00 |
| 03/05/2025 | WDM | B190 | A103 | Continue drafting responses to interrogatories and requests for production of documents. | 375.00 | 2.20 | 825.00 |
| | WDM | B190 | A103 | Draft/revise Settlement Agreement and Agreed Judgment. | 375.00 | 2.50 | 937.50 |
| | WDM | B190 | A103 | Draft/revise 9019 Motion and proposed order. | 375.00 | 2.00 | 750.00 |
| 03/06/2025 | WDM | B190 | A103 | Office conference with Randall A. Pulman. Draft/revise settlement agreement and order per Randall A. Pulman comments. | 375.00 | 2.60 | 975.00 |
| | RAP | B190 | A104 | Office conference with D. Mallender regarding terms of settlement accepted by Zabiniski; review and edit of settlement agreement. | 500.00 | 0.50 | 250.00 |
| 03/07/2025 | WDM | B190 | A103 | Draft/revise Settlement Agreement, 9019 Motion, and proposed order. Email correspondence with opposing counsel regarding settlement payment. Office conference with Randall A. Pulman regarding same. | 375.00 | 1.50 | 562.50 |
| 03/10/2025 | WDM | B190 | A103 | Edits to Settlement Agreement and proposed order. Email correspondence with opposing counsel regarding withdrawal/abatement of discovery requests and depositions. | 375.00 | 1.40 | 525.00 |
| | RAP | B190 | A104 | Receipt of wire transfer from Zabinski for settlement; office conference with D. Mallender regarding same. | 500.00 | 0.30 | 150.00 |
| 03/13/2025 | WDM | B190 | A103 | Draft/revise Rule 9019 Motion and proposed order; email to opposing counsel; confer with Randall A. Pulman regarding same. | 375.00 | 1.60 | 600.00 |

April 30, 2025

Lowe, Pat (dprt)

Statement No.    267825
Account No      1934.026
Page:                5

Claims against Mark Zabinski - Finder

| Date | TK | Task | Activity | Description | Rate | Hours | |
|------|----|----|----|-------------|------|-------|---|
| 03/17/2025 | WDM | B190 | A104 | Review/analyze and respond to comments from opposing counsel regarding settlement agreement and rule 9019 Motion. | 375.00 | 1.50 | 562.50 |
| 03/18/2025 | WDM | B190 | A107 | Communicate (other outside counsel) regarding settlement. | 375.00 | 0.20 | 75.00 |
| 03/19/2025 | WDM | B190 | A103 | Draft/revise settlement agreement, prepare for execution. Email correspondence with opposing counsel and Trustee regarding execution of documents. | 375.00 | 1.00 | 375.00 |
| 03/24/2025 | WDM | B120 | A103 | Compile final execution copies of settlement agreement and exhibits for filing, and prepare rule 9019 motion for filing. Email correspondence with M. Colvard regarding settlement agreement, filing of rule 9019 motion. Email to Trustee regarding same. | 375.00 | 2.00 | 750.00 |
| 03/25/2025 | WDM | B120 | A103 | Email correspondence with Trustee regarding comments to rule 9019 motion; revise motion. | 375.00 | 0.50 | 187.50 |
| 04/25/2025 | RAP | B190 | A104 | Review of exhibit list for hearing on 9019 Motion; office conference with staff regarding same. | 500.00 | 0.50 | 250.00 |
| | WDM | B190 | A103 | Prepare witness list for hearing. | 375.00 | 0.20 | 75.00 |
| 04/29/2025 | RAP | B190 | A109 | Attend hearing on 9019 settlement motion. | 500.00 | 1.00 | 500.00 |
| | WDM | B190 | A103 | Review settlement agreement and respond to question from court regarding dismissal of adversary. | 375.00 | 0.20 | 75.00 |
| | | | | For Legal Services Rendered | | 64.45 | 24,445.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Randall A. Pulman | 5.65 | $500.00 | $2,825.00 |
| W. Drew Mallender | 54.50 | 375.00 | 20,437.50 |

April 30, 2025

Lowe, Pat (dprt)

Statement No.   267825
Account No     1934.026
Page:                6

Claims against Mark Zabinski - Finder

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anna K. MacFarlane | 4.30 | 275.00 | 1,182.50 |

