# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−51523−mmp
Chapter No.: 7
Judge: Michael M Parker

IN RE: **deeproot Capital Management, LLC and deeproot Capital Management, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **6/24/25 at 09:30 AM**

Hearing to Consider and Act Upon the Following:(IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 356 Interim Application for Compensation $68,259.00 and Expenses $5,070.58, for December 1, 2024 to April 30, 2025 filed by Randall A. Pulman for Attorney Pulman LeFlore Pullen & Reed LLP, Trustee John Patrick Lowe, 357 Motion to Substantively Consolidate filed by Randall A. Pulman for Trustee John Patrick Lowe) Hearing Scheduled For 6/24/2025 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 6/5/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKaplc]