IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

---

**TRUSTEE'S WITNESS AND EXHIBIT LIST FOR JUNE 24 ,2025 HEARINGS ON:**
**[1] NINTH INTERIM APPLICATION FOR ALLOWANCE OF HOURLY LEGAL FEES FOR**
**PULMAN LEFLORE PULLEN & REED LLP, AS COUNSEL TO THE TRUSTEE FOR THE**
**TIME PERIOD OF DECEMBER 1, 2024 TO APRIL 30, 2025; AND**
**[2] MOTION FOR SUBSTANTIVE CONSOLIDATION**
**[RELATING TO DKT. NOS. 356 AND 357 IN LEAD CASE]**

---

John Patrick Lowe, Chapter 7 Trustee ("**Trustee**"), files this Witness and Exhibit List for

the June 24, 2025 Hearings scheduled, relating to the matters listed below.

**MATTERS TO BE HEARD**:

- *Ninth Interim Application for Allowance of Hourly Legal Fees and Expenses for Pulman LeFlore Pullen & Reed, LLP, as Counsel to the Trustee for the Time Period of December 1, 2024 to April 30, 2025* [Dkt. No. 356] (the "Ninth Fee Application")

AND

- *Motion for Substantive Consolidation* [Dkt. No. 357 in Lead Case 21-51523] (the "Motion")

**TRUSTEE'S WITNESSES:**

Trustee designates the following witnesses:

1. J. Patrick "Pat" Lowe, Chapter 7 Trustee of the jointly administered bankruptcy estates;
2. Gregory Murray, CPA, court authorized accountant for Trustee;
3. Randall A. Pulman, Esq., counsel for Chapter 7 Trustee;

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a **Bankruptcy Estate**" or "**Estate**" and collectively, the "**Bankruptcy Estates" or "Estates**".

4.  Any witness called or designated by any other party;
5.  Any rebuttal or impeachment witnesses, as necessary; and
6.  Any person present at the Hearings (live or via WebEx)

Trustee reserves the right to amend or supplement this list at any time prior to the hearing.

## TRUSTEE'S EXHIBITS

- Trustee requests that the Court take judicial notice of the exhibits attached to the *Ninth Interim Application for Allowance of Hourly Legal Fees and Expenses for Pulman LeFlore Pullen & Reed, LLP, as Counsel to the Trustee for the Time Period of December 1, 2024 to April 30, 2025* [Dkt. No. 356] for use at the hearing on the Ninth Fee Application.

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Organizational Chart [Exhibit B to *Motion for Substantive Consolidation*, Dkt. 357 in Lead Case] | | | | |
| 2 | 2013 Balance Sheet for joint debtor Policy Services, Inc., Case No. 21-51513 [Exhibit C to *Motion for Substantive Consolidation*, Dkt. 357 in Lead Case] | | | | |
| 3 | Annual YE Balance Sheet 2013 – 2021 for joint debtor deeproot Funds, LLC, Case No. 21-51521 [Exhibit D to *Motion for Substantive Consolidation*, Dkt. 357 in Lead Case] | | | | |
| 4 | Account Balance and Claims Register Totals for all 11 jointly administered cases [Exhibit E to *Motion for Substantive Consolidation*, Dkt. 357 in Lead Case] | | | | |
| 5 | Report of Greg T. Murray CPA, PLLC, dated 6/30/2023 | | | | |
| 6 | Trustee Form 2 for joint debtor Policy Services, Inc. 21-51513 | | | | |

