*#356 Interim Application for Compensation $68,259.00 and Expenses $5,070.58, For December 1, 2024, To April 30, 2025, filed by Randall A. Pulman for Attorney Pulman LeFlore Pullen & Reed LLP, Trustee John Patrick Lowe.*

*#357 Motion to Substantively Consolidate filed by Randall A. Pulman for Trustee John Patrick Lowe.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Deeproot Capital Management, LLC. Vs. Ch. 7 Trustee | | DISTRICT COURT Western (SAN ANTONIO) |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Jason Rudd | DEFENDANT'S ATTORNEY<br><br>Randall Pulman | DOCKET NUMBER<br>21-51523 P-7 |
| | FILED | TRIAL DATE(S)<br>June 24, 2025 |
| PRESIDING JUDGE<br><br>MICHAEL M. PARKER | ELECTRONIC COURT RECORDING OPERATOR<br>Bianca Salinas | COURTROOM DEPUTY<br><br>DEANNA CASTLEBERRY |

JUN 2 4 2025
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | W/1 | 06/24/25 | ------ | -------- | **JOHN PATRICK LOWE** |
| | 1 | 06/24/25 | XXXX | 06/24/25 | Organizational Chart [Exhibit B to Motion for Substantive Consolidation, Dkt. 357 in Lead Case] |
| | 2 | 06/24/25 | XXXX | 06/24/25 | 2013 Balance Sheet for joint debtor Policy Services, Inc., Case No. 21-51513 [Exhibit C to Motion for Substantive Consolidation, Dkt. 357 in Lead Case] |
| | 3 | 06/24/25 | XXXX | 06/24/25 | Annual YE Balance Sheet 2013 –2021 for joint debtor Deeproot Funds, LLC, Case No. 21-51521 [Exhibit D to Motion for Substantive Consolidation, Dkt. 357 in Lead Case] |
| | 4 | 06/24/25 | XXXX | 06/24/25 | Account Balance and Claims Register Totals for all 11 jointly administered cases [Exhibit E to Motion for Substantive Consolidation, Dkt. 357 in Lead Case] |
| | 5 | 06/24/25 | XXXX | 06/24/25 | Report of Greg T. Murray CPA, PLLC, dated 6/30/2023 |
| | 6 | 06/24/25 | XXXX | 06/24/25 | Trustee Form 2 for joint debtor Policy Services, Inc. 21-51513 |

| | | | | |
|---|---|---|---|---|
| 7 | 06/24/25 | XXXX | 06/24/25 | Claims Register Summary for joint debtor Policy Services, Inc. 21-51513 |
| 8 | 06/24/25 | XXXX | 06/24/25 | Trustee Form 2 for joint debtor Wizard Mode Media LLC 21-51514 |
| 9 | 06/24/25 | XXXX | 06/24/25 | Claims Register Summary for joint debtor Wizard Mode Media LLC 21-51514 |
| 10 | 06/24/25 | XXXX | 06/24/25 | Trustee Form 2 for joint debtor deeproot Pinball, LLC 21-51515 |
| 11 | 06/24/25 | XXXX | 06/24/25 | Claims Register Summary for joint debtor deeproot Pinball, LLC 21-51515 |
| 12 | 06/24/25 | XXXX | 06/24/25 | Trustee Form 2 for joint debtor deeproot Growth Runs Deep Fund, LLC 21-51516 |
| 13 | 06/24/25 | XXXX | 06/24/25 | Claims Register Summary for joint debtor deeproot Growth Runs Deep Fund, LLC 21-51516 |
| 14 | 06/24/25 | XXXX | 06/24/25 | Trustee Form 2 for joint debtor deeproot 575 Fund LLC 21-51517 |
| 15 | 06/24/25 | XXXX | 06/24/25 | Claims Register Summary for joint debtor deeproot 575 Fund LLC 21-51517 |
| 16 | 06/24/25 | XXXX | 06/24/25 | Trustee Form 2 for joint debtor deeproot 3 Year Bonus Income Fund LLC 21-51518 |
| 17 | 06/24/25 | XXXX | 06/24/25 | Claims Register Summary for joint debtor deeproot 3 Year Bonus Income Fund LLC 21-51518 |
| 18 | 06/24/25 | XXXX | 06/24/25 | Trustee Form 2 for joint debtor deeproot BonusGrowth 5 Year Debenture Fund, LLC 21-51519 |
| 19 | 06/24/25 | XXXX | 06/24/25 | Claims Register Summary for joint debtor deeproot BonusGrowth 5 Year Debenture Fund, LLC 21-51519 |
| 20 | 06/24/25 | XXXX | 06/24/25 | Trustee Form 2 for joint debtor deeproot Tech LLC 21-51520 |
| 21 | 06/24/25 | XXXX | 06/24/25 | Claims Register Summary for joint debtor deeproot Tech LLC 21-51520 |
| 22 | 06/24/25 | XXXX | 06/24/25 | Trustee Form 2 for joint debtor deeproot Funds LLC 21-51521 |
| 23 | 06/24/25 | XXXX | 06/24/25 | Claims Register Summary for joint debtor deeproot Funds LLC 21-51521 |

| | | | | |
|---|---|---|---|---|
| 24 | 06/24/25 | XXXX | 06/24/25 | **Trustee Form 2 for joint debtor deeproot Studios LLC 21-51522** |
| 25 | 06/24/25 | XXXX | 06/24/25 | **Claims Register Summary for joint debtor deeproot Studios LLC 21-51522** |
| 26 | 06/24/25 | XXXX | 06/24/25 | **Trustee Form 2 for joint debtor deeproot Capital Management, LLC Policy Services, Inc. 21-51523 [LEAD CASE]** |
| 27 | 06/24/25 | XXXX | 06/24/25 | **Claims Register Summary for joint debtor deeproot Capital Management, LLC Policy Services, Inc. 21-51523 [LEAD CASE]** |
| 28 | 06/24/25 | XXXX | 06/24/25 | **PLPR Invoices to support relief requested in Ninth Fee Application [Exhibits D-1 through D-63 to Dkt. No. 356 in Lead Case 21-51523]** |
| | | | | |
| W/2 | 06/24/25 | ------- | --------- | **GREG MURRAY** |
| | | | | |
| | | | | |
| | | | | |