**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 25, 2025**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § § | SUBSTANTIVELY CONSOLIDATED |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S
MOTION FOR SUBSTANTIVE CONSOLIDATION**

On this date, the Court conducted a hearing on the motion of John Patrick Lowe, the Chapter 7 Trustee ("**Trustee**") of the eleven Bankruptcy Estates being jointly administered under lead case *deeproot Capital Management, LLC, et al*., Case No. 21-51523-mmp, for an Order

---

[1] The substantively consolidated chapter 7 cases, along with their respective case numbers are: In Re: Policy Services, Inc. 21-51513, In Re: Wizard Mode Media, LLC, 21-51514, In Re : deeproot Pinball LLC, 21-51515, In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516, In Re : deeproot 575 Fund, LLC, 21-51517, In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518, In Re: deeproot Bonus Growth *5* Year Debenture Fund, LLC, 21-51519, In Re: deeproot Tech LLC, 21-51520, In Re: deeproot Funds LLC, 21-51521, In Re: deeproot Studios LLC , 21-51522, and Lead Case In Re: deeproot Capital Management, LLC, 21-51523, each a "**Bankruptcy Estate**" or "**Estate**" and collectively, the "**Bankruptcy Estates**" or "**Estates**".

granting *Chapter 7 Trustee's Motion for Substantive Consolidation* ("**Motion**").[2] The Court has reviewed the Motion and has heard the evidence in support of the relief requested therein at a hearing before the Court (the "**Hearing**"). The Court considered any objections to the Motion, each of which are overruled, resolved, or withdrawn; and including the announcements and agreements stated on the record at the hearing, the Court has determined that the legal and factual basis set forth in the Motion at the hearing established just cause for the relief granted herein. After due deliberation the Court finds that:

1. <u>Jurisdiction and Venue</u>. This Court has jurisdiction over this bankruptcy case and the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 105(a). This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M). Venue is proper in this district pursuant to 28 U.S.C. §§ 148 and 1409(a).

2. <u>Statutory Predicate</u>. The statutory predicates for the relief sought in the Motion is Section 105(a) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") 2002 and 9007, and the applicable Local Rules for the United States Bankruptcy Court for the Western District of Texas (the "**Local Rules**").

3. <u>Final Order</u>. This order approving the Motion (the "**Order**") constitutes a final order with the meaning of 28 U.S.C. § 158(a). The Court expressly finds that there is no just reason for the delay in the implementation of this Order, waives any stay, and expressly directs entry of the Order as set forth herein. This Order shall be effective and enforceable immediately upon entry.

4. <u>Notice</u>. As evidenced by the certificates of service filed with this Court, based upon the record of the case and representations of counsel at the Hearing: (i) in accordance with inter

---

[2] Capitalized terms, unless otherwise defined herein, shall have the meaning ascribed to them in the Motion.

alia, Bankruptcy Rule 2002, due proper, timely, adequate and sufficient notice of the Motion has been provided; (ii) no other or further notice need be provided; (iii) such notice was and is good, sufficient and appropriate under the circumstances of these bankruptcy cases; and (iv) no other or further notice of the Motion is or shall be required.

5. <u>Opportunity to Object</u>. A reasonable opportunity to object and to be heard with respect to the Motion and the relief requested therein has been given to all interested persons and entities, including, without limitation, the Office of the United States Trustee, all applicable federal, state and local regulatory or taxing authorities, and the Debtors and all parties on the most current service list.

**ACCORDINGLY, IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that:

1. <u>Motion Granted</u>. The Motion and the relief requested therein is GRANTED AND APPROVED, as set forth herein and on the record at the Hearing, which is incorporated herein in its entirety.

