

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 25, 2025.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.,[1] | § § § | BANKRUPTCY NO. 21-51523-MMP LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**ORDER GRANTING IN PART
NINTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN LEFLORE PULLEN & REED, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF DECEMBER 1, 2024 TO APRIL 30, 2025**

Came on for consideration the *Ninth Interim Application for Allowance of Legal Fees and Expenses for Pulman LeFlore Pullen & Reed, LLP, as Counsel to the Trustee for the Time Period of December 1, 2024 to April 30, 2025* ("**Ninth Interim Application**").[2] The Court has considered

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to such terms in the Ninth Interim Application. [ECF No. 356].

the Ninth Interim Application and finds that the fees and expenses represent reasonable compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the Ninth Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Ninth Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the Ninth Interim Application have been resolved by this Order or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein. It is, therefore,

**ORDERED** that the Ninth Interim Application pursuant to 11 U.S.C. § 330 is hereby **GRANTED IN PART**; It is further

**ORDERED** that the interim fees for legal services requested in the Ninth Interim Application are approved, subject to the following deductions: (i) $2,925.00 shall be deducted from the interim fees requested in the Main Bankruptcy Case (PLP&R Matter No. 1934.001); (ii) $1,500.00 shall be deducted from the interim fees requested in the Zabinski Matter (PLP&R Matter No. 1934.026); (iii) $2,000.00 shall be deducted from the interim fees requested in the Carlile, Patchen & Murphy Matter (PLP&R Matter No. 1934.061); and (iv) $2,369.00 shall be deducted from the interim fees requested in the Redacted Time Entries Matter (PLP&R Matter No. 1934.063). It is further

**ORDERED** that interim fees in the amount of $59,465.00 and all expenses in the amount of $5,070.58, for the allowance of a total of $64,535.58 in hourly fees and expenses, shall be an administrative expense of the respective Bankruptcy Estates as outlined in the Ninth Interim Application. It is further

**ORDERED** that the Trustee is authorized to immediately pay PLP&R in connection with the legal services provided, fees and expenses totaling $64,535.58 from the specific Bankruptcy Estate accounts, as designated in the chart attached hereto as <u>Exhibit 1</u>. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #


**Submitted by:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN LEFLORE PULLEN & REED LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINSIERED
BANKRUPTCY ESTATES OF DEEPROOT CAPITAL
MANAGEMENT, LLC,** *ET AL.*

# EXHIBIT 1

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $11,687.50 ($2,925.00) $8,762.50 | $5,070.58 | 29.60 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $2,325.00 | $0.00 | 5.00 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4907-0697-2732, v. 3

| | | | | | |
|---|---|---|---|---|---|
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.019 | Alice Snell Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.020 | Carl & Paula Jarnecke/Trust Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.021 | D. Stien/Fidelity Mutual Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt Grp Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.023 | PGH Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.024 | Jacob Proux Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski Finder | Policy Services, Inc., Case No. 21-51513 | $24,470.00 ($1,500.00) $22,970.00 | $0.00 | 64.50 |
| 1934.027 | CMB/Wiley Carter Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.028 | Purpose Driven Fin. Servs. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.033 | Randy Seymour Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4907-0697-2732, v. 3

| | | | | | |
|---|---|---|---|---|---|
| 1934.035 | RD and J, Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.036 | David Rosen Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.037 | Bob Patrick Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.039 | Agents Insur. Sales & Svv. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.040 | Hart Financial Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.043 | Steven Fortier Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.044 | David Obman Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth Mgmt Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4907-0697-2732, v. 3

| | | | | | |
|---|---|---|---|---|---|
| 1934.053 | Domonic Cotton Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.054 | Flemming Financial Serv. Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $15,017.50 ($2,000.00) $13,017.50 | $0.00 | 39.30 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.063 | Redacted Time | Policy Services, Inc., Case No. 21-51513 | $14,759.00 ($2,369.00) $12,390.00 | $0.00 | 59.90 |
| | **Total Interim Fees Requested:** **Total Deductions:** **Total Allowed Fees & Expenses:** | | **$68,259.00** **($8,794.00)** **$59,465.00** | **$5,070.58** | **198.30** |

4907-0697-2732, v. 3