## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| DEEPROOT CAPITAL MANAGEMENT, LLC, | § | |
| et al.[1] | § | |
| | § | LEAD CASE NO. 21-51523-MMP |
| DEBTORS. | § | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 74

Mark Zabinski hereby withdraw his Claim No. 74 on the Court's claim register, filed February 25, 2022, in the amount of $200,408.28.  Claim No. 74 is being withdrawn under the terms of the Settlement Agreement.

Respectfully submitted,

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas  78205
Telephone: (210) 220- 1334
Facsimile: (210) 227-7924
E-Mail: mcolvard@mdtlaw.com

By:  /s/Michael G. Colvard
_____
Michael G. Colvard
State Bar No. 04629200

**LOCAL COUNSEL FOR MARK ALAN ZABINSKI**

---

[1] The jointly administered Chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal identification number, are: In re Policy Services, Inc. 21-51513 (2864), In re Wizard Mode Media, LLC, 21-51514 (3205), In re deeproot Pinball LLC, 21-51515 (0320), In re deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In re deeproot 575 Fund, LLC, 21-51517 (9409), In re deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In re deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-5159 (9661), In re deeproot Tech LLC, 21-51520 (9043), In re deeproot Funds LLC, 21-51521 (9404), In re deeproot Studios LLC, 51-51522 (6283), and in re deeproot Capital Management, LLC, 21-51523 (2638), each a "Bankruptcy Estate" or "Estate" and collectively, the "Bankruptcy Estates" or "Estates".

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded via the Court's ECF System and via United States Mail, First Class, postage prepaid, to the parties listed below on October 3, 2025.

deeproot Capital Management, LLC
12621 Silicon Silicon Dr.
San Antonio, TX 78249

Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

Catharine A. Curtis/Jason M. Rudd
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave., Suite 500
Dallas, TX 75204

Jason McKinnie
McKinnie & Pual, PLLC
13333 Blanco Rd., Suite 204
San Antonio, TX 78216

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

Randall A. Pulman
Pulman LeFlore Pullen & Reed LLP
2161 NW. Military Highway
Suite 400
San Antonio, TX 78213

United States Trustee – SA12
Aubrey Thomas
615 E. Houston Street, Suite 533
San Antonio, TX 78205

/s/Michael G. Colvard
_____
Michael G. Colvard