IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | SUBSTANTIVELY CONSOLIDATED |

TENTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN LEFLORE PULLEN & REED, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF MAY 1, 2025 TO OCTOBER 31, 2025

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.  A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, 615 E. HOUSTON ST., ROOM 597, SAN ANTONIO, TEXAS 78205.

IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF THE HEARING. IF YOU DO NOT ATTEND  THE HEARING, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.

| | |
|---|---|
| Name of Applicant: | Randall A. Pulman for Pulman LeFlore Pullen & Reed LLP |
| Applicant's professional role in case | Counsel for the Chapter 7 Trustee |
| Indicate whether this is an interim or final application | Interim |
| Date Order of Appointment filed | 01/20/2022 [Dkt. No. 48] |
| Effective Date of Appointment | 12/20/2021 |

1  The Substantively Consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are:  In Re: Policy Services, Inc. 21-51513 (2864),  In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot  Bonus Growth  5 Year Debenture  Fund, LLC, 21-51519 (9661),  In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

1

| | Beginning of Period | Ending of Period |
|---|---|---|
| Total period covered in application | 05/01/2025 | 10/31/2025 |
| Time periods covered by any prior applications | 12/15/2021 | 04/30/2025 |
| Total fees awarded in all prior applications | | $1,447,766.50 |
| Total reimbursable expenses awarded in all prior applications | | $96,736.29 |
| Amount of retainer received in the case | | $0.00 |
| Total amount of credits applied by PLP&R to fees in all prior applications | | $38,320.00 |
| Total fees applied for in the Tenth Fee Application and in all prior applications (including any retainer amounts or credits applied or to be applied) | | $1,487,120.00 |
| Total fees applied for in the Tenth Fee Application (including any retainer amounts or credits to be applied) | | $30,559.50 |
| Total professional hours covered by the Tenth Fee Application | | 76.70 |
| Reimbursable expenses sought in the Tenth Fee Application | | $3,564.56 |
| Application Cost | | Approximately $4,000.00 |
| Total fees and reimbursable expenses sought in the Tenth Fee Application | | $34,124.06 |

To The Honorable Michael M. Parker, United States Bankruptcy Judge:

Pulman LeFlore Pullen & Reed, LLP ("**PLP&R**") (f/k/a Pulman, Cappuccio & Pullen, LLP), attorneys for John Patrick Lowe, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates of deeproot Capital Management, LLC, Policy Services, Inc., Wizard Mode Media, LLC, deeproot Pinball LLC, deeproot Growth Runs Deep Fund, LLC, deeproot 575 Fund, LLC, deeproot 3 Year Bonus Income Debenture Fund, LLC, deeproot Bonus Growth 5 Year Debenture Fund, LLC, deeproot Tech LLC, deeproot Funds LLC, deeproot Studios LLC (each a "**Debtor**" and collectively, the "**Debtors**"), substantively consolidated under lead case *In re: deeproot Capital Management, LLC*, Case No. 21-51523, hereby files this *Tenth Interim Application for Allowance of Hourly Legal Fees and Expenses for Pulman LeFlore Pullen & Reed, LLP, as Counsel to the Trustee for the Time Period of May 1, 2025 to October 31, 2025* ("**Tenth Fee Application**"), for

allowance of compensation of $30,559.50 in fees and reimbursement of expenses of $3,564.56, for a total of $34,124.06, for the time period of May 1, 2025 to October 31, 2025.

In support of this Tenth Fee Application, PLP&R respectfully asks the Court to approve and authorize this Tenth Fee Application based on the following:

## I.    JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Nineth Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue for this case is proper in the Western District of Texas under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      On December 9, 2021, (the "**Petition Date**"), the Debtors filed voluntary petitions under Chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**") [Dkt. No. 1]. The Court, by its Order entered December 21, 2021, authorized that the Debtors' bankruptcy cases be jointly administered under lead case *In re: deeproot Capital Management, LLC*, Case No. 21-51523 (the "**Jointly Administered Case**") [Dkt. No. 20].

3.      On or about December 21, 2021, John Patrick Lowe was duly appointed as Trustee.

4.      The statutory predicates for the relief sought by this Nineth Fee Application are sections 328(a) and 331 of the Bankruptcy Code.

5.      A copy of the proposed order in conformity with Local Rule 9013 is attached as Exhibit A.

6.      A copy of the Notice and Summary of this Tenth Fee Application is attached as Exhibit B.

## II.    FACTUAL AND PROCEDURAL BACKGROUND

7.      The Debtors in this Jointly Administered Case are entities through which the Debtors' principal, Mr. Robert Mueller ("**Mueller**") ran a Ponzi scheme. Mueller controlled, as

the sole owner, officer and director of each of the Debtors, all of their operations. Upon information and belief, Mueller raised, on behalf of the Debtors, in excess of $70,000,000 from individual investors over the past decade.

8.      Initially, Mueller raised monies from individual investors through Debtor, Policy Services, Inc. ("**PSI**"), by purportedly selling fractional interests in the death benefits payable on life insurance policies (the "**Policies**") purchased by PSI.   These fractional interests in the Policies are known as life settlements. *See Life Partners, Inc. v. Arnold*, 464 S.W.3d 660, 662 (Tex. 2015).

9.      In or around 2015, Mueller stopped raising investor money directly through PSI and began to raise investor money primarily, though not exclusively, through two of the other Debtors, deeproot Growth Runs Deep Fund, LLC, and deeproot 575 Fund, LLC (the "**Funds**"). After Mueller switched to raising monies through the Funds, the investment pitch varied over time, but essentially investors were promised a guaranteed annual return of 5% to 7% payable at the end of the applicable investment period. Investors purchased debentures—or long-term unsecured obligations—to pay. Mueller marketed the Funds as having investments in life settlements, agriculture, real estate, and sports and entertainment businesses. In 2017, invested monies, by way of intercompany transfers to deeproot Pinball, LLC, deeproot Studios, LLC, deeproot Tech, LLC, and Wizard Mode Media, LLC, were used to support Mueller's ultimately unsuccessful effort to develop and manufacture state of the art pinball machines. The Debtors' pre-petition financial statements and each of the Debtors' respective schedules reflect that none of the Debtors generated any net income and, in most cases, had no revenue at any time. Despite the lack of revenue and net income, the Debtors did return investments to some of the investors.

4901-6736-4725, v. 1

10.     On or about August 20, 2021, the United States Securities and Exchange Commission (the "**SEC**") filed suit[2] against Debtors Policy Services, Inc. and deeproot Funds, LLC, and Mueller individually, for violations of federal securities law, and named Mueller's immediate family members, Jeffery L. Mueller and Belinda B. Breen, as relief parties (the "**SEC Civil Action**"). An injunction was entered prohibiting the solicitation of additional funds. Shortly thereafter, on December 9, 2021, chapter 7 bankruptcy petitions were filed for each of the Debtors.

11.     In or about November 2024, a federal grand jury in San Antonio, Texas indicted Mueller on eight counts of wire fraud.

12.     On January 20, 2022, the Court entered its *Order on the Application of Trustee to Employ Counsel* (the "**Employment Order**"), wherein the Court authorized the Trustee to employ PLP&R as counsel [Dkt. No. 48]. The Employment Order permits PLP&R to seek interim compensation as provided in 11 U.S.C. §331, subject to approval by this Court. A copy of the Employment Order is attached hereto as Exhibit C.

13.     On May 13, 2022, PLP&R filed its *First Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of December 15, 2021 to April 30, 2022*, with the Court ("**First Fee Application**"). [Dkt. No. 111].

14.     On June 9, 2022, the Court entered its *Order Granting First Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of December 15, 2021 to April 30, 2022*, authorizing the Trustee to pay to PLP&R as an administrative expense, hourly fees in the amount of $226,982.50 and expenses in the amount of $28,952.54 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [Dkt. No. 125].

---

2 *Securities and Exchange Commission v. Robert J. Mueller, et al.*, Civil Action No. 5:21-cv-785, U.S. Dist. Ct. for the W. Dist. Of Texas, San Antonio Division.

15.     On October 31, 2022, PLP&R filed its *Second Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of May 1, 2022 to September 30, 2022*, with the Court ("**Second Fee Application**"). [Dkt. No. 189].