Total Current Work                                                      24,445.00

**Balance Due**                                                        $24,445.00

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B120 | Asset Analysis and Recovery | 937.50 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 23507.50 | 0.00 |
| B100 | Administration | 24,445.00 | 0.00 |

### Client Funds

| | | |
|---|---|---|
| | Beginning Client Funds Balance | $14,166.67 |
| 04/29/2025 | Withdrawal from client funds to J. Patrick Lowe, Chapter 7 Trustee | -14,166.67 |
| | Ending Client Funds Balance | $0.00 |

Invoices are payable upon receipt.
To make a payment online, please visit https://www.pulmanlaw.com

# EXHIBIT D-27

## to

# EXHIBIT D-60

## No fees or expenses

# EXHIBIT D-61

# PULMAN LEFLORE MULLEN & REED LLP

### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

April 30, 2025

Invoice No.         267826
Account No.       1934.061

Page:       1

Claims against Carlile, Patchen & Murphy, LLP

Interim Statement

### Fees

| Date | | | | Description | Rate | Hours | |
|------|---|---|---|-------------|------|-------|---|
| 08/28/2024 | RAP | B190 | A109 | Office conference with L. Hyman regarding discovery issues. | 500.00 | 0.20 | 100.00 |
| 12/02/2024 | AKM | B190 | A101 | Appear for and attend status conference. | 275.00 | 0.20 | 55.00 |
| 12/17/2024 | LSH | B190 | A104 | Review/analyze discovery requests from opposing counsel to identify documents to potentially produce. | 450.00 | 1.40 | 630.00 |
| | LSH | B190 | A102 | Review correspondence from opposing counsel regarding Ohio statute of repose and legal research regarding same. | 450.00 | 1.00 | 450.00 |
| 01/10/2025 | WDM | B190 | A104 | Review/analyze pleadings, discovery requests and related correspondence. Review responsive documents. | 375.00 | 1.80 | 675.00 |
| 01/17/2025 | WDM | B190 | A104 | Review discovery requests and related correspondence and emails concerning agreed response/production. | 375.00 | 1.50 | 562.50 |
| 01/20/2025 | WDM | B190 | A104 | Review files for documents responsive to production requests. | 375.00 | 3.70 | 1,387.50 |
| 01/21/2025 | WDM | B190 | A104 | Review and analysis of files and compile documents responsive to production requests. | 375.00 | 3.50 | 1,312.50 |
| 01/22/2025 | WDM | B190 | A104 | Review/analyze documents to be | | | |

Lowe, Pat (dprt)

Statement No. 267826
Account No 1934.061
Page: 2

Claims against Carlile, Patchen & Murphy, LLP

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | produced; privilege review. | 375.00 | 4.90 | 1,837.50 |
| 01/23/2025 | WDM | B190 | A104 | Review/analyze documents to be produced. | 375.00 | 0.90 | 337.50 |
| 01/28/2025 | WDM | B190 | A104 | Review/analyze opposing counsel's arguments concerning choice of law, Ohio statute of repose. Legal research regarding same. | 375.00 | 2.40 | 900.00 |
| 01/29/2025 | WDM | B190 | A104 | Continue legal research. Draft response to opposing counsel's letter regarding Ohio statute of repose | 375.00 | 4.80 | 1,800.00 |
| 01/30/2025 | WDM | B190 | A104 | Legal research regarding statute of limitations, discovery rule. Draft/edit letter to opposing counsel | 375.00 | 2.20 | 825.00 |
| 02/04/2025 | WDM | B190 | A104 | Confer with L. Hyman regarding document production. Review documents to be produced for privilege, etc. | 375.00 | 0.80 | 300.00 |
| 02/05/2025 | WDM | B190 | A104 | Review/analyze documents to be produced per agreement with opposing counsel. | 375.00 | 0.80 | 300.00 |
| 02/20/2025 | WDM | B190 | A103 | Review and analysis of documents to be produced per agreement of parties. | 375.00 | 1.60 | 600.00 |
| 03/07/2025 | WDM | B190 | A103 | Review and analysis of responsive documents to be produced per informal discovery. Research status of SEC case and Mueller criminal case as relates to abatement of CPM adversary. Prepare memo to Randall A. Pulman | 375.00 | 2.90 | 1,087.50 |
| 03/17/2025 | WDM | B190 | A103 | Draft/revise letter to opposing counsel regarding informal discovery. | 375.00 | 0.30 | 112.50 |
| 03/26/2025 | WDM | B190 | A102 | Research and review status of Mueller cases in preparation for status conference. | 375.00 | 0.60 | 225.00 |
| | WDM | B190 | A102 | Legal research concerning lien priority. | 375.00 | 1.80 | 675.00 |