4926-1579-6559, v. 2

| 7 | Claims Register Summary for joint debtor Policy Services, Inc. 21-51513 | | | | |
| 8 | Trustee Form 2 for joint debtor Wizard Mode Media LLC 21-51514 | | | | |
| 9 | Claims Register Summary for joint debtor Wizard Mode Media LLC 21-51514 | | | | |
| 10 | Trustee Form 2 for joint debtor deeproot Pinball, LLC 21-51515 | | | | |
| 11 | Claims Register Summary for joint debtor deeproot Pinball, LLC 21-51515 | | | | |
| 12 | Trustee Form 2 for joint debtor deeproot Growth Runs Deep Fund, LLC 21-51516 | | | | |
| 13 | Claims Register Summary for joint debtor deeproot Growth Runs Deep Fund, LLC 21-51516 | | | | |
| 14 | Trustee Form 2 for joint debtor deeproot 575 Fund LLC 21-51517 | | | | |
| 15 | Claims Register Summary for joint debtor deeproot 575 Fund LLC 21-51517 | | | | |
| 16 | Trustee Form 2 for joint debtor deeproot 3 Year Bonus Income Fund LLC 21-51518 | | | | |
| 17 | Claims Register Summary for joint debtor deeproot 3 Year Bonus Income Fund LLC 21-51518 | | | | |
| 18 | Trustee Form 2 for joint debtor deeproot BonusGrowth 5 Year Debenture Fund, LLC  21-51519 | | | | |
| 19 | Claims Register Summary for joint debtor deeproot BonusGrowth 5 Year Debenture Fund, LLC  21-51519 | | | | |
| 20 | Trustee Form 2 for joint debtor deeproot Tech LLC 21-51520 | | | | |
| 21 | Claims Register Summary for joint debtor deeproot Tech LLC 21-51520 | | | | |
| 22 | Trustee Form 2 for joint debtor deeproot Funds LLC 21-51521 | | | | |
| 23 | Claims Register Summary for joint debtor deeproot Funds LLC 21-51521 | | | | |

4926-1579-6559, v. 2

| | | | | | |
|---|---|---|---|---|---|
| 24 | Trustee Form 2 for joint debtor deeproot Studios LLC 21-51522 | | | | |
| 25 | Claims Register Summary for joint debtor deeproot Studios LLC 21-51522 | | | | |
| 26 | Trustee Form 2 for joint debtor deeproot Capital Management, LLC Policy Services, Inc. 21-51523 [LEAD CASE] | | | | |
| 27 | Claims Register Summary for joint debtor deeproot Capital Management, LLC Policy Services, Inc. 21-51523 [LEAD CASE] | | | | |
| 28 | PLPR Invoices to support relief requested in Ninth Fee Application [Exhibits D-1 through D-63 to Dkt. No. 356 in Lead Case 21-51523] | | | | |
| | | | | | |
| | Any exhibits listed by any other party | | | | |
| | Any rebuttal or impeachment exhibits | | | | |

Trustee reserve the right to amend or supplement this list at any time prior to the hearing.

Dated: June 19, 2025

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:/s/ Randall A. Pulman
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve the document to the following parties requesting notice; a copy of the exhibits will also be provided via email to these same parties.

***Via Counsel CM/ECF:***
*catherine.curtis@wickphillips.com*
*;jason.rudd@wickphillips.com*
Policy Services, Inc
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

***Via Counsel Via CM/ECF:***
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020
Debtor's Counsel

***Via CM/ECF:*** *pat.lowe.law@gmail.com*
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

***Via CM/ECF:***
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Catherine A. Curtis/Jason M. Rudd
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

***Via CM/ECF:***
*USTPRegion07.SN.ECF@usdoj.gov*
*Aubrey.thomas@usdoj.gov*
United States Trustee - SA12
US Trustee's Office (Aubrey Thomas)
615 E Houston, Suite 533
San Antonio, TX 78295-1539

***Via CM/ECF:*** *rbattaglialaw@outlook.com*
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

***Via CM/ECF:*** *jpetree@mcslaw.com*
Jonathan Petree
McGuire, Craddock & Strother, P.C
500 N. Akard Street Suite 2200
Dallas, TX 75201

***Via CM/ECF:*** *jdunne@smfadlaw.com*
John C Dunne
SMFAD Law
1001 McKinney Street #1100
Houston, TX 77002

***Via CM/ECF:*** *bk-cmurphy@oag.texas.gov*
Texas Workforce Commission
c/o Christopher S. Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

***Via CM/ECF:*** *pautry@branscomblaw.com*
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

***Via CM/ECF:*** *lmjurek@jureklaw.com*
Lynn M. Jurek
The Jurek Law Broup, PLLC
4309 Yoakum Blvd.
Houston, TX  77006

***Via CM/ECF:*** *achale@halewoodlaw.com*
Craig Hale
HALE | WOOD PLLC
4766 Holladay Blvd.
Holladay, Utah 84117

4926-1579-6559, v. 2

*Via CM/ECF:*
*stephen.humeniuk@lockelord.com*
Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, TX 78701

*Via CM/ECF:* *tcunningham@lockelord.com*
Thomas J. Cunningham
LOCKE LORD LLP
777 S. Flalger Dr., Suite 215
West Palm Beach, FL

*Via CM/ECF:* *jkathman@spencerfane.com;*
*msegura@spencerfane.com*
Jason Kathman
Misty Segura
Spencer Fane, LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024

*Randall A. Pulman*
Randall A. Pulman