2. <u>Substantive Consolidation</u>. The jointly administered chapter 7 cases of In Re: Policy Services, Inc. Case No. 21-51513; In Re: Wizard Mode Media, LLC, Case No. 21-51514; In Re: deeproot Pinball LLC, Case No. 21-51515; In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516; In Re: deeproot 575 Fund, LLC, Case No. 21-51517; In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, Case No. 21-51518; In Re: deeproot Bonus Growth *5* Year Debenture Fund, LLC, Case No. 21-51519; In Re: deeproot Tech LLC, Case No. 21-51520; In Re: deeproot Funds LLC, Case No. 21-51521; In Re: deeproot Studios LLC, Case No. 21-51522; and In Re: deeproot Capital Management, LLC, Case No. 21-51523; be SUBSTANTIVELY CONSOLIDATED FOR ALL PURPOSES, under Lead Case In Re: deeproot Capital

Management, LLC, Case No. 21-51523.

3. <u>Debtors' Assets and Liabilities</u>. The assets and liabilities of each Estate of the Bankruptcy Estates are consolidated for all purposes.

4. <u>Joint Caption</u>. The joint caption of the substantively consolidated cases shall be styled as shown on attached <u>Exhibit 1</u>.

5. <u>Pleadings</u>. All pleadings shall be captioned as shown on <u>Exhibit 1</u> hereto, and all docket entries shall be made in the case of *In re: deeproot Capital Management, LLC, et al.,* Case No. 21-51523.

6. <u>Proofs of Claim</u>. Proofs of claim filed under the case number representing the individual Debtor's estate against which a creditor believes it has its claim shall be treated as if filed against the consolidated Estate in Case No. 21-51523.

7. <u>Docket Entry</u>. A docket entry shall be made in each of the Debtors' cases substantially as follows:

> *An Order has been entered in this case directing the Substantive Consolidation of the eleven Bankruptcy Estates cases of In re: deeproot Capital Management, LLC, In re: Policy Services, Inc., In re: Wizard Mode Media, LLC, In re: deeproot Pinball LLC, In re: deeproot Growth Runs Deep Fund, LLC, In re: deeproot 575 Fund, LLC, In re: deeproot 3 Year Bonus Income Debenture Fund, LLC, In re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, In re: deeproot Tech LLC, In re: deeproot Funds LLC, and In re: deeproot Studios LLC, the debtors in the above styled bankruptcy cases.* **The docket in the Chapter 7 Case of deeproot Capital Management, LLC, Case No. 21-51523, should be consulted for all matters affecting this case, and the Court and the parties may cease acting on any motions or pleadings filed in Case Nos. 21-51513, 21-51514, 21-51515, 21-51516, 21-51517, 21-51518, 21-51519, 21-51520, 21-51521, and 21-51522.**

8. <u>Notice</u>. This Order shall be served by Trustee on the parties on the full matrix for each of the eleven debtors and a certificate of service shall be filed to evidence such service.

**IT IS FURTHER ORDERED** that the Court shall have exclusive jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #
4 of 5

4870-8270-9835, v. 2

**Submitted by:**

**PULMAN LEFLORE PULLEN & REED, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
W. Drew Mallender
Texas State Bar No. 24118460
dmallender@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY
ADMINISTERED BANKRUPTCY ESTATE OF
DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.**

4870-8270-9835, v. 2

# EXHIBIT 1

## SUBSTANTIVELY CONSOLIDATED CASES CAPTION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § § § deeproot CAPITAL MANAGEMENT, § LLC, ET AL.,[1] § § DEBTORS. § § | BANKRUPTCY NO. 21-51523-MMP LEAD CASE SUBSTANTIVELY CONSOLIDATED |

---

[1] The substantively consolidated chapter 7 cases, along with their respective case numbers are: In Re: Policy Services, Inc. 21-51513, In Re: Wizard Mode Media, LLC, 21-51514, In Re: deeproot Pinball LLC, 21-51515, In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516, In Re: deeproot 575 Fund, LLC, 21-51517, In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518, In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519, In Re: deeproot Tech LLC, 21-51520, In Re: deeproot Funds LLC, 21-51521, In Re: deeproot Studios LLC , 21-51522, and Lead Case, In Re: deeproot Capital Management, LLC, 21-51523, each a "**Bankruptcy Estate**" or "**Estate**" and collectively, the "**Bankruptcy Estates**" or "**Estates**".