16.     On December 6, 2022, the Court entered its *Order Granting Second Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of May 1, 2022 to September 30, 2022*, authorizing the Trustee to pay to PLP&R as an administrative expense, hourly fees in the amount of $259,247.00 and expenses in the amount of $6,145.75 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [Dkt. No. 211].

17.     On March 3, 2023, PLP&R filed its *Third Interim Application for Allowance of Legal Fees and Expenses for Pullman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2022 to January 31, 2023*, with the Court ("**Third Fee Application**"). [Dkt. No. 260].

18.     On April 6, 2023, the Court entered its *Order Granting in Part Third Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2022 to January 31, 2023*, authorizing the Trustee to pay to PLP&R as an administrative expense, interim hourly fees in the amount of $309,885.00 and expenses in the amount of $29,860.29 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order.   The Court ordered that the amount of the fees for redacted time entries found in the detailed time descriptions attached to the Third Fee Application ("**Redacted Time Entries**") should be disallowed as the Court was then unable to assess the reasonableness and necessity of the services performed.   The amount of the partial award of

interim fees thus reflected PLP&R's requested interim fees of $324,644.00 less $14,759.00, the amount of the Redacted Time Entries.  The Court further ordered that its Order was without prejudice to PLP&R in a subsequent application seeking recovery of the Redacted Time Entries. [Dkt. No. 272].

19.     On July 3, 2023, PLP&R filed its *Fourth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Periods of February 1, 2023 to May 31, 2023*, with the Court ("**Fourth Fee Application**"). [Dkt. No. 282].

20.     On August 1, 2023, the Court entered its *Order Granting in Part Fourth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Periods of February 1, 2023 to May 31, 2023*, authorizing the Trustee to pay to PLP&R as an administrative expense, interim hourly fees in the amount of $231,544.50 and expenses in the amount of $8,544.81 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [Dkt. No. 286]. The Court ordered that the amount of the fees for certain time entries found in the detailed time descriptions attached to the Third Fee Application ("**Clerical Time Entries**"), should be disallowed. The amount of the partial award of interim fees thus reflected PLP&R's requested interim fees of $232,556.50 less $1,012.00, the amount of the Clerical Time Entries.

21.     On November 3, 2023, PLP&R filed its *Fifth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Periods of June 1, 2023 to September 30, 2023,* with the Court ("**Fifth Fee Application**"). [Dkt. No. 306].

7

22.     On November 28, 2023, the Court entered its *Order Granting Fifth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period June 1, 2023 to September 30, 2023*, authorizing the Trustee to pay PLP&R as an administrative expense, interim hourly fees in the amount of $193,362.50 and all expenses in the amount of $8,713.62 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [Dkt. No. 309].

23.     On March 4, 2024, PLP&R filed its *Sixth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of October 1, 2023 to January 31, 2024,* with the Court ("**Sixth Fee Application**"). [Dkt. No. 323].

24.     On April 1, 2024, the Court entered its *Order Granting Sixth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period October 1, 2023 to January 31, 2024*, authorizing the Trustee to pay PLP&R as an administrative expense, interim hourly fees in the amount of $63,745.00 and all expenses in the amount of $3,484.87 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [Dkt. No. 326].

25.     On June 19, 2024, PLP&R filed its *Seventh Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of February 1, 2024 to May 31, 2024,* with the Court ("**Seventh Fee Application**"). [Dkt. No. 330].

26.     On July 19, 2024, the Court entered its *Order Granting Seventh Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period February 1, 2024 to May 31, 2024*, authorizing the Trustee to pay

PLP&R as an administrative expense, interim hourly fees in the amount of $75,515.00 and all expenses in the amount of $4,852.47 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [Dkt. No. 332].

27.     On December 31, 2024, PLP&R filed its *Eighth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of June 1, 2024 to November 30, 2024,* with the Court ("**Eighth Fee Application**"). [Dkt. No. 336].

28.     On January 27, 2025, the Court entered its *Order Granting Eighth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of June 1, 2024, to November 30, 2024,* authorizing the Trustee to pay PLP&R as an administrative expense interim hourly fees in the amount of $28,020.00 and all expenses in the amount of $1,111.36 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [Dkt. No. 338].

29.     On June 4, 2025, PLP&R filed its *Ninth Interim Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of December 1, 2024 to April 30, 2025,* with the Court ("**Ninth Fee Application**"). [Dkt. No. 356].

30.     On June 4, 2025, the Trustee filed *Chapter 7 Trustee's Motion for Substantive Consolidation*, through which the Trustee requested the Court order the substantive consolidation of the eleven Bankruptcy Estates being jointly administered under lead case *deeproot Capital Management, LLC, et al*., Case No. 21-51523-mmp for all purposes ("**Motion for Substantive Consolidation**"). [Dkt. No. 357].

31.     On June 25, 2025, the Court entered its *Order Granting Chapter 7 Trustee's Motion for Substantive Consolidation*, through which the Court ordered the eleven jointly administered Bankruptcy Estates substantively consolidated for all purposes under lead case *deeproot Capital Management, LLC, et al*., Case No. 21-51523-mmp. [Dkt. No. 364].

32.     On June 25, 2025, the Court entered its *Order Granting in Part Ninth Interim Application for Allowance of Legal Fees and Expenses for Pulman LeFlore Pullen & Reed, LLP, as Counsel to the Trustee for the Time Period of December 1, 2024 to April 30, 2025*, authorizing the Trustee to pay PLP&R as an administrative expense interim hourly fees in the amount of $59,465.00 and all expenses in the amount of $5,070.58 from the Bankruptcy Estate accounts of the Debtors as designated in the Court's Order. [Dkt. No. 365].

### III.    APPLICATION FOR HOURLY SERVICES

33.     PLP&R has provided legal services and expended 76.70 hours from May 1, 2025, to October 31, 2025 (the "**Application Period**"), totaling $30,599.50 in fees representing the Trustee. The average hourly rate for this Tenth Fee Application was $398.00 per hour.

34.     During the five-month Application Period, lawyers from PLP&R on behalf of the Trustee:

   a) Drafted a Motion for Substantive Consolidation of the eleven jointly administered bankruptcy cases and prepared for the hearing on the Motion for Substantive Consolidation.

   b) Drafted PLP&R's Ninth Fee Application;

   c) Appeared for hearing on Motion for Substantive Consolidation and Ninth Fee Application.

   d) Responded to subpoena served on Trustee in connection with Mueller criminal case;

   e) Prepared joint motion for administrative closure of adversary proceeding against Mark Zabinski;

10

 f) Drafted and filed Chapter 7 Trustee's Amended Motion for Final Default Judgment against Premier Group Enterprises, LLC and Anthony Michael Lotts in Adversary Proceeding No. 23-05012, which motion the Court granted and entered a Final Default Judgment against the defendants in the adversary; and

 g) Appear for/attend status conference with Court in adversary proceeding against Carlile, Patchen & Murphy, LLP, Adversary Proceeding No. 23-05089,

35. Below is a chart summarizing fees, expenses and hours expended in the Bankruptcy Case by PLP&R by matter number.

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $18,635.00 | $3,564.56 | 46.30 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $5,862.50 | $0.00 | 14.70 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |

| 1934.015 | Financial Partners of America<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
|---|---|---|---|---|---|
| 1934.016 | INF Solutions LLC<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.017 | GM Consultants Group Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.019 | Alice Snell<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.020 | Carl & Paula Jarnecke/Trust<br>Net Winner | deeproot Funds, LLC,<br>Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.021 | D. Stien/Fidelity Mutual<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt Grp<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.023 | PGH Advisors<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.024 | Jacob Proux<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $862.00 | $0.00 | 2.70 |
| 1934.027 | CMB/Wiley Carter<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.028 | Purpose Driven Fin. Servs.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $3,637.50 | $0.00 | 9.70 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.033 | Randy Seymour<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4901-6736-4725, v. 1

| | | | | | |
|---|---|---|---|---|---|
| 1934.035 | RD and J, Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.036 | David Rosen<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.037 | Bob Patrick<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.039 | Agents Insur. Sales & Svv.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.040 | Hart Financial<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options & Solutions<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.043 | Steven Fortier<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.044 | David Obman<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment Advisors<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth Mgmt<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.053 | Domonic Cotton<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.054 | Flemming Financial Serv.<br>Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4901-6736-4725, v. 1

| | | | | | |
|---|---|---|---|---|---|
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life Matter | Policy Services, Inc., Case No. 21-51513 | $750.00 | $0.00 | 1.50 |
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $812.50 | $0.00 | 1.80 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.063 | Redacted Time | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| | **Total:** | | **$30,559.50** | **$3,564.56** | **76.70** |

Attached hereto as <u>Exhibit D-1 through D-63</u> are copies of billing invoices itemizing the fees and expenses incurred by PLP&R in each of the sixty-three matters, by date and billing category.