April 30, 2025

Lowe, Pat (dprt)

| | |
|---|---|
| Statement No. | 267826 |
| Account No | 1934.061 |
| Page: | 3 |

Claims against Carlile, Patchen & Murphy, LLP

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 03/31/2025 | WDM | B190 | A105 | Meet with Randall A. Pulman to discuss status of case. | 375.00 | 0.20 | 75.00 |
| | RAP | B190 | A105 | Office conference with Drew Mallender regarding status of case. | 500.00 | 0.20 | 100.00 |
| 04/07/2025 | RAP | B190 | A103 | Telephone conference with opposing counsel regarding status of conference. | 500.00 | 0.30 | 150.00 |
| | KA | B110 | A101 | Prepare for and attend  hearing on Status Report. | 0.00 | 1.30 | 0.00 |
| | | | | For Legal Services Rendered | | 39.30 | 14,497.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 0.70 | $500.00 | $350.00 |
| W. Drew Mallender | 34.70 | 375.00 | 13,012.50 |
| Anna K. MacFarlane | 0.20 | 275.00 | 55.00 |
| Kerry Alleyne | 1.30 | 0.00 | 0.00 |
| Leslie Hyman | 2.40 | 450.00 | 1,080.00 |

Total Current Work                                                     14,497.50

**Balance Due**                                                     $14,497.50

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 14497.50 | 0.00 |
| B100 | Administration | 14,497.50 | 0.00 |

Invoices are payable upon receipt.
To make a payment online, please visit https://www.pulmanlaw.com

# EXHIBIT 62

## No fees or expenses

# EXHIBIT D-63

# PULMAN LEFLORE McCULLEN & REED LLP
### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

April 30, 2025

Invoice No.          267827
Account No.       1934.063

Page:      1

Redacted Time

Interim Statement

## Fees

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 10/06/2022 | PE | B110 | A103 | Prepare motion for Substantive Consolidation | 100.00 | 3.00 | 300.00 |
| 10/10/2022 | PE | B110 | A103 | Continue research prepare Motion for Substantive Consolidation | 100.00 | 2.00 | 200.00 |
| 11/01/2022 | PE | B110 | A103 | continue research and prepare motion on Substantive Consolidation along with a proposed order | 100.00 | 4.00 | 400.00 |
| | PE | B110 | A105 | Communicate (in firm) with Randall A. Pulman and W. Drew Mallender regarding Motion on Substantive Consolidation | 100.00 | 0.50 | 50.00 |
| | PE | B110 | A105 | Email Randall A. Pulman and W. Drew Mallender Motion on Substantive Consolidation | 100.00 | 0.10 | 10.00 |
| | PE | B110 | A101 | prepare proposed order and exhibits-motion for substantive consolidation | 100.00 | 1.00 | 100.00 |
| | PE | B110 | A101 | Research on the case laws on substantive consolidation | 100.00 | 3.00 | 300.00 |
| 11/02/2022 | WDM | B110 | A104 | Review and comment on Motion for Substantive Consolidation.  Meet with Garauv Mankotia regarding same. | 375.00 | 0.50 | 187.50 |
| | PE | B110 | A101 | Confer with W. Drew Mallender for motion on substantive consolidation | 100.00 | 0.30 | 30.00 |
| | PE | B110 | A101 | Amend motion for substantive | | | |

Lowe, Pat (dprt)