A.   **Summary of Services Rendered in the Bankruptcy Case by Category**
PLP&R Matter Nos. 1934.001 – 1934.062

| Category | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 14.0 | $5,035 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 62.7 | $25,524.50 |
| | **Total:** | 76.7 | 30,559.50 |

i.   **Fee/Employment Applications (B160)**

36.   Services rendered in this category involved drafting the Ninth Fee Application, filed with the Court on June 4, 2025 [Dkt. No. 356], and this Tenth Fee Application.

37.   PLP&R expended a total of 14 hours in the main bankruptcy case, which resulted in total charges of $5,035.00 for services rendered in this project category. The detailed time descriptions for this category are included in <u>Exhibit D-1</u>.

14

### ii. Other Contested Matters (excluding assumption/rejection motions) (B190)

38. Services rendered in this category include the drafting of the motion for substantive consolidation and appearing for the hearing thereon, responding to the subpoena served on the Trustee in connection with the Mueller criminal case, and administration of adversary actions brought by lawyers with PLP&R on behalf of the Trustee.

39. PLP&R expended a total of 62.7 hours, which resulted in total charges of $25,524.50 for services rendered in this project category. The detailed time descriptions for this category are included in <u>Exhibits D-1 through D-61.</u>

### B. Matters Relating to Claims Against Robert J. Mueller, et al.
PLP&R Matter No. 1934.007 (Estate: deeproot Funds, LLC, Case No. 21-51521)

40. This matter (the "**Mueller Matter**") concerns an adversary proceeding brought by Trustee against Robert J. Mueller the sole owner, officer and director of each of the Debtors, indicted Mueller on eight counts of wire fraud.

41. Services rendered by lawyers from PLP&R relating to claims against Mueller include responding to a subpoena served on the Trustee by Mueller's counsel..

42. In connection with the Mueller Matter, PLP&R expended a total of 14.7 hours, which resulted in total charges of $5,862.50. The detailed time descriptions for this matter are included in <u>Exhibit D-7</u>.

### C. Matters Relating to Claim Against Mark Zabinski – Finder
PLP&R Matter No. 1934.026 (Estate: Policy Services, Inc.)

43. This matter (the "**Zabinski Matter**") concerns an adversary proceeding brought by the Trustee against Mark Zabinski, one of the many individuals and companies who are referred to in Debtors' records as finders (the "**Finders**") to recover commissions paid by Debtor, Policy Services, Inc. The Finders are individuals and companies (primarily investment advisers or

insurance agents/agencies) who contracted with Debtors to find individual investors willing to invest in one or more of the deeproot investment funds.   The Finders received commissions from the Debtors based on the amount of funds invested by the individual investors in the deeproot Funds.   These commissions constitute avoidable transfers recoverable by the Trusteee under 11 U.S.C. §§ 548, 544, 550 (and applicable provisions of the Texas Uniform Fraudulent Transfer Act).

44.     During this Application Period, Lawyers from PLP&R prepared a motion for administrative closure of adversary proceeding against Zabinski..

45.     In connection with the Zabinski Matter, PLP&R expended a total of 2.7 hours, which resulted in total charges of $862.00.   A detailed description of this matter is included in Exhibit D-26.

**D.     Matters Relating to Premier Group Enterprises, LLC et al.**
PLP&R Matter No. 1934.029 (Estate of Policy Services, Inc.)

46.     This matter (the "**Premier Group Matter**") concerns an adversary proceeding against Premier Group Enterprises, LLC ("**Premier Group**"), one of the many Finders, to recover commissions paid by Debtor Policy Services, Inc.

47.     During this Application Period , Lawyers from PLP&R prepared an amended motion for default judgment due to defendants breaching their settlement agreement with the Trustee.

48.     In connection with the Premier Group Matter, PLP&R expended a total of 9.7 hours, which resulted in total charges of $3,637.50. A detailed description of this matter is included in Exhibit D-29.

**E.      Matters Relating to Carlile, Patchen & Murphy, LLP**
        PLP&R Matter No. 1934.061 (Estate of Policy Services, Inc.)

49.      This matter (the "**CPM Matter**") concerns an adversary proceeding against Carlile, Patchen & Murphy, LLP ("**CPM**"), a law firm that represented Debtor in connection with certain matters involving preparation and approval of private placement memoranda concerning the Funds.

50.      Services rendered by lawyers from PLP&R included reviewing the status of criminal and SEC cases against Mueller, preparing for and appearing at status conference with the Court regarding the stay of this adversary proceeding.

51.      In connection with the CPM Matter, PLP&R expended a total of 1.8 hours, which resulted in total charges of $812.50.   Detailed descriptions of these matters are included in Exhibit D-61.

**F.      Reimbursement of Expenses**

52.      PLP&R also files this Tenth Fee Application seeking reimbursement of the reasonable out-of-pocket expenses incurred during the Application Period, in the amount of $3,564.56. The total expenses incurred by matter are included on the chart found in paragraph 35 above.   An itemization report of the expenses incurred by matter is provided in each of Exhibits D-1 through D-62. All expenses for which compensation is requested by PLP&R were incurred for and on behalf of the Trustee, and not on behalf of any committee, creditor, or other person.

**G.      Allocation of Fees by Matter.**

53.      Trustee's counsel has allocated the time expenses by the matters discussed above. For the most part, legal fees and expenses associated with a particular estate are allocated to that estate. For example, fees and expenses associated with adversary proceedings brought against Finders are allocated to the estate of Policy Services, Inc., as the monies received by Finders were

17

paid from Policy Services' bank accounts; fees and expenses associated with adversary proceedings brought against Net Winners are allocated to the estate of deeproot Funds, LLC, as the monies received by Net Winners were paid from deeproot Funds, LLC's bank accounts; and fees and expenses related to general case administration matters are allocated to Policy Services, Inc.

54.     This is the Tenth Fee Application for fees and expenses filed by PLP&R. This Tenth Fee Application requests approval of interim fees in the amount of $30,559.50 and interim expenses in the amount of $3,564.56, for a total allowed amount of $34,124.06 in interim hourly fees and expenses.

## IV.     Authorities and Argument

55.     The statutory predicates for the relief sought by this Tenth Fee Application are §§ 328(a) and 330 of the Bankruptcy Code.

56.     Bankruptcy Code § 330(a) provides that in determining the amount of reasonable compensation to be awarded, a Court shall consider the nature, the extent, and the value of the services rendered by the professional, while taking into account the relevant factors, including the following:

- The time spent on such services;

- The rates charged for such services;

- Whether the services were necessary to the administration of, or beneficial at the time which the service was rendered, toward the completion of the chapter 11 case;

- Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance , and nature of the problem, issues or task addressed;

- With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

18

- Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than chapter 11 cases.

11 U.S.C. § 330(a)(3). *See also Busy Beaver Bldg. Ctrs., Inc.,* 19 F.3d 833, 850 (3d Cir. 1994) (noting Bankruptcy Code's policy of providing adequate compensation and stating that "Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.") (citation and internal quotation marks omitted). *see also In re Woerner*, 783 F.3d 266, 274 (5th Cir. 2015) ("[Section 330] permits a court to compensate an attorney not only for activities that were 'necessary,' but also for good gambles— that is, services that were objectively reasonable at the time they were made—even when those gambles do not produce an 'identifiable, tangible, and material benefit.'") (citations and internal quotation marks omitted); *see also In re Pilgrim's Pride Corp.,* 690 F.3d 650 (5th Cir. 2012) (reaffirming that bankruptcy courts have discretion to enhance professional fees in extraordinary cases).