Redacted Time

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | consolidation along with proposed order | 100.00 | 2.00 | 200.00 |
| 11/03/2022 | PE | B110 | A101 | Continue prepare motion for substantive consolidation along with proposed order | 100.00 | 3.00 | 300.00 |
| 11/04/2022 | PE | B110 | A101 | Continue prepare final draft motion for substantive consolidation along with proposed order | 100.00 | 2.00 | 200.00 |
| 01/11/2023 | WDM | B190 | A104 | Review/analyze legal research concerning substantive consolidation. | 375.00 | 2.80 | 1,050.00 |
| 01/12/2023 | WDM | B190 | A103 | Draft/revise motion for substantive consolidation. | 375.00 | 2.70 | 1,012.50 |
| 01/16/2023 | WDM | B190 | A103 | Draft/revise motion for substantive consolidation. | 375.00 | 4.80 | 1,800.00 |
| 01/17/2023 | WDM | B190 | A103 | Draft/revise motion for substantive consolidation. | 375.00 | 7.50 | 2,812.50 |
| 01/18/2023 | WDM | B190 | A103 | Draft/revise Motion for Substantive Consolidation.  Meet with Randall A. Pulman regarding same. | 375.00 | 3.80 | 1,425.00 |
| | RAP | B190 | A105 | In office conference w W. Drew Mallender regarding motion to consolidate cases. | 500.00 | 0.20 | 100.00 |
| 01/19/2023 | RAP | B110 | A108 | Review and edit of Motion to Consolidate cases. | 500.00 | 0.80 | 400.00 |
| | WDM | B190 | A103 | Draft/revise Motion for Substantive Consolidation. | 375.00 | 2.00 | 750.00 |
| 01/20/2023 | WDM | B190 | A103 | Draft/revise proposed Order granting Motion for Substantive Consolidation. Email Motion and Order to Trustee for review and comment. | 375.00 | 0.60 | 225.00 |
| 01/23/2023 | WDM | B190 | A103 | Draft/revise Motion for Substantive Consolidation and proposed Order. | 375.00 | 3.30 | 1,237.50 |
| | WDM | B190 | A101 | Confer with Anna MacFarlane regarding Motion for Substantive Consolidation. | 375.00 | 0.20 | 75.00 |

Lowe, Pat (dprt)

Redacted Time

April 30, 2023

Statement No.  267827
Account No  1934.063
Page:  3

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | AKM | B190 | A101 | Confer with W. Drew Mallender regarding substantive consolidation. | 275.00 | 0.20 | 55.00 |
| 01/24/2023 | WDM | B190 | A103 | Draft/revise Motion for substantive consolidation. | 375.00 | 0.40 | 150.00 |
| | WDM | B190 | A103 | Prepare motion for substantive consolidation and exhibits for filing with Court. | 375.00 | 0.50 | 187.50 |
| | RAP | B190 | A104 | Review and edit of Motion for Substantive Consolidation; office conference with D. Mallender regarding same. | 500.00 | 0.50 | 250.00 |
| 01/26/2023 | PR3 | B110 | A110 | Preparing label matrix for Motion Substantive Consolidation. | 110.00 | 3.90 | 429.00 |
| 01/27/2023 | PR3 | B110 | A110 | Preparing label matrix for Motion Substantive Consolidation. | 110.00 | 4.00 | 440.00 |
| | AKM | B190 | A101 | Internal conference regarding substantive consolidation and complaints. | 275.00 | 0.30 | 82.50 |
| | | | | For Legal Services Rendered | | 59.90 | 14,759.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 1.50 | $500.00 | $750.00 |
| W. Drew Mallender | 29.10 | 375.00 | 10,912.50 |
| Anna K. MacFarlane | 0.50 | 275.00 | 137.50 |
| PARA-3 | 7.90 | 110.00 | 869.00 |
| Prior Employees | 20.90 | 100.00 | 2,090.00 |

Total Current Work     14,759.00

**Balance Due**     $14,759.00

Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 3546.50 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 11212.50 | 0.00 |
| B100 | Administration | 14,759.00 | 0.00 |

Lowe, Pat (dprt)

Redacted Time

April 30, 2023

Statement No.      267827
Account No       1934.063
Page:                    4

Invoices are payable upon receipt.
To make a payment online, please visit https://www.pulmanlaw.com