57.     The fees incurred by PLP&R in representing the Trustee were reasonable and necessary for the administration of the Bankruptcy Case. As reflected in the attached <u>Exhibits D-1 through D-63</u>, PLP&R has avoided unnecessary additional legal services and duplication of effort while striving to ensure the highest quality of legal representation.

58.     The fees incurred by PLP&R were for reasonable and necessary legal work that does not fall within the scope of the Trustee's administrative duties. *See In re: Sharon Sylvester*, 23 F.4th 543, 548 (5th Cir. 2022).

59.     PLP&R performed these services within a reasonable period of time by professionals that have significant experience in bankruptcy cases. The rates charged by PLP&R for this matter are comparable to the rates charged by PLP&R in non-bankruptcy matters.

60.     The PLP&R professionals who have worked on this case during the Application Period are:

| Name | Bar Admission Date | Rate | Hours expended on case | Fees requested in the Nineth Fee Application |
|---|---|---|---|---|
| Randall A. Pulman | Nov. 1, 1986 | $500.00 | 17.2 | $8,600.00 |
| W. Drew Mallender | Oct. 1, 1992 | $375.00 | 57.3 | $21,487.50 |
| Kerry Alleyne | Nov. 7, 2008 | $400.00 | 0.5 | $200.00 |
| MaryAnn Villa | Paralegal | $160.00 | 1.7 | $272.00 |
| | | **Total:** | 73.5 | $30,559.50 |

PLP&R has met the requirements of § 330(a) of the Bankruptcy Code, and the Court should award the fees and expenses sought in this Eighth Fee Application.

61.     The out-of-pocket expenses incurred by PLP&R have been billed only for expenses actually incurred by PLP&R. Accordingly, charges for expenses such as courier fees, filing fees, outside copy service, parking, travel, postage, meals, charges for public records and transcription services are billed at the actual cost to PLP&R. PLP&R is generally billed a flat monthly fee for legal research through Westlaw, and such charges are allocated based on actual usage to PLP&R's clients.

62.     PLP&R submits that this Tenth Fee Application complies with §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the United States Trustee Guidelines.

63.     Detailed applications for compensation are required by the Bankruptcy Code, Local Rules, and applicable case law. This Tenth Fee Application has served the additional purpose of informing the Court and the creditors of the status of the case and the activities of the attorneys involved. The time spent preparing this Tenth Fee Application is compensable. *See* 11 U.S.C. § 330(a)(6).

64.     The Trustee has reviewed this Tenth Fee Application and has approved the requested amounts and the allocation thereof.

**WHEREFORE,** PLP&R prays that upon consideration hereof, this Court enter an Order (i) approving PLP&R's request for interim fees in the amount of $30,559.50 in fees and $3,564.56 in related expenses, for a total of $34,124.06, (ii) authorizing the Trustee to immediately pay PLP&R the allowed amount of $34,124.06 for the fees and expenses that have been incurred to date, and (iii) granting such other and further relief as the Court finds appropriate to grant.

Dated: December 19 , 2025

Respectfully submitted,

**PULMAN LEFLORE PULLEN & REED, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
          Randall A. Pulman
          Texas State Bar No. 16393250
          rpulman@pulmanlaw.com
          W. Drew Mallender
          Texas State Bar No. 24118450
          dmallender@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED BANKRUPTCY ESTATES OF DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2025, I electronically filed the foregoing document using the CM/ECF system, which will serve the document on the following list of parties in interest and parties requesting notice.   A copy of the notice/summary (Exhibit B) of this Tenth Interim Fee Application will be mailed separately via US First Class Mail to the parties on the limited-service list in this case, and a supplemental certificate of service will be filed to evidence compliance.

***Via Counsel CM/ECF:***
*catherine.curtis@wickphillips.com*
*;jason.rudd@wickphillips.com*
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

***Via Counsel Via CM/ECF:***
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

***Via CM/ECF: pat.lowe.law@gmail.com***
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

***Via CM/ECF:***
*catherine.curtis@wickphillips.com;*
*jason.rudd@wickphillips.com*
Catherine A. Curtis/Jason M. Rudd
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave, Suite 500
Dallas, TX 75204

***Via CM/ECF:***
*USTPRegion07.SN.ECF@usdoj.gov*
*Aubrey.thomas@usdoj.gov*
United States Trustee - SA12
US TRUSTEE'S OFFICE (Aubrey Thomas)
615 E Houston, Suite 533
San Antonio, TX 78295-1539

***Via CM/ECF: don.stecker@lgbs.com***
Don Stecker
Linebarger Goggan et al.
112 E. Pecan, Suite 2200
San Antonio, TX   78205

***Via CM/ECF: rbattaglialaw@outlook.com***
Raymond W. Battaglia
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle
San Antonio, TX 78218

***Via CM/ECF: jpetree@mcslaw.com***
Jonathan Petree
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street Suite 2200
Dallas, TX 75201

***Via CM/ECF: jdunne@smfadlaw.com***
John C. Dunne
SHANNON, MARTIN et al.
1001 McKinney Street #1100
Houston, TX 77002

***Via CM/ECF: bk-cmurphy@oag.texas.gov***
Texas Workforce Commission
c/o Christopher S. Murphy
TEXAS ATTORNEY GENERAL'S OFFICE
PO Box 12548
Austin, TX 78711

*Via CM/ECF: pautry@branscomblaw.com*
Patrick H. Autry
BRANSCOMB PLLC
4630 N. Loop 1604 West, Suite 206
San Antonio, TX 78249

*Via CM/ECF: lmjurek@jureklaw.com*
Lynne M. Jurek
THE JUREK LAW GROUP, PLLC
4309 Yoakum Blvd.
Houston, TX 77006

*Via CM/ECF: achale@halewoodlaw.com*
Craig Hale
HALE | WOOD PLLC
4766 Holladay Blvd.
Holladay, Utah 84117

*Via CM/ECF:*
*stephen.humeniuk@lockelord.com*
Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, TX 78701

*Via CM/ECF:*
*tcunningham@lockelord.com*
Thomas J. Cunningham
LOCKE LORD LLP
777 S. Flalger Dr., Suite 215
West Palm Beach, FL

*Via CM/ECF:*
*jkathman@spencerfane.com;*
*msegura@spencerfane.com*
Jason Kathman
Misty Segura
Spencer Fane, LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024

*s/ Randall A. Pulman*
Randall A. Pulman

4901-6736-4725, v. 1

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

---

ORDER GRANTING
TENTH INTERIM APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
FOR PULMAN LEFLORE PULLEN & REED, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF MAY 1, 2025 TO OCTOBER 31, 2025

---

Came on for consideration the *Tenth Interim Application for Allowance of Legal Fees and Expenses for Pulman LeFlore Pullen & Reed, LLP, as Counsel to the Trustee for the Time Period of May 1, 2025 to October 31, 2025* ("**Tenth Interim Application**"). The Court has considered the Tenth Interim Application and finds that the fees and expenses represent reasonable

---

1 The substantively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth *5* Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

compensation for actual and necessary services, and reimbursement for actual, necessary expenses. After considering the pleadings, the Court also finds that (i) it has jurisdiction over the matters raised in the Tenth Interim Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Tenth Interim Application has been given and that no other or further notice is necessary; (iv) all objections to the Tenth Interim Application have been resolved by this Order or are overruled in their entirety; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** that the Tenth Interim Application pursuant to 11 U.S.C. § 330 is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the fees in connection with the legal services described in the Tenth Interim Application are allowed. All interim fees in the amount of $30,559.50 and all expenses in the amount of $3,564.56, for the allowance of a total of $34,124.06 in hourly fees and costs, shall be an administrative expense of the Bankruptcy Estate.[2]

**IT IS FURTHER ORDERED** the Trustee is authorized to immediately pay Pulman LeFlore Pullen & Reed, LLP in connection with the hourly services provided, fees and expenses totaling $34,124.06 from the Bankruptcy Estate as specified in the Tenth Interim Application.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

---

[2] Capitalized terms shall have the meaning ascribed to them in the Tenth Interim Application.

4933-8568-6649, v. 1

**Submitted by:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN LEFLORE PULLEN & REED, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINSIERED
BANKRUPTCY ESTATES OF DEEPROOT CAPITAL
MANAGEMENT, LLC, *ET AL.***

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL.,[1] | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | LEAD CASE |
| DEBTORS. | § | JOINTLY ADMINISTERED |

---

NOTICE AND SUMMARY OF TENTH INTERIM APPLICATION FOR
ALLOWANCE OF LEGAL FEES AND EXPENSES FOR PULMAN LEFLORE PULLEN & REED, LLP,
AS COUNSEL TO THE TRUSTEE FOR THE TIME PERIOD OF MAY 1, 2025 TO OCTOBER 31, 2025

---

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN **21** DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, 615 E. HOUSTON ST., ROOM 597, SAN ANTONIO, TEXAS 78205.

IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF THE HEARING. IF YOU DO NOT ATTEND THE HEARING, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

I.  CLIENT: John Patrick Lowe, Chapter 7 Trustee

II.  REQUESTING APPLICATION / FIRM:  Randall A. Pulman of Pulman LeFlore Pullen & Reed LLP, ("**PLP&R**") as counsel to the Trustee

---

[1] The substantively consolidated chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC , 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638), each a "**Bankruptcy Estate**" and collectively, "**Bankruptcy Estates**".

1

III.    TOTAL AMOUNT OF INTERIM FEES AND COSTS REQUESTED: $34,124.06
   a.    Fees:                                        $30,559.50
   b.    Expenses and Cost Advances (PLP&R):          $3,564.56
   d.    Time period covered:                         05/01/2025 – 10/31/2025

IV.    BREAKOUT OF CURRENT APPLICATION

| Name | Bar Admission Date | Rate | Hours expended on case | Fees requested in the Nineth Fee Application |
|---|---|---|---|---|
| Randall A. Pulman | Nov. 1, 1986 | $500.00 | 17.2 | $8,600.00 |
| W. Drew Mallender | Oct. 1, 1992 | $375.00 | 57.3 | $21,487.50 |
| Kerry Alleyne | Nov. 7, 2008 | $400.00 | 0.5 | $200.00 |
| MaryAnn Villa | Paralegal | $160.00 | 1.7 | $272.00 |
| | | **Total:** | 73.5 | $30,559.50 |

   MINIMUM FEE INCREMENTS: 0.1 HOURS

   EXPENSES: $3,564.56 (Filing Fees, Photocopying and Postage associated with providing notices to creditors)

   AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION: $4,000.00

V.    PRIOR APPLICATIONS: First Interim Fee Application, Second Interim Fee Application, Third Interim Fee Application, Fourth Interim Fee Application, Fifth Interim Fee Application, Sixth Interim Fee Application, Seventh Interim Fee Application, Eighth Interim Fee Application, and Ninth Interim Fee Application.

VI.    OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:

   a.    John Patrick Lowe, Chapter 7 Trustee ("**Trustee**").

VII.    RESULTS OBTAINED:

   As reflected in the Tenth Interim Fee Application, PLP&R has provided legal services and has obtained favorable results for the Bankruptcy Estates in connection with the services provided to the Bankruptcy Estates.  Among other things, PLP&R has: (1) Drafted a Motion for Substantive Consolidation of the eleven jointly administered bankruptcy cases, and prepared for the hearing on the Motion for Substantive Consolidation; (2) Appeared for the hearing on the Motion for Substantive Consolidation and Ninth Fee Application; (3) Responded to subpoena served on Trustee in connection with Mueller criminal case; (4) Prepared joint motion for administrative closure of adversary proceeding against Mark Zabinski; (5) Drafted Chapter 7 Trustee's Amended Motion for Final Default Judgment against Premier Group Enterprises, LLC

2

and Anthony Michael Lotts in Adversary Proceeding No. 23-05012; and (6) Appeared for/attend status conference with Court in adversary proceeding against Carlile, Patchen & Murphy, LLP, Adversary Proceeding No. 23-05089.

Below is a chart summarizing fees, expenses and hours expended in the Bankruptcy Case by PLP&R by matter number.

| PC&P Matter No. | Matter Description | Debtor Estate | Fees | Expenses | Hours |
|---|---|---|---|---|---|
| 1934.001 | Main Bankruptcy Case | Policy Services, Inc. Case No. 21-51513 | $18,635.00 | $3,564.56 | 46.30 |
| 1934.002 | SEC Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.003 | CCW Matter | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.004 | Ohana Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.005 | Cycladic Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.006 | Jill R. Winn Net Winner | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.007 | Mueller Matter | Policy Services, Inc., Case No. 21-51513 | $5,862.50 | $0.00 | 14.70 |
| 1934.008 | Net Winners Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.009 | Nationwide Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.010 | Pinball Matter | deeproot Tech, LLC, Case No. 21-51520 | $0.00 | $0.00 | 0.00 |
| 1934.011 | Finders Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.012 | Financial Horizons Concepts Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.013 | Kenneth & Brownie Martin Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.014 | David & Mary Medlang Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.015 | Financial Partners of America Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.016 | INF Solutions LLC Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

3

| | | | | | |
|---|---|---|---|---|---|
| 1934.017 | GM Consultants Group Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.018 | Candice Gillen Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.019 | Alice Snell Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.020 | Carl & Paula Jarnecke/Trust Net Winner | deeproot Funds, LLC, Case No. 21-51521 | $0.00 | $0.00 | 0.00 |
| 1934.021 | D. Stien/Fidelity Mutual Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.022 | McNamara Cap. Investmt Grp Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.023 | PGH Advisors Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.024 | Jacob Proux Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.025 | John M Vizy Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.026 | Mark Zabinski Finder | Policy Services, Inc., Case No. 21-51513 | $862.00 | $0.00 | 2.70 |
| 1934.027 | CMB/Wiley Carter Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.028 | Purpose Driven Fin. Servs. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.029 | Premier Group Enterpr. Finder | Policy Services, Inc., Case No. 21-51513 | $3,637.50 | $0.00 | 9.70 |
| 1934.030 | Dennis Wirth, Agent Adv. Grp. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.031 | Michael Cales Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.032 | George M Villa Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.033 | Randy Seymour Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.034 | Raul T Gomez Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.035 | RD and J, Inc. Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4919-6840-4857, v. 1

| | | | | | |
|---|---|---|---|---|---|
| 1934.036 | David Rosen<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.037 | Bob Patrick<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.038 | Crissman Crombie<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.039 | Agents Insur. Sales &<br>Svv.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.040 | Hart Financial<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.041 | Savings Options &<br>Solutions<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.042 | Shantell Wright<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.043 | Steven Fortier<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.044 | David Obman<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.045 | Scott Nazarino<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.046 | Senior Insurance Service<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.047 | Safe Money Solutions<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.048 | CWB Investment<br>Advisors<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.049 | Dianne McClish<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.050 | Blanchard & Assoc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.051 | Azar Parchami<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.052 | Great Lakes Wealth<br>Mgmt<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.053 | Domonic Cotton<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.054 | Flemming Financial Serv.<br>Inc.<br>Finder | Policy Services, Inc.,<br>Case No. 21-51513 | $0.00 | $0.00 | 0.00 |

4919-6840-4857, v. 1

| | | | | | |
|---|---|---|---|---|---|
| 1934.055 | Gregory Talbot Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.056 | Jack Nace Finder | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.057 | G-Force Technical Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.059 | Amercian Express Co. Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.060 | TuYo v. Transamerica Life Matter | Policy Services, Inc., Case No. 21-51513 | $750.00 | $0.00 | 1.50 |
| 1934.061 | Carlile, Patchen & Murphy Matter | Policy Services, Inc., Case No. 21-51513 | $812.50 | $0.00 | 1.80 |
| 1934.062 | JP Morgan Chase Matter | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| 1934.063 | Redacted Time | Policy Services, Inc., Case No. 21-51513 | $0.00 | $0.00 | 0.00 |
| | **Total:** | | **$30,559.50** | **$3,564.56** | **76.70** |

Dated: December 19, 2025

Respectfully submitted,

**PULMAN LEFLORE PULLEN & REED LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:  */s/Randall A. Pulman*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    W. Drew Mallender
    Texas State Bar No. 24118450
    dmallender@pulmanlaw.com

**ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

# EXHIBIT C

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 20, 2022.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, | § | |
| LLC, ET AL., | § | BANKRUPTCY NO. 21-51523-MMP |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

ORDER ON THE APPLICATION OF TRUSTEE FOR AUTHORITY TO EMPLOY COUNSEL

Came on for consideration the _Application of Trustee for Authority to Employ Counsel_ (the "**Application**")[1] filed by John Patrick Lowe, the Chapter 7 Trustee (the "**Trustee**") for the captioned jointly administered chapter 7 case. Based on the representations made in the Application and in the supporting _Affidavit of Randall A. Pulman in Support of the Application of Trustee for Authority to Employ Counsel_, the Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding

---

[1] Capitalized terms unless otherwise defined herein shall have the meaning as ascribed to them in the Application.

{00560537;1}

pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application approving the employment of Pulman, Cappuccio & Pullen, LLP ("**PC&P**") is in the best interest of the Estate and its creditors; (iv) PC&P holds no interest adverse to the Estate and is a disinterested person under 11 U.S.C. § 101(14); (v) proper and adequate notice of the Application has been given and no further notice is necessary; (vi) no objections to the Application have been filed; and (vii) based upon the record herein, after due deliberation, good and sufficient cause exists for the granting of the Application in all respects.

**IT IS, THEREFORE, ORDERED** that pursuant to section 327(a) of the Bankruptcy Code, the Trustee is authorized to employ PC&P with Randall A. Pulman to act as lead counsel to represent him as Trustee in this Case effective as of December 20, 2021, in accordance with the terms described in the Application, the engagement letter, and this Order, and to perform the services described below:

a) to file pleadings with the court and to represent the Estate's interest in regard to any adversaries, appeals, or contested matters before this court and litigation in other courts, particularly with regard to the Estate's interest in various assets and the positions of secured and unsecured creditors, whether by motion, adversary action, turnover proceedings, or litigation activities of every description in other courts;

b) to investigate, analyze, institute and prosecute actions regarding determination and recovery of property of the Estate, including investigation and prosecution of determination and lien perfection, avoidance litigation as well as collection and liquidation of assets of the Estate, to the extent such activities would be economically beneficial to the Estate;

c) to assist the Trustee where necessary to negotiate and consummate non-routine sales or leases of the assets of the Estate, wherever they may be found, including sales free and clear of liens, claims and encumbrances, and to institute any necessary proceedings in regard thereto;

d) to institute and prosecute non-routine objections to exemptions and non-routine objections to proofs of claim;

e) to co-ordinate activities with the United States Trustee as appropriate in connection with issues of the integrity of the bankruptcy courts and procedures;

f) to aid in the representation of the Trustee in any litigation against Trustee in Trustee's official capacity;

g) to assist in resolution of sales of, and any title problems associated with, the Estate's property; and

h) to collect any judgments that may be entered in favor of the Estate; and

i) to assist in any other work requested by the Trustee.

**IT IS FURTHER ORDERED** that the Law Firm shall not be compensated by the bankruptcy Estate for performing duties required to be performed by the Trustee.

**IT IS FURTHER ORDERED** that if any supplemental declarations or affidavits are filed and served after entry of this Order, absent any objections within 21 days after the filing and service of such supplemental declarations or affidavits, PC&P's employment shall continue as authorized pursuant to this Order.

**IT IS FURTHER ORDERED** that PC&P shall be compensated upon appropriate application in accordance with Bankruptcy Code sections 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy of the Western District of Texas.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

**SUBMITTED BY:**

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Anna K. MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
**PROPOSED ATTORNEYS FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED CASE
OF IN RE DEEPROOT CAPITAL MANAGEMENT, LLC ET AL.**

# EXHIBIT D-1

# PULMAN LEFLORE, MULLEN & REED LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 19, 2025

Invoice No.          270118
Account No.       1934.001

Page:      1

Deeproot - Policy Services, Inc. Case  No. 21-51523, et al

Interim Statement

### Fees

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 05/02/2025 | RAP | B190 | A101 | Prepare for and attend with TuYo and counsel regarding TIC claim and retention of McKinney as Trustee counsel. | 500.00 | 1.00 | 500.00 |
| 05/05/2025 | WDM | B190 | A103 | Confer with Randall A. Pulman regarding comments/revisions to 9th Fee Application. Draft/Revise 9th Fee Application, proposed order, and notice and summary. | 375.00 | 4.80 | 1,800.00 |
| 05/14/2025 | WDM | B160 | A103 | Review billing statements for reasonableness and accuracy. | 375.00 | 1.10 | 412.50 |
| 05/16/2025 | WDM | B160 | A103 | Prepare fee analysis spreadsheet. Draft/edit 9th fee application. | 375.00 | 3.00 | 1,125.00 |
| 05/21/2025 | WDM | B160 | A103 | Draft/revise 9th Fee Application | 375.00 | 2.00 | 750.00 |
| 05/22/2025 | RAP | B190 | A104 | Review/analyze of TIC letter; review of application to employ; telephone conference with P. Lowe regarding same; e-mail to special counsel regarding same. | 500.00 | 1.00 | 500.00 |
| | WDM | B160 | A103 | Draft/revise Motion for Substantive Consolidation. | 375.00 | 2.00 | 750.00 |
| | PR4 | B160 | A103 | Review and revise second application to employ McKinnie & Paul | 160.00 | 1.00 | 160.00 |

Lowe, Pat (dprt)

| | | |
|---|---|---|
| Statement No. | 270118 |
| Account No | 1934.001 |
| Page: | 2 |

Deeproot - Policy Services, Inc. Case  No. 21-51523

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 05/23/2025 | RAP | B190 | A104 | Final review of Application to Employ Special Counsel for filing. | 500.00 | 0.30 | 150.00 |
| 05/27/2025 | WDM | B160 | A103 | Meet with Randall A. Pulman regarding fee application.(0.30) Prepare final edits to fee application, proposed order, and notice and summary. Email to Trustee for review. (2.50) | 375.00 | 2.80 | 1,050.00 |
| | WDM | B190 | A103 | Draft/revise motion for substantive consolidation. | 375.00 | 0.40 | 150.00 |
| | RAP | B190 | A104 | Review and approval of Motion for Substantive Consolidation; office conference with D. Mallender regarding same. | 500.00 | 0.50 | 250.00 |
| | RAP | B190 | A104 | Review and edit of 9th Fee Application; office conference with D. Mallender regarding inclusion of redacted time on Motion for Substantive Consolidation. | 500.00 | 0.50 | 250.00 |
| 05/28/2025 | WDM | B160 | A103 | Edits to 9th Fee Application. | 375.00 | 0.30 | 112.50 |
| | WDM | B190 | A103 | Draft/revise motion for substantive consolidation | 375.00 | 0.50 | 187.50 |
| 06/03/2025 | WDM | B190 | A104 | Final edits to Motion for Substantive Consolidation prior to filing. | 375.00 | 0.40 | 150.00 |
| | WDM | B160 | A104 | Final edits to 9th Interim Fee Application and exhibits. | 375.00 | 0.30 | 112.50 |
| 06/04/2025 | WDM | B190 | A102 | Research local rules regarding proper filing of motion for substantive consolidation. | 375.00 | 0.20 | 75.00 |
| | RAP | B190 | A109 | Final review and approval of 9th Interim Fee Application for filing. | 500.00 | 0.30 | 150.00 |
| | RAP | B190 | A109 | Final review and approval of Motion to Consolidate cases for filing. | 500.00 | 0.30 | 150.00 |
| 06/17/2025 | RAP | B190 | A104 | Prepare for hearing on Motion to Consolidate; telephone conference with Lowe regarding same; review form 2 from Trustee to use as an exhibit for hearing. | 500.00 | 1.00 | 500.00 |

Lowe, Pat (dprt)

Statement No.    270118
Account No    1934.001
Page:    3

Deeproot - Policy Services, Inc. Case  No. 21-51523

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 06/18/2025 | WDM | B190 | A102 | Review financial documents to use as exhibits at hearing. Prepare witness and exhibits list for hearing. | 375.00 | 2.60 | 975.00 |
| 06/19/2025 | WDM | B190 | A102 | Prepare for hearing on Motion for Substantive Consolidation and hearing on 9th Fee Application. | 375.00 | 1.00 | 375.00 |
| | RAP | B190 | A104 | Review of witness and exhibit lists; office conference with M. Villa regarding presentation of exhibits. | 500.00 | 0.50 | 250.00 |
| 06/20/2025 | WDM | B190 | A102 | Draft memorandum to Trustee and to Greg Murray, forensic accountant, regarding testimony at hearing on motion for substantive consolidation. | 375.00 | 2.30 | 862.50 |
| 06/23/2025 | RAP | B190 | A109 | Review of exhibits for hearing on Motion to Consolidate; review of memorandum of law on elements. | 500.00 | 1.00 | 500.00 |
| | RAP | B190 | A109 | Telephone conference with Lowe, Murray and Mallender regarding testimony for hearing on Motion to Consolidate; review of exhibits in detail. | 500.00 | 1.50 | 750.00 |
| | WDM | B190 | A102 | Prepare for meeting with Pat Lowe and Greg Murray. Zoom meeting with Pat Lowe and Greg Murray regarding testimony to be given at hearing on motion for substantive consolidation. | 375.00 | 4.00 | 1,500.00 |
| 06/24/2025 | RAP | B190 | A109 | Attend hearing on Motion to Consolidate. | 500.00 | 1.50 | 750.00 |
| | RAP | B190 | A109 | Attend hearing on 9th Fee Application. | 500.00 | 1.50 | 750.00 |
| | RAP | B190 | A109 | Review and edit of Order granting in part fee application. | 500.00 | 0.20 | 100.00 |
| | WDM | B190 | A102 | Appear for Hearing on Motion for Substantive Consolidation and 9th Fee Application. | 375.00 | 3.00 | 1,125.00 |
| | WDM | B190 | A102 | Draft proposed Order granting 9th fee application in part. | 375.00 | 1.20 | 450.00 |
| 06/25/2025 | RAP | B190 | A109 | Review of order substantive consolidation; notice filed in each consolidated case. | 500.00 | 0.20 | 100.00 |

Lowe, Pat (dprt)

December 19, 2025

Statement No. 270118
Account No 1934.001
Page: 4

Deeproot - Policy Services, Inc. Case  No. 21-51523

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 08/28/2025 | RAP | B190 | A104 | Review of notes, tasks and deadlines. | 500.00 | 0.20 | 100.00 |
| 09/09/2025 | RAP | B190 | A109 | Review of e-mail from special counsel on insurance suits. | 500.00 | 0.20 | 100.00 |
| 10/21/2025 | RAP | B190 | A105 | Review of order approving special counsel. | 500.00 | 0.20 | 100.00 |
| 10/24/2025 | WDM | B160 | A104 | Review/analyze billing statements for accuracy and reasonableness. | 375.00 | 1.20 | 450.00 |
| 10/30/2025 | WDM | B160 | A104 | Review revised billing statements for accuracy. | 375.00 | 0.30 | 112.50 |
| 11/05/2025 | WDM | B160 | A103 | Draft 10th Interim Fee App. Prepare fee and task analysis spreadsheet. | 375.00 | 3.00 | 1,125.00 |
| 11/10/2025 | WDM | B160 | A103 | Draft/revise 10th Interim Fee Application. Draft Notice and Summary, Draft proposed Order. | 375.00 | 3.80 | 1,425.00 |
| 11/12/2025 | WDM | B160 | A103 | Draft/revise 10th Fee Application. | 375.00 | 1.80 | 675.00 |
| | | | | For Legal Services Rendered | | 54.90 | 21,860.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 11.90 | $500.00 | $5,950.00 |
| W. Drew Mallender | 42.00 | 375.00 | 15,750.00 |
| PARA-4-MAV | 1.00 | 160.00 | 160.00 |

Expenses

| | | | | | |
|---|---|---|---|---|---|
| 06/24/2025 | | B110 | E109 | Local travel - Parking at courthouse - W. Drew Mallender | 25.30 |
| | | | | Total Expenses | 25.30 |

Advances

| | | | | |
|---|---|---|---|---|
| 05/22/2025 | B110 | E107 | Delivery services/messengers - FedEx #881367280511 | 99.10 |
| 06/06/2025 | B110 | E108 | Postage - Mailout 356B and 357 - Blend Document | |

Lowe, Pat (dprt)

December 19, 2025

Statement No.   270118
Account No   1934.001
Page:   5

Deeproot - Policy Services, Inc. Case  No. 21-51523

|  |  |  | Technologies #59643B | 2,819.43 |
|---|---|---|---|---|
| 06/23/2025 | B110 | E102 | Outside printing - Exhibit notebooks for hearing - Blend Document Technologies #59668B | 448.43 |
| 06/30/2025 | B110 | E106 | Online research - PACER | 12.40 |
| 07/24/2025 | B110 | E124 | Renew subscription to review books - Intuit QuickBooks | 79.95 |
| 08/24/2025 | B110 | E124 | Renew subscription to review books - Intuit QuickBooks | 79.95 |
| 10/24/2025 | B110 | E124 | Renew subscription to review books - Intuit QuickBooks | 79.95 |
| 11/13/2025 | B110 | E119 | Experts - Greg T. Murray, PLLC #13326 | 875.00 |
| 11/24/2025 | B110 | E124 | Renew subscription to review books - Intuit QuickBooks | 79.95 |
|  |  |  | Total Advances | 4,574.16 |
|  |  |  | Total Current Work | 26,459.46 |
|  |  |  | **Balance Due** | $26,459.46 |

### Task Code Summary

|  |  | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 4599.46 |
| B160 | Fee/Employment Applications | 8260.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 13600.00 | 0.00 |
| B100 | Administration | 21,860.00 | 4,599.46 |

Invoices are payable upon receipt.
To make a payment online, please visit https://www.pulmanlaw.com

# EXHIBIT D-2 to EXHIBIT D-6

**No fees or expenses**

# EXHIBIT D-7

# PULMAN LEFLORE MULLEN & REED LLP

### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 19, 2025

| | |
|---|---|
| Invoice No. | 270119 |
| Account No. | 1934.007 |

Page:   1

(PSI) Claims Against Robert J. Mueller, et al.

Interim Statement

## Fees

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 06/09/2025 | RAP | B190 | A109 | Telephone conference with Jay Huling regarding status of criminal case and subpoena. | 500.00 | 0.50 | 250.00 |
| 06/11/2025 | WDM | B190 | A102 | Review Subpoena DT served on Trustee in connection with Mueller criminal case. Review files for responsive documents. | 375.00 | 1.70 | 637.50 |
| | RAP | B190 | A104 | Review of subpoena from Mueller; forward to D. Mallender for response. | 500.00 | 0.50 | 250.00 |
| 06/12/2025 | WDM | B190 | A102 | Review files for documents responsive to Subpoena DT served on Trustee. Draft response to requests for production of documents. | 375.00 | 2.30 | 862.50 |
| 06/17/2025 | RAP | B190 | A104 | Exchange of testy e-mails with Mueller's counsel regarding service of subpoena; respond to subpoena and monies held in registry of the court. | 500.00 | 0.50 | 250.00 |
| 06/30/2025 | WDM | B190 | A103 | Review and analysis of documents identified as responsive to Subpoena DT served on Trustee. Draft/revise response to requests for production of documents. | 375.00 | 4.80 | 1,800.00 |
| 07/02/2025 | WDM | B190 | A105 | Confer with Randall A. Pulman regarding response to Subpoena served on Trustee. | 375.00 | 0.20 | 75.00 |

December 19, 2025

Lowe, Pat (dprt)

| | | |
|---|---|---|
| Statement No. | | 270119 |
| Account No | | 1934.007 |
| Page: | | 2 |

(PSI) Claims Against Robert J. Mueller, et al.

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 07/11/2025 | WDM | B190 | A103 | Prepare response to subpoena served on Trustee. | 375.00 | 1.60 | 600.00 |
| 07/18/2025 | WDM | B190 | A103 | Draft/revise response to subpoena served on Trustee. | 375.00 | 1.30 | 487.50 |
| | RAP | B190 | A104 | Review and approval of response to subpoena; instructions to staff regarding service of same. | 500.00 | 0.30 | 150.00 |
| 07/21/2025 | RAP | B190 | A105 | Final review and signature of response to subpoena served by Mueller; office conference with D. Mallender and staff regarding responsive documents. | 500.00 | 1.00 | 500.00 |
| | | | | For Legal Services Rendered | | 14.70 | 5,862.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 2.80 | $500.00 | $1,400.00 |
| W. Drew Mallender | 11.90 | 375.00 | 4,462.50 |

| | |
|---|---|
| Total Current Work | 5,862.50 |

| | |
|---|---|
| **Balance Due** | $5,862.50 |

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 5862.50 | 0.00 |
| B100 | Administration | 5,862.50 | 0.00 |

Invoices are payable upon receipt.
To make a payment online, please visit https://www.pulmanlaw.com

# EXHIBIT D-8 to EXHIBIT D-25

**No fees or expenses**

# EXHIBIT D-26

# PULMAN LEFLORE, MULLEN & REED LLP
### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX  78801

December 19, 2025

Invoice No.          270120
Account No.       1934.026

Page:          1

Claims against Mark Zabinski - Finder

Interim Statement

### Fees

| Date | | | | | Rate | Hours | |
|------|---|---|---|---|------|-------|---|
| 05/27/2025 | WDM | B190 | A103 | Review and comment on Motion for Administrative Closure. | 375.00 | 0.30 | 112.50 |
| | PR4 | B190 | A103 | Prepare draft of joint motion to administratively close the Zabinski AP | 160.00 | 0.70 | 112.00 |
| 05/28/2025 | WDM | B190 | A103 | Review motion for administrative closure prior to filing. | 375.00 | 0.20 | 75.00 |
| 10/02/2025 | WDM | B190 | A103 | Draft Stipulation of Dismissal. | 375.00 | 1.20 | 450.00 |
| | WDM | B190 | A104 | Review/analyze status of settlement payments in preparation for docket call. Confirm paid in full with Trustee. | 375.00 | 0.30 | 112.50 |
| | | | | For Legal Services Rendered | | 2.70 | 862.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| W. Drew Mallender | 2.00 | $375.00 | $750.00 |
| PARA-4-MAV | 0.70 | 160.00 | 112.00 |

Total Current Work                                                                862.00

**Balance Due**                                                                $862.00

December 19, 2023

Lowe, Pat (dprt)

Statement No.   270120
Account No   1934.026
Page:              2

Claims against Mark Zabinski - Finder

## Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 862.00 | 0.00 |
| B100 | Administration | 862.00 | 0.00 |

# EXHIBIT D-27 to EXHIBIT D-28

**No fees or expenses**

# EXHIBIT D-29

# PULMAN LEFLORE, PULLEN & REED LLP

### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 19, 2025

Invoice No.         270121
Account No.       1934.029

Page:      1

Claims against Premier Group Enterpr. - Finder

Interim Statement

### Fees

| Date | | | | Rate | Hours | |
|------|---|---|---|------|-------|---|
| 06/25/2025 | WDM B190 | A103 | Meet with Randall A. Pulman regarding amending pleadings due to breach of settlement agreement. Review court docket and filed pleadings. | 375.00 | 1.00 | 375.00 |
| | WDM B190 | A103 | Draft/revise Amended Motion for Default Judgment. | 375.00 | 3.50 | 1,312.50 |
| 06/26/2025 | WDM B190 | A103 | Draft/revise Amended Motion for Default Judgment; draft Affidavit of Counsel; prepare exhibits. | 375.00 | 2.60 | 975.00 |
| 06/27/2025 | WDM B190 | A103 | Final edits to Amended Motion for Default Judgment and affidavit of counsel prior to filing motion with court. | 375.00 | 2.60 | 975.00 |
| 11/12/2025 | WDM B190 | A104 | Review/analyze Final Default Judgment. | 375.00 | 0.30 | 112.50 |
| | | | For Legal Services Rendered | | 10.00 | 3,750.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| W. Drew Mallender | 10.00 | $375.00 | $3,750.00 |

Total Current Work                                                          3,750.00

**Balance Due**                                                          $3,750.00

Lowe, Pat (dprt)

Claims against Premier Group Enterpr. - Finder

December 19, 2025

Statement No.    270121
Account No    1934.029
Page:    2

## Task Code Summary

|  |  | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 3750.00 | 0.00 |
| B100 | Administration | 3,750.00 | 0.00 |

Invoices are payable upon receipt.
To make a payment online, please visit https://www.pulmanlaw.com

# EXHIBIT D-30 to EXHIBIT D-59

**No fees or expenses**

# EXHIBIT D-60

# PULMAN LEFLORE·PULLEN & REED LLP
## Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494
Telecopier:  (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 19, 2025

| | |
|---|---|
| Invoice No. | 270122 |
| Account No. | 1934.060 |

Page:     1

TuYo v Transamerica Life Insurance Co 5:22-ev-845 WEST

Interim Statement

#### Fees

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 07/21/2025 | RAP | B190 | A105 | Conference call with special counsel and Lowe regarding merits of claims against insurance company, TIC claims and expanded role for special counsel. | 500.00 | 1.00 | 500.00 |
| 09/16/2025 | RAP | B190 | A109 | Telephone conference with McKinney and Lowe regarding retention. | 500.00 | 0.50 | 250.00 |
| | | | | For Legal Services Rendered | | 1.50 | 750.00 |

#### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Randall A. Pulman | 1.50 | $500.00 | $750.00 |

| | |
|---|---|
| Total Current Work | 750.00 |

| | |
|---|---|
| **Balance Due** | **$750.00** |

#### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 750.00 | 0.00 |
| B100 | Administration | 750.00 | 0.00 |

Invoices are payable upon receipt.
To make a payment online, please visit https://www.pulmanlaw.com

# EXHIBIT D-61

# PULMAN LEFLORE, MULLEN & REED LLP

### Attorneys & Counselors

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Telecopier: (210) 892-1610
www.pulmanlaw.com

Lowe, Pat (dprt)
Pat Lowe, Trustee
2402 E. Main St.
Uvalde, TX   78801

December 19, 2025

| | |
|---|---|
| Invoice No. | 270123 |
| Account No. | 1934.061 |
| Page: | 1 |

Claims against Carlile, Patchen & Murphy, LLP

Interim Statement

### Fees

| Date | TK | Task | Act | Description | Rate | Hours | |
|------|----|----|----|-------------|------|-------|---|
| 08/26/2025 | WDM | B190 | A104 | Review/analyze status of criminal and SEC cases against Mueller in preparation for status conference. | 375.00 | 0.30 | 112.50 |
| 09/08/2025 | KA | B120 | A109 | Review case status; Appear for/attend Status Conference (.5) | 400.00 | 0.50 | 200.00 |
| | RAP | B190 | A109 | Status conference with court regarding stay; review of other related dockets for time of delay. | 500.00 | 1.00 | 500.00 |
| | | | | For Legal Services Rendered | | 1.80 | 812.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Randall A. Pulman | 1.00 | $500.00 | $500.00 |
| W. Drew Mallender | 0.30 | 375.00 | 112.50 |
| Kerry Alleyne | 0.50 | 400.00 | 200.00 |

Total Current Work                                    812.50

**Balance Due**                                         $812.50

### Task Code Summary

| | | Fees | Expenses |
|---|---|------|----------|
| B120 | Asset Analysis and Recovery | 200.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 612.50 | 0.00 |

Lowe, Pat (dprt)

Claims against Carlile, Patchen & Murphy, LLP

December 19, 2023

| | Statement No. | 270123 |
| --- | --- | --- |
| | Account No | 1934.061 |
| | Page: | 2 |

| | | Fees | Expenses |
| --- | --- | --- | --- |
| B100 | Administration | 812.50 | 0.00 |

Invoices are payable upon receipt.
To make a payment online, please visit https://www.pulmanlaw.com

Draft Statement Run Totals 12/19/2025

Statements Printed:          6
Hours:                      85.60
Fees:                   33,897.00
Expenses:                   25.30
Advances:                4,574.16

# EXHIBIT D-62 to EXHIBIT D-63

**No fees or expenses**